United States District Court
Southern District of New York

DUPLICATE ORIGINAL   PRO SE OFFICE

U.S. DISTRICT COURT
FILED
OCT 20 2008
KJ
S.D. OF N.Y.

Notice of Appeal

In Re: Jonathan Lee Riches

V.

American Financial international Group v. Bennett       05 civ 8988 GEL
Refco securities Litigation    ,   06 civ 643 (GEL)   ;
Refco Securities Litigation    ,   07 md 1902 (GEL) ;
Refco securites Litigation  ,   05 civ 8626 (GEL) ; Future hence

## Notice of Appeal Judge Lynch's Sep 30, 2008 order

Jonathan Lee Riches moves to appeal Judge Gerard E Lynch's
Sep. 30, 2008 orders on each of the 4 listed cases above.
denying my interlocutory appeals on the above 4 cases. My due
Process rights and rights to access the appeal courts is being
denied by Judge Gerard E. Lynch. This is a constitutional
violation. I appeal this sep. 30, 2008 order to the 2nd
Circuit court of appeals for each listed case.

Respectfully,

Jonathan Lee Riches
#40948-018
Fcc Williamsburg
P.o. Box 340
Salters, SC 29590
 843-387-9400

10-14-08

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07–md–01902–JSR

In Re: Refco Securities Litigation
Assigned to: Judge Jed S. Rakoff
Member case: (View Member Case)
Related Cases:  1:05–cv–09608–JSR
              1:07–cv–06767–JSR
              1:05–cv–09327–GEL
              1:05–cv–08988–JSR
              1:05–cv–08626–JSR
              1:07–cv–08165–JSR
              1:07–cv–07924–JSR
              1:07–cv–07074–JSR
              1:07–cv–11604–JSR
              1:08–cv–07416–JSR
              1:08–cv–08784–GEL
              1:08–cv–10494–JSR
              1:08–cv–10495–GEL
              1:09–cv–02867–JSR
              1:09–cv–02868–JSR
              1:09–cv–02866–JSR
              1:09–cv–02869–GEL
              1:09–cv–02870–JSR
              1:09–cv–02929–JSR
              1:09–cv–02871–JSR
              1:09–cv–02874–JSR
              1:09–cv–02930–JSR
              1:09–cv–02875–JSR
              1:09–cv–02931–JSR
              1:09–cv–02932–JSR
              1:09–cv–02876–JSR
              1:09–cv–02872–JSR
              1:09–cv–02933–JSR
              1:09–cv–02873–JSR
              1:09–cv–02877–JSR
              1:09–cv–02934–JSR
              1:09–cv–02878–JSR
              1:09–cv–02879–JSR
              1:09–cv–02935–JSR
              1:09–cv–02880–JSR
              1:09–cv–02936–JSR
              1:09–cv–02881–JSR
              1:09–cv–02937–JSR
              1:09–cv–02888–JSR
              1:09–cv–02882–JSR
              1:09–cv–02883–JSR
              1:09–cv–02884–JSR
              1:09–cv–02885–JSR
              1:09–cv–02938–JSR

Date Filed: 12/28/2007
Jury Demand: Both
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

1:09–cv–02886–JSR
1:09–cv–02887–JSR
1:09–cv–02889–JSR
1:09–cv–02939–JSR
1:09–cv–02891–JSR
1:09–cv–02940–JSR
1:09–cv–02892–JSR
1:09–cv–02893–JSR
1:09–cv–02894–JSR
1:09–cv–02890–JSR
1:06–cv–00643–GEL
1:09–cv–02895–JSR
1:11–cv–08250–JSR
1:09–cv–02941–JSR
1:09–cv–02896–JSR
1:09–cv–02897–JSR
1:09–cv–02942–JSR
1:09–cv–02942–JSR
1:09–cv–02943–GEL
1:09–cv–02899–JSR
1:09–cv–02900–JSR
1:09–cv–02944–JSR
1:09–cv–02901–JSR
1:09–cv–02902–JSR
1:09–cv–02903–JSR
1:09–cv–02904–JSR
1:09–cv–02945–JSR
1:09–cv–02946–JSR
1:09–cv–02905–JSR
1:09–cv–02906–JSR
1:09–cv–02947–JSR
1:09–cv–02948–JSR
1:09–cv–02907–JSR
1:09–cv–02949–JSR
1:09–cv–02908–JSR
1:09–cv–02951–JSR
1:09–cv–02909–JSR
1:09–cv–02910–JSR
1:09–cv–02950–JSR
1:09–cv–02911–JSR
1:09–cv–02912–JSR
1:09–cv–02913–JSR
1:09–cv–02914–JSR
1:09–cv–02915–JSR
1:09–cv–02916–JSR
1:09–cv–02917–JSR
1:09–cv–02952–JSR
1:09–cv–02953–JSR
1:09–cv–02918–JSR
1:09–cv–02954–JSR
1:09–cv–02919–JSR
1:09–cv–02955–JSR

        1:09–cv–02920–JSR
        1:09–cv–02956–JSR
        1:09–cv–02957–JSR
        1:09–cv–02958–JSR
        1:09–cv–02921–JSR
        1:09–cv–02922–JSR
        1:09–cv–02923–JSR
        1:09–cv–02924–JSR
        1:09–cv–02925–JSR
        1:09–cv–02926–JSR
        1:09–cv–02927–JSR
        1:09–cv–02928–JSR
        1:09–cv–08495–JSR
        1:10–cv–03594–JSR
        1:11–cv–01486–JSR

Cause: 15:78m(a) Securities Exchange Act

**Debtor**

**Utendahl Capital Partners, L.P.**                represented by  **Robert Bruce McCaw**
                                                   Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
                                                   7 Wold Trade Center
                                                   New York, NY 10007
                                                   212–230–8810
                                                   Fax: 212–230–8888
                                                   Email: robert.mccaw@wilmer.com
                                                   *TERMINATED: 12/15/2009*
                                                   *LEAD ATTORNEY*


**Special Master**

**Ronald J. Hedges**                               represented by  **Ronald J. Hedges**
                                                   Ronald J. Hedges LLC
                                                   484 Washington Ave
                                                   Hackensack, NJ 07601
                                                   (201) 341–3635
                                                   Email: r_hedges@live.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**Special Master**

**Daniel J. Capra**                                represented by  **Daniel J. Capra**
                                                   140 West 62nd Street
                                                   New York, NY 10023
                                                   (212) 636–6855
                                                   Fax: (212) 636–6899
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**American Financial International**               represented by  **Derrick J. Stomberg**
**Group – Asia, LLC**                              Beus Gilbert, P.L.L.C.
                                                   4800 North Scottsdale Road
                                                   Suite 6000
                                                   Scottsdale, AZ 85251
                                                   (480) 429–3000
                                                   Fax: (480) 429–3100
                                                   Email: dstomberg@beusgilbert.com
                                                   *TERMINATED: 11/20/2008*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Stephen John Fearon , Jr**
Squitieri &Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
(212) 575–2092
Fax: (212) 575–2184
Email: stephen@sfclasslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: tconnelly@beusgilbert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
212–209–4800
Fax: 212–704–0196
Email: dmolton@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: dblackhurst@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: landelin@beusgilbert.com
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: lbeus@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
Barroway Topaz Kessler Meltzer &Check,
L.L.P.(SFran)
580 California Street
Suite 1750
San Francisco, CA 94104

(415) 400–3000
Fax: (415) 400–3001
Email: rabadou@ktmc.com
*PRO HAC VICE*

**Robert T. Mills**
Beus Gilbert PLLC
4800 N. Scottsdale Rd., Suite 6000
Scottsdale, AZ 85251
(480)–429–3008
Fax: (480)–429–3100
Email: rmills@beusgilbert.com
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
Beus Gilbert, P.L.L.C.
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ 85251
(480) 429–3000
Fax: (480) 429–3100
Email: srandall@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480)–429–3032
Fax: (480)–429–3100
Email: sstirling@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis A. Klejna**     represented by     **Bruce Mathew Sabados**
Katten Muchin Rosenman,LLP(NYC)
575 Madison Avenue
New York, NY 10022
(212) 940–6369
Fax: (212) 940–6649
Email: bruce.sabados@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helen Byung–Son Kim**
Theodora Oringher PC
10880 Wilshire Blvd. Suite 2700
Los Angeles, CA 90067
(310) 788–3575
Fax: (310) 551–0283
Email: hkim@tocounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Dennis Powers**
Baker &Hostetler LLP (NYC)

45 Rockefeller Plaza
New York City, NY 10111
(212) 589–4216
Fax: (212) 589–4201
Email: Mpowers@bakerlaw.com
*LEAD ATTORNEY*

**Ona T. Wang**
Baker &Hostetler LLP (NYC)
45 Rockefeller Plaza
New York City, NY 10111
(212) 589–4254
Fax: (212)–589–4201
Email: owang@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Edward Nathan**
Nathan Law Office
123 South June Street
Los Angeles, CA 90004
(323)–931–8080
Fax: (323)–931–8008
Email: renathan@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Aaron Edelson**
Katten Muchin Rosenman,LLP(NYC)
575 Madison Avenue
New York, NY 10022
(212)–940–6576
Fax: (212)–894–5776
Email: daniel.edelson@kattenlaw.com
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irv Kreitenberg**                    represented by    **Derrick J. Stomberg**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Theodore Peters**
Law Office of George T. Peters
402 W. 145th Street, 2nd Floor
New York, NY 10031
(347)–751–0157
Fax: (347)–464–0921
Email: george.peters@myatty1.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
(See above for address)
*PRO HAC VICE*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Kreitenberg**                                represented by **Derrick J. Stomberg**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Theodore Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
(See above for address)
*PRO HAC VICE*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Larson**                                represented by **Derrick J. Stomberg**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley Thompson**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
212–907–0700
Fax: 212–818–0477
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
(See above for address)
*PRO HAC VICE*

**Scot Christopher Stirling**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth M. Krys**
*as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al*

represented by    **Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480)–429–3003
Fax: (480)–429–3100
Email: rwilliams@beusgilbert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Malcolm Loeb**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3005
Fax: (480) 429–3100
Email: mloeb@beusgilbert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480)–429–3008
Fax: (480)–429–3100
Email: rmills@beusgilbert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480)–429–3015
Fax: (480)–429–3100
Email: tparis@beusgilbert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew S. Dash**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
(212) 209–4811
Fax: (212) 704–0196
Email: adash@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: bworthen@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008
(480) 429–3000
Fax: (480) 429–3100
Email: hpearson@beusgilbert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
(212)–209–4800
Fax: (212)–209–4801
Email: msimpson@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**

Beus Gilbert PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
(480) 429–3000
Fax: (480) 429–3100
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Stride**
*as Joint Official Liquidators of Sphinx
LTD, Sphinx Strategy Fund, LTD, Sphinx
Plus SPC LTD, Sphinx Distressed LTD,
Sphinx Merger Arbitrage LTD, Sphinx
Macro LTD, Sphinx Long/Short Equity
LTD, Sphinx Managed Futures LTD et al
TERMINATED: 06/17/2010*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Malcolm Loeb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc S. Kirschner**                    represented by    **Richard Irving Werder , Jr**
Quinn Emanuel Urquhart &Sullivan LLP
51 Madison Avenue
New York, NY 10010
(212)–849–7231
Fax: (212)–849–7100
Email: rickwerder@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maaren Alia Shah**
Quinn Emanuel Urquhart &Sullivan LLP
51 Madison Avenue
New York, NY 10010
(212) 849–7329
Fax: (212) 849–7100
Email: maarenchoksi@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Nicholas John Calamari**
Quinn Emanuel Urquhart &Sullivan LLP
51 Madison Avenue
New York, NY 10010
(212)–849–7268
Fax: (212)–849–7100
Email: nicholascalamari@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Rex Lee**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212)–849–7163
Fax: (212)–849–7100

Email: rexlee@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Leslie Rubin**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212)–849–7323
Fax: (212)–849–7100
Email: sarahrubin@quinnemanuel.com
*TERMINATED: 12/15/2011*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **James P. Sinclair**<br>*as Trustee of the SPhinX Trust* | represented by | **Andrew S. Dash**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Index Recovery Co., L.P.**                    represented by    **Brian J. Butler**
*formerly known as*                                              Bond, Schoeneck &King, PLLC(Syracuse)
SPhinX Managed Futures Index Fund, LP                            One Lincoln Center
                                                                 Syracuse, NY 13202
                                                                 315−218−8000
                                                                 Fax: 315−218−8100
                                                                 Email: butlerb@bsk.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Clifford Gee−tong Tsan**
                                                                 Becker, Glynn, Melamed &Muffly LLP
                                                                 299 Park Ave.
                                                                 New York, NY 10171
                                                                 (212)−888−3033
                                                                 Fax: (212)−888−0255
                                                                 Email: ctsan@bsk.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jonathan B. Fellows**
                                                                 Bond, Shoeneck et ano.
                                                                 One Lincoln Center
                                                                 Syracuse, NY 13202
                                                                 (315)−218−8120
                                                                 Fax: (315)−218−8100
                                                                 Email: jfellows@bsk.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Dennis Blackhurst**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Lee M. Andelin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Leo R. Beus**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert T. Mills**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Samuel R. Randall**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Scot Christopher Stirling**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**The Trustees of the Masonic Hall and Asylum Fund**                   represented by   **Brian J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clifford Gee–tong Tsan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Fellows**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**George Miller**                   represented by   **Helen Byung–Son Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Margot Macinnis**                   represented by   **Andrew S. Dash**
*as joint official liquidator of Sphinx Ltd.,*                   (See above for address)
*Sphinx Strategy Fund Ltd., Sphinx Plus*                   *LEAD ATTORNEY*
*SPC LTD, Sphinx Distressed Ltd., Sphinx*                   *ATTORNEY TO BE NOTICED*
*Merger Arbitrage, Ltd., Sphinx Special*
*Situations Ltd., Sphinx Macro Ltd., et al*                   **David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
(212) 209–4932
Fax: (212) 209–4801
Email: jcalagione@brownrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth M. Krys**
*as assignee of claims assigned by Miami
Childrens Hospital Foundation, OFI
Asset Management, Green &Smith
Investment Management LLC, Thales
Fund Management LLC, Kellner Dileo*

represented by   **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**

&Co. LLC, Martingale Asset
Management LP, Longacre Fund
Management LLC, et al

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Plaintiff**

| | | |
|---|---|---|
| **Margot Macinnis** | represented by | **Andrew S. Dash** |

*as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al*

represented by

**Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth M. Krys**
*as Trustee of the Sphinx Trust*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Harbour Trust Co. Ltd.**
*as Trustee of the Sphinx Trust*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Thomas H. Lee Equity (Cayman) Fund V, L.P.** | represented by | **Emily T.P. Rosen**<br>Kellogg, Huber, Hansen, Todd, Evans &Figel, PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202)–326–7970<br>Fax: (202)–326–7999<br>Email: erosen@khhte.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Mark Charles Hansen**
Kellogg, Huber, Hansen, Todd, Evans &Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202–326–7904
Fax: 202–326–7999
Email: mhansen@khhte.com
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
Kellogg, Huber, Hansen, Todd, Evans &Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7965
Fax: (202) 326–7999
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
Kellogg, Huber, Hansen, Todd, Evans
&Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7932
Fax: (202) 326–7999
Email: mnemelka@khhte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
Kellogg, Huber, Hansen, Todd, Evans
&Figel, P.L.L.C.
1615 M Street
North West
Suite 400
Washington, DC 20036
(202) 326–7934
Fax: (202) 326–7999
Email: rbeynon@khhte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
Kellogg, Huber, Hansen, Todd, Evans
&Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202)–326–7939
Fax: (202)–326–7999
Email: sstrikis@khhte.com
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
Kellogg, Huber, Hansen, Todd, Evans
&Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7997
Fax: (202) 326–7999
Email: cwalker@khhte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
Kellogg, Huber, Hansen, Todd, Evans
&Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7968
Fax: (202) 326–7999
Email: stice@khhte.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Thomas H. Lee Parallel Fund V, L.P.** | represented by | **Emily T.P. Rosen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **George L. Miller**<br>*Chapter 7 Trustee for the Estate of Suffolk LLC* | represented by | **Albert A. Ciardi , III**<br>Ciardi &Ciardi &Austin<br>2005 Market Street, Suite 1930<br>Philadelphia, PA 19103<br>(215)–557–3550<br>Fax: (215)–557–3551<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Gilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**Michael Albrecht**                    represented by   **Derrick J. Stomberg**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*TERMINATED: 11/20/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Banyan Capital Fund, LP**              represented by   **Evan J. Smith**
Brodsky &Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
516–741–4977
Email: esmith@brodsky–smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Deka International S.A., Luxembourg**   represented by   **Eric James Belfi**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212)907–0790
Fax: (212)883–7579
Email: ebelfi@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Illinois Teachers' Group**

**Movant**

**Jonathan Lee Riches**

V.

**Defendant**

**Phillip R. Bennet**                    represented by  **Adam Craig Silverstein**
                                         Golenbock Eiseman Assor Bell &Peskoe
                                         LLP
                                         437 Madison Avenue
                                         New York, NY 10022
                                         212–907–7378
                                         Fax: 212–754–0330
                                         Email: asilverstein@oshr.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Banc of America Securities LLC**       represented by  **Dawn M. Wilson**
                                         Wilmer Cutler Pickering Hale &Dorr
                                         L.L.P. (DC)
                                         1875 Pennsylvania Avenue, NW
                                         Washington, DC 20006
                                         (212)–230–8862
                                         Fax: (212)–230–8888
                                         Email: dawn.wilson@alston.com
                                         *TERMINATED: 05/03/2011*
                                         *LEAD ATTORNEY*

                                         **John V.H. Pierce**
                                         Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
                                         7 Wold Trade Center
                                         New York, NY 10007
                                         212–230–8829
                                         Fax: 212–230–8888
                                         Email: john.pierce@wilmer.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Lori Ann Martin**
                                         Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
                                         7 Wold Trade Center
                                         New York, NY 10007
                                         (212) 230–8800
                                         Fax: (212)–230–8888
                                         Email: lori.martin@wilmerhale.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Michael Laurence Feinberg**
                                         Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
                                         7 Wold Trade Center
                                         New York, NY 10007
                                         (212)–937–7415
                                         Fax: (212)–230–8888
                                         Email: michael.feinberg@wilmerhale.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Michael Hun Park**
                                         Dechert LLP
                                         1095 Avenue of the Americas
                                         New York, NY 10036
                                         (212) 698–3530
                                         Fax: (212) 698–3630
                                         Email: michael.park@dechert.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Peter J. Macdonald**
Wilmer, Cutler &Pickering (NY, 31st
Floor)
399 Park Avenue, 31st Floor
New York, NY 10022
212–937–7200
Fax: 212–937–7300
Email: peter.macdonald@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Philip David Anker**
Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
7 Wold Trade Center
New York, NY 10007
(212)–230–8800
Fax: (212)–230–8888
Email: philip.anker@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Robert Lee Boone**
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637–2200
Fax: (212) 637–2527
Email: robert.boone@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
Wilmer Cutler Pickering Hale and Dorr
LLP (NYC)
7 World Trade Center
New York, NY 10007
(212)–230–8800
Fax: (212)–230–8888
Email: ross.firsenbaum@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bennett Trust**

**Defendant**
**Leo R. Breitman**                    represented by   **Greg A. Danilow**
Weil, Gotshal &Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
2123108000
Fax: 2128333148
Email: greg.danilow@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Francis Carangelo**
Weil, Gotshal &Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.

New York, NY 10153
2123108000
Fax: 2128333148
Email: robert.carangelo@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CMG Institutional Trading LLC**          represented by   **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**Joseph P Collins**          represented by   **Jonathan Paul Bach**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
212–479–6470
Fax: 212–208–2634
Email: jbach@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Schwartz**
Cooley LLP (NY)
1114 Avenue of the Americas
New York, NY 10036
212–479–6000
Fax: 212–479–6275
Email: wschwartz@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Mark Hibshoosh**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
(212)–479–6000

Fax: (212)–479–6275
Email: dhibshoosh@cooley.com
*ATTORNEY TO BE NOTICED*

**Kathleen Elizabeth Cassidy**
Hafetz Necheles &Rocco
500 Fifth Avenue
29th Floor
New York, NY 10110
(212)–997–7595
Fax: (212) 997–7646
Email: kcassidy@hnrlawoffices.com
*ATTORNEY TO BE NOTICED*

**Reed Allen Smith**
Cooley LLP (NY)
1114 Avenue of the Americas
New York, NY 10036
(212)–479–6207
Fax: (212)–202–4154
Email: reed.smith@cooley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse Securities (USA) LLC**         represented by   **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Herbert Scott Washer**
Cahill Gordon &Reindel LLP
80 Pine Street
New York, NY 10005
(212)–701–3000
Fax: (212)–269–5420
Email: hwasher@cahill.com
*ATTORNEY TO BE NOTICED*

**Peter J. Macdonald**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip David Anker**
(See above for address)
*TERMINATED: 06/04/2013*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities, Inc.**                represented by     **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**James Robert Warnot , Jr**
Linklaters, LLP
1345 Avenue of the Americas
19th Floor
New York,, NY 10105
(212) 903–9000
Fax: (212) 903–9100
Email: jim.warnot@linklaters.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Philip David Anker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Harrison Bell**
Linklaters
1345 Avenue of the Americas, 22nd Floor
New York, NY 10105
212– 903 9000
Fax: 212 903 9100
Email: robert.bell@linklaters.com

*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruth Ellen Harlow**
Linklaters, LLP
1345 Avenue of the Americas
19th Floor
New York,, NY 10105
(212)–903–9210
Fax: (212)–903–9100
Email: ruth.harlow@linklaters.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nathan Gantcher**                    represented by   **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Francis Carangelo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman, Sachs &Co.**               represented by   **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**Tone Grant**                        represented by   **Laura Elizabeth Neish**
Zuckerman, Spaeder LLP(NYC)
1185 Avenue of the Americas
New York, NY 10036–4039

(212)–704–9600
Fax: (212)–704–4256
Email: lneish@zuckerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melinda Marie Sarafa**
Zuckerman, Spaeder, Goldstein, Taylor &
Kolker, LLP (NYC)
1540 Broadway
New York, NY 10036–4039
(212) 704–9600
Fax: (212) 704–4256
Email: msarafa@zuckerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman L. Eisen**
Zuckerman Spaeder LLP
1800 M Street, N.W
Washington, DC 20036
(202) 778–1824
Fax: (202) 822–8106
Email: neisen@zuckerman.com
*TERMINATED: 02/09/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Blake Tyler Hannafan**
Hannafan &Hannafan, Ltd.,
One East Wacker Drive
Suite 2800
Chicago, IL 60601
(312)–527–0055
Fax: (312)–527–0220
Email: bth@hannafanlaw.com
*TERMINATED: 04/14/2009*

**Defendant**

**Grant Thornton LLP**
*TERMINATED: 09/10/2012*

represented by **Beth Ann Tagliamonti**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–6732
Fax: (212)–294–6700
Email: btagliamonti@winston.com
*TERMINATED: 09/12/2012*
*LEAD ATTORNEY*

**Bradley E. Lerman**
Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312) 558–5600
Fax: (312) 558–5700`
Email: blerman@winston.com
*TERMINATED: 01/14/2009*
*LEAD ATTORNEY*

**Bruce Roger Braun**
Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312) 558–5600

Fax: (312)–558–5700
Email: bbraun@winston.com
*LEAD ATTORNEY*

**Catherine W. Joyce**
Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312)–558–6158
Fax: (312)–558–5700
Email: cjoyce@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**David Emilio Mollon**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–4748
Fax: (212)–294–4700
Email: dmollon@winston.com
*TERMINATED: 03/02/2010*
*LEAD ATTORNEY*

**Derek John Sarafa**
Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312) 558–8084
Fax: (312)–558–5700
Email: dsarafa@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**James David Reich , Jr**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–4765
Fax: (212)–294–4700
Email: jreich@winston.com
*TERMINATED: 03/03/2011*
*LEAD ATTORNEY*

**Linda T. Coberly**
Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312)–558–8768
Fax: (312)–558–5700
Email: lcoberly@winston.com
*LEAD ATTORNEY*

**Ruth Anne Braun**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–2640
Fax: (212)–294–4700
Email: rbraun@winston.com
*TERMINATED: 09/12/2012*
*LEAD ATTORNEY*

**Brian T. Fitzpatrick**
Winston &Strawn LLP (NY)

200 Park Avenue
New York, NY 10166
(212) 294–6700
Fax: (212) 294–4700
Email: bfitzpatrick@winston.com

**Calvin Kai–Xin Koo**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–6797
Fax: (212)–294–4700
Email: ckoo@winston.com
*TERMINATED: 09/12/2012*

**Caroline Jane Maxwell**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212) 294–6700
Fax: (212) 294–4700
Email: cpage@law.nyc.gov

**David J. Doyle**
Winston &Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558–5800
*PRO HAC VICE*

**George Thomas Soterakis**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)603–2000 x2125
Fax: (212)603–2066
Email: gsoterakis@winston.com
*TERMINATED: 02/10/2012*

**Joanna Rubin Travalini**
Winston &Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558–3256
Fax: (312) 558–5700
Email: jtravalini@winston.com
*PRO HAC VICE*

**Lauren Elizabeth Cuneo**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–6759
Fax: (212)–294–4700
Email: lcuneo@winston.com

**Luke A. Connelly**
Winston &Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–6882
Fax: (212)–294–4700
Email: lconnelly@winston.com

**Scott P. Glauberman**

Winston &Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312)–558–8103
Fax: (312)–558–5700
Email: sglauberman@winston.com
*PRO HAC VICE*

**Defendant**

**HSBC Securities (USA) Inc.**          represented by  **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**David V. Harkins**          represented by  **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry Lauren Quinn**
Paul, Weiss, Rifkind, Wharton &Garrison
LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)–373–3438
Fax: (212)–492–0438
Email: kquinn@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Floyd Pomerantz**
Paul, Weiss, Rifkind, Wharton &Garrison
LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3010
Fax: 212.373.0010
Email: mpomerantz@paulweiss.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Rosen**
Paul, Weiss, Rifkind, Wharton &Garrison
LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212–373–3305
Fax: 212–373–2359
Email: rrosen@paulweiss.com
*LEAD ATTORNEY*

**Robert Francis Carangelo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris Nesbitt Corp.**                    represented by   **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hun Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**J.P. Morgan Securities, Inc.**           represented by   **Dawn M. Wilson**
(See above for address)
*TERMINATED: 05/03/2011*
*LEAD ATTORNEY*

**John V.H. Pierce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Laurence Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Philip David Anker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott L. Jaeckel**                    represented by  **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry Lauren Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Floyd Pomerantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Rosen**
(See above for address)
*LEAD ATTORNEY*

**Robert Francis Carangelo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas H. Lee**                    represented by  **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry Lauren Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Floyd Pomerantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Rosen**
(See above for address)
*LEAD ATTORNEY*

**Robert Francis Carangelo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Lind–Waldock Securities LLC**

**Defendant**

**Santo Maggio**                    represented by  **Scott Edward Hershman**
Hunton &Williams, LLP(NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
212–309–1053
Fax: 212–309–1859
Email: Scott.Hershman@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Soto**
Hunton &Williams, LLP(NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
(212) 309–1000
Email: rsoto@advocatesny.com
*TERMINATED: 07/27/2009*

**Defendant**

**PricewaterhouseCoopers LLP**        represented by  **Kenneth Yeatts Turnbull**
King &Spalding LLP (DC)
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006–4706
(202) 626–2644
Fax: (202) 626–2644
Email: kturnbull@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison Frances Swap**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
(212) 506–5176
Fax: (212) 506–5151
Email: aswap@orrick.com
*ATTORNEY TO BE NOTICED*

**James J. Capra , Jr**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212–506–5000
Fax: 212–506–5151
Email: jcapra@kslaw.com
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
King &Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
(212)–556–2179
Fax: (212)–506–2222
Email: jcusick@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ernst &Young LLP**
*TERMINATED: 04/23/2009*

represented by    **Christopher R. Harris**
Latham &Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
212–906–1880
Fax: 212–751–4864
Email: christopher.harris@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles Norman Ruthberg**
Latham &Watkins LLP (NY)
885 Third Avenue
New York, NY 10022
(212) 906–1688
Fax: (212) 751–4864
Email: miles.ruthberg@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Heering Hickey**
Latham &Watkins, L.L.P.
One Newark Center
Newark, NJ 07101
(213) 485–1234
Email: elizabeth.hickey@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch, Pierce, Fenner &Smith Incorporated**

represented by    **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Philip David Anker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandler O'Neill &Partners, L.P.**

represented by    **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**William Blair &Company, L.L.C.**

represented by    **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**BMO Capital Markets Corp.**

represented by    **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel A. Ramirez &Co. Inc.**                    represented by   **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**Muriel Siebert &Co. Inc.**                    represented by   **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**The Williams Capital Group, L.P.**                    represented by   **Robert Bruce McCaw**
(See above for address)
*TERMINATED: 12/15/2009*
*LEAD ATTORNEY*

**Defendant**

**Beckenham Trading Co. Inc**                    represented by   **Alan C. Thomas**
Fischer Porter &Thomas
630 Third Ave., 5th Floor
New York, NY 10017
(201)–569–5959
Fax: (201)–871–4544
Email: athomas@fpmtlaw.com
*TERMINATED: 12/17/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Eliot Albert**
Fischer Porter &Thomas
630 Third Ave., 5th Floor
New York, NY 10017
(201) 569–5959
Fax: (201) 871–4544
Email: aalbert@fpt–law.com
*TERMINATED: 12/17/2009*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Krieger**                    represented by   **Alan C. Thomas**
(See above for address)
*TERMINATED: 12/17/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Eliot Albert**
(See above for address)
*TERMINATED: 12/17/2009*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coast Asset Management, LLC**                    represented by   **James C. Joslin**
*TERMINATED: 12/15/2009*                                          Kirkland &Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)–861–2116
Fax: (312)–861–2200

Email: jjoslin@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**Micah E. Marcus**
Kirkland &Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312) 861–2000
Fax: (312) 861–2200
*LEAD ATTORNEY*

**Reed S. Oslan**
Kirkland &Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)–861–2000
Fax: (312)–861–2200
Email: roslan@kirkland.com
*LEAD ATTORNEY*

**Defendant**

**CS Land Management LLC**               represented by   **James C. Joslin**
*TERMINATED: 12/15/2009*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*

                                                          **Micah E. Marcus**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

                                                          **Reed S. Oslan**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

**Defendant**

**Mayer Brown LLP**                      represented by   **John S. Williams**
                                                           Williams &Connolly LLP
                                                           725 Twelfth Street, N.W.
                                                           Washington, DC 20005
                                                           (202) 434–5000
                                                           Fax: (202) 434–5029
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Daniel P. Shanahan**
                                                           Williams &Connolly LLP
                                                           725 Twelfth Street, North West
                                                           Washington, DC 20005
                                                           (202) 434–5174
                                                           Fax: (202) 434–5029
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Kevin M. Lovecchio**
                                                           Williams &Connolly LLP
                                                           725 Twelfth Street, N.W.
                                                           Washington, DC 20005
                                                           (202)–434–5000
                                                           Fax: (202)–434–5029
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Richa Shyam Dasgupta**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434–5000
Fax: (202) 434–5029
*TERMINATED: 09/14/2009*
*PRO HAC VICE*

**Sarah E. Citrin**
Williams &Connolly LLP
725 12th street N.W.
Washington, DC 20005
(202)–434–5098
Fax: (202)–434–5029
*TERMINATED: 12/21/2010*
*PRO HAC VICE*

**Thomas George Ward**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202)–434–5255
Fax: (202)–434–5029
Email: tward@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayer Brown International LLP**  represented by  **Anthony Mathias Candido**
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
(212)–878–3140
Fax: (212)–878–8375
Email: anthony.candido@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingram Micro, Inc.**  represented by  **Jonathan Peter Hersey**
Slater, Hersey, &Lieberman
18301 Von Karman Ave., Suite 1060
Irvine, CA 92612
(949) 398–7500
Fax: (949) 398–7501
Email: jhersey@slaterhersey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Spagnoletti**
Davis Polk &Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212)–450–4577
Fax: (212)–450–5649
Email: paul.spagnoletti@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMF Financial Produccts**  represented by  **Veronica Ellen Rendon**
Arnold &Porter, LLP
399 Park Avenue
New York, NY 10022

(212)–715–1165
Fax: (212)–715–1399
Email: veronica.rendon@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delta Flyer Fund, LLC**                    represented by    **Veronica Ellen Rendon**
                                                                Arnold &Porter, LLP
                                                                399 Park Avenue
                                                                New York, NY 10022
                                                                (212)–715–1165
                                                                Fax: (212)–715–1399
                                                                Email: veronica_rendon@aporter.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric M. Flanagan**                         represented by    **Veronica Ellen Rendon**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Guy Castranova**                           represented by    **Brian John Pendleton , Jr.**
                                                                DlA Piper (US)
                                                                300 Campus Drive, Suite 100
                                                                xxxx, xx xxxxx
                                                                (973) 520–2561
                                                                Fax: (973) 520–2581
                                                                Email: john.pendleton@dlapiper.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stephanie J. Cohen**
                                                                McCarter &English, LLP (NJ)
                                                                Four Gateway Center
                                                                100 Mulberry Street
                                                                Newark, NJ 07102
                                                                (973)–639–2026
                                                                Fax: (973)–624–7070
                                                                Email: scohen@mccarter.com
                                                                *TERMINATED: 11/17/2010*

**Defendant**

**Derivative Portfolio Management LLC**      represented by    **Brian John Pendleton , Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stephanie J. Cohen**
                                                                (See above for address)
                                                                *TERMINATED: 11/17/2010*

**Defendant**

**DPM–Mellon, LLC**                          represented by    **Brian John Pendleton , Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stephanie J. Cohen**
                                                                (See above for address)
                                                                *TERMINATED: 11/17/2010*

**Defendant**

**Derivative Portfolio Management, Ltd.**          represented by     **Brian John Pendleton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie J. Cohen**
(See above for address)
*TERMINATED: 11/17/2010*

**Defendant**

**DPM–Mellon, Ltd.**          represented by     **Brian John Pendleton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie J. Cohen**
(See above for address)
*TERMINATED: 11/17/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of New York Mellon Corporation**          represented by     **Brian John Pendleton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie J. Cohen**
(See above for address)
*TERMINATED: 11/17/2010*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Aaron**          represented by     **Donald Albert Corbett**
Lowenstein Sandler LLP (NYC)
1251 Avenue of The Americas
New York, NY 11020
(212)–262–6700
Fax: (212)–262–7402
Email: dcorbett@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliott Zvi Stein**
Lowenstein Sandler LLP (NYC)
1251 Avenue of The Americas
New York, NY 11020
(212)–262–6700
Fax: (212)–262–7402
Email: estein@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira Lee Sorkin**
Lowenstein Sandler LLP (NYC)
1251 Avenue of The Americas
New York, NY 11020
(212)–262–6700

Fax: (212)–262–7402
Email: isorkin@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian John Pendleton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Savannah Stevenson**
Dickstein Shapiro LLP (NY)
1633 Avenue of the Americas
New York, NY 10019
(212)–277–6795
Fax: (212) 277–6501
Email: sstevenson@lowenstein.com
*ATTORNEY TO BE NOTICED*

**Sean Richard Collier**
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068
(973) 597–6110
Fax: (973) 597–6111
Email: scollier@lowenstein.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas H. Lee Equity Fund V, L.P.**          represented by     **Emily T.P. Rosen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Ramler**                          represented by  **Beth Ann Tagliamonti**
                                                        (See above for address)
                                                        *TERMINATED: 09/12/2012*
                                                        *LEAD ATTORNEY*

                                                        **Catherine W. Joyce**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Brian T. Fitzpatrick**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Calvin Kai–Xin Koo**
                                                        (See above for address)
                                                        *TERMINATED: 09/12/2012*

                                                        **Caroline Jane Maxwell**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lauren Elizabeth Cuneo**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Linda T. Coberly**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Luke A. Connelly**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ruth Anne Braun**
                                                        (See above for address)
                                                        *TERMINATED: 09/12/2012*

**Defendant**

**Capgemini U.S. LLC**                   represented by  **Gerald D. Silver**
                                                        Chadbourne &Parke LLP (NY)
                                                        30 Rockefeller Plaza
                                                        New York, NY 10112
                                                        (212) 408–5260
                                                        Fax: (212) 710–5260
                                                        Email: gerry.silver@sandw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Edgar D. Jannotta, Jr.**               represented by  **Michael John Goettig**
*TERMINATED: 12/14/2010*                                Vedder Price P.C. (NY)
                                                        1633 Broadway
                                                        47th Floor
                                                        New York, NY 10019
                                                        (212)–407–7781
                                                        Fax: (212)–407–7799
                                                        Email: mgoettig@vedderprice.com
                                                        *TERMINATED: 12/14/2010*

*LEAD ATTORNEY*

**Thomas P. Cimino , Jr.**
Vedder, Price P.C.
222 North LaSalle Street
Chicago, IL 60601
(312) 609–7500
Fax: (312) 609–5005
Email: tcimino@vedderprice.com
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*

**William Warren Thorsness**
Vedder, Price, P.C. (Chicago)
222 North Lasalle Street
Suite 2600
Chicago, IL 60601
(312) 609–7500
Fax: (312) 609–5005
Email: wthorsness@vedderprice.com
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

| | | |
|---|---|---|
| **Donald J. Edwards**<br>*TERMINATED: 12/14/2010* | represented by | **Thomas P. Cimino , Jr.**<br>(See above for address)<br>*TERMINATED: 12/14/2010*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*

**Defendant**

| | | |
|---|---|---|
| **William Kessinger**<br>*TERMINATED: 12/14/2010* | represented by | **Thomas P. Cimino , Jr.**<br>(See above for address)<br>*TERMINATED: 12/14/2010*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Donnini**
*TERMINATED: 12/14/2010*

represented by  **Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*

**Defendant**

**Edgar D. Jannotta, Jr.**
*TERMINATED: 12/14/2010*

represented by  **Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*

**Defendant**

**Vincent J. Hemmer**
*TERMINATED: 12/14/2010*

represented by  **Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip A. Canfield**
*TERMINATED: 12/14/2010*

represented by  **Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Warren Thorsness**
(See above for address)
*TERMINATED: 12/14/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Goettig**
(See above for address)
*TERMINATED: 12/14/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kingdon Associates**                    represented by    **M. William Munno**
                                                             Seward &Kissel LLP
                                                             One Battery Park Plaza
                                                             New York, NY 10004
                                                             212–574–1200
                                                             Fax: 212–480–8421
                                                             Email: munno@sewkis.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Kingdon Partners**                      represented by    **M. William Munno**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**M. Kingdon Offshore NV**                represented by    **M. William Munno**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Kingdon Family Partnership**            represented by    **M. William Munno**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse First Boston Next Fund,** represented by    **Philip David Anker**
**Inc.**                                                    (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**LAB Morgan Corporation**                represented by    **Philip David Anker**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**ML IBK Positions, Inc.**                represented by    **Philip David Anker**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Trosten**                        represented by    **Gates Salyers Hurand**
                                                             Morvillo, Abramowitz, Grand, Iason,
                                                             &Anello P.C.
                                                             565 5th Avenue
                                                             New York, NY 10017
                                                             (212)–880–9536
                                                             Fax: (212)–856–9494

Email: <u>ghurand@maglaw.com</u>
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frederick W. Gluck**                  represented by  **Donald Lee Rosenthal**
Hartman &Carven, LLP
488 Madison Avenue
New York, NY 10022
(212) 757–0007
Fax: (212) 757–0469
Email: <u>drosenthal@sgrlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mari Ferris**

**Defendant**

**Edward J. Kata**                      represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                Baker Botts L.L.P(NYC)
30 Rockefeller Plaza
New York, NY 10112
(212) 408–2521
Fax: (212) 259–2521
Email: <u>maureen.reid@bakerbotts.com</u>
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Lorraine Kata**                       represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                (See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Bradd Kata**                          represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                (See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Glenn Kata**                          represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                (See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Gregg Kata**                          represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                (See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Scott Kata**                          represented by  **Maureen Patricia Reid**
*TERMINATED: 11/14/2011*                                (See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**Todd Kata**
*TERMINATED: 11/14/2011*

represented by **Maureen Patricia Reid**
(See above for address)
*TERMINATED: 11/14/2011*
*LEAD ATTORNEY*

**Defendant**

**MDL Defendants**

**Defendant**

**B. Douglas Morris**

**Defendant**

**John E. Koretz**

V.

**Consolidated Defendant**

**Mark Kavanagh**
*TERMINATED: 10/17/2012*

represented by **David J. Kerstein**
Gibson, Dunn &Crutcher, LLP (NY)
200 Park Avenue, 47th Floor
New York, NY 10166
(212) 351−5391
Fax: (212) 351−5328
Email: dkerstein@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Diana Michelle Feinstein**
Gibson, Dunn &Crutcher, LLP (NY)
200 Park Avenue, 47th Floor
New York, NY 10166
(212)−351−2696
Fax: (212)−351−6297
Email: dfeinstein@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Mitchell Alan Karlan**
Gibson, Dunn &Crutcher, LLP (NY)
200 Park Avenue, 47th Floor
New York, NY 10166
212−351−3827
Fax: 212−351−5254
Email: mkarlan@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Brian Owens**
*TERMINATED: 10/17/2012*

represented by **David J. Kerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana Michelle Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Alan Karlan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**David V. Harkins**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Scott L. Jaeckel**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Thomas H. Lee**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Scott A. Schoen**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**THL Equity Advisors V, LLC**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**THL ManagersV, LLC**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Thomas H. Lee Equity (Cayman) Fund V, L.P.**
*TERMINATED: 09/07/2011*

represented by **Emily T.P. Rosen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Equity Fund V, L.P.**
*TERMINATED: 09/07/2011*

represented by **Emily T.P. Rosen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Parallel Fund V, L.P.**
*TERMINATED: 09/07/2011*

represented by **Emily T.P. Rosen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Partners, L.P.**           represented by   **Michael N. Nemelka**
*TERMINATED: 09/07/2011*                                    (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Lee, Thomas H.**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Patrina Khoo Farquharson**

**ADR Provider**

**Bawag P.S.K. Bank Fur Arbeit Und
Wirtschaft Und Osterreichische
Postsparkasse Aktiengesellschaft**

**ADR Provider**

**CIM Ventures Inc.**                      represented by   **Jonathan Peter Hersey**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul Spagnoletti**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Mayer Brown LLP**                        represented by   **John S. Williams**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Daniel P. Shanahan**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin M. Lovecchio**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sarah E. Citrin**
                                                            (See above for address)
                                                            *TERMINATED: 12/21/2010*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**JPMorgan Chase &Co.**

**ADR Provider**

**LAB Morgan Corporation**

**ADR Provider**

**John E. Koretz**                                      represented by   **Alison Grace Greenberg**
                                                                        The Law Offices of Alison Greenberg,
                                                                        LLC
                                                                        (212)–967–1980
                                                                        Fax: (212)–390–2889
                                                                        Email: agreenberglaw@gmail.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Deutsche Bank AG**                                    represented by   **Ruth Ellen Harlow**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Deutsche Bank Trust Company**                         represented by   **Ruth Ellen Harlow**
**Americas**                                                            (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Peter R Ginsberg**

**Interested Party**

**Christopher Aliprandi**

**ThirdParty Plaintiff**

**Grant Thornton LLP**                                  represented by   **Beth Ann Tagliamonti**
*TERMINATED: 09/07/2011*                                                (See above for address)
                                                                        *TERMINATED: 09/12/2012*
                                                                        *LEAD ATTORNEY*

                                                                        **Bradley E. Lerman**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/14/2009*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Bruce Roger Braun**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Catherine W. Joyce**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **David Emilio Mollon**
                                                                        (See above for address)
                                                                        *TERMINATED: 03/02/2010*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek John Sarafa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James David Reich , Jr**
(See above for address)
*TERMINATED: 03/03/2011*
*LEAD ATTORNEY*

**Linda T. Coberly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Anne Braun**
(See above for address)
*TERMINATED: 09/12/2012*
*LEAD ATTORNEY*

**David J. Doyle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George Thomas Soterakis**
(See above for address)
*TERMINATED: 02/10/2012*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**David V. Harkins**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Scott L. Jaeckel**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Scott A. Schoen**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**THL Equity Advisors V, LLC**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**THL ManagersV, LLC**
*TERMINATED: 09/07/2011*

**ThirdParty Defendant**

**Thomas H. Lee Equity (Cayman) Fund V, L.P.**
*TERMINATED: 09/07/2011*

represented by **Emily T.P. Rosen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Equity Fund V, L.P.**              represented by     **Emily T.P. Rosen**
*TERMINATED: 09/07/2011*                                                                   (See above for address)
                                                                                                            *PRO HAC VICE*
                                                                                                            *ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Fawcett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Nemelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Beynon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Silvija Anna Strikis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Walker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saritha K. Tice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Parallel Fund V, L.P.**          represented by  **Emily T.P. Rosen**
*TERMINATED: 09/07/2011*                                         (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Mark Charles Hansen**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael R. Fawcett**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael N. Nemelka**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Rebecca A. Beynon**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Silvija Anna Strikis**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Christopher J. Walker**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Saritha K. Tice**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Thomas H. Lee Partners, L.P.**                represented by  **Michael N. Nemelka**
*TERMINATED: 09/07/2011*                                         (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Robert Aaron**                                represented by  **Donald Albert Corbett**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Elliott Zvi Stein**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Ira Lee Sorkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Stevenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Collier**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Kenneth M. Krys**
*as Joint Official Liquidators of Sphinx
LTD, Sphinx Strategy Fund, LTD, Sphinx
Plus SPC LTD, Sphinx Distressed LTD,
Sphinx Merger Arbitrage LTD, Sphinx
Macro LTD, Sphinx Long/Short Equity
LTD, Sphinx Managed Futures LTD et al*

represented by **Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Malcolm Loeb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Dash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Robert Aaron**                          represented by   **Donald Albert Corbett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliott Zvi Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira Lee Sorkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Stevenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Collier**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Kenneth M. Krys**
*as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al*

represented by **Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Malcolm Loeb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Dash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Molton**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kenneth M. Krys**                    represented by    **Andrew S. Dash**
*as Trustee of the Sphinx Trust*                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kenneth M. Krys**
*as assignee of claims assigned by Miami
Childrens Hospital Foundation, OFI
Asset Management, Green &Smith
Investment Management LLC, Thales
Fund Management LLC, Kellner Dileo
&Co. LLC, Martingale Asset
Management LP, Longacre Fund
Management LLC, et al*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Margot Macinnis**
*as assignee of claims assigned by Miami
Childrens Hospital Foundation, OFI
Asset Management, Green &Smith
Investment Management LLC, Thales
Fund Management LLC, Kellner Dileo
&Co. LLC, Martingale Asset
Management LP, Longacre Fund
Management LLC, et al*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **Margot Macinnis** | represented by | **Andrew S. Dash** |

*as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al*

**Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Conklin Calagione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britton M. Worthen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hank E Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mason Chandler Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Christopher Stirling**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Christopher Stride**
*as Joint Official Liquidators of Sphinx
LTD, Sphinx Strategy Fund, LTD, Sphinx
Plus SPC LTD, Sphinx Distressed LTD,
Sphinx Merger Arbitrage LTD, Sphinx
Macro LTD, Sphinx Long/Short Equity
LTD, Sphinx Managed Futures LTD et al*

represented by **Andrew S. Dash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Blackhurst**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derrick J. Stomberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Andelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo R. Beus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lowell Richard Williams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Malcolm Loeb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert T. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Connelly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph. Paris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Molton**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | | Case Designated ECF. (ae) (Entered: 06/26/2008) |
| 12/28/2007 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of New York and Illinois: Southern District of NY Case Nos. 05cv8626, 05cv8988, 05cv9327, 05cv9608, 06cv0643, 07cv6767, 07cv7074, 07cv7924 and 07cv8165, and for the Northern District of Illinois Case No. 07cv5306, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Gerard E. Lynch, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 12/28/07) (rjm) (Entered: 01/07/2008) |
| 12/28/2007 | | Magistrate Judge Debra Freeman is so designated. (rjm) (Entered: 01/07/2008) |
| 12/28/2007 | | CASES ORIGINATING FROM THE SOUTHERN DISTRICT OF NEW YORK: 1:05–cv–8626 (GEL), 1:05–cv–8988 (GEL), 1:05–cv–9327 (GEL), 1:05–cv–9608 (GEL), 1:06–cv–0643 (GEL), 1:07–cv–6767 (GEL), 1:07–cv–7074 (GEL), 1:07–cv–7924 (GEL), 1:07–cv–8165 (GEL). (rjm) (Entered: 01/07/2008) |
| 01/15/2008 | 2 | NOTICE OF APPEARANCE by James J. Capra, Jr on behalf of PricewaterhouseCoopers LLP (Attachments: # 1 Certificate of Service of Notice of Appearance)(Capra, James) (Entered: 01/15/2008) |
| 01/15/2008 | 3 | NOTICE OF APPEARANCE by Alison Frances Swap on behalf of PricewaterhouseCoopers LLP (Attachments: # 1 Certificate of Service of Notice of Appearance)(Swap, Alison) (Entered: 01/15/2008) |
| 01/15/2008 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by PricewaterhouseCoopers LLP. (Attachments: # 1 Certificate of Service of Corporate Disclosure Statement)(Capra, James) (Entered: 01/15/2008) |
| 01/22/2008 | 5 | NOTICE OF APPEARANCE by John V.H. Pierce on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Pierce, John) (Entered: 01/22/2008) |
| 01/22/2008 | 6 | NOTICE OF APPEARANCE by Philip David Anker on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 01/22/2008) |
| 01/22/2008 | 7 | NOTICE OF APPEARANCE by Robert Bruce McCaw on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(McCaw, Robert) (Entered: 01/22/2008) |
| 01/22/2008 | 8 | NOTICE OF APPEARANCE by Lori Ann Martin on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Martin, Lori) (Entered: 01/22/2008) |
| 01/22/2008 | 9 | NOTICE OF APPEARANCE by Dawn M. Wilson on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, |

| | | Inc. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wilson, Dawn) (Entered: 01/22/2008) |
|---|---|---|
| 01/22/2008 | 10 | NOTICE OF APPEARANCE by Ross Eric Firsenbaum on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Firsenbaum, Ross) (Entered: 01/22/2008) |
| 01/22/2008 | 11 | NOTICE OF APPEARANCE by Michael Laurence Feinberg on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Feinberg, Michael) (Entered: 01/22/2008) |
| 01/22/2008 | 12 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition *to Plaintiff's Motion to Remand to the Circuit Court of Cook County, Illinois*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Firsenbaum, Ross) (Entered: 01/22/2008) |
| 01/22/2008 | 13 | DECLARATION of Ross E. Firsenbaum in Opposition re: (13 in 1:07−cv−11604−GEL) Memorandum of Law in Opposition,. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (Part 1 of 4), # 4 Exhibit C (Part 2 of 4), # 5 Exhibit C (Part 3 of 4), # 6 Exhibit C (Part 4 of 4))Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Firsenbaum, Ross) (Entered: 01/22/2008) |
| 01/22/2008 | 14 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Firsenbaum, Ross) (Entered: 01/22/2008) |
| 01/23/2008 | 15 | NOTICE of Withdrawal of Attorney. Document filed by Illinois Teachers' Group. Filed In Associated Cases: 1:07−md−01902−GEL et al.(Abadou, Ramzi) (Entered: 01/23/2008) |
| 01/28/2008 | 16 | NOTICE OF APPEARANCE by James P. Cusick on behalf of PricewaterhouseCoopers LLP (Attachments: # 1 Certificate of Service)(Cusick, James) (Entered: 01/28/2008) |
| 01/28/2008 | 17 | NOTICE OF APPEARANCE by Miles Norman Ruthberg on behalf of Ernst &Young LLP (Ruthberg, Miles) (Entered: 01/28/2008) |
| 01/28/2008 | 18 | NOTICE OF APPEARANCE by Christopher R. Harris on behalf of Ernst &Young LLP (Harris, Christopher) (Entered: 01/28/2008) |
| 01/28/2008 | 19 | NOTICE OF APPEARANCE by Elizabeth Heering Hickey on behalf of Ernst &Young LLP (Hickey, Elizabeth) (Entered: 01/28/2008) |
| 01/28/2008 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ernst &Young LLP.(Harris, Christopher) (Entered: 01/28/2008) |
| 01/28/2008 | 21 | CERTIFICATE OF SERVICE. Document filed by Ernst &Young LLP. (Harris, Christopher) (Entered: 01/28/2008) |
| 01/31/2008 | 22 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Kenneth Yeatts Turnbull for PricewaterhouseCoopers LLP admitted Pro Hac Vice. (Signed by Judge Gerard E. Lynch on 1/30/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(rjm) (Entered: 01/31/2008) |
| 02/01/2008 | 23 | ANSWER to Complaint. Document filed by Merrill Lynch, Pierce, Fenner &Smith Incorporated, Sandler O'Neill &Partners, L.P., William Blair &Company, L.L.C., BMO Capital Markets Corp., Samuel A. Ramirez &Co. Inc., Muriel Siebert &Co. Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P., CMG Institutional Trading LLC, Goldman, Sachs &Co., HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc.. (Attachments: # 1 Certificate of Service)(McCaw, Robert) (Entered: 02/01/2008) |

| 02/01/2008 | 24 | FILING ERROR – WRONG PDF ASSOCIATED WITH DOCKET ENTRY – (SEE DOCUMENT # 25) – MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL(McCaw, Robert) Modified on 2/14/2008 (gf). (Entered: 02/01/2008) |
|---|---|---|
| 02/01/2008 | 25 | MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL(McCaw, Robert) (Entered: 02/01/2008) |
| 02/01/2008 | 26 | MEMORANDUM OF LAW in Support re: (474 in 1:05–cv–08626–GEL) MOTION to Dismiss. *the Second Amended Consolidated Class Action Complaint*. Document filed by Banc of America Securities LLC, Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL(McCaw, Robert) (Entered: 02/01/2008) |
| 02/01/2008 | 27 | DECLARATION of Dawn M. Wilson in Support re: (474 in 1:05–cv–08626–GEL) MOTION to Dismiss.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Exhibit A (Part 1 of 8), # 2 Exhibit A (Part 2 of 8), # 3 Exhibit A (Part 3 of 8), # 4 Exhibit A (Part 4 of 8), # 5 Exhibit A (Part 5 of 8), # 6 Exhibit A (Part 6 of 8), # 7 Exhibit A (Part 7 of 8), # 8 Exhibit A (Part 8 of 8), # 9 Exhibit B, # 10 Exhibit C)Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL(McCaw, Robert) (Entered: 02/01/2008) |
| 02/01/2008 | 28 | NOTICE OF CHANGE OF ADDRESS by Helen Byung–Son Kim on behalf of Dennis A. Klejna. New Address: Katten Muchin Rosenman LLP, 2029 Century Park East, Ste.2600, Los Angeles, CA, USA 90064, 310–788–4400. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–07924–GEL(Kim, Helen) (Entered: 02/01/2008) |
| 02/01/2008 | 29 | ANSWER to Complaint with JURY DEMAND. Document filed by Grant Thornton LLP. (Attachments: # 1 Certificate of Service)(Mollon, David) (Entered: 02/01/2008) |
| 02/04/2008 | 30 | NOTICE of Notice of Withdrawal with Certificate of Service. Document filed by Dennis A. Klejna. Filed In Associated Cases: 1:07–md–01902–GEL et al.(Wang, Ona) (Entered: 02/04/2008) |
| 02/06/2008 | 31 | NOTICE OF APPEARANCE by Bruce Mathew Sabados on behalf of Dennis A. Klejna Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:07–cv–07924–GEL(Sabados, Bruce) (Entered: 02/06/2008) |
| 02/06/2008 | 32 | NOTICE OF APPEARANCE by Daniel Aaron Edelson on behalf of Dennis A. Klejna Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:07–cv–07924–GEL(Edelson, Daniel) (Entered: 02/06/2008) |
| 02/27/2008 | 33 | NOTICE OF DISMISSAL WITH PREJUDICE that Plaintiff Marc S. Kirschner, as trustee for the Refco Litigation Trust, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the F.R.C.P. against defendants Coast Asset Management, LLC, CS Land Mgt., LLC, and Christopher Petitt, with each party to bear its own fees and costs. (Signed by Judge Gerard E. Lynch on 2/27/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 02/27/2008) |
| 03/21/2008 | 34 | REPLY MEMORANDUM OF LAW in Support re: (25 in 1:07–md–01902–GEL, 474 in 1:05–cv–08626–GEL) MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL(McCaw, Robert) (Entered: 03/21/2008) |

| 03/26/2008 | 35 | MOTION for Alan C. Thomas to Appear Pro Hac Vice. Document filed by Beckenham Trading Company, Inc., Andrew Krieger.Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(rjm).(Entered: 04/04/2008) |
|---|---|---|
| 04/21/2008 | 36 | MEMORANDUM OPINION AND ORDER #95996... that plaintiff's motion to remand, or in the alternative, to abstain, is denied... and as further set forth in said Memorandum Opinion and Order. (Signed by Judge Gerard E. Lynch on 4/21/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(rjm) (Entered: 04/22/2008) |
| 05/14/2008 | 37 | STIPULATION AND ORDER. It is hereby stipulated and agreed, by and between the attorneys for the undersigned parties that... Defendants' time to file their respective Responses to Plaintiff's Complaint is extended from 5/12/08 to 5/21/2008. Plaintiff's time to file its opposition papers, if any, is extended from 8/11/08 to 8/29/08. Defendants' time to file their respective reply papers, if any, is extended from 9/10/08 to 9/29/2008... and as further set forth. (Signed by Judge Deborah A. Batts on 5/12/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(rjm) (Entered: 05/14/2008) |
| 05/19/2008 | 38 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Reed S. Oslan for Coast Asset Management, LLC and CS Land Management LLC admitted Pro Hac Vice. This Document relates to 07md1902 and 08cv3065. (Signed by Judge Gerard E. Lynch on 5/19/08) (rjm) (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 38 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 05/19/2008) |
| 05/19/2008 | 39 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Micah E. Marcus for Coast Asset Management, LLC and CS Land Management LLC admitted Pro Hac Vice. This Document relates to 07md1902 and 08cv3065. (Signed by Judge Gerard E. Lynch on 5/19/08) (rjm) (Entered: 05/19/2008) |
| 05/19/2008 | 40 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney James C. Joslin for Coast Asset Management, LLC and CS Land Management LLC admitted Pro Hac Vice. This Document relates to 07md1902 and 08cv3065. (Signed by Judge Gerard E. Lynch on 5/19/08) (rjm) (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 39 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 40 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 05/19/2008) |
| 05/21/2008 | 41 | MOTION to Dismiss. Document filed by PricewaterhouseCoopers LLP.Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Capra, James) (Entered: 05/21/2008) |
| 05/21/2008 | 42 | DECLARATION of James J. Capra, Jr. in Support re: (69 in 1:07−cv−11604−GEL) MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3(a), # 4 Exhibit 3(b), # 5 Exhibit 3(c), # 6 Exhibit 3(d), # 7 Exhibit 3(e), # 8 Exhibit 3(f), # 9 Exhibit 3(g), # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9)Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Capra, James) (Entered: 05/21/2008) |
| 05/21/2008 | 43 | NOTICE of /Request For Judicial Notice In Support Of Motion To Dismiss By PricewaterhouseCoopers LLP re: (69 in 1:07−cv−11604−GEL) MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1(a), # 2 Exhibit 1(b), # 3 Exhibit 1(c), # 4 Exhibit 1(d), # 5 Exhibit 1(e), # 6 Exhibit 1(f), # 7 Exhibit 1(g), # 8 Exhibit 2)Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Capra, James) (Entered: 05/21/2008) |

| 05/21/2008 | 44 | MEMORANDUM OF LAW in Support re: (69 in 1:07−cv−11604−GEL) MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Capra, James) (Entered: 05/21/2008) |
| --- | --- | --- |
| 05/21/2008 | 45 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Ingram Micro Logistics and Ingram Micro SB Holdings as Corporate Parent. Document filed by CIM Ventures Inc..Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wise, Robert) (Entered: 05/21/2008) |
| 05/21/2008 | 46 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ingram Micro, Inc..Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wise, Robert) (Entered: 05/21/2008) |
| 05/21/2008 | 47 | MOTION to Dismiss *Count Thirty−seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures*. Document filed by Ingram Micro, Inc., CIM Ventures, Inc..Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wise, Robert) (Entered: 05/21/2008) |
| 05/21/2008 | 48 | MEMORANDUM OF LAW in Support re: (79 in 1:07−cv−11604−GEL, 47 in 1:07−md−01902−GEL) MOTION to Dismiss. *Count Thirty−seven of the Complaint as against Ingram Micro Inc. and CIM Ventures Inc.*. Document filed by Ingram Micro, Inc., CIM Ventures, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wise, Robert) (Entered: 05/21/2008) |
| 05/21/2008 | 49 | MOTION to Dismiss *Claims 15, 34, 35, 36, 43 and 44 of the Complaint*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc..Responses due by 8/29/2008Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Anker, Philip) (Entered: 05/21/2008) |
| 05/21/2008 | 50 | DECLARATION of Robert F. Wise in Support re: (79 in 1:07−cv−11604−GEL, 47 in 1:07−md−01902−GEL) MOTION to Dismiss.. Document filed by Ingram Micro, Inc., CIM Ventures, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Wise, Robert) (Entered: 05/21/2008) |
| 05/21/2008 | 51 | MEMORANDUM OF LAW in Support re: (82 in 1:07−cv−11604−GEL, 49 in 1:07−md−01902−GEL) MOTION to Dismiss. *Claims 15,34,35,36,43 and 44 of the Complaint*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Anker, Philip) (Entered: 05/21/2008) |
| 05/21/2008 | 52 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Grant Thornton LLP.Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Mollon, David) (Entered: 05/21/2008) |
| 05/21/2008 | 53 | MOTION to Dismiss. Document filed by Grant Thornton LLP. Responses due by 8/29/2008Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Mollon, David) (Entered: 05/21/2008) |
| 05/21/2008 | 54 | MEMORANDUM OF LAW in Support re: (53 in 1:07−md−01902−GEL, 87 in 1:07−cv−11604−GEL) MOTION to Dismiss.. Document filed by Grant Thornton LLP. (Attachments: # 1 Unpublished Cases (1 of 2), # 2 Unpublished Cases (2 of 2))Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Mollon, David) (Entered: 05/21/2008) |
| 05/21/2008 | 55 | DECLARATION of Ruth A. Braun in Support re: (53 in 1:07−md−01902−GEL, 87 in 1:07−cv−11604−GEL) MOTION to Dismiss.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G (1 of 2), # 8 Exhibit G (2 of 2), # 9 Exhibit H (1 of 2), # 10 Exhibit H (2 of 2))Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(Braun, Ruth) (Entered: 05/21/2008) |
| 05/21/2008 | 56 | CERTIFICATE OF SERVICE of Grant Thornton LLPs Notice of Motion To Dismiss the Complaint, Memorandum of Law in Support of its Motion to Dismiss |

| | | |
|---|---|---|
| | | and accompanying Declaration of Ruth A. Braun and its exhibits on 5/21/2008. Service was made by Mail. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Braun, Ruth) (Entered: 05/21/2008) |
| 05/21/2008 | 57 | DECLARATION of Jeremy S. Winer in Support re: (49 in 1:07–md–01902–GEL, 82 in 1:07–cv–11604–GEL) MOTION to Dismiss *Claims 15, 34, 35, 36, 43 and 44 of the Complaint*.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: # 1 Exhibit A (Part 1 of 2), # 2 Exhibit A (Part 2 of 2), # 3 Exhibit B (Part 1 of 2), # 4 Exhibit B (Part 2 of 2), # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E (Part 1 of 2), # 8 Exhibit E (Part 2 of 2), # 9 Exhibit F, # 10 Exhibit G (Part 1 of 3), # 11 Exhibit G (Part 2 of 3), # 12 Exhibit G (Part 3 of 3), # 13 Exhibit H (Part 1 of 4), # 14 Exhibit H (Part 2 of 4), # 15 Exhibit H (Part 3 of 4), # 16 Exhibit H (Part 4 of 4), # 17 Exhibit I (Part 1 of 2), # 18 Exhibit I (Part 2 of 2), # 19 Exhibit J (Part 1 of 11), # 20 Exhibit J (Part 2 of 11), # 21 Exhibit J (Part 3 of 11), # 22 Exhibit J (Part 4 of 11), # 23 Exhibit J (Part 5 of 11), # 24 Exhibit J (Part 6 of 11), # 25 Exhibit J (Part 7 of 11), # 26 Exhibit J (Part 8 of 11), # 27 Exhibit J (Part 9 of 11), # 28 Exhibit J (Part 10 of 11), # 29 Exhibit J (Part 11 of 11), # 30 Exhibit K (Part 1 of 7), # 31 Exhibit K (Part 2 of 7), # 32 Exhibit K (Part 3 of 7), # 33 Exhibit K (Part 4 of 7), # 34 Exhibit K (Part 5 of 7), # 35 Exhibit K (Part 6 of 7), # 36 Exhibit K (Part 7 of 7), # 37 Exhibit L (Part 1 of 4), # 38 Exhibit L (Part 2 of 4), # 39 Exhibit L (Part 3 of 4), # 40 Exhibit L (Part 4 of 4), # 41 Exhibit M (Part 1 of 11), # 42 Exhibit M (Part 2 of 11), # 43 Exhibit M (Part 3 of 11), # 44 Exhibit M (Part 4 of 11), # 45 Exhibit M (Part 5 of 11), # 46 Exhibit M (Part 6 of 11), # 47 Exhibit M (Part 7 of 11), # 48 Exhibit M (Part 9 of 11), # 49 Exhibit M (Part 9 of 11), # 50 Exhibit M (Part 10 of 11), # 51 Exhibit M (Part 10 of 11))Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 05/21/2008) |
| 05/21/2008 | 58 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 05/21/2008) |
| 05/21/2008 | 59 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #68) MOTION to Dismiss. Document filed by Mayer Brown LLP.(Ward, Thomas) Modified on 6/5/2008 (lb). (Entered: 05/21/2008) |
| 05/21/2008 | 60 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #69) MEMORANDUM OF LAW in Support re: (93 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Ward, Thomas) Modified on 6/5/2008 (lb). (Entered: 05/21/2008) |
| 05/21/2008 | 61 | FILING ERROR – DEFICIENT DOCKET ENTRY – (MISSING EXHIBIT R, SEE DOCUMENT #70) DECLARATION of Thomas G. Ward in Support re: (93 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. (Attachments: # 1 Exhibit A–C, # 2 Exhibit D–E, # 3 Exhibit F–G, # 4 Exhibit H (Part A), # 5 Exhibit H (Part B), # 6 Exhibit I–N, # 7 Exhibit O–Q)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Ward, Thomas) Modified on 6/5/2008 (lb). (Entered: 05/21/2008) |
| 05/21/2008 | 62 | MOTION to Dismiss *the complaint*. Document filed by Mayer Brown International LLP.Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Candido, Anthony) (Entered: 05/21/2008) |
| 05/21/2008 | 63 | MEMORANDUM OF LAW in Support re: (96 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Mayer Brown International LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Candido, Anthony) (Entered: 05/21/2008) |
| 05/21/2008 | 65 | OPINION and ORDER #96081. For the foregoing reasons, defendant Ernst &Young LLP's motion to stay proceedings as to it pending mediation and, if necessary, arbitration, is granted. Proceedings in this case as to Ernst &Young LLP are hereby stayed for 30 days to permit Ernst &Young LLP to submit plaintiff's claims against it to mediation. If the matter is submitted to mediation, the stay will |

| | | continue in effect pending completion of the mediation and, if necessary, arbitration. (Signed by Judge Gerard E. Lynch on 5/21/08) Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(djc) Modified on 6/3/2008 (djc). (Entered: 05/22/2008) |
|---|---|---|
| 05/22/2008 | 64 | CERTIFICATE OF SERVICE. Document filed by PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(Swap, Alison) (Entered: 05/22/2008) |
| 05/23/2008 | 66 | ENDORSED LETTER addressed to Judge Gerard E. Lynch from Marc D. Powers dated 5/21/08 re: The Firm of Baker &Hostetler LLP whom represented Defendant Dennis A. Klejna now request that their name be removed from the ECF notifications for each of the cases listed herein. ENDORSEMENT: SO ORDERED. (Signed by Judge Gerard E. Lynch on 5/22/08) (tro) (Entered: 05/23/2008) |
| 05/23/2008 | 67 | STIPULATION AND ORDER. It is hereby Stipulated and Agreed by and between the attorneys for the undersigned parties that... Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file responses to Plaintiff's Complaint is extended to 6/20/2008. Plaintiff's replies, if any, is extended to 8/29/2008. Defts. EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file respective reply papers, if any, is extended to 9/29/08... and as further set forth in said stipulation and order. (Signed by Judge Gerard E. Lynch on 5/22/08) Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(rjm) (Entered: 05/23/2008) |
| 05/30/2008 | 68 | MOTION to Dismiss. Document filed by Mayer Brown LLP.Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(Ward, Thomas) (Entered: 05/30/2008) |
| 05/30/2008 | 69 | MEMORANDUM OF LAW in Support re: (107 in 1:07-cv-11604-GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(Ward, Thomas) (Entered: 05/30/2008) |
| 05/30/2008 | 70 | DECLARATION of Thomas G. Ward in Support re: (107 in 1:07-cv-11604-GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. (Attachments: # 1 Exhibit A–C, # 2 Exhibit D–E, # 3 Exhibit F–G, # 4 Exhibit H (Part A), # 5 Exhibit H (Part B), # 6 Exhibit I–N, # 7 Exhibit O–R)Filed In Associated Cases: 1:07-md-01902-GEL, 1:07-cv-11604-GEL(Ward, Thomas) (Entered: 05/30/2008) |
| 06/02/2008 | 71 | STIPULATION AND ORDER... that Plaintiffs reserve all rights to seek remand and/or abstention in the Action, and to oppose the Motion to Refer filed in the Action by defendant Bank fur Arbeit und Wirtschaft und Osterreichische Postparkasse Aktiengesellschaft ("BAWAG"), and BAWAG retains all rights to seek referral to the Bankruptcy Court through the Motion to Refer, and this Stipulation and Order is without prejudice to such rights; Without prejudice to this reservation of rights and subject to any subsequent order of the Court, Plaintiffs hereby agree to be parties to the Deposition Protocol and are permitted all rights provided thereunder, it being expressly understood that, by entering into this Stipulation, Plaintiffs do not waive, and expressly reserve, the right to seek relief from the terms of the Deposition Protocol, including, without limitation, an application for relief in the event that Plaintiffs believe that the deposition Process under the Deposition Protocol has not provided full and adequate deposition discovery to Plaintiffs relating to the matters raised in Plaintiffs' complaint herein, or in any amended version thereof; Without prejudice to this reservation of rights, and subject to any subsequent order of the Court, Plaintiffs hereby agree to be parties to the Confidentiality Order and are permitted all rights provided thereunder; The Action is deemed a "Related Action" for purposes of the Confidentiality Order; As parties to the Confidentiality Order, Plaintiffs shall be entitled to receive from each producing party all materials produced, or previously produced, by such party in any action subject to the Deposition Protocol; and Plaintiffs reserve the right to seek modification of the restrictions on disclosure included in the Confidentiality Order at paragraph 10, as provided for in paragraph 32 of the Confidentiality Order, to the extent that materials obtained by Plaintiffs |

| | | |
|---|---|---|
| | | are necessary or useful in related matters or litigations, including any proceedings before a court of the Cayman Islands. Nothing contained herein shall waive or act to limit any of Plaintiffs or Defendants' right under the Deposition Protocol and Confidentiality Order, all of which are expressly reserved. Defendants reserve any and all rights to oppose any relief sought by Plaintiffs pursuant to Paragraphs 1, 2, and 6 of this Order. This Document relates to 07md1902, 08–3065, 08–3086. (Signed by Judge Gerard E. Lynch on 6/2/08) (rjm) (Entered: 06/03/2008) |
| 06/04/2008 | 72 | ORDER ADMITTING ATTORNEY Derrick J. Stomberg PRO HAC VICE on behalf of the named plaintiffs. (Signed by Judge Gerard E. Lynch on 6/3/08) Filed In Associated Cases: 1:07–md–01902–GEL et al.(djc) (Entered: 06/04/2008) |
| 06/04/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 72 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (djc) (Entered: 06/04/2008) |
| 06/04/2008 | 73 | ORDER ADMITTING ATTORNEY Thomas A. Conelly PRO HAC VICE for Kenneth M. Krys and Christopher Stride, as Joint Offiial Liquidators of SphinX, Ltd., et al...; Counsel shall forward the pro hac vice to the Clerk of the Court. (Signed by Judge Gerard E. Lynch on 6/3/08) (djc) Modified on 6/11/2008 (djc). Modified on 6/12/2008 (djc). (Entered: 06/04/2008) |
| 06/04/2008 | 81 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Lee M. Andelin for Kenneth M. Krys and Christopher Stride admitted Pro Hac Vice. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/04/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 81 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 06/06/2008) |
| 06/05/2008 | | CASHIERS OFFICE REMARK on 73 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 5/28/08, Receipt Number 652545. (Quintero, Marcos) (Entered: 06/05/2008) |
| 06/05/2008 | | CASHIERS OFFICE REMARK on 72 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 5/28/08, Receipt Number 652546. (Quintero, Marcos) (Entered: 06/05/2008) |
| 06/05/2008 | 87 | MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. Document filed by Ingram Micro, Inc., CIM Ventures, Inc. This Document relates to 07md1902, 07–11604 and 08–3086.Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 06/10/2008) |
| 06/06/2008 | 74 | ORDER ADMITTING MALCOLM LOEB PRO HAC VICE granting Motion for Malcolm Loeb to Appear Pro Hac Vice. Malcolm Loeb is admitted to practice pro hac vice as counsel for the Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/06/2008 | 75 | ORDER ADMITTING LEO BEUS PRO HAC VICE granting Motion for Leo Beus to Appear Pro Hac Vice. Leo Beus is admitted to practice pro hac vice as counsel for the Plaintiffs in the civil cases this relates to. This Document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/06/2008 | 76 | ORDER ALLOWING APPEARANCE OF DENNIS BLACKHURST PRO HAC VICE granting Motion for Dennis Blackhurst to Appear Pro Hac Vice. Dennis Blackhurst is admitted to practice pro hac vice as counsel for the Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/06/2008 | 77 | ORDER ADMITTING L. RICHARD WILLIAMS granting Motion for L. Richard Williams to Appear Pro Hac Vice. L. Richard Williams is admitted to practice pro hac vice as counsel for Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |

| 06/06/2008 | 78 | ORDER ADMITTING TIMOTHY J. PARIS granting Motion for Timothy J. Paris to Appear Pro Hac Vice. Timothy J. Paris is admitted to practice pro hac vice as counsel for Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
|---|---|---|
| 06/06/2008 | 79 | ORDER ADMITTING ROBERT T. MILLS PRO HAC VICE granting Motion for Robert T. Mills to Appear Pro Hac Vice. Robert T. Mills is admitted to practice pro hac vice as counsel for Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/06/2008 | 80 | ORDER ADMITTING SAMUEL R. RANDALL granting Motion for Samuel R. Randall to Appear Pro Hac Vice. Samuel R. Randall is admitted to practice pro hac vice as counsel for Plaintiffs in the civil cases this relates to. This document relates to 08–3065 and 08–3086. (Signed by Judge Gerard E. Lynch on 6/3/08) (rjm) (Entered: 06/06/2008) |
| 06/06/2008 | 82 | MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*. Document filed by Ernst &Young LLP.(Harris, Christopher) (Entered: 06/06/2008) |
| 06/06/2008 | 83 | MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*.. Document filed by Ernst &Young LLP. (Attachments: # 1 Appendix of Unpublished Cases)(Harris, Christopher) (Entered: 06/06/2008) |
| 06/06/2008 | 84 | DECLARATION of Christopher Harris in Support re: 82 MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*.. Document filed by Ernst &Young LLP. (Attachments: # 1 Exhibits A and B)(Harris, Christopher) (Entered: 06/06/2008) |
| 06/06/2008 | 85 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ernst &Young LLP.(Harris, Christopher) (Entered: 06/06/2008) |
| 06/06/2008 | 86 | CERTIFICATE OF SERVICE. Document filed by Ernst &Young LLP. (Harris, Christopher) (Entered: 06/06/2008) |
| 06/12/2008 | 88 | ORDER granting (112) Motion for Jonathan Peter Hersey to Appear Pro Hac Vice in case 1:07–cv–11604–GEL; granting (87) Motion for Jonathan Peter Hersey to Appear Pro Hac Vice in case 1:07–md–01902–GEL. (Signed by Judge Gerard E. Lynch on 6/11/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 06/12/2008) |
| 06/24/2008 | 89 | STIPULATION AND ORDER that Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective responses to Plaintiff's Complaint is extended to July 21, 2008. Plaintiff's time to file its opposition papers, if any, is extended to September 29, 2008. Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective reply papers, if any, is extended to October 28, 2008, or until thirty (30) days after Plaintiff's opposition is filed in the event Plaintiff files its opposition papers prior to September 29, 2008... and as further set forth in said stipulation and order. (Signed by Judge Gerard E. Lynch on 6/19/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm)that (Entered: 06/25/2008) |
| 06/24/2008 | | Set/Reset Deadlines (pursuant to Doc. No. 89 in 07md1902; Doc. No. 114 in 07cv11604): Replies due by 9/29/2008. Responses due by 7/21/2008 Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 06/25/2008) |
| 06/25/2008 | 90 | STIPULATION AND ORDER regarding the procedures to be followed that shall govern the handling of this Stipulation and Order. Upon a request for the production of documents, BAWAG shall be permitted: (a) to identify materials that relate to clients that have not waived bank secrecy laws and (b) to withhold such materials pending either a waiver of such laws by the affected client or pursuant to a determination by the Court with regard to the production of such materials... As |

| | | BAWAG has shown good cause for entry of this order, and has obtained consent of all but one relevant party, and as the objecting party has not proffered a substantive relevant objection to the order, but has simply withheld consent in retaliation for BAWAG's refusal to consent to unrelated relief by the objecting party, the instant stipulation and order is approved... and as further set forth. This Document relates to 07md1902, 08–3065, 08–3086. (Signed by Judge Gerard E. Lynch on 6/25/08) (rjm) (Entered: 06/25/2008) |
|---|---|---|
| 07/24/2008 | 91 | STIPULATION AND ORDER, ( Plaintiff's Replies extended from 9/29/08 to 10/24/2008., Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's Responses to Plaintiff's Complaint is extended from 7/21/08 to 8/15/2008). Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective reply papers, if any, is extended from 10/28/08 to 11/21/08, or until 30 days after Plaintiff's opposition is filed in the event Plaintiff files its opposition papers prior to 10/24/08... and as further set forth in said stipulation and order. (Signed by Judge Gerard E. Lynch on 7/23/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 07/24/2008) |
| 07/31/2008 | 97 | MOTION for Reconsideration/clarification, MOTION to Intervene as plaintiff under Fed. R.Civ. P. Rule 24(A)2; MOTION to Amend/Correct. Document filed by Jonathan Lee Riches.(djc) (Entered: 08/22/2008) |
| 08/05/2008 | 92 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER that the parties hereto shall comply with the terms of and shall be afforded the protections of the Amended Stipulation and Agreed Confidentiality Order entered by the Court in the captioned action on 2/8/08 and the attached hereto with respect to the production of any discovery materials by non–party Blackstone Management Associates IV, LLC or any of its affiliates, parents, related companies, successors, or assigns in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file this Stipulation with the Court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Stipulation and Order. (Signed by Judge Gerard E. Lynch on 8/4/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 08/05/2008) |
| 08/12/2008 | 93 | ORDER that Jonathan Lee Riches's pending motion to intervene in the captioned cases is denied. (Signed by Judge Gerard E. Lynch on 8/12/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:06–cv–00643–GEL(rjm) (Entered: 08/12/2008) |
| 08/18/2008 | 94 | ORDER: That plaintiffs may serve Mr. Christopher Sugrue by international service at Av. Amilar Cabral No 110–2, Ed. Sonagol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg. Plaintiffs shall serve Mr. Sugrue with a copy of this order along with the summons and complaint. Filed in cases 07md1902, 08cv3065 and 08cv3086. (Signed by Judge Gerard E. Lynch on 8/18/08) (db) (Entered: 08/18/2008) |
| 08/20/2008 | 96 | STIPULATION AND ORDER. Defendants EMF Financial Products LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective responses to Plaintiff's complaint is extended from August 15, 2008 to September 15, 2008; Plaintiff's time to file its opposition papers, if any, is extended from October 24, 2008 to November 24, 2008. Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC and Eric M. Flanagan's time to file their respective reply papers, if any, is extended from November 21, 2008 to December 22, 2008, or until thirty days after Plaintiff's opposition is filed in the event Plaintiff files its opposition papers prior to November 24, 2008. ( Replies due by 12/22/2008, Responses due by 11/24/2008); (Signed by Judge Gerard E. Lynch on 8/20/08) (djc) (Entered: 08/21/2008) |
| 08/21/2008 | 95 | NOTICE OF APPEARANCE by Kathleen Elizabeth Cassidy on behalf of Joseph P Collins (Cassidy, Kathleen) (Entered: 08/21/2008) |
| 08/21/2008 | 101 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of other than the SDNY, and the same |

| | | hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Gerard E. Lynch, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 8/21/08) (rjm) (Entered: 09/02/2008) |
|---|---|---|
| 08/25/2008 | 135 | NOTICE OF APPEAL from 93 Order. Document filed by Jonathan Lee Riches. (nd) (Entered: 10/15/2008) |
| 08/25/2008 | | Appeal Remark as to 135 Notice of Appeal filed by Jonathan Lee Riches. $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 10/15/2008) |
| 08/29/2008 | 98 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 109) – MEMORANDUM OF LAW in Opposition re: (68 in 1:07–md–01902–GEL, 107 in 1:07–cv–11604–GEL) MOTION to Dismiss., (53 in 1:07–md–01902–GEL, 87 in 1:07–cv–11604–GEL) MOTION to Dismiss., (79 in 1:07–cv–11604–GEL, 47 in 1:07–md–01902–GEL) MOTION to Dismiss., (96 in 1:07–cv–11604–GEL, 62 in 1:07–md–01902–GEL) MOTION to Dismiss., (82 in 1:07–cv–11604–GEL, 49 in 1:07–md–01902–GEL) MOTION to Dismiss., (98 in 1:07–cv–11604–GEL) MOTION to Dismiss *Count 37 of the Complaint.*, (41 in 1:07–md–01902–GEL, 69 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Werder, Richard) Modified on 10/3/2008 (gf). (Entered: 08/29/2008) |
| 08/29/2008 | 99 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 110) – DECLARATION of Sascha N. Rand in Opposition re: (53 in 1:07–md–01902–GEL, 87 in 1:07–cv–11604–GEL) MOTION to Dismiss., (82 in 1:07–cv–11604–GEL, 49 in 1:07–md–01902–GEL) MOTION to Dismiss., (98 in 1:07–cv–11604–GEL) MOTION to Dismiss *Count 37 of the Complaint.*, (68 in 1:07–md–01902–GEL, 107 in 1:07–cv–11604–GEL) MOTION to Dismiss., (79 in 1:07–cv–11604–GEL, 47 in 1:07–md–01902–GEL) MOTION to Dismiss., (96 in 1:07–cv–11604–GEL, 62 in 1:07–md–01902–GEL) MOTION to Dismiss., (41 in 1:07–md–01902–GEL, 69 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Marc S. Kirschner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, part 1 of 4, # 5 Exhibit D, part 2 of 4, # 6 Exhibit D, part 3 of 4, # 7 Exhibit D, part 4 of 4, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Rand, Sascha) Modified on 10/3/2008 (gf). (Entered: 08/29/2008) |
| 08/29/2008 | 100 | CERTIFICATE OF SERVICE. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Lee, Rex) (Entered: 08/29/2008) |
| 09/08/2008 | 102 | STIPULATION AND ORDER that Plaintiffs and Defendants shall exchange supplemental briefs, not to exceed 15 pages in length, with respect to Plaintiffs' Motion for Remand on 9/16/08... and as further set forth. This document relates to 07md1902 and 08–7416. (Signed by Judge Gerard E. Lynch on 9/8/08) (rjm) (Entered: 09/08/2008) |
| 09/16/2008 | 103 | NOTICE OF APPEARANCE by Elliott Zvi Stein on behalf of Robert Aaron Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 09/16/2008) |
| 09/16/2008 | 104 | NOTICE OF APPEARANCE by Donald Albert Corbett on behalf of Robert Aaron Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Corbett, Donald) (Entered: 09/16/2008) |
| 09/16/2008 | 105 | NOTICE OF APPEARANCE by Ira Lee Sorkin on behalf of Robert Aaron Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Sorkin, Ira) (Entered: 09/16/2008) |
| 09/17/2008 | 106 | NOTICE OF APPEARANCE by Stephanie J. Cohen on behalf of Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, LLC, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., Bank of New York Mellon Corporation (Cohen, Stephanie) (Entered: 09/17/2008) |

| 09/17/2008 | 107 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) EMF Financial Producets, Delta Flyer Fund LLC, Delta Flyer Fund, LLC. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Rand, Sascha) (Entered: 09/17/2008) |
|---|---|---|
| 09/17/2008 | 108 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Eric M. Flanagan. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Rand, Sascha) (Entered: 09/17/2008) |
| 09/22/2008 | 109 | MEMORANDUM OF LAW in Opposition re: (68 in 1:07–md–01902–GEL, 107 in 1:07–cv–11604–GEL) MOTION to Dismiss., (53 in 1:07–md–01902–GEL, 87 in 1:07–cv–11604–GEL) MOTION to Dismiss., (85 in 1:07–cv–11604–GEL) MOTION to Dismiss *Claim 37 of the Complaint.*, (79 in 1:07–cv–11604–GEL, 47 in 1:07–md–01902–GEL) MOTION to Dismiss., (96 in 1:07–cv–11604–GEL, 62 in 1:07–md–01902–GEL) MOTION to Dismiss., (82 in 1:07–cv–11604–GEL, 49 in 1:07–md–01902–GEL) MOTION to Dismiss., (59 in 1:07–md–01902–GEL) MOTION to Dismiss., (93 in 1:07–cv–11604–GEL) MOTION to Dismiss., (98 in 1:07–cv–11604–GEL) MOTION to Dismiss *Count 37 of the Complaint.*, (41 in 1:07–md–01902–GEL, 69 in 1:07–cv–11604–GEL) MOTION to Dismiss. *Corrected*. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Werder, Richard) (Entered: 09/22/2008) |
| 09/22/2008 | 110 | DECLARATION of Sascha N. Rand in Opposition re: (53 in 1:07–md–01902–GEL, 87 in 1:07–cv–11604–GEL) MOTION to Dismiss., (82 in 1:07–cv–11604–GEL, 49 in 1:07–md–01902–GEL) MOTION to Dismiss., (59 in 1:07–md–01902–GEL) MOTION to Dismiss., (98 in 1:07–cv–11604–GEL) MOTION to Dismiss *Count 37 of the Complaint.*, (68 in 1:07–md–01902–GEL, 107 in 1:07–cv–11604–GEL) MOTION to Dismiss., (85 in 1:07–cv–11604–GEL) MOTION to Dismiss *Claim 37 of the Complaint.*, (79 in 1:07–cv–11604–GEL, 47 in 1:07–md–01902–GEL) MOTION to Dismiss., (96 in 1:07–cv–11604–GEL, 62 in 1:07–md–01902–GEL) MOTION to Dismiss., (41 in 1:07–md–01902–GEL, 69 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Marc S. Kirschner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, part 1 of 4, # 5 Exhibit D, part 2 of 4, # 6 Exhibit D, part 3 of 4, # 7 Exhibit D, part 4 of 4, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Rand, Sascha) (Entered: 09/22/2008) |
| 09/22/2008 | 111 | CERTIFICATE OF SERVICE. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Lee, Rex) (Entered: 09/22/2008) |
| 09/23/2008 | 112 | ORDER that Defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, and Deutsche Bank Securities Inc. (the "Investment Bank Defendants") shall be permitted to file a reply memorandum of law of up to 20 pages in support of their motion to dismiss the Complaint. (Signed by Judge Gerard E. Lynch on 9/23/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 09/23/2008) |
| 09/23/2008 | 113 | NOTICE (signed) OF DISMISSAL WITHOUT PREJUDICE... that any and all claims asserted and/or assertable by Plaintiff Marc S. Kirschner against Defendant(s) –Eric M. Flanagan– in the captioned lawsuit shall be dismissed by the Court without prejudice... each party shall bear its own costs and fees. (Signed by Judge Gerard E. Lynch on 9/23/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 09/23/2008) |
| 09/23/2008 | 114 | SIGNED NOTICE OF DISMISSAL WITH PREJUDICE... that any and all claims asserted and/or assertable by Plaintiff Marc S. Kirschner... against Defendant(s) –EMF Financial Products, LLC, EMF Core Fund, Ltd., and Delta Flyer Fund, LLC– in the captioned lawsuit shall be dismissed by the Court with prejudice... |

| | | |
|---|---|---|
| | | each party shall bear its own costs and fees. (Signed by Judge Gerard E. Lynch on 9/23/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 09/23/2008) |
| 09/23/2008 | 115 | NOTICE OF APPEARANCE by Reed Allen Smith on behalf of Joseph P Collins (Smith, Reed) (Entered: 09/23/2008) |
| 09/23/2008 | 116 | NOTICE OF APPEARANCE by Daniel Mark Hibshoosh on behalf of Joseph P Collins (Hibshoosh, Daniel) (Entered: 09/23/2008) |
| 09/23/2008 | 117 | NOTICE OF APPEARANCE by William J. Schwartz on behalf of Joseph P Collins (Schwartz, William) (Entered: 09/23/2008) |
| 09/23/2008 | 118 | NOTICE OF APPEARANCE by Jonathan Paul Bach on behalf of Joseph P Collins (Bach, Jonathan) (Entered: 09/23/2008) |
| 09/29/2008 | 119 | REPLY MEMORANDUM OF LAW in Support re: (82 in 1:07–cv–11604–GEL) MOTION to Dismiss. *Claims 15, 34, 35, 36, 43 and 44 of the Complaint.* Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 09/29/2008) |
| 09/29/2008 | 120 | DECLARATION of Jeremy S. Winer in Support re: (82 in 1:07–cv–11604–GEL, 49 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. (Attachments: #_1 Exhibit N, #_2 Exhibit O, #_3 Exhibit P, #_4 Exhibit Q, #_5 Exhibit R)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 09/29/2008) |
| 09/29/2008 | 121 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 09/29/2008) |
| 09/29/2008 | 122 | REPLY MEMORANDUM OF LAW in Support re: (79 in 1:07–cv–11604–GEL, 47 in 1:07–md–01902–GEL) MOTION to Dismiss. *Count Thirty Seven of the Complaint as Against Ingram Micro Inc. and CIM Ventures Inc.*. Document filed by Ingram Micro, Inc., CIM Ventures, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Wise, Robert) (Entered: 09/29/2008) |
| 09/29/2008 | 123 | REPLY MEMORANDUM OF LAW in Support re: (41 in 1:07–md–01902–GEL, 69 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Capra, James) (Entered: 09/29/2008) |
| 09/29/2008 | 124 | CERTIFICATE OF SERVICE. Document filed by PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Capra, James) (Entered: 09/29/2008) |
| 09/29/2008 | 125 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 134) – REPLY MEMORANDUM OF LAW in Support re: (107 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Ward, Thomas) Modified on 10/14/2008 (lb). (Entered: 09/29/2008) |
| 09/29/2008 | 126 | DECLARATION of Thomas G. Ward in Support re: (107 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP. (Attachments: #_1 Exhibit A–B, #_2 Exhibit C (Part 1), #_3 Exhibit C (Part 2), #_4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Ward, Thomas) (Entered: 09/29/2008) |
| 09/29/2008 | 127 | REPLY MEMORANDUM OF LAW in Support re: (96 in 1:07–cv–11604–GEL, 62 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Mayer Brown International LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Candido, Anthony) (Entered: 09/29/2008) |

| 09/29/2008 | 128 | REPLY MEMORANDUM OF LAW in Support re: (53 in 1:07–md–01902–GEL, 87 in 1:07–cv–11604–GEL) MOTION to Dismiss.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Mollon, David) (Entered: 09/29/2008) |
|---|---|---|
| 09/29/2008 | 129 | CERTIFICATE OF SERVICE of Grant Thornton LLPs Reply Memorandum of Law in Support of its Motion to Dismiss on September 29, 2008. Service was made by Mail. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Braun, Ruth) (Entered: 09/29/2008) |
| 09/30/2008 | 130 | STIPULATION AND ORDER that Defendant Grant Thornton LLP shall be permitted to file a reply memorandum of up to 20 pages in support of its motion to dismiss the complaint in the above action. (Signed by Judge Gerard E. Lynch on 9/29/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 09/30/2008) |
| 10/03/2008 | 131 | ORDER the application for certification of an interlocutory appeal is denied. SO ORDERED. (Signed by Judge Gerard E. Lynch on 9/30/2008) Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:06–cv–00643–GEL(jmi) (nd). (Entered: 10/07/2008) |
| 10/06/2008 | 132 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney B. John Pendleton, Jr for Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, LLC, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., Bank of New York Mellon Corporation, Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, LLC, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd. and Bank of New York Mellon Corporation admitted Pro Hac Vice. (Signed by Judge Gerard E. Lynch on 10/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 10/07/2008) |
| 10/06/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (12 in 1:08–cv–07416–GEL, 132 in 1:07–md–01902–GEL) Order Admitting Attorney Pro Hac Vice,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 10/07/2008) |
| 10/06/2008 | 133 | STIPULATION AND ORDER, Plaintiffs time to respond to the Forum Selection Motion is extended through and including 11/21/08. (Response due by 11/21/2008). PwC–Cayman shall serve reply papers, if any, 30 days after Plaintiffs have filed &served their response to the Forum Selection Motion and PwC–Cayman's time to answer or make a motion pursuant to Rule 12(b) (as to which Plaintiffs reserve all rights) is extended through and including the later of 20 days after a decision on Plaintiffs' pending Motion for Remand or 20 days after a decision on the Forum Selection Motion. This Document relates to 07md1902, 08–3086. (Signed by Judge Gerard E. Lynch on 10/3/08) (rjm) (Entered: 10/07/2008) |
| 10/08/2008 | 134 | REPLY MEMORANDUM OF LAW in Support re: (68 in 1:07–md–01902–GEL, 107 in 1:07–cv–11604–GEL) MOTION to Dismiss. *Corrected Reply Memorandum*. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Ward, Thomas) (Entered: 10/08/2008) |
| 10/15/2008 | | Transmission of Notice of Appeal to the District Judge re: 135 Notice of Appeal. (nd) (Entered: 10/15/2008) |
| 10/15/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 135 Notice of Appeal. (nd) (Entered: 10/15/2008) |
| 10/15/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 29 Answer to Complaint filed by Grant Thornton LLP, 53 MOTION to Dismiss. filed by Grant Thornton LLP, 12 Memorandum of Law in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc.,, 128 Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, 126 Declaration in Support of Motion, filed by Mayer Brown LLP, 83 Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, 33 Notice of Voluntary Dismissal – Signed, 19 Notice of Appearance filed by Ernst &Young LLP, 104 Notice of Appearance |

filed by Robert Aaron, 121 Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 40 Order Admitting Attorney Pro Hac Vice, 112 Order, 67 Stipulation and Order, Set Deadlines/Hearings,,,, 52 Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, 49 MOTION to Dismiss *Claims 15, 34, 35, 36, 43 and 44 of the Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 9 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 82 MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*. filed by Ernst &Young LLP, 80 Order, 78 Order, 74 Order, 65 Memorandum &Opinion, 88 Order on Motion to Appear Pro Hac Vice, 70 Declaration in Support of Motion, filed by Mayer Brown LLP, 109 Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, 106 Notice of Appearance filed by DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Bank of New York Mellon Corporation, Guy Castranova, Derivative Portfolio Management, Ltd., 107 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 46 Rule 7.1 Corporate Disclosure Statement filed by Ingram Micro, Inc., 21 Certificate of Service Other filed by Ernst &Young LLP, 25 MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 103 Notice of Appearance filed by Robert Aaron, 27 Declaration in Support of Motion,, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 120 Declaration in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities Deutsche Bank Securities, Inc., 117 Notice of Appearance filed by Joseph P Collins, 26 Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 4 Rule 7.1 Corporate Disclosure Statement filed by PricewaterhouseCoopers LLP, 79 Order, 57 Declaration in Support of Motion,,,,,,, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 95 Notice of Appearance filed by Joseph P Collins, 134 Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, 1 MDL Conditional Transfer In Order,,, 39 Order Admitting Attorney Pro Hac Vice, 13 Declaration in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 69 Memorandum of Law in Support of Motion filed by Mayer Brown LLP, 55 Declaration in Support of Motion, filed by Grant Thornton LLP, 90 Stipulation and Order,,, 66 Endorsed Letter, 133 Stipulation and Order, Set Deadlines/Hearings,,,, 58 Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 42 Declaration in Support of Motion,, filed by PricewaterhouseCoopers LLP, 72 Order Admitting Attorney Pro Hac Vice, 124 Certificate of Service Other, filed by PricewaterhouseCoopers LLP, 113 Stipulation and Order of Dismissal, 7 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 91 Stipulation and Order, Set Deadlines/Hearings,,,, 11 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 110 Declaration in Opposition to Motion,,,, filed by Marc S. Kirschner, 127 Reply Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, 51 Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 116 Notice of Appearance filed by Joseph P Collins, 101 MDL Conditional Transfer In Order,, 75 Order, 68 MOTION to Dismiss. filed by Mayer Brown LLP, 77 Order, 115 Notice of Appearance filed by Joseph P Collins, 50 Declaration in Support of Motion, filed by CIM Ventures, Inc., Ingram Micro, Inc., 56 Certificate of Service Other,,, filed by Grant Thornton LLP, 37 Stipulation and Order, Set Deadlines/Hearings,,,, 102 Stipulation and Order, 89 Stipulation and Order,,, 123 Reply Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, 96 Stipulation and Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings,,,,,,,,,, 2 Notice of Appearance filed by PricewaterhouseCoopers LLP, 16 Notice of Appearance filed by PricewaterhouseCoopers LLP, 32 Notice of Appearance filed by Dennis A. Klejna, 76 Order, 22 Order Admitting Attorney Pro Hac Vice, 5 Notice of

Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 62 MOTION to Dismiss *the complaint*. filed by Mayer Brown International LLP, 15 Notice (Other) filed by Illinois Teachers' Group, 93 Order, 14 Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 119 Reply Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 63 Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, 35 MOTION for Alan C. Thomas to Appear Pro Hac Vice. filed by Andrew Krieger, Beckenham Trading Company, Inc., Beckenham Trading Co. Inc, 85 Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, 135 Notice of Appeal filed by Jonathan Lee Riches, 8 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 20 Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, 94 Order, 64 Certificate of Service Other, filed by PricewaterhouseCoopers LLP, 48 Memorandum of Law in Support of Motion, filed by CIM Ventures, Inc., Ingram Micro, Inc., 130 Stipulation and Order, 92 Stipulation and Order,,, 38 Order Admitting Attorney Pro Hac Vice, 36 Memorandum &Opinion, 100 Certificate of Service Other, filed by Marc S. Kirschner, 43 Notice (Other), Notice (Other) filed by PricewaterhouseCoopers LLP, 122 Reply Memorandum of Law in Support of Motion, filed by CIM Ventures, Inc., Ingram Micro, Inc., 10 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 108 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 45 Rule 7.1 Corporate Disclosure Statement filed by CIM Ventures Inc., 6 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 23 Answer to Complaint, filed by BMO Capital Markets Corp., Muriel Siebert &Co. Inc., Goldman, Sachs &Co., HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Sandler O'Neill &Partners, L.P., William Blair &Company, L.L.C., The Williams Capital Group, L.P., Merrill Lynch, Pierce, Fenner &Smith Incorporated, Utendahl Capital Partners, L.P., Samuel A. Ramirez &Co. Inc., CMG Institutional Trading LLC, 3 Notice of Appearance filed by PricewaterhouseCoopers LLP, 129 Certificate of Service Other,,, filed by Grant Thornton LLP, 34 Reply Memorandum of Law in Support of Motion, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 118 Notice of Appearance filed by Joseph P Collins, 105 Notice of Appearance filed by Robert Aaron, 44 Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, 84 Declaration in Support of Motion, filed by Ernst &Young LLP, 17 Notice of Appearance filed by Ernst &Young LLP, 18 Notice of Appearance filed by Ernst &Young LLP, 71 Stipulation and Order,,,,,,,,,, 111 Certificate of Service Other, filed by Marc S. Kirschner, 30 Notice (Other) filed by Dennis A. Klejna, 114 Stipulation and Order of Dismissal, 41 MOTION to Dismiss. filed by PricewaterhouseCoopers LLP, 132 Order Admitting Attorney Pro Hac Vice,, 54 Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, 73 Order Admitting Attorney Pro Hac Vice, filed by Kenneth M. Krys, Dennis A. Klejna, Christopher Stride, 47 MOTION to Dismiss *Count Thirty−seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures*. filed by Ingram Micro, Inc., CIM Ventures, Inc., 81 Order Admitting Attorney Pro Hac Vice, 131 Order, 86 Certificate of Service Other filed by Ernst &Young LLP, 87 MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc., 31 Notice of Appearance filed by Dennis A. Klejna, 28 Notice of Change of Address, filed by Dennis A. Klejna were transmitted to the U.S. Court of Appeals. (nd) (Entered: 10/15/2008)

| | | |
|---|---|---|
| 10/15/2008 | 136 | STIPULATION AND ORDER that Grant Thornton LLP shall be permitted to file a reply memorandum of up to twenty pages in support of its motion to dismiss the complaint in the above action... and as further set forth. This Document relates to 07md1902 and 07cv8165. (Signed by Judge Gerard E. Lynch on 10/15/08) (rjm) (Entered: 10/16/2008) |
| 10/15/2008 | 137 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER. IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the parties hereto shall comply with the terms of and shall be afforded the |

| | | |
|---|---|---|
| | | protections of the Amended Stipulation and Agreed Confidentiality Order (the "Stipulation and Order") entered by the Court in the above–captioned action on February 8, 2008 and attached hereto with respect to the production of any discovery materials by non–party McKinsey &Company or any of its affiliates, parents, related companies, successors, or assigns in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file this Stipulation with the court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Stipulation and Order. (Signed by Judge Gerard E. Lynch on 10/15/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–07074–GEL(rjm) (Entered: 10/16/2008) |
| 10/15/2008 | 138 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL (CTO–3)... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of other than the SDNY, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Gerard E. Lynch, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 9/25/08) (rjm) (Entered: 10/16/2008) |
| 10/20/2008 | 173 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – AMENDED NOTICE OF APPEAL re: 135 Notice of Appeal, 131 Order. Document filed by Jonathan Lee Riches. (tp) Modified on 11/19/2008 (kkc). (Entered: 11/14/2008) |
| 10/20/2008 | 185 | NOTICE OF APPEAL from 131 Order. Document filed by Jonathan Lee Riches. (tp) (Entered: 11/25/2008) |
| 10/20/2008 | | Appeal Remark as to 185 Notice of Appeal filed by Jonathan Lee Riches. $455.00 APPEAL FEE DUE. (tp) (Entered: 11/25/2008) |
| 10/22/2008 | 139 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)..* Document filed by Ernst &Young LLP. (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2, # 3 Appendix Part 3, # 4 Appendix Part 4)(Harris, Christopher) (Entered: 10/22/2008) |
| 10/22/2008 | 140 | CERTIFICATE OF SERVICE. Document filed by Ernst &Young LLP. (Harris, Christopher) (Entered: 10/22/2008) |
| 10/23/2008 | 141 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material.... (as in effect in the MDL). Relates to 08cv7416. (Signed by Judge Gerard E. Lynch on 10/23/08) (rjm) (Entered: 10/28/2008) |
| 10/27/2008 | 147 | MOTION for Lee M. Andelin to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/27/2008 | 148 | MOTION for Leo Beus to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/27/2008 | 149 | MOTION for Thomas A. Connelly to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/27/2008 | 150 | MOTION for Malcolm Loeb to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/27/2008 | 151 | MOTION for Robert T. Mills to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: |

| | | 1:07−md−01902−GEL, 1:08−cv−07416−GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
|---|---|---|
| 10/27/2008 | 152 | MOTION for Samuel Randall to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−07416−GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/27/2008 | 153 | MOTION for Derrick J. Stomberg to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys.Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−07416−GEL(rjm) Modified on 11/20/2008 (dle). (Entered: 10/29/2008) |
| 10/28/2008 | 142 | MOTION to Dismiss *Complaint*. Document filed by KPMG LLP.Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Burke, Kevin) (Entered: 10/28/2008) |
| 10/28/2008 | 143 | MEMORANDUM OF LAW in Support re: (4 in 1:08−cv−08784−GEL, 142 in 1:07−md−01902−GEL) MOTION to Dismiss.. Document filed by KPMG LLP. Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Burke, Kevin) (Entered: 10/28/2008) |
| 10/28/2008 | 144 | DECLARATION of Kostas D. Katsiris in Support re: (4 in 1:08−cv−08784−GEL, 142 in 1:07−md−01902−GEL) MOTION to Dismiss.. Document filed by KPMG LLP. (Attachments: #1 Exhibit Exhs. 1–6, #2 Exhibit Exhs. 7–10, #3 Exhibit Exhs. 11–12)Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Burke, Kevin) (Entered: 10/28/2008) |
| 10/29/2008 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 09/22/2008, Receipt Number 663742. PAYMENT PRO HAC VICE FOR STEVEN A. BECKELMAN. (jd) (Entered: 10/29/2008) |
| 10/29/2008 | 145 | NOTICE OF APPEARANCE by Gary Frederick Bendinger on behalf of KPMG LLP Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Bendinger, Gary) (Entered: 10/29/2008) |
| 10/29/2008 | 146 | NOTICE OF APPEARANCE by Kostas D. Katsiris on behalf of KPMG LLP Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Katsiris, Kostas) (Entered: 10/29/2008) |
| 10/30/2008 | 154 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER... that the parties hereto shall comply with the terms of and shall be afforded the protections of the Amended Stipulation and Agreed Confidentiality Order (the "Stipulation and Order") entered by the Court in the above−captioned action on February 8, 2008 and attached hereto with respect to the production of any discovery materials by non−party Rubenstein Associates, Inc. or any of its affiliates. parents, related companies, successors, or assigns in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file tbis Stipulation with the court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Stipulation and Order. (Signed by Judge Gerard E. Lynch on 10/30/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−07074−GEL(rjm) (Entered: 10/30/2008) |
| 10/30/2008 | 155 | ORDER. This matter comes before the Court on Non−Party Promontory Financial Group LLC's Motion for Inclusion of Discovery Materials in Amended Stipulation and agreed Confidentiality Order, entered on 2/8/08. The Court, having considered the Motion, now finds that it should be Granted. (Signed by Judge Gerard E. Lynch on 10/30/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−07074−GEL(rjm) (Entered: 10/30/2008) |
| 11/05/2008 | 156 | ORDER granting (147) Motion for Lee M. Andelin to Appear Pro Hac Vice in case 1:07−md−01902−GEL; granting (14) Motion for Lee M. Andelin to Appear Pro Hac Vice in case 1:08−cv−07416−GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−07416−GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (156 in 1:07−md−01902−GEL, 22 in 1:08−cv−07416−GEL) Order on Motion to Appear |

| | | Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
|---|---|---|
| 11/05/2008 | 157 | ORDER granting (148) Motion for Leo Beus to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (15) Motion for Leo Beus to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (23 in 1:08–cv–07416–GEL, 157 in 1:07–md–01902–GEL) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 158 | ORDER granting (149) Motion for Thomas A. Connelly to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (16) Motion for Thomas A. Connelly to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (24 in 1:08–cv–07416–GEL, 158 in 1:07–md–01902–GEL) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 159 | ORDER granting (150) Motion for Malcolm Loeb to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (17) Motion for Malcolm Loeb to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (25 in 1:08–cv–07416–GEL, 159 in 1:07–md–01902–GEL) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 160 | ORDER granting (151) Motion for Robert T. Mills to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (18) Motion for Robert T. Mills to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (26 in 1:08–cv–07416–GEL, 160 in 1:07–md–01902–GEL) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 161 | ORDER granting (152) Motion for Samuel Randall to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (19) Motion for Samuel Randall to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (27 in 1:08–cv–07416–GEL, 161 in 1:07–md–01902–GEL) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 162 | ORDER granting (153) Motion for Derrick J. Stomberg to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (20) Motion for Derrick J. Stomberg to Appear Pro Hac Vice in case 1:08–cv–07416–GEL. (Signed by Judge Gerard E. |

| | | |
|---|---|---|
| | | Lynch on 11/3/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (162 in 1:07–md–01902–GEL, 28 in 1:08–cv–07416–GEL) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/05/2008) |
| 11/05/2008 | 163 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants PricewaterhouseCoopers LLP, Mari Ferris, Grant Thornton LLP, Mark Ramler, Ernst &Young U.S. LLP, Mayer Brown LLP, Edward S. Best, Joseph P. Collins, Paul J. Koury, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V LLC, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., THL Equity Advisors V, L.P., Thomas H. Lee Investors Limited Partnership, The 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen, (collectively, the "Requesting Defendants"), and with the consent of Plaintiffs, by their undersigned counsel, Requesting Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008 (08cv3086), Doc. No. 20), Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by any of the Requesting Defendants and reserve their right to file opposition papers earlier than ninety (90) days. Requesting Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. Relates to 07md1902 and 08cv3086. (Signed by Judge Gerard E. Lynch on 11/3/08) (rjm) (Entered: 11/05/2008) |
| 11/06/2008 | 164 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendant Christopher Petitt ("Defendant"), and with the consent of Plaintiffs, by their undersigned counsel, Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any. within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papers earlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. This Relates to 07md1902, 08–3065, 08–3086. (Signed by Judge Gerard E. Lynch on 11/5/08) (rjm) (Entered: 11/06/2008) |
| 11/07/2008 | 165 | STIPULATIQN OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER: Regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Gerard E. Lynch on 11/6/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(db) (Entered: 11/07/2008) |
| 11/07/2008 | 166 | STIPULATION AND ORDER: Ingram Micro's and CIM Ventures' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. (Signed by Judge Gerard E. Lynch on 11/6/08) (db) (Entered: 11/07/2008) |
| 11/07/2008 | 167 | STIPULATION AND ORDER: at the request of defendant Dennis A. Klejna ("Defendant"), and with the consent of Plaintiffs, by their undersigned counsel,Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including 11/25/08. (Signed by Judge Gerard E. Lynch on 11/6/08) (db) (Entered: 11/07/2008) |
| 11/07/2008 | 168 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendant Tone Grant ("Defendant'), and with the consent of Plaintiffs, by their undersigned counsel, Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be |

| | | |
|---|---|---|
| | | extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papers earlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. This Document relates to 07md1902, 08–3065, 08–3086. (Signed by Judge Gerard E. Lynch on 11/7/08) (rjm) Modified on 11/10/2008 (rjm). (Entered: 11/10/2008) |
| 11/10/2008 | <u>169</u> | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants William T. Pigott and Liberty Corner Capital Strategies, LLC (the "Liberty. Corner Defendants") and with the consent of Plaintiffs, by their undersigned counsel, the Liberty Comer Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by the Liberty Comer Defendants and reserve their right to file opposition papers earlier than ninety (90) days. The Liberty Corner Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. This Document relates to 07md1902, 08–3086. (Signed by Judge Gerard E. Lynch on 11/10/08) (rjm) Modified on 11/12/2008 (rjm). (Entered: 11/12/2008) |
| 11/13/2008 | <u>170</u> | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Coast Asset Management, LLC And CS Land Management LLC ("Defendants"). and with the consent of Plaintiffs, by their undersigned counsel, Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by Defendants and reserve their right to file opposition papers earlier than ninety (90) days. Defendants shall serve reply papers. if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. This Document relates to 07md1902, 08–3065, 08–3086. (Signed by Judge Gerard E. Lynch on 11/12/08) (rjm) (Entered: 11/13/2008) |
| 11/13/2008 | <u>171</u> | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, that, at the request of defendants Robert Aaron, Guy Castranova. Derivative Portfolio Management LLC, Derivative Portfolio Management Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd., and the Bank of New York Mellon Corporation (the "Requesting Defendants"), and with the consent of Plaintiffs, by their undersigned counsel, Requesting Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint' in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by any of the Requesting Defendants and reserve their right to file opposition papers earlier than ninety (90) days. Requesting Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. (Signed by Judge Gerard E. Lynch on 11/12/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/13/2008) |
| 11/13/2008 | <u>172</u> | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between Aaron and the undersigned parties, who or which are parties to the Action or other actions that are part of the MDL, through their attorneys as follows: 1. Plaintiffs retain all rights to seek remand and/or abstention in the Action and this Stipulation is without prejudice to such rights. 2. Without prejudice to this reservation of rights and subject to any subsequent order of the Court, Aaron hereby agrees to be a party to the Deposition Protocol for purposes of the Action and is permitted all rights provided thereunder, it being expressly understood that, by entering into this Stipulation, Aaron does not waive, and expressly reserves, the right to seek relief from the terms of the Deposition Protocol, including without limitation, an application for relief in the event that Aaron believes that the |

deposition process under the Deposition Protocol has not provided full and adequate deposition discovery to Aaron relating to the matters raised in Plaintiffs' complaint herein, or in any amended version thereof, and/or any defenses thereto. 3. Without prejudice to this reservation of rights, and subject to any subsequent order of the Court, Aaron hereby agrees to be a party to the Confidentiality Order and is permitted all rights provided thereunder. 4. The Action is deemed a "Related Action" for purposes of the Confidentiality Order. 5. As a party to the Confidentiality Order, Aaron shall be entitled to receive from each producing party all materials produced, or previously produced, by such party in any action subject to the Deposition Protocol. 6. Aaron reserves the right to seek modification of the restrictions on disclosure included in the Confidentiality Order at paragraph 10, as provided for in paragraph 32 of the Confidentiality Order, to the extent that such materials obtained by Aaron are necessary or useful in related matters or litigations. 7. Nothing contained herein shall waive or act to limit any of Aaron's or any other party's rights under the Deposition Protocol and Confidentiality Order, all of which are expressly reserved, including any other party's rights to oppose any relief sought by Aaron pursuant to paragraphs 2 and 6 of this Stipulation and Order. (Signed by Judge Gerard E. Lynch on 11/12/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 11/13/2008)

| 11/14/2008 | | FILING ERROR – SEE ERROR NOTATION ON DOCKET ENTRY NO. 173 – Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 173 Amended Notice of Appeal. (tp) Modified on 11/19/2008 (kkc). (Entered: 11/14/2008) |
| --- | --- | --- |
| 11/14/2008 | | FILING ERROR – SEE ERROR NOTATION ON DOCKET ENTRY NO. 173 – Transmission of Notice of Appeal to the District Judge re: 173 Amended Notice of Appeal. (tp) Modified on 11/19/2008 (kkc). (Entered: 11/14/2008) |
| 11/14/2008 | | FILING ERROR – SEE ERROR NOTATION ON DOCKET ENTRY NO. 173 – Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 29 Answer to Complaint filed by Grant Thornton LLP, 53 MOTION to Dismiss. filed by Grant Thornton LLP, 12 Memorandum of Law in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 128 Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, 126 Declaration in Support of Motion, filed by Mayer Brown LLP, 83 Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, 33 Notice of Voluntary Dismissal – Signed, 19 Notice of Appearance filed by Ernst &Young LLP, 104 Notice of Appearance filed by Robert Aaron, 121 Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 40 Order Admitting Attorney Pro Hac Vice, 112 Order, 67 Stipulation and Order, Set Deadlines/Hearings,,,, 52 Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, 49 MOTION to Dismiss Claims 15, 34, 35, 36, 43 and 44 of the Complaint. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 9 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 82 MOTION to Dismiss – Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). filed by Ernst &Young LLP, 80 Order, 78 Order, 74 Order, 65 Memorandum &Opinion,, 88 Order on Motion to Appear Pro Hac Vice, 70 Declaration in Support of Motion, filed by Mayer Brown LLP, 109 Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, 106 Notice of Appearance filed by DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Bank of New York Mellon Corporation, Guy Castranova, Derivative Portfolio Management, Ltd., 107 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 46 Rule 7.1 Corporate Disclosure Statement filed by Ingram Micro, Inc., 21 Certificate of Service Other filed by Ernst &Young LLP, 25 MOTION to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 103 Notice of Appearance filed by Robert Aaron, 27 Declaration in Support of Motion,, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 120 Declaration in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche |

Bank Securities, Inc., 117 Notice of Appearance filed by Joseph P Collins, 26
Memorandum of Law in Support of Motion, filed by Credit Suisse Securities
(USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 4
Rule 7.1 Corporate Disclosure Statement filed by PricewaterhouseCoopers LLP, 79
Order, 57 Declaration in Support of Motion,,,,,,, filed by Credit Suisse Securities
(USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 95
Notice of Appearance filed by Joseph P Collins, 134 Reply Memorandum of Law
in Support of Motion, filed by Mayer Brown LLP, 1 MDL Conditional Transfer In
Order,,, 39 Order Admitting Attorney Pro Hac Vice, 13 Declaration in Opposition,
filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC,
Deutsche Bank Securities, Inc., 69 Memorandum of Law in Support of Motion
filed by Mayer Brown LLP, 55 Declaration in Support of Motion, filed by Grant
Thornton LLP, 90 Stipulation and Order,,, 66 Endorsed Letter, 133 Stipulation and
Order, Set Deadlines/Hearings,,,, 58 Certificate of Service Other, filed by Credit
Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., 42 Declaration in Support of Motion,, filed by
PricewaterhouseCoopers LLP, 72 Order Admitting Attorney Pro Hac Vice, 124
Certificate of Service Other, filed by PricewaterhouseCoopers LLP, 113
Stipulation and Order of Dismissal, 7 Notice of Appearance filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., 91 Stipulation and Order, Set Deadlines/Hearings,,,, 11 Notice of
Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America
Securities LLC, Deutsche Bank Securities, Inc., 110 Declaration in Opposition to
Motion,,,, filed by Marc S. Kirschner, 127 Reply Memorandum of Law in Support
of Motion filed by Mayer Brown International LLP, 51 Memorandum of Law in
Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America
Securities LLC, Deutsche Bank Securities, Inc., 116 Notice of Appearance filed by
Joseph P Collins, 101 MDL Conditional Transfer In Order,, 75 Order, 68 MOTION
to Dismiss. filed by Mayer Brown LLP, 77 Order, 115 Notice of Appearance filed
by Joseph P Collins, 50 Declaration in Support of Motion, filed by CIM Ventures,
Inc., Ingram Micro, Inc., 56 Certificate of Service Other,,, filed by Grant Thornton
LLP, 37 Stipulation and Order, Set Deadlines/Hearings,,,, 102 Stipulation and
Order, 89 Stipulation and Order,,, 123 Reply Memorandum of Law in Support of
Motion filed by PricewaterhouseCoopers LLP, 96 Stipulation and Order, Set
Deadlines/Hearings, Set Motion and RRDeadlines/Hearings,,,,,,,,, 2 Notice of
Appearance filed by PricewaterhouseCoopers LLP, 16 Notice of Appearance filed
by PricewaterhouseCoopers LLP, 32 Notice of Appearance filed by Dennis A.
Klejna, 76 Order, 22 Order Admitting Attorney Pro Hac Vice, 5 Notice of
Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America
Securities LLC, Deutsche Bank Securities, Inc., 62 MOTION to Dismiss the
complaint. filed by Mayer Brown International LLP, 15 Notice (Other) filed by
Illinois Teachers' Group, 93 Order, 14 Certificate of Service Other, filed by Credit
Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., 119 Reply Memorandum of Law in Support of Motion, filed by
Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche
Bank Securities, Inc., 63 Memorandum of Law in Support of Motion filed by
Mayer Brown International LLP, 35 MOTION for Alan C. Thomas to Appear Pro
Hac Vice. filed by Andrew Krieger, Beckenham Trading Company, Inc.,
Beckenham Trading Co. Inc, 85 Rule 7.1 Corporate Disclosure Statement filed by
Ernst &Young LLP, 135 Notice of Appeal filed by Jonathan Lee Riches, 8 Notice
of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America
Securities LLC, Deutsche Bank Securities, Inc., 20 Rule 7.1 Corporate Disclosure
Statement filed by Ernst &Young LLP, 94 Order, 64 Certificate of Service Other,
filed by PricewaterhouseCoopers LLP, 48 Memorandum of Law in Support of
Motion, filed by CIM Ventures, Inc., Ingram Micro, Inc., 130 Stipulation and
Order, 92 Stipulation and Order,,, 38 Order Admitting Attorney Pro Hac Vice, 36
Memorandum &Opinion, 100 Certificate of Service Other, filed by Marc S.
Kirschner, 43 Notice (Other), Notice (Other) filed by PricewaterhouseCoopers
LLP, 122 Reply Memorandum of Law in Support of Motion, filed by CIM
Ventures, Inc., Ingram Micro, Inc., 10 Notice of Appearance filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., 108 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 45
Rule 7.1 Corporate Disclosure Statement filed by CIM Ventures Inc., 6 Notice of
Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America

Securities LLC, Deutsche Bank Securities, Inc., 23 Answer to Complaint, filed by BMO Capital Markets Corp., Muriel Siebert &Co. Inc., Goldman, Sachs &Co., HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Sandler O'Neill &Partners, L.P., William Blair &Company, L.L.C., The Williams Capital Group, L.P., Merrill Lynch, Pierce, Fenner &Smith Incorporated, Utendahl Capital Partners, L.P., Samuel A. Ramirez &Co. Inc., CMG Institutional Trading LLC, 3 Notice of Appearance filed by PricewaterhouseCoopers LLP, 129 Certificate of Service Other,,, filed by Grant Thornton LLP, 34 Reply Memorandum of Law in Support of Motion, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 118 Notice of Appearance filed by Joseph P Collins, 105 Notice of Appearance filed by Robert Aaron, 44 Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, 84 Declaration in Support of Motion, filed by Ernst &Young LLP, 17 Notice of Appearance filed by Ernst &Young LLP, 18 Notice of Appearance filed by Ernst &Young LLP, 71 Stipulation and Order,,,,,,,,,, 111 Certificate of Service Other, filed by Marc S. Kirschner, 30 Notice (Other) filed by Dennis A. Klejna, 114 Stipulation and Order of Dismissal, 41 MOTION to Dismiss. filed by PricewaterhouseCoopers LLP, 132 Order Admitting Attorney Pro Hac Vice,, 54 Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, 73 Order Admitting Attorney Pro Hac Vice, filed by Kenneth M. Krys, Dennis A. Klejna, Christopher Stride, 47 MOTION to Dismiss Count Thirty–seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures. filed by Ingram Micro, Inc., CIM Ventures, Inc., 81 Order Admitting Attorney Pro Hac Vice, 131 Order, 86 Certificate of Service Other filed by Ernst &Young LLP, 87 MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc., 31 Notice of Appearance filed by Dennis A. Klejna, 28 Notice of Change of Address, 150 MOTION for Malcolm Loeb to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Christopher Stride, Marc S. Kirschner, 138 MDL Conditional Transfer In Order,, 146 Notice of Appearance filed by KPMG LLP, 139 Reply Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, 165 Protective Order, 156 Order on Motion to Appear Pro Hac Vice, 170 Stipulation and Order,,, 151 MOTION for Robert T. Mills to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 172 Stipulation and Order,,,,,,,, 148 MOTION for Leo Beus to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 169 Stipulation and Order,,,, 152 MOTION for Samuel Randall to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 147 MOTION for Lee M. Andelin to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 163 Stipulation and Order,,,,,, 154 Stipulation and Order,,, 171 Stipulation and Order,,,, 160 Order on Motion to Appear Pro Hac Vice, 140 Certificate of Service Other filed by Ernst &Young LLP, 157 Order on Motion to Appear Pro Hac Vice, 142 MOTION to Dismiss *Complaint*. filed by KPMG LLP, 158 Order on Motion to Appear Pro Hac Vice, 155 Order, 136 Stipulation and Order, 167 Stipulation and Order, Set Deadlines,, 162 Order on Motion to Appear Pro Hac Vice, 137 Stipulation and Order,,,, 143 Memorandum of Law in Support of Motion filed by KPMG LLP, 153 MOTION for Derrick J. Stomberg to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 164 Stipulation and Order,,, 141 Protective Order, 149 MOTION for Thomas A. Connelly to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Marc S. Kirschner, Christopher Stride, 144 Declaration in Support of Motion, filed by KPMG LLP, 159 Order on Motion to Appear Pro Hac Vice, 173 Amended Notice

| | | |
|---|---|---|
| | | of Appeal filed by Jonathan Lee Riches. 166 Stipulation and Order, Set Deadlines,, 145 Notice of Appearance filed by KPMG LLP, 168 Stipulation and Order,,, 161 Order on Motion to Appear Pro Hac Vice, were transmitted to the U.S. Court of Appeals. (tp) Modified on 11/19/2008 (kkc). (Entered: 11/14/2008) |
| 11/17/2008 | 174 | CONSENT AGREEMENT. On April 16, 2008, Welsh, Carson, Anderson &Stowe ("WCAS") received a subpoena from the Plaintiff in the above−captioned action (No. 07 civ. 7074). In full satisfaction of the subpoena, on June 6, 2008, WCAS produced to Plaintiff documents Bates−stamped WCAS I − WCAS 282 (the: "Documents"). In the June 6, 2008 cover letter to Plaintiff that accompanied the Documents, WCAS stated that the Documents had been stamped "Confidential" and should be treated accordingly under the February 8, 2008 Amended Stipulation and Agreed Confidentiality Order entered in each of the consolidated actions. Counsel to other parties who are subject to the December 10, 2007 Deposition Protocol Order (the "Deposition Protocol") have requested production of the WCAS Documents. As a result. WCAS hereby consents to Plaintiffs request to make the Documents available to other parties who are subject to Deposition Protocol entered in each or the consolidated actions, on condition that Plaintiff designates the Documents as confidential under the February 8, 2008 Stipulation and Order (as amended on June 18, 2008) entered in each of the consolidated actions. Plaintiff hereby agrees to so designate the Documents. Facsimile signatures hereto shall be effective as originals. (Signed by Judge Gerard E. Lynch on 11/17/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−07074−GEL(rjm) (Entered: 11/18/2008) |
| 11/17/2008 | 175 | STIPULATION AND ORDER that... 1. The above−captioned action shall be and hereby is stayed as against defendant Robert Trosten. The stay shall terminate upon the earlier of (a) the sentencing of Robert Trosten in United States v. Philip R. Bennett, Robert C. Trosten &Tone N Grant, No. 05 Cr. 1192 (NRB), or {b) the expiration of thirty (30) days after written notice by any party to this Stipulation of such party's intent to terminate the stipulated stay provided herein. Such notice, which may be transmitted by mail, courier, fax or email, shall be effective upon receipt by all other parties to this Stipulation through their counsel of record. 2. This Stipulation is without prejudice to any party's right to seek a continued or new stay, by motion or otherwise, after receipt of the notice described in paragraph 1 herein. 3. This Stipulation shall not modify the Deposition Protocol Order "so ordered" by the Court on December 12, 2007. Relates to 07md1902, 08−3065, 08−3086. (Signed by Judge Gerard E. Lynch on 11/17/08) (rjm) (Entered: 11/18/2008) |
| 11/17/2008 | 176 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan (collectively, the "EMF Parties"), and with the consent of Plaintiffs, by their undersigned counsel, the EMF Parties' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by the EMF Parties and reserve their right to file opposition papers earlier than ninety (90) days. The EMF Parties shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. Relates to 07md1902, 08−3086. (Signed by Judge Gerard E. Lynch on 11/17/08) (rjm) (Entered: 11/18/2008) |
| 11/17/2008 | 177 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the Action, as follows: 1. Plaintiff's time to file its opposition papers to Defendant's Motion to Dismiss is extended from November 11, 2008 until December 12, 2008. 2. Defendant's time to file its respective reply papers is extended from November 18, 2008 until Monday, January 5, 2009. 3. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original. 4. No previous request for the relief sought herein has been made. Set Deadlines/Hearing as to (142 in 1:07−md−01902−GEL, 4 in |

| | | 1:08−cv−08784−GEL) MOTION to Dismiss *Complaint*. :( Responses due by 12/12/2008, Replies due by 1/5/2009.) (Signed by Judge Gerard E. Lynch on 11/17/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(rjm) (Entered: 11/18/2008) |
|---|---|---|
| 11/17/2008 | 178 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendant Santo C.Maggio ("Defendant"), and with the consent of Plaintiffs. by their undersigned counsel, Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this Action shall be extended to and including November 25, 2008. Pursuant to the previous Order of the Court. dated April 9, 2008, Plaintiffs shall serve opposition papers, if anyI within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papers earlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. Relates to 07md1902, 08−3065, 08−3086. (Signed by Judge Gerard E. Lynch on 11/17/08) (rjm) (Entered: 11/18/2008) |
| 11/17/2008 | 179 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of Defendant Richard Butt, and with the consent of Plaintiffs, by their undersigned counsel, Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Complaint in this action shall be extended to and including December 9, 2008. Pursuant to the previous Order of the Court, dated October 1, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papersearlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. Relates to 07md1902, 08−8267. (Signed by Judge Gerard E. Lynch on 11/17/08) (rjm) (Entered: 11/18/2008) |
| 11/20/2008 | 180 | NOTICE of Confirmation Pursuant to Paragraph 31 of the Amended Stipulation and Confidentiality Order re: (80 in 1:05−cv−09608−GEL) Protective Order, (16 in 1:07−cv−07074−GEL) Protective Order, (121 in 1:06−cv−00643−GEL) Protective Order, (42 in 1:07−cv−11604−GEL) Protective Order, (487 in 1:05−cv−08626−GEL) Protective Order, (49 in 1:07−cv−06767−GEL) Protective Order, (30 in 1:07−cv−07924−GEL) Protective Order, (75 in 1:05−cv−08988−GEL) Protective Order,. Document filed by KPMG LLP. Filed In Associated Cases: 1:07−md−01902−GEL et al.(Burke, Kevin) (Entered: 11/20/2008) |
| 11/21/2008 | 181 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of Defendants Brian Owens and Mark Kavanagh, and with the consent of Plaintiffs Kenneth M. Krys, etal., Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including December 10, 2008. Pursuant to the Order of this Court, dated April 9, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papers earlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any... and as further set forth. Relates to 07md1902, 08−3065, 08−3086. (Signed by Judge Gerard E. Lynch on 11/20/08) (rjm) (Entered: 11/21/2008) |
| 11/24/2008 | 182 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that defendant PricewaterhouseCoopers LLP shall be permitted to file a memorandum of law of up to forty (40) pages in support of its motion to dismiss plaintiffs Amended Complaint. Relates to 07md1902, 08−3065, 08−3086. (Signed by Judge Gerard E. Lynch on 11/24/08) (rjm) (Entered: 11/24/2008) |
| 11/24/2008 | 183 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that: Defendants Mayer Brown LLP, Joseph Collins, Edward Best, and Paul Koury shall be permitted to file a joint memorandum of law of up to sixty (60) pages in support of their motion to dismiss the Complaint. Relates to 07md1902, 08−3086. (Signed by Judge Gerard E. Lynch on 11/22/08) (rjm) (Entered: 11/24/2008) |

| 11/24/2008 | 184 | ENDORSED LETTER addressed to Judge Gerard E. Lynch from Donald A. Corbett dated 11/21/08 re: Specifically, we request that Your Honor allow Mr. Robert Aaron to file a memorandum of law as long as thirty–five (35) pages to allow Mr. Aaron adequate space to address the numerous claims in the 434–paragraph, 92–page Amended Complaint. We have obtained plaintiffs' consent to this request. ENDORSEMENT: SO ORDERED. (Signed by Judge Gerard E. Lynch on 11/22/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(db) (Entered: 11/24/2008) |
|---|---|---|
| 11/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 185 Notice of Appeal. (tp) (Entered: 11/25/2008) |
| 11/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 185 Notice of Appeal. (tp) (Entered: 11/25/2008) |
| 11/25/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 29 Answer to Complaint filed by Grant Thornton LLP, 53 MOTION to Dismiss. filed by Grant Thornton LLP, 12 Memorandum of Law in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 125 Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, 181 Stipulation and Order, 128 Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, 126 Declaration in Support of Motion, filed by Mayer Brown LLP, 83 Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, 33 Notice of Voluntary Dismissal – Signed, 146 Notice of Appearance filed by KPMG LLP, 139 Reply Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, 170 Stipulation and Order,,, 19 Notice of Appearance filed by Ernst &Young LLP, 104 Notice of Appearance filed by Robert Aaron, 172 Stipulation and Order,,,,,,,,, 148 MOTION for Leo Beus to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 121 Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 40 Order Admitting Attorney Pro Hac Vice, 112 Order, 147 MOTION for Lee M. Andelin to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 154 Stipulation and Order,,, 67 Stipulation and Order, Set Deadlines/Hearings,,,, 52 Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, 49 MOTION to Dismiss *Claims 15, 34, 35, 36, 43 and 44 of the Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 9 Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 82 MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*. filed by Ernst &Young LLP, 80 Order, 78 Order, 177 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,,, 158 Order on Motion to Appear Pro Hac Vice, 136 Stipulation and Order, 182 Stipulation and Order, 74 Order, 65 Memorandum &Opinion,, 88 Order on Motion to Appear Pro Hac Vice, 70 Declaration in Support of Motion, filed by Mayer Brown LLP, 109 Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, 59 MOTION to Dismiss. filed by Mayer Brown LLP, 106 Notice of Appearance filed by DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Bank of New York Mellon Corporation, Guy Castranova, Derivative Portfolio Management, Ltd., 107 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 46 Rule 7.1 Corporate Disclosure Statement filed by Ingram Micro, Inc., 21 Certificate of Service Other filed by Ernst &Young LLP, 175 Stipulation and Order,,,, 25 MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 103 Notice of Appearance filed by Robert Aaron, 137 Stipulation and Order,,,, 27 Declaration in Support of Motion,, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 120 Declaration in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 117 Notice of Appearance filed by Joseph P Collins, 26 Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 4 Rule 7.1 Corporate Disclosure Statement filed by PricewaterhouseCoopers LLP, 79 Order, 57 Declaration in Support of Motion,,,,,,, |

filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 95 Notice of Appearance filed by Joseph P Collins, 134 Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, 1 MDL Conditional Transfer In Order,,, 39 Order Admitting Attorney Pro Hac Vice, 153 MOTION for Derrick J. Stomberg to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 13 Declaration in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., 69 Memorandum of Law in Support of Motion filed by Mayer Brown LLP, 55 Declaration in Support of Motion, filed by Grant Thornton LLP, 149 MOTION for Thomas A. Connelly to Appear Pro Hac Vice. filed by American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Dennis A. Klejna, Matthew Larson, Christopher Stride, Marc S. Kirschner, 144 Declaration in Support of Motion, filed by KPMG LLP, 90 Stipulation and Order,,, 66 Endorsed Letter, 159 Order on Motion to Appear Pro Hac Vice, 183 Stipulation and Order, 133 Stipulation and Order, Set Deadlines/Hearings,,,,, 58 Certificate of Service Other, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 42 Declaration in Support of Motion,, filed by PricewaterhouseCoopers LLP, 72 Order Admitting Attorney Pro Hac Vice, 166 Stipulation and Order, Set Deadlines,, 124 Certificate of Service Other, filed by PricewaterhouseCoopers LLP, 113 Stipulation and Order of Dismissal, 7 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 91 Stipulation and Order, Set Deadlines/Hearings,,,, 11 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 180 Notice (Other), Notice (Other) filed by KPMG LLP, 110 Declaration in Opposition to Motion,,,, filed by Marc S. Kirschner, 127 Reply Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, 51 Memorandum of Law in Support of Motion, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 145 Notice of Appearance filed by KPMG LLP, 179 Stipulation and Order,,, 168 Stipulation and Order,,, 161 Order on Motion to Appear Pro Hac Vice, 116 Notice of Appearance filed by Joseph P Collins, 101 MDL Conditional Transfer In Order,, 75 Order, 68 MOTION to Dismiss. filed by Mayer Brown LLP, 150 MOTION for Malcolm Loeb to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 138 MDL Conditional Transfer In Order,, 77 Order, 115 Notice of Appearance filed by Joseph P Collins, 60 Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, 185 Notice of Appeal filed by Jonathan Lee Riches, 50 Declaration in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., 56 Certificate of Service Other,, filed by Grant Thornton LLP, 178 Stipulation and Order,,, 37 Stipulation and Order, Set Deadlines/Hearings,,,, 165 Protective Order, 102 Stipulation and Order, 99 Declaration in Opposition to Motion,,,, filed by Marc S. Kirschner, 89 Stipulation and Order,,, 156 Order on Motion to Appear Pro Hac Vice, 123 Reply Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, 96 Stipulation and Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings,,,,,,,,, 2 Notice of Appearance filed by PricewaterhouseCoopers LLP, 16 Notice of Appearance filed by PricewaterhouseCoopers LLP, 151 MOTION for Robert T. Mills to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 32 Notice of Appearance filed by Dennis A. Klejna, 76 Order, 169 Stipulation and Order,,,, 22 Order Admitting Attorney Pro Hac Vice, 152 MOTION for Samuel Randall to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, 5 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 163 Stipulation and Order,,,,,, 62 MOTION to Dismiss *the complaint*. filed by Mayer Brown International LLP, 15 Notice (Other) filed by Illinois Teachers' Group, 171 Stipulation and Order,,,, 160 Order on Motion to Appear Pro Hac Vice, 93 Order, 14 Certificate of Service Other, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 140 Certificate of Service Other filed by Ernst &Young LLP, 119 Reply Memorandum of Law in Support of Motion, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 157 Order on Motion to Appear Pro Hac Vice, 63 Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, 35 MOTION for Alan C. Thomas to Appear Pro Hac Vice. filed by Andrew

| | | |
|---|---|---|
| | | Krieger, Beckenham Trading Company, Inc., Beckenham Trading Co. Inc., 142 MOTION to Dismiss *Complaint*. filed by KPMG LLP, 85 Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, 135 Notice of Appeal filed by Jonathan Lee Riches, 8 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 155 Order, 167 Stipulation and Order, Set Deadlines,, 20 Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, 94 Order, 162 Order on Motion to Appear Pro Hac Vice, 61 Declaration in Support of Motion, filed by Mayer Brown LLP, 64 Certificate of Service Other, filed by PricewaterhouseCoopers LLP, 48 Memorandum of Law in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., 130 Stipulation and Order, 143 Memorandum of Law in Support of Motion filed by KPMG LLP, 92 Stipulation and Order,,, 38 Order Admitting Attorney Pro Hac Vice, 36 Memorandum &Opinion, 100 Certificate of Service Other, filed by Marc S. Kirschner, 43 Notice (Other), Notice (Other) filed by PricewaterhouseCoopers LLP, 122 Reply Memorandum of Law in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., 10 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 108 Notice of Voluntary Dismissal, filed by Marc S. Kirschner, 24 MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 45 Rule 7.1 Corporate Disclosure Statement filed by CIM Ventures Inc., 176 Stipulation and Order,,, 98 Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, 6 Notice of Appearance filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 23 Answer to Complaint, filed by BMO Capital Markets Corp., Muriel Siebert &Co. Inc., Goldman, Sachs &Co., HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Sandler O'Neill &Partners, L.P., The Williams Capital Group, L.P., William Blair &Company, L.L.C., Merrill Lynch, Pierce, Fenner &Smith Incorporated, Utendahl Capital Partners, L.P., Samuel A. Ramirez &Co. Inc., CMG Institutional Trading LLC, 164 Stipulation and Order,,, 3 Notice of Appearance filed by PricewaterhouseCoopers LLP, 129 Certificate of Service Other,,, filed by Grant Thornton LLP, 34 Reply Memorandum of Law in Support of Motion, filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., 118 Notice of Appearance filed by Joseph P Collins, 105 Notice of Appearance filed by Robert Aaron, 44 Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, 141 Protective Order, 84 Declaration in Support of Motion, filed by Ernst &Young LLP, 17 Notice of Appearance filed by Ernst &Young LLP, 18 Notice of Appearance filed by Ernst &Young LLP, 71 Stipulation and Order,,,,,,,,, 174 Consent Order,,,,, 111 Certificate of Service Other, filed by Marc S. Kirschner, 30 Notice (Other) filed by Dennis A. Klejna, 114 Stipulation and Order of Dismissal, 41 MOTION to Dismiss. filed by PricewaterhouseCoopers LLP, 173 Amended Notice of Appeal filed by Jonathan Lee Riches, 132 Order Admitting Attorney Pro Hac Vice,, 54 Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, 73 Order Admitting Attorney Pro Hac Vice, filed by Kenneth M. Krys, Dennis A. Klejna, Christopher Stride, 47 MOTION to Dismiss *Count Thirty−seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures*. filed by Ingram Micro, Inc., CIM Ventures, Inc., 81 Order Admitting Attorney Pro Hac Vice, 131 Order, 86 Certificate of Service Other filed by Ernst &Young LLP, 184 Endorsed Letter,, 87 MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc., 31 Notice of Appearance filed by Dennis A. Klejna, 28 Notice of Change of Address, filed by Dennis A. Klejna were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/25/2008) |
| 11/25/2008 | 186 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and defendant PwC Cayman, through their undersigned attorneys, as follows: 1. Plaintiffs' time to respond to the Forum Selection Motion is extended through and including December 5, 2008; and 2. PwC–Cayman shall serve reply papers, if any, forty–four (44) days after Plaintiffs have filed and served their response to the Forum Selection Motion. 3. Except as expressly set forth herein, all other terms of the October 2 Stipulation remain in effect. This Document relates to 07md1902, 08–3086. (Signed by Judge Gerard E. Lynch on 11/24/08) (rjm) (Entered: 11/25/2008) |

| 11/25/2008 | 187 | MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*. Document filed by Coast Asset Management, LLC, CS Land Management LLC.(Marcus, Micah) (Entered: 11/25/2008) |
|---|---|---|
| 11/25/2008 | 188 | MEMORANDUM OF LAW in Support re: 187 MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*.. Document filed by Coast Asset Management, LLC, CS Land Management LLC. (Marcus, Micah) (Entered: 11/25/2008) |
| 11/25/2008 | 189 | DECLARATION of Brian W. Song in Support re: 187 MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*.. Document filed by Coast Asset Management, LLC, CS Land Management LLC. (Attachments: # 1 Exhibit A)(Marcus, Micah) (Entered: 11/25/2008) |
| 11/25/2008 | 190 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Coast Asset Management, LLC.(Marcus, Micah) (Entered: 11/25/2008) |
| 11/25/2008 | 191 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying DES Capital, LLC and Coast Asset Management LLC as Corporate Parent. Document filed by CS Land Management LLC.(Marcus, Micah) (Entered: 11/25/2008) |
| 11/25/2008 | 192 | MOTION to Dismiss *Counts Twenty−Three And Twenty−Four Of The Amended Complaint As Against Christopher Petitt (with Certificate of Service)*. Document filed by Christopher Pettit.Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(Samowitz, Cary) (Entered: 11/25/2008) |
| 11/25/2008 | 193 | MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc..(Anker, Philip) (Entered: 11/25/2008) |
| 11/25/2008 | 194 | MEMORANDUM OF LAW in Support re: 193 MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint*.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. (Anker, Philip) (Entered: 11/25/2008) |
| 11/25/2008 | 195 | MEMORANDUM OF LAW in Support re: (155 in 1:08−cv−03065−GEL, 192 in 1:07−md−01902−GEL, 185 in 1:08−cv−03086−GEL) MOTION to Dismiss.. Document filed by Christopher Pettit. (Attachments: # 1 Exhibit A (Declaration of Tomas M. Thompson), # 2 Exhibit B (Declaration of Christopher Petitt))Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(Samowitz, Cary) (Entered: 11/25/2008) |
| 11/25/2008 | 196 | DECLARATION of Jeremy S. Winer in Support re: 193 MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint*.. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J (1 of 3), # 11 Exhibit J (2 of 3), # 12 Exhibit J (3 of 3), # 13 Exhibit K, # 14 Exhibit L (1 of 2), # 15 Exhibit L (2 of 2), # 16 Exhibit M (1 of 2), # 17 Exhibit M (2 of 2), # 18 Exhibit N, # 19 Exhibit O)(Anker, Philip) (Entered: 11/25/2008) |
| 11/25/2008 | 197 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. (Anker, Philip) (Entered: 11/25/2008) |
| 11/25/2008 | 198 | STIPULATION AND ORDER: Defendant Dennis A. Klejna's time to answer, move or otherwise respond to the amended complaint is extended to 11/26/08. (Dennis A. Klejna is a plaintiff in 07−md−1902). (Signed by Judge Gerard E. Lynch on 11/25/08) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(db) (Entered: 11/25/2008) |
| 11/25/2008 | 199 | MOTION to Dismiss. Document filed by Tone Grant. Responses due by 2/23/2009Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL(Neish, Laura) (Entered: 11/25/2008) |

| 11/25/2008 | 200 | MEMORANDUM OF LAW in Support re: (161 in 1:08–cv–03065–GEL) MOTION to Dismiss.. Document filed by Tone Grant. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL(Neish, Laura) (Entered: 11/25/2008) |
|---|---|---|
| 11/25/2008 | 201 | DECLARATION of Laura E. Neish in Support re: (161 in 1:08–cv–03065–GEL) MOTION to Dismiss.. Document filed by Tone Grant. (Attachments: #_1 Exhibit 1)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL(Neish, Laura) (Entered: 11/25/2008) |
| 11/25/2008 | 202 | ANSWER to Complaint. Document filed by Santo Maggio. (Attachments: #_1 Part 2 of 2 of Answer of Defendant Santo C. Maggio)(Soto, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | 203 | MOTION to Dismiss. Document filed by Pricewaterhousecoopers L.L.P., Mari Ferris.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Capra, James) (Entered: 11/25/2008) |
| 11/25/2008 | 204 | DECLARATION of James J. Capra, Jr. in Support re: (167 in 1:08–cv–03065–GEL, 203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by Pricewaterhousecoopers L.L.P., Mari Ferris. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Exhibit 9, #_10 Exhibit 10, #_11 Exhibit 11, #_12 Exhibit 12, #_13 Exhibit 13, #_14 Exhibit 14, #_15 Exhibit 15, #_16 Exhibit 16, #_17 Exhibit 17, #_18 Exhibit 18, #_19 Exhibit 19, #_20 Exhibit 20, #_21 Exhibit 21, #_22 Exhibit 22, #_23 Exhibit 23, #_24 Exhibit 24, #_25 Exhibit 25, #_26 Exhibit 26, #_27 Exhibit 27, #_28 Exhibit 28, #_29 Exhibit 29, #_30 Exhibit 30, #_31 Exhibit 31, #_32 Exhibit 32, #_33 Exhibit 33, #_34 Exhibit 34, #_35 Exhibit 35, #_36 Exhibit 36, #_37 Exhibit 37, #_38 Exhibit 38, #_39 Exhibit 39, #_40 Exhibit 40, #_41 Exhibit 41)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Capra, James) (Entered: 11/25/2008) |
| 11/25/2008 | 205 | NOTICE of /Request For Judicial Notice In Support Of Motion To Dismiss Of PricewaterCoopers LLP And Mari Ferris re: (167 in 1:08–cv–03065–GEL, 203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by Pricewaterhousecoopers L.L.P., Mari Ferris. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Capra, James) (Entered: 11/25/2008) |
| 11/25/2008 | 206 | MOTION to Dismiss *the Amended Complaint*. Document filed by Robert Aaron. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 11/25/2008) |
| 11/25/2008 | 207 | CERTIFICATE OF SERVICE. Document filed by PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Capra, James) (Entered: 11/25/2008) |
| 11/25/2008 | 208 | MEMORANDUM OF LAW in Support re: (34 in 1:08–cv–07416–GEL, 206 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Robert Aaron. (Attachments: #_1 Appendix Part 1, #_2 Appendix Part 2, #_3 Appendix Part 3, #_4 Appendix Part 4, #_5 Appendix Part 5, #_6 Appendix Part 6, #_7 Appendix Part 7)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 11/25/2008) |
| 11/25/2008 | 209 | DECLARATION of Elliott Z. Stein in Support re: (34 in 1:08–cv–07416–GEL, 206 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Robert Aaron. (Attachments: #_1 Exhibit A, #_2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 11/25/2008) |
| 11/25/2008 | 210 | MOTION to Dismiss. Document filed by Mayer Brown LLP, Edward S. Best.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Ward, Thomas) (Entered: 11/25/2008) |
| 11/25/2008 | 211 | MEMORANDUM OF LAW in Support re: (171 in 1:08–cv–03065–GEL, 210 in 1:07–md–01902–GEL, 203 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP, Edward S. Best. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Ward, |

| | | |
|---|---|---|
| | | Thomas) (Entered: 11/25/2008) |
| 11/25/2008 | 212 | DECLARATION of Thomas G. Ward in Support re: (171 in 1:08–cv–03065–GEL, 210 in 1:07–md–01902–GEL, 203 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by Mayer Brown LLP, Edward S. Best. (Attachments: #_1 Exhibits 1–5, #_2 Exhibits 6–17, #_3 Exhibit 18 (part 1), #_4 Exhibit 18 (part 2), #_5 Exhibit 18 (part 3))Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Ward, Thomas) (Entered: 11/25/2008) |
| 11/25/2008 | 213 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying [See Document] as Corporate Parent. Document filed by Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P..Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | 214 | MOTION to Dismiss *Claim XXV of the Amended Complaint*. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | 215 | MEMORANDUM OF LAW in Support re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Appendix to Memorandum of Law)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | 216 | DECLARATION of Walter Rieman in Support re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rieman, Walter) (Entered: 11/25/2008) |
| 11/25/2008 | 217 | DECLARATION of Jan Wladyslaw Woloniecki in Support re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Scott L. Jaeckel, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | 218 | NOTICE of Appendix of Foreign Authorities Cited In The Declaration of Jan Wladyslaw Woloniecki Filed In Support Of The THL Defendants' Motion To Dismiss Claim XXV Of The Amended Complaint re: (178 in |

| | | 1:08–cv–03065–GEL, 210 in 1:08–cv–03086–GEL, 217 in 1:07–md–01902–GEL) Declaration in Support of Motion,,. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Appendix, #_2 Tab 1, #_3 Tab 2, #_4 Tab 3, #_5 Tab 4, #_6 Tab 5, #_7 Tab 6, #_8 Tab 7, #_9 Tab 8, #_10 Tab 9, #_11 Tab 10, # _12 Tab 11, #_13 Tab 12, #_14 Tab 13, #_15 Tab 14, #_16 Tab 15, #_17 Tab 16, #_18 Tab 17, #_19 Tab 18, #_20 Tab 19, #_21 Tab 20, #_22 Tab 21, #_23 Tab 22, #_24 Tab 23)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 11/25/2008) |
|---|---|---|
| 11/25/2008 | 225 | MOTION for L. Richard Williams to Appear Pro Hac Vice. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 12/02/2008) |
| 11/25/2008 | 226 | MOTION for Dennis Blackhurst to Appear Pro Hac Vice. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 12/02/2008) |
| 11/25/2008 | 227 | MOTION for Timothy J. Paris to Appear Pro Hac Vice. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 12/02/2008) |
| 11/26/2008 | 219 | AFFIDAVIT OF SERVICE of Fed.R.Civ.P.7.1 Disclosure Statement, Notice of the THL Defendants' Motion to Dismiss Claim XXV of the Amended Complaint, The THL Defendants' Memorandum of Law in Support of Their Motion to Dismiss Claim XXV of the Amended Complaint, Declaration of Walter Rieman in Support of the THL Defendants' Motion to Dismiss, Declaration of Jan Wladyslaw Woloniecki, Appendix of Foreign Authorities Cited in the Declaration of Jan Wladyslaw Woloniecki Filed in Support of the THL Defendants' Motion to Dismiss Claim XXV of the Amended Complaint on November 25, 2008. Service was made by MAIL. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins. (Rosen, Richard) (Entered: 11/26/2008) |
| 11/26/2008 | 220 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER. IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the parties hereto shall comply with the terms of and shall be afforded the protections of the Amended Stipulation and Agreed Confidentiality Order (the "Stipulation and Order") entered by the Court in the above–captioned action on June 18, 2008 and attached hereto with respect to the production of any discovery materials by non–party Bain Capital Partners, LLC or any of its affiliates, parents, related companies, successors, or assigns in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file this Stipulation with the Court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Protective Order. (Signed by Judge Gerard E. Lynch on 11/26/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 11/26/2008) |
| 11/26/2008 | 221 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan (collectively, the "EMF Parties"), and with the consent of Plaintiffs, by their undersigned counsel, the EMF Parties' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including December 2,2008. Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service ofa motion to dismiss filed by the EMF Parties and reserve their right to file opposition papers earlier than ninety (90) days. The EMF Parties shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. Relates to 07–1902, 08–3086. (Signed by Judge Gerard E. Lynch on 11/26/08) (rjm) (Entered: 11/26/2008) |

| 11/26/2008 | 222 | CERTIFICATE OF SERVICE of (1) the Notice of Motion to Dismiss Counts Twenty–Three and Twenty–Four of the Amended Complaint as against Ingram Micro, Inc. and CIM Ventures Inc., (2) the accompanying Memorandum of Law by Defendants Ingram Micro Inc. and CIM Ventures Inc. in support of their motion, (3) the Declaration of Robert F. Wise, Jr., dated November 25, 2008, (4) the Notice of Appearance by Paul Spagnoletti, and (5) the Rule 7.1 Corporate Disclosure Statements for Ingram Micro Inc. and CIM Ventures Inc. served on Winston &Strawn LLP, Beus Gilbert, PLLC and Williams &Connolly, LLP on November 26, 2008. Service was made by Overnight Mail. Document filed by CIM Ventures Inc., Ingram Micro, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Wardenski, Joseph) (Entered: 11/26/2008) |
|---|---|---|
| 11/26/2008 | 223 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. ("plaintiffs") and defendants Gibson, Dunn &Crutcher LLP, Mitchell Karlan and. Scott Kislin (collectively, the "Gibson, Dunn Defendants"), through their undersigned attorneys, as follows: 1. Plaintiffs' time to respond to Defendants' Motion To Compel Arbitration of All Claims Or, In The Alternative, To Stay Remaining Claims, dated November 13, 2008, (the "Motion to Compel") is extended to and including December 19, 2008; 2. The Gibson, Dunn Defendants shall have 30 days from the date on which plaintiffs file and serve their response to the Motion to Compel to file and serve any reply thereto; and 3. The Gibson, Dunn Defendants' time to respond to Plaintiffs' First Request for Production of Documents. dated October 31, 2008, is extended to and including December 19, 2008. (Signed by Judge Gerard E. Lynch on 11/26/08) (rjm) (Entered: 11/26/2008) |
| 12/02/2008 | 228 | MOTION to Dismiss. Document filed by EMF Financial Producets, Delta Flyer Fund, LLC, Eric M. Flanagan, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rendon, Veronica) (Entered: 12/02/2008) |
| 12/02/2008 | 229 | MEMORANDUM OF LAW in Support re: (228 in 1:07–md–01902–GEL, 185 in 1:08–cv–03065–GEL, 224 in 1:08–cv–03086–GEL) MOTION to Dismiss. *Redacted pursuant to the Amended Stipulation and Agreed Confidentiality Order, filed February 11, 2008.* Document filed by EMF Financial Producets, Delta Flyer Fund, LLC, Eric M. Flanagan, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rendon, Veronica) (Entered: 12/02/2008) |
| 12/02/2008 | 230 | DECLARATION of Veronica E. Rendon in Support re: (228 in 1:07–md–01902–GEL, 185 in 1:08–cv–03065–GEL, 224 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by EMF Financial Producets, Delta Flyer Fund, LLC, Eric M. Flanagan, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rendon, Veronica) (Entered: 12/02/2008) |
| 12/02/2008 | 231 | CERTIFICATE OF SERVICE. Document filed by EMF Financial Producets, Delta Flyer Fund, LLC, Eric M. Flanagan. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Brophy, Joseph) (Entered: 12/02/2008) |
| 12/03/2008 | 234 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of other that the SDNY, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Gerard E. Lynch, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 12/3/08) (rjm) (Entered: 12/05/2008) |
| 12/05/2008 | 233 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Refco Alternative Investments and Refco Associates, Inc. (collectively, "Defendants and with the consent of plaintiffs |

| | | |
|---|---|---|
| | | Kenneth M Krys, et al. ("Plaintiffs"), Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, to and including June 1, 2009; and IT IS FURTHER STIPULATED AND AGREED that Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 12/4/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 12/05/2008) |
| 12/05/2008 | 263 | REQUEST TO ENTER DEFAULT against Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc.. Document filed by Kenneth M. Krys, Christopher Stride(as Assignees of Clams assigned by Miami Childrens Hospital Foundation, OFI, Green &Smith Investment Management LLC Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, Arnhold &S. Bleichroeder Advisers LLC et al), James P. Sinclair, Kenneth M Krys, Christopher Stride(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al). Entered as Doc. No. 190 in 08–3065. Original Document also kept in file folder for case no. 08–3065. Document filed by Kenneth M. Krys, etal. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 02/04/2009) |
| 12/10/2008 | 235 | AFFIDAVIT OF SERVICE of NOTICE OF THE THL DEFENDANTS' MOTION TO DISMISS CLAIM XXV OF THE AMENDED COMPLAINT; FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT; THE THL DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS CLAIM XXV OF THE AMENDED COMPLAINT; DECLARATION OF JAN WLADYSLAW WOLONIECKI; DECLARATION OF WALTER RIEMAN IN SUPPORT OF THE THL DEFENDANTS' MOTION TO DISMISS; and APPENDIX OF FOREIGN AUTHORITIES CITED IN THE DECLARATION OF JAN WLADYSLAW WOLONIECKI FILED IN SUPPORT OF THE THL DEFENDANTS' MOTION TO DISMISS CLAIM XXV OF THE AMENDED COMPLAINT served on Thomas Hackl on December 10, 2008. Service was made by Mail. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins. (Rosen, Richard) (Entered: 12/10/2008) |
| 12/11/2008 | 236 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that at the request of defendants Brian Owens and Mark Kavanagh (collectively, "Defendants") and with the consent of plaintiffs Kenneth M. Krys, el al. ("plaintiffs") Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended to and including December 26. 2008; and IT IS FURTHER STIPULATED AND AGREED that, pursuant to the Order of this Court dated April 9, 2008, Plaintiffs shall serve opposition papers, if any. within ninety (90) days of the filing and service of a motion to dismiss filed by Defendants and reserve their right to file opposition papers earlier than ninety (90) days. Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any. (Signed by Judge Gerard E. Lynch on 12/10/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(rjm) Modified on 12/11/2008 (rjm). (Entered: 12/11/2008) |
| 12/19/2008 | 237 | MEMORANDUM OF LAW in Support re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss. *[Corrected]*. Document filed by Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Affidavit of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 12/19/2008) |
| 12/23/2008 | 238 | STIPULATION AND ORDER... IT IS HEREBY STIPULATED AND AGREED, by and between Kavanagh and Owens and the undersigned parties, who or which are parties to the Action or other actions that are part of the MDL, through their |

attorneys as follows: 1. Without prejudice to this reservation of rights and subject to any subsequent order of the Court, Kavanagh and Owens hereby agree to be parties to the Deposition Protocol for purposes of the Action and are permitted all rights provided thereunder, it being expressly understood that, by entering into this Stipulation, Kavanagh and Owens do not waive, and expressly reserve, the right to seek relief from the terms of the Deposition Protocol, including without limitation, an application for relief in the event that Kavanagh and Owens believe that the deposition process under the Deposition Protocol has not provided full and adequate deposition discovery to Kavanagh and Owens relating to the matters raised in Plaintiffs' complaint herein, or in any amended version thereof, and/or any defenses thereto. 2. Without prejudice to this reservation of rights, and subject to any subsequent order of the Court, Kavanagh and Owens hereby agree to be parties to the Confidentiality Order and are permitted all rights provided thereunder: 3. The Action is deemed a "Related Action" for purposes of the Confidentiality Order. 4. A3 parties to the Confidentiality Order, Kavanagh and Owens shall be entitled to receive from each producing party all materials produced, or previously produced, by such party in any action subject to the Deposition Protocol. 5. Kavanagh and Owens reserve the right to seek modification of the restrictions on disclosure included in the Confidentiality Order at paragraph 10, as provided for in paragraph 32 of the Confidentiality Order, to the extent that such materials obtained by Kavanagh and Owens are necessary or useful in related matters or litigations. 6. Nothing contained herein shall waive or act to limit any of Kavanagh's or Owen's or any other party's rights under the Deposition Protocol and Confidentiality Order, all of which are expressly reserved, including any other party's rights to oppose any relief sought by Kavanagh and Owens pursuant to paragraphs 1 and 5 of this Stipulation and Order. (Signed by Judge Gerard E. Lynch on 12/23/08) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 12/23/2008)

| | | |
|---|---|---|
| 12/24/2008 | 239 | NOTICE OF APPEARANCE by David J. Kerstein on behalf of Mark Kavanagh, Brian Owens Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Kerstein, David) (Entered: 12/24/2008) |
| 12/24/2008 | 240 | MOTION to Dismiss *Plaintiffs' Amended Complaint*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Kerstein, David) (Entered: 12/24/2008) |
| 12/24/2008 | 241 | MEMORANDUM OF LAW in Support re: (244 in 1:08–cv–03086–GEL, 240 in 1:07–md–01902–GEL, 197 in 1:08–cv–03065–GEL) MOTION to Dismiss.. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Kerstein, David) (Entered: 12/24/2008) |
| 12/24/2008 | 242 | DECLARATION of David J. Kerstein in Support re: (244 in 1:08–cv–03086–GEL, 240 in 1:07–md–01902–GEL, 197 in 1:08–cv–03065–GEL) MOTION to Dismiss.. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28 A, # 29 Exhibit 28 B, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37 A, # 39 Exhibit 37 B, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Kerstein, David) (Entered: 12/24/2008) |
| 01/05/2009 | 243 | REPLY MEMORANDUM OF LAW in Support re: (4 in 1:08–cv–08784–GEL, 142 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by KPMG LLP. Filed In Associated Cases: 1:07–md–01902–GEL, |

| | | 1:08–cv–08784–GEL(Burke, Kevin) (Entered: 01/05/2009) |
|---|---|---|
| 01/13/2009 | 244 | STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS BY PRICEWATERHOUSECOOPERS LLP... that Consistent with 26 C.F.R. § 301.7216–2, disclosure of the Refco Tax–Return Information by PwC in response to the Refco Litigation Trustee's request is compelled and made pursuant to this Order. The production and use of the Refco Tax–Return Information shall be further governed by the terms of the Amended Stipulation and Agreed Confidentiality Order entered in the Refco MDL Actions, including the Kirschner action, on February 8, 2008. (Signed by Judge Gerard E. Lynch on 1/12/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 01/13/2009) |
| 01/14/2009 | 245 | FILING ERROR – DEFICIENT DOCKET ENTRY – (WRONG ATTORNEY INFORMATION) – NOTICE OF APPEARANCE by Clifford Gee–tong Tsan on behalf of Index Recovery Co., L.P., The Trustees of the Masonic Hall and Asylum Fund (Tsan, Clifford) Modified on 1/21/2009 (lb). (Entered: 01/14/2009) |
| 01/14/2009 | 246 | NOTICE OF APPEARANCE by Brian J. Butler on behalf of The Trustees of the Masonic Hall and Asylum Fund (Butler, Brian) (Entered: 01/14/2009) |
| 01/14/2009 | 247 | FILING ERROR – DEFICIENT DOCKET ENTRY – (WRONG ATTORNEY INFORMATION) – NOTICE OF APPEARANCE by Clifford Gee–tong Tsan on behalf of Index Recovery Co., L.P. (Tsan, Clifford) Modified on 1/21/2009 (lb). (Entered: 01/14/2009) |
| 01/14/2009 | 248 | NOTICE OF APPEARANCE by Clifford Gee–tong Tsan on behalf of The Trustees of the Masonic Hall and Asylum Fund (Tsan, Clifford) (Entered: 01/14/2009) |
| 01/14/2009 | 249 | NOTICE OF APPEARANCE by Brian J. Butler on behalf of Index Recovery Co., L.P. (Butler, Brian) (Entered: 01/14/2009) |
| 01/14/2009 | 250 | NOTICE OF APPEARANCE by Clifford Gee–tong Tsan on behalf of Index Recovery Co., L.P. (Tsan, Clifford) (Entered: 01/14/2009) |
| 01/14/2009 | 251 | NOTICE OF APPEARANCE by Jonathan B. Fellows on behalf of Index Recovery Co., L.P. (Fellows, Jonathan) (Entered: 01/14/2009) |
| 01/14/2009 | 252 | NOTICE OF APPEARANCE by Jonathan B. Fellows on behalf of The Trustees of the Masonic Hall and Asylum Fund (Fellows, Jonathan) (Entered: 01/14/2009) |
| 01/14/2009 | 253 | NOTICE OF WITHDRAWAL OF ATTORNEY. PLEASE TAKE NOTICE that Bradley E. Lerman is hereby withdrawn as counsel of record for Defendant Mark Ramler in the above–captioned matters, because as of January 19, 2009. Mr. Lerman will no longer be a member of the firm Winston &Strawn LLP. Winston &Strawn LLP will continue as counsel for Defendant Mark Ramler. Attorney Bradley E. Lerman terminated. (Signed by Judge Gerard E. Lynch on 1/14/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 01/16/2009) |
| 01/14/2009 | 254 | NOTICE OF WITHDRAWAL OF ATTORNEY. PLEASE TAKE NOTICE that Bradley E. Lerman is hereby withdrawn as counsel of record for Defendant Grant Thornton LLP in the above–captioned matters, because as of January 19, 2009, Mr. Lerman will no longer be a member of the firm Winston &Strawn LLP. Winston &Strawn LLP will continue as counsel for Defendant Grant Thornton LLP. Relates to 07md1902, 05–8626, 07–11604, 07–8165, 08–3086, 08–3065. Attorney Bradley E. Lerman terminated. (Signed by Judge Gerard E. Lynch on 1/14/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:07–cv–11604–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 01/16/2009) |
| 01/16/2009 | 255 | ORDER ADMITTING COUNSEL PRO HAC VICE. ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED THAT John S. Williams shall be admitted pro hac vice in the above–captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this pro hac vice admission. Attorney John S. Williams for Mayer Brown LLP admitted Pro Hac Vice., Attorney John S. Williams for Mayer Brown LLP added., Motions terminated: (156 in |

| | | 1:07–cv–11604–GEL) MOTION for John S. Williams to Appear Pro Hac Vice. filed by Mayer Brown LLP. (Signed by Judge Gerard E. Lynch on 1/16/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 01/20/2009) |
|---|---|---|
| 01/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (160 in 1:07–cv–11604–GEL, 160 in 1:07–cv–11604–GEL, 160 in 1:07–cv–11604–GEL, 255 in 1:07–md–01902–GEL, 255 in 1:07–md–01902–GEL, 255 in 1:07–md–01902–GEL) Order Admitting Attorney Pro Hac Vice, Add and Terminate Attorneys, Terminate Motions,,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 01/20/2009) |
| 01/16/2009 | 256 | ORDER ADMITTING COUNSEL PRO HAC VICE. ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED THAT Richa Shyam Dasgupta shall be admitted pro hac vice in the above–captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this pro hac vice admission. Attorney Richa Shyam Dasgupta for Mayer Brown LLP admitted Pro Hac Vice., Attorney Richa Shyam Dasgupta for Mayer Brown LLP added., Motions terminated: (157 in 1:07–cv–11604–GEL) MOTION for Richa Shyam Dasgupta to Appear Pro Hac Vice. filed by Mayer Brown LLP. (Signed by Judge Gerard E. Lynch on 1/16/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 01/20/2009) |
| 01/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (256 in 1:07–md–01902–GEL, 256 in 1:07–md–01902–GEL, 256 in 1:07–md–01902–GEL, 161 in 1:07–cv–11604–GEL, 161 in 1:07–cv–11604–GEL, 161 in 1:07–cv–11604–GEL) Order Admitting Attorney Pro Hac Vice, Add and Terminate Attorneys, Terminate Motions,,,,,,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 01/20/2009) |
| 01/20/2009 | 257 | ENDORSED LETTER addressed to Judge Gerard E. Lynch from Helen B. Kim dated 12/19/08 re: AXIS asks that this Court defer the Rule 26(f) Conference until after a ruling on AXIS's Motion for Partial Summary Judgment. ENDORSEMENT: Discovery in this matter is stayed pending resolution of Axis's motion for partial summary judgment. (Signed by Judge Gerard E. Lynch on 1/17/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–07924–GEL(rjm) (Entered: 01/20/2009) |
| 01/22/2009 | 258 | MOTION for Issuance of Letters Rogatory. Document filed by Grant Thornton LLP, PricewaterhouseCoopers LLP, Banc of America Securities LLC, Mayer Brown LLP, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc..Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 01/22/2009) |
| 01/22/2009 | 259 | MEMORANDUM OF LAW in Support re: (164 in 1:07–cv–11604–GEL) MOTION for Issuance of Letters Rogatory.. Document filed by Grant Thornton LLP, PricewaterhouseCoopers LLP, Banc of America Securities LLC, Mayer Brown LLP, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 01/22/2009) |
| 01/22/2009 | 260 | DECLARATION of Jeremy S. Winer in Support re: (164 in 1:07–cv–11604–GEL) MOTION for Issuance of Letters Rogatory.. Document filed by Mayer Brown LLP, PricewaterhouseCoopers LLP, Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(Anker, Philip) (Entered: 01/22/2009) |
| 01/27/2009 | 261 | ENDORSED LETTER addressed to Judge Gerard E. Lynch from Kevin A. Burke dated 1/26/09 re: KPMG hereby respectfully requests that the Court permit it to become a party to the Deposition Protocol, entered by the Court on December 10, 2007. ENDORSEMENT: "So Ordered." (Signed by Judge Gerard E. Lynch on 1/27/09) Filed In Associated Cases: 1:07–md–01902–GEL, |

| | | |
|---|---|---|
| | | 1:08−cv−08784−GEL(rjm) (Entered: 01/28/2009) |
| 01/30/2009 | 262 | NOTICE OF APPEARANCE by Sarah D. Abeles on behalf of KPMG LLP Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−08784−GEL(Abeles, Sarah) (Entered: 01/30/2009) |
| 02/09/2009 | 264 | NOTICE (Signed) OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER. PLEASE TAKE NOTICE that counsel for defendant Tone N. Grant hereby respectfully withdraws the appearance of Norman L. Eisen, Esq. in the above−captioned actions. Mr. Eisen recently resigned from Zuckerman Spaeder LLP. No other attorney is withdrawing his or her appearance by this notice. Zuckerman Spaeder LLP remains as counsel to Tone N. Grant. Relates to 07md1902, 05−8626, 05−9608, 06−643, 07−7924, 07−11604, 07−8686. Attorney Norman L. Eisen terminated. (Signed by Judge Gerard E. Lynch on 2/7/09) Filed In Associated Cases: 1:07−md−01902−GEL et al.(rjm) (Entered: 02/09/2009) |
| 02/09/2009 | 265 | ORDER GRANTING MOVING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY: It is hereby ORDERED that the request for international judicial assistance pursuant to the Moving Defendants' Motion for Issuance of Letters Rogatory, filed on January 22, 2009, is GRANTED. The Clerk of this Court shall issue under the Court's seal the signed letters rogatory attached to this order, and transmit the signed, sealed letters rogatory to John V.H. Pierce, Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, counsel for Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, and Deutsche Bank Securities Inc. SO ORDERED (Signed by Judge Gerard E. Lynch on 2/9/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(jmi) (Entered: 02/10/2009) |
| 02/09/2009 | 266 | LETTERS ROGATORY FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK TO THE APPROPRIATE JUDICIAL AUTHORITY OF BERMUDA, GREETINGS: The United States District Court for the Southern District of New York presents its compliments to the appropriate Judicial Authority of Bermuda, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter. This Court requests the assistance described herein as necessary in the interests of justice. The purpose of the request is to obtain oral evidence relevant to a matter before this Court from individuals who possess knowledge of facts in issue. The assistance requested is that the Supreme Court compel the appearance of the below−named witnesses to give deposition testimony, if possible, prior to March 31, 2009, the current deadline for discovery in this case, for potential use at trial or on summary judgment. The Supreme Court is respectfully requested to summon Anthony D. Whaley and Charles G.R. Collis, whose business address is Conyers Dill &Pearman, Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda, to give testimony as described in the attachment. (Signed by Judge Gerard E. Lynch on 2/9/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−11604−GEL(jmi) (Entered: 02/10/2009) |
| 02/10/2009 | 267 | STIPULAION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Gerard E. Lynch on 2/9/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:07−cv−07074−GEL(jmi) (Entered: 02/11/2009) |
| 02/11/2009 | 268 | STIPULATION AND ORDER that, at the request of Plaintiffs, and with the consent of Richard Butt, by undersigned counsel, Plaintiffs' deadline for filing and serving an opposition to the Motion to Dismiss filed by Richard Butt shall be extended from March 9, 2009 to and including March 30, 2009. IT IS FURTHER STIPULATED AND AGREED that the deadline for Richard Butt to file and serve reply papers to Plaintiffs' opposition shall be extended from April 8, 2009 to and including May 1, 2009. SO ORDERED( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 2/11/2009) (jmi) (Entered: 02/11/2009) |
| 02/13/2009 | 269 | MOTION for Extension of Time *to Complete Service on Defendants Tone Grant and Christopher Petitt*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, |

| | | |
|---|---|---|
| | | Christopher Stride. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 02/13/2009) |
| 02/13/2009 | 270 | MEMORANDUM OF LAW in Support re: (204 in 1:08–cv–03065–GEL, 255 in 1:08–cv–03086–GEL, 269 in 1:07–md–01902–GEL) MOTION for Extension of Time.. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 02/13/2009) |
| 02/13/2009 | 271 | DECLARATION of Jessica C. Calagione in Support re: (204 in 1:08–cv–03065–GEL, 255 in 1:08–cv–03086–GEL, 269 in 1:07–md–01902–GEL) MOTION for Extension of Time.. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 02/13/2009) |
| 02/13/2009 | 272 | CERTIFICATE OF SERVICE of (1) Notice of Motion For An Extension of Time To Complete Service On Defendants Tone Grant and Christopher Petitt, (2) Plaintiffs Memorandum of Law in Support of the Motion For An Extension of Time To Complete Service On Defendants Tone Grant and Christopher Petitt, (3) the Declaration of Jessica C. Calagione in support thereof and Exhibits A through L thereto, and (4) the [Proposed] Order Extending Plaintiffs Time to Complete Service on Defendants Tone Grant and Christopher Petitt served on All Defendants in Actions 08cv3065 and 08cv3086 on 2/13/2009. Service was made by MAIL. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 02/13/2009) |
| 02/19/2009 | 273 | STIPULATION AND ORDER that, at the request of Plaintiffs and with the consent of defendants Grant Thornton LLP, Mark Ramler, Ernst &Young U.S. LLP, Mayer Brown LLP, Joseph Collins, Edward S. Best, Paul Koury, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC, Bane of America Securities LLC, Thomas H. Lee Partners, Thomas H. Lee Advisors LLC, THL Managers V LLC, Thomas H. Lee Equity Fund V LP, THL Equity Advisors V LP, Thomas H. Lee Parallel Fund V LP, Thomas H. Lee Equity (Cayman) Fund LP, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, Scott A. Schoen (collectively, the "THL Defendants"), PricewaterhouseCoopers LLP, Mari Ferris, Christopher Petitt, Bank fur Arbeit und Wirtschaft und Osterreichische Postparkasse Aktiengesellschaft, Ingram Micro, Inc., CIM Ventures, Inc., Dennis Klejna, Tone Grant, Coast Asset Management LLC, CS Land Management LLC, William Pigott, Liberty Corner Capital Strategies, LLC, Eric Flanagan, EMF Financial Products LLC and Delta Flyer Fund LLC (collectively, the "Consenting Defendants"), by their undersigned counsel, the deadline for Plaintiffs to file and serve oppositions to the Motions to Dismiss filed by the Consenting Defendants in this action shall be extended to and including March 16, 2009. Pursuant to the previous Order of the Court, dated April 9, 2008, the Consenting Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers.( Responses due by 3/16/2009) (Signed by Judge Gerard E. Lynch on 2/19/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 02/19/2009) |
| 02/20/2009 | 274 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER...regarding procedures to be followed that shall govern the handling of confidential material....SO ORDERED. (Signed by Judge Gerard E. Lynch on 2/18/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–07074–GEL(jmi) (Entered: 02/23/2009) |

| 02/20/2009 | 275 | STIPULATION AND ORDER that, at the request of Plaintiffs and with the consent of defendants Robert Aaron, DPM Mellon LLC, DPM Mellon Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management Ltd., Bank of New York Mellon Corporation and Guy Castranova (collectively, the "DPM Defendants"), by their undersigned counsel, the deadline for Plaintiffs to file and serve oppositions to the Motions to Dismiss filed by the DPM Defendants in this action shall be extended to and including March 16, 2009. The DPM Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers. SO ORDERED. (Signed by Judge Gerard E. Lynch on 2/19/2009) (jmi) (Entered: 02/23/2009) |
|---|---|---|
| 02/20/2009 | | Set/Reset Deadlines: Responses due by 3/16/2009 (jmi) (Entered: 02/23/2009) |
| 02/20/2009 | 276 | STIPULATION AND ORDER BY THE UNDERSIGNED PARTIES AND ORDERED BY THE COURT THAT: The March 31 Deadline shall be extended for purposes of the SPhinXIPlusFunds Actions to the following, and only to the following, extent: Any of the plaintiffs or defendants in the SPhinXIPlusFunds Actions as of the date of this Stipulation and Order (but not any other party, including such other parties to any action that is part of the MDL proceedings other than the SPhinXIPlusFunds Actions) may, within 120 days after the earlier of (i) the date this Court decides the last of the Motions to Dismiss or (ii) December 7, 2009 (the "Limited Extension of the March 31 Deadline"), depose and question any witness who has not already been deposed by the March 31 Deadline by any party in the MDL, subject to the right of any party or deponent to seek a protective order in accordance with the applicable Federal and Local Rules. In light of the Limited Extension of the March 31 Deadline: (a) Subject to sub–section (d) hereof, Plaintiffs shall not notice the deposition of any of the Defendants or any current or former employee, agent or representative of any of the Defendants (or, to the extent Plaintiffs have already noticed such deposition as of the date of this Stipulation and Order, shall not schedule the deposition) for any date prior to the earlier of (i) the date on which the Court decides the last of the Motions to Dismiss or (ii) December 7, 2009 (provided, however, that Plaintiffs may question any such witness who is noticed for deposition prior to the March 31 Deadline by a party to the MDL other than Plaintiffs, and the Limited Extension of the March 31 Deadline shall not apply to any such witness who is noticed for deposition prior to the March 31 Deadline); (b) Subject to sub–section (d) hereof, Defendants shall not notice the deposition of any of the Plaintiffs or any current or former employee, agent or representative of any of the Plaintiffs (or, to the extent any Defendants have already noticed such deposition as of the date of this Stipulation and Order, shall not schedule the deposition) for any date prior to the earlier of (i) the date on which the Court decides the last of the Motions to Dismiss or (ii) December 7, 2009 (provided, however, that Defendants may question any such witness who is noticed for deposition prior to March 31 Deadline by a party to the MDL other than Defendants, and the Limited Extension of the March 31 Deadline shall not apply to any such witness who is noticed for deposition prior to the March 31 Deadline, and provided, further, that the foregoing shall not preclude the Defendants from noticing the deposition, prior to the March 31 Deadline, of any such current or former employee, agent or representative of any of the Plaintiffs who one or more of the Defendants determine, in good faith, may have evidence relevant to one or more cases in the MDL in addition to the SPhinX/PlusFunds Actions); (c) Subject to sub–section (d) hereof, Plaintiffs and Defendants shall not notice the deposition of any other witness in the SPhinX/PlusFunds Actions for any date prior to the earlier of (i) the date on which the Court decides the last of the Motions to Dismiss or (ii) December 7, 2009 (provided, however, that Plaintiffs and Defendants may question any such witness who is noticed for deposition prior to the March 31 Deadline by a party to the MDL other than Plaintiffs and Defendants, and the Limited Extension of the March 31 Deadline shall not apply to any such witness who is noticed for deposition prior to the March 31 Deadline, and provided, further, the foregoing shall not preclude Defendants from noticing the deposition, prior to the March 31 Deadline, of any such witness who one or more of the Defendants determine, in good faith, may have evidence relevant to one or more cases in the MDL in addition to the SPhinX/PlusFunds Actions); and(d) The foregoing subsections (a) – (c) shall not preclude any of Plaintiffs or Defendants from deposing and questioning, prior to the March 31 Deadline or at any time prior to the expiration of the Limited Extension of the March 31 Deadline, any witness (i) who is currently |

| | | |
|---|---|---|
| | | within the subpoena power of one or more state or federal courts in the United States, but who the noticing party believes, in good faith, will be outside the subpoena power of all of the state and federal courts in the United States after the March 31 Deadline, or (ii) who the noticing party believes, in good faith, will be unable to testify at any time after the March 31 Deadline and before the expiration of the Limited Extension of the March 31 Deadline because of illness, infirmity or death, provided, however, that the notice of deposition of any such witness shall set forth the facts and circumstances of the noticing party's good–faith belief that the witness will be unavailable after the March 31 Deadline for one or more of the reasons set forth in subsections (i) and (ii). 3. Except as expressly provided in paragraph 1 with respect to the Limited Extension of the March 31 Deadline, this Stipulation and Order shall not extend the March 31 Deadline with respect to the depositions of any fact witnesses in any action that is part of the MDL. All parties reserve their rights to seek or oppose any such extension. For the avoidance of doubt, nothing herein shall be construed as an agreement by any of the parties to modify in any way Section IX.E of the Deposition Protocol Order, which provides that the deposition of any witness shall be taken only once (except under certain conditions set forth in Section IX.E). 4. Except as expressly provided in paragraph 1, the Deposition Protocol Order shall remain in full force and effect, subject to further order of the Court. 5. Nothing herein shall preclude any party from seeking modification of, or relief from, the provisions of this Stipulation and Order upon appropriate application to the Court. (Signed by Judge Gerard E. Lynch on 2/18/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL, 1:08–cv–07416–GEL(jmi) (Entered: 02/23/2009) |
| 02/27/2009 | 277 | STIPULATION AND (SIGNED) ORDER. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs The Trustees Of The Masonic Hall And Asylum Fund ("Masonic Hall") and Index Recovery Co. LP, f/k/a Sphinx Managed Futures Index Fund, LP ("Index Recovery") and Defendant PricewaterhouseCoopers LLP ("PwC"), by their undersigned counsel, as follows: PwC's time to answer the Complaint in the action captioned Trustees Of The Masonic Hall And Asylum Fund v. PricewaterhouseCoopers LLP, Case No. 08 Civ. 10495, shall be extended to and including April 3, 2009; PwC's time to answer, move against, or otherwise respond to the Complaint in the action captioned Index Recovery Co. LP, f/k/a SphinX Managed Futures Index Fund, LP v PricewaterhouseCoopers UP, Case No. 08 Civ. 10494 (the "Index Recovery Action"), shall be extended to and including April 3, 2009; If PwC files a motion to dismiss the Index Recovery Action, Index Recovery shall serve opposition papers no later than May 18, 2009; PwC shall then serve reply papers in the Index Recovery Action no later than June 12, 2009. (Signed by Judge Gerard E. Lynch on 2/27/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(rjm) (Entered: 02/27/2009) |
| 02/27/2009 | 278 | STIPULATION AND ORDER... that the March 31 Deadline shall be extended as further set forth in this Stipulation and Order. (Signed by Judge Gerard E. Lynch on 2/27/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(rjm) (Entered: 02/27/2009) |
| 03/02/2009 | 279 | MEMORANDUM OF LAW in Opposition re: (255 in 1:08–cv–03086–GEL) MOTION for Extension of Time. – *Defendant Christopher Petitt's Memorandum Of Law In Opposition To Plaintiff's Motion For An Extension Of Time To Complete Service Of Process On Defendants Tone Grant And Christopher Petitt.* Document filed by Christopher Pettit. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Thompson, Tomas) (Entered: 03/02/2009) |
| 03/02/2009 | 280 | MEMORANDUM OF LAW in Opposition re: (204 in 1:08–cv–03065–GEL) MOTION for Extension of Time.. Document filed by Tone Grant. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL(Neish, Laura) (Entered: 03/02/2009) |
| 03/03/2009 | 281 | STIPULATION AND ORDER IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs The Trustees Of The Masonic Hall And Asylum Fund ("Masonic Hall") and Index Recovery Co. LP, f/k/a Sphinx Managed Futures Index Fund, LP ("Index Recovery") and Defendant PricewaterhouseCoopers LLP |

| | | |
|---|---|---|
| | | ("PwC"), by their undersigned counsel, as follows: PwC's time to answer the Complaint in the action captioned Trustees Of The Masonic Hall and Asylum Fund v. PricewaterhouseCoopers LLP, Case No. 08 Civ. 10495, shall be extended to and including April 3, 2009; PwC's time to answer, move against, or otherwise respond to the Complaint in the action captioned Index Recovery Co. LP, f/k/a SphinX Managed Futures Index Fund, LP v PricewaterhouseCoopers LLP, Case No. 08 Civ. 10494 (the "Index Recovery Action"), shall be extended to and including April 3, 2009; If PwC files a motion to dismiss the Index Recovery Action, Index Recovery shall serve opposition papers no later than May 18, 2009; PwC shall then serve reply papers in the Index Recovery Action no later than June 12, 2009. (Signed by Judge Gerard E. Lynch on 3/3/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(jmi) Modified on 3/23/2009 (jmi). (Entered: 03/04/2009) |
| 03/06/2009 | 282 | MANDATE of USCA (Certified Copy) as to 135 Notice of Appeal filed by Jonathan Lee Riches USCA Case Number 08–5115–cv. Ordered that the appeal is DISMISSED. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 3/5/2009. (nd) (Entered: 03/06/2009) |
| 03/06/2009 | | Transmission of USCA Mandate/Order to the District Judge re: 282 USCA Mandate. (nd) (Entered: 03/06/2009) |
| 03/09/2009 | 283 | REPLY MEMORANDUM OF LAW in Support re: (255 in 1:08–cv–03086–GEL) MOTION for Extension of Time. *PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS ON DEFENDANTS TONE GRANT AND CHRISTOPHER PETIT.* Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 03/09/2009) |
| 03/09/2009 | 284 | DECLARATION of JESSICA CALAGIONE IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF THEIR TIME TO COMPLETE SERVICE ON DEFENDANTS TONE GRANT AND CHRISTOPHER PETITT in Support re: (283 in 1:07–md–01902–GEL, 263 in 1:08–cv–03086–GEL, 212 in 1:08–cv–03065–GEL) Reply Memorandum of Law in Support of Motion,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Exhibits A – C to Calagione Declaration (1 OF 2), # 2 Exhibits D – E to Calagione Declaration (2 OF 2))Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 03/09/2009) |
| 03/09/2009 | 285 | CERTIFICATE OF SERVICE. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 03/09/2009) |
| 03/16/2009 | 286 | MEMORANDUM OF LAW in Opposition re: (167 in 1:08–cv–03065–GEL, 203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss., (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss., (187 in 1:07–md–01902–GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.*, (34 in 1:08–cv–07416–GEL, 206 in 1:07–md–01902–GEL) MOTION to Dismiss., (171 in 1:08–cv–03065–GEL, 210 in 1:07–md–01902–GEL, 203 in 1:08–cv–03086–GEL) MOTION to Dismiss., (228 in 1:07–md–01902–GEL, 185 in 1:08–cv–03065–GEL, 224 in 1:08–cv–03086–GEL) MOTION to Dismiss., (161 in 1:08–cv–03065–GEL, 199 in 1:07–md–01902–GEL) MOTION to Dismiss., (155 in 1:08–cv–03065–GEL, 192 in 1:07–md–01902–GEL, 185 in 1:08–cv–03086–GEL) MOTION to Dismiss., (193 in 1:07–md–01902–GEL) MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint. /OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO DISMISS.* Document filed by James |

| | | |
|---|---|---|
| | | P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL, 1:08–cv–07416–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 287 | DECLARATION of DAVID J. MOLTON in Opposition re: (266 in 1:08–cv–03086–GEL, 215 in 1:08–cv–03065–GEL, 286 in 1:07–md–01902–GEL, 51 in 1:08–cv–07416–GEL) Memorandum of Law in Opposition to Motion,,,,,,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Exhibit A to the Molton Declaration, # 2 Exhibit B to the Molton Declaration, # 3 Exhibit C to the Molton Declaration, # 4 Exhibit D to the Molton Declaration)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL, 1:08–cv–07416–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 288 | MEMORANDUM OF LAW in Opposition re: (34 in 1:08–cv–07416–GEL, 206 in 1:07–md–01902–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ROBERT AARON'S MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 289 | DECLARATION of DAVID J. MOLTON in Opposition re: (288 in 1:07–md–01902–GEL, 53 in 1:08–cv–07416–GEL) Memorandum of Law in Opposition to Motion,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Exhibit A to the Molton Declaration, # 2 Exhibit B to the Molton Declaration, # 3 Exhibit C to the Molton Declaration)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 290 | MEMORANDUM OF LAW in Opposition re: (193 in 1:07–md–01902–GEL) MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint. /PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE BANK DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 291 | MEMORANDUM OF LAW in Opposition re: (149 in 1:08–cv–03065–GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*., (187 in 1:07–md–01902–GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*., (164 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc*., (173 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*., (228 in 1:07–md–01902–GEL, 185 in 1:08–cv–03065–GEL, 224 in 1:08–cv–03086–GEL) MOTION to Dismiss., (155 in 1:08–cv–03065–GEL, 192 in 1:07–md–01902–GEL, 185 in 1:08–cv–03086–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO RTL PARTICIPANT DEFENDANTS' MOTION TO DISMISS*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 292 | MEMORANDUM OF LAW in Opposition re: (171 in 1:08–cv–03065–GEL, 203 in 1:08–cv–03086–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM |

|  |  | *OF LAW IN OPPOSITION TO THE MAYER DEFENDANTS' MOTION TO DISMISS*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
|---|---|---|
| 03/16/2009 | 293 | MEMORANDUM OF LAW in Opposition re: (220 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts XIV and XVI of The Amended Complaint.*, (182 in 1:08–cv–03065–GEL) MOTION to Dismiss *Counts XIV and XVI Of The Amended Complaint*. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DENNIS KLEJNA'S MOTION TO DISMISS COUNTS XIV AND XVI OF THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 294 | MEMORANDUM OF LAW in Opposition re: (161 in 1:08–cv–03065–GEL, 199 in 1:07–md–01902–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO TONE GRANT'S MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 295 | MEMORANDUM OF LAW in Opposition re: (160 in 1:08–cv–03065–GEL) MOTION to Dismiss. */PLAINTIFFS; MEMORANDUM OF LAW IN OPPOSITION TO BAWAG'S MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 296 | MEMORANDUM OF LAW in Opposition re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE THL DEFENDANTS' MOTION TO DISMISS COUNT XXV OF THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 297 | MEMORANDUM OF LAW in Opposition re: (48 in 1:08–cv–07416–GEL) MOTION to Dismiss *(correction of Document #33)*. MOTION to Dismiss *(correction of Document #33)*. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE DPM DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/16/2009 | 298 | MEMORANDUM OF LAW in Opposition re: (167 in 1:08–cv–03065–GEL, 203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS BY PRICEWATERHOUSE COOPERS LLP*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher |

| | | Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
|---|---|---|
| 03/16/2009 | 299 | MEMORANDUM OF LAW in Opposition re: (199 in 1:08–cv–03086–GEL) MOTION to Dismiss. */PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO GRANT THORNTON LLPS AND MARK RAMLERS MOTION TO DISMISS THE AMENDED COMPLAINT.* Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/16/2009) |
| 03/19/2009 | 300 | AFFIDAVIT OF SERVICE of SUMMONS AND AMENDED COMPLAINT IN CIVIL ACTIONS 08–CV–3065 AND 08–CV–3086 served on THOMAS HACKL, ACIES ASSET MANAGEMENT, SA on FEBRUARY 23, 2009. Service was accepted by THOMAS HACKL, REPRESENTATIVE OF ACIES ASSET MANAGEMENT, SA. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 03/19/2009) |
| 03/25/2009 | 301 | NOTICE OF APPEARANCE by Rex Lee on behalf of Marc S. Kirschner (Lee, Rex) (Entered: 03/25/2009) |
| 03/25/2009 | 302 | NOTICE OF APPEARANCE by Nicholas John Calamari on behalf of Marc S. Kirschner (Calamari, Nicholas) (Entered: 03/25/2009) |
| 03/25/2009 | 303 | NOTICE OF APPEARANCE by Sarah Leslie Rubin on behalf of Marc S. Kirschner (Rubin, Sarah) (Entered: 03/25/2009) |
| 03/25/2009 | 304 | STIPULATION AND ORDER that, at the request of Plaintiffs Kenneth M. Krys, et al. ("Plaintiffs"), and with the consent of Defendants Brian Owens and Mark Kavanagh (collectively, "Defendants"), by their undersigned counsel, the deadline for Plaintiffs to file and serve an opposition to the Motion to Dismiss filed by the Defendants in this action shall be extended to and including March 27, 2009; and IT IS FURTHER STIPULATED AND AGREED that, at the request of the Defendants, and with the consent of the Plaintiffs, the deadline for Defendants to file and serve reply papers, if any, shall be extended to and including May 15,2009. ( Replies due by 5/15/2009.) (Signed by Judge Gerard E. Lynch on 3/24/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 03/26/2009) |
| 03/25/2009 | 305 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties to this proceeding, that the time for Defendant Thomas Hackl to answer, or otherwise move, with respect to Plaintiffs' Amended Complaint is and hereby shall be adjourned through and including May 8, 2009, with Defendant reserving all defenses. This Stipulation may be executed by facsimile and a copy bearing original and/or facsimile signatures of all counsel shall be treated and deemed for all purposes as an original hereof. (Signed by Judge Gerard E. Lynch on 3/25/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 03/26/2009) |
| 03/30/2009 | 306 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of Plaintiffs, and with the consent of Richard Butt, by undersigned counsel, Plaintiffs' deadline for filing and serving an opposition to the Motion to Dismiss filed by Richard Butt shall be extended from March 30, 2009 to and including April 2, 2009. IT IS FURTHER STIPULATED AND AGREED that the deadline for Richard Butt to file and serve reply papers to Plaintiffs' opposition shall be extended from May 1, 2009 to and including May 4, 2009. Relates to 07md1902, 08–8267. (Signed by Judge Gerard E. Lynch on 3/30/09) (rjm) (Entered: 03/31/2009) |
| 04/01/2009 | 307 | MEMORANDUM OF LAW in Opposition re: (244 in 1:08–cv–03086–GEL, 240 in 1:07–md–01902–GEL, 197 in 1:08–cv–03065–GEL) MOTION to Dismiss.. |

| | | Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Christopher Stride, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 04/01/2009) |
|---|---|---|
| 04/03/2009 | 308 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (Letter and Stipulation and Proposed Order) – PROPOSED MOTION for Extension of Time *Stipulation and Proposed Order*. Document filed by Index Recovery Co., L.P., The Trustees of the Masonic Hall and Asylum Fund.(Tsan, Clifford) Modified on 4/6/2009 (jar). (Entered: 04/03/2009) |
| 04/03/2009 | 309 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (Letter and Stipulation and Proposed Order) – PROPOSED MOTION Stipulation and Proposed Order *to become parties to the deposition protocol and confidentiality orders*. Document filed by Index Recovery Co., L.P., The Trustees of the Masonic Hall and Asylum Fund.(Tsan, Clifford) Modified on 4/6/2009 (jar). (Entered: 04/03/2009) |
| 04/03/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 308 HAS BEEN REJECTED. Note to Attorney Clifford Tsan : (1) THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (2) Note to Attorney Clifford Tsan to E–MAIL Document No. 308 Stipulation and Proposed Order to judgments@nysd.uscourts.gov. This document is not filed via ECF. (jar) (Entered: 04/06/2009) |
| 04/03/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 309 HAS BEEN REJECTED. Note to Attorney Clifford Tsan : (1) THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (2) Note to Attorney Clifford Tsan to E–MAIL Document No. 309 Stipulation and Proposed Order to judgments@nysd.uscourts.gov. This document is not filed via ECF. (jar) (Entered: 04/06/2009) |
| 04/06/2009 | 310 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (Stipulation and Proposed Order) – MOTION To be made parties to the deposition protocol and confidentiality orders of the Court *with Stipulation and Order*. Document filed by Index Recovery Co., L.P., The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(Tsan, Clifford) Modified on 4/6/2009 (jar). (Entered: 04/06/2009) |
| 04/06/2009 | 311 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (Stipulation and Proposed Order) – MOTION for Extension of Time *with Stipulation and Order*. Document filed by Index Recovery Co., L.P., The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund.Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(Tsan, Clifford) Modified on 4/6/2009 (jar). (Entered: 04/06/2009) |
| 04/06/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Clifford Tsan to E–MAIL 310 Stipulation and Proposed Order to judgments@nysd.uscourts.gov. This document is not filed via ECF. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(jar) (Entered: 04/06/2009) |
| 04/06/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Clifford Tsan to E–MAIL Document No. (311) Stipulation and Proposed Order to judgments@nysd.uscourts.gov. This document is not filed via ECF. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(jar) (Entered: 04/06/2009) |

| 04/06/2009 | 312 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that Butt withdraws the existing memorandum of law in support of the Motion as filed on December 9, 2008; IT IS FURTHER STIPULATED AND AGREED that Butt shall renew his Motion in response to Plaintiffs' Amended Complaint with a revised memorandum of law by May 4, 2009; IT IS FURTHER STIPULATED AND AGREED that Plaintiff:, shall file and serve their opposition to the Motion by May 18, 2009; and IT IS FURTHER STIPULATED AND AGREED that Butt shall file and serve his reply to Plaintiffs' opposition by June 2, 2009. Endorsement: "As a consequence of the withdrawal of defendants memorandum of law, the motion to dismiss (doc. no. 11) is deemed withdrawn, without prejudice to its renewal by filing a revised memorandum of law by 5/4/09. The Clerk is respectfully directed to close out the present motion for statistical purposes." Relates to 07md1902, 08–8267. (Motions due by 5/4/2009., Replies due by 6/2/2009., Responses due by 5/18/2009) (Signed by Judge Gerard E. Lynch on 4/6/09) (rjm) (Entered: 04/07/2009) |
| --- | --- | --- |
| 04/07/2009 | 313 | STIPULATION AND PROPOSED ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the Trustees, Index Fund, and PwC, through their attorneys as follows: 1. PwC's time to answer the Complaint in the Masonic Hall Action shall be extended to and including June 2, 2009; and 2. PwC's time to answer, move against, or otherwise respond to the Complaint in the Index Recovery Action shall be extended to and including June 2, 2009; 3. If PwC files a motion to dismiss the Index Recovery Action, Index Fund shall serve opposition papers no later than July 17, 2009; and 4. PwC shall then serve reply papers in the Index Recovery Action no later than August 12, 2009. (Signed by Judge Gerard E. Lynch on 4/6/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(rjm) (Entered: 04/07/2009) |
| 04/07/2009 | 314 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the undersigned parties, who or which are parties to the Action or other actions that are part of the Refco MDL, through their attorneys as follows: 1. Without prejudice to this reservation of rights and subject to any subsequent order of the Court, Plaintiffs hereby agree to be parties to the Deposition Protocol for purposes of the Action and are permitted all rights provided thereunder, it being expressly understood that, by entering into this Stipulation, Plaintiffs do not waive, and expressly reserve, the right to seek relief from the terms of the Deposition Protocol, including without limitation, an application for relief in the event that Plaintiffs believe that the deposition process under the Deposition Protocol has not provided full and adequate deposition discovery to Plaintiffs relating to the matters raised in Plaintiffs' complaints herein, or in any amended versions thereof, and/or any defenses thereto. 2. Without prejudice to this reservation of rights, and subject to any subsequent order of the Court, Plaintiffs hereby agree to be parties to the Confidentiality Order and are permitted all rights provided thereunder. 3. The Actions are deemed "Related Actions" for purposes of the Confidentiality Order. 4. As parties to the Confidentiality Order, Plaintiffs shall be entitled to receive from each producing party all materials produced, or previously produced, by which party in any action subject to the Deposition Protocol. 5. Plaintiffs reserve the right to seek modification of the restrictions on disclosure included in the Confidentiality Order at paragraph 10, as provided for in paragraph 32 of the Confidentiality Order, to the extent that such materials obtained by Plaintiffs are necessary or useful in related matters or litigations. 6. Nothing contained herein shall waive or act to limit any of Plaintiffs' or any other party's rights under the Deposition Protocol and Confidentiality Order, all of which are expressly reserved, including any other party's rights to oppose any relief sought by Plaintiffs pursuant to paragraphs 1 and 5 of this Stipulation and Order. (Signed by Judge Gerard E. Lynch on 4/6/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(rjm) (Entered: 04/07/2009) |
| 04/09/2009 | 315 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of plaintiffs Kenneth M. Krys., et al. ("plaintiffs"), and with the consent of defendants Brian Owens and Mark Kavanagh by their undersigned counsel, the deadline for Plaintiffs to file and serve an opposition to the Motion to Dismiss filed by Owens and Kavanagh in this action shall be extended to and including April 1, 2009. In accordance With the previous stipulation executed by |

| | | |
|---|---|---|
| | | the parties on March 23, 2009, the deadline for Owens and Kavanagh to file and serve reply papers to Plaintiffs' opposition shall be May 15, 2009. Relates to 07md1902, 08–3065, 08–3086. Set Deadlines/Hearing as to 240 MOTION to Dismiss *Plaintiffs' Amended Complaint*. :( Replies due by 5/15/2009.) (Signed by Judge Gerard E. Lynch on 4/8/09) (rjm) (Entered: 04/09/2009) |
| 04/14/2009 | 316 | MEMO ENDORSED granting (574) Motion to Withdraw as Attorney. Attorney Blake Tyler Hannafan terminated in case 1:05–cv–08626–GEL. ENDORSEMENT: SO ORDERED (Signed by Judge Gerard E. Lynch on 4/13/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:05–cv–08626–GEL, 1:05–cv–09608–GEL, 1:06–cv–00643–GEL, 1:07–cv–11604–GEL(jmi) (Entered: 04/14/2009) |
| 04/14/2009 | 317 | STIPULATION AND ORDER, that Grant's acknowledges proper service of the Summons, Amended Complaint and all other pleadings filed by Plaintiffs in the above–captioned actions as of this date, without waiving any defense available to Grant except as to the sufficiency of service of process; and IT IS FURTHER STIPULATED AND AGREED that Grant's time to reply to Plaintiffs' opposition to his motion to dismiss shall be extended to and inc1uding May 1,2009. SO ORDERED. ( Responses due by 5/1/2009) (Signed by Judge Gerard E. Lynch on 4/13/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/14/2009) |
| 04/14/2009 | 318 | STIPULATION AND ORDER, With the consent of Plaintiffs and at the request of Defendants Mayer Brown LLP, Edward S. Best, Joseph P. Collins, Paul Kowy, Grant Thornton LLP, Mark Ramler, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC, Bane of America Securities LLC, PricewaterhouseCoopers LLP, Mari Ferris, Thomas H. Lee Partners, Thomas H. Lee Advisors LLC, THL Managers V LLC, Thomas H. Lee Equity Fund V LP, THL Equity Advisors V LP, Thomas H. Lee Parallel Fund V LP, Thomas H. Lee Equity (Cayman) Fund LP, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V.Harkins, Scott L. Jaeckel, Scott A. Schoen, Dennis A. Klejna, Ingram Micro, Inc., and CIM Ventures, Inc. (collectively, the "Requesting Defendants"), by their undersigned counsel, the deadline for the Requesting Defendants to file and serve reply papers in support of their Motions to Dismiss shall be extended from April 15, 2009 up to and including May 1,2009. There have been no previous requests for an extension of the Requesting Defendants' time to submit their reply papers. SO ORDERED. ( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 4/13/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/14/2009) |
| 04/15/2009 | 319 | NOTICE of KPMG LLP's Withdrawal from the Stipulation and [Proposed] Order, Executed April 13, 2009, Regarding Extension of the Fact Discovery Deadline. Document filed by KPMG LLP. Filed In Associated Cases: 1:07–md–01902–GEL et al.(Burke, Kevin) (Entered: 04/15/2009) |
| 04/15/2009 | 320 | REPLY to Response to Motion re: (185 in 1:08–cv–03086–GEL) MOTION to Dismiss. – *Defendant Christopher Petitt's Reply In Support Of His Motion To Dismiss* –. Document filed by Christopher Pettit. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Thompson, Tomas) (Entered: 04/15/2009) |
| 04/15/2009 | 321 | STIPULATION AND ORDER With the consent of Plaintiffs and at the request of Defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management LLC, Derivative Portfolio Management Ltd" DPM–Mellon, LLC, DPM–Mellon, Ltd., and the Bank of New York Mellon Corporation (collectively, the "Requesting Defendants"), by their undersigned counsel, the deadline for the Requesting Defendants to file and serve reply papers in support of their Motions to Dismiss shall be extended from April 15,2009 up to and including May 1,2009. There have been no previous requests for an extension ofthe Requesting Defendants' time to submit their reply papers.( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 4/15/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(jmi) (Entered: 04/16/2009) |

| 04/16/2009 | 322 | STIPULATION AND ORDER that, at the request of defendants Coast Asset Management, LLC And CS Land Management LLC ("Defendants"), and with the consent of Plaintiffs, by their undersigned counsel, Defendants' time to reply to the Plaintiffs' Opposition to Defendants' Motion to Dismiss in this action shall be extended to and including May 1,2009. SO ORDERED( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 4/15/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/16/2009) |
|---|---|---|
| 04/16/2009 | 323 | STIPULATION AND ORDER With the consent of Plaintiffs and at the request of Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan, (collectively, the "EMF Parties"), by their undersigned counsel, the deadline for the EMF Parties to file and serve reply papers in support of their Motion to Dismiss shall be extended from April 15, 2009 up to and including May 1, 2009. There have no previous requests for an extension of the EMV Parties' time to submit their reply papers. SO ORDERED ( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 4/16/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/17/2009) |
| 04/16/2009 | 324 | STIPULATION AND ORDER With the consent of Plaintiffs and at the request of Defendants William T. Pigott and Liberty Corner Capital Strategies, LLC, (collectively, the "Liberty Corner Defendants"), by their undersigned counsel, the deadline for the Liberty Corner Defendants to file and serve reply papers in support of their Motion to Dismiss shall be extended from April 15, 2009 up to and including May 1, 2009. There have no previous requests for an extension of the Liberty Comer Defendants' time to submit their reply papers. SO ORDERED( Replies due by 5/1/2009.) (Signed by Judge Gerard E. Lynch on 4/16/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/17/2009) |
| 04/17/2009 | 325 | ACKNOWLEDGMENT OF SERVICE of SUMMONS &AMENDED COMPLAINT served on CHRISTOPHER PETIT on APRIL 8, 2009. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 04/17/2009) |
| 04/21/2009 | 326 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, WITH prejudice against the defendant(s) Ernst &Young LLP, Ernst &Young U.S. LLP. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Molton, David) (Entered: 04/21/2009) |
| 04/23/2009 | 327 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed without prejudice against the defendant(s) Ernst &Young LLP, Ernst &Young U.S. LLP. (Signed by Judge Gerard E. Lynch on 4/22/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 04/23/2009) |
| 04/28/2009 | 328 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties with respect to the Refco Actions, that: Subject to the remaining terms of this Stipulation and Order the witnesses identified on Exhibits A and B comprise all of the witnesses from whom some or all of the parties to the Refco Actions believe that they may seek deposition testimony and all of the witnesses that some or all of the parties in the Refco Actions reasonably can identify as potentially necessary deponents in the Refco Actions and as further set forth herein. The depositions of formerly–employed Non–Embargoed Party Witnesses shall be taken on or before October 30, 2009. The parties will work in good faith to schedule deposition dates for any witnesses set forth on Exhibit A who are not addressed in paragraph 2 and |

| | | |
|---|---|---|
| | | who any party wishes to depose. The deadline for the depositions of such witnesses is November 20, 2009. This extension of the deposition deadline is without prejudice to the right of any party to seek or oppose any further extension of the deposition deadline in the Refco Actions. Nothing herein shall affect (i) the stipulations ordered by the Court on February 18, 2009, and February 27, 2009 providing for a limited extension of the deadline for deposition discovery in the SPhinX/PlusFunds Actions or (ii) the rights of the parties to the SPhinX/PlusFunds Actions to participate fully in, and use, the results of the deposition discovery at issue in this Stipulation and Order. ENDORSEMENT: The Court having carefully considered the above stipulation and the various submissions of parties in support of, and in opposition to, the requested extension of the discovery deadline, it is hereby ordered that: The stipulation and order set forth above is approved; The parties shall meet and confer prior to 8/30/09, and shall provide the Court on or before 9/4/09, with a deposition schedule and progress report specifically stating which witnesses identified in Exhibits A and B have been deposed, which have been decided not to be deposed, and which remain to be deposed, along with a deposition schedule setting dates for the completion of depositions by 11/20/09, and a statement addressing any reasons, including this continued "embargo" of any witnesses, why any party anticipates any difficulty complying with the November 20 deadline; Further extensions will not be granted absent extraordinary justification. Relates to Member cases listed and also 07–8663, 07–9420. ( Deposition due by 11/20/2009.) (Signed by Judge Gerard E. Lynch on 4/28/09) Filed In Associated Cases: 1:07–md–01902–GEL et al.(rjm) (Entered: 04/29/2009) |
| 04/30/2009 | 329 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that: 1. Defendants shall be permitted to file an Omnibus Reply Brief up to and including thirty (30) pages in length in support of their motions to dismiss. 2. In addition to the Omnibus Reply Brief, each of the following groups of defendants shall be permitted to file a separate reply briefing to and including twenty–five (25) pages in length: a. The Bank Defendants (JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC, and Banc of America Securities LLC). b. The Grant Thornton Defendants (Grant Thornton LLP and Mark Ramler). c. The Ingram Micro/CIM Ventures Defendants (Ingram Micro, Inc. and CIM Ventures, Inc.). d. The Mayer Brown Defendants (Mayer Brown LLP, Edward S. Best, Joseph P. Collins, and Paul Koury). e. The PwC Defendants (PricewaterhouseCoopers LLP and Mari Ferris). f. The THL Defendants (Thomas H. Lee Partners LP, Thomas H. Lee Advisors LLC, THL Managers V LLC, Thomas H. Lee Equity Fund V LP, THL Equity Advisors V LP, Thomas H. Lee Parallel Fund V LP, Thomas H. Lee Equity (Cayman) Fund V LP, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen). g. Defendant Dennis J. Klejna. (Signed by Judge Gerard E. Lynch on 4/28/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 04/30/2009) |
| 04/30/2009 | 330 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties to this proceeding, that the time for Defendant Thomas Hackl to answer, or otherwise move, with respect to Plaintiffs' Amended Complaint is and hereby shall be adjourned through and including June 15, 2009, with Defendant reserving all defenses. This Stipulation may be executed by facsimile and a copy bearing original and/or facsimile signatures of all counsel shall be treated and deemed for all purposes as an original hereof. (Signed by Judge Gerard E. Lynch on 4/30/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 05/01/2009) |
| 04/30/2009 | 331 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that Grant's time to reply to Plaintiffs' opposition to his motion to dismiss shall be extended to and including May 8, 2009. This is Grant's second request for an extension of time to reply to Plaintiffs' opposition to his motion to dismiss. The first request was granted on April 13, 2009. Set Deadlines/Hearing as to (199 in 1:07–md–01902–GEL, 161 in 1:08–cv–03065–GEL) MOTION to Dismiss., (192 in 1:08–cv–03086–GEL) MOTION to Dismiss. :( Replies due by 5/8/2009.) (Signed by Judge Gerard E. Lynch on 4/30/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) |

| | | |
|---|---|---|
| | | (Entered: 05/01/2009) |
| 05/01/2009 | 332 | REPLY MEMORANDUM OF LAW in Support re: (164 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc..* Document filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Rooney, Ian) (Entered: 05/01/2009) |
| 05/01/2009 | 333 | REPLY MEMORANDUM OF LAW in Support re: (169 in 1:08–cv–03086–GEL) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint..* Document filed by Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co., Bank of America Securities LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
| 05/01/2009 | 334 | DECLARATION of Jeremy S. Winer in Support re: (193 in 1:07–md–01902–GEL) MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint..* Document filed by Banc of America Securities LLC, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC. (Attachments: #_1 Exhibit P (Part 1 of 3), #_2 Exhibit P (Part 2 of 3), #_3 Exhibit P (Part 3 of 3))Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
| 05/01/2009 | 335 | CERTIFICATE OF SERVICE. Document filed by JPMorgan Chase &Co., Banc of America Securities LLC, Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
| 05/01/2009 | 336 | REPLY MEMORANDUM OF LAW in Support re: (34 in 1:08–cv–07416–GEL) MOTION to Dismiss. *the Amended Complaint.* Document filed by Robert Aaron. (Attachments: #_1 Appendix Part 1, #_2 Appendix Part 2, #_3 Appendix Part 3, #_4 Appendix Part 4, #_5 Appendix Part 5)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 05/01/2009) |
| 05/01/2009 | 337 | DECLARATION of Elliott Z. Stein in Support re: (34 in 1:08–cv–07416–GEL) MOTION to Dismiss.. Document filed by Robert Aaron. (Attachments: #_1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 05/01/2009) |
| 05/01/2009 | 338 | REPLY MEMORANDUM OF LAW in Support re: (169 in 1:08–cv–03086–GEL) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint.*, (203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss., (164 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc.*, (203 in 1:08–cv–03086–GEL) MOTION to Dismiss., (199 in 1:08–cv–03086–GEL) MOTION to Dismiss. */Omnibus Reply in Futher Support of the Undersigned Moving Defendants' Respective Motions to Dismiss.* Document filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Bank of America Securities LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
| 05/01/2009 | 339 | CERTIFICATE OF SERVICE. Document filed by Robert Aaron. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 05/01/2009) |
| 05/01/2009 | 340 | DECLARATION of Philip D. Anker in Support re: (164 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc.*, (169 in 1:08–cv–03086–GEL) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint.*, (196 in 1:08–cv–03086–GEL) MOTION to Dismiss., (203 in 1:08–cv–03086–GEL) MOTION to Dismiss., (199 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Bank of America Securities LLC. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F (Part 1 of 3), #_7 Exhibit F (Part 2 of 3), #_8 Exhibit F (Part |

| | | 3 of 3), #_9_ Exhibit G, #_10_ Exhibit H, #_11_ Exhibit I (Part 1 of 3), #_12_ Exhibit I (Part 2 of 3), #_13_ Exhibit I (Part 3 of 3), #_14_ Exhibit J)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
|---|---|---|
| 05/01/2009 | 341 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Anker, Philip) (Entered: 05/01/2009) |
| 05/01/2009 | 342 | REPLY MEMORANDUM OF LAW in Support re: (228 in 1:07–md–01902–GEL, 185 in 1:08–cv–03065–GEL, 224 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by EMF Financial Produccts, Delta Flyer Fund, LLC, Eric M. Flanagan, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rendon, Veronica) (Entered: 05/01/2009) |
| 05/01/2009 | 343 | DECLARATION of James J. Capra, Jr. in Support re: (167 in 1:08–cv–03065–GEL, 203 in 1:07–md–01902–GEL, 196 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP, Pricewaterhousecoopers L.L.P.. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Capra, James) (Entered: 05/01/2009) |
| 05/01/2009 | 344 | REPLY MEMORANDUM OF LAW in Support re: (199 in 1:08–cv–03086–GEL) MOTION to Dismiss.. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Mollon, David) (Entered: 05/01/2009) |
| 05/01/2009 | 345 | REPLY MEMORANDUM OF LAW in Support re: (207 in 1:08–cv–03086–GEL, 175 in 1:08–cv–03065–GEL, 214 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Thomas H. Lee Equity Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee, David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1_ Affidavit of Service)Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Rosen, Richard) (Entered: 05/01/2009) |
| 05/01/2009 | 349 | ENDORSED LETTER addressed to Judge Gerard E. Lynch from Donald A. Corbett dated 4/29/09 re: request permission under Your Honor's Rule 2.D to file a reply brief longer than ten (10) pages. Specifically, we request that Your Honor allow Mr. Aaron to file a reply brief as long as twelve (12) pages in further support of his Motion to Dismiss the above action. ENDORSEMENT: So Ordered. (Signed by Judge Gerard E. Lynch on 4/30/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(rjm) (Entered: 05/05/2009) |
| 05/04/2009 | 346 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Support of Grant Thornton LLP's and Mark Ramler's Motion to Dismiss served on all Counsel of Record on May 1, 2009. Document filed by Mark Ramler, Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03086–GEL(Koo, Calvin) (Entered: 05/04/2009) |
| 05/04/2009 | 347 | SEALED DOCUMENT placed in vault.(rt) (Entered: 05/04/2009) |
| 05/04/2009 | 348 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendant Dennis A. Klejna ("Defendant"), and with the consent of Plaintiffs, by their undersigned counsel, Defendant's time to file and serve his Reply Memorandum in Further Support of his Motion to Dismiss Counts XIV and XVI of the Amended Complaint in this action shall be extended to and including May 4, 2009. Set Deadlines/Hearing as to (182 in 1:08–cv–03065–GEL) MOTION to Dismiss *Counts XIV and XVI Of The Amended Complaint.*, (220 in 1:08–cv–03086–GEL) MOTION to Dismiss *Counts XIV and XVI of The Amended* |

| | | |
|---|---|---|
| | | *Complaint.*( Replies due by 5/4/2009.) (Signed by Judge Gerard E. Lynch on 5/4/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(rjm) (Entered: 05/04/2009) |
| 05/08/2009 | 350 | REPLY MEMORANDUM OF LAW in Support re: (192 in 1:08−cv−03086−GEL) MOTION to Dismiss., (161 in 1:08−cv−03065−GEL, 199 in 1:07−md−01902−GEL) MOTION to Dismiss.. Document filed by Tone Grant, Tone N. Grant. Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(Neish, Laura) (Entered: 05/08/2009) |
| 05/14/2009 | 351 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Mark Kavanagh and Brian Owens, and with the consent of plaintiffs Kenneth M. Krys, etal. (Plaintiffs) by their undersigned counsel, the deadline for Kavanagh and Owens to file and serve a joint reply memorandum of law in further support of their motion to dismiss the Amended Complaint shall be extended to and including May 22, 2009. IT IS FURTHER STIPULATED AND AGREED that, Kavanagh and Owens shall be permitted to file a joint reply memorandum of law of up to twenty−five (25) pages. Set Deadlines/Hearing as to (240 in 1:07−md−01902−GEL, 197 in 1:08−cv−03065−GEL, 244 in 1:08−cv−03086−GEL) MOTION to Dismiss *Plaintiffs' Amended Complaint.* (Replies due by 5/22/2009.) (Signed by Judge Gerard E. Lynch on 5/14/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(rjm) (Entered: 05/14/2009) |
| 05/22/2009 | 352 | REPLY MEMORANDUM OF LAW in Support re: (244 in 1:08−cv−03086−GEL, 240 in 1:07−md−01902−GEL, 197 in 1:08−cv−03065−GEL) MOTION to Dismiss.. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(Kerstein, David) (Entered: 05/22/2009) |
| 05/22/2009 | 353 | DECLARATION of Kenneth Juan Figueroa in Support re: (244 in 1:08−cv−03086−GEL, 240 in 1:07−md−01902−GEL, 197 in 1:08−cv−03065−GEL) MOTION to Dismiss.. Document filed by Mark Kavanagh, Brian Owens. (Attachments: #1 Exhibit 1, #2 Exhibit 2)Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(Kerstein, David) (Entered: 05/22/2009) |
| 05/26/2009 | 354 | STIPULATION AND ORDER by and between the attorneys for the undersigned parties to this action as follows: The time for Credit Suisse to respond to the complaint is extended through and including June 8, 2009; Credit Suisse expressly reserve its right to assert any and all defenses in the above captioned action; This Stipulation may be executed by facsimile or pdf form, and signatures in such form shall be deemed originals for purposes of entering and enforcing this Stipulation. SO ORDERED. (Signed by Judge Gerard E. Lynch on 5/26/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02885−GEL(jmi) (Entered: 05/27/2009) |
| 05/26/2009 | 355 | STIPULATION AND ORDER by and between the attorneys for the undersigned parties to this action as follows: The time for Lab Morgan to respond to the complaint is extended through and including June 8, 2009; Lab Morgan expressly reserve its right to assert any and all defenses in the above captioned action; This Stipulation may be executed by facsimile or pdf form, and signatures in such form shall be deemed originals for purposes of entering and enforcing this Stipulation. SO ORDERED. (Signed by Judge Gerard E. Lynch on 5/26/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02920−GEL(jmi) (Entered: 05/27/2009) |
| 05/26/2009 | 356 | STIPULATION AND ORDER by and between the attorneys for the undersigned parties to this action as follows: The time for Merrill Lynch to respond to the complaint is extended through and including June 8, 2009; Merrill Lynch expressly reserve its right to assert any and all defenses in the above captioned action; This Stipulation may be executed by facsimile or pdf form, and signatures in such form shall be deemed originals for purposes of entering and enforcing this Stipulation. SO ORDERED. (Signed by Judge Gerard E. Lynch on 5/26/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02922−GEL(jmi) (Entered: 05/27/2009) |

| 05/28/2009 | 357 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goetting, Address: Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York, USA 10019, 212–407–7781. Document filed by David A. Donnuni. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02890–GEL(Goettig, Michael) (Entered: 05/28/2009) |
|---|---|---|
| 05/28/2009 | 358 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goetting, Address: Vedder price, P.C., 1633 Broadway, 47th Floor, New York, New York, USA 10019, 212–407–7781. Document filed by William Kessinger. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02948–GEL(Goettig, Michael) (Entered: 05/28/2009) |
| 05/28/2009 | 359 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goettig, Address: Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, New York, USA 10019, 212–407–7781. Document filed by Vincent J. Hemmer. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02946–GEL(Goettig, Michael) (Entered: 05/28/2009) |
| 05/28/2009 | 360 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goettig, Address: Vedder Price P.C., 1633 Braodway, 47th Floor, New York, New York, USA 10019, 212–407–7781. Document filed by Donald J. Edwards. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02898–GEL(Goettig, Michael) (Entered: 05/28/2009) |
| 05/28/2009 | 361 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goettig, Address: Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, New York, USA 10019, 212–407–7781. Document filed by Philip A. Canfield. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02926–GEL(Goettig, Michael) (Entered: 05/28/2009) |
| 05/28/2009 | 362 | NOTICE of Substitution of Attorney. Old Attorney: Laura B. Kadetsky, New Attorney: Michael J. Goettig, Address: Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York, USA 10019, (212) 407–7781. Document filed by Edgar D. Jannotta, Jr. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02894–GEL(Goettig, Michael) (Entered: 05/28/2009) |
| 05/29/2009 | 363 | STIPULATION AND ORDER AGREED, by and between the Trustees, Index Fund, and PwC, through their attorneys as follows: PwC's time to answer the Complaint in the Masonic Hall Action, shall be extended to and including July 17, 2009; and PwC's time to answer, move against, or otherwise respond to the Complaint in the Index Recovery Action shall be extended to and including July 17,2009; If PwC files a motion to dismiss the Index Recovery Action Index Fund shall serve opposition papers no later than August 14, 2009; PwC shall then serve reply papers in the Index Recovery Action no later than August 28, 2009. SO ORDERED. (Signed by Judge Gerard E. Lynch on 5/28/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL, 1:08–cv–10495–GEL(jmi) Modified on 6/2/2009 (jmi). (Entered: 06/01/2009) |
| 05/29/2009 | 367 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above–named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02890–GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 364 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above–named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02894–GEL(jmi) (Entered: 06/01/2009) |
| 06/01/2009 | 365 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above–named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) Filed In Associated Cases: 1:07–md–01902–GEL, |

| | | |
|---|---|---|
| | | 1:09−cv−02898−GEL(jmi) (Entered: 06/01/2009) |
| 06/01/2009 | 366 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above−named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) (jmi) (Entered: 06/01/2009) |
| 06/01/2009 | 368 | NOTICE OF SUBSTITUTION OF COUNSEL that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant David Donnini in the above−captioned matter. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/1/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02890−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 369 | NOTICE OF SUBSTITUTION OF COUNSEL that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant Donald J. Edwards in the above−captioned matter. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/1/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02898−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 370 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above−named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02926−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 371 | NOTICE OF SUBSTITUTION OF COUNSEL that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant Philip A. Canfield in the above−captioned matter. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/1/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02926−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 372 | SECOND STIPULATION EXTENDING TIME TO RESPOND by and between the undersigned counsel for the above−named parties, that the Defendant's time to answer, move or otherwise respond to Plaintiffs Complaint be extended up to and including June 8, 2009. SO ORDERED (Signed by Judge Gerard E. Lynch on 5/29/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02949−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 373 | NOTICE OF SUBSTITUTION OF COUNSEL that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant Vincent J. Hemmer in the above−captioned matter. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/1/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02946−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 374 | NOTICE OF SUBSTITUTION OF COUNSEL that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant William Kessinger in the above−captioned matter. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/1/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02949−GEL(jmi) (Entered: 06/02/2009) |
| 06/01/2009 | 376 | NOTICE OF SUBSTITUTION OF COUNSEL. PLEASE TAKE NOTICE that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant Edgar D. Jannotta, Jr. in the above−captioned matter. (Signed by Judge Gerard E. |

| | | |
|---|---|---|
| | | Lynch on 6/1/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02894−GEL(rjm) (Entered: 06/03/2009) |
| 06/01/2009 | 410 | NOTICE OF SUBSTITUTION OF COUNSEL. PLEASE TAKE NOTICE that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant William Kessinger in the above−captioned matter. (Signed by Judge Gerard E. Lynch on 6/1/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02948−GEL(rjm) (Entered: 06/15/2009) |
| 06/01/2009 | 411 | NOTICE OF SUBSTITUTION OF COUNSEL. PLEASE TAKE NOTICE that Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, is hereby substituted in place of Kirkland &Ellis LLP, 153 East 53rd Street, New York, New York 10022−4611 as counsel and attorneys of record for defendant Edgar D. Jannotta, Jr. in the above−captioned matter. (Signed by Judge Gerard E. Lynch on 6/1/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02894−GEL(rjm)(listed incorrect related case no. 09cv2948). Modified on 6/15/2009 (rjm). (Entered: 06/15/2009) |
| 06/02/2009 | 375 | STIPULATION AND ORDER that, at the request of defendants Refco Alternative Investments and Refco Associates, Inc. (collectively, "Defendants) and with the consent of plaintiffs Kenneth M. Krys, et a1. ("Plaintiffs"), Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, from June 1, 2009 to and including June 15, 2009; and IT IS FURTHER STIPULATED AND AGREED that Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/2/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:05−cv−08988−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(jmi) (Entered: 06/02/2009) |
| 06/04/2009 | 378 | MOTION for Thomas P. Cimino, Jr. to Appear Pro Hac Vice. Document filed by Edgar D. Jannotta, Jr, David A. Donnuni, Donald J. Edwards, Vincent J. Hemmer, William Kessinger, Philip A. Canfield. Filed In Associated Cases: 1:07−md−01902−GEL et al. (rjm) (Entered: 06/08/2009) |
| 06/04/2009 | 379 | MOTION for William W. Thorsness, III to Appear Pro Hac Vice. Document filed by Edgar D. Jannotta, Jr, David A. Donnuni, Donald J. Edwards, Vincent J. Hemmer, William Kessinger, Philip A. Canfield. Filed In Associated Cases: 1:07−md−01902−GEL et al. (rjm) (Entered: 06/08/2009) |
| 06/05/2009 | 377 | STIPULATION AND ORDER by and between the attorneys for the undersigned parties to these Actions, as follows: Plaintiff hereby agrees to be a party to the Confidentiality Order and is permitted ball rights provided thereunder; The Actions are deemed "Related Actions" for purposes of the Confidentiality Order; Defendants shall be permitted to file a single brief up to and including fifty (50) pages in support of their motions to dismiss the complaints in the Actions; In connection with their motions to dismiss, and pursuant to Paragraph 20 of the Confidentiality Order, Defendants shall file an unredacted memorandum of law and supporting papers under seal with the Court. Defendants shall serve Plaintiff with unredacted versions of such documents. Defendants shall file redacted versions of such documents with the Court to the extent necessary to ensure compliance with the Confidentiality Order. (Signed by Judge Gerard E. Lynch on 6/4/2009) Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02885−GEL, 1:09−cv−02920−GEL, 1:09−cv−02922−GEL(jmi) (Entered: 06/08/2009) |
| 06/08/2009 | 380 | MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss the Complaint*. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc..Filed In Associated Cases: 1:07−md−01902−GEL, 1:09−cv−02885−GEL, 1:09−cv−02920−GEL, 1:09−cv−02922−GEL(Anker, Philip) (Entered: 06/08/2009) |
| 06/08/2009 | 381 | FILING ERROR − DEFICIENT DOCKET ENTRY − MOTION to Dismiss *Complaint*. Document filed by Joshua Mailman. (Attachments: #1 Affidavit Declaration of Joshu Mailman, #2 Affidavit Declaration of Jeffrey Gross)Filed In |

| | | |
|---|---|---|
| | | Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) Modified on 6/9/2009 (db). (Entered: 06/08/2009) |
| 06/08/2009 | 382 | BRIEF re: (381 in 1:07–md–01902–GEL) MOTION to Dismiss *Complaint*.. Document filed by Joshua Mailman.Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) (Entered: 06/08/2009) |
| 06/08/2009 | 383 | MEMORANDUM OF LAW in Support re: (7 in 1:09–cv–02922–GEL, 7 in 1:09–cv–02885–GEL, 7 in 1:09–cv–02920–GEL, 380 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 06/08/2009) |
| 06/08/2009 | 384 | DECLARATION of ROSS E. FIRSENBAUM in Support re: (7 in 1:09–cv–02922–GEL, 7 in 1:09–cv–02885–GEL, 7 in 1:09–cv–02920–GEL, 380 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 06/08/2009) |
| 06/08/2009 | 385 | DECLARATION of MICHAEL O'CONNOR in Support re: (7 in 1:09–cv–02922–GEL, 7 in 1:09–cv–02885–GEL, 7 in 1:09–cv–02920–GEL, 380 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 06/08/2009) |
| 06/08/2009 | 386 | MOTION to Dismiss. Document filed by David A. Donnuni.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02890–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 387 | MEMORANDUM OF LAW in Support re: (14 in 1:09–cv–02890–GEL) MOTION to Dismiss.. Document filed by David A. Donnuni. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02890–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 388 | DECLARATION of Michael J. Goettig in Support re: (14 in 1:09–cv–02890–GEL) MOTION to Dismiss.. Document filed by David A. Donnuni. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02890–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 389 | MOTION to Dismiss. Document filed by Philip A. Canfield.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02926–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 390 | MEMORANDUM OF LAW in Support re: (12 in 1:09–cv–02926–GEL) MOTION to Dismiss.. Document filed by Philip A. Canfield. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02926–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 391 | DECLARATION of Michael J. Goettig in Support re: (12 in 1:09–cv–02926–GEL) MOTION to Dismiss.. Document filed by Philip A. Canfield. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02926–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 392 | MOTION to Dismiss. Document filed by Vincent J. Hemmer.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02946–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 393 | MEMORANDUM OF LAW in Support re: (11 in 1:09–cv–02946–GEL) MOTION to Dismiss.. Document filed by Vincent J. Hemmer. Filed In Associated |

| | | |
|---|---|---|
| | | Cases: 1:07–md–01902–GEL, 1:09–cv–02946–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 394 | DECLARATION of Michael J. Goettig in Support re: (11 in 1:09–cv–02946–GEL) MOTION to Dismiss.. Document filed by Vincent J. Hemmer. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02946–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 395 | MOTION to Dismiss. Document filed by Edgar D. Jannotta, Jr.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02894–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 396 | MEMORANDUM OF LAW in Support re: (12 in 1:09–cv–02894–GEL) MOTION to Dismiss.. Document filed by Edgar D. Jannotta, Jr. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02894–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 397 | DECLARATION of Michael J. Goettig in Support re: (12 in 1:09–cv–02894–GEL) MOTION to Dismiss.. Document filed by Edgar D. Jannotta, Jr. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02894–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 398 | MOTION to Dismiss. Document filed by William Kessinger.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02948–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 399 | MEMORANDUM OF LAW in Support re: (10 in 1:09–cv–02948–GEL) MOTION to Dismiss.. Document filed by William Kessinger. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02948–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 400 | DECLARATION of Michael J. Goettig in Support re: (10 in 1:09–cv–02948–GEL) MOTION to Dismiss.. Document filed by William Kessinger. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02948–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 401 | MOTION to Dismiss. Document filed by Donald J. Edwards.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02898–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 402 | MEMORANDUM OF LAW in Support re: (13 in 1:09–cv–02898–GEL) MOTION to Dismiss.. Document filed by Donald J. Edwards. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02898–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 403 | DECLARATION of Michael J. Goettig in Support re: (13 in 1:09–cv–02898–GEL) MOTION to Dismiss.. Document filed by Donald J. Edwards. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02898–GEL(Goettig, Michael) (Entered: 06/08/2009) |
| 06/08/2009 | 404 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/09/2009) |
| 06/08/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Jeffrey Eric Gross to RE–FILE Document _381 MOTION to Dismiss *Complaint*. ERROR(S): Supporting Document must be filed separately (i.e. 2 Affidavits in Support of Motion to be filed individually). ***REMINDER*** – First Re–File Motion to Dismiss, then file and link any supporting documents. (db) (Entered: 06/09/2009) |
| 06/09/2009 | 405 | MOTION to Dismiss *Complaint*. Document filed by Joshua Mailman.Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) (Entered: 06/09/2009) |

| 06/09/2009 | 406 | DECLARATION of Joshua Mailman in Support re: (405 in 1:07–md–01902–GEL, 7 in 1:09–cv–02917–GEL) MOTION to Dismiss *Complaint.*. Document filed by Joshua Mailman. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) (Entered: 06/09/2009) |
|---|---|---|
| 06/10/2009 | 407 | MOTION to Dismiss – *Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09–cv–02889–GEL on 06/08/2009.* Document filed by Capgemini U.S. LLC.(Silver, Gerald) (Entered: 06/10/2009) |
| 06/10/2009 | 408 | AFFIDAVIT of Gerald D. Silver in Support re: 407 MOTION to Dismiss – *Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09–cv–02889–GEL on 06/08/2009.*. Document filed by Capgemini U.S. LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Silver, Gerald) (Entered: 06/10/2009) |
| 06/10/2009 | 409 | MEMORANDUM OF LAW in Support re: 407 MOTION to Dismiss – *Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09–cv–02889–GEL on 06/08/2009. Defendant Capgemini U.S. LLC's Memorandum of Law in Support of its Motion to Dismiss and Joinder in Bank Defendants' Motion to Dismiss Plaintiff's Complaint (in Civil Action Nos. 09 Civ. 2885, 09 Civ. 2920 and 09 Civ. 2922 in the MDL Proceeding to the Extent Incorporated by Reference in Defendant's Memorandum of Law).* Document filed by Capgemini U.S. LLC. (Silver, Gerald) (Entered: 06/10/2009) |
| 06/15/2009 | 412 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO DEFENDANTS BECKENHAM TRADING COMPANY, INC. AND ANDREW KRIEGER. Plaintiff Marc Kirschner, as Trustee of the Refco Litigation Trust, by and through his undersigned counsel, hereby dismisses this action without prejudice pursuan1 to Fed. R. Civ. P. 41(a)(2) with respect to Defendants Beckenham Trading Company, Inc. and Andrew Krieger, with each party to bear its own fees and costs... and as further set forth. (Signed by Judge Gerard E. Lynch on 6/15/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 06/15/2009) |
| 06/15/2009 | 413 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. Upon the motion of Michael J. Goettig, counsel for defendant Donald J. Edwards, William Kessinger, David Donnini, Edgar D. Jannotta, Jr., Vincent J. Hemmer and Philip A. Canfield, and said sponsor attorney's affidavit in support thereof, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Thomas P. Cimino, Jr., a shareholder of Vedder, Price P.C. (the address of which is 222 North LaSalle Street, Chicago, IL 60601, the telephone number of which is (312) 609–7500, and the facsimile number of which is (312) 609–5005) as an attorney pro hac vice to argue or try these cases in whole or in part as counselor advocate. IT IS ORDERED that the motion herein is granted, and Thomas P. Cimino, Jr., Esq. ("Counsel") is hereby permitted to argue or try this case in whole or in part as counsel; AND IT IS FURTHER ORDERED that Counsel shall immediately apply for an ECF password at nysd.uscourts.gov; AND IT IS FURTHER ORDERED that Counsel shall forward the pro hac vice fee to the Clerk of Court. granting (378) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (10) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02894–GEL; granting (12) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02890–GEL; granting (10) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02898–GEL; granting (9) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02946–GEL; granting (8) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02948–GEL; granting (10) Motion for Thomas P. Cimino, Jr. to Appear Pro Hac Vice in case 1:09–cv–02926–GEL. (Signed by Judge Gerard E. Lynch on 6/15/09) Filed In Associated Cases: 1:07–md–01902–GEL et al.(rjm) (Entered: 06/16/2009) |
| 06/15/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (413 in 1:07–md–01902–GEL, 17 in 1:09–cv–02898–GEL, 15 in 1:09–cv–02946–GEL, 17 in 1:09–cv–02894–GEL, 16 in 1:09–cv–02926–GEL, 15 in 1:09–cv–02948–GEL, 18 in 1:09–cv–02890–GEL) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney |

| | | |
|---|---|---|
| | | Information. Filed In Associated Cases: 1:07–md–01902–GEL et al.(rjm) (Entered: 06/16/2009) |
| 06/15/2009 | 421 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. IT IS ORDERED that the motion herein is granted, and William W. Thorsness, III, Esq. ("Counsel") is hereby permitted to argue or try this case in whole or in part as counsel; AND IT IS FURTHER ORDERED that Counsel shall immediately apply for an ECF password at nysd.uscourts.gov; AND IT IS FURTHER ORDERED that Counsel shall forward the pro hac vice fee to the Clerk of Court. granting (379) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:07–md–01902–GEL; granting (11) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02894–GEL; granting (13) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02890–GEL; granting (11) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02898–GEL; granting (10) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02946–GEL; granting (9) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02948–GEL; granting (11) Motion for William W. Thorsness, III to Appear Pro Hac Vice in case 1:09–cv–02926–GEL. (Signed by Judge Gerard E. Lynch on 6/15/09) Filed In Associated Cases: 1:07–md–01902–GEL et al.(rjm) (Entered: 06/29/2009) |
| 06/15/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (421 in 1:07–md–01902–GEL, 17 in 1:09–cv–02946–GEL, 20 in 1:09–cv–02890–GEL, 17 in 1:09–cv–02948–GEL, 18 in 1:09–cv–02926–GEL, 19 in 1:09–cv–02898–GEL, 19 in 1:09–cv–02894–GEL) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:07–md–01902–GEL et al.(rjm) (Entered: 06/29/2009) |
| 06/16/2009 | 414 | STIPULATION AND ORDER by and between counsel for the undersigned parties to this proceeding, that the time for Defendant Thomas Hackl to answer, or otherwise move, with respect to Plaintiffs' Amended Complaint is and hereby shall be adjourned through and including July 6, 2009, with Defendant reserving all defenses. SO ORDERED (Signed by Judge Gerard E. Lynch on 6/16/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(jmi) (Entered: 06/17/2009) |
| 06/18/2009 | 415 | STIPULATION AND ORDER; Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, to and including 6/19/09; Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 6/18/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(ae) (Entered: 06/18/2009) |
| 06/19/2009 | 416 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Refco Alternative Investments and Refco Associates, Inc. (collectively, "Defendants") and with the consent of plaintiffs Kenneth M. Krys, et al. ("Plaintiffs"), Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, to and including June 19, 2009; and IT IS FURTHER STIPULATED AND AGREED that Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 6/19/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 06/19/2009) |
| 06/22/2009 | 417 | DECLARATION of Joshua Mailman in Support re: (405 in 1:07–md–01902–GEL, 7 in 1:09–cv–02917–GEL) MOTION to Dismiss *Complaint*.. Document filed by Joshua Mailman. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) (Entered: 06/22/2009) |
| 06/23/2009 | 418 | STIPULATION AND ORDER. Defendants Refco Alternative Investments and Refco Associates' time to answer, move against or otherwise respond to Plaintiffs' Amended Complaint in this action is extended, subject to reasonable requests for |

| | | |
|---|---|---|
| | | further extension, to and including July 8, 2009. Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 6/23/09) Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL(djc) (Entered: 06/23/2009) |
| 06/25/2009 | | CASHIERS OFFICE REMARK on 378 Motion to Appear Pro Hac Vice, 379 Motion to Appear Pro Hac Vice, in the amount of $50.00, paid on 06/05/2009, Receipt Number 690159. (jd) (Entered: 06/25/2009) |
| 06/25/2009 | 419 | NOTICE of Firm Registration as an LLP and Name Change to Davis Polk &Wardwell LLP. Document filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc. Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03086−GEL(Wise, Robert) (Entered: 06/25/2009) |
| 06/25/2009 | 420 | CERTIFICATE OF SERVICE of Notice of Firm Registration as an LLP and Name Change to Davis Polk &Wardwell LLP on 7/25/2009. Service was made by overnight courier. Document filed by CIM Ventures Inc., Ingram Micro, Inc.. Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03086−GEL(Wise, Robert) (Entered: 06/25/2009) |
| 07/02/2009 | 422 | RESPONSE in Opposition re: (169 in 1:08−cv−03086−GEL) MOTION to Dismiss : *The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint.*, (167 in 1:08−cv−03065−GEL, 203 in 1:07−md−01902−GEL, 196 in 1:08−cv−03086−GEL) MOTION to Dismiss., (149 in 1:08−cv−03065−GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.*, (244 in 1:08−cv−03086−GEL, 240 in 1:07−md−01902−GEL, 197 in 1:08−cv−03065−GEL) MOTION to Dismiss., (207 in 1:08−cv−03086−GEL, 175 in 1:08−cv−03065−GEL, 214 in 1:07−md−01902−GEL) MOTION to Dismiss., (187 in 1:07−md−01902−GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.*, (164 in 1:08−cv−03086−GEL) MOTION to Dismiss *Counts Twenty−Three and Twenty−Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc.*, (160 in 1:08−cv−03065−GEL) MOTION to Dismiss., (34 in 1:08−cv−07416−GEL, 206 in 1:07−md−01902−GEL) MOTION to Dismiss., (171 in 1:08−cv−03065−GEL, 210 in 1:07−md−01902−GEL, 203 in 1:08−cv−03086−GEL) MOTION to Dismiss., (192 in 1:08−cv−03086−GEL) MOTION to Dismiss., (173 in 1:08−cv−03086−GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.*, (228 in 1:07−md−01902−GEL, 185 in 1:08−cv−03065−GEL, 224 in 1:08−cv−03086−GEL) MOTION to Dismiss., (183 in 1:08−cv−03086−GEL) MOTION to Dismiss *Counts XXIII and XXIV of the Amended Complaint.*, (161 in 1:08−cv−03065−GEL, 199 in 1:07−md−01902−GEL) MOTION to Dismiss., (48 in 1:08−cv−07416−GEL) MOTION to Dismiss *(correction of Document #33).* MOTION to Dismiss *(correction of Document #33).*, (155 in 1:08−cv−03065−GEL, 192 in 1:07−md−01902−GEL, 185 in 1:08−cv−03086−GEL) MOTION to Dismiss., (193 in 1:07−md−01902−GEL) MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint.*, (220 in 1:08−cv−03086−GEL) MOTION to Dismiss *Counts XIV and XVI of The Amended Complaint.*, (199 in 1:08−cv−03086−GEL) MOTION to Dismiss., (182 in 1:08−cv−03065−GEL) MOTION to Dismiss *Counts XIV and XVI Of The Amended Complaint. /Plaintiffs' Omnibus Surreply Memorandum of Law in Further Opposition to Motions to Dismiss.* Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−GEL, 1:08−cv−03065−GEL, 1:08−cv−03086−GEL, 1:08−cv−07416−GEL(Molton, David) (Entered: 07/02/2009) |
| 07/20/2009 | 423 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, AND ORDERED BY THE COURT, that: Except as and to the extent set forth in Paragraphs 2 and 3 hereof, the Trustee shall not conduct an examination of either Witness during the Credit Suisse July Depositions... and as further set forth regarding the procedures to be followed that shall govern the handling of this stipulation and order. (Signed by Judge Gerard E. Lynch on 7/20/09) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 07/21/2009) |
| 07/20/2009 | 424 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Refco Alternative Investments and Refco Associates, Inc. (collectively, "Defendants") and with the consent of plaintiffs Kenneth M. Krys, el al. ("Plaintiffs"), Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, to and including August 12, 2009; and IT IS FURTHER STIPULATED AND AGREED that Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 7/20/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 07/21/2009) |
| 07/20/2009 | 425 | STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER. IT IS HEREBY STIPULATED AND AGREED, by the Refco Trustee, on the one hand, and Cargill and CIS, on the other, that all requested documents produced by the Refco Trustee to Cargill and CIS will be designated and treated as "Confidential" pursuant to the Amended Stipulation and Agreed Confidentiality Order entered by Judge Gerard E. Lynch on February 8, 2008 in the United States District Court for the Southern District of New York (as supplemented and modified by the Supplemental Order entered July 21, 2008) and as "Confidential Discovery Material" pursuant to the Stipulation and Order for the Production and Exchange of Confidential Information entered by Vice Chancellor Donald F. Parsons, Jr. on January 9, 2009, in the Court of Chancery of the State of Delaware (collectively, the "Confidentiality Orders")... and as further set forth regarding the procedures to be followed that shall govern the handling of this Stipulation of Compliance with Amended Stipulation and agreed Confidentiality Order. (Signed by Judge Gerard E. Lynch on 7/20/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–08165–GEL(rjm) (Entered: 07/21/2009) |
| 07/21/2009 | 426 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between Index Fund and PwC, through their attorneys as follows: PwC's lime to answer, move against, or otherwise respond to the Complaint in this action shall be extended to and including August 31, 2009; If PwC files a motion to dismiss this action, Index Fund shall serve opposition papers no later than September 28, 2009; and PwC shall then serve reply papers in this action no later than October 12, 2009. (Motions due by 8/31/2009.) (Signed by Judge Gerard E. Lynch on 7/20/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL(rjm) (Entered: 07/22/2009) |
| 07/27/2009 | 427 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of Hunton &Williams LLP withdraws as counsel for defendant Santo C. Maggio, and the law firm of White &Case LLP shall appear as counsel for Santo C. Maggio. SO ORDERED (Signed by Judge Gerard E. Lynch on 7/27/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–08165–GEL(jmi) (Entered: 07/28/2009) |
| 07/28/2009 | 428 | NOTICE OF CHANGE OF ADDRESS by Elliott Zvi Stein on behalf of Robert Aaron. New Address: Dickstein Shapiro LLP, 1633 Broadway, New York, NY, USA 10019, 212–277–6500. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–07416–GEL(Stein, Elliott) (Entered: 07/28/2009) |
| 08/04/2009 | 429 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties, AND ORDERED BY THE COURT, that: 1. Except as and to the extent set forth in Paragraph 2 and 3 hereof, the Trustee shall not conduct an examination of the Witness during the Banc of America August Deposition. 2. Tho Trustee reserves the right to examine the Witness at the Banc of America August Deposition to the limited extent that such examination concerns testimony provided by the Witness at the Banc of America August Deposition in response to questioning on cross–examination at such deposition from a defendant regarding the cross–examining defendant. 3. If the Second Circuit reinstates one or more of the Trustees claims against Banc of America, Banc of America agrees that the Trustee may continue the Banc of America August Deposition, subject to the provisions in this Stipulation and Order. |

| | | |
|---|---|---|
| | | 4. Except as expressly provided herein, this Stipulation and Order does not modify the terms of the Deposition Protocol. This Stipulation and Order shall apply only to the Banc of America August Deposition... and as further set forth. (Signed by Judge Gerard E. Lynch on 8/3/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 08/05/2009) |
| 08/12/2009 | <u>430</u> | MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL).* Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership.(Munno, M.) (Entered: 08/12/2009) |
| 08/12/2009 | <u>431</u> | AFFIDAVIT of M. William Munno in Support re: <u>430</u> MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL)..* Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership. (Attachments: #<u>1</u> Exhibit 1 – Part One, #<u>2</u> Exhibit 1 – Part Two, #<u>3</u> Exhibit 2, #<u>4</u> Exhibit 3, #<u>5</u> Exhibit 4)(Munno, M.) (Entered: 08/12/2009) |
| 08/12/2009 | <u>432</u> | AFFIDAVIT of Alfred Barbagallo in Support re: <u>430</u> MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL)..* Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership. (Attachments: #<u>1</u> Exhibit 1)(Munno, M.) (Entered: 08/12/2009) |
| 08/12/2009 | <u>433</u> | AFFIDAVIT of Robert Stasi in Support re: <u>430</u> MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL)..* Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership. (Attachments: #<u>1</u> Exhibit 1)(Munno, M.) (Entered: 08/12/2009) |
| 08/12/2009 | <u>434</u> | MEMORANDUM OF LAW in Support re: <u>430</u> MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL)..* Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership. (Munno, M.) (Entered: 08/12/2009) |
| 08/14/2009 | <u>435</u> | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED that, at the request of defendants Refco Alternative Investments and Refco Associates, Inc. (collectively, "Defendants") and with the consent of plaintiffs Kenneth M. Krys, et al. ("Plaintiffs"), Defendants' time to answer, move against, or otherwise respond to Plaintiffs' Amended Complaint in this action shall be extended, subject to reasonable requests for further extension, to and including September 10, 2009; and IT IS FURTHER STIPULATED AND AGREED that Defendants confirm their respective obligations to provide reasonable discovery as requested by Plaintiffs. (Signed by Judge Gerard E. Lynch on 8/14/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rw) (Entered: 08/17/2009) |
| 08/25/2009 | <u>436</u> | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to these Actions, as follows: 1. Plaintiff shall be permitted to file a single Opposition up to and including fifty (50)pages in length; 2. Defendants shall be permitted to file a single Reply up to including thirty (30) pages in length. (Signed by Judge Gerard E. Lynch on 8/25/2009) Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(rw) (Entered: 08/26/2009) |
| 08/31/2009 | 437 | SEALED DOCUMENT placed in vault.(jri) (Entered: 08/31/2009) |
| 09/02/2009 | <u>438</u> | STIPULATION AND ORDER; PWC's time to answer, move against, or otherwise respond to the Complaint in this action is extended to and including 9/30/09. If PWC files a motion to dismiss this action, Index Fund shall serve opposition papers no later than 10/28/09; PWC shall then serve reply papers in this action no later than 11/12/09. (Signed by Judge Gerard E. Lynch on 9/2/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL(sac) (Entered: 09/02/2009) |
| 09/02/2009 | <u>439</u> | ENDORSED LETTER addressed to Judge Gerald E. Lynch from Silvija A. Strikis dated 8/27/09 re: respectfully requesting that mr. Berger be added as a witness to Exhibit A of the Witness Stipulation.. ENDORSEMENT: So ordered. (Signed by Judge Gerard E. Lynch on 9/2/09) (sac) (Entered: 09/02/2009) |

| 09/02/2009 | 440 | ENDORSED LETTER addressed to Judge Gerald E. Lynch from Sander Bak dated 8/26/09 re: the Trustee requests permission to depose Daniel DiDomenico, an employee of Murray, Devine &Co.. Request permission to conduct the deposition of Philip Bennett. ENDORSEMENT: So ordered. (Signed by Judge Gerard E. Lynch on 9/2/09) (sac) (Entered: 09/02/2009) |
|---|---|---|
| 09/03/2009 | 441 | REPLY MEMORANDUM OF LAW in Support re: (7 in 1:09–cv–02917–GEL) MOTION to Dismiss.. Document filed by Joshua Mailman. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02917–GEL(Gross, Jeffrey) (Entered: 09/03/2009) |
| 09/03/2009 | 442 | REPLY MEMORANDUM OF LAW in Support re: (7 in 1:09–cv–02922–GEL, 7 in 1:09–cv–02885–GEL, 7 in 1:09–cv–02920–GEL, 380 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 09/03/2009) |
| 09/03/2009 | 443 | DECLARATION of PHILIP D. ANKER in Support re: (7 in 1:09–cv–02922–GEL, 7 in 1:09–cv–02885–GEL, 7 in 1:09–cv–02920–GEL, 380 in 1:07–md–01902–GEL) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 09/03/2009) |
| 09/03/2009 | 444 | CERTIFICATE OF SERVICE. Document filed by LAB Morgan Corporation, Credit Suisse First Boston Next Fund, Inc., ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02885–GEL, 1:09–cv–02920–GEL, 1:09–cv–02922–GEL(Anker, Philip) (Entered: 09/03/2009) |
| 09/03/2009 | 445 | REPLY MEMORANDUM OF LAW in Support re: (8 in 1:09–cv–02889–GEL) MOTION to Dismiss − *Defendant's Notice of Motion to Dismiss Complaint*., (407 in 1:07–md–01902–GEL) MOTION to Dismiss − *Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09−cv−02889−GEL on 06/08/2009. and Joinder in Bank Defendants' Motion to Dismiss to Dismiss Plaintiff's Complaint*. Document filed by Capgemini U.S., LLC. Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02889–GEL(Silver, Gerald) (Entered: 09/03/2009) |
| 09/03/2009 | 446 | REPLY MEMORANDUM OF LAW in Support re: (4 in 1:09–cv–02919–GEL) MOTION to Dismiss *Kingdon's Notice of Motion to Dismiss the Complaint*., (430 in 1:07–md–01902–GEL) MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 − GEL)*., (380 in 1:07–md–01902–GEL) MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss the Complaint*.. Document filed by Kingdon Associates, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Family Partnership, Kingdom Associates, Kingdom Partners, M. Kingdom Offshore NV, Kingdom Family Partnership. (Attachments: # 1 Affidavit of Service by Mail of Catriona Schlosser)Filed In Associated Cases: 1:07–md–01902–GEL, 1:09–cv–02919–GEL(Munno, M.) (Entered: 09/03/2009) |
| 09/08/2009 | 447 | STATUS REPORT. *Joint Status Report Regarding Depositions* Document filed by Pacific Investment Management Company LLC, RH Capital Associates LLC, PIMCO Funds: Pacific Investment Managment Series − PIMCO High Yield Fund.Associated Cases: 1:07–md–01902–GEL et al.(McIntyre, Megan) (Entered: 09/08/2009) |
| 09/14/2009 | 448 | NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER. PLEASE TAKE NOTICE that counsel for Mayer Brown LLP respectfully withdraws the appearance of Richa Shyam Dasgupta, Esq. in the above–captioned actions. No other attorney is withdrawing his or her appearance by this notice. Williams &Connolly LLP remains counsel to Mayer Brown LLP. (Signed by Judge Gerard E. Lynch on 9/14/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–08165–GEL, 1:07–cv–11604–GEL(rjm) (Entered: 09/15/2009) |

| 09/17/2009 | 449 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, WITH prejudice against the defendant(s) Refco Alternative Investments LLC, Refco Associates, Inc, Refco Associates, Inc.. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 09/17/2009) |
|---|---|---|
| 09/17/2009 | 450 | CERTIFICATE OF SERVICE of Notice of Dismissal with Prejudice served on Jeffrey T. Golenbock, Esq., Peter R. Ginsberg, Esq. and EMF Core Fund Ltd. on 09/17/2009. Service was made by MAIL. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(Dash, Andrew) (Entered: 09/17/2009) |
| 09/24/2009 | 451 | NOTICE OF DISMISSAL WITH PREJUDICE. Plaintiffs Kenneth M. Krys and Christopher Stride, as Joint Official Liquidators of SPhinX Ltd., et at. and as assignees of claims assigned by Miami Children's Hospital Foundation, et at., and James P. Sinclair as Trustee of the SPhinX Trust, by and through their undersigned counsel, hereby dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against defendants Refco Alternative Investments and Refco Associates, Inc., with prejudice, with each party to bear its own fees and costs. (Signed by Judge Gerard E. Lynch on 9/23/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–03065–GEL, 1:08–cv–03086–GEL(rjm) (Entered: 09/24/2009) |
| 09/29/2009 | 452 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Undersigned Parties, AND ORDERED BY THE COURT, that: If the Trustee files an Amended Complaint in the above–captioned action, and if any claim pleaded therein against any of the Defendants survives the Defendants Rule 12(b) motions to dismiss ("Motions to Dismiss"), the November 20 Deadline shall be extended for the purpose of permitting any of the Undersigned Parties to depose the Private Actions Trust Case Witnesses until 120 days after the Defendants' motions to dismiss the Amended Complaint are fully decided by the Court... and as further set forth regarding the procedures to be followed that shall govern the handling of this Stipulation and Order. This Stipulation and Order does not modify the terms of the Deposition Protocol Order or the April 28 Order. Nothing herein shall preclude any of the Undersigned Parties from seeking modification of, or relief from, the provisions of this Stipulation and Order upon appropriate application to the Court. (Signed by Judge Gerard E. Lynch on 9/29/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:07–cv–08165–GEL(rjm) (Entered: 09/29/2009) |
| 10/01/2009 | 455 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Gerard E. Lynch is no longer assigned to the case. (rjm) (ldi). (Entered: 10/07/2009) |
| 10/05/2009 | 453 | STIPULATION AND ORDER that request by and between Index Fund and PwC, through their attorneys as follows: 1. PwC's time to answer, move against, or otherwise respond to the Complaint in this action shall be extended to and including October 14, 2009; 2. If PwC files a motion to dismiss this action, Index Fund shall serve opposition papers no later than November 13, 2009; and 3. PwC shall then serve reply papers in this action no later than November 27, 2009, is denied without prejudice. Counsel shall call Judge Rakoff to discuss. (Signed by Judge Jed S. Rakoff on 9/4/09) Filed In Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL(rjm) (Entered: 10/05/2009) |
| 10/05/2009 | 454 | STIPULATION AND ORDER AND AGREED, by and between Index Fund and PwC, through their attorneys as follows: PwC's time to answer, move against, or otherwise respond to the Complaint in this action shall be extended to and including October 14, 2009; If PwC files a motion to dismiss this action, Index Fund shall serve opposition papers no later than November 13, 2009; and PwC shall then serve reply papers in this action no later than November 27, 2009. ENDORSEMENT: Denied without prejudice. Counsel should call Judge Rakoff to discuss. SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/4/2009) Filed In |

| | | Associated Cases: 1:07–md–01902–GEL, 1:08–cv–10494–GEL(jmi) (Entered: 10/05/2009) |
|---|---|---|
| 10/09/2009 | 456 | CASE MANAGEMENT ORDER NO. 1. This complicated group of related cases has now been reassigned to the undersigned from the Honorable Gerard E. Lynch following his elevation to the Second Circuit Court of Appeals. Accordingly, the Court will convene a status conference on Friday, October 30, 2009 at 9:30AM in courtroom 14–B of the United States Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for each and every party to each and every lawsuit in this MDL (the full list of which is here attached) must appear in person at the conference unless they have previously advised the Court, by letter mailed no later than October 21, 2009, that they have delegated all authority to another counsel for all matters likely to arise at the conference (which will include apprising the Court of the status of each case, including any outstanding motions, discovery, and the like, and will also include setting case management schedules for each case, which mayor may not accord with schedules previously set). In this connection, counsel for similarly situated parties are strongly urged to arrange among themselves for liaison counsel authorized to be their representatives with the Court for most purposes, as well as a coordinating group of counsel who can have authority over common issues, failing which the Court will appoint liaisons and coordinators. It appears to the Court in this regard that the cases appear to be grouped in the following general categories: shareholder actions, customer actions, insurer actions, Krys actions, and Miller actions. Proposals for nomination of such liaisons and coordinators, as well as suggestions as to how they shall be organized and paid, should be forwarded to the Court by letters mailed no later than October 21, 2009. Given the number, breadth, and complexity of these cases, the Court is convinced that a Special Master, having substantial authority over the coordination of these cases, needs to be appointed to address the kinds of matters specified in Federal Rule of Civil Procedure 53(a) (1). At the same time, the Court is convinced that the duties of such a Special Master can be accomplished by a single individual assisted by no more than one associate so that the fees and expenses of such a Special Master, which will be borne by the parties, are carefully contained. The Court is already considering several candidates for the role of Special Master, but would also welcome suggestions from the parties pursuant to Federal Rule of Civil Procedure 53 (b) (1). Such suggestions, including appropriate background materials and confirmation that no conflicts are present, should be submitted by either the proposers or the candidates to the Court by letters mailed no later than October 21, 2009. After hearing argument, the Court expects to appoint such a Special Master at the conference scheduled for October 30, 2009. Status Conference set for 10/30/2009 at 09:30 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 10/9/09) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 10/09/2009) |
| 10/15/2009 | 457 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) PricewaterhouseCoopers LLP, Pricewaterhouse Coopers, L.L.P. and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Index Recovery Co., L.P., Index Recovery Co., L.P..Associated Cases: 1:07–md–01902–JSR, 1:08–cv–10494–JSR(Tsan, Clifford) (Entered: 10/15/2009) |
| 10/29/2009 | 458 | CASE MANAGEMENT ORDER No. 2. After considering the submissions of the parties, the Court is tentatively of the view that, given the considerable complexity of the group of cases here joined under the umbrella of In re Refco Securities Litigation, the Court should appoint two Special Masters: Professor Daniel Capra (the candidate proposed by several of the parties) to handle and issue Reports and Recommendations on all substantive motions, and the Honorable Ronald Hedges, former Magistrate Judge of the District of New Jersey, to handle all case management matters, resolve discovery disputes, decide non–substantive motions, and handle all miscellaneous matters not handled by the Court. If any party has any objection to this proposal, such party should raise the objection at the in–court conference being held tomorrow at 9:30AM. Professor Capra's time will be billed at $500/hour and Judge Hedges' time will be billed at the reduced rate of |

| | | |
|---|---|---|
| | | $400/hour. They will also be authorized to each hire an associate attorney to assist them at a rate not to exceed $300.00 per hour. Since these charges will be borne by the parties and must be paid promptly on a monthly basis, the Court's tentative plan is to create a fund for this purpose, to which contributions would initially be made equally by plaintiffs and defendants, subject to reallocation at the conclusion of the case. If any party has any objection to this proposal or has an alternative payment proposal, such party, again, should raise such matter at tomorrow's in−court conference. In−Court Conference set for 10/30/2009 at 09:30 AM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 10/29/09) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 10/29/2009) |
| 11/02/2009 | 459 | CASE MANAGEMENT ORDER NO. 3 regarding the procedures to be followed that shall govern the handling of this Case Management Order No. 3, and as further set forth. Conference set for 1/13/2010 at 04:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 11/2/09) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 11/03/2009) |
| 11/04/2009 | 460 | CASE MANAGEMENT ORDER. ORDERED, with respect to all actions that are not subject to pending dispositive motions: 1. All requests for documents and interrogatories, other than contention interrogatories and requests relating to expert disclosure, shall be served on or before November 6, 2009; 2. Responses to outstanding requests, other than contention interrogatories and requests relating to expert disclosure, shall be served on or before November 30, 2009; 3. Contention interrogatories are to be served 14 days after the close of fact discovery; 4. Privilege logs with respect to documents withheld from production, including productions that have already occurred and productions that will occur in accordance with this Order, shall be served on or before November 30, 2009. Categorical privilege logs will be permitted; and it is further ORDERED, that counsel shall confer regarding an omnibus Confidentiality Stipulation and Order to govern document productions in all actions, incorporating provisions consistent with the Court's comments on the record of the Conference as well as a non−waiver provision as contemplated by Rule 502(d) of the Federal Rules of Evidence, and shall report on progress relating to such omnibus Confidentiality Stipulation and Order on or before November 30, 2009; and it is further ORDERED, that all outstanding motions for admission pro hac vice shall be deemed granted, and that future applicants for admission pro hac vice shall proceed by submission of an appropriate affidavit and proposed order, without the need for formal motion practice; and it is further ORDERED, that the motion to intervene is denied for failure to prosecute without prejudice to being refiled within 7 days of this order; and it is further ORDERED, that all discovery disputes shall be raised with the Special Masters by letter or conference call. No discovery motions are to be filed. Counsel must meet and confer before raising any discovery disputes with the Special Masters; and it is further ORDERED, that all motions for leave to withdraw as counsel shall be filed on or before November 30, 2009; and it is further ORDERED, that the parties having pending motions that were designated at the Conference for hearing on November 4, 2009 shall appear for oral argument before the Hon. Ronald Hedges at the times indicated at the Conference at the offices of Edwards Angell Palmer &Dodge, 750 Lexington Avenue, New York, NY 10022; and it is further ORDERED, that the parties having or opposing pending motions to dismiss in the various Miller cases shall appear for oral argument before Professor Daniel Capra at 10:00 A.M., local time, on November 6, 2009, at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022; and it is further ORDERED, that the parties having pending motions in the Krys actions, other than those motions being heard by the Hon. Ronald Hedges, shall file a letter containing supplemental authorities in support of their motions to dismiss the complaint, if any, on or before November 6, 2009, the plaintiffs in the Krys actions shall file a letter containing a response thereto, if any, on or before November 13, 2009, and the parties having or opposing pending motions shall appear for oral argument before Professor Daniel Capra during the week of November 16, 2009 at a time and location yet to be determined... ans as further set forth. Motions due by 11/30/2009. (Signed by The Special Master Ronald Hedges on 11/4/09) (rjm) (Entered: 11/04/2009) |
| 11/04/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 460 Case Management Plan, to the Attorney Admissions Clerk for updating of Attorney |

| | | |
|---|---|---|
| | | Information. (rjm) (Entered: 11/04/2009) |
| 11/04/2009 | 461 | DECLARATION OF RONALD J. HEDGES. RONALD J. HEDGES, of full age, declares and states under penalty of perjury: 1. I have reviewed 28 U.S.C. Section 455. 2. I have been engaged in the representation of Credit Suisse in a matter unrelated to this proceeding, and I have recused myself from any matter related to Credit Suisse in this proceeding. 3. I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning this proceeding. 4. I did not serve as a lawyer in any matter in controversy nor am I aware of any lawyer with who I had been associated having served as such a lawyer. 5. I have no personal or fiduciary interest as defined in Section 455(d) in this proceeding. Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 11/04/2009) |
| 11/06/2009 | 462 | NOTICE of List of Members of Plaintiffs' Coordinating Committee. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Molton, David) (Entered: 11/06/2009) |
| 11/06/2009 | 463 | ORDER GRANTING THE THL FUNDS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT: THIS CAUSE is before the Special Master on the THL Funds' Motion for Leave to File a Second Amended Complaint. The parties have informed the Special Master that they have agreed to the filing of the Second Amended Complaint. ORDERED AND ADJUDGED that the THL Funds' Motion for Leave to File Second Amended Complaint is GRANTED. (Signed by Daniel Capra, Special Master on 11/6/2009) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rw) Modified on 11/9/2009 (rw). (Entered: 11/09/2009) |
| 11/09/2009 | 464 | CASE MANAGEMENT ORDER #4 Pursuant to Case Management Order #3, the defendants have created a Defendants' Coordinating Committee as set forth in the letter dated November 6, 2009 attached hereto. (As stated in the letter, the insurers have decided not to create a separate committee but rather to join the Defendants' Coordinating Committee.) The Court approves all of this and hereby designates Philip D. Anker, Esq. as liaison to the Court and Special Masters on behalf of the Defendants' Coordinating Committee. SO ORDERED. (Signed by Judge Jed S. Rakoff on 11/9/2009) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jmi) (Entered: 11/10/2009) |
| 11/09/2009 | 465 | CASE MANAGEMENT PLAN ORDER Pursuant to Case Management Order #3, the plaintiffs have submitted a list (here attached) of the members of the Plaintiffs' Coordinating Committee. The Court confirms its prior approval of this committee and hereby designates David J. Molton, Esq. as liaison to the Court and Special Masters on behalf of the Plaintiffs' Coordinating Committee. SO ORDERED (Signed by Judge Jed S. Rakoff on 11/9/2009) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jmi) (Entered: 11/10/2009) |
| 11/09/2009 | 474 | LETTER addressed to Judge Jed S. Rakoff from Daniel J. Capra dated 11/3/09 re: Financial disclosure for the purposes of appointment as Special Master in the above–referenced matter. (rjm) (Entered: 11/13/2009) |
| 11/10/2009 | 466 | ORDER. IT IS HEREBY ORDERED, that: The Motion to Quash filed on 10/14/09 by Peter F. James is denied. The deposition of Peter James will be held on November 13, 2009 in Monmouth County, New Jersey, and will be limited to seven hours of questioning. The parties shall attempt to reach the Special Master by telephone if any dispute arises during the deposition. All counsel to any of the Refco MDL litigations may attend the deposition and ask questions of Mr. James if time permits within the allotted seven hours of questioning. Any further questions shall be submitted in writing. (Signed by Ronald Hedges, Special Master on 11/7/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rjm) Modified on 11/10/2009 (rjm). (Entered: 11/10/2009) |
| 11/10/2009 | 468 | SCHEDULING ORDER. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this action: Fact deposition deadline 11/20/09; Identification of expert areas by party bearing burden of proof 12/18/09; Identification of additional expert areas by opposing parties 1/4/10; Submission of expert reports 2/2/10; Submission of responsive expert reports 3/12/10; Expert deposition deadline 4/2/10; Motion for class certification 4/9/10; Opposition to |

| | | |
|---|---|---|
| | | class certification 5/14/10; Reply to class certification 6/21/10; Motion for summary judgment 4/23/10; Opposition to summary judgment 6/4/10; Reply to summary judgment 7/9/10. This order does not cover or predetermine the scheduling of any oral arguments or court rulings on any motion for summary judgment or for class certification. Summary Judgment Motion due by 4/23/2010. Responses due by 6/4/2010 Replies due by 7/9/2010. Expert Deposition due by 4/2/2010. (Signed by Special Master, Daniel J. Capra on 11/10/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(rjm) (Entered: 11/12/2009) |
| 11/10/2009 | 473 | TRANSCRIPT of proceedings held on 10/30/2009 at 10:05 a.m. before Judge Jed S. Rakoff. (mbe) (Entered: 11/13/2009) |
| 11/11/2009 | 467 | ORDER GRANTING CONSENT MOTION TO INCREASE PAGE LIMITATIONS. The Consent Motion to Increase Page Limitations is GRANTED; and it is hereby ORDERED that the Moving Defendants may file a memorandum in support of their joint motion to dismiss of up to fifty (50) pages; FURTHER ORDERED that the Trustee may file an opposition to the joint motion of up to fifty (50) pages; and FURTHER ORDERED that the Moving Defendants may file a joint reply of up to twenty–five (25) pages. (Signed by Special Master, Daniel J. Capra on 11/11/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(rjm) (Entered: 11/12/2009) |
| 11/12/2009 | 469 | MOTION to Dismiss. Document filed by Grant Thornton LLP, Mayer Brown LLP, Mayer Brown International LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Mollon, David) (Entered: 11/12/2009) |
| 11/12/2009 | 470 | MEMORANDUM OF LAW in Support re: (120 in 1:07–cv–08165–JSR) MOTION to Dismiss. *Redacted Version*. Document filed by Grant Thornton LLP, Mayer Brown LLP, Mayer Brown International LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Mollon, David) (Entered: 11/12/2009) |
| 11/12/2009 | 471 | DECLARATION of David E. Mollon in Support re: (120 in 1:07–cv–08165–JSR) MOTION to Dismiss.. Document filed by Grant Thornton LLP, Mayer Brown LLP, Mayer Brown International LLP. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Exhibit 9, #_10 Exhibit 10, #_11 Exhibit 11, #_12 Exhibit 12, #_13 Exhibit 13, #_14 Exhibit 14, #_15 Exhibit 15, #_16 Exhibit 16, #_17 Exhibit 17, #_18 Exhibit 18, #_19 Exhibit 19)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Mollon, David) (Entered: 11/12/2009) |
| 11/12/2009 | 472 | CERTIFICATE OF SERVICE of Motion to Dismiss First Amended Complaint, Memorandum of Law in Support of Motion to Dismiss, Declaration of David E. Mollon In Support of Motion to Dismiss, and accompanying exhibits served on Plaintiffs on November 12, 2009. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 11/12/2009) |
| 11/13/2009 | 475 | REPORT AND RECOMMENDATIONS of Special Master: In accordance with the report above, the Special Master recommends the following with respect to the motions to dismiss by the Bank Defendants: 1. The motions to dismiss Count I of each Complaint should be granted with prejudice, because the transaction that the Plaintiff seeks to avoid was a settlement payment to and by a financial institution, and therefore is not subject to avoidance under 11 U.S.C. § 546(e). 2. The motions to dismiss Count 2 of each Complaint should be granted with leave to amend on the questions of a. whether there is a legitimate creditor of the Suffolk estate (and thus a potentially defrauded creditor); b. whether Suffolk controlled the funds used to purchase the PlusFunds shares and thus was not merely a conduit for the transaction; and c. whether purchase of the PlusFunds shares was a fraudulent transaction. 3. The motions to dismiss Count 3 of each Complaint should be granted with prejudice, because the transaction that the Plaintiff seeks to avoid was a settlement payment to and by a financial institution, and is not subject to avoidance under 11 U.S.C. § 546(e). 4. The motions to dismiss Count 4 of each Complaint must be granted with prejudice as that Count has been abandoned by the Plaintiff. Objections to RRdue by 12/4/2009 (Signed by Daniel J. Capra, Special |

| | | Master, on 11/13/2009) (rw) (rw). (rw). Modified on 11/30/2009 (rw). (Entered: 11/13/2009) |
|---|---|---|
| 11/16/2009 | 476 | MOTION for Fischer Porter Thomas &Reinfeld, P.C., Arthur L. Porter, Jr., Alan C. Thomas and Aaron E. Albert to Withdraw as Attorney. Document filed by Beckenham Trading Company, Inc., Andrew Krieger, Beckenham Trading Co. Inc, Andrew Krieger. (Attachments: # 1 Supplement Motion for Leave to Withdraw as Counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger, # 2 Affidavit Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–11604–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Albert, Aaron) (Entered: 11/16/2009) |
| 11/16/2009 | 477 | NOTICE of Submission of Supplemental Authority to Special Master Capra. Document filed by Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co., Bank of America Securities LLC. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 11/16/2009) |
| 11/16/2009 | 478 | NOTICE of Submission of Supplemental Authority to Special Master Capra. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit Ex. A, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 11/16/2009) |
| 11/17/2009 | 479 | NOTICE of of Submission of Supplemental Authority to Special Master Capra. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 11/17/2009) |
| 11/17/2009 | 480 | NOTICE of of Submission of the Krys Plaintiffs' Response to Submissions of Supplemental Authority to Special Master Capra re: 297 Memorandum of Law in Opposition to Motion,, 288 Memorandum of Law in Opposition to Motion, 203 MOTION to Dismiss.. 187 MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*., 286 Memorandum of Law in Opposition to Motion,,,,, 296 Memorandum of Law in Opposition to Motion,, 210 MOTION to Dismiss., 228 MOTION to Dismiss., 299 Memorandum of Law in Opposition to Motion,, 290 Memorandum of Law in Opposition to Motion,, 477 Notice (Other), Notice (Other), 298 Memorandum of Law in Opposition to Motion,, 292 Memorandum of Law in Opposition to Motion,, 237 Memorandum of Law in Support of Motion,, 295 Memorandum of Law in Opposition to Motion,, 193 MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint.*, 214 MOTION to Dismiss *Claim XXV of the Amended Complaint.*, 206 MOTION to Dismiss *the Amended Complaint.*, 291 Memorandum of Law in Opposition to Motion,,,,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exh A to the Notice of Submission (part 1 of 6), # 2 Exh A to the Notice of Submission (part 2 of 6), # 3 Exh A to the Notice of Submission (part 3 of 6), # 4 Exh A to the Notice of Submission (part 4 of 6), # 5 Exh A to the Notice of Submission (part 5 of 6), # 6 Exh A to the Notice of Submission (part 6 of 6), # 7 Certificate of Service)(Molton, David) (Entered: 11/17/2009) |
| 11/17/2009 | 481 | NOTICE of of Supplemental Submission to Special Master Capra in Support of Motion to Dismiss re: (183 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Amended Complaint.*. Document filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, William T. Pigott. (Attachments: # 1 Exhibit Letter to Professor Capra, # 2 Certification of Service)(Marino, Kevin) (Entered: 11/17/2009) |
| 11/17/2009 | 482 | NOTICE of EMF DEFENDANT'S NOTICE OF SUBMISSION OF SUPPLEMENTAL AUTHORITY TO SPECIAL MASTER CAPRA. Document filed by EMF Financial Produccts, Delta Flyer Fund, LLC, Eric M. Flanagan, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rendon, |

| | | |
|---|---|---|
| | | Veronica) (Entered: 11/17/2009) |
| 11/20/2009 | 483 | STIPULATION AND ORDER REGARDING THE DEPOSITION OF MR. JOSEPH P. COLLINS. IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that Joseph Collins will be deposed again on a weekday that is convenient for Mr. Collins in New York City. The deposition will be held on not less than five (5) business days' notice. The deposition will be limited to one day of eight (8) hours. Mayer Brown may examine Mr. Collins for up to four (4) hours, and the other parties collectively may examine Mr. Collins for up to four (4) hours. If Mayer Brown chooses to examine Mr. Collins, any such examination must take place within the four hours allotted to it. If the other parties choose to examine Mr. Collins, such reexamination must take place within the four hours allotted to them collectively. Any examination by parties other than Mayer Brown must be limited to the subject matter of the direct examination of Mr. Collins by Mayer Brown and matters affecting the credibility of the witness. No party shall be permitted to use any of the testimony taken during the deposition of Mr. Collins in Court filings until the earlier of (i) the completion of Mr. Collins' deposition; (ii) notice that Mayer Brown no longer wishes to continue Mr. Collins' deposition; (iii) January 15, 2010; or (iv) by order of the Court or the Special Master. For the avoidance of doubt, regardless of whether or not Mr. Collins' deposition is completed by January 15, 2010, Mr. Collins' deposition testimony may be used by any party for any purpose allowed under the Federal Rules on or after that date. By entering this stipulation, no party is waiving any right to which it is otherwise entitled under the Federal Rules unless specifically set forth in this stipulation. (Signed by Ronald Hedges, Special Master on 11/19/09) (rjm) (Entered: 11/20/2009) |
| 11/20/2009 | 484 | REPORT AND RECOMMENDATION ON MOTION OF DEFENDANTS GIBON, DUNN &CRUTCHER LLP, et al., TO COMPEL ARBITRATION. I have considered the papers submitted in support of and in opposition to this motion. I heard oral argument on November 4, 2009. I have also considered the post−argument submissions of the parties. Attached hereto are the Proposed Findings of Fact and Conclusions of Law of the moving parties, which I adopt. I recommend that the motion be GRANTED, that the Amended Complaint be DISMISSED, and the parties be directed to arbitrate their disputes. Objections to RRdue by 12/11/2009 (Signed by Ronald J. Hedges, Special Master on 11/20/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(rjm) (Entered: 11/23/2009) |
| 11/20/2009 | 485 | REPORT AND RECOMMENDATION OF PRICEWATERHOUSE COOPERS (CAYMAN ISLANDS) TO ENFORCE FORUM SELECTION CLAUSE. I have considered the papers submitted in support of and in opposition to this motion. I heard oral argument on November 4, 2008. I have also considered the post−argument submissions of the parties. Attached hereto are the moving party's Proposed Findings of Fact and Conclusions of Law, which I adopt. For the reasons set forth therein, I recommend that the motion be GRANTED, the Amended Complaint be dismissed, and the plaintiffs be left to their remedies in the Cayman Islands. I appreciate plaintiffs' concerns that judicial action taken in the Cayman Islands may affect the pending litigation in the Southern District of New York. I recommend that, should an action be filed in the Cayman Islands, the parties there respectfully ask the presiding judge to confer with Judge Rakoff and/or the undersigned to determine if any coordination might be helpful and appropriate. Objections to RRdue by 12/11/2009 (Signed by Ronald J. Hedges, Special Master on 11/20/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(rjm) (Entered: 11/23/2009) |
| 11/23/2009 | 486 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL. IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of Hunton &Williams LLP withdraws as counsel for defendant Santo C. Maggio, and the law firm of White &Case LLP shall appear as counsel for Santo C. Maggio. Attorney Scott Edward Hershman for Santo C. Maggio added. (Signed by Judge Jed S. Rakoff on 11/23/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:05−cv−08988−JSR(rjm) (Entered: 11/23/2009) |

| | | |
|---|---|---|
| 11/23/2009 | 487 | OBJECTION to (28 in 1:09–cv–02885–JSR), (28 in 1:09–cv–02922–JSR), (28 in 1:09–cv–02920–JSR) Report and Recommendations Document filed by George L. Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 4 – continued, # 6 Exhibit 5, # 7 Declaration, # 8 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Karapelou, Dimitri) (Entered: 11/23/2009) |
| 11/24/2009 | 488 | ORDER. SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders under judicial compulsion that the Mayer Brown Defendants' Corrected Separate Reply Memorandum of Law in Support of Their Motion to Dismiss (the "Mayer Brown Corrected Reply"), previously filed in redacted form on November 16, 2009 pursuant to the Amended Stipulation and Agreed Confidentiality Order entered by the Court on February 8, 2008, shall be filed in unredacted form on the dockets in the above–captioned action via the Electronic Case Filing system on or after November 26, 2009, unless an objection is received by the Special Master from any interested party no later than 5:00 p.m. on November 25, 2009. In the event that an interested party objects to the filing of the Mayer Brown Corrected Reply in unredacted form, the unredacted version of the Mayer Brown Corrected Reply shall not be filed pending further order of the Special Master, and the Special Master shall schedule a hearing to consider the arguments raised by the objectors. (Signed by Ronald J. Hedges, Special Master on 11/23/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 11/24/2009) |
| 11/24/2009 | 489 | PROTECTIVE ORDER... regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Ronald J. Hedges, Special Master on 11/23/09) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 11/24/2009) |
| 11/24/2009 | 490 | NOTICE OF APPEARANCE by Judith Leonore Mogul on behalf of Robert C. Trosten, Robert Trosten, Robert C. Trosten (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Mogul, Judith) (Entered: 11/24/2009) |
| 11/24/2009 | 491 | CASE MANAGEMENT ORDER #6: Pursuant to Case Management Order #3, the Court hereby appoints the firm of Ball Baker Leake LLP, and more particularly Janice Page, CPA, to serve as the Case Accountant and handle such accounting and tax matters pertaining to this case as the Court and/or Special Masters direct. In the interim, the Court orders that the Plaintiffs' Coordinating Committee and the Defendants' Coordinating Committee each contribute $60,000 to the Case Accountant by no later than December 4, 2009 for deposit in the aforementioned bank accounts and that the $60,000 from the Defendants' Coordinating Committee be assessed in accordance with the "bucket approach" set forth in the letter from Philip D. Anker, Esq., dated November 13, 2009, subject to reconsideration at the January 13 conference. Finally, whenever the aforementioned bank accounts used to pay the Special Masters et al. have a balanced below $120,000, the Case Accountant will arrange for the parties to replenish the accounts to bring them to a $120,000 balance. (Signed by Judge Jed S. Rakoff on 11/22/2009) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rw) (Entered: 11/24/2009) |
| 12/02/2009 | 492 | CASE MANAGEMENT ORDER #7. The Court has received the bills from the Special Masters and Special Master Capra's associate, Mr. Douglas Parker, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on December 9, 2009. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. The Court has provided a standard format that will be used for all subsequent bills. In future, the bills will be docketed no later than the fifth business day of the month. The parties will have one week from the date on which the bills are docketed to submit objections to the Court in writing. (Signed by Judge Jed S. Rakoff on 12/2/09) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 12/03/2009) |
| 12/03/2009 | 493 | RESPONSE re: (31 in 1:09–cv–02922–JSR, 487 in 1:07–md–01902–JSR, 31 in 1:09–cv–02885–JSR, 31 in 1:09–cv–02920–JSR) Objection to Report and Recommendations,. Document filed by Credit Suisse First Boston Next Fund, Inc., |

| | | LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 12/03/2009) |
|---|---|---|
| 12/03/2009 | 494 | DECLARATION of JOEL W. MILLAR in Support re: (35 in 1:09–cv–02920–JSR, 493 in 1:07–md–01902–JSR, 35 in 1:09–cv–02885–JSR, 35 in 1:09–cv–02922–JSR) Response,. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 12/03/2009) |
| 12/03/2009 | 495 | CERTIFICATE OF SERVICE. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 12/03/2009) |
| 12/03/2009 | 496 | OBJECTION to (355 in 1:08–cv–03086–JSR, 289 in 1:08–cv–03065–JSR, 485 in 1:07–md–01902–JSR) Report and Recommendations *OBJECTION TO REPORT AND RECOMMENDATION OF SPECIAL MASTER ON PRICEWATERHOUSECOOPERS (CAYMAN ISLANDS) MOTION TO ENFORCE FORUM SELECTION CLAUSE* Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: #_1 Exhibit A to Plaintiffs' Objection, #_2 Exhibit B (part 1 of 2) to Plaintiffs' Objection, #_3 Exhibit B (part 2 of 2) to Plaintiffs' Objection, #_4 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/03/2009) |
| 12/03/2009 | 497 | OBJECTION to (288 in 1:08–cv–03065–JSR, 354 in 1:08–cv–03086–JSR, 484 in 1:07–md–01902–JSR) Report and Recommendations Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Christopher Stride, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/03/2009) |
| 12/03/2009 | 498 | SPECIAL MASTER SCHEDULING ORDER OF 12/31/09. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this Action: Identification of expert areas by party bearing burden of proof 2/12/10; Identification of additional expert areas by opposing parties 3/5/10; Submission of expert reports 4/9/10; Submission of responsive expert reports 5/21/10; Expert deposition deadline 6/11/10; Motion for summary judgment 7/1/10; Opposition to summary judgment 8/13/10; Reply to summary judgment 9/17/10. Motion for Summary Judgment due by 7/1/2010. Responses due by 8/13/2010 Replies due by 9/17/2010. Expert Deposition due by 6/11/2010. (Signed by Ronald Hedges, Special Master on 12/3/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(rjm) Modified on 12/4/2009 (rjm). (Entered: 12/04/2009) |
| 12/03/2009 | 499 | SPECIAL MASTER SCHEDULING ORDER OF 11/19/09. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this action: Fact deposition deadline 11/20/09; Identification of expert areas by party bearing burden of proof 12/18/09; Identification of additional expert areas by opposing parties 1/4/10; Submission of expert reports 2/2/10; Submission of responsive expert reports 3/12/10; Expert deposition deadline 4/2/10; Motion for summary judgment 4/23/10; Opposition to summary judgment 6/4/10; Reply to summary judgment 7/9/10. (Signed by Ronald J. Hedges, Special Master on 11/19/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rjm) (Entered: 12/04/2009) |
| 12/07/2009 | 500 | STANDSTILL ORDER. Given the potential for a flurry of motions in the Miller Actions during the period that the R &R is being considered by Judge Rakoff, the Special Master has determined that a Standstill is necessary. It is therefore ORDERED that all parties are prohibited from filing additional motions of any kind in any of the Miller Actions until a final order on the RRhas been entered by |

| | | |
|---|---|---|
| | | Judge Rakoff. The entry of this standstill order will not result in prejudice to any party with respect to their rights under the Federal Rules of Civil Procedure or where parties have agreed to stipulated extensions. This standstill order does not grant additional rights to parties who have not filed answers, moved or otherwise appeared in accordance with the deadlines set forth in the time allowed by law. All applicable time to answer, appear, or otherwise respond to the complaints in the Miller Actions are hereby frozen. ORDERED further that any order issued by Judge Rakoff on the RRwill apply to all Miller Actions. After the order on the RRis entered by Judge Rakoff, the Special Master will, if necessary, address questions of service and other arguments raised in motions to dismiss that are issues separate from those raised in the Motions to Dismiss filed by the above–noted Defendants. Nothing in this order may be deemed to cure default by any party in the Miller Actions. (Signed by Judge Unassigned on 12/7/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02909–JSR, 1:09–cv–02922–JSR(rjm) (Entered: 12/07/2009) |
| 12/07/2009 | 501 | CASE MANAGEMENT ORDER #8. The Court hereby directs liaison counsel for, respectively, the Plaintiffs' Coordinating Committee and the Defendants' Coordinating Committee to hereinafter be responsible for collecting the individual contribution checks from the parties for each month's required payment to the reimbursement account being maintained by the Case Accountant and for then timely sending to the Case Accountant each month one check for that respective committee's entire monthly payment. (Signed by Judge Jed S. Rakoff on 12/4/09) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 12/07/2009) |
| 12/08/2009 | 502 | NOTICE of The Bank Defandants' Notice of Submission of Supplemental Authority to Special Master Capra. Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC. (Attachments: #1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 12/08/2009) |
| 12/08/2009 | 503 | NOTICE of Supplemental Submission of the Krys Plaintiffs to Special Master Capra. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: #1 Exhibit A to the Notice of Supplemental Submission (part 1 of 2), #2 Exhibit A to the Notice of Supplemental Submission (part 2 of 2), #3 Exhibit B to the Notice of Supplemental Submission)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 12/08/2009) |
| 12/09/2009 | 504 | MEMORANDUM OF LAW in Support re: (469 in 1:07–md–01902–JSR, 120 in 1:07–cv–08165–JSR) MOTION to Dismiss. *Unredacted version of document 470 in 07–md–1902 and document 121 in 07–cv–8165.* Document filed by Grant Thornton LLP, Mayer Brown LLP, Mayer Brown International LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Mollon, David) (Entered: 12/09/2009) |
| 12/09/2009 | 505 | DECLARATION of David E. Mollon in Support re: (469 in 1:07–md–01902–JSR, 120 in 1:07–cv–08165–JSR) MOTION to Dismiss.. Document filed by Grant Thornton LLP, Mayer Brown LLP, Mayer Brown International LLP. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Mollon, David) (Entered: 12/09/2009) |
| 12/14/2009 | 506 | SPECIAL MASTER ORDER OF 12/9/09. SPECIAL MASTER RONALD D. HEDGES, for good cause shown, and following opportunity for counsel to address these matters during the conference call held with all counsel on December 1, 2009, hereby orders under judicial compulsion as follows: 1. The three motions filed by Jonathan Lee Riches on July 31, 2008, which are currently pending as Motion Number 97 in Case No. 07–md–1902, are hereby DISMISSED for failure to prosecute. 2. Objections to the Motion For Fischer Porter Thomas &Reinfeld |

| | | |
|---|---|---|
| | | P.C., Arthur L. Porter, Jr., Alan C. Thomas and Aaron E. Albert to Withdraw as Attorney filed by Beckenham Trading Co., Inc., Beckenham Trading Company, Inc. and Andrew Krieger on November 16, 2009, Motion Number 476 in Case No. 07–md–1902, are due by December 15, 2009. Barring any objections, the motion will be granted. 3. Counsel for all parties shall raise any existing discovery dispute by 6 p.m. on December 7, 2009. Except as discussed on the record during the conference held on December 1, 2009, existing discovery disputes not raised by December 7, 2009, will not be entertained. 4. Counsel are to confer with regard to the deposition of Philip Bennett and report to the undersigned thereon by December 8, 2009. 5. Counsel for the Underwriter/Bank Defendants shall provide a status report to the Special Masters by December 31, 2009 regarding the matters addressed in the letter from Howard Shapiro, Esq. to the Special Masters dated November 30, 2009 regarding defendant CMG Institutional Trading LLC. (Responses due by 12/15/2009, Status Report due by 12/31/2009.) (Signed by Ronald Hedges, Special Master on 12/9/09) (rjm) (Entered: 12/14/2009) |
| 12/14/2009 | 507 | MOTION for Barbara Moses to Withdraw as Attorney *for Robert C. Trosten*. Document filed by Robert Trosten, Robert Trosten, Robert C. Trosten.Filed In Associated Cases: 1:07–md–01902–JSR et al.(Moses, Barbara) (Entered: 12/14/2009) |
| 12/14/2009 | 508 | DECLARATION of Barbara Moses in Support re: (203 in 1:07–cv–11604–JSR) MOTION for Barbara Moses to Withdraw as Attorney.. Document filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten. Filed In Associated Cases: 1:07–md–01902–JSR et al.(Moses, Barbara) (Entered: 12/14/2009) |
| 12/14/2009 | 509 | RESPONSE re: (295 in 1:08–cv–03065–JSR, 496 in 1:07–md–01902–JSR, 363 in 1:08–cv–03086–JSR) Objection to Report and Recommendations,,,. Document filed by Pricewaterhousecoopers Cayman Islands. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Foukas, Savvas) (Entered: 12/14/2009) |
| 12/14/2009 | 510 | CERTIFICATE OF SERVICE of Notice of Withdrawal and Declaration of Barbara Moses on 12–14–09. Document filed by Robert Trosten. (Moses, Barbara) (Entered: 12/14/2009) |
| 12/15/2009 | 511 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material....(Signed by Special Master Judge Ronald Hedges on 11/23/2009) (Signed by Judge Jed S. Rakoff on 12/15/2009) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jmi) (Entered: 12/15/2009) |
| 12/15/2009 | 512 | CASE MANAGEMENT ORDER # 9 Pursuant to Case Management Order # 7, the time for objections to the bills of the Special Masters and Mr. Parker for services rendered in November 2009 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. The Court further directs the Case Accountant to arrange for the parties to send her further contributions to the established account, divided for now equally between the Plaintiffs' Coordinating Committee and the Defendants' Coordinating Committee, in order to bring the account balance back to $120,000.00 by early January 2010. This process should also ensue automatically each month thereafter. Pursuant to Case Management Order #8, liaison counsel are responsible for coordinating the contributions for their respective committees. SO ORDERED. (Signed by Judge Jed S. Rakoff on 12/15/2009) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jmi) (Entered: 12/16/2009) |
| 12/15/2009 | 513 | NOTICE OF DISMISSAL WITH PREJUDICE. Plaintiffs, by and through their undersigned counsel, hereby dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against defendants Coast Asset Management LLC, f/k/a Coast Asset Management LP, and CS Land Management, LLC, with prejudice, with each party to bear its own fees and costs. (Signed by Judge Jed S. Rakoff on 12/14/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 12/16/2009) |
| 12/15/2009 | 514 | NOTICE OF WITHDRAWAL OF ATTORNEY AND PROPOSED ORDER. PLEASE TAKE NOTICE that Robert B. McCaw is hereby withdrawn as counsel of record in the above–captioned matters for defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., |

| | | Goldman, Sachs &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair &Company, L.L.C., BMO Capital Markets Corp., CMG Institutional Trading LLC, Samuel A. Ramirez &Company, Inc., Muriel Siebert &Co., Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P., JPMorgan Chase &Co., Credit Suisse Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc., because as of December 31, 2009, Mr. McCaw will no longer be a member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above−captioned matters. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above−referenced defendants. Relates to 07md1902, 05−8626, 07−11604, 08−3086, 08−3065, 09−2885, 09−2920, 09−2922. Attorney Robert Bruce McCaw terminated. (Signed by Judge Jed S. Rakoff on 12/14/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:05−cv−08626−JSR, 1:07−cv−11604−JSR, 1:08−cv−03086−JSR(rjm) Modified on 12/16/2009 (rjm). (Entered: 12/16/2009) |
|---|---|---|
| 12/17/2009 | 515 | CASE MANAGEMENT ORDER #10. Pursuant to Case Management Order #6, the Case Accountant established an interest−bearing account in which to hold funds contributed by the Plaintiffs' and Defendants' Coordinating Committees. However, the Court has been advised by the Case Accountant that the cost of preparing the required tax return on an interest−bearing account will exceed the income earned by that account at its current interest rate of 0.4%. Therefore, the Court directs that, prior to January 1, 2010, the Case Account transfer the case−related funds to a non−interest−bearing account. Should interest rates rise sufficiently to change this calculus, the Court will revisit the issue. (Signed by Judge Jed S. Rakoff on 12/16/09) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 12/17/2009) |
| 12/17/2009 | 516 | ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS BECKENHAM TRADING COMPANY, INC. AND ANDREW KRIEGER. THIS MATTER having been brought before the Special Master upon motion of Fischer Porter Thomas &Reinfeld, P.C., attorneys for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in these matters, and no timely objections having been received, and the Special Master having considered the submissions of counsel, and for good and just cause shown, NOW, THEREFORE, the Motion for Leave to Withdraw as Counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger is granted, and Fischer Porter Thomas &Reinfeld, P.C. and its attorneys are hereby granted leave to withdraw as counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in these matters. granting (197) Motion to Withdraw as Attorney. Attorney Aaron Eliot Albert and Alan C. Thomas terminated in case 1:07−cv−11604−JSR; granting (476) Motion to Withdraw as Attorney. Attorney Aaron Eliot Albert and Alan C. Thomas terminated in case 1:07−md−01902−JSR; granting (283) Motion to Withdraw as Attorney. Attorney Aaron Eliot Albert and Alan C. Thomas terminated in case 1:08−cv−03065−JSR; granting (348) Motion to Withdraw as Attorney. Attorney Aaron Eliot Albert and Alan C. Thomas terminated in case 1:08−cv−03086−JSR. (Signed by Ronald Hedges, Special Master on 12/15/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−11604−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(rjm) Modified on 12/18/2009 (rjm). (Entered: 12/18/2009) |
| 12/22/2009 | 517 | ORDER. Per the telephone conference held today with plaintiff's counsel and counsel for Mayer Brown Row &Maw, LLP (the only defendant so far served), plaintiff's proposed motion for severance from the other cases in the Refco multi−district litigation is referred to Special Master Hedges, and defendant's proposed motion to dismiss is referred to Special Master Capra. (Signed by Judge Jed S. Rakoff on 12/21/09) Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−08495−JSR(rjm) (Entered: 12/22/2009) |
| 12/22/2009 | 518 | SPECIAL MASTER SCHEDULING ORDER OF 12/17/09. IT IS HEREBY ORDERED that the following pre−trial schedule shall apply to this Action: Defendants' motion(s) to dismiss: 12/21/09. Deposition of Mayer Brown pursuant to Federal Rule of Civil Procedure 30(b)(6): 12/21−22/09. THL Funds' Opposition to motion(s) to dismiss: 1/25/10. Defendants' Reply in support of motion(s) to dismiss: 2/8/10. Identification of expert areas by parties bearing burden of proof: |

| | | |
|---|---|---|
| | | 3/17/10. Identification of additional expert areas by opposing parties: 4/14/10. Submission of expert reports: 5/5/10. Submission of responsive expert reports: 6/18/10. Expert deposition deadline: 7/16/10. Motions for summary judgment: 8/13/10. Opposition to summary judgment motions: 9/17/10. Replies to summary judgment motions 10/15/10. Motions for Summary Judgment due by 8/13/2010. Responses due by 9/17/2010 Replies due by 10/15/2010. Expert Deposition due by 7/16/2010. (Signed by Ronald Hedges, Special Master on 12/17/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 12/28/2009) |
| 12/28/2009 | 519 | NOTICE of Notice of Supplemental Submission of the Krys Plaintiffs to Special Master Capra. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exhibit A – Krys Plaintiffs' Supplemental Submission on the Issues of Res Judicata and Collateral Estoppel)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 12/28/2009) |
| 12/29/2009 | 520 | NOTICE of the Bank Defendants' Notice of Submission of Supplemental Authority to Special Master Capra. Document filed by Banc of America Securities LLC, JPMorgan Chase & Co., Credit Suisse Securities (USA) LLC. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 12/29/2009) |
| 12/31/2009 | 521 | SPECIAL MASTER SCHEDULING ORDER OF 12/23/09. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this Action: Identification of expert areas by party bearing burden of proof: 2/12/10. Identification of additional expert areas by opposing parties: 3/5/10. Submission of expert reports: 4/9/10. Submission of responsive expert reports: 5/21/10. Expert deposition deadline: 6/11/10. Motions for summary judgment: 7/1/10. Oppositions to motions for summary judgment: 8/13/10. Replies in support of motions for summary judgment: 9/17/10. Motions foe Summary Judgment due by 7/1/2010. Responses due by 8/13/2010 Replies due by 9/17/2010. Deposition due by 6/11/2010. (Signed by Ronald Hedges, Special Master on 12/23/09) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–09608–JSR(rjm) (Entered: 12/31/2009) |
| 01/07/2010 | 522 | CASE MANAGEMENT ORDER #11. The Court has received the bills from the Special Masters for the month of December, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on January 12, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 1/5/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 01/07/2010) |
| 01/08/2010 | 523 | NOTICE OF APPEARANCE by Gates Salyers Hurand on behalf of Robert C. Trosten, Robert Trosten, Robert C. Trosten (Attachments: # 1 Certificate of service)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Hurand, Gates) (Entered: 01/08/2010) |
| 01/08/2010 | 524 | REVISED AGENDA CONFERENCE OF JANUARY 13, 2010 In re REFCO SECURITIES LITIGATION. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–03821–JSR(db) (Entered: 01/08/2010) |
| 01/12/2010 | 525 | ORDER. On November 13, 2009, Special Master Daniel J. Capra issued a Report and Recommendation in the above–captioned three cases recommending the dismissal of Counts I, III, and IV with prejudice and Count II with leave to amend. After plaintiff timely submitted objections to the Special Master's recommendations as to Counts I, II, and III, and defendants responded thereto, the Court heard oral argument on January 5, 2010 and considered the entire matter de novo. Having done so, the Court finds itself in complete agreement with Special Master Capra's thorough and well–reasoned Report and Recommendation and |

| | | hereby adopts it in full and as if incorporated herein. The Court adds only that, while a significant argument might have been made that Count II should also have been dismissed with prejudice, defendants, in their response to plaintiff's objections, expressly disclaimed any objections to the Special Master's recommendation in this regard, see Defs. Resp. at 7 n.6, and accordingly plaintiff will be given until March 5, 2010 to replead Count II. In all other respects, the complaint is dismissed with prejudice. (Signed by Judge Jed S. Rakoff on 1/11/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(rjm) (Entered: 01/12/2010) |
|---|---|---|
| 01/13/2010 | 526 | MOTION for Rachel Korenblat to Withdraw as Attorney *for Robert C. Trosten*. Document filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Hurand, Gates) (Entered: 01/13/2010) |
| 01/13/2010 | 527 | DECLARATION of Rachel Korenblat in Support re: (213 in 1:07–cv–11604–JSR) MOTION for Rachel Korenblat to Withdraw as Attorney.. Document filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Hurand, Gates) (Entered: 01/13/2010) |
| 01/13/2010 | 528 | SPECIAL MASTER ORDER ON BENNETT DEPOSITION. Within thirty ("30") days of the commencement of deposition discovery in any action in the above–referenced litigation in which deposition discovery is currently stayed, including but not limited to, Krys et al. v. Sugrue et al. (08– cv–3086(JSR) and 08–cv–3065(JSR)), Krys v. Aaron (08–cv–7416(JSR)), and Krys et al. v. Butt (08–cv–8267(JSR)), any party seeking a deposition of Phillip R. Bennett in any such action will submit a list of non–exhaustive questions designed to test the invocation of Mr. Bennett's privilege against self–incrimination under the Fifth Amendment of the United States Constitution. Within fourteen ("14") days of receipt of a list of non–exhaustive questions from a party seeking to depose Mr. Bennett, counsel for Mr. Bennett will submit responses to those questions. On receipt of responses from Mr. Bennett's counsel, the Special Master will set a date and time for a conference call and briefing schedule concerning whether any adverse inference may be drawn from Mr. Bennett's invocation of his privilege against self–incrimination. (Signed by Ronald J. Hedges, Special Master on 1/13/10) (rjm). (Entered: 01/14/2010) |
| 01/15/2010 | 529 | SPECIAL MASTER SCHEDULING ORDER ON SEVERANCE MOTION. SPECIAL MASTER RONALD J. HEDGES, following opportunity for counsel to address Plaintiffs intent to move to sever this case from Civil Action 07–MDL–1902, during a conference call with counsel for Plaintiff and Defendant Mayer Brown on January 11, 2010, hereby orders that the motion be briefed as follows: Plaintiffs motion to be filed and served January 29, 2010; Defendant Mayer Brown's opposition to the motion to be filed and served February 12, 2010; Plaintiffs reply to be filed and served February 19, 2010. To the extent the oral argument is necessary on the motion, it shall be set by subsequent Order. Severance Motion due by 1/29/2010. Responses due by 2/12/2010 Replies due by 2/19/2010. (Signed by SPECIAL MASTER RONALD J. HEDGES on 1/13/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–08495–JSR(rjm) (Entered: 01/15/2010) |
| 01/19/2010 | 530 | NOTICE OF DISMISSAL WITH PREJUDICE. Plaintiffs, by and through their undersigned counsel, hereby dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against defendant Christopher Petit with prejudice, with each party to bear its own fees and costs. (Signed by Judge Jed S. Rakoff on 1/18/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 01/20/2010) |
| 01/21/2010 | 531 | MEMORANDUM ORDER. Accordingly, the Court hereby places on hold the motion for preliminary injunction in the expectation that it well may be rendered moot and instructs the Special Master to hold a prompt hearing on the issue of whether the IRE was intended to be part of the XL Policy, and, on the basis thereof, to prepare a new Report and Recommendation on plaintiff's renewed motion for summary judgment. (Signed by Judge Jed S. Rakoff on 1/20/10) Filed |

| | | In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03821–JSR(rjm) (Entered: 01/21/2010) |
|---|---|---|
| 01/21/2010 | <u>532</u> | MEMORANDUM ORDER... The Court adopts the recommendation of the Special Master and orders that the amended Krys complaint be dismissed in its entirety as against defendant PwC Cayman. (Signed by Judge Jed S. Rakoff on 1/20/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 01/21/2010) |
| 01/21/2010 | <u>533</u> | CASE MANAGEMENT ORDER NO. 12. The Court hereby orders that the allocation between the two committees remain equally divided. The parties agree that in monetary terms the amount in dispute is modest. Since the Court will, if appropriate, reallocate the division of contributions at the close of the case, no reason has been suggested to the Court that the amount here in dispute is sufficiently material to warrant changing the arrangements already in place. Likewise, the Court finds unpersuasive the arguments of counsel for the EMF Parties to tamper with the allocations presently in place within the defendants group, which were brought about only after extensive negotiations and have been accepted by almost all defendants. Again, however, the Court emphasizes that the current allocations are subject to subsequent reallocation at the close of the case if warranted. (Signed by Judge Jed S. Rakoff on 1/20/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 01/21/2010) |
| 01/21/2010 | <u>534</u> | ORDER. The Court hereby orders that this Court's January 12, 2010 Order shall apply in each of the above–captioned actions. The Standstill Order entered by Special Master Capra dated December 7, 2009 shall remain in effect with respect to motions to dismiss on any grounds other than those ruled upon in the January 12, 2010 Order. The Clerk of the Court is directed to close the pending motions to dismiss in each of the above referenced cases. in case 1:07–md–01902–JSR; terminating (3) Motion to Dismiss in case 1:09–cv–02929–JSR; terminating (6) Motion to Dismiss; terminating (6) Motion for Summary Judgment in case 1:09–cv–02870–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02930–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02874–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02876–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02872–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02933–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02934–JSR; terminating (7) Motion to Dismiss in case 1:09–cv–02878–JSR; terminating (9) Motion to Dismiss in case 1:09–cv–02879–JSR; terminating (5) Motion to Dismiss in case 1:09–cv–02936–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02882–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02883–JSR; terminating (16) Motion to Dismiss in case 1:09–cv–02887–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02888–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02889–JSR; terminating (7) Motion to Dismiss in case 1:09–cv–02939–JSR; terminating (12) Motion to Dismiss in case 1:09–cv–02894–JSR; terminating (14) Motion to Dismiss in case 1:09–cv–02890–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02895–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02896–JSR; terminating (7) Motion to Dismiss in case 1:09–cv–02897–JSR; terminating (12) Motion to Dismiss; terminating (13) Motion to Dismiss in case 1:09–cv–02898–JSR; vacating (4) Motion to Dismiss in case 1:09–cv–02899–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02900–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02901–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02945–JSR; terminating (8) Motion to Dismiss in case 1:09–cv–02904–JSR; terminating (11) Motion to Dismiss in case 1:09–cv–02946–JSR; terminating (10) Motion to Dismiss in case 1:09–cv–02948–JSR; terminating (5) Motion to Dismiss for Lack of Jurisdiction in case 1:09–cv–02909–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02915–JSR; terminating (5) Motion to Dismiss for Lack of Jurisdiction; terminating (8) Motion to Dismiss for Lack of Jurisdiction in case 1:09–cv–02916–JSR; terminating (7) Motion to Dismiss in case 1:09–cv–02917–JSR; terminating (4) Motion to Dismiss in case |

| | | |
|---|---|---|
| | | 1:09–cv–02919–JSR; terminating (12) Motion to Dismiss in case 1:09–cv–02926–JSR; terminating (4) Motion to Dismiss in case 1:09–cv–02928–JSR. (Signed by Judge Jed S. Rakoff on 1/20/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 01/21/2010) |
| 01/21/2010 | 535 | CASE MANAGEMENT ORDER #13. Pursuant to Case Management Order #11, the time for objections to the bills of the Special Masters for services rendered in December 2009 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 1/21/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 01/22/2010) |
| 01/21/2010 | 536 | MEMORANDUM ORDER. The court adopts the recommendations of the Special Master and orders that the amended complaint be dismissed in its entirety as against the Gibson Dunn defendants and that the claims against these defendants be sent to arbitration. (Signed by Judge Jed S. Rakoff on 1/21/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 01/22/2010) |
| 01/25/2010 | 537 | SPECIAL MASTER SCHEDULING ORDER ON "BAWAG" DISPUTE. IT IS HEREBY ORDERED that the following schedule shall apply: Deadline for BAWAG to produce remaining non–privileged responsive documents (identified in Dechert LLP's letter dated December 24, 2009 to Kellogg, Huber, Hansen, Todd, Evans &Figel, P.L.L.C.): January 31, 2010. Deadline for Thomas H. Lee Funds and Grant Thornton LLP to identify any concerns regarding BAWAG's production requiring resolution by the Special Master and/or to request additional time to attempt to resolve any dispute: March 1, 2010. Responses due by 1/31/2010 (Signed by Ronald Hedges, Special Master on 1/21/10) (rjm) (Entered: 01/25/2010) |
| 01/25/2010 | 538 | SPECIAL MASTER ORDER ON POSSIBLE DISCOVERY DISPUTES. NOW, THEREFORE, if unresolved by the parties, the Possible Discovery Disputes between the Krys Plaintiffs and PricewaterhouseCoopers LLP or Gibson, Dunn &Crutcher LLP, as placed on the agenda for the January 13, 2010 status conference, must be brought to the attention of Special Master Hedges by March 1, 2010. Special Master Hedges will not hear and determine any Possible Discovery Disputes between these parties that are not brought to the attention of the Special Master by March 1, 2010. (Signed by Ronald Hedges, Special Master on 1/20/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 01/25/2010) |
| 01/25/2010 | 539 | RESPONSE in Opposition re: (103 in 1:07–cv–06767–JSR) MOTION to Dismiss *Notice of Motion to Dismiss*., (101 in 1:07–cv–06767–JSR) MOTION to Dismiss *Count One of the Second Amended Complaint*.. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Hansen, Mark) (Entered: 01/25/2010) |
| 01/25/2010 | 540 | DECLARATION of Kevin B. Huff in Opposition re: (103 in 1:07–cv–06767–JSR) MOTION to Dismiss *Notice of Motion to Dismiss*., (101 in 1:07–cv–06767–JSR) MOTION to Dismiss *Count One of the Second Amended Complaint*.. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. (Attachments: # 1 Exhibit 1 Part 1, # 2 Exhibit 1 Part 2, # 3 Exhibit 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Hansen, Mark) (Entered: 01/25/2010) |
| 01/25/2010 | 541 | CASE MANAGEMENT ORDER NO. 14. Pursuant to Case Management Order #3, the next in–court status conference will be held on 3/10/10 at 4:00pm. Items to be added to the agenda for that meeting should be submitted to the Special Masters in accordance with Case Management Order #3. Status Conference set for 3/10/2010 at 04:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 1/25/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 01/26/2010) |
| 01/26/2010 | 552 | TRANSCRIPT of proceedings held on 1/5/10, 3:25pm before Judge Jed S. Rakoff. (rjm) (Entered: 02/04/2010) |

| 01/27/2010 | 542 | SPECIAL MASTER ORDER REVISING SCHEDULE. WHEREAS, the parties agreed that the below pre–trial schedule shall apply to this action. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this action: Submission of expert reports, 2/9/10. Responses to Interrogatories, 2/11/10. Submission of responsive expert reports, 3/19/10. Expert deposition deadline, 4/16/10. Motion for summary judgment, 5/7/10. Opposition to summary judgment, 6/18/10. Reply to summary judgment, 7/23/10. This order shall not affect any trial date set by Judge Rakoff. (Deposition due by 4/16/2010., Motion for Summary Judgment due by 5/7/2010., Replies due by 7/23/2010., Responses due by 6/18/2010) (Signed by Ronald J. Hedges, Special Master on 1/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rjm) (Entered: 01/27/2010) |
|---|---|---|
| 01/27/2010 | 543 | SPECIAL MASTER ORDER RELATED TO 1/19/10 DISCOVERY CONFERENCE CALL REGARDING THE DPM DEFENDANTS SUBPOENA TO STANDARD &POORS. This matter having been opened to the Court by McCarter &English, LLP, attorneys for the DPM Defendants in connection with a subpoena served on Standard &Poors Financial Services LLC, a wholly–owned subsidiary of The McGraw–Hill Companies, Inc. (Son 8/5/09 and the Court having received SObjections dated 1/19/10, and the Court having conducted a telephone conference with counsel for SDPM, and other interested counsel, and good cause appearing, It is on this 26th day of January 2010 Ordered: A) On or before 1/25/10, DPM and SPshall meet and confer; B) On or before 2/19/10, SPshall make a production to DPM consistent with the rulings set forth by Special Master Hedges during the 1/19/10 teleconference; and C) DPM and SPare to report back to Special Master Hedges by 3/9/10 if they cannot agree on the scope of Sproduction. ENDORSEMENT: No dispute on this. Production shall be entertained absent such a report. (Signed by Ronald Hedges, Special Master on 1/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(rjm) (Entered: 01/27/2010) |
| 01/27/2010 | 544 | SPECIAL MASTER ORDER GRANTING EXTENSION OF TIME TO RESPOND TO CONTENTION INTERROGATORIES. Plaintiffs Thomas H. Lee Equity Fund V. L.P., Thomas H. Lee Parallel Fund V, L.P.. and Thomas H. Lee Equity (Cayman) Fund V, L.P. have requested that the time to serve responses and/or objections to contention interrogatories propounded in this action on December 29, 2009 be extended to February 11, 2010. This extension will apply to all parties and will not affect any other deadlines established for this action or any trial dale set by Judge Rakoff. Defendants do not oppose Plaintiffs' request. Plaintiffs' request is GRANTED; and it is hereby ORDERED that the deadline for the parties' responses to contention interrogatories shall be February 11, 2010. (Signed by Judge Unassigned on 1/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 01/27/2010) |
| 01/29/2010 | 545 | ORDER. ORDERED that the Motion (filed April 1, 2009 (Docket Item 567), for partial summary judgment) is hereby removed from the calendar – the Clerk of the Court is directed to close the pending motion; and it is further ORDERED that at the request of either Lead Plaintiffs or the Junior Underwriters, the Motion will be restored to the calendar and a Report and Recommendation will be issued. terminating (567) Motion for Partial Summary Judgment in case 1:05–cv–08626–JSR. (Signed by Daniel J. Capra, Special Master on 1/29/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(rjm) (Entered: 01/29/2010) |
| 01/29/2010 | 546 | SPECIAL MASTER ORDER GRANTING LEAVE TO WITHDRAW: the Motion for Leave to Withdraw Barbara Moses as Counsel for Defendant Robert Trosten is granted, and Barbara Moses is hereby granted leave to withdraw as counsel for Robert Trosten in the above–captioned actions. No further notices shall be given or required of Ms. Moses in the actions, and no documents or other pleadings in the actions shall be served upon Ms. Moses. ORDER granting (656) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:05–cv–08626–JSR; granting (132) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:05–cv–08988–JSR; granting (245) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:06–cv–00643–GEL; granting (143) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:07–cv–08165–JSR; granting (134) Motion to |

| | | |
|---|---|---|
| | | Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:07–cv–08686–JSR; granting (213) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:07–cv–11604–JSR; granting (526) Motion to Withdraw as Attorney. Attorney Barbara Moses terminated in case 1:07–md–01902–JSR. (Signed by Hon. Ronald Hedges, Special Master on 1/29/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(db) (Entered: 01/29/2010) |
| 02/01/2010 | 547 | NOTICE of of Supplemental Submission of the Krys Plaintiffs to Special Master Capra. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2010) |
| 02/01/2010 | 548 | ORDER. This order extends the protection of Federal Rule of Evidence 502 to any document or information, over which there is a dispute as to the application of the attorney–client or work–product privilege, that the Special Master orders disclosed. Such an order from the Special Master will be considered the same as an order from this Court for purposes of Rule 502. (Signed by Judge Jed S. Rakoff on 2/1/10) (rjm) (Entered: 02/02/2010) |
| 02/01/2010 | 553 | TRANSCRIPT of proceedings held on 1/13/10, 6:32pm before Judge Jed S. Rakoff. (rjm) (Entered: 02/04/2010) |
| 02/03/2010 | 549 | ENDORSED LETTER addressed to Judge Jed S. Rakoff from Janice Page dated 11/18/09 re: This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide. ENDORSEMENT: Agreed to. (Signed by Ronald Hedges, Special Master on 11/19/09) (rjm) (Entered: 02/03/2010) |
| 02/03/2010 | 550 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF STANDING. In accordance with the Report above, the Special Master recommends the following with respect to the motions to dismiss by the Defendants with regard to standing: 1. All claims of the Investors should be dismissed with prejudice, because the claims are derivative of those brought by SMFF, and no set of facts can be alleged that would change that determination. 2. The motions to dismiss the claims of PlusFunds that arise from the SPhinX fraud, as defined herein, should be denied, because with respect to that fraud PlusFunds is alleging direct injury and damages independent from those of SMFF. 3. All claims of SPhinX funds other than SMFF should be dismissed with prejudice, because the claims are derivative of those brought by SMFF, and no set of facts can be alleged that would change that determination. 4. All claims of SMFF and PlusFunds that arise from the Refco fraud, as defined herein, should be dismissed without prejudice. Should it finally be determined that the Refco Trustee is barred by the Wagoner doctrine from bringing the claims of RCM – and should the claims of SMFF and PlusFunds not be dismissed on other grounds – it is recommended that the Court at that point revisit the question of standing to bring claims derived from the Refco fraud. re: (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Partners L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, (187 in 1:07–md–01902–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*. filed by Coast Asset Management, LLC, CS Land Management LLC, (171 in 1:08–cv–03065–JSR, 210 in 1:07–md–01902–JSR, 203 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Edward S. Best, Mayer Brown LLP, (228 in 1:07–md–01902–JSR, 185 in 1:08–cv–03065–JSR, 224 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Eric M. Flanagan, EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (155 in 1:08–cv–03065–JSR, 192 in 1:07–md–01902–JSR, 185 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Christopher Pettit Objections to RRdue by 2/22/2010 (Signed by Daniel J. Capra, Special Master on 2/3/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, |

| | | 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR(rjm) (Entered: 02/03/2010) |
|---|---|---|
| 02/04/2010 | 551 | SPECIAL MASTER SCHEDULING ORDER. WHEREAS, on January 18, 2010, the parties submitted a joint letter relating to Plaintiff's request for production of certain documents over which Defendants are asserting attorney−client privilege; WHEREAS, in connection with the joint letter, Defendants submitted the documents at issue to Special Master Hedges for an in camera review; IT IS HEREBY ORDERED that the in camera review will take place on February 16, 2010, at 2:00 p.m. at the New York office of Paul, Weiss, Rifkind, Wharton &Garrison LLP; IT IS HEREBY ORDERED that counsel for each party will be allowed up to five (5) minutes for oral argument prior to the in camera review. (Signed by Special Master Ronald J. Hedges on 2/4/2010) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−07074−JSR(rw) (Entered: 02/04/2010) |
| 02/09/2010 | 554 | CASE MANAGEMENT ORDER #15. The Court has received the bills from the Special Masters for the month of January, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on February 11, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 2/4/10) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 02/09/2010) |
| 02/09/2010 | 555 | SPECIAL MASTER ORDER DIRECTING PAYMENT: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: WHEREAS, on December 24, 2009, Ball Baker Leake LLP issued an invoice in the amount of $3,612.50 for accounting services rendered in the above−captioned action (the Ball Baker Leake Invoice); WHEREAS, on February 1, 2010, the Ball Baker Leake Invoice was circulated to all counsel of record in the above−captioned action, to allow for objections by any party; WHEREAS, the parties to the above−captioned action were permitted seven (7) calendar days to object to the Ball Baker Leake Invoice; WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master; NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Special Master Ronald J. Hedges on 2/9/2010) (rw) (Entered: 02/09/2010) |
| 02/09/2010 | 556 | NOTICE of of Submission of Response by the Krys Plaintiffs to the DPM Defendants' Supplemental Submission to Special Master Capra. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exhibit A (Part 1 of 3), # 2 Exhibit A (Part 2 of 3), # 3 Exhibit A (Part 3 of 3))Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR(Molton, David) (Entered: 02/09/2010) |
| 02/09/2010 | 557 | NOTICE of Submission of Supplemental Authority to Special Master Capra. Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(Anker, Philip) (Entered: 02/09/2010) |
| 02/12/2010 | 558 | NOTICE OF CHANGE OF ADDRESS by James J. Capra, Jr on behalf of PricewaterhouseCoopers LLP, Pricewaterhousecoopers L.L.P.. New Address: King &Spalding LLP, 1185 Avenue of the Americas, New York, New York, USA 10036, 212−556−2178. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Capra, James) (Entered: 02/12/2010) |
| 02/12/2010 | 559 | NOTICE OF CHANGE OF ADDRESS by James J. Capra, Jr on behalf of Mari Ferris. New Address: King &Spalding LLP, 1185 Avenue of the Americas, New York, New York, USA 10036, 212−556−2178. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Capra, James) (Entered: 02/12/2010) |

| | | |
|---|---|---|
| 02/12/2010 | 560 | NOTICE OF CHANGE OF ADDRESS by James P. Cusick on behalf of PricewaterhouseCoopers LLP, Mari Ferris, Pricewaterhousecoopers L.L.P.. New Address: King &Spalding LLP, 1185 Avenue of the Americas, New York, New York, USA 10036, 212−556−2179. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Cusick, James) (Entered: 02/12/2010) |
| 02/12/2010 | 561 | ORDER REGARDING SERVICE OF FOREIGN DEFENDANTS. This matter having come before the court on the Motion of Plaintiff, George L. Miller, Trustee for the Estate of Suffolk, LLC. seeking Nunc Pro Tunc Authorization Pursuant to FRCP Rule 4(f)(3) to Serve Foreign Defendants by First Class Mail, and there appearing good cause, it is hereby: ORDERED that service by first class mail is authorized pursuant to Fed. R.Civ. P. 4(f)(3) for the Defendants in the cases captioned above; and it is further ORDERED that the deadline to effectuate service on the above−captioned defendants is extended from July 11, 2009 to a date to be determined; and it is further ORDERED that service need not be made until the Standstill Order in place in the above referenced Multidistrict Litigation is expired or replaced. The Special Master notes that service by mail under Rule 4(f)(3) "is neither a 'last resort' nor 'extraordinary relief.' It is merely one means among several which enables service of process on an international defendant." Rio Properties, Inc. v. Rio Intern. Interlink, 284 F.3d 1007, 1014−15 (9th Cir. 2002). No determination has been made in any individual case as to whether service by mail is "prohibited by international agreement." See Rule 4(f)(3). Any argument to that effect can be raised at a later date. The Clerk of the Court is directed to close the pending motions to authorize foreign service in all the above−referenced cases. in case 1:07−md−01902−JSR; granting (3) Motion to Serve in case 1:09−cv−02867−JSR; granting (3) Motion to Serve in case 1:09−cv−02868−JSR; granting (4) Motion to Serve in case 1:09−cv−02871−JSR; granting (3) Motion to Serve in case 1:09−cv−02940−JSR; granting (3) Motion to Serve in case 1:09−cv−02949−JSR; granting (3) Motion to Serve; granting (4) Motion to Serve in case 1:09−cv−02950−JSR; granting (3) Motion to Serve in case 1:09−cv−02951−JSR; granting (3) Motion to Serve in case 1:09−cv−02952−JSR; granting (3) Motion to Serve in case 1:09−cv−02953−JSR; granting (3) Motion to Serve in case 1:09−cv−02954−JSR; granting (3) Motion to Serve in case 1:09−cv−02955−JSR; granting (3) Motion to Serve in case 1:09−cv−02956−JSR; granting (3) Motion to Serve in case 1:09−cv−02957−JSR; granting (3) Motion to Serve in case 1:09−cv−02958−JSR; granting (3) Motion to Serve in case 1:09−cv−02924−JSR; granting (4) Motion to Serve in case 1:09−cv−02925−JSR. (Signed by Daniel J. Capra, Special Master on 2/12/10) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 02/16/2010) |
| 02/16/2010 | 562 | ORDER. Pending before the Court for approval is the proposed settlement between the Securities and Exchange Commission (the "S.E.C.") and Mr. Collins and the corresponding proposed Consent Judgment. After hearing orally from counsel on January 13, 2010, the Court deferred action until after Judge Patterson had sentenced Mr. Collins in the parallel criminal case and had determined the amount of restitution, if any, to be paid in that case. On January 14, 2010, Judge Patterson sentenced Collins to seven years imprisonment, but deferred determining restitution (which applicable law permits him to do for up to 90 days). Subsequently, the Court received written notification of this from the parties. In addition, counsel for the S.E.C., in a very interesting and erudite letter dated January 19, 2010, argued that imposition of a penalty in the instant case would not be appropriate even if no restitution were imposed, since, he argued, the penalty could not be distributed to the victims under the Fair Funds provision of the Sarbanes−Oxley Act. However, counsel for one of the lead plaintiffs in the parallel class action brought by the victims then submitted an equally interesting and erudite letter, dated January 26, 2010, arguing to the contrary. Under these circumstances, it seems to the Court that, at a minimum, it should defer any further action on the proposed settlement until Judge Patterson determines what amount of restitution, if any, he is going to order in the criminal case. Accordingly, the parties are directed to inform this Court, in writing, as soon as Judge Patterson has made that determination. (Signed by Judge Jed S. Rakoff on 2/13/10) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−11343−JSR(rjm) (Entered: 02/16/2010) |

| 02/16/2010 | 563 | RESPONSE – *Letter to Prof. Daniel Capra, Special Master, from Mitchell A. Karlan re the issue of causation.* Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Email from the Special Master Granting Permission to File Letter)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 02/16/2010) |
|---|---|---|
| 02/16/2010 | 564 | Objection re: (321 in 1:08–cv–03065–JSR, 389 in 1:08–cv–03086–JSR, 550 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,,, *LIMITED OBJECTION OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON STANDING.* Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 02/16/2010) |
| 02/16/2010 | 565 | Objection */Supplemental Limited Objection Of PwC And Mari Ferris To The Report And Recommendation Of The Special Master On The Omnibus Issue Of Standing.* Document filed by PricewaterhouseCoopers LLP, Mari Ferris. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Craner, Matthew) (Entered: 02/16/2010) |
| 02/16/2010 | 566 | Objection re: (94 in 1:08–cv–07416–JSR, 50 in 1:08–cv–08267–JSR, 321 in 1:08–cv–03065–JSR, 389 in 1:08–cv–03086–JSR, 550 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,,,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 02/16/2010) |
| 02/16/2010 | 567 | Objection re: (94 in 1:08–cv–07416–JSR, 50 in 1:08–cv–08267–JSR, 321 in 1:08–cv–03065–JSR, 389 in 1:08–cv–03086–JSR, 550 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,,, *:Defendants' Lilmted Objection to the Report and Recommendation of the Special Master on The Omnibus Issue of Standing.* Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 02/16/2010) |
| 02/16/2010 | 568 | DECLARATION of Jeremy S. Winer, Esq. re: (567 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion)., DECLARATION of Jeremy S. Winer, Esq. in Support re: (567 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 02/16/2010) |
| 02/16/2010 | 569 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 02/16/2010) |
| 02/18/2010 | 570 | NOTICE of the Loan Participants' Submission to Special Master Capra of a Supplemental Submission Concerning the Deposition Testimony of Santo Maggio in Further Support of Their Respective Motions to Dismiss the Amended Complaint re: (388 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other). Document filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan, Ingram |

| | | |
|---|---|---|
| | | Micro, Inc., CIM Ventures, Inc. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Tortorella, John) (Entered: 02/18/2010) |
| 02/19/2010 | 571 | MEMORANDUM OF LAW in Opposition *to the Krys Plaintiffs' Supplemental Submission Concerning the Deposition Testimony of Santo Maggio*. Document filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(Rosenberg, Benjamin) (Entered: 02/19/2010) |
| 02/23/2010 | 572 | CASE MANAGEMENT ORDER #16. Pursuant to Case Management Order #15, the time for objections to the bills of the Special Masters for services rendered in January 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 2/22/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 02/23/2010) |
| 02/26/2010 | 573 | Objection *Limited Supplemental Response of PwC and Mari Ferris to Plaintiffs' Objection to Report and Recommendation of Special Master Capra on the Omnibus Issue of Standing*. Document filed by PricewaterhouseCoopers LLP, Mari Ferris. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Craner, Matthew) (Entered: 02/26/2010) |
| 02/26/2010 | 574 | RESPONSE re: (100 in 1:08–cv–07416–JSR, 566 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *Robert Aaron's Response to Plaintiffs' Objections to the Report and Recommendation of the Special Master on the Omnibus Issue of Standing*. Document filed by Robert Aaron. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Stein, Elliott) (Entered: 02/26/2010) |
| 02/26/2010 | 575 | RESPONSE re: (400 in 1:08–cv–03086–JSR, 567 in 1:07–md–01902–JSR, 101 in 1:08–cv–07416–JSR, 56 in 1:08–cv–08267–JSR, 331 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), (53 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion), (564 in 1:07–md–01902–JSR, 328 in 1:08–cv–03065–JSR, 397 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), (565 in 1:07–md–01902–JSR, 99 in 1:08–cv–07416–JSR, 329 in 1:08–cv–03065–JSR, 398 in 1:08–cv–03086–JSR, 54 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion), (98 in 1:08–cv–07416–JSR) Objection (non–motion), (97 in 1:08–cv–07416–JSR) Objection (non–motion), Objection (non–motion) */Plaintiffs' Response to Objections to Report and Recommendation of Special Master Capra on the Omnibus Issue of Standing*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 02/26/2010) |
| 02/26/2010 | 576 | RESPONSE re: (330 in 1:08–cv–03065–JSR, 399 in 1:08–cv–03086–JSR, 100 in 1:08–cv–07416–JSR, 55 in 1:08–cv–08267–JSR, 566 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *(Defendants' Response to Plaintiffs' Objection to Report and Recommendation of Special Master Capra on the Omnibus Issue of Standing)*. Document filed by JP Morgan Chase &Co., Bank Of America Securities LLC, Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 02/26/2010) |
| 02/26/2010 | 577 | DECLARATION of Jeremy S. Winer in Support re: (62 in 1:08–cv–08267–JSR, 108 in 1:08–cv–07416–JSR, 407 in 1:08–cv–03086–JSR, 339 in 1:08–cv–03065–JSR, 576 in 1:07–md–01902–JSR) Response,.. Document filed by Banc of America Securities LLC, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C (Part 1 of 3), #4 Exhibit C (Part 2 of 3), #5 Exhibit C (Part 3 of 3), #6 Exhibit |

| | | |
|---|---|---|
| | | D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 02/26/2010) |
| 03/02/2010 | 578 | ORDER OF WITHDRAWAL OF ATTORNEY. IT IS ORDERED that David E. Mollon is withdrawn as counsel for Defendants Grant Thornton LLP and Mark Ramler in the above–captioned actions. The Clerk of the Court is directed to terminate Mr. Mollon as counsel of record in each of the above–captioned actions, and no further notices, documents or pleadings shall be served upon him. Catherine Joyce and Beth Tagliamonti will replace Mr. Mollon on any and all committees on which he served in connection with the above–captioned actions. Attorney Catherine W. Joyce for Grant Thornton LLP, Mark Ramler and Beth Ann Tagliamonti for Grant Thornton LLP, Mark Ramler, added. Attorney David Emilio Mollon terminated. (Signed by Ronald Hedges, Special Master on 2/26/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/02/2010) |
| 03/02/2010 | 579 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF PRIMARY VIOLATIONS BY REFCO. In accordance with the Report above, the Special Master recommends the following rulings with respect to the Plaintiffs' allegations of primary violations by Refco: 1. The Plaintiffs have sufficiently alleged that SMFF had a right to have its excess cash segregated in accounts at Refco LLC. 2. The Plaintiffs have sufficiently alleged that the transfer of SMFF excess cash from Refco LLC to RCM was unauthorized and wrongful. 3. The Plaintiffs have sufficiently alleged that Refco committed the primary wrong of fraud with regard to the SphinX fraud. 4. The Plaintiffs have sufficiently alleged that Refco committed the primary wrong of fraud with regard to the Refco fraud. 5. The Plaintiffs have sufficiently alleged that Refco breached a fiduciary duty owed to SPhinX and PlusFunds through its actions related to the transfer of SMFF excess cash from Refco LLC to RCM. The fiduciary duty is established by the right to segregation and by a relationship of trust and confidence. 6. The Plaintiffs have sufficiently alleged that Refco breached a fiduciary duty owed to Sphinx and PlusFunds by diverting SMFF excess cash from RCM. This fiduciary duty is established by a relationship of trust and confidence. 7. The Plaintiffs have failed to sufficiently allege that Refco owed a fiduciary duty on the basis of a joint venture or operation within the zone of insolvency. 8. The Plaintiffs have sufficiently alleged that Refco converted the SMFF excess cash. If these rulings are accepted, they will of course have an effect on the motions to dismiss many of the counts in the Complaints. At this point, however, it does not seem efficient to engage in a count–by–count analysis. Most of the counts affected are aiding and abetting counts, and the effect of these rulings on those counts should await a determination of the validity of the claims for aiding and abetting. re: (68 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Mayer Brown LLP, (169 in 1:08–cv–03086–JSR) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint*. filed by Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co., Bank of America Securities LLC, (167 in 1:08–cv–03065–JSR, 203 in 1:07–md–01902–JSR, 196 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Mari Ferris, Pricewaterhousecoopers L.L.P., (149 in 1:08–cv–03065–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*. filed by Coast Asset Management, LLC, CS Land Management LLC, (244 in 1:08–cv–03086–JSR, 240 in 1:07–md–01902–JSR, 197 in 1:08–cv–03065–JSR) MOTION to Dismiss. filed by Brian Owens, Mark Kavanagh, (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Partners L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, (187 in 1:07–md–01902–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint*. filed by Coast Asset Management, LLC, CS Land Management LLC, (164 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc*. filed by CIM Ventures, Inc, Ingram Micro, Inc., (134 in 1:08–cv–03086–JSR) Amended Complaint,,,,,,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (160 in 1:08–cv–03065–JSR) MOTION to Dismiss. filed by Bunk Fur |

Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengeselehaft, (34 in 1:08–cv–07416–JSR, 206 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Robert Aaron, (171 in 1:08–cv–03065–JSR, 210 in 1:07–md–01902–JSR, 203 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Edward S. Best, Mayer Brown LLP, (192 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Tone Grant, (173 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.* filed by Coast Asset Management, LLC, CS Land Management LLC, (228 in 1:07–md–01902–JSR, 185 in 1:08–cv–03065–JSR, 224 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Eric M. Flanagan, EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (183 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Amended Complaint.* filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (386 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by David A. Donnuni, (161 in 1:08–cv–03065–JSR, 199 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Tone Grant, (20 in 1:08–cv–08267–JSR) MOTION to Dismiss */ Defendant Richard Butt's Notice of Motion To Dismiss Plaintiffs' Amended Complaint.* filed by Richard Butts, (469 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (48 in 1:08–cv–07416–JSR) MOTION to Dismiss *(correction of Document #33).* MOTION to Dismiss *(correction of Document #33).* filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (18 in 1:08–cv–08267–JSR) Amended Complaint,, filed by Kenneth M. Krys, Christopher Stride, (115 in 1:08–cv–03065–JSR) Amended Complaint,,,,,,, filed by Kenneth M. Krys, Kenneth M Krys, James P. Sinclair, Christopher Stride, (155 in 1:08–cv–03065–JSR, 192 in 1:07–md–01902–JSR, 185 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Christopher Pettit, (193 in 1:07–md–01902–JSR) MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint.* filed by J.P. Morgan Securities, Inc., Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, (220 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XIV and XVI of The Amended Complaint.* filed by Dennis Klejna, (199 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Grant Thornton LLP, Mark Ramler, (380 in 1:07–md–01902–JSR) MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss the Complaint.* filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (182 in 1:08–cv–03065–JSR) MOTION to Dismiss *Counts XIV and XVI Of The Amended Complaint.* filed by Dennis Klejna Objections to RRdue by 3/19/2010 (Signed by Daniel J. Capra, Special Master on 3/1/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(rjm) (Entered: 03/03/2010)

| 03/03/2010 | 580 | CASE MANAGEMENT ORDER NO. 17. The Court has received the bills from the Special Masters for the month of February, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on March 9, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 3/2/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/03/2010) |
| 03/04/2010 | 581 | AGENDA CONFERENCE OF MARCH 10, 2010 In re REFCO SECURITIES LITIGATION. I. ORAL ARGUMENT ON SPECIAL MASTER CAPRAS REPORT &RECOMMENDATION REGARDING STANDING IN THE KRYS ACTIONS (2:30 p.m.). II. STATUS OF CERTIFICATION QUESTION BEFORE NY COURT OF APPEALS. III. STATUS OF DISPOSITIVE MOTIONS BEFORE SPECIAL MASTER CAPRA. IV. RESOLUTION OF ANY OPEN NON–DISPOSITIVE MOTIONS/DISPUTES. (a) MOTION TO CONSOLIDATE MILLER ACTIONS. (b) DPM AND S(c) BAWAG, THL FUNDS AND GRANT THORNTON. (d) STATUS OF PRIVILEGE MOTION TAKEN UNDER ADVISEMENT BY SPECIAL MASTER HEDGES. (e) ANY OTHERS? V. CONFIRMATION OF NO NEW DISCOVERY DISPUTES. (rjm) (Entered: 03/04/2010) |

| 03/05/2010 | 582 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/05/2010) |
|---|---|---|
| 03/08/2010 | 583 | ORDER. IT IS HEREBY ORDERED THAT: the Trustee shall file one (1) copy of the Amended Complaint with the Clerk of this Court in the Refco MDL, 07–MDL No. 1902 (JSR); IT IS FURTHER ORDERED THAT the Trustee shall not be required to file a copy of the Amended Complaint with the Clerk of this Court under any of the remaining above captioned civil action numbers. Relevant to civil cases listed in this Order. (Signed by Judge Jed S. Rakoff on 3/5/10) (rjm) (Entered: 03/08/2010) |
| 03/09/2010 | 584 | NOTICE OF APPEARANCE by Ruth Anne Braun on behalf of Grant Thornton LLP Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08686–JSR, 1:07–cv–11604–JSR, 1:08–cv–09810–JSR(Braun, Ruth) (Entered: 03/09/2010) |
| 03/09/2010 | 585 | NOTICE OF APPEARANCE by Ruth Anne Braun on behalf of Mark Ramler, Grant Thornton LLP Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Braun, Ruth) (Entered: 03/09/2010) |
| 03/11/2010 | 586 | ORDER: Whereas, the parties agreed that the below pre–trial schedule shall apply to this action. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this action. Submission of responsive expert reports 4/2/10. Expert deposition deadline 5/21/10. Motion for summary judgment 6/11/2010. Opposition to summary judgment 7/30/10. Reply to summary judgment 9/10/10. This order shall not affect any trial date set by Judge Rakoff. (Signed by Special Master Ronald J. Hedges on 3/10/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rw) (Entered: 03/11/2010) |
| 03/11/2010 | 587 | ORDER REGARDING CONSOLIDATION OF MILLER ACTIONS. It is hereby Ordered that the above captioned cases shall be consolidated and administered under case number 09–Civ–2866. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/12/2010) |
| 03/12/2010 | 588 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/12/2010) |
| 03/12/2010 | 589 | Objection re: (342 in 1:08–cv–03065–JSR, 579 in 1:07–md–01902–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,,,, *Limited Objection of Defendants Mark Kavanagh and Brian Owens to the Special Master's Report and Recommendation on Primary Violation*. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 03/12/2010) |
| 03/12/2010 | 590 | Objection re: (111 in 1:08–cv–07416–JSR, 579 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,, *Limited Objection of the DPM Defendants and Robert Aaron to the Report and Recommendation of the Special Master on the Omnibus Issue of Primary Violations by Refco*. Document filed by Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, LLC, Robert Aaron, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., Bank of New York Mellon Corporation. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Stein, Elliott) (Entered: 03/12/2010) |
| 03/12/2010 | 591 | Objection re: (111 in 1:08–cv–07416–JSR, 342 in 1:08–cv–03065–JSR, 579 in 1:07–md–01902–JSR, 64 in 1:08–cv–08267–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,,, */Redacted Version of the Krys Plaintiffs' Limited Objection to the Report and Recommendation of Special Master Capra on the Omnibus of Primary Violations by Refco*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 03/12/2010) |

| 03/12/2010 | 592 | Objection re: (64 in 1:08–cv–08267–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,,,, /Defendant Richard Butt's Supplemental Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of Primary Violations by Refco. Document filed by Richard Butts. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(Lorenzo, Alexander) (Entered: 03/12/2010) |
|---|---|---|
| 03/12/2010 | 593 | Objection re: (111 in 1:08–cv–07416–JSR, 342 in 1:08–cv–03065–JSR, 579 in 1:07–md–01902–JSR, 64 in 1:08–cv–08267–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,, of The Bank Defendants, Grant Thornton Defendants, PwC Defendants, THL Defendants, Mayer Brown Defendants, Loan Participant Defendants, BAWAG, Dennis Klejna and Richard Butt. Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC, Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 03/12/2010) |
| 03/12/2010 | 594 | Objection re: (342 in 1:08–cv–03065–JSR, 579 in 1:07–md–01902–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,, / THL Defendants' Objection to Report and Recommendations of the Special Master on Primary Violations. Document filed by Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity Fund V, L.P., David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 03/12/2010) |
| 03/15/2010 | 595 | NOTICE OF APPEARANCE by Beth Ann Tagliamonti on behalf of Grant Thornton LLP Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08686–JSR, 1:07–cv–11604–JSR(Tagliamonti, Beth) (Entered: 03/15/2010) |
| 03/16/2010 | 596 | Objection re: (342 in 1:08–cv–03065–JSR, 579 in 1:07–md–01902–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master,,,,,,,,,,,,,,,,,,,,,,,, Corrected Version of THL Defendants' Objection to Report and Recommendation of the Special Master on Primary Violations. Document filed by Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity Fund V, L.P., David V. Harkins, Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V. LLC, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkings, Scott A. Schoen, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 03/16/2010) |
| 03/18/2010 | 597 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendants Edward J. Kata and Lorraine Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02896–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02896–JSR(rjm) Modified on 3/18/2010 (rjm). Modified on 3/18/2010 (rjm). (Entered: 03/18/2010) |
| 03/18/2010 | 598 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Bradd Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in |

| | | |
|---|---|---|
| | | case 1:09–cv–02876–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02876–JSR(rjm) Modified on 3/18/2010 (rjm). (Entered: 03/18/2010) |
| 03/18/2010 | 599 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Edward J. Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02895–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02895–JSR(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 600 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Glenn Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02901–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02901–JSR(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 601 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Gregg Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02904–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02904–JSR(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 602 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Scott Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02934–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02934–JSR(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 603 | ORDER GRANTING MOTION TO SUBSTITUTE BAKER BOTTS L.L.P. AS ATTORNEYS OF RECORD. Upon the Motion of Defendants Edward J. Kata and Lorraine Kata to substitute Baker Botts L.L.P. as attorneys of record, IT IS on this 10th day of March, 2010 HEREBY ORDERED THAT Baker Botts L.L.P. is substituted as attorneys of record for Defendant Todd Kata in the above–captioned case. in case 1:07–md–01902–JSR; granting (7) Motion to Substitute Attorney. in case 1:09–cv–02945–JSR. (Signed by Ronald Hedges, Special Master on 3/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02945–JSR(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 604 | CASE MANAGEMENT ORDER #18. Pursuant to Case Management Order #17, the time for objections to the bills of the Special Masters for services rendered in February 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 3/16/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/18/2010) |
| 03/18/2010 | 605 | NOTICE of Stipulation (filed per Special Master). Document filed by Mark Ramler, Grant Thornton LLP. (Koo, Calvin) (Entered: 03/18/2010) |
| 03/18/2010 | 606 | NOTICE of Stipulation re Authenticity and Admissibility (filed per Special Master). Document filed by Mark Ramler, Grant Thornton LLP. (Koo, Calvin) (Entered: 03/18/2010) |

| 03/19/2010 | [607](#) | CASE MANAGEMENT ORDER NO. 19. Pursuant to Case Management Order #3, the next in–court status conference would normally be scheduled for May 12, 2010 at 4:00 p.m. However, the Court is unavailable on that date, and therefore the next conference will be held on Thursday, May 13, 2010 at 4:00 p.m. Status Conference set for 5/13/2010 at 04:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 3/18/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/19/2010) |
| 03/19/2010 | 608 | TRANSCRIPT of proceedings held on March 10, 2010 at 3:30 pm before Judge Jed S. Rakoff. (eef) (Entered: 03/19/2010) |
| 03/19/2010 | 609 | TRANSCRIPT of proceedings held on March 10, 2010 4:30 p.m. before Judge Jed S. Rakoff. (ajc) (Entered: 03/22/2010) |
| 03/22/2010 | [610](#) | RESPONSE re: (596 in 1:07–md–01902–JSR, 349 in 1:08–cv–03065–JSR, 417 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) /*The Krys Plantiffs' Response to the Defendants' Objection to Report and Recommendation of the Special Master on Primary Violations*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 03/22/2010) |
| 03/22/2010 | [611](#) | RESPONSE re: (589 in 1:07–md–01902–JSR, 413 in 1:08–cv–03086–JSR, 345 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion) /*The Krys Plaintiffs' Response to the Limited Objection of Defendants Mark Kavanagh and Brian Owens to the Special Master's Report and Recommendation on Primary Violation*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: # [1](#) Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 03/22/2010) |
| 03/22/2010 | [612](#) | RESPONSE re: (415 in 1:08–cv–03086–JSR, 347 in 1:08–cv–03065–JSR, 593 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) – *RESPONSE OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE OBJECTION OF THE BANK DEFENDANTS, THL DEFENDANTS, MAYER BROWN DEFENDANTS, LOAN PARTICIPANT DEFENDANTS, BAWAG, DENNIS KLENJA AND RICHARD BUTT TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON PRIMARY VIOLATIONS BY REFCO*. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 03/22/2010) |
| 03/22/2010 | [613](#) | RESPONSE re: (346 in 1:08–cv–03065–JSR, 66 in 1:08–cv–08267–JSR, 414 in 1:08–cv–03086–JSR, 591 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) /*RESPONSE OF THE BANK DEFENDANTS, THL DEFENDANTS, GRANT THORNTON DEFENDANTS, PWC DEFENDANTS, MAYER BROWN DEFENDANTS, LOAN PARTICIPANT DEFENDANTS, BAWAG, DENNIS KLEJNA, AND RICHARD BUTT TO THE KRYS PLAINTIFFS LIMITED OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON PRIMARY VIOLATIONS BY REFCO*. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 03/22/2010) |
| 03/22/2010 | [614](#) | RESPONSE re: (68 in 1:08–cv–08267–JSR, 347 in 1:08–cv–03065–JSR, 115 in 1:08–cv–07416–JSR, 415 in 1:08–cv–03086–JSR, 593 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by James P. Sinclair, Christopher Stride, Christopher Stride, James P. Sinclair, James P. Sinclair, Christopher Stride, Christopher Stride, Christopher Stride, Christopher Stride. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit |

| | | C, #5 Exhibit D, #5 Exhibit E, #6 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 03/23/2010) |
|---|---|---|
| 03/23/2010 | 615 | SEALED DOCUMENT placed in vault.(jri) (Entered: 03/23/2010) |
| 03/24/2010 | 616 | RESPONSE re: (593 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *Corrected, Redacted version of the Krys Plaintiffs' Response to Defendants' Objection to Report and Recommendation of the Special Master on Primary Violations by Refco*. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 03/24/2010) |
| 03/24/2010 | 617 | AFFIDAVIT OF SERVICE. Service was made by Mail. Document filed by George Miller. Filed In Associated Cases: 1:07–md–01902–JSR et al.(Karapelou, Dimitri) (Entered: 03/24/2010) |
| 03/25/2010 | 618 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/25/2010) |
| 03/26/2010 | 619 | ORDER REGARDING UNSEALING OF AMENDED COMPLAINT. It is hereby ordered that the Plaintiff shall, on March 31, 2010, file the unredacted version of the Amended Complaint with the Clerk of the Court. (Signed by Ronald Hedges, Special Master on 3/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(rjm) (Entered: 03/26/2010) |
| 03/26/2010 | | Set Deadlines/Hearings: Amended Pleadings due by 3/31/2010. Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(rjm) (Entered: 03/26/2010) |
| 03/31/2010 | 620 | ORDER: The Court hereby orders that the complaint in the above captioned case (09–cv–2866) be unsealed. (Signed by Judge Jed S. Rakoff on 3/31/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02886–JSR(db) (db). Modified on 4/13/2010 (db). (Entered: 03/31/2010) |
| 03/31/2010 | 621 | STIPULATION AND JUDGMENT OF DISMISSAL as against defendant PricewaterhouseCoopers (Cayman Islands) ("PwC Cayman"). (Signed by Judge Jed S. Rakoff on 3/30/10) (Attachments: #1 notice of right to appeal)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ml) (Entered: 03/31/2010) |
| 03/31/2010 | | Transmission to Sealed Records Clerk. Transmitted re: (620 in 1:07–md–01902–JSR) Order, (35 in 1:09–cv–02866–JSR) Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(db) (Entered: 03/31/2010) |
| 03/31/2010 | 622 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for (342 in 1:08–cv–03065–JSR, 410 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR) Motion to Dismiss, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Partners L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, (164 in 1:08–cv–03086–JSR) Motion to Dismiss filed by CIM Ventures, Inc, Ingram Micro, Inc., (321 in 1:08–cv–03065–JSR, 389 in 1:08–cv–03086–JSR) Report and Recommendations – Special Master (160 in 1:08–cv–03086–JSR) Motion to Dismiss filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (183 in 1:08–cv–03086–JSR) Motion to Dismiss filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (185 in 1:08–cv–03065–JSR) Motion to Dismiss, filed by Eric M. Flanagan, EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (203 |

| | | |
|---|---|---|
| | | in 1:08−cv−03086−JSR) Motion to Dismiss filed by Edward S. Best, Mayer Brown LLP, (155 in 1:08−cv−03086−JSR, 185 in 1:08−cv−03086−JSR) Motion to Dismiss, filed by Christopher Pettit, (220 in 1:08−cv−03086−JSR) Motion to Dismiss filed by Dennis Klejna, (199 in 1:08−cv−03086−JSR) Motion to Dismiss filed by Grant Thornton LLP, Mark Ramler, (182 in 1:08−cv−03065−JSR) Motion to Dismiss filed by Dennis Klejna (Signed by Judge Jed S. Rakoff on 3/31/2010) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR(ad) (Entered: 04/02/2010) |
| 03/31/2010 | 690 | AMENDED COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. 544, 548 AND 550 AND NY DCL 270 ET SEQ. against B. Douglas Morris, John S. Wehrle, HF Investments AG, PF Representative LLC, Terrence Williams, Warne Worldwide, Brera Capital Partners, LLC, Adam N. Lyle, Allene Chung, Andrew B. Douglass, Andre Perold, Andrew Molloy, Bradd Kata, Carole Scheidt Nystrom, TTE, Milestone Venture Partners, Charles B. Hintz, Christian Faber, Christopher Rose, Christopher Suan, Christopher Welch, Connie Hsu, CSFB, Daniel Lehmann, David Cody, The Suan Family Irrevocable Children's Trust, Capgemini U.S., LLC, David Donnini, David Salle, Diego Winegardner, Don Murphy, Edgar D. Jannotta, Jr, Edward J. Kata, Lorraine Kata, Donald J. Edwards, Frederick W. Gluck, Frederick W. Gluck, Jr., Glenn Kata, Greg Papajohn, Susan Gluck, Gregg Kata, Harry David Precheur, Harry Shaw, Hugh Allen, Ilo Liu, Innovation Investments, LLC, James Lynch, James Murray, III, Jayme Colter, Jeffrey Weiss, Jill Weiss, Jennifer Knight, Joel Press, John E. Koretz, Joshua Mailman, Taran J. Davis, TRUST UAD 12/29/86, Kingdom Associates, Kingdom Partners, Kingdom Family Partnership, M. Kingdon Offshore NV, LAB Morgan Corporation, Lisa Gluck, ML IBK Positions, Inc., Murray Capital, Nicolas J Williams, ODS Holdings, Ltd., Philip A. Canfield, Profit Sharing Plan, Suzanne Lehmann, Randall Yanker TTEE, Randall Yanker, Robert Hill, Robert Suan, Rodney Yanker, Ronald W. Farmer, Scott Kata, stephen freidheim, Steve Shulman, Susan Haery Staisil, Taran J. Davies, Calpurnia Capital Partners, L.L.C., Christopher Sugrue, Cliff DeSouzza, Ulf Hjelm, Koch Ventures, Inc., Peachtree Equity Partners, L.P., Todd Kata, Vincent J. Hemmer, Walter Noel, Jr, William Kessinger, Cameron Highlands, Capital Structure Arbitrage Funding, Ltd., Gryphon Holdings, L.P., David Brown, Excolator, Gad Corp., Greenview Investments, Inc., Hatem El Naser, Kenneth Shen, Seneca, Inc., Summerland Ltd., PF Saleco LLC, Gryphon Holdings II, LLP, SMS Securities AG, Bruce Rauner, Charles Dill, Donald Rosenfeld, Michael Donahue. Document filed by George Miller. This Document entered as Doc. No. 37 in Case No. 09−2866. Filed pursuant to unsealing Order dated 3/31/10 (Doc. No. 35 in 09−2866; Doc. No. 620 in Case No. 07md1902) which unsealed Amended Complaint in envelope Doc. No. 582 filed in Case No. 07md1902.(rjm) (Additional attachment(s) added on 4/22/2010: # 1 Amended Complaint Part 2 of 2) (rjm). (Entered: 04/22/2010) |
| 04/02/2010 | 623 | NOTICE of CHANGE OF FIRM NAME. Document filed by Marc S. Kirschner. (Rand, Sascha) (Entered: 04/02/2010) |
| 04/05/2010 | 624 | CASE MANAGEMENT ORDER #20, the Court has received the bills from the Special Masters for the month of March, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on 4/9/10. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 4/2/10) Filed In Associated Cases: 1:07−md−01902−JSR et al.(cd) (Entered: 04/05/2010) |
| 04/05/2010 | 625 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for (117 in 1:07−cv−07924−JSR) Motion for Reconsideration, filed by Axis Reinsurance Company, (142 in 1:07−cv−07924−JSR) Report and Recommendations − Special Master. The Court hereby adopts by reference the Report and Recommendation, grants the motion for reconsideration, and denies the motion for partial summary judgment and the request for attorneys' fees and costs. (Signed by Judge Jed S. Rakoff on 4/2/10) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−07924−JSR(cd) (Entered: 04/05/2010) |

| 04/05/2010 | 626 | AFFIDAVIT OF SERVICE. Service was made by Mail. Document filed by George Miller. Filed In Associated Cases: 1:07–md–01902–JSR et al.(Karapelou, Dimitri) (Entered: 04/05/2010) |
|---|---|---|
| 04/06/2010 | 627 | ORDER RESPECTING BRIEFING ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: 1. Lead Plaintiffs' opening brief in support of their motion for class certification shall not exceed 40 pages; Defendants' opposition brief shall not exceed 40 pages; and Lead Plaintiffs' reply brief shall not exceed 30 pages.2. Lead Plaintiffs shall file their motion as currently scheduled on April 9, 2010; Defendants shall file their opposition by May 21,2010; and Lead Plaintiffs shall file their reply papers by June 28, 2010. (Motions due by 4/9/2010. Replies due by 6/28/2010. Responses due by 5/21/2010) (Signed by Special Master, Daniel J. Capra on 4/6/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(db) (Entered: 04/06/2010) |
| 04/12/2010 | 628 | DECLARATION of David J. Molton in Support re: (357 in 1:08–cv–03065–JSR, 73 in 1:08–cv–08267–JSR, 616 in 1:07–md–01902–JSR, 120 in 1:08–cv–07416–JSR, 425 in 1:08–cv–03086–JSR) Response,,,, Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, Kenneth M. Krys, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. (Attachments: # 1 Exhibit E – Corrected to the Krys Plaintiffs' Response to Defendants' Objection to Report and Recommendation of the Special Master on Primary Violations by REFCO)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 04/12/2010) |
| 04/12/2010 | 629 | CERTIFICATE OF SERVICE of Declaration of David J. Molton in Support of Request for Correction of Exhibit E to the Krys Plaintiffs' Response to Defendants' Objection to the Report and Recommendation of the Special Master on Primary Violations by Refco served on All Counsel of Record on 4/12/2010. Service was made by Electronic Case Filing system and via electronic mail. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 04/12/2010) |
| 04/14/2010 | 630 | SPECIAL MASTER ORDER: (Having considered the alternative form of Order). 1. All deadlines in Thomas H Lee Equity Fund V, L.P. v. Mayer, Brown, Rowe &Maw LLP, No. 07cv6767 (JSR), and Thomas H Lee Equity Fund V, L.P. v. Grant Thornton LLP, No. 07cv8663 (JSR), shall be extended by eight (8) weeks. Accordingly, the schedules appearing on Appendix A to this Order shall apply to these matters. 2. Mayer Brown and Grant Thornton shall advise Special Master Hedges on May 6, 2010, as to each party's review of the documents recently produced by THL and as to whether either party intends to seek any additional relief. 3. THL shall complete its document production by Friday, April 9, 2010, inelectronically searchable format. THL will produce any attachments to emails with the emails to which they were attached. 4. By Friday, April 9, 2010, THL shall supplement its response to Interrogatory No.7 of Defendants' First Set of Interrogatories Directed to Plaintiffs in the Thomas H Lee Equity Fund V, L.P. v. Mayer Brown, Rowe &Maw LLP, No. 07cv6767 (JSR) action, consistent with the parties' prior agreement. 5. THL shall file one or more affidavits with the Court (and with a copy to Magistrate Judge Hedges) no later than April 14, 2010, that shall explain why the documents recently produced by THL were not produced earlier, the investigation that was undertaken to identify what caused the issues, and the steps that were taken to rectify the issues. At least oneaffiant shall be a person, other than counsel, with a technical background in electronic discovery matters. 6. Weil Gotshal shall file one or more affidavits with the Court (and with a copy to Magistrate Judge Hedges) no later than April 14, 2010, that shall address the questions relating to its document production raised in the letters sent by Mayer Brown's counsel on March 31 and April 6, 2010 and shall explain why the documents recently produced by Weil Gotshal were not produced earlier, the investigation that was undertaken to identify what caused the issues, and the steps that were taken to rectify the issues. At least one affiant shall be a person, other than counsel, with a technical background in electronic discovery matters. 7. To the extent possible, Weil Gotshal shall produce in electronically searchable format no |

| | | later than April 14, 2010 additional responsive documents, if any, found through its investigation into the questions raised by Mayer Brown concerning Weil Gotshal's document production. To the extent that the production contains emails, any attachments to the emails shall be produced with the emails to which they were attached. If Weil Gotshal is not able to produce all such responsive documents by April 14, 2010, Weil Gotshal shall explain the reason that the production could not be completed by April 14, 2010, in the submitted affidavit(s) and will state therein the date by which Weil Gotshal believes it can complete its production. (Signed by Special Master, Ronald Hedges on 4/14/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR, 1:07–cv–08663–JSR(db) (Entered: 04/14/2010) |
|---|---|---|
| 04/14/2010 | 631 | DECLARATION of William J. Conyngham *filed pursuant to instructions provided by Special Master Ronald Hedges at the April 6, 2010 telephonic hearing*. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Beynon, Rebecca) (Entered: 04/14/2010) |
| 04/14/2010 | 632 | DECLARATION of Shannon C. Perkins *filed pursuant to instructions provided by Special Master Ronald Hedges at the April 6, 2010 telephonic hearing*. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Beynon, Rebecca) (Entered: 04/14/2010) |
| 04/14/2010 | 633 | DECLARATION of Christopher J. Kalmbach *filed pursuant to instructions provided by Special Master Ronald Hedges at the April 6, 2010 telephonic hearing*. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Beynon, Rebecca) (Entered: 04/14/2010) |
| 04/14/2010 | 634 | DECLARATION of Seth Goodchild *Filed Pursuant to Instructions Provided by Special Master Ronald Hedges at the April 6, 2010 Telephonic Hearing*. Document filed by Thomas H. Lee Equity Fund V, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Danilow, Greg) (Entered: 04/14/2010) |
| 04/14/2010 | 635 | DECLARATION of Judson Holt *Filed Pursuant to Instructions Provided by Special Master Ronald Hedges at the April 6, 2010 Telephonic Hearing*. Document filed by Thomas H. Lee Equity Fund V, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Danilow, Greg) (Entered: 04/14/2010) |
| 04/15/2010 | 636 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as follows: 1. In the event that the undersigned defendants elect to join in the motion to dismiss the Amended Complaint of Plaintiff George L. Miller (the "Trustee") to be filed by Defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corp. and ML IBK Positions, Inc. (the "Bank Defendants") on or before April 19, 2010, which motion is anticipated to raise grounds for dismissal that are common to the Trustee's claims against all defendants in this consolidated proceeding, any of the undersigned defendants may preserve such defendant's right to seek dismissal of the Trustee's claims on alternative or procedural grounds ("Non–Common Grounds") by stating in their notice of motion (or stipulation), to be filed on or before April 19, 2010, that they intend to assert Non–Common Grounds for dismissal when and if necessary following disposition of the Bank Defendants' motion to dismiss. 2. In the event any of the undersigned defendants preserve such Non–Common Grounds by following the procedure set forth in Paragraph 1 hereof, such Non–Common Grounds shall not be briefed by the parties or otherwise submitted for resolution until after the Bank Defendants' motion to dismiss has been the subject of a report and recommendation ("R") by the Special Master and such RR has been ruled upon by the Court or, if earlier, until further order of the Special Master. 3. This Stipulation and Order is without prejudice to the rights of the Trustee or any of the undersigned defendants to make any substantive argument in support of, or in |

| | | |
|---|---|---|
| | | opposition to, a motion to dismiss the Amended Complaint and is intended solely to address the timing and sequencing of arguments for dismissal based on Non–Common Grounds. 4. This Stipulation and Order may be executed in counterparts and facsimile signatures shall be deemed original for all purposes. (Motions due by 4/19/2010.) (Signed by Daniel J. Capra, Special Master on 4/12/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(rjm) (Entered: 04/15/2010) |
| 04/16/2010 | 637 | CASE MANAGEMENT ORDER #21: Pursuant to Case Management Order #20, the time for objections to the bills of the Special Masters for services rendered in March2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 4/16/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(db) (Entered: 04/16/2010) |
| 04/16/2010 | 638 | ORDER: By Order dated March 31, 2010, the Clerk of the Court was instructed to close documents numbered 155, 160, 171, 175, 182, and 185 on the docket of 08cv3065 and documents numbered 164, 183, 185, 199, 203, 207, and 220 on the docket of 08cv3086, in part because the Court had determined that one of the grounds raised in these motions for dismissal warranted, with respect to certain parties, dismissal without prejudice. However, the Court did not enter final judgment with respect to the defendants dismissed without prejudice, because the Court was still awaiting further Reports and Recommendations from Special Master Capra with respect to the other aspects of the motions for dismissal that, conceivably, might result in dismissals with prejudice of some of the parties dismissed without prejudice. According, these aspects of the motions to dismiss remain pending and thus any previously closed motions that raise such an issue are hereby deemed reopened. (Signed by Judge Jed S. Rakoff on 4/16/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(db) (Entered: 04/16/2010) |
| 04/19/2010 | 639 | MOTION to Dismiss *The Amended Complaint*. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc., CSFB.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 04/19/2010) |
| 04/19/2010 | 640 | MEMORANDUM OF LAW in Support re: (42 in 1:09–cv–02866–JSR, 639 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc., CSFB. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 04/19/2010) |
| 04/19/2010 | 641 | MOTION to Dismiss *the Amended Complaint*. Document filed by Frederick W. Gluck.(Rosenthal, Donald) (Entered: 04/19/2010) |
| 04/19/2010 | 642 | DECLARATION of Ross E. Firsenbaum, Esq. in Support re: (42 in 1:09–cv–02866–JSR, 639 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc., CSFB. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 04/19/2010) |
| 04/19/2010 | 643 | MOTION to Dismiss *the Amended Complaint*. Document filed by Capgemini U.S. LLC.(Silver, Gerald) (Entered: 04/19/2010) |
| 04/19/2010 | 644 | MOTION to Dismiss *and*., MOTION for Joinder *In Bank Defendants' Motion to Dismiss Plaintiffs Amended Complaint*. Document filed by Donald J. Edwards. (Attachments: # 1 Affidavit Of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 645 | AFFIDAVIT of Gerald D. Silver in Support re: 643 MOTION to Dismiss *the Amended Complaint*.. Document filed by Capgemini U.S. LLC. (Silver, Gerald) (Entered: 04/19/2010) |

| 04/19/2010 | 646 | MEMORANDUM OF LAW in Support re: 643 MOTION to Dismiss *the Amended Complaint*.. Document filed by Capgemini U.S. LLC. (Silver, Gerald) (Entered: 04/19/2010) |
| 04/19/2010 | 647 | MOTION to Dismiss *and*., MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Document filed by Edgar D. Jannotta, Jr.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 648 | MOTION to Dismiss *and*., MOTION for Joinder *in Bank defendant's Motion to dismiss Plaintiffs's Amended Complaint*. Document filed by Vincent J. Hemmer. (Attachments: # 1 Affidavit of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 649 | MOTION to Dismiss *and*., MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Document filed by Philip A. Canfield. (Attachments: # 1 Affidavit of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 650 | MOTION to Dismiss *and*., MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Document filed by David Donnini. (Attachments: # 1 Affidavit Of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 651 | MOTION to Dismiss *and*., MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Document filed by William Kessinger. (Attachments: # 1 Affidavit of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Goettig, Michael) (Entered: 04/19/2010) |
| 04/19/2010 | 652 | MOTION to Dismiss. Document filed by Charles B. Hintz.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Breen, Meghan) (Entered: 04/19/2010) |
| 04/19/2010 | 653 | MEMORANDUM OF LAW in Support re: (54 in 1:09−cv−02866−JSR) MOTION to Dismiss.. Document filed by Charles B. Hintz. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Breen, Meghan) (Entered: 04/19/2010) |
| 04/19/2010 | 654 | MOTION to Dismiss *The Amended Complaint*.( Responses due by 6/3/2010), MOTION for Joinder *in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Brera Capital Partners, LLC.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Musoff, Scott) (Entered: 04/19/2010) |
| 04/19/2010 | 655 | MOTION to Dismiss *Amended Complaint*. Document filed by Allene Chung.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 656 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Joel Press.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02915−JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 657 | MOTION to Dismiss *Amended Complaint*. Document filed by Andre Perold.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 658 | MEMORANDUM OF LAW in Support re: (38 in 1:09−cv−02915−JSR) MOTION to Dismiss.. Document filed by Joel Press. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02915−JSR(Reid, Maureen) (Entered: 04/19/2010) |

| | | |
|---|---|---|
| 04/19/2010 | 659 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Randy Yanker.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02929–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 660 | MEMORANDUM OF LAW in Support re: (37 in 1:09–cv–02929–JSR) MOTION to Dismiss.. Document filed by Randy Yanker. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02929–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 661 | MOTION to Dismiss *Amended Complaint*. Document filed by Christopher Suan.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 662 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Randall Yanker TTEE.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02928–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 663 | MEMORANDUM OF LAW in Support re: (38 in 1:09–cv–02928–JSR) MOTION to Dismiss.. Document filed by Randall Yanker TTEE. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02928–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 664 | MOTION to Dismiss *Amended Complaint*. Document filed by Christopher Welch.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 665 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Edward J. Kata, Lorraine Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02896–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 666 | MEMORANDUM OF LAW in Support re: (43 in 1:09–cv–02896–JSR) MOTION to Dismiss.. Document filed by Edward J. Kata, Lorraine Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02896–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 667 | MOTION to Dismiss *Amended Complaint*. Document filed by Connie Hsu.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 668 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Gregg Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02904–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 669 | MEMORANDUM OF LAW in Support re: (668 in 1:07–md–01902–JSR, 43 in 1:09–cv–02904–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*.. Document filed by Gregg Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02904–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 670 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Scott Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02934–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 671 | MEMORANDUM OF LAW in Support re: (670 in 1:07–md–01902–JSR, 43 in 1:09–cv–02934–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*.. Document filed by |

| | | |
|---|---|---|
| | | Scott Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02934–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 672 | MOTION to Dismiss *Amended Complaint*. Document filed by David Cody.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 673 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Glenn Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02901–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 674 | MEMORANDUM OF LAW in Support re: (673 in 1:07–md–01902–JSR, 43 in 1:09–cv–02901–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*.. Document filed by Glenn Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02901–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 675 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Bradd Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02876–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 676 | MEMORANDUM OF LAW in Support re: (43 in 1:09–cv–02876–JSR, 675 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Bradd Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02876–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 677 | MOTION to Dismiss *Amended Complaint*. Document filed by Robert Hill.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 678 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Edward J. Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02895–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 679 | MEMORANDUM OF LAW in Support re: (678 in 1:07–md–01902–JSR, 43 in 1:09–cv–02895–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*.. Document filed by Edward J. Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02895–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 680 | MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. Document filed by Todd Kata.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02945–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 681 | MOTION to Dismiss *Amended Complaint*. Document filed by Ronald W. Farmer.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |
| 04/19/2010 | 682 | MEMORANDUM OF LAW in Support re: (43 in 1:09–cv–02945–JSR, 680 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Todd Kata. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02945–JSR(Reid, Maureen) (Entered: 04/19/2010) |
| 04/19/2010 | 683 | MOTION to Dismiss *Amended Complaint*. Document filed by The Suan Family Irrevocable Children's Trust.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 04/19/2010) |

| | | |
|---|---|---|
| 04/20/2010 | 684 | SPECIAL MASTER ORDER RELATED TO THE DPM DEFENDANTS' SUBPOENA TO DUNN CAPITAL MANAGEMENT. ORDERED that Dunn shall, not later than May 17, 2010, produce responsive documents to the DPM Defendants in the manner described in said subpoena except that electronic documents may be produced in the same file format as saved by Dunn on its computers. (Responses due by 5/17/2010) (Signed by Ronald Hedges, Special Master on 4/19/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(rjm) (Entered: 04/20/2010) |
| 04/20/2010 | 685 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU (Joinder) – MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Document filed by Innovation Investments, LLC.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02909–JSR(Kistler, David) Modified on 4/21/2010 (jar). (Entered: 04/20/2010) |
| 04/20/2010 | 686 | CONFIDENTIALITY COMPLIANCE ORDER... regarding procedures to be followed that shall govern the handling of confidential material, and as further set forth... (Signed by Judge Jed S. Rakoff and Ronald J. Hedges, Special Master on 4/19/10) (rjm) (Entered: 04/20/2010) |
| 04/20/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney David Kistler to RE–FILE Document 685 MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. Use the event type Joinder found under the event list Other Documents. (jar) (Entered: 04/21/2010) |
| 04/20/2010 | 688 | REPORT AND RECOMMENDATION REGARDING MOTIONS TO DISMISS BY BAWAG AND THE EMF DEFENDANTS. Accordingly, the Special Master recommends that Counts XXIII and XXIV of the complaint against BAWAG and the EMF defendants be dismissed with prejudice... and as further set forth. re: (134 in 1:08–cv–03086–JSR) Amended Complaint, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (115 in 1:08–cv–03065–JSR) Amended Complaint, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride. (Signed by Daniel J. Capra, Special Master on 4/19/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) Modified on 4/22/2010 (rjm). (Entered: 04/21/2010) |
| 04/21/2010 | 687 | MOTION to Dismiss *Amended Complaint with Certificate of Service*. Document filed by Milestone Venture Partners, Calpurnia Capital Partners, L.L.C..Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02878–JSR, 1:09–cv–02897–JSR, 1:09–cv–02939–JSR(Aaron, Daniel) (Entered: 04/21/2010) |
| 04/21/2010 | 689 | JOINDER to join re: (639 in 1:07–md–01902–JSR) MOTION to Dismiss *The Amended Complaint.*. Document filed by Innovation Investments, LLC.Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02909–JSR(Kistler, David) (Entered: 04/21/2010) |
| 04/22/2010 | 691 | MOTION to Unseal *the Second Amended Complaint*. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Beynon, Rebecca) (Entered: 04/22/2010) |
| 04/23/2010 | 692 | MOTION for Summary Judgment. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Tagliamonti, Beth) (Entered: 04/23/2010) |
| 04/23/2010 | 693 | MEMORANDUM OF LAW in Support re: (685 in 1:05–cv–08626–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Tagliamonti, Beth) (Entered: 04/23/2010) |
| 04/24/2010 | 694 | RULE 56.1 STATEMENT. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Tagliamonti, Beth) (Entered: 04/24/2010) |
| 04/24/2010 | 695 | DECLARATION of Beth A. Tagliamonti in Support re: (685 in 1:05–cv–08626–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, # |

| | | |
|---|---|---|
| | | _4 Exhibit D (1 of 3), #_5 Exhibit D (2 of 3), #_6 Exhibit D (3 of 3), #_7 Exhibit E, # _8 Exhibit F, #_9 Exhibit G, #_10 Exhibit H, #_11 Exhibit I, #_12 Exhibit J, #_13 Exhibit K, #_14 Exhibit L, #_15 Exhibit M, #_16 Exhibit N, #_17 Exhibit O, #_18 Exhibit P, #_19 Exhibit Q, #_20 Exhibit R, #_21 Exhibit S, #_22 Exhibit T, #_23 Exhibit U, #_24 Exhibit V, #_26 Exhibit X)Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Tagliamonti, Beth) (Entered: 04/24/2010) |
| 04/24/2010 | 696 | DECLARATION of Thomas O'Connor in Support re: (685 in 1:05–cv–08626–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, # _4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F (1 of 4), #_7 Exhibit F (2 of 4), #_8 Exhibit F (3 of 4), #_9 Exhibit F (4 of 4))Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(O'Connor, Thomas) (Entered: 04/24/2010) |
| 04/24/2010 | 697 | DECLARATION of Ruth A. Braun in Support re: (685 in 1:05–cv–08626–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #_1 Exhibit A (1 of 2), #_2 Exhibit A (2 of 2), #_3 Exhibit B (1 of 4), #_4 Exhibit B (2 of 4), #_5 Exhibit B (3 of 4), #_6 Exhibit B (4 of 4), #_7 Exhibit C, #_8 Exhibit D, #_9 Exhibit E, #_10 Exhibit F, #_11 Exhibit G, #_12 Exhibit H, #_13 Exhibit I, #_14 Exhibit J, #_15 Exhibit K, #_16 Exhibit L, #_17 Exhibit M, #_18 Exhibit N, #_19 Exhibit O, #_20 Exhibit P, #_21 Exhibit Q, #_22 Exhibit R, #_23 Exhibit S, #_24 Exhibit T, #_25 Exhibit U, #_26 Exhibit V, #_27 Exhibit W, #_28 Exhibit X, #_29 Exhibit Y, #_30 Exhibit Z, #_31 Exhibit AA, #_32 Exhibit BB, #_33 Exhibit CC, #_34 Exhibit DD, #_35 Exhibit EE, #_36 Exhibit FF, #_37 Exhibit GG, #_38 Exhibit HH, #_39 Exhibit II, #_40 Exhibit JJ, #_41 Exhibit KK, #_42 Exhibit LL, #_43 Exhibit MM, #_44 Exhibit NN)Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Braun, Ruth) (Entered: 04/24/2010) |
| 04/26/2010 | 698 | CERTIFICATE OF SERVICE of Grant Thornton's Motion for Summary Judgment and accompanying Memorandum of Law, Local Rule 56.1 Statement and Declarations of Beth Tagliamonti, Thomas OConnor and Ruth A. Braun, including exhibits thereto. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Braun, Ruth) (Entered: 04/26/2010) |
| 04/26/2010 | 699 | ORDER. ORDERED that the motion to unseal the second amended complaint is GRANTED and that the Second Amended Complaint filed in this action shall be unsealed and placed on the court docket. granting (130) Motion to Unseal in case 1:07–cv–06767–JSR; granting (691) Motion to Unseal in case 1:07–md–01902–JSR. (Signed by Judge Jed S. Rakoff on 4/23/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 04/26/2010) |
| 04/26/2010 | | Transmission to Sealed Records Clerk. Transmitted re: (699 in 1:07–md–01902–JSR, 131 in 1:07–cv–06767–JSR) Order on Motion to Unseal, to the Sealed Records Clerk for the sealing or unsealing of document or case. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 04/26/2010) |
| 04/26/2010 | 700 | TRANSCRIPT of proceedings held on April 13, 2010 at 3:12 pm before Judge Jed S. Rakoff. (eef) (Entered: 04/27/2010) |
| 04/26/2010 | 701 | TRANSCRIPT of proceedings held on April 13, 2010 3:12 p.m. before Judge Jed S. Rakoff. (ajc) (Entered: 04/29/2010) |
| 04/29/2010 | 702 | NOTICE OF CHANGE OF ADDRESS by Kenneth Yeatts Turnbull on behalf of PricewaterhouseCoopers LLP, Mari Ferris, Pricewaterhousecoopers L.L.P.. New Address: King &Spalding LLP, 1700 Pennsylvania Ave NW, Washington, DC, USA 20006–4707, (202) 626–2644. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Turnbull, Kenneth) (Entered: 04/29/2010) |
| 04/29/2010 | 703 | Objection re: (688 in 1:07–md–01902–JSR) Report and Recommendations,, _Limited Objection to the April 19, 2010 Report and Recommendation of the Special Master on the Motions to Dismiss by BAWAG and the EMF Defendants_. Document filed by Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, |

| | | |
|---|---|---|
| | | LLC, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., Bank of New York Mellon Corporation. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 04/29/2010) |
| 04/29/2010 | 704 | NOTICE OF APPEAL from (74 in 1:08–cv–08267–JSR, 622 in 1:07–md–01902–JSR, 359 in 1:08–cv–03065–JSR, 427 in 1:08–cv–03086–JSR, 121 in 1:08–cv–07416–JSR) Order Adopting Report and Recommendations. Document filed by Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride, Kenneth M. Krys, Christopher Stride. Filing fee $ 455.00, receipt number E 902266. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(tp) (Entered: 04/30/2010) |
| 04/30/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (435 in 1:08–cv–03086–JSR, 704 in 1:07–md–01902–JSR, 80 in 1:08–cv–08267–JSR, 367 in 1:08–cv–03065–JSR, 129 in 1:08–cv–07416–JSR) Notice of Appeal.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(tp) (Entered: 04/30/2010) |
| 04/30/2010 | | Transmission of Notice of Appeal to the District Judge re: (435 in 1:08–cv–03086–JSR, 704 in 1:07–md–01902–JSR, 80 in 1:08–cv–08267–JSR, 367 in 1:08–cv–03065–JSR, 129 in 1:08–cv–07416–JSR) Notice of Appeal. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(tp) (Entered: 04/30/2010) |
| 04/30/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (55 in 1:08–cv–07416–JSR, 297 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (109 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (204 in 1:08–cv–03065–JSR, 255 in 1:08–cv–03086–JSR, 269 in 1:07–md–01902–JSR) MOTION for Extension of Time. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (181 in 1:07–md–01902–JSR) Stipulation and Order, (129 in 1:08–cv–03065–JSR) MOTION to Compel Arbitration *Notice of Motion to Compel Arbitration of All Claims or, in the Alternative, to Stay Remaining Claims.* filed by Scott Kislin, Gibson, Dunn &Crutcher LLP, Mitchell Karlan, (458 in 1:07–md–01902–JSR, 458 in 1:07–md–01902–JSR, 278 in 1:08–cv–03065–JSR, 278 in 1:08–cv–03065–JSR, 72 in 1:08–cv–07416–JSR, 72 in 1:08–cv–07416–JSR, 343 in 1:08–cv–03086–JSR, 343 in 1:08–cv–03086–JSR, 29 in 1:08–cv–08267–JSR, 29 in 1:08–cv–08267–JSR) Case Management Plan, Set Deadlines/Hearings, (415 in 1:07–md–01902–JSR, 415 in 1:07–md–01902–JSR, 324 in 1:08–cv–03086–JSR, 324 in 1:08–cv–03086–JSR, 261 in 1:08–cv–03065–JSR, 261 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines/Hearings, (208 in 1:08–cv–03065–JSR, 208 in 1:08–cv–03065–JSR, 273 in 1:07–md–01902–JSR, 273 in 1:07–md–01902–JSR, 259 in 1:08–cv–03086–JSR, 259 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines, (385 in 1:08–cv–03086–JSR, 316 in 1:08–cv–03065–JSR, 536 in 1:07–md–01902–JSR) Order, (139 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, (35 in 1:08–cv–08267–JSR) Notice (Other), Notice (Other) filed by Richard Butts, (41 in 1:08–cv–03065–JSR) MOTION for Linda Coberly, Bradley Lerman, Catherine W. Joyce to Appear Pro Hac Vice. filed by Grant Thornton LLP, Mark Ramler, (86 in 1:08–cv–07416–JSR, 376 in 1:08–cv–03086–JSR, 519 in 1:07–md–01902–JSR, 307 in 1:08–cv–03065–JSR, 44 in 1:08–cv–08267–JSR) Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (688 in 1:07–md–01902–JSR, 365 in 1:08–cv–03065–JSR, 433 in 1:08–cv–03086–JSR) Report and Recommendations, (124 in 1:08–cv–03065–JSR, 124 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines,, (250 in 1:08–cv–03065–JSR, 310 in 1:08–cv–03086–JSR, 345 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David |

V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners, L.P., Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (68 in 1:08–cv–08267–JSR, 347 in 1:08–cv–03065–JSR, 415 in 1:08–cv–03086–JSR, 115 in 1:08–cv–07416–JSR, 593 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Credit Suisse Securities (USA) LLC, Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Banc of America Securities LLC, JPMorgan Chase &Co., (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (466 in 1:07–md–01902–JSR) Order, (89 in 1:08–cv–03065–JSR) Reply Memorandum of Law in Support of Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (598 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney, (325 in 1:07–md–01902–JSR, 325 in 1:07–md–01902–JSR, 325 in 1:07–md–01902–JSR, 241 in 1:08–cv–03065–JSR, 241 in 1:08–cv–03065–JSR, 241 in 1:08–cv–03065–JSR, 291 in 1:08–cv–03086–JSR, 291 in 1:08–cv–03086–JSR, 291 in 1:08–cv–03086–JSR) Acknowledgment of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (110 in 1:08–cv–03065–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (691 in 1:07–md–01902–JSR) MOTION to Unseal *the Second Amended Complaint*. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (203 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by Scott Kislin, Mitchell Karlan, Gibson, Dunn &Crutcher LLP, (251 in 1:07–md–01902–JSR) Notice of Appearance filed by Index Recovery Co., L.P., (40 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (511 in 1:07–md–01902–JSR, 83 in 1:08–cv–07416–JSR, 301 in 1:08–cv–03065–JSR, 370 in 1:08–cv–03086–JSR, 41 in 1:08–cv–08267–JSR) Protective Order, (495 in 1:07–md–01902–JSR, 495 in 1:07–md–01902–JSR, 495 in 1:07–md–01902–JSR, 495 in 1:07–md–01902–JSR) Certificate of Service Other, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (336 in 1:07–md–01902–JSR, 62 in 1:08–cv–07416–JSR) Reply Memorandum of Law in Support of Motion, filed by Robert Aaron, (59 in 1:08–cv–08267–JSR, 404 in 1:08–cv–03086–JSR, 572 in 1:07–md–01902–JSR, 336 in 1:08–cv–03065–JSR, 104 in 1:08–cv–07416–JSR) Case Management Plan, (299 in 1:08–cv–03086–JSR, 334 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (160 in 1:08–cv–03065–JSR) MOTION to Dismiss. filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (571 in 1:07–md–01902–JSR, 335 in 1:08–cv–03065–JSR) Memorandum of Law in Opposition, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (461 in 1:07–md–01902–JSR, 345 in 1:08–cv–03086–JSR, 74 in 1:08–cv–07416–JSR, 280 in 1:08–cv–03065–JSR, 31 in 1:08–cv–08267–JSR) Declaration, (88 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice, (513 in 1:07–md–01902–JSR, 303 in 1:08–cv–03065–JSR, 372 in 1:08–cv–03086–JSR) Notice of Voluntary Dismissal – Signed, (8 in 1:08–cv–03065–JSR) Notice of Appearance, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (6 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Bawag P.S.K., (47 in 1:08–cv–07416–JSR, 276 in 1:07–md–01902–JSR, 260 in 1:08–cv–03086–JSR, 209 in 1:08–cv–03065–JSR) Stipulation and Order, (399 in 1:08–cv–03086–JSR, 100 in 1:08–cv–07416–JSR, 566 in 1:07–md–01902–JSR, 330 in 1:08–cv–03065–JSR, 55 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (283 in 1:08–cv–03086–JSR, 283 in 1:08–cv–03086–JSR, 231 in 1:08–cv–03065–JSR,

231 in 1:08–cv–03065–JSR, 57 in 1:08–cv–07416–JSR, 57 in
1:08–cv–07416–JSR) Endorsed Letter, Set Deadlines/Hearings, (9 in
1:07–md–01902–JSR) Notice of Appearance filed by Credit Suisse Securities
(USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc.,
(637 in 1:07–md–01902–JSR, 431 in 1:08–cv–03086–JSR, 78 in
1:08–cv–08267–JSR, 363 in 1:08–cv–03065–JSR, 125 in 1:08–cv–07416–JSR)
Case Management Plan, (105 in 1:08–cv–03065–JSR) Order on Motion for
Miscellaneous Relief, (65 in 1:08–cv–03065–JSR) MOTION for Thomas A.
Connelly to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (580 in 1:07–md–01902–JSR, 65 in
1:08–cv–08267–JSR, 343 in 1:08–cv–03065–JSR, 411 in 1:08–cv–03086–JSR,
112 in 1:08–cv–07416–JSR) Case Management Plan, (102 in
1:08–cv–03086–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James
P. Sinclair, Christopher Stride, (343 in 1:07–md–01902–JSR, 249 in
1:08–cv–03065–JSR, 308 in 1:08–cv–03086–JSR) Declaration in Support of
Motion, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP,
(255 in 1:07–md–01902–JSR, 255 in 1:07–md–01902–JSR, 255 in
1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, Add and
Terminate Attorneys, Terminate Motions, (74 in 1:07–md–01902–JSR) Order,
(386 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by David A. Donnuni,
(299 in 1:07–md–01902–JSR, 225 in 1:08–cv–03065–JSR, 276 in
1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion, filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (542 in
1:07–md–01902–JSR, 542 in 1:07–md–01902–JSR) Order, Set
Deadlines/Hearings, (308 in 1:08–cv–03065–JSR, 87 in 1:08–cv–07416–JSR, 45
in 1:08–cv–08267–JSR, 520 in 1:07–md–01902–JSR, 377 in
1:08–cv–03086–JSR) Notice (Other), Notice (Other) filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,
(21 in 1:07–md–01902–JSR) Certificate of Service Other filed by Ernst &Young
LLP, (80 in 1:08–cv–07416–JSR, 38 in 1:08–cv–08267–JSR, 294 in
1:08–cv–03065–JSR, 362 in 1:08–cv–03086–JSR, 492 in 1:07–md–01902–JSR)
Case Management Plan, (163 in 1:08–cv–03065–JSR) Declaration in Support of
Motion, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische
Posteparkasse Aktiengesellsehaft, (499 in 1:07–md–01902–JSR) Scheduling
Order, (547 in 1:07–md–01902–JSR, 319 in 1:08–cv–03065–JSR, 388 in
1:08–cv–03086–JSR) Notice (Other), Notice (Other) filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (215 in
1:07–md–01902–JSR, 176 in 1:08–cv–03065–JSR, 208 in 1:08–cv–03086–JSR)
Memorandum of Law in Support of Motion, filed by 1997 Thomas H. Lee
Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL
Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H.
Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee
Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund
V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (258 in
1:07–md–01902–JSR) MOTION for Issuance of Letters Rogatory. filed by Grant
Thornton LLP, Credit Suisse Securities (USA) LLC, Banc of America Securities
LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities, Inc., Mayer Brown
LLP, (79 in 1:07–md–01902–JSR) Order, (8 in 1:08–cv–03086–JSR) Notice
(Other) filed by Dennis Klejna, (244 in 1:08–cv–03065–JSR, 294 in
1:08–cv–03086–JSR, 329 in 1:07–md–01902–JSR) Stipulation and Order, (51 in
1:08–cv–03086–JSR) Notice of Appearance filed by Gibson, Dunn &Crutcher
LLP, (201 in 1:07–md–01902–JSR, 164 in 1:08–cv–03065–JSR) Declaration in
Support of Motion filed by Tone Grant, (340 in 1:08–cv–03065–JSR, 109 in
1:08–cv–07416–JSR, 63 in 1:08–cv–08267–JSR, 408 in 1:08–cv–03086–JSR,
577 in 1:07–md–01902–JSR) Declaration in Support, filed by JP Morgan Chase
&Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (684
in 1:07–md–01902–JSR, 684 in 1:07–md–01902–JSR, 127 in
1:08–cv–07416–JSR, 127 in 1:08–cv–07416–JSR) Order, Set
Deadlines/Hearings,, (42 in 1:08–cv–08267–JSR, 512 in 1:07–md–01902–JSR,
302 in 1:08–cv–03065–JSR, 371 in 1:08–cv–03086–JSR, 84 in
1:08–cv–07416–JSR) Order, (600 in 1:07–md–01902–JSR) Order on Motion to
Substitute Attorney, (359 in 1:08–cv–03086–JSR, 292 in 1:08–cv–03065–JSR,
490 in 1:07–md–01902–JSR) Notice of Appearance filed by Robert C. Trosten,
Robert Trosten, Robert C. Trosten, (191 in 1:08–cv–03065–JSR) Declaration in

Support, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (554 in 1:07–md–01902–JSR, 95 in 1:08–cv–07416–JSR, 51 in 1:08–cv–08267–JSR, 322 in 1:08–cv–03065–JSR, 390 in 1:08–cv–03086–JSR) Order, (205 in 1:08–cv–03065–JSR, 270 in 1:07–md–01902–JSR, 256 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (41 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (367 in 1:08–cv–03086–JSR, 82 in 1:08–cv–07416–JSR, 299 in 1:08–cv–03065–JSR, 40 in 1:08–cv–08267–JSR, 503 in 1:07–md–01902–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (90 in 1:07–md–01902–JSR) Stipulation and Order, (83 in 1:08–cv–03086–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (287 in 1:08–cv–03086–JSR, 320 in 1:07–md–01902–JSR, 237 in 1:08–cv–03065–JSR) Reply to Response to Motion, filed by Christopher Pettit, (166 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by CIM Ventures, Inc, Ingram Micro, Inc., (183 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion filed by Dennis Klejna, (186 in 1:07–md–01902–JSR, 162 in 1:08–cv–03086–JSR) Stipulation and Order, (450 in 1:07–md–01902–JSR, 450 in 1:07–md–01902–JSR, 450 in 1:07–md–01902–JSR, 272 in 1:08–cv–03065–JSR, 272 in 1:08–cv–03065–JSR, 272 in 1:08–cv–03065–JSR, 338 in 1:08–cv–03086–JSR, 338 in 1:08–cv–03086–JSR, 338 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (363 in 1:08–cv–03086–JSR, 496 in 1:07–md–01902–JSR, 295 in 1:08–cv–03065–JSR) Objection to Report and Recommendations, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (324 in 1:08–cv–03065–JSR, 558 in 1:07–md–01902–JSR, 393 in 1:08–cv–03086–JSR) Notice of Change of Address, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (403 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Donald J. Edwards, (7 in 1:08–cv–03065–JSR) Certificate of Service Other filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Bawag P.S.K., (563 in 1:07–md–01902–JSR, 327 in 1:08–cv–03065–JSR, 396 in 1:08–cv–03086–JSR) Response, filed by Brian Owens, Mark Kavanagh, (321 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Brian Owens, Mark Kavanagh, (91 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (220 in 1:08–cv–03065–JSR, 293 in 1:07–md–01902–JSR, 271 in 1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (9 in 1:08–cv–03065–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (245 in 1:07–md–01902–JSR) Notice of Appearance, filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., (29 in 1:08–cv–07416–JSR, 171 in 1:07–md–01902–JSR) Stipulation and Order, (87 in 1:08–cv–03086–JSR) Order Admitting Attorney Pro Hac Vice, (505 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (333 in 1:07–md–01902–JSR, 298 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (346 in 1:08–cv–03065–JSR, 66 in 1:08–cv–08267–JSR, 591 in 1:07–md–01902–JSR, 414 in 1:08–cv–03086–JSR, 114 in 1:08–cv–07416–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (579 in 1:07–md–01902–JSR, 111 in 1:08–cv–07416–JSR, 342 in 1:08–cv–03065–JSR, 410 in 1:08–cv–03086–JSR, 64 in 1:08–cv–08267–JSR) Report and Recommendations – Special Master, (56 in 1:07–md–01902–JSR, 56 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Grant Thornton LLP, (7 in 1:08–cv–07416–JSR) Notice of Appearance filed by Robert Aaron, (525 in 1:07–md–01902–JSR) Order, (26 in 1:08–cv–03065–JSR) Declaration in Support of Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (202 in 1:07–md–01902–JSR) Answer to Complaint filed by Santo Maggio, (270 in 1:08–cv–03065–JSR) MOTION for Leave to File *Under Seal a Motion for Leave to Withdraw as Counsel*. filed by Andrew Krieger, Beckenham Trading Co. Inc,

(156 in 1:08−cv−03065−JSR, 195 in 1:07−md−01902−JSR, 187 in 1:08−cv−03086−JSR) Memorandum of Law in Support of Motion, filed by Christopher Pettit, (360 in 1:08−cv−03065−JSR, 122 in 1:08−cv−07416−JSR, 75 in 1:08−cv−08267−JSR, 624 in 1:07−md−01902−JSR, 428 in 1:08−cv−03086−JSR) Case Management Plan,, (76 in 1:07−md−01902−JSR) Order, (134 in 1:08−cv−03065−JSR) Notice (Other) filed by Joseph Collins, (410 in 1:07−md−01902−JSR) Stipulation and Order, (275 in 1:08−cv−03065−JSR) Order on Motion for Leave to File Document, (84 in 1:08−cv−03086−JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (668 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Gregg Kata, (456 in 1:07−md−01902−JSR, 277 in 1:08−cv−03065−JSR, 342 in 1:08−cv−03086−JSR, 71 in 1:08−cv−07416−JSR, 28 in 1:08−cv−08267−JSR) Case Management Plan, (567 in 1:07−md−01902−JSR, 101 in 1:08−cv−07416−JSR, 400 in 1:08−cv−03086−JSR, 56 in 1:08−cv−08267−JSR, 331 in 1:08−cv−03065−JSR) Objection (non−motion), Objection (non−motion) filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities LLC, (36 in 1:08−cv−08267−JSR, 358 in 1:08−cv−03086−JSR, 78 in 1:08−cv−07416−JSR, 489 in 1:07−md−01902−JSR, 291 in 1:08−cv−03065−JSR) Protective Order, (281 in 1:07−md−01902−JSR) Stipulation and Order, (590 in 1:07−md−01902−JSR, 113 in 1:08−cv−07416−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., Robert Aaron, DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (35 in 1:08−cv−03065−JSR) Affidavit of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (14 in 1:07−md−01902−JSR, 14 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (89 in 1:08−cv−03086−JSR) Order Admitting Attorney Pro Hac Vice, (11 in 1:08−cv−08267−JSR) MOTION to Dismiss *Plaintiffs' Complaint*. filed by Richard Butts, (284 in 1:08−cv−03086−JSR, 284 in 1:08−cv−03086−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,, (185 in 1:08−cv−03065−JSR, 224 in 1:08−cv−03086−JSR, 228 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (8 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (172 in 1:08−cv−03065−JSR, 204 in 1:08−cv−03086−JSR, 211 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Edward S. Best, Mayer Brown LLP, (307 in 1:07−md−01902−JSR, 229 in 1:08−cv−03065−JSR, 281 in 1:08−cv−03086−JSR) Memorandum of Law in Opposition to Motion,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (19 in 1:08−cv−03065−JSR) Notice of Appearance filed by Joseph Collins, (79 in 1:08−cv−07416−JSR, 491 in 1:07−md−01902−JSR, 360 in 1:08−cv−03086−JSR, 293 in 1:08−cv−03065−JSR, 37 in 1:08−cv−08267−JSR) Case Management Plan,,,, (358 in 1:08−cv−03065−JSR, 426 in 1:08−cv−03086−JSR, 621 in 1:07−md−01902−JSR) Judgment, (323 in 1:07−md−01902−JSR, 323 in 1:07−md−01902−JSR, 289 in 1:08−cv−03086−JSR, 289 in 1:08−cv−03086−JSR, 239 in 1:08−cv−03065−JSR, 239 in 1:08−cv−03065−JSR) Stipulation and Order, Set Deadlines, (262 in 1:07−md−01902−JSR) Notice of Appearance filed by KPMG LLP, (268 in 1:08−cv−03086−JSR, 290 in 1:07−md−01902−JSR, 217 in 1:08−cv−03065−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (267 in 1:07−md−01902−JSR) Protective Order, (104 in 1:08−cv−03065−JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (650 in 1:07−md−01902−JSR, 650 in 1:07−md−01902−JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. filed by David Donnini, (38 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (233 in 1:07−md−01902−JSR, 189 in 1:08−cv−03065−JSR, 228 in 1:08−cv−03086−JSR) Stipulation and Order, (48 in

1:08–cv–03086–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (121 in 1:08–cv–03065–JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young U.S. LLP, (635 in 1:07–md–01902–JSR) Declaration, filed by Thomas H. Lee Equity Fund V, L.P., (176 in 1:07–md–01902–JSR) Stipulation and Order, (2 in 1:08–cv–03086–JSR) Stipulation and Order, (356 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other) filed by Pricewaterhousecoopers Cayman Islands, (171 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by EMF Financial Products LLC, Delta Flyer Fund LLC, (546 in 1:07–md–01902–JSR) Order on Motion to Withdraw as Attorney, (308 in 1:07–md–01902–JSR) PROPOSED MOTION for Extension of Time *Stipulation and Proposed Order*. filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., (429 in 1:08–cv–03086–JSR, 361 in 1:08–cv–03065–JSR, 76 in 1:08–cv–08267–JSR, 123 in 1:08–cv–07416–JSR, 628 in 1:07–md–01902–JSR) Declaration in Support, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (106 in 1:08–cv–03065–JSR) Notice of Appearance filed by Andrew Krieger, Beckenham Trading Co. Inc, (353 in 1:08–cv–03086–JSR, 287 in 1:08–cv–03065–JSR, 482 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (531 in 1:07–md–01902–JSR) Order, (237 in 1:08–cv–03086–JSR) Affidavit of Service Other, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (133 in 1:08–cv–03065–JSR) Notice (Other) filed by Joseph Collins, (118 in 1:08–cv–07416–JSR) Response,, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (34 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (94 in 1:08–cv–03065–JSR) Stipulation and Order, (328 in 1:07–md–01902–JSR, 328 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, (273 in 1:08–cv–03086–JSR, 222 in 1:08–cv–03065–JSR, 295 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (551 in 1:07–md–01902–JSR, 551 in 1:07–md–01902–JSR) Order, Set Deadlines/Hearings, (146 in 1:08–cv–03086–JSR, 146 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings, (82 in 1:08–cv–03086–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (575 in 1:07–md–01902–JSR, 338 in 1:08–cv–03065–JSR, 107 in 1:08–cv–07416–JSR, 406 in 1:08–cv–03086–JSR, 61 in 1:08–cv–08267–JSR) Response, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (25 in 1:08–cv–08267–JSR) Reply Memorandum of Law in Support of Motion filed by Richard Butts, (70 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (573 in 1:07–md–01902–JSR, 337 in 1:08–cv–03065–JSR, 405 in 1:08–cv–03086–JSR, 60 in 1:08–cv–08267–JSR, 105 in 1:08–cv–07416–JSR) Objection (non–motion), Objection (non–motion) filed by Mari Ferris, PricewaterhouseCoopers LLP, (3 in 1:08–cv–08267–JSR) Affidavit of Service Other filed by Richard Butts, (232 in 1:08–cv–03065–JSR, 232 in 1:08–cv–03065–JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (46 in 1:08–cv–08267–JSR, 378 in 1:08–cv–03086–JSR, 309 in 1:08–cv–03065–JSR, 522 in 1:07–md–01902–JSR, 88 in 1:08–cv–07416–JSR) Case Management Plan, (126 in 1:08–cv–07416–JSR, 364 in 1:08–cv–03065–JSR, 79 in 1:08–cv–08267–JSR, 638 in 1:07–md–01902–JSR, 432 in 1:08–cv–03086–JSR) Order, (359 in 1:07–md–01902–JSR) Notice of Substitution of Attorney, filed by Vincent J. Hemmer, (229 in 1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (139 in 1:08–cv–03086–JSR) Notice of Appearance filed by Ernst &Young U.S. LLP, (54 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (206 in 1:07–md–01902–JSR, 34 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Amended Complaint*. filed by Robert Aaron, (62 in

1:08−cv−03065−JSR) MOTION for Derrick Stomberg to Appear Pro Hac Vice.
filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride,
(199 in 1:08−cv−03086−JSR) MOTION to Dismiss. filed by Grant Thornton LLP,
Mark Ramler, (35 in 1:08−cv−03086−JSR) Order on Motion to Appear Pro Hac
Vice, (152 in 1:08−cv−03065−JSR) Declaration in Support of Motion, filed by
Ernst &Young U.S. LLP, (28 in 1:07−md−01902−JSR) Notice of Change of
Address, filed by Dennis A. Klejna, (102 in 1:08−cv−03065−JSR) Order Admitting
Attorney Pro Hac Vice, (235 in 1:08−cv−03086−JSR) Request to Enter Default,
filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (82 in
1:08−cv−03065−JSR) Order on Motion to Appear Pro Hac Vice, (162 in
1:08−cv−03065−JSR, 200 in 1:07−md−01902−JSR) Memorandum of Law in
Support of Motion filed by Tone Grant, (177 in 1:08−cv−03086−JSR) Rule 7.1
Corporate Disclosure Statement, filed by CS Land Management LLC, (264 in
1:08−cv−03065−JSR, 264 in 1:08−cv−03065−JSR, 327 in 1:08−cv−03086−JSR,
327 in 1:08−cv−03086−JSR, 418 in 1:07−md−01902−JSR, 418 in
1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (146 in
1:07−md−01902−JSR) Notice of Appearance filed by KPMG LLP, (402 in
1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Donald
J. Edwards, (223 in 1:07−md−01902−JSR, 219 in 1:08−cv−03086−JSR)
Stipulation and Order, (206 in 1:08−cv−03065−JSR, 271 in 1:07−md−01902−JSR,
257 in 1:08−cv−03086−JSR) Declaration in Support of Motion, filed by Kenneth
M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (142 in
1:08−cv−03086−JSR, 142 in 1:08−cv−03086−JSR) Stipulation and Order, Set
Deadlines/Hearings, (178 in 1:08−cv−03065−JSR, 217 in 1:07−md−01902−JSR,
210 in 1:08−cv−03086−JSR) Declaration in Support of Motion, filed by 1997
Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V.
Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H.
Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee
Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund
V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (528
in 1:07−md−01902−JSR) Order, (476 in 1:07−md−01902−JSR, 348 in
1:08−cv−03086−JSR, 283 in 1:08−cv−03065−JSR) MOTION for Fischer Porter
Thomas &Reinfeld, P.C., Arthur L. Porter, Jr., Alan C. Thomas and Aaron E.
Albert to Withdraw as Attorney. filed by Andrew Krieger, Beckenham Trading
Company, Inc., Beckenham Trading Co. Inc, (500 in 1:07−md−01902−JSR) Order,
(148 in 1:07−md−01902−JSR, 15 in 1:08−cv−07416−JSR) MOTION for Leo Beus
to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (75 in
1:08−cv−03065−JSR) Order on Motion to Appear Pro Hac Vice, (304 in
1:08−cv−03065−JSR, 304 in 1:08−cv−03065−JSR, 514 in 1:07−md−01902−JSR,
514 in 1:07−md−01902−JSR, 373 in 1:08−cv−03086−JSR, 373 in
1:08−cv−03086−JSR) Order, Add and Terminate Attorneys, (147 in
1:07−md−01902−JSR, 14 in 1:08−cv−07416−JSR) MOTION for Lee M. Andelin
to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (15 in
1:08−cv−03065−JSR) Notice of Case Assignment/Reassignment, (107 in
1:08−cv−03086−JSR) Memorandum of Law in Support of Motion, filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (16 in
1:08−cv−03065−JSR) Notice of Appearance filed by Joseph Collins, (518 in
1:07−md−01902−JSR) Scheduling Order, (67 in 1:08−cv−07416−JSR, 67 in
1:08−cv−07416−JSR) Endorsed Letter, Set Deadlines, (560 in
1:07−md−01902−JSR, 395 in 1:08−cv−03086−JSR, 326 in 1:08−cv−03065−JSR)
Notice of Change of Address, filed by Mari Ferris, Pricewaterhousecoopers L.L.P.,
PricewaterhouseCoopers LLP, (208 in 1:07−md−01902−JSR, 35 in
1:08−cv−07416−JSR) Memorandum of Law in Support of Motion, filed by Robert
Aaron, (22 in 1:08−cv−07416−JSR, 156 in 1:07−md−01902−JSR) Order on
Motion to Appear Pro Hac Vice, (98 in 1:08−cv−07416−JSR) Objection
(non−motion) filed by Robert Aaron, (647 in 1:07−md−01902−JSR, 647 in
1:07−md−01902−JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank
Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. filed by Edgar D.
Jannotta, Jr., (228 in 1:08−cv−03065−JSR) Order on Motion for Extension of
Time, (555 in 1:07−md−01902−JSR) Order, (408 in 1:07−md−01902−JSR)
Affidavit in Support of Motion, filed by Capgemini U.S. LLC, (6 in
1:08−cv−07416−JSR) Notice of Appearance filed by Robert Aaron, (56 in
1:08−cv−03086−JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James
P. Sinclair, Christopher Stride, (214 in 1:08−cv−03086−JSR) Rule 7.1 Corporate

Disclosure Statement filed by Ingram Micro, Inc., (236 in 1:08-cv-03065-JSR)
Declaration in Support of Motion, filed by Bunk Fur Albeit Und Wirtschaft Und
Osterreichische Posteparkasse Aktiengesellschaft, (88 in 1:07-md-01902-JSR)
Order on Motion to Appear Pro Hac Vice, (189 in 1:07-md-01902-JSR)
Declaration in Support of Motion filed by Coast Asset Management, LLC, CS
Land Management LLC, (457 in 1:07-md-01902-JSR) Stipulation of Voluntary
Dismissal,, filed by Index Recovery Co., L.P., (229 in 1:07-md-01902-JSR, 186
in 1:08-cv-03086-JSR, 225 in 1:08-cv-03086-JSR) Memorandum of Law in
Support of Motion, filed by EMF Financial Products LLC, EMF Financial
Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer
Fund, LLC, (103 in 1:07-md-01902-JSR, 8 in 1:08-cv-07416-JSR) Notice of
Appearance filed by Robert Aaron, (333 in 1:08-cv-03086-JSR, 424 in
1:07-md-01902-JSR, 268 in 1:08-cv-03065-JSR) Stipulation and Order, (319 in
1:08-cv-03086-JSR, 256 in 1:08-cv-03065-JSR, 352 in 1:07-md-01902-JSR)
Reply Memorandum of Law in Support of Motion, filed by Brian Owens, Mark
Kavanagh, (137 in 1:07-md-01902-JSR) Stipulation and Order, (146 in
1:08-cv-03065-JSR) Endorsed Letter, (284 in 1:08-cv-03065-JSR, 349 in
1:08-cv-03086-JSR, 477 in 1:07-md-01902-JSR) Notice (Other), Notice (Other)
filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse
Securities (USA) LLC, (69 in 1:08-cv-03065-JSR) Order Admitting Attorney Pro
Hac Vice, (417 in 1:07-md-01902-JSR) Declaration in Support of Motion filed
by Joshua Mailman, (411 in 1:07-md-01902-JSR) Stipulation and Order, (92 in
1:08-cv-07416-JSR, 543 in 1:07-md-01902-JSR) Order, (311 in
1:08-cv-03086-JSR, 311 in 1:08-cv-03086-JSR, 346 in 1:07-md-01902-JSR,
346 in 1:07-md-01902-JSR) Certificate of Service Other, filed by Grant Thornton
LLP, Mark Ramler, (19 in 1:08-cv-03086-JSR) Notice (Other) filed by CIM
Ventures, Inc, Ingram Micro, Inc., (284 in 1:07-md-01902-JSR, 264 in
1:08-cv-03086-JSR, 213 in 1:08-cv-03065-JSR) Declaration in Support, filed
by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (418 in
1:08-cv-03086-JSR, 604 in 1:07-md-01902-JSR, 116 in 1:08-cv-07416-JSR,
350 in 1:08-cv-03065-JSR, 69 in 1:08-cv-08267-JSR) Case Management Plan,
(680 in 1:07-md-01902-JSR) MOTION to Dismiss *Amended Complaint;
MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan
Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed
by Todd Kata, (67 in 1:08-cv-03086-JSR) MOTION for Robert T. Mills to
Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher
Stride, (167 in 1:08-cv-03086-JSR) Rule 7.1 Corporate Disclosure Statement
filed by Coast Asset Management, LLC, (22 in 1:08-cv-03086-JSR) Notice of
Case Assignment/Reassignment, (178 in 1:08-cv-03086-JSR) Declaration in
Support of Motion, filed by Ernst &Young U.S. LLP, (614 in
1:07-md-01902-JSR, 119 in 1:08-cv-07416-JSR, 356 in 1:08-cv-03065-JSR,
72 in 1:08-cv-08267-JSR, 424 in 1:08-cv-03086-JSR) Response, filed by James
P. Sinclair, Christopher Stride, (219 in 1:07-md-01902-JSR) Affidavit of Service
Other, filed by David V. Harkins, Thomas H. Lee, Scott L. Jaeckel, (144 in
1:07-md-01902-JSR) Declaration in Support of Motion, filed by KPMG LLP,
(149 in 1:07-md-01902-JSR, 16 in 1:08-cv-07416-JSR) MOTION for Thomas
A. Connelly to Appear Pro Hac Vice. filed by Dennis A. Klejna, Matthew Larson,
American Financial International Group – Asia, LLC, Steve Kreitenberg, Kenneth
M. Krys, Michael Albrecht, Irv Kreitenberg, Marc S. Kirschner, Christopher
Stride, (1 in 1:08-cv-07416-JSR) MDL Conditional Transfer In Order, (130 in
1:08-cv-03086-JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James
P. Sinclair, Christopher Stride, (434 in 1:08-cv-03086-JSR, 702 in
1:07-md-01902-JSR, 366 in 1:08-cv-03065-JSR) Notice of Change of Address,
filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers
LLP, (174 in 1:08-cv-03065-JSR, 213 in 1:07-md-01902-JSR, 206 in
1:08-cv-03086-JSR) Rule 7.1 Corporate Disclosure Statement, filed by 1997
Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., THL
Managers V. LLC, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee
Partners L.P., Thomas H. Lee Partners L.P., THL Equity Advisors V.LP, Thomas
H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, (1 in
1:08-cv-03065-JSR) Notice of Removal, filed by 1997 Thomas H. Lee Nominee
Trust, Tone Grant, Andrew Krieger, THL Managers V. LLC, EMF Financial
Products LLC, Robert C. Trosten, JP Morgan Chase &Co., Scott A. Schoen,
Pricewaterhousecoopers L.L.P., Eric M. Flanagan, Coast Asset Management LP,

William T. Pigott, Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Bawag P.S.K., Gibson, Dunn &Crutcher LLP, Santo Maggio, CS Land Management LLC, Beckenham Trading Co. Inc, Mayer Brown LLP, EMF Core Fund LTD, Refco Associates, Inc, Thomas H. Lee, Joseph Collins, Grant Thornton LLP, Christopher Pettit, Delta Flyer Fund LLC, Bank Of America Securities LLC, Credit Suisse Securities (USA) LLC, Ernst &Young U.S. LLP, Liberty Corner Capital Strategies, LLC, Thomas H. Lee Investors Limited Partnership, CIM Ventures, Inc, Christopher Sugrue, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Ingram Micro, Inc., David V. Harkings, Paul Koury, Refco Group Holdings Inc., Brian Owens, Dennis Klejna, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Edward S. Best, Phillip R. Bennett, Mark Ramler, Mark Kavanagh, Christopher Stride, Thomas Hackl, (559 in 1:07–md–01902–JSR, 325 in 1:08–cv–03065–JSR, 394 in 1:08-cv–03086–JSR) Notice of Change of Address, filed by Mari Ferris, (42 in 1:07–md–01902–JSR) Declaration in Support of Motion,, filed by PricewaterhouseCoopers LLP, (248 in 1:08–cv–03065–JSR, 342 in 1:07–md–01902–JSR, 307 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion, filed by EMF Financial Products LLC, EMF Financial Produccts, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund LLC, Delta Flyer Fund, LLC, (248 in 1:08–cv–03086–JSR, 248 in 1:08–cv–03086–JSR, 248 in 1:08–cv–03086–JSR, 253 in 1:07–md–01902–JSR, 253 in 1:07–md–01902–JSR, 253 in 1:07–md–01902–JSR, 200 in 1:08–cv–03065–JSR, 200 in 1:08–cv–03065–JSR, 200 in 1:08–cv–03065–JSR) Order, Add and Terminate Attorneys, Terminate Motions, (642 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by CSFB, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (36 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (463 in 1:07–md–01902–JSR) Order,, (390 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Philip A. Canfield, (153 in 1:08–cv–03065–JSR) Declaration in Support of Motion filed by CS Land Management LLC, Coast Asset Management, LLC, (138 in 1:08–cv–03086–JSR) Notice of Appearance filed by Ernst &Young U.S. LLP, (226 in 1:08–cv–03086–JSR, 230 in 1:07–md–01902–JSR, 187 in 1:08–cv–03065–JSR) Declaration in Support of Motion,, filed by EMF Financial Products LLC, EMF Financial Produccts, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund LLC, Delta Flyer Fund, LLC, (381 in 1:07–md–01902–JSR) MOTION to Dismiss *Complaint*. filed by Joshua Mailman, (180 in 1:07–md–01902–JSR, 31 in 1:08–cv–07416–JSR) Notice (Other), Notice (Other), Notice (Other) filed by KPMG LLP, (74 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (393 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Vincent J. Hemmer, (253 in 1:08–cv–03086–JSR) Certificate of Service Other filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (226 in 1:08–cv–03065–JSR, 226 in 1:08–cv–03065–JSR, 226 in 1:08–cv–03065–JSR, 277 in 1:08–cv–03086–JSR, 277 in 1:08–cv–03086–JSR, 277 in 1:08–cv–03086–JSR, 300 in 1:07–md–01902–JSR, 300 in 1:07–md–01902–JSR, 300 in 1:07–md–01902–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (161 in 1:07–md–01902–JSR, 27 in 1:08–cv–07416–JSR) Order on Motion to Appear Pro Hac Vice, (321 in 1:07–md–01902–JSR, 321 in 1:07–md–01902–JSR, 59 in 1:08–cv–07416–JSR, 59 in 1:08–cv–07416–JSR) Stipulation and Order, Set Deadlines, (26 in 1:08–cv–03086–JSR) Notice of Appearance filed by Joseph Collins, (32 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (585 in 1:07–md–01902–JSR, 344 in 1:08–cv–03065–JSR, 412 in 1:08–cv–03086–JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (334 in 1:08–cv–03086–JSR) Notice of Appearance filed by Santo Maggio, (12 in 1:08–cv–08267–JSR) Memorandum of Law in Support of Motion filed by Richard Butts, (438 in 1:07–md–01902–JSR, 438 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings,, (126 in 1:08–cv–03086–JSR) Notice of Appearance filed by Joseph Collins, (150 in 1:07–md–01902–JSR, 17 in 1:08–cv–07416–JSR) MOTION for Malcolm Loeb to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (90 in 1:08–cv–07416–JSR, 315 in 1:08–cv–03065–JSR, 48 in 1:08–cv–08267–JSR, 535 in 1:07–md–01902–JSR, 384 in 1:08–cv–03086–JSR) Order, (295 in 1:08–cv–03086–JSR, 245 in

1:08−cv−03065−JSR, 330 in 1:07−md−01902−JSR) Stipulation and Order,, (42 in
1:08−cv−03065−JSR) Notice of Appearance filed by Coast Asset Management LP,
CS Land Management LLC, (114 in 1:08−cv−03065−JSR) Notice (Other), Notice
(Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P.
Sinclair, Christopher Stride, (59 in 1:08−cv−03086−JSR) Declaration in
Opposition to Motion,, filed by JP Morgan Chase &Co., Bank of America
Securities LLC, Credit Suisse Securities (USA) LLC, (679 in
1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by
Edward J. Kata, (50 in 1:07−md−01902−JSR) Declaration in Support of Motion,
filed by Ingram Micro, Inc., CIM Ventures, Inc., (54 in 1:08−cv−07416−JSR, 289
in 1:07−md−01902−JSR) Declaration in Opposition, filed by Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (123 in 1:07−md−01902−JSR) Reply
Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP,
(92 in 1:08−cv−03065−JSR) Affidavit of Service Other, filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (283 in
1:07−md−01902−JSR, 212 in 1:08−cv−03065−JSR, 263 in 1:08−cv−03086−JSR)
Reply Memorandum of Law in Support of Motion, filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (397 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Edgar D.
Jannotta, Jr., (66 in 1:08−cv−03086−JSR) MOTION for Timothy J. Paris to Appear
Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride,
(187 in 1:07−md−01902−JSR) MOTION to Dismiss *Counts XXIII and XXIV of the
Complaint*. filed by CS Land Management LLC, Coast Asset Management, LLC, (9
in 1:08−cv−07416−JSR, 104 in 1:07−md−01902−JSR) Notice of Appearance
filed by Robert Aaron, (420 in 1:08−cv−03086−JSR, 610 in 1:07−md−01902−JSR,
352 in 1:08−cv−03065−JSR) Response, filed by Kenneth M Krys, Kenneth M.
Krys, James P. Sinclair, Christopher Stride, (77 in 1:08−cv−07416−JSR) Notice
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (158 in 1:08−cv−03086−JSR, 158 in 1:08−cv−03086−JSR)
Stipulation and Order, Set Deadlines/Hearings, (34 in 1:08−cv−08267−JSR) Notice
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
(Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (300 in
1:08−cv−03086−JSR, 300 in 1:08−cv−03086−JSR, 335 in 1:07−md−01902−JSR,
335 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,
(42 in 1:08−cv−07416−JSR) Order on Motion to Appear Pro Hac Vice, (152 in
1:07−md−01902−JSR, 19 in 1:08−cv−07416−JSR) MOTION for Samuel Randall
to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (488 in
1:07−md−01902−JSR, 290 in 1:08−cv−03065−JSR, 357 in 1:08−cv−03086−JSR)
Order,,,, (433 in 1:07−md−01902−JSR) Affidavit in Support of Motion, filed by
Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV,
Kingdon Associates, (249 in 1:07−md−01902−JSR) Notice of Appearance filed by
Index Recovery Co., L.P., (15 in 1:08−cv−08267−JSR, 15 in 1:08−cv−08267−JSR)
Stipulation and Order, Set Deadlines, (279 in 1:08−cv−03065−JSR, 30 in
1:08−cv−08267−JSR, 459 in 1:07−md−01902−JSR, 73 in 1:08−cv−07416−JSR,
344 in 1:08−cv−03086−JSR) Case Management Plan, (25 in 1:08−cv−03065−JSR)
MOTION to Remand */NOTICE OF MOTION FOR REMAND AND/OR
ABSTENTION*. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair,
Christopher Stride, (616 in 1:07−md−01902−JSR, 425 in 1:08−cv−03086−JSR,
357 in 1:08−cv−03065−JSR, 73 in 1:08−cv−08267−JSR, 120 in
1:08−cv−07416−JSR) Response, filed by Kenneth M Krys, Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (285 in 1:07−md−01902−JSR, 285 in
1:07−md−01902−JSR, 285 in 1:07−md−01902−JSR, 214 in 1:08−cv−03065−JSR,
214 in 1:08−cv−03065−JSR, 214 in 1:08−cv−03065−JSR, 265 in
1:08−cv−03086−JSR, 265 in 1:08−cv−03086−JSR, 265 in 1:08−cv−03086−JSR)
Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair,
Christopher Stride, (85 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure
Statement filed by Ernst &Young LLP, (168 in 1:08−cv−03065−JSR, 197 in
1:08−cv−03086−JSR, 204 in 1:07−md−01902−JSR) Declaration in Support of
Motion, filed by Pricewaterhousecoopers L.L.P., Mari Ferris, (135 in
1:07−md−01902−JSR) Notice of Appeal filed by Jonathan Lee Riches, (86 in
1:08−cv−03065−JSR) Order on Motion to Appear Pro Hac Vice, (58 in
1:08−cv−08267−JSR, 58 in 1:08−cv−08267−JSR, 58 in 1:08−cv−08267−JSR, 58
in 1:08−cv−08267−JSR, 58 in 1:08−cv−08267−JSR, 569 in 1:07−md−01902−JSR,

569 in 1:07–md–01902–JSR, 569 in 1:07–md–01902–JSR, 569 in
1:07–md–01902–JSR, 569 in 1:07–md–01902–JSR, 103 in 1:08–cv–07416–JSR,
103 in 1:08–cv–07416–JSR, 103 in 1:08–cv–07416–JSR, 103 in
1:08–cv–07416–JSR, 103 in 1:08–cv–07416–JSR, 402 in 1:08–cv–03086–JSR,
402 in 1:08–cv–03086–JSR, 402 in 1:08–cv–03086–JSR, 402 in
1:08–cv–03086–JSR, 402 in 1:08–cv–03086–JSR, 333 in 1:08–cv–03065–JSR,
333 in 1:08–cv–03065–JSR, 333 in 1:08–cv–03065–JSR, 333 in
1:08–cv–03065–JSR, 333 in 1:08–cv–03065–JSR) Certificate of Service Other,
filed by J.P. Morgan Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of
America Securities LLC, (298 in 1:08–cv–03065–JSR, 366 in
1:08–cv–03086–JSR, 502 in 1:07–md–01902–JSR) Notice (Other), Notice (Other)
filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC,
JPMorgan Chase &Co., (336 in 1:08–cv–03086–JSR, 336 in 1:08–cv–03086–JSR,
269 in 1:08–cv–03065–JSR, 269 in 1:08–cv–03065–JSR, 435 in
1:07–md–01902–JSR, 435 in 1:07–md–01902–JSR) Stipulation and Order, Set
Deadlines, (282 in 1:08–cv–03086–JSR, 282 in 1:08–cv–03086–JSR, 56 in
1:08–cv–07416–JSR, 56 in 1:08–cv–07416–JSR, 230 in 1:08–cv–03065–JSR,
230 in 1:08–cv–03065–JSR) Endorsed Letter, Set Deadlines/Hearings,, (324 in
1:07–md–01902–JSR, 324 in 1:07–md–01902–JSR, 290 in 1:08–cv–03086–JSR,
290 in 1:08–cv–03086–JSR, 240 in 1:08–cv–03065–JSR, 240 in
1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines, (230 in
1:08–cv–03086–JSR) Declaration in Opposition to Motion, filed by Kenneth M.
Krys, James P. Sinclair, Christopher Stride, (128 in 1:08–cv–03086–JSR, 128 in
1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings, (655 in
1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint*. filed by Allene
Chung, (436 in 1:07–md–01902–JSR) Stipulation and Order, (43 in
1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by
PricewaterhouseCoopers LLP, (55 in 1:08–cv–03065–JSR) MOTION for Timothy
J. Paris to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (4 in 1:08–cv–07416–JSR) Opposition Brief,
filed by Bank of New York Mellon Corporation, Derivative Portfolio Management,
Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management
LLC, Guy Castranova, (297 in 1:08–cv–03065–JSR, 39 in 1:08–cv–08267–JSR,
365 in 1:08–cv–03086–JSR, 501 in 1:07–md–01902–JSR, 81 in
1:08–cv–07416–JSR) Case Management Plan,, (296 in 1:08–cv–03065–JSR, 497
in 1:07–md–01902–JSR, 364 in 1:08–cv–03086–JSR) Objection to Report and
Recommendations,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair,
Christopher Stride, (670 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended
Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc.,
LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended
Complaint*. filed by Scott Kata, (24 in 1:07–md–01902–JSR) MOTION to Dismiss
*Count Three of the Second Amended Consolidated Class Action Complaint*. filed
by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC,
Deutsche Bank Securities, Inc., (108 in 1:07–md–01902–JSR) Notice of Voluntary
Dismissal, filed by Marc S. Kirschner, (318 in 1:08–cv–03086–JSR, 318 in
1:08–cv–03086–JSR, 255 in 1:08–cv–03065–JSR, 255 in 1:08–cv–03065–JSR,
351 in 1:07–md–01902–JSR, 351 in 1:07–md–01902–JSR) Stipulation and Order,
Set Motion and RRDeadlines/Hearings, (44 in 1:08–cv–03065–JSR) Order
Admitting Attorney Pro Hac Vice, (369 in 1:08–cv–03086–JSR) Opposition Brief
filed by Gibson, Dunn &Crutcher LLP, (147 in 1:08–cv–03086–JSR, 147 in
1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings, (259 in
1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Mayer
Brown LLP, Grant Thornton LLP, Credit Suisse Securities (USA) LLC, Banc of
America Securities LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities,
Inc., (28 in 1:08–cv–07416–JSR, 162 in 1:07–md–01902–JSR) Order on Motion
to Appear Pro Hac Vice, (223 in 1:08–cv–03065–JSR, 296 in
1:07–md–01902–JSR, 274 in 1:08–cv–03086–JSR) Memorandum of Law in
Opposition to Motion,, filed by Kenneth M. Krys, James P. Sinclair, Christopher
Stride, (219 in 1:08–cv–03065–JSR, 292 in 1:07–md–01902–JSR, 219 in
1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion,, filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (21 in
1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James
P. Sinclair, Christopher Stride, (48 in 1:08–cv–07416–JSR) MOTION to Dismiss
*(correction of Document #33)*. MOTION to Dismiss *(correction of Document #33)*.

filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR, 561 in 1:07–md–01902–JSR) Order on Motion to Serve,(448 in 1:07–md–01902–JSR) Order, (44 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, (118 in 1:07–md–01902–JSR) Notice of Appearance filed by Joseph P Collins, (141 in 1:07–md–01902–JSR) Protective Order, (133 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (52 in 1:08–cv–07416–JSR, 216 in 1:08–cv–03065–JSR, 287 in 1:07–md–01902–JSR, 267 in 1:08–cv–03086–JSR) Declaration in Opposition, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (30 in 1:07–md–01902–JSR) Notice (Other) filed by Dennis A. Klejna, (292 in 1:08–cv–03086–JSR, 326 in 1:07–md–01902–JSR, 242 in 1:08–cv–03065–JSR) Notice of Voluntary Dismissal, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (33 in 1:08–cv–07416–JSR) MOTION to Dismiss. filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (334 in 1:08–cv–03065–JSR) Notice of Appearance filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (362 in 1:08–cv–03065–JSR, 362 in 1:08–cv–03065–JSR, 362 in 1:08–cv–03065–JSR, 362 in 1:08–cv–03065–JSR, 629 in 1:07–md–01902–JSR, 629 in 1:07–md–01902–JSR, 629 in 1:07–md–01902–JSR, 629 in 1:07–md–01902–JSR, 124 in 1:08–cv–07416–JSR, 124 in 1:08–cv–07416–JSR, 124 in 1:08–cv–07416–JSR, 124 in 1:08–cv–07416–JSR, 124 in 1:08–cv–07416–JSR, 77 in 1:08–cv–08267–JSR, 77 in 1:08–cv–08267–JSR, 77 in 1:08–cv–08267–JSR, 77 in 1:08–cv–08267–JSR, 77 in 1:08–cv–08267–JSR, 430 in 1:08–cv–03086–JSR, 430 in 1:08–cv–03086–JSR, 430 in 1:08–cv–03086–JSR, 430 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (331 in 1:07–md–01902–JSR, 331 in 1:07–md–01902–JSR, 296 in 1:08–cv–03086–JSR, 296 in 1:08–cv–03086–JSR, 246 in 1:08–cv–03065–JSR, 246 in 1:08–cv–03065–JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (293 in 1:08–cv–03086–JSR, 243 in 1:08–cv–03065–JSR, 327 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal – Signed, (630 in 1:07–md–01902–JSR, 630 in 1:07–md–01902–JSR) Order, Set Deadlines, (71 in 1:08–cv–03086–JSR) MOTION for Lee M. Andelin to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (445 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Capgemini U.S., LLC, (394 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Vincent J. Hemmer, (144 in 1:08–cv–03086–JSR, 144 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines,, (39 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (249 in 1:08–cv–03086–JSR, 249 in 1:08–cv–03086–JSR, 249 in 1:08–cv–03086–JSR, 201 in 1:08–cv–03065–JSR, 201 in 1:08–cv–03065–JSR, 201 in 1:08–cv–03065–JSR, 254 in 1:07–md–01902–JSR, 254 in 1:07–md–01902–JSR, 254 in 1:07–md–01902–JSR) Order, Add and Terminate Attorneys, Terminate Motions, (94 in 1:08–cv–07416–JSR, 321 in 1:08–cv–03065–JSR, 50 in 1:08–cv–08267–JSR, 389 in 1:08–cv–03086–JSR, 550 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, (261 in 1:08–cv–03086–JSR, 279 in 1:07–md–01902–JSR, 210 in 1:08–cv–03065–JSR) Memorandum of Law in Opposition to Motion, filed by Christopher Pettit, (176 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Coast Asset Management, LLC, (310 in 1:08–cv–03065–JSR, 523 in 1:07–md–01902–JSR, 379 in 1:08–cv–03086–JSR) Notice of Appearance filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (252 in 1:07–md–01902–JSR) Notice of Appearance

filed by The Trustees of the Masonic Hall and Asylum Fund, (33 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal – Signed, (241 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (180 in 1:08–cv–03086–JSR) Affidavit of Service Other filed by Ernst &Young U.S. LLP, (103 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice, (140 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young U.S. LLP, (360 in 1:07–md–01902–JSR) Notice of Substitution of Attorney, filed by Donald J. Edwards, (227 in 1:08–cv–03065–JSR, 227 in 1:08–cv–03065–JSR, 279 in 1:08–cv–03086–JSR, 279 in 1:08–cv–03086–JSR, 305 in 1:07–md–01902–JSR, 305 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, (244 in 1:08–cv–03086–JSR, 197 in 1:08–cv–03065–JSR, 240 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Brian Owens, Mark Kavanagh, (77 in 1:08–cv–03065–JSR) Notice of Change of Address, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (325 in 1:08–cv–03086–JSR, 416 in 1:07–md–01902–JSR, 262 in 1:08–cv–03065–JSR) Stipulation and Order,,, (234 in 1:08–cv–03065–JSR, 234 in 1:08–cv–03065–JSR, 286 in 1:08–cv–03086–JSR, 286 in 1:08–cv–03086–JSR, 318 in 1:07–md–01902–JSR, 318 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (19 in 1:07–md–01902–JSR) Notice of Appearance filed by Ernst &Young LLP, (412 in 1:07–md–01902–JSR) Stipulation and Order of Dismissal, (354 in 1:07–md–01902–JSR, 354 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (215 in 1:08–cv–03065–JSR, 266 in 1:08–cv–03086–JSR, 286 in 1:07–md–01902–JSR, 51 in 1:08–cv–07416–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (19 in 1:08–cv–08267–JSR, 19 in 1:08–cv–08267–JSR) Stipulation and Order, Set Deadlines/Hearings, (99 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (363 in 1:07–md–01902–JSR, 363 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (222 in 1:07–md–01902–JSR, 222 in 1:07–md–01902–JSR, 217 in 1:08–cv–03086–JSR, 217 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by CIM Ventures Inc., Ingram Micro, Inc., (353 in 1:08–cv–03065–JSR, 611 in 1:07–md–01902–JSR, 421 in 1:08–cv–03086–JSR) Response,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (151 in 1:08–cv–03065–JSR) MOTION to Dismiss *by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*. filed by Ernst &Young U.S. LLP, (49 in 1:07–md–01902–JSR) MOTION to Dismiss *Claims 15, 34, 35, 36, 43 and 44 of the Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (37 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (211 in 1:08–cv–03065–JSR, 280 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion filed by Tone Grant, (350 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion filed by Mayer Brown LLP, Edward S. Best, (179 in 1:08–cv–03086–JSR) Declaration in Support of Motion,, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (158 in 1:07–md–01902–JSR, 24 in 1:08–cv–07416–JSR) Order on Motion to Appear Pro Hac Vice, (467 in 1:07–md–01902–JSR) Order,, (329 in 1:08–cv–03065–JSR, 99 in 1:08–cv–07416–JSR, 565 in 1:07–md–01902–JSR, 398 in 1:08–cv–03086–JSR, 54 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion) filed by Mari Ferris, PricewaterhouseCoopers LLP, (96 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (8 in 1:08–cv–08267–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (648 in 1:07–md–01902–JSR, 648 in 1:07–md–01902–JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank defendant's Motion to dismiss Plaintiffs's Amended Complaint*. filed by Vincent J. Hemmer, (25 in 1:08–cv–07416–JSR, 159 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice, (111 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (256 in 1:07–md–01902–JSR, 256 in 1:07–md–01902–JSR, 256 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, Add and Terminate Attorneys, Terminate Motions, (449 in 1:07–md–01902–JSR, 271 in 1:08–cv–03065–JSR, 337 in 1:08–cv–03086–JSR) Notice of Voluntary Dismissal,, filed by Kenneth M Krys,

Kenneth M. Krys, James P. Sinclair, Christopher Stride, (120 in
1:07–md–01902–JSR) Declaration in Support of Motion, filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., (180 in 1:08–cv–03065–JSR) Affidavit of Service Other, filed by
1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen,
Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee
Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund
V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (368
in 1:08–cv–03086–JSR, 300 in 1:08–cv–03065–JSR, 509 in
1:07–md–01902–JSR) Response, filed by Pricewaterhousecoopers Cayman
Islands, (282 in 1:07–md–01902–JSR) USCA Mandate, (112 in
1:08–cv–03065–JSR) Affidavit of Service Other, filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (266 in
1:07–md–01902–JSR) Order, (13 in 1:08–cv–03065–JSR) Order, (67 in
1:08–cv–03065–JSR) Consent Order, (80 in 1:08–cv–03065–JSR) Order on
Motion to Appear Pro Hac Vice, (529 in 1:07–md–01902–JSR) Scheduling Order,
(388 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by David A.
Donnuni, (190 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement
filed by Coast Asset Management, LLC, (392 in 1:08–cv–03086–JSR, 557 in
1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,
(71 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M
Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (150 in
1:08–cv–03065–JSR) Memorandum of Law in Support of Motion filed by CS
Land Management LLC, Coast Asset Management, LLC, (13 in
1:08–cv–08267–JSR) Declaration in Support of Motion,,, filed by Richard Butts,
(63 in 1:08–cv–03065–JSR) MOTION for Leo Beus to Appear Pro Hac Vice. filed
by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (355
in 1:08–cv–03065–JSR, 613 in 1:07–md–01902–JSR, 71 in 1:08–cv–08267–JSR,
423 in 1:08–cv–03086–JSR) Response,,, filed by JP Morgan Chase &Co., Credit
Suisse Securities (USA) LLC, Banc of America Securities LLC, (251 in
1:08–cv–03065–JSR, 251 in 1:08–cv–03065–JSR, 348 in 1:07–md–01902–JSR,
348 in 1:07–md–01902–JSR, 314 in 1:08–cv–03086–JSR, 314 in
1:08–cv–03086–JSR) Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,, (66 in 1:07–md–01902–JSR) Endorsed Letter, (69 in
1:08–cv–07416–JSR, 428 in 1:07–md–01902–JSR) Notice of Change of Address
filed by Robert Aaron, (207 in 1:07–md–01902–JSR, 207 in
1:07–md–01902–JSR, 207 in 1:07–md–01902–JSR, 200 in 1:08–cv–03086–JSR,
200 in 1:08–cv–03086–JSR, 200 in 1:08–cv–03086–JSR, 170 in
1:08–cv–03065–JSR, 170 in 1:08–cv–03065–JSR, 170 in 1:08–cv–03065–JSR)
Certificate of Service Other,, filed by PricewaterhouseCoopers LLP, (196 in
1:07–md–01902–JSR) Declaration in Support of Motion,, filed by J.P. Morgan
Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities
LLC, (699 in 1:07–md–01902–JSR) Order on Motion to Unseal, (427 in
1:08–cv–03086–JSR, 359 in 1:08–cv–03065–JSR, 121 in 1:08–cv–07416–JSR,
622 in 1:07–md–01902–JSR, 74 in 1:08–cv–08267–JSR) Order Adopting Report
and Recommendations,,,,,, (317 in 1:08–cv–03065–JSR, 386 in
1:08–cv–03086–JSR, 538 in 1:07–md–01902–JSR) Order,, (76 in
1:08–cv–03086–JSR) MOTION for Malcolm Loeb to Appear Pro Hac Vice. filed
by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (110 in
1:07–md–01902–JSR) Declaration in Opposition to Motion,,,, filed by Marc S.
Kirschner, (354 in 1:08–cv–03065–JSR, 612 in 1:07–md–01902–JSR, 422 in
1:08–cv–03086–JSR) Response,, filed by Brian Owens, Mark Kavanagh, (127 in
1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by
Mayer Brown International LLP, (662 in 1:07–md–01902–JSR) MOTION to
Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston
Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss
the Amended Complaint.* filed by Randall Yanker TTEE, (212 in
1:08–cv–03086–JSR) Affidavit of Service Other,,, filed by 1997 Thomas H. Lee
Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas
H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P., David V. Harkins,
Thomas H. Lee Investors Limited Partnership, THL Equity Advisors V.L.P,
Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC,
Scott L. Jaeckel, (471 in 1:07–md–01902–JSR) Declaration in Support of Motion,,

filed by Mayer Brown LLP, Grant Thornton LLP, Mayer Brown International LLP, (607 in 1:07–md–01902–JSR, 70 in 1:08–cv–08267–JSR, 419 in 1:08–cv–03086–JSR, 117 in 1:08–cv–07416–JSR, 351 in 1:08–cv–03065–JSR) Case Management Plan, (52 in 1:08–cv–08267–JSR, 96 in 1:08–cv–07416–JSR, 556 in 1:07–md–01902–JSR, 391 in 1:08–cv–03086–JSR, 323 in 1:08–cv–03065–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (77 in 1:07–md–01902–JSR) Order, (261 in 1:07–md–01902–JSR) Endorsed Letter, (375 in 1:08–cv–03086–JSR, 516 in 1:07–md–01902–JSR, 306 in 1:08–cv–03086–JSR) Order on Motion to Withdraw as Attorney,,,,,, (53 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion) filed by Richard Butts, (288 in 1:07–md–01902–JSR, 53 in 1:08–cv–07416–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (673 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint.* filed by Glenn Kata, (16 in 1:07–md–01902–JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (136 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Andrew Krieger, Beckenham Trading Co. Inc, (389 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Philip A. Canfield, (30 in 1:08–cv–03065–JSR) Certificate of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (127 in 1:08–cv–03086–JSR) Declaration in Support of Motion,, filed by Pricewaterhousecoopers Cayman Islands, (38 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (564 in 1:07–md–01902–JSR, 328 in 1:08–cv–03065–JSR, 397 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion) filed by Brian Owens, Mark Kavanagh, (251 in 1:08–cv–03086–JSR) Affidavit of Service Other, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (106 in 1:08–cv–07416–JSR, 574 in 1:07–md–01902–JSR) Response, filed by Robert Aaron, (312 in 1:07–md–01902–JSR, 312 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,, (23 in 1:08–cv–08267–JSR) Memorandum of Law in Opposition to Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (18 in 1:08–cv–03086–JSR) Notice of Appearance filed by CIM Ventures, Inc, Ingram Micro, Inc., (50 in 1:08–cv–07416–JSR) Affidavit in Support of Motion,,,,,, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (444 in 1:07–md–01902–JSR, 444 in 1:07–md–01902–JSR, 444 in 1:07–md–01902–JSR, 444 in 1:07–md–01902–JSR) Certificate of Service Other,,,,,, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (194 in 1:08–cv–03086–JSR) Declaration in Support of Motion filed by Tone Grant, (114 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (157 in 1:07–md–01902–JSR, 23 in 1:08–cv–07416–JSR) Order on Motion to Appear Pro Hac Vice, (142 in 1:07–md–01902–JSR) MOTION to Dismiss *Complaint.* filed by KPMG LLP, (28 in 1:08–cv–03065–JSR) Memorandum of Law in Opposition to Motion,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (10 in 1:08–cv–08267–JSR, 10 in 1:08–cv–08267–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (218 in 1:07–md–01902–JSR, 179 in 1:08–cv–03065–JSR, 211 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (364 in 1:07–md–01902–JSR, 364 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (94 in 1:07–md–01902–JSR) Order, (100 in 1:08–cv–03065–JSR) Notice of Appearance filed by Christopher Pettit, (48 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., (447 in 1:07–md–01902–JSR) Status Report, filed by Pacific Investment Management Company LLC, PIMCO Funds: Pacific Investment

Managment Series – PIMCO High Yield Fund, RH Capital Associates LLC, (77 in 1:08−cv−03086−JSR) MOTION for Thomas Connelly to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (368 in 1:07−md−01902−JSR) Order, (254 in 1:08−cv−03065−JSR, 350 in 1:07−md−01902−JSR, 317 in 1:08−cv−03086−JSR) Reply Memorandum of Law in Support of Motion, filed by Tone Grant, Tone N. Grant, (506 in 1:07−md−01902−JSR, 506 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings,,,,,,,,,,, (302 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (234 in 1:07−md−01902−JSR) MDL Conditional Transfer In Order,, (672 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint*. filed by David Cody, (41 in 1:08−cv−07416−JSR, 227 in 1:07−md−01902−JSR) MOTION for Timothy J. Paris to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (537 in 1:07−md−01902−JSR) Scheduling Order,, (377 in 1:07−md−01902−JSR) Stipulation and Order,,,, (20 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (383 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (443 in 1:07−md−01902−JSR) Declaration in Support of Motion,, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (3 in 1:07−md−01902−JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (129 in 1:07−md−01902−JSR, 129 in 1:07−md−01902−JSR) Certificate of Service Other,,, filed by Grant Thornton LLP, (304 in 1:08−cv−03086−JSR) Certificate of Service Other filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (237 in 1:07−md−01902−JSR, 195 in 1:08−cv−03065−JSR, 239 in 1:08−cv−03086−JSR) Memorandum of Law in Support of Motion,, filed by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (30 in 1:08−cv−07416−JSR, 172 in 1:07−md−01902−JSR) Stipulation and Order,,,,,,,, (155 in 1:08−cv−03065−JSR, 192 in 1:07−md−01902−JSR, 185 in 1:08−cv−03086−JSR) MOTION to Dismiss. filed by Christopher Pettit, (49 in 1:08−cv−08267−JSR, 318 in 1:08−cv−03065−JSR, 387 in 1:08−cv−03086−JSR, 91 in 1:08−cv−07416−JSR, 541 in 1:07−md−01902−JSR) Case Management Plan, (18 in 1:07−md−01902−JSR) Notice of Appearance filed by Ernst & Young LLP, (422 in 1:07−md−01902−JSR, 330 in 1:08−cv−03086−JSR, 68 in 1:08−cv−07416−JSR, 265 in 1:08−cv−03065−JSR) Response in Opposition to Motion,,,,,,,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (71 in 1:07−md−01902−JSR) Stipulation and Order,,,,,,,,, (41 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by PricewaterhouseCoopers LLP, (33 in 1:08−cv−08267−JSR, 33 in 1:08−cv−08267−JSR, 282 in 1:08−cv−03065−JSR, 282 in 1:08−cv−03065−JSR, 465 in 1:07−md−01902−JSR, 465 in 1:07−md−01902−JSR, 76 in 1:08−cv−07416−JSR, 76 in 1:08−cv−07416−JSR, 347 in 1:08−cv−03086−JSR, 347 in 1:08−cv−03086−JSR) Case Management Plan, Order,, (98 in 1:08−cv−03086−JSR) Reply Memorandum of Law in Support of Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (45 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (65 in 1:08−cv−07416−JSR, 65 in 1:08−cv−07416−JSR, 339 in 1:07−md−01902−JSR, 339 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Robert Aaron, (220 in 1:08−cv−03086−JSR) MOTION to Dismiss *Counts XIV and XVI of The Amended Complaint*. filed by Dennis Klejna, (63 in 1:08−cv−03086−JSR) Declaration in Opposition to Motion,, filed by Bank Fur Arbeit Und Wirtschaft Und Osterreichische Postparkasse Aktiengesellsehaft, (73 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, filed by Dennis A. Klejna, Kenneth M. Krys, Christopher Stride, (479 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (148 in 1:08−cv−03065−JSR) Rule 7.1 Corporate Disclosure Statement filed by CS Land Management LLC, (399 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by William Kessinger, (213 in 1:08−cv−03086−JSR) Certificate of Service Other filed by Grant Thornton LLP, Mark Ramler, (184 in 1:07−md−01902−JSR, 32 in

1:08–cv–07416–JSR) Endorsed Letter,, (21 in 1:08–cv–08267–JSR) Declaration in Support of Motion,,, filed by Richard Butts, (70 in 1:08–cv–07416–JSR) Notice of Case Assignment/Reassignment, (430 in 1:07–md–01902–JSR) MOTION to Dismiss *the Complaint (4 in 09 Civ. 2919 – GEL)*. filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (62 in 1:08–cv–08267–JSR, 407 in 1:08–cv–03086–JSR, 339 in 1:08–cv–03065–JSR, 576 in 1:07–md–01902–JSR, 108 in 1:08–cv–07416–JSR) Response,, filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Bank Of America Securities LLC, (52 in 1:08–cv–03086–JSR) Notice of Appearance filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (190 in 1:08–cv–03086–JSR) Notice of Appearance filed by Tone Grant, (12 in 1:07–md–01902–JSR) Memorandum of Law in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (671 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Scott Kata, (61 in 1:08–cv–07416–JSR) Reply Affirmation in Support of Motion,,, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (128 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (126 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, (196 in 1:08–cv–03065–JSR, 239 in 1:07–md–01902–JSR, 243 in 1:08–cv–03086–JSR) Notice of Appearance filed by Brian Owens, Mark Kavanagh, (257 in 1:08–cv–03065–JSR, 353 in 1:07–md–01902–JSR, 320 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Brian Owens, Mark Kavanagh, (126 in 1:08–cv–03065–JSR) Rule 7.1 Corporate Disclosure Statement filed by Andrew Krieger, Beckenham Trading Co. Inc, (124 in 1:08–cv–03086–JSR) Certificate of Service Other, filed by Pricewaterhousecoopers Cayman Islands, (34 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (678 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Edward J. Kata, (341 in 1:08–cv–03065–JSR, 341 in 1:08–cv–03065–JSR, 409 in 1:08–cv–03086–JSR, 409 in 1:08–cv–03086–JSR, 578 in 1:07–md–01902–JSR, 578 in 1:07–md–01902–JSR) Order, Add and Terminate Attorneys,,,,,, (306 in 1:07–md–01902–JSR, 17 in 1:08–cv–08267–JSR) Stipulation and Order,, (198 in 1:08–cv–03065–JSR, 241 in 1:07–md–01902–JSR, 245 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion, filed by Brian Owens, Mark Kavanagh, (278 in 1:08–cv–03086–JSR, 278 in 1:08–cv–03086–JSR, 304 in 1:07–md–01902–JSR, 304 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,,,,,, (85 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice, (12 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (181 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Liberty Corner Capital Strategies, LLC, (665 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Lorraine Kata, Edward J. Kata, (73 in 1:08–cv–03086–JSR) MOTION for Derrick J. Stomberg to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (414 in 1:07–md–01902–JSR, 414 in 1:07–md–01902–JSR, 323 in 1:08–cv–03086–JSR, 323 in 1:08–cv–03065–JSR, 260 in 1:08–cv–03065–JSR, 260 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines,, (43 in 1:08–cv–03065–JSR) Order Admitting Attorney Pro Hac Vice, (504 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, Grant Thornton LLP, Mayer Brown International LLP, (653 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Charles B. Hintz, (67 in 1:07–md–01902–JSR, 67 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings,,,, (157 in 1:08–cv–03065–JSR) Notice of Appearance filed by Tone Grant, (52 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, (194 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by J.P. Morgan Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America

Securities LLC, (664 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint*. filed by Christopher Welch, (82 in 1:07–md–01902–JSR) MOTION to Dismiss – *Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)*. filed by Ernst &Young LLP, (669 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Gregg Kata, (74 in 1:08–cv–03086–JSR) MOTION for Leo Beus to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (7 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Mayer Brown LLP, (80 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (60 in 1:08–cv–07416–JSR) Reply Memorandum of Law in Support of Motion, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (331 in 1:08–cv–03086–JSR) Request to Enter Default,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (137 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Andrew Krieger, Beckenham Trading Co. Inc, (46 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement filed by Ingram Micro, Inc., (385 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (193 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion filed by Tone Grant, (507 in 1:07–md–01902–JSR) MOTION for Barbara Moses to Withdraw as Attorney *for Robert C. Trosten*. filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (94 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (26 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (97 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (634 in 1:07–md–01902–JSR) Declaration, filed by Thomas H. Lee Equity Fund V, L.P., (534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR, 534 in 1:07–md–01902–JSR) Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, (53 in 1:08–cv–03065–JSR) Declaration in Opposition to Motion,, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (14 in 1:08–cv–03065–JSR) Order,, (58 in 1:08–cv–07416–JSR, 58 in 1:08–cv–07416–JSR) Endorsed Letter, Set Deadlines/Hearings,, (487 in 1:07–md–01902–JSR) Objection to Report and Recommendations, filed by George L. Miller, (69 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (36 in 1:08–cv–07416–JSR, 209 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Robert Aaron, (212 in 1:07–md–01902–JSR, 173 in 1:08–cv–03065–JSR, 205 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, Edward S. Best, (383 in 1:08–cv–03086–JSR, 314 in 1:08–cv–03065–JSR, 533 in 1:07–md–01902–JSR, 89 in 1:08–cv–07416–JSR, 47 in

1:08−cv−08267−JSR) Case Management Plan,,, (141 in 1:08−cv−03086−JSR) Notice of Appearance filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (61 in 1:08−cv−03086−JSR) Certificate of Service Other filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (93 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (36 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (97 in 1:08−cv−07416−JSR) Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (151 in 1:08−cv−03086−JSR) Memorandum of Law in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (391 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Philip A. Canfield, (156 in 1:08−cv−03086−JSR) Affidavit of Service Other, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (44 in 1:08−cv−07416−JSR) Order on Motion to Appear Pro Hac Vice, (3 in 1:08−cv−03086−JSR) Rule 7.1 Corporate Disclosure Statement filed by Bank of America Securities LLC, (199 in 1:08−cv−03065−JSR, 246 in 1:08−cv−03086−JSR, 242 in 1:07−md−01902−JSR) Declaration in Support of Motion,,,,, filed by Brian Owens, Mark Kavanagh, (597 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney,, (452 in 1:07−md−01902−JSR) Stipulation and Order,,,, (115 in 1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (340 in 1:07−md−01902−JSR, 305 in 1:08−cv−03086−JSR) Declaration in Support of Motion,,,, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (441 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Joshua Mailman, (20 in 1:08−cv−03086−JSR) Order,, (78 in 1:08−cv−03086−JSR) Stipulation and Order,,,,,,,,, (93 in 1:08−cv−07416−JSR) Response in Support of Motion,, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (587 in 1:07−md−01902−JSR) Order, (37 in 1:07−md−01902−JSR, 37 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings,,,, (625 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations,, (341 in 1:08−cv−03086−JSR) Notice of Case Assignment/Reassignment, (309 in 1:08−cv−03086−JSR, 344 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, Mark Ramler, (640 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by CSFB, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (125 in 1:08−cv−03065−JSR, 125 in 1:08−cv−03065−JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (10 in 1:08−cv−07416−JSR, 105 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert Aaron, (409 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion,, filed by Capgemini U.S. LLC, (169 in 1:07−md−01902−JSR) Stipulation and Order,,,, (310 in 1:07−md−01902−JSR) MOTION To be made parties to the deposition protocol and confidentiality orders of the Court *with Stipulation and Order.* filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund, (37 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (470 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, Grant Thornton LLP, Mayer Brown International LLP, (33 in 1:08−cv−03086−JSR) MOTION for Michael S. Sundermeyer to Appear Pro Hac Vice. filed by Mayer Brown LLP, (278 in 1:07−md−01902−JSR) Stipulation and Order, (689 in 1:07−md−01902−JSR) Joinder filed by Innovation Investments, LLC, (37 in 1:08−cv−07416−JSR) Memorandum of Law in Support of Motion, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (171 in 1:08−cv−03065−JSR, 203 in 1:08−cv−03086−JSR, 210 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Mayer Brown LLP, Edward S. Best, (154 in 1:08−cv−03065−JSR) Affidavit of Service Other filed by Ernst &Young U.S. LLP, (17 in 1:08−cv−03086−JSR) Notice of Appearance filed by Mayer Brown International LLP, (119 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Credit Suisse Securities

(USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (259 in 1:08−cv−03065−JSR, 259 in 1:08−cv−03065−JSR, 375 in 1:07−md−01902−JSR, 375 in 1:07−md−01902−JSR, 322 in 1:08−cv−03086−JSR, 322 in 1:08−cv−03086−JSR) Stipulation and Order, Set Deadlines,,,,,, (43 in 1:08−cv−03086−JSR) Certificate of Service Other,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (419 in 1:07−md−01902−JSR, 328 in 1:08−cv−03086−JSR) Notice (Other) filed by CIM Ventures Inc., CIM Ventures, Inc, Ingram Micro, Inc., (167 in 1:07−md−01902−JSR, 167 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines,, (148 in 1:08−cv−03086−JSR, 148 in 1:08−cv−03086−JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,,, (258 in 1:08−cv−03086−JSR, 258 in 1:08−cv−03086−JSR, 258 in 1:08−cv−03086−JSR, 272 in 1:07−md−01902−JSR, 272 in 1:07−md−01902−JSR, 272 in 1:07−md−01902−JSR, 207 in 1:08−cv−03065−JSR, 207 in 1:08−cv−03065−JSR, 207 in 1:08−cv−03065−JSR) Certificate of Service Other,,,,,,,,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (221 in 1:08−cv−03065−JSR, 272 in 1:08−cv−03086−JSR, 294 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (240 in 1:08−cv−03086−JSR) Memorandum of Law in Opposition to Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (70 in 1:08−cv−03086−JSR) Notice of Appearance filed by Edward S. Best, (101 in 1:08−cv−03065−JSR) MOTION for Ronald M. Lepinskas and Tomas M. Thompson to Appear Pro Hac Vice. filed by Christopher Pettit, (22 in 1:08−cv−08267−JSR) Memorandum of Law in Support of Motion filed by Richard Butts, (75 in 1:08−cv−03086−JSR) MOTION for L. Richard Williams to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (55 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (581 in 1:07−md−01902−JSR) Remark,, (92 in 1:07−md−01902−JSR) Stipulation and Order,,, (481 in 1:07−md−01902−JSR, 286 in 1:08−cv−03065−JSR, 352 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other) filed by William T. Pigott, William T. Pigott, Liberty Corner Capital Strategies, LLC, (43 in 1:08−cv−07416−JSR) Order on Motion to Appear Pro Hac Vice, (196 in 1:08−cv−03086−JSR, 167 in 1:08−cv−03065−JSR, 203 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Pricewaterhousecoopers L.L.P., Mari Ferris, (131 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (108 in 1:08−cv−03065−JSR) Notice of Appearance filed by Joseph Collins, (311 in 1:07−md−01902−JSR) MOTION for Extension of Time *with Stipulation and Order*. filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund, (469 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Mayer Brown LLP, Grant Thornton LLP, Mayer Brown International LLP, (309 in 1:07−md−01902−JSR) PROPOSED MOTION Stipulation and Proposed Order *to become parties to the deposition protocol and confidentiality orders*. filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., (322 in 1:07−md−01902−JSR, 322 in 1:07−md−01902−JSR, 238 in 1:08−cv−03065−JSR, 238 in 1:08−cv−03065−JSR, 288 in 1:08−cv−03086−JSR, 288 in 1:08−cv−03086−JSR) Stipulation and Order, Set Deadlines,,,, (379 in 1:07−md−01902−JSR) MOTION for William W. Thorsness, III to Appear Pro Hac Vice. filed by Philip A. Canfield, Edgar D. Jannotta, Jr., Vincent J. Hemmer, Donald J. Edwards, David A. Donnuni, William Kessinger, (23 in 1:08−cv−03086−JSR) Notice of Appearance filed by Joseph Collins, (159 in 1:08−cv−03065−JSR) Notice of Appearance filed by Tone Grant, (696 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (6 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (18 in 1:08−cv−08267−JSR) Amended Complaint,, filed by Kenneth M. Krys, Christopher Stride, (266 in 1:08−cv−03065−JSR) Request to Enter Default,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (109 in 1:08−cv−03065−JSR) Notice of Appearance filed by Joseph Collins, (122 in 1:08−cv−03065−JSR, 122 in 1:08−cv−03065−JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (84 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Ernst &Young LLP, (12 in 1:08−cv−03065−JSR) Jury Demand,, filed by Kenneth M Krys, Kenneth M. Krys,

James P. Sinclair, Christopher Stride, (113 in 1:08–cv–03086–JSR) Order
Admitting Attorney Pro Hac Vice, (129 in 1:08–cv–07416–JSR, 367 in
1:08–cv–03065–JSR, 80 in 1:08–cv–08267–JSR, 704 in 1:07–md–01902–JSR,
435 in 1:08–cv–03086–JSR) Notice of Appeal,, filed by Kenneth M. Krys,
Christopher Stride, (159 in 1:08–cv–03086–JSR) Acknowledgment of Service
Complaints,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (384
in 1:07–md–01902–JSR) Declaration in Support of Motion,,, filed by ML IBK
Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan
Corporation, (132 in 1:07–md–01902–JSR, 12 in 1:08–cv–07416–JSR) Order
Admitting Attorney Pro Hac Vice,, (674 in 1:07–md–01902–JSR) Memorandum
of Law in Support of Motion, filed by Glenn Kata, (58 in 1:08–cv–03065–JSR)
MOTION for L. Richard Williams to Appear Pro Hac Vice. filed by Kenneth M
Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (243 in
1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by
KPMG LLP, (91 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by
Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (18 in
1:08–cv–07416–JSR, 151 in 1:07–md–01902–JSR) MOTION for Robert T. Mills
to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (646 in
1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by
Capgemini U.S. LLC, (78 in 1:08–cv–03065–JSR) Notice of Appearance filed by
Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse
Aktiengesellsehaft, (152 in 1:08–cv–03086–JSR) Declaration in Support of
Motion, filed by Gibson, Dunn &Crutcher LLP, Beckenham Trading Co. Inc, Scott
Kislin, Mitchell Karlan, (311 in 1:08–cv–03065–JSR, 524 in
1:07–md–01902–JSR, 380 in 1:08–cv–03086–JSR) Remark, (234 in
1:08–cv–03086–JSR) Certificate of Service Other,,,, filed by Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (25 in 1:08–cv–03086–JSR) Notice of
Appearance filed by Joseph Collins, (660 in 1:07–md–01902–JSR) Memorandum
of Law in Support of Motion filed by Randy Yanker, (170 in
1:07–md–01902–JSR) Stipulation and Order,,, (139 in 1:08–cv–03065–JSR)
Certificate of Service Other, filed by Andrew Krieger, Beckenham Trading Co.
Inc, (26 in 1:08–cv–07416–JSR, 160 in 1:07–md–01902–JSR) Order on Motion to
Appear Pro Hac Vice, (462 in 1:07–md–01902–JSR) Notice (Other) filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (545 in
1:07–md–01902–JSR) Order on Motion for Partial Summary Judgment,, (198 in
1:08–cv–03086–JSR, 205 in 1:07–md–01902–JSR, 169 in 1:08–cv–03065–JSR)
Notice (Other), Notice (Other) filed by Pricewaterhousecoopers L.L.P., Mari
Ferris, (362 in 1:07–md–01902–JSR) Notice of Substitution of Attorney, filed by
Edgar D. Jannotta, Jr., (27 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,,
filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (29 in
1:08–cv–03086–JSR) Affidavit of Service Other,,, filed by Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (121 in 1:07–md–01902–JSR, 121 in
1:07–md–01902–JSR) Certificate of Service Other, filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., (120 in 1:08–cv–03065–JSR) Notice of Appearance filed by Ernst
&Young U.S. LLP, (378 in 1:07–md–01902–JSR) MOTION for Thomas P.
Cimino, Jr. to Appear Pro Hac Vice. filed by Philip A. Canfield, Edgar D. Jannotta,
Jr., Vincent J. Hemmer, Donald J. Edwards, David A. Donnuni, William
Kessinger, (221 in 1:08–cv–03086–JSR) Memorandum of Law in Support of
Motion filed by Dennis Klejna, (548 in 1:07–md–01902–JSR) Order, (131 in
1:08–cv–03065–JSR) Declaration in Support of Motion, filed by Gibson, Dunn
&Crutcher LLP, Scott Kislin, Mitchell Karlan, (128 in 1:08–cv–07416–JSR, 703
in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion),
Objection (non–motion) filed by Bank of New York Mellon Corporation,
Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC,
Derivative Portfolio Management LLC, Guy Castranova, (103 in
1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (305 in 1:08–cv–03065–JSR, 43 in
1:08–cv–08267–JSR, 85 in 1:08–cv–07416–JSR, 515 in 1:07–md–01902–JSR,
374 in 1:08–cv–03086–JSR) Case Management Plan,,, (72 in
1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (365 in
1:07–md–01902–JSR, 365 in 1:07–md–01902–JSR) Stipulation and Order, Set
Deadlines,, (5 in 1:08–cv–03065–JSR) Affidavit in Support of Motion,, filed by

Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse
Aktiengesellsehaft, Bawag P.S.K., (221 in 1:07–md–01902–JSR, 216 in
1:08–cv–03086–JSR) Stipulation and Order,,, (104 in 1:08–cv–03086–JSR)
Stipulation and Order,,, (657 in 1:07–md–01902–JSR) MOTION to Dismiss
*Amended Complaint*. filed by Andre Perold, (102 in 1:08–cv–07416–JSR, 102 in
1:08–cv–07416–JSR, 332 in 1:08–cv–03065–JSR, 332 in 1:08–cv–03065–JSR,
401 in 1:08–cv–03086–JSR, 401 in 1:08–cv–03086–JSR, 568 in
1:07–md–01902–JSR, 568 in 1:07–md–01902–JSR, 57 in 1:08–cv–08267–JSR,
57 in 1:08–cv–08267–JSR) Declaration, Declaration in Support,,,, filed by J.P.
Morgan Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America
Securities LLC, (172 in 1:08–cv–03086–JSR) Notice of Appearance filed by EMF
Financial Products LLC, Eric M. Flanagan, Delta Flyer Fund LLC, (235 in
1:08–cv–03065–JSR) Reply Memorandum of Law in Support of Motion filed by
Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse
Aktiengesellsehaft, (623 in 1:07–md–01902–JSR) Notice (Other) filed by Marc S.
Kirschner, (268 in 1:07–md–01902–JSR, 268 in 1:07–md–01902–JSR)
Stipulation and Order, Set Deadlines,,,, (454 in 1:07–md–01902–JSR) Stipulation
and Order,, (48 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice,
(13 in 1:08–cv–07416–JSR) Protective Order, (27 in 1:07–md–01902–JSR)
Declaration in Support of Motion,, filed by Credit Suisse Securities (USA) LLC,
Banc of America Securities LLC, Deutsche Bank Securities, Inc., (161 in
1:08–cv–03065–JSR, 199 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by
Tone Grant, (57 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (59 in
1:08–cv–03065–JSR) MOTION for Dennis Blackhurst to Appear Pro Hac Vice.
filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride,
(201 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion filed by
Grant Thornton LLP, Mark Ramler, (15 in 1:08–cv–03086–JSR) Notice of
Appearance filed by Mayer Brown International LLP, (4 in 1:07–md–01902–JSR)
Rule 7.1 Corporate Disclosure Statement filed by PricewaterhouseCoopers LLP,
(21 in 1:08–cv–03086–JSR) Order,, (57 in 1:07–md–01902–JSR) Declaration in
Support of Motion,,,,,,, filed by Credit Suisse Securities (USA) LLC, Banc of
America Securities LLC, Deutsche Bank Securities, Inc., (627 in
1:07–md–01902–JSR, 627 in 1:07–md–01902–JSR) Order, Set Deadlines,,,, (138
in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Andrew Krieger,
Beckenham Trading Co. Inc, (413 in 1:08–cv–03086–JSR, 345 in
1:08–cv–03065–JSR, 589 in 1:07–md–01902–JSR) Objection (non–motion),
Objection (non–motion) filed by Brian Owens, Mark Kavanagh, (153 in
1:07–md–01902–JSR, 20 in 1:08–cv–07416–JSR) MOTION for Derrick J.
Stomberg to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride,
(26 in 1:08–cv–08267–JSR) Declaration in Support of Motion, filed by Richard
Butts, (3 in 1:08–cv–07416–JSR) Notice of Appearance filed by Bank of New
York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon,
Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy
Castranova, (99 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac
Vice, (1 in 1:08–cv–03086–JSR) Notice of Removal,, filed by 1997 Thomas H.
Lee Nominee Trust, THL Managers V. LLC, JP Morgan Chase &Co., Scott A.
Schoen, Bank of America Securities LLC, Pricewaterhousecoopers L.L.P., Thomas
H. Lee Partners, L.P., Mayer Brown LLP, Thomas H. Lee Parallel Fund V, L.P.,
David V. Harkins, Mari Ferris, Grant Thornton LLP, Credit Suisse Securities
(USA) LLC, Thomas H. Lee Investors Limited Partnership, THL Equity Advisors
V.L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Mark Ramler, (198 in
1:07–md–01902–JSR, 198 in 1:07–md–01902–JSR, 158 in 1:08–cv–03065–JSR,
158 in 1:08–cv–03065–JSR, 191 in 1:08–cv–03086–JSR, 191 in
1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines,, (115 in
1:08–cv–03065–JSR) Amended Complaint,,,,,,, filed by Kenneth M Krys, Kenneth
M. Krys, James P. Sinclair, Christopher Stride, (416 in 1:08–cv–03086–JSR, 594
in 1:07–md–01902–JSR, 348 in 1:08–cv–03065–JSR) Objection (non–motion),
Objection (non–motion), Objection (non–motion) filed
by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen,
Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V,
L.P., David V. Harkins, Thomas H. Lee Investors Limited Partnership, Thomas H.
Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman)
Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel,

Thomas H. Lee Equity Fund V, L.P., (197 in 1:07–md–01902–JSR) Certificate of Service Other filed by J.P. Morgan Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (133 in 1:07–md–01902–JSR, 133 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings,,,, (367 in 1:07–md–01902–JSR, 367 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (697 in 1:07–md–01902–JSR) Declaration in Support of Motion,,,, filed by Grant Thornton LLP, (643 in 1:07–md–01902–JSR) MOTION to Dismiss *the Amended Complaint*. filed by Capgemini U.S. LLC, (166 in 1:07–md–01902–JSR, 166 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (49 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (10 in 1:08–cv–03086–JSR) Notice of Appearance,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (651 in 1:07–md–01902–JSR, 651 in 1:07–md–01902–JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. filed by William Kessinger, (118 in 1:08–cv–03065–JSR) Notice of Appearance filed by Ernst &Young U.S. LLP, (690 in 1:07–md–01902–JSR) Amended Complaint,,,,,,,, filed by George Miller, (168 in 1:07–md–01902–JSR) Stipulation and Order,,, (472 in 1:07–md–01902–JSR, 472 in 1:07–md–01902–JSR) Certificate of Service Other,,, filed by Grant Thornton LLP, (116 in 1:07–md–01902–JSR) Notice of Appearance filed by Joseph P Collins, (42 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR, 626 in 1:07–md–01902–JSR) Affidavit of Service Complaints,,,,,,,,,,,,,, filed by George Miller, (508 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (340 in 1:08–cv–03086–JSR) Order, (75 in 1:07–md–01902–JSR) Order, (61 in 1:08–cv–03065–JSR) MOTION for Samuel R. Randall to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (130 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, Paul Koury, (119 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Pricewaterhousecoopers Cayman Islands, (169 in 1:08–cv–03086–JSR) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint*. filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (401 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Donald J. Edwards, (138 in 1:07–md–01902–JSR) MDL Conditional Transfer In Order,, (603 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney,, (170 in 1:08–cv–03086–JSR) Notice of Appearance filed by EMF Financial Products LLC, Eric M. Flanagan, Delta Flyer Fund LLC, (257 in 1:07–md–01902–JSR) Endorsed Letter, (601 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney,, (280 in 1:08–cv–03086–JSR) Order on Motion for Extension of Time, (62 in 1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion filed by Bank Fur Arbeit Und Wirtschaft Und Osterreichische Postparkasse Aktiengesellsehaft, (161 in 1:08–cv–03086–JSR, 183 in 1:07–md–01902–JSR) Stipulation and Order, (192 in 1:08–cv–03065–JSR) Affidavit of Service Other,,, filed by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (544 in 1:07–md–01902–JSR) Order,,, (117 in 1:08–cv–03086–JSR) Notice of Appearance filed by Pricewaterhousecoopers Cayman Islands, (75 in 1:08–cv–07416–JSR, 75 in 1:08–cv–07416–JSR, 346 in 1:08–cv–03086–JSR, 346 in 1:08–cv–03086–JSR, 281 in 1:08–cv–03065–JSR, 281 in 1:08–cv–03065–JSR, 464 in 1:07–md–01902–JSR, 464 in 1:07–md–01902–JSR, 32 in 1:08–cv–08267–JSR, 32 in 1:08–cv–08267–JSR) Case Management Plan, Order,,,, (361 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (682 in 1:07–md–01902–JSR) Memorandum

of Law in Support of Motion filed by Todd Kata, (530 in 1:07–md–01902–JSR, 312 in 1:08–cv–03065–JSR, 381 in 1:08–cv–03086–JSR) Notice of Voluntary Dismissal – Signed, (32 in 1:07–md–01902–JSR) Notice of Appearance filed by Dennis A. Klejna, (165 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion filed by CIM Ventures, Inc, Ingram Micro, Inc., (202 in 1:08–cv–03065–JSR) Reply Memorandum of Law in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (5 in 1:07–md–01902–JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (306 in 1:08–cv–03086–JSR, 306 in 1:08–cv–03086–JSR, 341 in 1:07–md–01902–JSR, 341 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (188 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by CS Land Management LLC, Coast Asset Management, LLC, (154 in 1:08–cv–03086–JSR) Stipulation and Order,,,, (584 in 1:07–md–01902–JSR) Notice of Appearance filed by Grant Thornton LLP, (570 in 1:07–md–01902–JSR, 403 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) filed by EMF Financial Products LLC, Eric M. Flanagan, William T. Pigott, Delta Flyer Fund LLC, Liberty Corner Capital Strategies, LLC, CIM Ventures, Inc, Ingram Micro, Inc., (420 in 1:07–md–01902–JSR, 420 in 1:07–md–01902–JSR, 329 in 1:08–cv–03086–JSR, 329 in 1:08–cv–03086–JSR) Certificate of Service Other,,, filed by CIM Ventures Inc., Ingram Micro, Inc., (63 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, (10 in 1:08–cv–03065–JSR) Notice of Appearance,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (639 in 1:07–md–01902–JSR) MOTION to Dismiss *The Amended Complaint*. filed by CSFB, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (105 in 1:08–cv–03086–JSR) Acknowledgment of Service Complaints,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (106 in 1:08–cv–03086–JSR) MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (285 in 1:08–cv–03086–JSR, 285 in 1:08–cv–03086–JSR, 233 in 1:08–cv–03065–JSR, 233 in 1:08–cv–03065–JSR, 317 in 1:07–md–01902–JSR, 317 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,,,, (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (316 in 1:07–md–01902–JSR) Order on Motion to Withdraw as Attorney, (275 in 1:07–md–01902–JSR) Stipulation and Order,, (215 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement, filed by CIM Ventures, Inc, (298 in 1:07–md–01902–JSR, 275 in 1:08–cv–03065–JSR) Memorandum of Law in Opposition to Motion,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (685 in 1:07–md–01902–JSR) MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. filed by Innovation Investments, LLC, (143 in 1:08–cv–03065–JSR, 143 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (73 in 1:08–cv–03065–JSR) Order Admitting Attorney Pro Hac Vice, (599 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney,, (2 in 1:08–cv–03065–JSR) Rule 7.1 Corporate Disclosure Statement filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (619 in 1:07–md–01902–JSR) Order, (182 in 1:08–cv–03086–JSR) Certificate of Service Other filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (46 in 1:08–cv–07416–JSR, 46 in 1:08–cv–07416–JSR) Stipulation and Order, Set Deadlines,,,, (209 in 1:08–cv–03086–JSR, 177 in 1:08–cv–03065–JSR, 216 in 1:07–md–01902–JSR) Declaration in Support of Motion,, filed by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David

V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (120 in 1:08−cv−03086−JSR) MOTION to Dismiss *Notice of Motion to Enforce Forum Selection Clauses*. filed by Pricewaterhousecoopers Cayman Islands, (227 in 1:08−cv−03086−JSR, 227 in 1:08−cv−03086−JSR, 227 in 1:08−cv−03086−JSR, 231 in 1:07−md−01902−JSR, 231 in 1:07−md−01902−JSR, 231 in 1:07−md−01902−JSR, 188 in 1:08−cv−03065−JSR, 188 in 1:08−cv−03065−JSR, 188 in 1:08−cv−03065−JSR) Certificate of Service Other,, filed by EMF Financial Produccts, Eric M. Flanagan, Delta Flyer Fund, LLC, (406 in 1:07−md−01902−JSR) Declaration in Support of Motion filed by Joshua Mailman, (112 in 1:08−cv−03086−JSR) Order on Motion to Appear Pro Hac Vice, (285 in 1:08−cv−03065−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (111 in 1:07−md−01902−JSR, 111 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Marc S. Kirschner, (81 in 1:08−cv−03086−JSR) Order Admitting Attorney Pro Hac Vice, (425 in 1:07−md−01902−JSR) Stipulation and Order,,,, (274 in 1:08−cv−03065−JSR) Notice (Other), Notice (Other) filed by Andrew Krieger, Beckenham Trading Co. Inc, (9 in 1:08−cv−03086−JSR) Notice of Appearance,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (277 in 1:07−md−01902−JSR) Stipulation and Order,,,,, (485 in 1:07−md−01902−JSR, 355 in 1:08−cv−03086−JSR, 289 in 1:08−cv−03065−JSR) Report and Recommendations,,,, (86 in 1:07−md−01902−JSR) Certificate of Service Other filed by Ernst &Young LLP, (31 in 1:07−md−01902−JSR) Notice of Appearance filed by Dennis A. Klejna, (380 in 1:07−md−01902−JSR) MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss the Complaint*. filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (478 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (5 in 1:08−cv−08267−JSR) Notice of Case Assignment/Reassignment, (681 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint*. filed by Ronald W. Farmer, (50 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (269 in 1:08−cv−03086−JSR, 291 in 1:07−md−01902−JSR, 218 in 1:08−cv−03065−JSR) Memorandum of Law in Opposition to Motion,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (118 in 1:08−cv−03086−JSR) Notice of Appearance filed by Pricewaterhousecoopers Cayman Islands, (165 in 1:08−cv−03065−JSR) Memorandum of Law in Support of Motion filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (164 in 1:08−cv−03065−JSR) MOTION to Dismiss *Counts Twenty−Three and Twenty−Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc*. filed by CIM Ventures, Inc, Ingram Micro, Inc., (57 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (39 in 1:08−cv−03086−JSR) MOTION to Remand */NOTICE OF MOTION FOR REMAND AND/OR ABSTENTION*. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (76 in 1:08−cv−03065−JSR) Notice of Change of Address, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (644 in 1:07−md−01902−JSR, 644 in 1:07−md−01902−JSR) MOTION to Dismiss *and*. MOTION for Joinder *In Bank Defendants' Motion to Dismiss Plaintiffs Amended Complaint*. filed by Donald J. Edwards, (121 in 1:08−cv−03086−JSR) Memorandum of Law in Support of Motion filed by Pricewaterhousecoopers Cayman Islands, (617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in

1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR, 617 in 1:07–md–01902–JSR) Affidavit of Service Complaints,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,, filed by George Miller, (632 in 1:07–md–01902–JSR) Declaration, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (112 in 1:07–md–01902–JSR) Order, (400 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by William Kessinger, (174 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion filed by CS Land Management LLC, Coast Asset Management LLC, (157 in 1:08–cv–03086–JSR, 157 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (154 in 1:07–md–01902–JSR) Stipulation and Order,,, (693 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (396 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Edgar D. Jannotta, Jr., (11 in 1:08–cv–07416–JSR) Brief, filed by Kenneth M. Krys, (236 in 1:07–md–01902–JSR, 236 in 1:07–md–01902–JSR, 238 in 1:08–cv–03086–JSR, 238 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,,, (24 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (115 in 1:08–cv–03086–JSR) Order on Motion for Miscellaneous Relief,, (387 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by David A. Donnuni, (63 in 1:08–cv–07416–JSR) Certificate of Service Other, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (6 in 1:08–cv–08267–JSR) Notice of Appearance,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (143 in 1:08–cv–03086–JSR, 143 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,, (434 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (262 in 1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion filed by Tone N. Grant, (109 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, (64 in 1:08–cv–07416–JSR, 337 in 1:07–md–01902–JSR) Declaration in Support of Motion filed by Robert Aaron, (16 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Mayer Brown International LLP, (220 in 1:07–md–01902–JSR) Stipulation and Order,,,, (361 in 1:07–md–01902–JSR) Notice of Substitution of Attorney, filed by Philip A. Canfield, (517 in 1:07–md–01902–JSR) Order, (7 in 1:08–cv–08267–JSR) Notice of Appearance,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (356 in 1:07–md–01902–JSR, 356 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,,,, (20 in 1:08–cv–08267–JSR) MOTION to Dismiss *Defendant Richard Butt's Notice of Motion To Dismiss Plaintiffs' Amended Complaint*. filed by Richard Butts, (4 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Credit Suisse Securities (USA) LLC, (695 in 1:07–md–01902–JSR) Declaration in Support of Motion,, filed by Grant Thornton LLP, (1 in 1:07–md–01902–JSR) MDL Conditional Transfer In Order,,, (483 in 1:07–md–01902–JSR) Stipulation and Order,,,,,,, (55 in 1:07–md–01902–JSR)

Declaration in Support of Motion, filed by Grant Thornton LLP, (427 in 1:07–md–01902–JSR) Stipulation and Order, (592 in 1:07–md–01902–JSR, 67 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion) filed by Richard Butts, (274 in 1:07–md–01902–JSR) Protective Order, (631 in 1:07–md–01902–JSR) Declaration, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (596 in 1:07–md–01902–JSR, 349 in 1:08–cv–03065–JSR, 417 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by 1997 Thomas H. Lee Nominee Trust, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P., Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (14 in 1:08–cv–03086–JSR) Notice of Appearance filed by Dennis Klejna, (260 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Credit Suisse Securities (USA) LLC, Mayer Brown LLP, Banc of America Securities LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities, Inc., (455 in 1:07–md–01902–JSR) Notice of Case Assignment/Reassignment, (654 in 1:07–md–01902–JSR, 654 in 1:07–md–01902–JSR) MOTION to Dismiss *The Amended Complaint*. MOTION for Joinder *in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Brera Capital Partners, LLC, (659 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Randy Yanker, (694 in 1:07–md–01902–JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (339 in 1:08–cv–03086–JSR, 273 in 1:08–cv–03065–JSR, 451 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal – Signed,, (91 in 1:07–md–01902–JSR, 91 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings,,,, (4 in 1:08–cv–08267–JSR) Stipulation and Order, (527 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (145 in 1:08–cv–03086–JSR, 145 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines,, (49 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (683 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint*. filed by The Suan Family Irrevocable Children's Trust, (302 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, Joseph Collins, Paul Koury, Edward S. Best, (145 in 1:07–md–01902–JSR) Notice of Appearance filed by KPMG LLP, (301 in 1:08–cv–03086–JSR, 338 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion,,, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (182 in 1:08–cv–03065–JSR) MOTION to Dismiss *Counts XIV and XVI Of The Amended Complaint*. filed by Dennis Klejna, (68 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Mayer Brown LLP, (23 in 1:08–cv–03065–JSR) Certificate of Service Other,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (79 in 1:08–cv–03086–JSR) Notice of Appearance filed by Paul Koury, (494 in 1:07–md–01902–JSR) Declaration in Support, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (32 in 1:08–cv–03086–JSR) MOTION for Craig D. Singer to Appear Pro Hac Vice. filed by Mayer Brown LLP, (60 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, (315 in 1:07–md–01902–JSR, 315 in 1:07–md–01902–JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,, (132 in 1:08–cv–03065–JSR) Declaration in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (354 in 1:08–cv–03086–JSR, 288 in 1:08–cv–03065–JSR, 484 in 1:07–md–01902–JSR) Report and Recommendations,, (153 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (225 in 1:07–md–01902–JSR, 39 in 1:08–cv–07416–JSR) MOTION for L. Richard Williams to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (96 in 1:07–md–01902–JSR, 96 in 1:07–md–01902–JSR, 96 in 1:07–md–01902–JSR)

Stipulation and Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings,,,,,,,,, (2 in 1:07–md–01902–JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (81 in 1:08–cv–03065–JSR) Order Admitting Attorney Pro Hac Vice, (64 in 1:08–cv–03086–JSR) MOTION for Linda Coberly, Bradley Lerman, Catherine W. Joyce to Appear Pro Hac Vice. filed by Grant Thornton LLP, Mark Ramler, (372 in 1:07–md–01902–JSR, 372 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (9 in 1:08–cv–08267–JSR) Jury Demand,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (163 in 1:07–md–01902–JSR) Stipulation and Order,,,,,, (335 in 1:08–cv–03086–JSR, 335 in 1:08–cv–03086–JSR) Stipulation and Order, Add and Terminate Attorneys,, (142 in 1:08–cv–03065–JSR, 142 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,, (145 in 1:08–cv–03065–JSR, 160 in 1:08–cv–03086–JSR, 182 in 1:07–md–01902–JSR) Stipulation and Order, (140 in 1:07–md–01902–JSR) Certificate of Service Other filed by Ernst &Young LLP, (31 in 1:08–cv–03086–JSR) MOTION for John K. Villa to Appear Pro Hac Vice. filed by Mayer Brown LLP, (35 in 1:07–md–01902–JSR) MOTION for Alan C. Thomas to Appear Pro Hac Vice. filed by Andrew Krieger, Beckenham Trading Company, Inc., Beckenham Trading Co. Inc, (155 in 1:07–md–01902–JSR) Order, (371 in 1:07–md–01902–JSR) Order, (20 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, (125 in 1:08–cv–03086–JSR) Notice of Appearance filed by Joseph Collins, (93 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (252 in 1:08–cv–03086–JSR) Notice (Other) filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (52 in 1:08–cv–03065–JSR) Memorandum of Law in Opposition to Motion filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (332 in 1:08–cv–03086–JSR) Declaration in Support,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (242 in 1:08–cv–03086–JSR, 238 in 1:07–md–01902–JSR) Stipulation and Order,,,,,,,, (11 in 1:08–cv–03086–JSR) Joinder filed by Dennis Klejna, (649 in 1:07–md–01902–JSR, 649 in 1:07–md–01902–JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint*. filed by Philip A. Canfield, (36 in 1:07–md–01902–JSR) Memorandum &Opinion, (100 in 1:07–md–01902–JSR, 100 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Marc S. Kirschner, (53 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Liberty Corner Capital Strategies, LLC, (395 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Edgar D. Jannotta, Jr., (195 in 1:08–cv–03086–JSR) Answer to Amended Complaint, filed by Santo Maggio, (58 in 1:08–cv–03086–JSR) Memorandum of Law in Opposition to Motion filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (583 in 1:07–md–01902–JSR) Order, (656 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Joel Press, (40 in 1:08–cv–03086–JSR) Declaration in Support of Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (31 in 1:08–cv–03065–JSR) Memorandum of Law in Support of Motion,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (16 in 1:08–cv–08267–JSR) Stipulation and Order,,,,,,,,,,,,,,,,,, (186 in 1:08–cv–03086–JSR) Memorandum of Law in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, Transmission to Attorney Admissions Clerk, (423 in 1:07–md–01902–JSR) Stipulation and Order,, (50 in 1:08–cv–03086–JSR) Notice of Appearance filed by Gibson, Dunn &Crutcher LLP, (407 in 1:07–md–01902–JSR) MOTION to Dismiss – *Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09–cv–02889–GEL on 06/08/2009*. filed by Capgemini U.S. LLC, (49 in 1:08–cv–07416–JSR) Memorandum of Law in Support of Motion, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (38 in 1:08–cv–07416–JSR) Affidavit in Support of Motion,,,,,, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (110 in 1:08–cv–07416–JSR) Response, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd.,

DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (442 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, (27 in 1:08–cv–08267–JSR) Notice of Case Assignment/Reassignment, (24 in 1:08–cv–03086–JSR) Notice of Appearance filed by Joseph Collins, (267 in 1:08–cv–03065–JSR) Declaration in Support,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (47 in 1:07–md–01902–JSR) MOTION to Dismiss *Count Thirty–seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures.* filed by Ingram Micro, Inc., CIM Ventures, Inc., (11 in 1:08–cv–03065–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (92 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (87 in 1:07–md–01902–JSR) MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc., (13 in 1:08–cv–03086–JSR) Jury Demand,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (29 in 1:07–md–01902–JSR) Answer to Complaint filed by Grant Thornton LLP, (30 in 1:08–cv–03086–JSR) MOTION for William T. Burke to Appear Pro Hac Vice. filed by Mayer Brown LLP, (53 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Grant Thornton LLP, (27 in 1:08–cv–03065–JSR) Declaration in Support of Motion,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (125 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, (90 in 1:08–cv–03065–JSR) Order Admitting Attorney Pro Hac Vice,,, (233 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (370 in 1:07–md–01902–JSR, 370 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (40 in 1:08–cv–03065–JSR) Reply Memorandum of Law in Support of Motion, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (149 in 1:08–cv–03065–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.* filed by CS Land Management LLC, Coast Asset Management, LLC, (87 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice, (314 in 1:07–md–01902–JSR) Stipulation and Order,,,,,,,, (606 in 1:07–md–01902–JSR) Notice (Other) filed by Grant Thornton LLP, Mark Ramler, (116 in 1:08–cv–03065–JSR) Acknowledgment of Service Complaints,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (45 in 1:08–cv–07416–JSR) Affidavit in Support of Motion, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (313 in 1:08–cv–03065–JSR, 532 in 1:07–md–01902–JSR, 382 in 1:08–cv–03086–JSR) Order, (222 in 1:08–cv–03086–JSR) Notice (Other) filed by Dennis Klejna, (96 in 1:08–cv–03065–JSR) MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). MOTION for Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3). filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (468 in 1:07–md–01902–JSR) Scheduling Order,,,, (173 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Complaint.* filed by CS Land Management LLC, Coast Asset Management, LLC, (83 in 1:08–cv–03065–JSR) Order on Motion to Appear Pro Hac Vice, (303 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (136 in 1:07–md–01902–JSR) Stipulation and Order, (47 in 1:08–cv–03065–JSR) Notice of Appearance filed by Gibson, Dunn &Crutcher LLP, (123 in 1:08–cv–03065–JSR, 123 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines,, (59 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Mayer Brown LLP, (116 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (586 in 1:07–md–01902–JSR, 586 in 1:07–md–01902–JSR) Order, Set Deadlines/Hearings,,,, (5 in 1:08–cv–07416–JSR) Notice of Appearance filed by Robert Aaron, (107 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal, filed by Marc S. Kirschner, (175 in 1:07–md–01902–JSR) Stipulation and Order,,,, (413

in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice,,,,,,,, (64 in 1:08–cv–03065–JSR) MOTION for Malcolm Loeb to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (231 in 1:08–cv–03086–JSR) Declaration in Opposition to Motion,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (21 in 1:08–cv–07416–JSR, 21 in 1:08–cv–07416–JSR) Endorsed Letter, Set Deadlines/Hearings,, (60 in 1:08–cv–03086–JSR) Declaration in Opposition to Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (85 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (421 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice,,,, (6 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, (95 in 1:07–md–01902–JSR) Notice of Appearance filed by Joseph P Collins, (498 in 1:07–md–01902–JSR) Scheduling Order,,, (432 in 1:07–md–01902–JSR) Affidavit in Support of Motion, filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (13 in 1:07–md–01902–JSR) Declaration in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (366 in 1:07–md–01902–JSR, 366 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,, (193 in 1:07–md–01902–JSR) MOTION to Dismiss :*The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint.* filed by J.P. Morgan Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (29 in 1:08–cv–03065–JSR) Declaration in Opposition to Motion,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (175 in 1:08–cv–03086–JSR) MOTION to Dismiss *by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).* filed by Ernst &Young U.S. LLP, (124 in 1:07–md–01902–JSR, 124 in 1:07–md–01902–JSR) Certificate of Service Other, filed by PricewaterhouseCoopers LLP, (7 in 1:07–md–01902–JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (11 in 1:07–md–01902–JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (253 in 1:08–cv–03065–JSR, 253 in 1:08–cv–03065–JSR) Order, Add and Terminate Attorneys, (98 in 1:08–cv–03065–JSR) Declaration in Support of Motion,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (439 in 1:07–md–01902–JSR) Endorsed Letter, (127 in 1:08–cv–03065–JSR) Answer to Amended Complaint, filed by Andrew Krieger, Beckenham Trading Co. Inc, (179 in 1:07–md–01902–JSR) Stipulation and Order,,, (226 in 1:07–md–01902–JSR, 40 in 1:08–cv–07416–JSR) MOTION for Dennis Blackhurst to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (88 in 1:08–cv–03086–JSR) Order on Motion to Appear Pro Hac Vice, (122 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Pricewaterhousecoopers Cayman Islands, (246 in 1:07–md–01902–JSR) Notice of Appearance filed by The Trustees of the Masonic Hall and Asylum Fund, (111 in 1:08–cv–03086–JSR) MOTION for Ronald M. Lepinskas and Tomas M. Thompson to Appear Pro Hac Vice. filed by Christopher Pettit, (135 in 1:08–cv–03065–JSR) Stipulation and Order,,,, (446 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion,, filed by M. Kingdon Offshore NV, Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, Kingdon Family Partnership, Kingdon Associates, Kingdon Partners, (95 in 1:08–cv–03065–JSR) Acknowledgment of Service Complaints,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (185 in 1:07–md–01902–JSR) Notice of Appeal filed by Jonathan Lee Riches, (144 in 1:08–cv–03065–JSR) Acknowledgment of Service Complaints,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (22 in 1:08–cv–03065–JSR) Affidavit of Service Other,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (165 in 1:07–md–01902–JSR) Protective Order, (99 in 1:07–md–01902–JSR) Declaration in Opposition to Motion,,,, filed by Marc S. Kirschner, (60 in 1:08–cv–03065–JSR) MOTION for Lee M. Andelin to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (676 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Bradd Kata, (119 in 1:08–cv–03065–JSR) Notice of Appearance filed by Ernst

&Young U.S. LLP, (68 in 1:08−cv−03086−JSR) MOTION for Samuel R. Randall to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (247 in 1:08−cv−03065−JSR) Reply Memorandum of Law in Support of Motion filed by CS Land Management LLC, Coast Asset Management, LLC, (248 in 1:07−md−01902−JSR) Notice of Appearance filed by The Trustees of the Masonic Hall and Asylum Fund, (97 in 1:08−cv−03086−JSR) MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice. filed by CIM Ventures, Inc, Ingram Micro, Inc., (374 in 1:07−md−01902−JSR) Order, (351 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (22 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (658 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Joel Press, (263 in 1:08−cv−03065−JSR, 263 in 1:08−cv−03065−JSR) Endorsed Letter, Set Deadlines,,,,,,,, (137 in 1:08−cv−03086−JSR) Notice of Appearance filed by Ernst &Young U.S. LLP, (100 in 1:08−cv−03086−JSR) Order on Motion to Appear Pro Hac Vice, (62 in 1:07−md−01902−JSR) MOTION to Dismiss *the complaint*. filed by Mayer Brown International LLP, (264 in 1:07−md−01902−JSR, 264 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys,,,, (93 in 1:07−md−01902−JSR) Order, (521 in 1:07−md−01902−JSR) Scheduling Order,,, (247 in 1:08−cv−03086−JSR) Reply Memorandum of Law in Support of Motion, filed by Pricewaterhousecoopers Cayman Islands, (605 in 1:07−md−01902−JSR) Notice (Other) filed by Grant Thornton LLP, Mark Ramler, (72 in 1:08−cv−03086−JSR) MOTION for Dennis Blackhurst to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (244 in 1:07−md−01902−JSR) Stipulation and Order,, (667 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint*. filed by Connie Hsu, (183 in 1:08−cv−03086−JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Amended Complaint*. filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (686 in 1:07−md−01902−JSR) Protective Order, (493 in 1:07−md−01902−JSR) Response, filed by ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., LAB Next Morgan Corporation, (190 in 1:08−cv−03065−JSR) Request to Enter Default,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (540 in 1:07−md−01902−JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (47 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (358 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by William Kessinger, (45 in 1:08−cv−03065−JSR) Order Admitting Attorney Pro Hac Vice, (64 in 1:07−md−01902−JSR, 64 in 1:07−md−01902−JSR) Certificate of Service Other, filed by PricewaterhouseCoopers LLP, (429 in 1:07−md−01902−JSR) Stipulation and Order,,,, (130 in 1:07−md−01902−JSR) Stipulation and Order, (235 in 1:07−md−01902−JSR) Affidavit of Service Other,, filed by Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, (33 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (480 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (95 in 1:08−cv−03086−JSR) Order on Motion to Appear Pro Hac Vice, (10 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (189 in 1:08−cv−03086−JSR) Notice of Appearance filed by Tone Grant, (34 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (168 in 1:08−cv−03086−JSR) Rule 7.1 Corporate Disclosure Statement filed by CS Land Management LLC, (90 in 1:08−cv−03086−JSR) Order on Motion to Appear Pro Hac Vice, (426 in 1:07−md−01902−JSR, 426 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings,,,, (349 in 1:07−md−01902−JSR, 66 in 1:08−cv−07416−JSR) Endorsed Letter,, (14 in 1:08−cv−08267−JSR) Notice of Appearance filed by Richard Butts, (135 in 1:08−cv−03086−JSR) Acknowledgment of Service Complaints,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (164 in 1:07−md−01902−JSR) Stipulation and Order,,, (38 in 1:08−cv−03065−JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P.

Sinclair, Christopher Stride, (17 in 1:07−md−01902−JSR) Notice of Appearance filed by Ernst &Young LLP, (392 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Vincent J. Hemmer, (150 in 1:08−cv−03086−JSR) MOTION to Compel Arbitration *Notice of Motion to Compel Arbitration of All Claims or, in the Alternative, to Stay Remaining Claims*. filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (174 in 1:07−md−01902−JSR) Consent Order,,,,, (595 in 1:07−md−01902−JSR) Notice of Appearance filed by Grant Thornton LLP, (141 in 1:08−cv−03065−JSR) Affidavit of Service Other, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (173 in 1:07−md−01902−JSR) Amended Notice of Appeal filed by Jonathan Lee Riches, (1 in 1:08−cv−08267−JSR) Notice of Removal filed by Richard Butts, (303 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (163 in 1:08−cv−03086−JSR) Notice of Appearance filed by CIM Ventures, Inc, Ingram Micro, Inc., (81 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (369 in 1:07−md−01902−JSR) Order, (68 in 1:08−cv−03065−JSR) Order on Motion to Appear Pro Hac Vice, (316 in 1:08−cv−03086−JSR, 316 in 1:08−cv−03086−JSR) Order, Add and Terminate Attorneys, (18 in 1:08−cv−03065−JSR) Notice of Appearance filed by Joseph Collins, (475 in 1:07−md−01902−JSR) Report and Recommendations − Special Master,,,,, (357 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by David A. Donnuni, (319 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by KPMG LLP, (28 in 1:08−cv−03086−JSR) Affidavit of Service Other,,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (193 in 1:08−cv−03065−JSR) Memorandum of Law in Opposition to Motion,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (83 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, (184 in 1:08−cv−03086−JSR) Memorandum of Law in Support of Motion filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (301 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (636 in 1:07−md−01902−JSR, 636 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,,,,,,,,,, (661 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint*. filed by Christopher Suan, (675 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint*. filed by Bradd Kata, (602 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney,, (84 in 1:08−cv−03065−JSR) Order on Motion to Appear Pro Hac Vice, (123 in 1:08−cv−03086−JSR) Declaration in Support of Motion, filed by Pricewaterhousecoopers Cayman Islands, (633 in 1:07−md−01902−JSR) Declaration, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (510 in 1:07−md−01902−JSR) Certificate of Service Other filed by Robert Trosten, (332 in 1:07−md−01902−JSR, 297 in 1:08−cv−03086−JSR) Reply Memorandum of Law in Support of Motion, filed by CIM Ventures Inc., CIM Ventures, Inc, Ingram Micro, Inc., (562 in 1:07−md−01902−JSR) Order,,,,,,, (80 in 1:07−md−01902−JSR) Order, (265 in 1:07−md−01902−JSR) Order,,, (78 in 1:07−md−01902−JSR) Order, (177 in 1:07−md−01902−JSR, 177 in 1:07−md−01902−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,,, (65 in 1:07−md−01902−JSR) Memorandum &Opinion,, (70 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, (106 in 1:07−md−01902−JSR) Notice of Appearance filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (25 in 1:07−md−01902−JSR) MOTION to Dismiss *Count Three of the Second Amended Consolidated Class Action Complaint*. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (117 in 1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (247 in 1:07−md−01902−JSR) Notice of Appearance filed by Index Recovery Co., L.P., (250 in 1:07−md−01902−JSR) Notice of Appearance filed by Index Recovery Co., L.P., (398 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by William Kessinger, (134 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, (250 in 1:08−cv−03086−JSR) Reply Memorandum of Law in Support of Motion, filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (440 in

1:07–md–01902–JSR) Endorsed Letter, (140 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Andrew Krieger, Beckenham Trading Co. Inc, (39 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (117 in 1:08–cv–03065–JSR) Memorandum &Opinion,, (46 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (373 in 1:07–md–01902–JSR) Order, (355 in 1:07–md–01902–JSR, 355 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines,,,, (666 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Lorraine Kata, Edward J. Kata, (155 in 1:08–cv–03086–JSR, 155 in 1:08–cv–03086–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,,, (58 in 1:07–md–01902–JSR, 58 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (72 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (652 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Charles B. Hintz, (113 in 1:07–md–01902–JSR) Stipulation and Order of Dismissal, (17 in 1:08–cv–03065–JSR) Notice of Appearance filed by Joseph Collins, (202 in 1:08–cv–03086–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Mark Ramler, (382 in 1:07–md–01902–JSR) Brief filed by Joshua Mailman, (51 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (5 in 1:08–cv–03086–JSR) Rule 7.1 Corporate Disclosure Statement filed by Pricewaterhousecoopers L.L.P., (194 in 1:08–cv–03065–JSR) Certificate of Service Other,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (687 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint with Certificate of Service*. filed by Calpurnia Capital Partners, L.L.C., Milestone Venture Partners, (101 in 1:07–md–01902–JSR) MDL Conditional Transfer In Order,, (51 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (276 in 1:08–cv–03065–JSR) Notice of Case Assignment/Reassignment, (54 in 1:08–cv–03065–JSR) MOTION for Alan C. Thomas to Appear Pro Hac Vice. filed by Andrew Krieger, Beckenham Trading Co. Inc, (258 in 1:08–cv–03065–JSR) Certificate of Service Other, filed by Brian Owens, Mark Kavanagh, (191 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement filed by CS Land Management LLC, (79 in 1:08–cv–03065–JSR) Endorsed Letter, (620 in 1:07–md–01902–JSR) Order, (166 in 1:08–cv–03065–JSR) Answer to Amended Complaint, filed by Santo Maggio, (663 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Randall Yanker TTEE, (486 in 1:07–md–01902–JSR, 486 in 1:07–md–01902–JSR) Stipulation and Order, Add and Terminate Attorneys,, (107 in 1:08–cv–03065–JSR) Affidavit of Service Other,,,,, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (692 in 1:07–md–01902–JSR) MOTION for Summary Judgment. filed by Grant Thornton LLP, (178 in 1:07–md–01902–JSR) Stipulation and Order,,, (89 in 1:07–md–01902–JSR) Stipulation and Order,,, (102 in 1:07–md–01902–JSR) Stipulation and Order, (65 in 1:08–cv–03086–JSR) MOTION for Alan C. Thomas to Appear Pro Hac Vice. filed by Andrew Krieger, Beckenham Trading Co. Inc, (69 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (184 in 1:08–cv–03065–JSR) Notice (Other) filed by Dennis Klejna, (147 in 1:08–cv–03065–JSR) Rule 7.1 Corporate Disclosure Statement filed by Coast Asset Management, LLC, (232 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (15 in 1:07–md–01902–JSR) Notice (Other) filed by Illinois Teachers' Group, (326 in 1:08–cv–03086–JSR, 326 in 1:08–cv–03086–JSR) Endorsed Letter, Set Deadlines,,,,,,,, (539 in 1:07–md–01902–JSR) Response in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (24 in 1:08–cv–08267–JSR) Declaration,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (405 in 1:07–md–01902–JSR) MOTION to Dismiss *Complaint*. filed by Joshua Mailman, (641 in 1:07–md–01902–JSR) MOTION to Dismiss *the Amended Complaint*. filed by Frederick W. Gluck, (192 in 1:08–cv–03086–JSR) MOTION to Dismiss. filed by Tone Grant, (101 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys,

James P. Sinclair, Christopher Stride, (431 in 1:07–md–01902–JSR) Affidavit in Support of Motion, filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (460 in 1:07–md–01902–JSR) Case Management Plan,,,,,,,,,,,,, (86 in 1:08–cv–03086–JSR) Order Admitting Attorney Pro Hac Vice, (61 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, (313 in 1:07–md–01902–JSR) Stipulation and Order,,, (645 in 1:07–md–01902–JSR) Affidavit in Support of Motion filed by Capgemini U.S. LLC, (128 in 1:08–cv–03065–JSR, 128 in 1:08–cv–03065–JSR) Stipulation and Order, Set Deadlines/Hearings,,,,,,, (252 in 1:08–cv–03065–JSR) Reply Memorandum of Law in Support of Motion filed by Dennis Klejna, (143 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by KPMG LLP, (698 in 1:07–md–01902–JSR, 698 in 1:07–md–01902–JSR) Certificate of Service Other,,, filed by Grant Thornton LLP, (122 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., (45 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement filed by CIM Ventures Inc., (98 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion,,, filed by Marc S. Kirschner, (23 in 1:07–md–01902–JSR) Answer to Complaint, filed by BMO Capital Markets Corp., Goldman, Sachs &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated, HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Muriel Siebert &Co. Inc., Sandler O'Neill &Partners, L.P., The Williams Capital Group, L.P., William Blair &Company, L.L.C., Samuel A. Ramirez &Co. Inc., CMG Institutional Trading LLC, Utendahl Capital Partners, L.P., (56 in 1:08–cv–03065–JSR) MOTION for Robert T. Mills to Appear Pro Hac Vice. filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (188 in 1:08–cv–03086–JSR) Certificate of Service Other filed by William T. Pigott, Liberty Corner Capital Strategies, LLC, (46 in 1:08–cv–03065–JSR) Notice of Appearance filed by Gibson, Dunn &Crutcher LLP, (4 in 1:08–cv–03065–JSR) MOTION to refer Counts XXIV, XXV and XXVII because United States Bankruptcy Court for the Southern District of New York. filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Bawag P.S.K., (44 in 1:08–cv–03086–JSR) Affidavit of Service Other,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (526 in 1:07–md–01902–JSR) MOTION for Rachel Korenblat to Withdraw as Attorney *for Robert C. Trosten*. filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (315 in 1:08–cv–03086–JSR) Reply Memorandum of Law in Support of Motion filed by Dennis Klejna, (54 in 1:08–cv–03086–JSR) Order Admitting Attorney Pro Hac Vice, (114 in 1:07–md–01902–JSR) Stipulation and Order of Dismissal, (110 in 1:08–cv–03086–JSR) Notice of Appearance filed by Christopher Pettit, (677 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint*. filed by Robert Hill, (136 in 1:08–cv–03086–JSR) Memorandum &Opinion, (453 in 1:07–md–01902–JSR) Stipulation and Order,, (108 in 1:08–cv–03086–JSR) Declaration in Support of Motion,,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (131 in 1:07–md–01902–JSR) Order, (149 in 1:08–cv–03086–JSR) Notice (Other) filed by Gibson, Dunn &Crutcher LLP, Scott Kislin, Mitchell Karlan, (66 in 1:08–cv–03065–JSR) Stipulation and Order,,,,,,,,, (376 in 1:07–md–01902–JSR) Order, (236 in 1:08–cv–03086–JSR) Declaration in Support,,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (2 in 1:08–cv–08267–JSR) Notice of Appearance filed by Richard Butts were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(tp) (Entered: 04/30/2010)

| | | |
|---|---|---|
| 04/30/2010 | 705 | Objection re: (688 in 1:07–md–01902–JSR, 365 in 1:08–cv–03065–JSR, 433 in 1:08–cv–03086–JSR) Report and Recommendations,,. Document filed by James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride, James P. Sinclair, Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Kenneth M. Krys, Christopher Stride, Christopher Stride. (Attachments: #1 Certificate of Service, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 04/30/2010) |
| 05/03/2010 | 706 | SUPPLEMENTAL MEMORANDUM OF LAW – *Defendants Kavanagh and Owens Supplemental Memorandum of Law re Plaintiffs Claims of Aiding and Abetting*. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated |

| | | |
|---|---|---|
| | | Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 05/03/2010) |
| 05/03/2010 | 707 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE MOTION TO DISMISS THE PLAINTIFFS' AMENDED RICO CONSPIRACY CLAIM... The motion to dismiss the Plaintiffs' RICO claim should be granted with prejudice because the claim is barred by the PSLRA amendment to 18 U. S. C. § 1964(c); the "criminal conviction" exception does not apply because Mayer Brown has not been convicted. The other arguments pressed by Mayer Brown in its motion to dismiss – the conviction is not final, Collins was not convicted ofa RICO pattern, and the Plaintiffs have not adequately pleaded a RICO claim – should be rejected. re: (101 in 1:07–cv–06767–JSR) MOTION to Dismiss *Count One of the Second Amended Complaint*. filed by Mayer Brown LLP (Signed by Daniel J. Capra Special Master on 5/3/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 05/04/2010) |
| 05/04/2010 | 708 | CASE MANAGEMENT ORDER #22. The Court has received the bills from the Special Masters for the month of April, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on May 11, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 5/4/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 05/04/2010) |
| 05/06/2010 | 709 | AMENDED CONFIDENTIALITY COMPLIANCE ORDER... regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Jed S. Rakoff on 5/5/10) (rjm) (Entered: 05/06/2010) |
| 05/06/2010 | 710 | SPECIAL MASTER ORDER ON DISCOVERY. NOW, THEREFORE, subject to further modification, the Parties will complete their production of documents in response to existing document requests by June 1, 2010. Each Party will thereafter promptly make a good faith effort to assess the completeness of the other Party's document production and to resolve any disputes with respect to known deficiencies. Any such discovery disputes, if unresolved by the Parties, must be brought to the attention of Special Master Hedges by June 30, 2010. Given the substantial volume of each Party's prior and expected document productions in response to the Parties' initial document requests, this Order does not foreclose either Party from raising with the Special Master at a later date an issue with respect to the other Party's production that was not known as of June 30, 2010, so long as the issue is raised reasonably promptly after it is discovered and efforts to resolve it have failed. Also, this Order does not apply to any additional written discovery, including supplemental document requests and responses, that the Parties may serve. (Signed by Ronald J. Hedges, Special Master on 5/6/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 05/07/2010) |
| 05/06/2010 | 711 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON JOSEPH COLLINS'S MOTION TO DISMISS THE PLAINTIFFS' AMENDED RICO CONSPIRACY CLAIM. Accordingly, for the reasons expressed in the May 3 R and R, Collins's motion to dismiss the THL Funds amended RICO claim should be denied. re: (103 in 1:07–cv–06767–JSR) MOTION to Dismiss *Notice of Motion to Dismiss*. filed by Joseph P. Collins. (Signed by Judge Unassigned on 5/6/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 05/07/2010) |
| 05/10/2010 | 712 | RESPONSE re: (703 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 05/10/2010) |
| 05/10/2010 | 713 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, JPMorgan Chase &Co., Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Anker, Philip) |

| | | |
|---|---|---|
| | | (Entered: 05/10/2010) |
| 05/10/2010 | [714](#) | RESPONSE re: (368 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), (703 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Bawag P.S.K. Bank Fur Arbeit Und Wirtschaft Und Osterreichische Postsparkasse Aktiengesellschaft, Bawag P.S.K.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(Brick, Brian) (Entered: 05/10/2010) |
| 05/10/2010 | [715](#) | RESPONSE re: (368 in 1:08–cv–03065–JSR, 436 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), (703 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by EMF Financial Produccts, Delta Flyer Fund, LLC, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rendon, Veronica) (Entered: 05/10/2010) |
| 05/10/2010 | [716](#) | DECLARATION of VERONICA E. RENDON in Support re: (375 in 1:08–cv–03065–JSR, 715 in 1:07–md–01902–JSR, 442 in 1:08–cv–03086–JSR) Response,. Document filed by EMF Financial Produccts, Delta Flyer Fund, LLC, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. (Attachments: # [1](#) Exhibit A, # [2](#) CERTIFICATE OF SERVICE)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rendon, Veronica) (Entered: 05/10/2010) |
| 05/10/2010 | [717](#) | RESPONSE re: (368 in 1:08–cv–03065–JSR, 436 in 1:08–cv–03086–JSR, 705 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *TO THE DPM DEFENDANTS LIMITED OBJECTION TO THE APRIL 19, 2010 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE MOTIONS TO DISMISS BAWAG AND THE EMF DEFENDANTS.* Document filed by EMF Financial Produccts, Delta Flyer Fund, LLC, EMF Financial Products LLC, Delta Flyer Fund LLC, Eric M. Flanagan. (Attachments: # [1](#) CERTIFICATE OF SERVICE)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rendon, Veronica) (Entered: 05/10/2010) |
| 05/11/2010 | [718](#) | NOTICE OF APPEARANCE by David J. Molton on behalf of Kenneth M. Krys, Kenneth M. Krys, Margot Macinnis, Margot Macinnis, Kenneth M. Krys Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 05/11/2010) |
| 05/11/2010 | [719](#) | NOTICE OF APPEARANCE by Andrew S. Dash on behalf of Kenneth M. Krys, Kenneth M. Krys, Margot Macinnis, Margot Macinnis, Kenneth M. Krys Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Dash, Andrew) (Entered: 05/11/2010) |
| 05/11/2010 | [720](#) | NOTICE OF APPEARANCE by Jessica Conklin Calagione on behalf of Kenneth M. Krys, Kenneth M. Krys, Margot Macinnis, Margot Macinnis, Kenneth M. Krys Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Calagione, Jessica) (Entered: 05/11/2010) |
| 05/13/2010 | [721](#) | Objection re: (707 in 1:07–md–01902–JSR, 133 in 1:07–cv–06767–JSR) Report and Recommendations – Special Master,,, *THE THL FUNDS OBJECTION TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER CAPRA ON MAYER BROWN LLP AND MAYER BROWN INTERNATIONAL LLPS MOTION TO DISMISS PLAINTIFFS AMENDED RICO CONSPIRACY CLAIM.* Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Hansen, Mark) (Entered: 05/13/2010) |
| 05/17/2010 | [722](#) | Objection re: [711](#) Report and Recommendations – Special Master,, *on Joseph Collins's Motion to Dismiss the Plaintiffs' Amended RICO Conspiracy Claim.* Document filed by Joseph P Collins (Cassidy, Kathleen) (Entered: 05/17/2010) |
| 05/18/2010 | [723](#) | ORDER. In any civil action filed in, removed to, or transferred to this District as a related case, "initiating" counsel (whether of an original complaint or of a petition for removal) shall, within thirty (30) days of filing or transfer, engage in a 26(f) |

| | | meet and confer and report to Special Master Hedges. Reports shall be sent to Special Master Hedges via electronic mail at r_hedges@live.com. (Signed by Hon. Ronald J. Hedges, Special Master on 5/16/10) Filed In Associated Cases: 1:07-md-01902-JSR et al.(rjm) (Entered: 05/18/2010) |
|---|---|---|
| 05/18/2010 | [724](#) | ORDER. Good cause having been shown, it is hereby ORDERED as follows: 1. The Clerk of the Court shall file and serve upon all parties in the Multidistrict Litigation, In re Refco Securities Litigation, No. 07 MD 1902 (JSR) (the "MDL") and all Member / Related / Consolidated cases, a copy of this Order and the attached Notice of a motion made in the United States Bankruptcy Court for the Southern District of New York (the "Motion"). 2. Such service by the Clerk shall be deemed good, due and proper service of the attached Notice on all parties, counsel and other persons receiving such service, sufficient to require such parties, counsel and other persons to take note of the attached Notice and the Motion annexed thereto and to require them to respond thereto as and if appropriate. Any failure by any party receiving such Notice to timely object to the Motion referred to and attached to the Notice shall be a waiver of any such objection. (Signed by Hon. Ronald Hedges, Special Master on 5/16/10) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03821-JSR(rjm) (Entered: 05/18/2010) |
| 05/20/2010 | [725](#) | DEMAND for Trial by Jury. Document filed by Kenneth M. Krys, Kenneth M. Krys, Kenneth M. Krys, Margot Macinnis, Margot Macinnis, Kenneth M. Krys (Attachments: # [1](#) Certificate of Service)Associated Cases: 1:07-md-01902-JSR, 1:10-cv-03594-JSR(Molton, David) (Entered: 05/20/2010) |
| 05/21/2010 | [726](#) | DECLARATION of Beth A. Tagliamonti in Opposition re: (676 in 1:05-cv-08626-JSR) MOTION to Certify Class.. Document filed by Grant Thornton LLP, Grant Thornton LLP. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M, # [14](#) Exhibit N, # [15](#) Exhibit O, # [16](#) Exhibit P, # [17](#) Exhibit Q, # [18](#) Exhibit R, # [19](#) Exhibit S, # [20](#) Exhibit T, # [21](#) Exhibit U)Filed In Associated Cases: 1:07-md-01902-JSR, 1:05-cv-08626-JSR(Tagliamonti, Beth) (Entered: 05/21/2010) |
| 05/21/2010 | [727](#) | MEMORANDUM OF LAW in Opposition re: (676 in 1:05-cv-08626-JSR) MOTION to Certify Class.. Document filed by Grant Thornton LLP, Grant Thornton LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:05-cv-08626-JSR(Tagliamonti, Beth) (Entered: 05/21/2010) |
| 05/24/2010 | [728](#) | CASE MANAGEMENT ORDER #23. Pursuant to Case Management Order #22, the time for objections to the bills of the Special Masters for services rendered in April 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 5/21/10) Filed In Associated Cases: 1:07-md-01902-JSR et al.(rjm) (Entered: 05/24/2010) |
| 05/24/2010 | [729](#) | CERTIFICATE OF SERVICE of Memorandum of Law in Opposition to Class Certification, Declaration in Opposition and Exhibits Thereto on 05/21/10. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:05-cv-08626-JSR(Koo, Calvin) (Entered: 05/24/2010) |
| 05/24/2010 | [730](#) | OPPOSITION BRIEF re: (136 in 1:07-cv-06767-JSR) Objection (non-motion), Objection (non-motion), Objection (non-motion) *Response of Mayer Brown LLP and Mayer Brown International LLP to the THL Funds' Objection to the Report &Recommendation of Special Master Capra on Mayer Brown's Motion To Dismiss Plaintiffs' Amended RICO Conspiracy Claim*. Document filed by Mayer Brown LLP.Associated Cases: 1:07-md-01902-JSR, 1:07-cv-06767-JSR(Ward, Thomas) (Entered: 05/24/2010) |
| 05/24/2010 | [731](#) | MOTION for Leave to Appear As Amici Curiae. Document filed by Mark Kavanagh, Brian Owens.Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR, 1:09-cv-02866-JSR(Karlan, Mitchell) (Entered: 05/24/2010) |
| 05/24/2010 | [732](#) | DECLARATION of Mitchell A. Karlan in Support re: (94 in 1:09-cv-02866-JSR, 380 in 1:08-cv-03065-JSR, 447 in 1:08-cv-03086-JSR, 731 in |

| | | |
|---|---|---|
| | | 1:07–md–01902–JSR) MOTION for Leave to Appear As Amici Curiae.. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:09–cv–02866–JSR(Karlan, Mitchell) (Entered: 05/24/2010) |
| 05/25/2010 | 733 | RESPONSE re: (136 in 1:07–cv–06767–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *Response of Mayer Brown LLP and Mayer Brown International LLP to the THL Funds' Objection to the Report &Recommendation of Special Master Capra on Mayer Brown's Motion To Dismiss Plaintiffs' Amended RICO Conspiracy Claim.* Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 05/25/2010) |
| 05/25/2010 | 734 | ORDER: THL will conduct a search of the THL Zantaz electronic mail archive based on the search parameters set forth in THL's correspondence to Mayer Brown dated May 17, 2010 (the "Search"). THL will work with Mayer Brown to agree on procedures for collecting a statistically significant sample of those e–mails that are responsive to the Search. THL will examine the e–mails in the sample to identify any that are related to Refco, are not privileged, and have not already been fully produced by THL in this litigation. THL will produce the identified documents to the parties in the Refco MDL and will report to the Special Master as to how many e–mails are responsive to the Search, how many of those e–mails were included in the statistically significant sample, and how many of the non–privileged, Refco–related e–mails in the sample had not been previously produced in their entirety. By May 28, 2010, THL shall provide an update to the Special Master as to the status of this project. To the extent that the parties disagree regarding what, if any, additional document production work by THL is necessary, they shall attempt to resolve these issues before raising them with the Special Master. All other details and schedules are as further set forth in said Order. (Status Report due by 5/28/2010.) (Signed by Special Master, Ronald Hedges on 5/24/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR, 1:07–cv–07074–JSR, 1:07–cv–08663–JSR(db) (Entered: 05/25/2010) |
| 05/26/2010 | 735 | F.R.E 502(d) ORDER GOVERNING THE THL DEFENDANTS LIMITED WAIVER OF THE ATTORNEY–CLIENT PRIVILEGE. IT IS HEREBY ORDERED: 1. Pursuant to the Rule 502 Order, the THL Defendants shall produce the Disputed Documents to the Refco Litigation Trustee and to any other requesting party in the Refco MDL and the Collins Proceeding within 2 business days of entry of this Order. In accordance with F.R.E. 502(d), the production of the Disputed Documents does not waive, and shall not be construed or deemed to waive, the THL Defendants' attorney–client privilege, work product protections or any other applicable privilege or immunity related to the legal advice received from Weil Gotshal or any other counsel post–October 12, 2005. 2. No party shall argue in this or any other forum that the production of the Disputed Documents pursuant to this order constitutes a subject matter waiver as to any matters relating to Refco. Nothing in this order shall prevent any party from challenging any assertion of the attorney– client privilege or any other privilege or immunity in good faith, or arguing that the THL Defendants have effected a subject matter waiver as to other matters relating to Refco, on grounds other than the production of the Disputed Documents in accordance with this Order. 3. The Disputed Documents produced shall be subject to, and afforded the protections of, the Protective Orders governing the Refco MDL dated December 15, 2009, January 21, 2009, July 21, 2008, February 8,2008 and July 23, 2007, as well as the Confidentiality Compliance Order entered on April 20, 2010. (Signed by Judge Jed S. Rakoff on 5/25/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rjm) (Entered: 05/26/2010) |
| 05/26/2010 | 736 | ORDER GRANTING MARK KAVANAGH AND BRIAN OWENS' MOTION FOR LEAVE TO FILE AS AMICI CURIAE. The motion by Mark Kavanagh and Brian Owens for leave to appear as amici curiae (the "Motion") is granted. The Declaration of Mitchell A. Karlan and exhibits attached thereto in support of the Motion are deemed to be Kavanagh and Owens' amici submissions. granting (731) Motion for Leave to Appear amici curiae in case 1:07–md–01902–JSR; granting (94) Motion for Leave to Appear amici curiae in case 1:09–cv–02866–JSR. |

| | | (Signed by Daniel J. Capra, Special Master on 5/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR By ECF to All Counsel. (rjm) Modified on 5/27/2010 (rjm). (Entered: 05/27/2010) |
|---|---|---|
| 05/27/2010 | 737 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel, that the Scheduling Order in connection with the above–captioned matter shall be as follows: Plaintiffs shall file and serve their complaint against Defendants on or before June 17, 2010; Defendants shall answer, move or otherwise respond to the complaint on or before August 16, 2010; Plaintiffs shall file and serve an opposition to any motion to dismiss filed by Defendants on or before September 15, 2010; Defendants shall filed and serve a reply to any opposition filed and served by Plaintiffs on or before October 15, 2010. IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel for Defendants is authorized to accept service and will accept service of the complaint on behalf of all Defendants. ENDORSEMENT: Absent party agreement, discovery stayed. Conference call at 5pm on August 16, 2010. Plaintiffs to arrange. Deutsche Bank Securities Inc. answer due 8/16/2010; Deutsche Bank Trust Company Americas answer due 8/16/2010; Deutsche Bank AG answer due 8/16/2010.( Motions due by 8/16/2010., Replies due by 10/15/2010., Responses due by 9/15/2010, Service due by 6/17/2010.) (Signed by Ronald D. Hedges, Special Master on 5/26/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 05/27/2010) |
| 05/27/2010 | 738 | RESPONSE re: (137 in 1:07–cv–06767–JSR) Objection (non–motion) *THE THL FUNDS RESPONSE TO JOSEPH P. COLLINSS OBJECTION TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER CAPRA ON JOSEPH COLLINSS MOTION TO DISMISS THE PLAINTIFFSAMENDED RICO CONSPIRACY CLAIM*. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Hansen, Mark) (Entered: 05/27/2010) |
| 05/27/2010 | 741 | TRANSCRIPT of proceedings held on 5/13/10, 10:05 a.m. before Hon. Ronald J. Hedges, Special Master. (rjm) (Entered: 05/28/2010) |
| 05/28/2010 | 739 | DECLARATION of Thomas O'Connor in Support re: (685 in 1:05–cv–08626–JSR, 692 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP, Grant Thornton LLP. (Attachments: # 1 Exhibit A (Part 1), # 2 Exhibit A (Part 2), # 3 Exhibit A (Part 3), # 4 Exhibit A (Part 4), # 5 Exhibit A (Part 4), # 6 Exhibit A (Part 6), # 7 Exhibit A (Part 7), # 8 Exhibit A (Part 8), # 9 Exhibit B (Part 1), # 10 Exhibit B (Part 2), # 11 Exhibit C (Part 1), # 12 Exhibit C (Part 2), # 13 Exhibit D (Part 1), # 14 Exhibit D (Part 2), # 15 Exhibit D (Part 3), # 16 Exhibit D (Part 4), # 17 Exhibit D (Part 5), # 18 Exhibit D (Part 6), # 19 Exhibit D (Part 7), # 20 Exhibit D (Part 8), # 21 Exhibit D (Part 9), # 22 Exhibit D (Part 10), # 23 Exhibit D (Part 11), # 24 Exhibit D (Part 12), # 25 Exhibit D (Part 13), # 26 Exhibit D (Part 14), # 27 Exhibit D (Part 15), # 28 Exhibit D (Part 16), # 29 Exhibit D (Part 17), # 30 Exhibit D (Part 18), # 31 Exhibit D (Part 19), # 32 Exhibit D (Part 20), # 33 Exhibit D (Part 21), # 34 Exhibit D (Part 22), # 35 Exhibit D (Part 23), # 36 Exhibit E, # 37 Exhibit F (Part 1), # 38 Exhibit F (Part 2), # 39 Exhibit F (Part 3), # 40 Exhibit F (Part 4))Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Tewarie, Shanta) (Entered: 05/28/2010) |
| 05/28/2010 | 740 | DECLARATION of Ruth Braun in Support re: (685 in 1:05–cv–08626–JSR, 692 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP, Grant Thornton LLP. (Attachments: # 1 Exhibit A (Part 1), # 2 Exhibit A (Part 2), # 3 Exhibit B (Part 1), # 4 Exhibit B (Part 2), # 5 Exhibit B (Part 3), # 6 Exhibit B (Part 4), # 7 Exhibit C, # 8 Exhibit D (Part 1), # 9 Exhibit E (Part 1), # 10 Exhibit E (Part 2), # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R, # 24 Exhibit S, # 25 Exhibit T, # 26 Exhibit U, # 27 Exhibit V, # 28 Exhibit W, # 29 Exhibit X, # 30 Exhibit Y, # 31 Exhibit Z, # 32 Exhibit AA, # 33 Exhibit BB, # 34 Exhibit CC, # 35 Exhibit DD, # 36 Exhibit EE, # 37 Exhibit FF, # 38 Exhibit GG, # 39 Exhibit HH, # 40 Exhibit II, # 41 Exhibit JJ, # 42 Exhibit KK, # 43 Exhibit |

| | | LL, # 44 Exhibit MM, # 45 Exhibit NN)Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(Braun, Ruth) (Entered: 05/28/2010) |
|---|---|---|
| 06/03/2010 | 742 | REPORT AND RECOMMENDATIONS: 1. The Trustee has adequately pled a claim for fraudulent inducement as to those FX Customer deposits with RCM made after the 2004 LBO. 2. The Trustee has not adequately pled a claim for fraudulent inducement as to those FX Customer deposits made before the 2004 LBO. 3. The Trustee has not adequately pled a claim for breach of fiduciary duty. 4. The Trustee has not adequately pled a claim for conversion. 5. The Motion to Dismiss the Fifth, Sixth and Seventh Claims for Relief against Mayer Brown should be granted. Those dismissals should be with prejudice because the Trustee cannot allege facts that would create a plausible claim that Mayer Brown substantially assisted the customer scheme. 6. The Motion to Dismiss the Fifth Claim for Relief against Grant Thornton should be denied with respect to those FX Customer deposits with RCM made after the 2004 LBO. 7. The Motion to Dismiss the Fifth Claim for Relief against Grant Thornton should be granted with respect to those FX Customer deposits with RCM made before the 2004 LBO. The dismissal should be with prejudice because the Trustee cannot show that the primary wrong caused any injury. 8. The Motions to dismiss the Sixth and Seventh Claims for Relief against Grant Thornton should be granted. The dismissals should be with prejudice because the Trustee cannot allege facts that would create a plausible claim of a primary wrong. (Signed by Daniel J. Capra, Special Master on 6/3/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(db) (Entered: 06/03/2010) |
| 06/03/2010 | 743 | STIPULATION AND ORDER: The Suffolk Trustee and the Bank Defendants have resolved their current discovery dispute with the terms further set forth in said Stipulation and Order. (Signed by Ronald J. Hedges, Special Master on 6/2/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(db) Modified on 6/8/2010 (db). (Entered: 06/03/2010) |
| 06/04/2010 | 744 | CASE MANAGEMENT ORDER NO. 24. The Court has received the bills from the Special Masters for the month of May, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 10, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 6/3/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 06/04/2010) |
| 06/11/2010 | 745 | SPECIAL MASTER ORDER ON WAIVER OF DISCOVERY DISPUTES. SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows: Unless stated otherwise by Special Master Hedges in a communication with the relevant parties, any open discovery disputes as of June 7, 2010, that were not brought to the attention of Special Master Hedges by 5 p.m. on June 7, 2010, are hereby deemed to be waived. (Signed by Ronald Hedges, Special Master on 6/11/10) (rjm) (Entered: 06/14/2010) |
| 06/11/2010 | 746 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES. The Krys plaintiffs and Gibson, Dunn and Crutcher LLP ("GDC") are to report to Special Master Hedges on or before June 22, 2010, concerning their outstanding discovery dispute regarding GDC's response to the subpoena issued by the Krys plaintiffs. The Refco Trustee, Mayer Brown LLP, the Thomas H. Lee parties ("THL"), and Weil, Gotshal &Manges LLP ("WGM") are to report to Special Master Hedges on or before June 22, 2010, concerning their outstanding discovery disputes. THL and WGM shall (1) review all non– privileged redactions in THL's and WGM's document productions, (2) remove any redactions other than those that relate to privileged information, THL's non–Refco transactions, the identities of THL's limited partners, or personal information (e.g., social security or passport numbers, personal call records, and/or family information), (3) remove any additional redactions that appeared for the first time in THL's productions on April 27 and April 28, 2010, and (4) produce all documents from which redactions are removed on or before June 29, 2010. THL and WGM shall also endeavor to produce on or before June 29, 2010 an index of all non–privileged redactions that remain in the THL and WGM productions. THL and WGM are to report to Special Master Hedges on or before June 29, 2010 concerning the production of the unredacted documents. With respect to the outstanding discovery issues about which the |

| | | |
|---|---|---|
| | | parties informed Special Master Hedges on June 7, 2010, the parties are directed to present any disputes regarding those outstanding issues on June 22, 2010 to Special Master Hedges in the form of joint submissions on each dispute that shall not exceed three double–spaced pages. Oral argument on any existing or outstanding discovery disputes shall be held on July 14, 2010 at 1:00 p.m. (Signed by Ronald Hedges, Special Master on 6/11/10) (rjm) Modified on 6/16/2010 (rjm). (Entered: 06/14/2010) |
| 06/14/2010 | 747 | Objection re: (742 in 1:07–md–01902–JSR, 161 in 1:07–cv–08165–JSR) Report and Recommendations,,,,,, *of the Special Master on its Motion to Dismiss the Amended Complaint.* Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 06/14/2010) |
| 06/14/2010 | 748 | OBJECTION to (742 in 1:07–md–01902–JSR, 161 in 1:07–cv–08165–JSR) Report and Recommendations *of the Special Master* Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/14/2010) |
| 06/15/2010 | 749 | CASE MANAGEMENT ORDER NO. 25. Pursuant to Case Management Order #24, the time for objections to the bills of the Special Masters for services rendered in May 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 6/11/10) Filed In Associated Cases: 1:07–md–01902–JSR et al. (rjm) (Entered: 06/16/2010) |
| 06/17/2010 | 750 | SPECIAL MASTER ORDER FOR SUBSTITUTION. NOW, THEREFORE, SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders under judicial compulsion as follows: 1. Margot MacInnis is hereby substituted as plaintiff in place of Christopher Stride as JOL and as assignee. 2. The Harbour Trust Co. Ltd. is hereby substituted as plaintiff in place of James P. Sinclair as SPhinX Trustee in Krys, et al. v. Sugrue, et al., 08–cv–3065 and 08–cv–3086, Krys, et al. v. Aaron, et al., 08–cv–7416 and Krys, et al. v. Butt, 08–cv–8267 and in place of Kenneth M. Krys as SphinX Trustee in Krys, et al. v. Deutsche Bank Securities, Inc., et al. For avoidance of doubt, Kenneth M. Krys remains as a plaintiff in all actions in his capacity as JOL and assignee. 3. The captions for actions 08–cv–3065, 08–cv–3086, 08–cv–7416, 08–cv–8267 and 10–3594, shall be amended to reflect the appearance of Margot MacInnis as a Joint Official Liquidator and as assignee of claims assigned by certain SPhinX investors, in place of Christopher Stride. 4. The captions for actions 08–cv–3065, 08–cv–3086, 08–cv–7416, 08–cv–8267 shall be amended to reflect the appearance of The Harbour Trust Co. Ltd. as SPhinX Trustee, in place of James P. Sinclair. 5. The caption for action 10–3594 shall be amended to reflect the appearance of The Harbour Trust Co. Ltd. as SPhinX Trustee, in place of Kenneth M. Krys. 6. Within 20 days of entry of this Order, The Harbour Trust Co. Ltd. shall file a disclosure statement as required by Fed. R. Civ. P. 7.1. (Signed by Ronald Hedges, Special Master on 6/17/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 06/17/2010) |
| 06/17/2010 | 751 | SPECIAL MASTER ORDER ON PRIVILEGE. With respect to communications that occurred between or among WGM witnesses, WGM attorneys and Paul Weiss LLP ("Paul Weiss") attorneys during WGM witness deposition preparation sessions at which counsel from Paul Weiss was present, there has been a waiver of any attendant work product privilege. At the time of the preparation sessions, as demonstrated by the standstill agreement between WGM and THL, there was a reasonable anticipation of litigation between WGM and THL. Witnesses may be questioned at the upcoming depositions with respect to such communications, as further set forth in said order. (Signed by Ronald Hedges, Special Master on 6/17/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 06/17/2010) |
| 06/17/2010 | 752 | SEALED DOCUMENT placed in vault.(cb) (Entered: 06/17/2010) |
| 06/18/2010 | 754 | ORDER. The Clerk of the Court shall file and serve upon all parties in the Multidistrict Litigation, In re Refco Securities Litigation, No. 07 MD 1902 (JSR) (the "MDL") and each and everyone of the Member / Related / Consolidated cases |

| | | |
|---|---|---|
| | | listed above and any other Member / Related / Consolidated cases affiliated with 07 MD 1902(JSR), a copy of this Order and the attached Notice of Settlement of Order (the "Notice of Settlement of Order"), along with its attachment, which, in accordance with the direction of the United States Bankruptcy Court, has been submitted, by way of the Notice of Settlement of Order, to Judge Drain of the United States Bankruptcy Court for the Southern District of New York for signature. Such service by the Clerk shall be deemed good, due and proper service of the attached Notice of Settlement of Order on all parties, counsel and other persons receiving such service, sufficient to require such parties, counsel and other persons to take note of the attached Notice of Settlement of Order and to require them to respond thereto as and if appropriate. Any failure by any party receiving such Notice of Settlement of Order to timely object in accordance with the Notice of Settlement of Order shall be a waiver of any such objection. (Signed by Ronald Hedges, Special Master on 6/18/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 06/22/2010) |
| 06/18/2010 | | Transmission to Docket Assistant Clerk. Transmitted re: (754 in 1:07–md–01902–JSR, 40 in 1:09–cv–02880–JSR, 60 in 1:09–cv–02909–JSR, 37 in 1:09–cv–02937–JSR, 150 in 1:05–cv–08988–JSR, 17 in 1:10–cv–03594–JSR, 264 in 1:06–cv–00643–GEL, 37 in 1:09–cv–02877–JSR, 39 in 1:09–cv–02952–JSR, 50 in 1:09–cv–02896–JSR, 37 in 1:09–cv–02893–JSR, 48 in 1:09–cv–02914–JSR, 49 in 1:09–cv–02917–JSR, 65 in 1:05–cv–09327–GEL, 84 in 1:07–cv–07074–JSR, 39 in 1:09–cv–02902–JSR, 57 in 1:09–cv–02948–JSR, 45 in 1:09–cv–02928–JSR, 50 in 1:09–cv–02934–JSR, 58 in 1:09–cv–02890–JSR, 44 in 1:09–cv–02929–JSR, 453 in 1:08–cv–03086–JSR, 40 in 1:09–cv–02950–JSR, 37 in 1:09–cv–02881–JSR, 50 in 1:09–cv–02901–JSR, 37 in 1:09–cv–02938–JSR, 37 in 1:09–cv–02932–JSR, 72 in 1:09–cv–02922–JSR, 40 in 1:09–cv–08495–JSR, 42 in 1:09–cv–02892–JSR, 47 in 1:09–cv–02883–JSR, 50 in 1:09–cv–02869–GEL, 39 in 1:09–cv–02886–JSR, 37 in 1:09–cv–02873–JSR, 40 in 1:09–cv–02871–JSR, 39 in 1:09–cv–02958–JSR, 39 in 1:09–cv–02867–JSR, 40 in 1:09–cv–02911–JSR, 76 in 1:07–cv–08663–JSR, 187 in 1:08–cv–03821–JSR, 55 in 1:08–cv–03242–JSR, 46 in 1:09–cv–02872–JSR, 75 in 1:08–cv–04252–JSR, 44 in 1:09–cv–02899–JSR, 37 in 1:09–cv–02908–JSR, 50 in 1:09–cv–02879–JSR, 55 in 1:09–cv–02946–JSR, 39 in 1:09–cv–02924–JSR, 45 in 1:09–cv–02930–JSR, 37 in 1:09–cv–02910–JSR, 151 in 1:07–cv–07924–JSR, 50 in 1:09–cv–02876–JSR, 71 in 1:09–cv–02920–JSR, 39 in 1:09–cv–02955–JSR, 42 in 1:09–cv–02891–JSR, 54 in 1:08–cv–10494–JSR, 47 in 1:09–cv–02919–JSR, 107 in 1:09–cv–02866–JSR, 50 in 1:09–cv–02904–JSR, 37 in 1:09–cv–02931–JSR, 56 in 1:09–cv–02926–JSR, 39 in 1:09–cv–02957–JSR, 39 in 1:09–cv–02868–JSR, 44 in 1:09–cv–02936–JSR, 37 in 1:09–cv–02918–JSR, 37 in 1:09–cv–02941–JSR, 50 in 1:09–cv–02895–JSR, 37 in 1:09–cv–02944–JSR, 147 in 1:07–cv–06767–JSR, 37 in 1:09–cv–02875–JSR, 57 in 1:09–cv–02894–JSR, 49 in 1:08–cv–10495–GEL, 46 in 1:09–cv–02870–JSR, 41 in 1:09–cv–02906–JSR, 386 in 1:08–cv–03065–JSR, 166 in 1:07–cv–08165–JSR, 43 in 1:09–cv–02947–JSR, 39 in 1:09–cv–02903–JSR, 41 in 1:08–cv–09810–JSR, 37 in 1:09–cv–02912–JSR, 39 in 1:09–cv–02921–JSR, 50 in 1:09–cv–02889–JSR, 235 in 1:07–cv–11604–JSR, 46 in 1:09–cv–02874–JSR, 40 in 1:09–cv–02925–JSR, 39 in 1:09–cv–02956–JSR, 51 in 1:09–cv–02916–JSR, 115 in 1:08–cv–04196–JSR, 37 in 1:09–cv–02935–JSR, 39 in 1:09–cv–02884–JSR, 41 in 1:09–cv–02951–JSR, 45 in 1:09–cv–02882–JSR, 72 in 1:09–cv–02885–JSR, 46 in 1:09–cv–02888–JSR, 48 in 1:09–cv–02939–JSR, 155 in 1:07–cv–08686–JSR, 37 in 1:09–cv–02905–JSR, 48 in 1:09–cv–02878–JSR, 39 in 1:09–cv–02913–JSR, 102 in 1:08–cv–05252–JSR, 58 in 1:07–cv–09238–JSR, 46 in 1:09–cv–02933–JSR, 37 in 1:09–cv–02907–JSR, 45 in 1:09–cv–02915–JSR, 90 in 1:08–cv–08267–JSR, 41 in 1:09–cv–02942–JSR, 37 in 1:09–cv–02943–GEL, 39 in 1:09–cv–02953–JSR, 59 in 1:08–cv–08784–GEL, 48 in 1:09–cv–02940–JSR, 48 in 1:09–cv–02897–JSR, 41 in 1:09–cv–02949–JSR, 57 in 1:09–cv–02898–JSR, 126 in 1:05–cv–09608–JSR, 712 in 1:05–cv–08626–JSR, 50 in 1:09–cv–02945–JSR, 42 in 1:07–cv–11343–JSR, 39 in 1:09–cv–02927–JSR, 139 in 1:08–cv–07416–JSR, 46 in 1:09–cv–02887–JSR, 44 in 1:09–cv–02900–JSR, 41 in 1:09–cv–02923–JSR, 44 in 1:09–cv–02954–JSR) Order, to the Docket Assistant Clerk for case processing. Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 06/22/2010) |

| | | |
|---|---|---|
| 06/18/2010 | | Mailed a copy of 754 Order, to Attorney's Daniel J. Capra, Richa Shyam Dasgupta, Thomas George Ward, and Ramzi Abadou, by regular mail. (eef) (Entered: 06/25/2010) |
| 06/21/2010 | 753 | MANDATE of USCA (Certified Copy) as to (80 in 1:08–cv–08267–JSR, 367 in 1:08–cv–03065–JSR, 435 in 1:08–cv–03086–JSR, 704 in 1:07–md–01902–JSR, 129 in 1:08–cv–07416–JSR) Notice of Appeal,, filed by Kenneth M. Krys, Christopher Stride USCA Case Number 10–1700. IT IS HEREBY ORDERED that the motion for voluntary dismissal of the appeal as premature without prejudice to the filing of a new appeal from a final judgment or order is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 6/21/2010. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(nd) (Entered: 06/21/2010) |
| 06/22/2010 | 755 | SPECIAL MASTER SEALING ORDER. The complaint in Krys, et al. v. Deutsche Bank, et at., 10–cv–3954, which was filed under seal in the Refco MDL on June 17, 2010, shall be filed under seal in Krys, et al. v. Deutsche Bank Securities Inc., et al. 10–cv–3594. The Clerk of Court is directed to file the complaint under seal in Krys, et al. v. Deutsche Bank Securities, Inc., et al., 10–cv–3594. The sealed filing of the complaint in Krys, et al. v. Deutsche Bank Securities, Inc., et al., 10–cv–3594, shall be subject to the provisions of the Amended Confidentiality Compliance Order filed in 07 MDL 1902 (JSR) on 5/16/10, a copy of which is annexed hereto as Exhibit A. (Signed by Ronald Hedges, Special Master on 6/22/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 06/22/2010) |
| 06/22/2010 | | Transmission to Sealed Records Clerk. Transmitted re: (755 in 1:07–md–01902–JSR, 18 in 1:10–cv–03594–JSR) Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 06/22/2010) |
| 06/23/2010 | 756 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The RHHoldings Ltd. as Corporate Parent. Document filed by The Harbour Trust Co. Ltd.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 06/23/2010) |
| 06/23/2010 | 757 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The RHHoldings Ltd. as Corporate Parent. Document filed by The Harbour Trust Co. Ltd.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 06/23/2010) |
| 06/23/2010 | 758 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The RHHoldings Ltd. as Corporate Parent. Document filed by The Harbour Trust Co. Ltd.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 06/23/2010) |
| 06/23/2010 | 759 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The RHHoldings Ltd. as Corporate Parent. Document filed by The Harbour Trust Co. Ltd.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/23/2010) |
| 06/24/2010 | 760 | RESPONSE re: (747 in 1:07–md–01902–JSR, 163 in 1:07–cv–08165–JSR) Objection (non–motion), Objection (non–motion) *to Report and Recommendation of the Special Master on its Motion to Dismiss the Amended Complaint*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/24/2010) |
| 06/24/2010 | 761 | RESPONSE re: (164 in 1:07–cv–08165–JSR) Objection to Report and Recommendations, *Response of Grant Thornton LLP, Mayer Brown LLP, and Mayer Brown International LLP to the Private Action Trustee's Objections to the Special Master's Report &Recommendation*. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, |

| | | 1:07−cv−08165−JSR(Ward, Thomas) (Entered: 06/24/2010) |
|---|---|---|
| 06/24/2010 | 762 | DECLARATION of Beth A. Tagliamonti *re: (748 in 1:07−md−01902−JSR, 164 in 1:07−cv−08165−JSR) in Support of Response of Grant Thornton LLP, Mayer Brown LLP, and Mayer Brown International LLP to the Private Actions Trustee's Objections to the Special Master's Report &Recommendation.* Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Tagliamonti, Beth) (Entered: 06/24/2010) |
| 06/28/2010 | 763 | MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,, *Plaintiffs' Appeal from the June 17, 2010 Special Master's Order Finding Waiver of Work Product Protection.* Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. (Attachments: # 1 Appendix Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(Broderick, Vernon) (Entered: 06/28/2010) |
| 06/28/2010 | 764 | MEMORANDUM OF LAW in Support re: (148 in 1:07−cv−06767−JSR) MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(Broderick, Vernon) (Entered: 06/28/2010) |
| 06/28/2010 | 765 | DECLARATION of Vernon Broderick in Support re: (148 in 1:07−cv−06767−JSR) MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. (Attachments: # 1 Exhibit A (Part 1 of 3), # 2 Exhibit A (Part 2 of 3), # 3 Exhibit A (Part 3 of 3), # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(Broderick, Vernon) (Entered: 06/28/2010) |
| 06/28/2010 | 766 | MOTION for Derek J. Sarafa to Appear Pro Hac Vice. Document filed by Grant Thornton LLP.(rjm) (Entered: 06/29/2010) |
| 06/29/2010 | 767 | AMENDED MEMORANDUM OF LAW in Support re: (148 in 1:07−cv−06767−JSR) MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. *re: Plaintiffs' Appeal from the June 17, 2010 Special Master's Order Finding Waiver of Work Product Protection.* Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(Broderick, Vernon) (Entered: 06/29/2010) |
| 06/29/2010 | 768 | DECLARATION of Vernon Broderick in Support re: (148 in 1:07−cv−06767−JSR) MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07−cv−06767−JSR) Order,,,. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P.. (Attachments: # 1 Exhibit A (Part 1 of 3), # 2 Exhibit A (Part 2 of 3), # 3 Exhibit A (Part 3 of 3), # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(Broderick, Vernon) (Entered: 06/29/2010) |
| 07/01/2010 | 769 | SPECIAL MASTER ORDER DIRECTING PAYMENT. WHEREAS, on June 16, 2010, Ball Baker Leake LLP issued an invoice in the amount of $1,821.49 for accounting services rendered in the above−captioned action and related |

| | | |
|---|---|---|
| | | disbursements on March 10, 2010 and from April 1, 2010 through June 14, 2010 (the "Ball Baker Leake Invoice"); WHEREAS, on June 24, 2010, the Ball Baker Leake Invoice was circulated to all counsel of record in the above–captioned action, to allow for objections by any party; WHEREAS, the parties to the above–captioned action were permitted seven (7) calendar days to object to the Ball Baker Leake Invoice; WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master; NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. Copy sent to Cashier's Office. (Signed by Ronald Hedges, Special Master on 6/30/10) (rjm) (Entered: 07/01/2010) |
| 07/01/2010 | 770 | ORDER OF ADMISSION PRO HAC VICE. IT IS HEREBY ORDERED that DEREK J. SARAFA is admitted to practice pro vice as counsel for Grant Thornton LLP in the captionedcase in the United States District Court for the Southern District of New York. granting 766 Motion for DEREK J. SARAFA to Appear Pro Hac Vice. (Signed by Ronald Hedges, Special Master on 6/30/10) (rjm) (Entered: 07/01/2010) |
| 07/01/2010 | 771 | ORDER OF ADMISSION PRO HAC VICE. IT IS HEREBY ORDERED that DEREK J. SARAFA is admitted to practice pro vice as counsel for Grant Thornton LLP in the captionedcase in the United States District Court for the Southern District of New York. (Signed by Judge Jed S. Rakoff on 6/30/10) (rjm) (Entered: 07/01/2010) |
| 07/02/2010 | | CASHIERS OFFICE REMARK on 766 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 06/28/2010, Receipt Number 907540. (jd) (Entered: 07/02/2010) |
| 07/02/2010 | 772 | LETTER addressed to All Refco MDL parties from James R. Warnot, Jr. dated 7/1/10 re: This firm represents Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas and Deutsche Bank AG (collectively, "Deutsche Bank") in the action captioned Krys et al. v. Deutsche Bank Securities Inc., et al., No. 10 Civ. 3594 ("Krys v. Deutsche Bank"). On June 17, 2010, plaintiffs in this action served a complaint on Deutsche Bank (the "Complaint"). In accordance with the Amended Confidentiality Compliance Order, dated May 5, 2010 ("Amended Compliance Order"), plaintiffs filed the Complaint under seal in In re Refco Inc. Securities Litigation, No. 07–md–1902 ("Refco MDL") as containing information designated confidential by certain parties to the Refco MDL. Deutsche Bank respectfully submits that the Confidential Information contained in the Complaint is entitled to confidential treatment pursuant to the Protective Order. Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 07/02/2010) |
| 07/06/2010 | 773 | REPLY MEMORANDUM OF LAW in Support re: (42 in 1:09–cv–02866–JSR, 639 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 07/06/2010) |
| 07/06/2010 | 774 | DECLARATION of Joel Millar, Esq. in Support re: (42 in 1:09–cv–02866–JSR, 639 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Errata D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 07/06/2010) |
| 07/06/2010 | 775 | DECLARATION of Ross E. Firsenbaum, Esq. in Support re: (42 in 1:09–cv–02866–JSR, 639 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: 07/06/2010) |
| 07/06/2010 | 776 | CERTIFICATE OF SERVICE. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Anker, Philip) (Entered: |

| | | 07/06/2010) |
|---|---|---|
| 07/06/2010 | 777 | REPLY MEMORANDUM OF LAW in Support re: 643 MOTION to Dismiss *the Amended Complaint.*. Document filed by Capgemini U.S. LLC. (Silver, Gerald) (Entered: 07/06/2010) |
| 07/06/2010 | 778 | REPLY MEMORANDUM OF LAW in Support re: (70 in 1:09–cv–02866–JSR, 655 in 1:07–md–01902–JSR) MOTION to Dismiss. *the Amended Complaint*. Document filed by Allene Chung. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 779 | REPLY MEMORANDUM OF LAW in Support re: (62 in 1:09–cv–02866–JSR) JOINT MOTION to Dismiss *Amended Complaint.*, (42 in 1:09–cv–02939–JSR, 42 in 1:09–cv–02878–JSR, 42 in 1:09–cv–02897–JSR, 687 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Milestone Venture Partners, Calpurnia Capital Partners, L.L.C.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02878–JSR, 1:09–cv–02897–JSR, 1:09–cv–02939–JSR(Aaron, Daniel) (Entered: 07/06/2010) |
| 07/06/2010 | 780 | JOINDER to join re: (775 in 1:07–md–01902–JSR) Declaration in Support of Motion,, (773 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, (774 in 1:07–md–01902–JSR) Declaration in Support of Motion,. Document filed by Innovation Investments, LLC.Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02909–JSR(Kistler, David) (Entered: 07/06/2010) |
| 07/06/2010 | 781 | REPLY MEMORANDUM OF LAW in Support re: (652 in 1:07–md–01902–JSR, 54 in 1:09–cv–02866–JSR) MOTION to Dismiss.. Document filed by Charles B. Hintz. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Breen, Meghan) (Entered: 07/06/2010) |
| 07/06/2010 | 782 | REPLY MEMORANDUM OF LAW in Support re: (657 in 1:07–md–01902–JSR, 71 in 1:09–cv–02866–JSR) MOTION to Dismiss *Amended Complaint. Amended Complaint*. Document filed by Andre Perold. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 783 | REPLY MEMORANDUM OF LAW in Support re: (661 in 1:07–md–01902–JSR, 72 in 1:09–cv–02866–JSR) MOTION to Dismiss *Amended Complaint.*. Document filed by Christopher Suan. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 784 | REPLY MEMORANDUM OF LAW in Support re: (73 in 1:09–cv–02866–JSR, 664 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Christopher Welch. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 785 | REPLY MEMORANDUM OF LAW in Support re: (667 in 1:07–md–01902–JSR, 75 in 1:09–cv–02866–JSR) MOTION to Dismiss *Amended Complaint.*. Document filed by Connie Hsu. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 786 | REPLY MEMORANDUM OF LAW in Support re: (76 in 1:09–cv–02866–JSR, 672 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by David Cody. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 787 | REPLY MEMORANDUM OF LAW in Support re: (77 in 1:09–cv–02866–JSR, 677 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Robert Hill. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |
| 07/06/2010 | 788 | REPLY MEMORANDUM OF LAW in Support re: (681 in 1:07–md–01902–JSR, 79 in 1:09–cv–02866–JSR) MOTION to Dismiss *Amended Complaint.*. Document filed by Ronald W. Farmer. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/06/2010) |

| 07/06/2010 | <u>789</u> | REPLY MEMORANDUM OF LAW in Support re: (80 in 1:09−cv−02866−JSR, 683 in 1:07−md−01902−JSR) MOTION to Dismiss.. Document filed by The Suan Family Irrevocable Children's Trust. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Markowitz, Alon) (Entered: 07/06/2010) |
|---|---|---|
| 07/06/2010 | <u>790</u> | REPLY MEMORANDUM OF LAW in Support re:<u>675</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Bradd Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>791</u> | REPLY MEMORANDUM OF LAW in Support re:<u>678</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Edward J. Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>792</u> | REPLY MEMORANDUM OF LAW in Support re:<u>665</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Edward J. Kata, Lorraine Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>793</u> | REPLY MEMORANDUM OF LAW in Support re:<u>673</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Glenn Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>794</u> | REPLY MEMORANDUM OF LAW in Support re:<u>668</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Gregg Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>795</u> | REPLY MEMORANDUM OF LAW in Support re:<u>670</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Scott Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>796</u> | REPLY MEMORANDUM OF LAW in Support re:<u>680</u> MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Todd Kata. (Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>797</u> | REPLY MEMORANDUM OF LAW in Support re: (656 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Joel Press. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02915−JSR(Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>798</u> | REPLY MEMORANDUM OF LAW in Support re: (659 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Randy Yanker. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02929−JSR(Reid, Maureen) (Entered: 07/06/2010) |
| 07/06/2010 | <u>799</u> | REPLY MEMORANDUM OF LAW in Support re: (662 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint..* Document filed by Randall Yanker TTEE. Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02928−JSR(Reid, Maureen) (Entered: 07/06/2010) |

| 07/06/2010 | 800 | REPLY MEMORANDUM OF LAW in Support re: (69 in 1:09-cv-02866-JSR, 69 in 1:09-cv-02866-JSR, 654 in 1:07-md-01902-JSR, 654 in 1:07-md-01902-JSR) MOTION to Dismiss. MOTION for Joinder.. Document filed by Brera Capital Partners, LLC. Filed In Associated Cases: 1:07-md-01902-JSR, 1:09-cv-02866-JSR(Musoff, Scott) (Entered: 07/06/2010) |
|---|---|---|
| 07/06/2010 | 801 | REPLY MEMORANDUM OF LAW in Support re: 641 MOTION to Dismiss *the Amended Complaint*.. Document filed by Frederick W. Gluck. (Rosenthal, Donald) (Entered: 07/06/2010) |
| 07/07/2010 | 802 | MOTION to Dismiss *Amended Complaint, Joining Motion of Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc.*. Document filed by John E. Koretz. (Attachments: # 1 Exhibit A)(Greenberg, Alison) (Entered: 07/07/2010) |
| 07/07/2010 | 803 | REPLY MEMORANDUM OF LAW in Support re: 802 MOTION to Dismiss *Amended Complaint, Joining Motion of Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc*... Document filed by John E. Koretz. (Greenberg, Alison) (Entered: 07/07/2010) |
| 07/07/2010 | 804 | CASE MANAGEMENT ORDER NO. 26. The Court has received the bills from the Special Masters for the month of June, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on July 13, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 7/6/10) Filed In Associated Cases: 1:07-md-01902-JSR et al.(rjm) (Entered: 07/08/2010) |
| 07/08/2010 | 805 | MEMORANDUM OF LAW in Opposition re: (148 in 1:07-cv-06767-JSR) MOTION for Reconsideration re; (146 in 1:07-cv-06767-JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07-cv-06767-JSR) Order,,,. *Memorandum of Mayer Brown LLP In Opposition To Plaintiffs' Appeal From The June 17, 2010 Special Master's Order Finding Waiver of Work-Product Protection*. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:07-cv-06767-JSR(Ward, Thomas) (Entered: 07/08/2010) |
| 07/08/2010 | 806 | DECLARATION of George A. Borden in Opposition re: (148 in 1:07-cv-06767-JSR) MOTION for Reconsideration re; (146 in 1:07-cv-06767-JSR) Order,,,. MOTION for Reconsideration re; (146 in 1:07-cv-06767-JSR) Order,,,. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:07-cv-06767-JSR(Ward, Thomas) (Entered: 07/08/2010) |
| 07/08/2010 | 807 | SPECIAL MASTER ORDER RELATED TO THE DPM DEFENDANTS' SUBPOENA TO CHESAPEAKE CAPITAL CORP. ORDERED that Chesapeake shall, not later than July 7, 2010, complete its production responsive to the DPM Defendants' subpoena; and IT IS FURTHER ORDERED that the parties will raise any disputes regarding Chesapeake's production with Special Master Hedges not later than August 7, 2010. (Signed by Ronald Hedges, Special Master on 7/8/10) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(rjm) (Entered: 07/09/2010) |
| 07/08/2010 | 808 | ORDER. ORDERED that SPshall, no later than July 7, 2010, produce a categorical log of the documents withheld in response to Request No. 13 of the Subpoena, as described on the January 19, 2010 teleconference in this matter; and ORDERED that SPshall, no later than July 9, 2010, identify three (3) custodians and produce for those three (3) custodians related redacted documents and privilege logs; and ORDERED that SPshall, no later than July 30, 2010, identify any remaining custodians and produce redacted documents and privilege logs for those remaining custodians; and ORDERED that counsel for SPand the DPM defendants shall participate in a conference call with Special Master Hedges on August 6, 2010; and ORDERED that the DPM Defendants shall, no later than August 31, 2010, file a memorandum in support of a motion to compel outstanding documents withheld, if necessary; and ORDERED that SPshall, no later than September 30, 2010, file a memorandum in opposition to any memorandum filed by the DPM Defendants, if necessary; and ORDERED that a date for oral argument shall be set by Special |

| | | |
|---|---|---|
| | | Master Hedges, if necessary. (Signed by Ronald Hedges, Special Master on 7/8/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(rjm) (Entered: 07/09/2010) |
| 07/08/2010 | 809 | ORDER. ORDERED, that Defendant be made a party to the Court's January 21, 2010 Order, such that the Court's January 12, 2010 Order adopting Special Master Capra's Report and Recommendation, dated November 13, 2009, shall apply to Mr. Freidheim. ORDERED, that Defendant be made a party to the Stipulation and Order, entered by Special Master Capra on April 15, 2010, that preserves Defendant's right to seek dismissal of the Trustee's claims on alternative or procedural grounds. ORDERED, that Defendant may file, within one week of the entry of this Order, a Motion to Dismiss joining in the Motion to Dismiss the Amended Complaint of Credit Suisse First Boston Next Fund, Lab Morgan Corporation and ML IBK Positions, Inc. (collectively, the "Bank Defendants"), as well as the Memorandum of Law in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, the Declaration of Ross E. Firsenbaum in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, the Reply Memorandum of Law in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, the Supplemental Declaration of Ross E. Firsenbaum in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, and the Declaration of Joel Millar in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, and the other supporting papers filed by the Bank Defendants. ORDERED, that Plaintiff's Opposition to the Bank Defendants' Motion to Dismiss the Amended Complaint applies equally to Defendant, such that no additional opposition papers are necessary. (Signed by Daniel J. Capra, Special Master on 7/8/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02935–JSR(rjm) (Entered: 07/09/2010) |
| 07/12/2010 | 810 | SPECIAL MASTER NOTICE. The status conference scheduled to take place before Judge Rakoff in the above–captioned multidistrict litigation on July 14, 2010 is cancelled. The next status conference shall take place on September 8, 2010 at 4 p.m. or as rescheduled. (Status Conference set for 9/8/2010 at 04:00 PM before Judge Jed S. Rakoff.) (Signed by Ronald Hedges, Special Master on 7/9/10) (rjm) Modified on 7/12/2010 (rjm). (Entered: 07/12/2010) |
| 07/12/2010 | 811 | MOTION to Dismiss *Amended Complaint*. Document filed by stephen freidheim.Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Markowitz, Alon) (Entered: 07/12/2010) |
| 07/19/2010 | 812 | CASE MANAGEMENT ORDER NO. 27. Pursuant to Case Management Order #26, the time for objections to the bills of the Special Masters for services rendered in June 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 7/16/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 07/19/2010) |
| 07/19/2010 | 813 | REPORT AND RECOMMENDATIONS of Special Master re: In accordance with the Report above, the Special Master recommends the following with respect to the motions to dismiss by the Defendants: Count I, Breach of Contract: 1. Count I should be dismissed as to Aaron and Castranova, with prejudice. 2. The claim that Mellon is liable for breaching the Service Agreement should be dismissed with prejudice. Count II, Breach of the Covenant of Good Faith and Fair DealingCount II should be dismissed with prejudice. Count III, Indemnity Count III should be dismissed as to Mellon, with prejudice. Count IV, Declaratory ReliefCount IV should be dismissed as to Castronova, with prejudice. Count V, Breach of Fiduciary Duty 1. The DPM entities' motion to dismiss should be denied.2. PlusFunds' claim against Aaron should be dismissed, with prejudice. 3. Aaron's motion to dismiss SMFF's claim should be denied. 4. Count V should be dismissed as to Castranova, with prejudice. 5. Count V should be dismissed as to Mellon, with prejudice. Count VI, Aiding and Abetting Breach of Fiduciary Duty 1. The motions to dismiss should be denied with respect to all Defendants except Mellon. 2. Count VI should be dismissed as to Mellon, with prejudice. Count VII, Interference with Contract/Prospective Contract Count VII should be dismissed with prejudice. Count VIII, Fraud/Misrepresentation 1. The motions to dismiss should be denied with respect to all Defendants except Mellon. 2. Count VIII should be dismissed as to Mellon, with prejudice. Count IX, Aiding and Abetting |

| | | |
|---|---|---|
| | | Interference with Contract/Prospective Contract Count IX should be dismissed with prejudice. Count X, NJRICO – Count X should be dismissed with prejudice. (34 in 1:08–cv–07416–JSR, 206 in 1:07–md–01902–JSR). MOTION to Dismiss. (48 in 1:08–cv–07416–JSR) MOTION to Dismiss *(correction of Document #33)*. (Signed by Special Master, Daniel J. Capra on 7/19/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(db) (rw). (Entered: 07/19/2010) |
| 07/20/2010 | 814 | SPECIAL MASTER SCHEDULING ORDER ON DISCOVERY DISPUTES. IT IS HEREBY ORDERED that the parties to the above–captioned multi–district litigation are directed to raise any disputed matter to the Special Master by September 6, 2010. Any dispute not presented by September 6, 2010, will be deemed waived. Joint submissions regarding disputed matters should be provided to the Special Master by September 10, 2010. The Special Master will hear oral argument regarding disputed issues at 10 a.m. on September 15, 2010, unless he sets other dates. The September 15th hearing will be held at the Courthouse. (Oral Argument set for 9/15/2010 at 10:00 AM before Special Master, Ronald Hedges regarding disputed issues.) (Signed by Ronald Hedges, Special Master on 7/20/10) (rjm) (Entered: 07/20/2010) |
| 07/20/2010 | 815 | SPECIAL MASTER SCHEDULING ORDER. It is hereby Ordered that the following pre–trial schedule shall apply to this Action: Submission of responsive expert reports: 8/13/10. Parties to raise disputed issues to Special Master: 9/6/10. Joint submissions to be provided to Special Master: 9/10/10. Argument on disputed issues before Special Master Hedges: 9/15/10 (10 a.m.). Status conference before Judge Rakoff: 9/16/10. Expert deposition deadline: 10/15/10. Motions for summary judgment: 11/12/10. Opposition to summary judgment motions: 12/17/10. Replies in support of summary judgment motions: 1/14/11. (Expert Deposition due by 10/15/2010., Motions for summary judgment due by 11/12/2010., Replies due by 1/14/2011., Responses due by 12/17/2010) (Signed by Ronald Hedges, Special Master on 7/20/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 07/20/2010) |
| 07/26/2010 | 819 | MOTION for Emily T.P. Rosen to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(tro) (Entered: 07/29/2010) |
| 07/27/2010 | 816 | SPECIAL MASTER ORDER ON POSSIBLE DISCOVERY DISPUTES. Subject to further modification, on or before 7/22/10, the Krys Plaintiffs will provide to PwC information regarding their privilege assertions concerning the Krys affidavits, which shall include copies of any relevant Cayman orders, a description of which parties other than the Cayman Court have received drafts or final copies of the Krys affidavits, and a written explanation of the basis for the Krys Plaintiffs' assertion of privilege and why any such privilege has not been waived. The parties will thereafter make a good faith effort to resolve any remaining dispute with respect to this issue. Any such disputes if unresolved by the Parties, must be brought to the attention of Special Master Hedges by 8/5/10. This Order does not replace or supersede the 5/6/10 Order in any regard not expressly provided for herein. (Signed by Hon. Ronald J. Hedges, Special Master on 7/27/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 07/28/2010) |
| 07/27/2010 | 817 | SPECIAL MASTER ORDER OF ADMISSION PRO HAC VICE. IT IS HEREBY ORDERED that SARAH E. CITRIN is admitted to practice pro hac vice as counsel for Mayer Brown LLP in the above–captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court. Attorney Sarah E. Citrin for Mayer Brown LLP admitted Pro Hac Vice. (Signed by Hon. Ronald Hedges, Special Master on 7/27/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) Modified on 7/28/2010 (rjm). (Entered: 07/28/2010) |

| 07/27/2010 | 818 | SPECIAL MASTER ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. IT IS HEREBY ORDERED that Emily T.P. Rosen is admitted to practice pro hac vice as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Hon. Ronald Hedges, Special Master on 7/27/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 07/28/2010) |
|---|---|---|
| 07/27/2010 | 826 | MOTION for Sarah E. Citrin to Appear Pro Hac Vice. Document filed by Mayer Brown LLP.Filed In Associated Cases: 1:07–md–01902–JSR et al.(mro) (Entered: 07/30/2010) |
| 07/29/2010 | 820 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #824 AND DOCUMENT #825) – Objection re: (145 in 1:08–cv–07416–JSR, 813 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Declaration of B. John Pendleton, Jr., # 2 Exhibit 1 to Pendleton Declaration (1 of 2), # 3 Exhibit 1 to Pendleton Declaration (2 of 2), # 4 Exhibit 2 to Pendleton Declaration, # 5 Exhibit 3 to Pendleton Declaration, # 6 Exhibit 4 to Pendleton Declaration, # 7 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) Modified on 8/3/2010 (lb). (Entered: 07/29/2010) |
| 07/29/2010 | 821 | Objection re: (145 in 1:08–cv–07416–JSR, 813 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,, *LIMITED OBJECTION TO JULY 19, 2010 REPORT AND RECOMMENDATION OF SPECIAL MASTER CAPRA ON MOTIONS TO DISMISS*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 07/29/2010) |
| 07/29/2010 | 822 | Objection re: (145 in 1:08–cv–07416–JSR) Report and Recommendations – Special Master,,,,,,,, *Limited Objection of Robert Aaron to the July 19, 2010 Report and Recommendation of the Special Master on Motions to Dismiss*. Document filed by Robert Aaron. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Stein, Elliott) (Entered: 07/29/2010) |
| 07/29/2010 | 823 | Objection re: (813 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,, *Limited Objection of Defendants Mark Kavanagh and Brian Owens to the Special Masters Report and Recommendation on the Krys v. Aaron Motions to Dismiss*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 07/29/2010) |

| 07/30/2010 | 824 | Objection re: (145 in 1:08–cv–07416–JSR, 813 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,,,,,. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 07/30/2010) |
|---|---|---|
| 07/30/2010 | 825 | DECLARATION of B. John Pendleton, Jr. in Support re: (149 in 1:08–cv–07416–JSR, 824 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion). Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit 1 to Pendleton Declaration (1 of 2), # 2 Exhibit 1 to Pendleton Declaration (2 of 2), # 3 Exhibit 2 to Pendleton Declaration, # 4 Exhibit 3 to Pendleton Declaration, # 5 Exhibit 4 to Pendleton Declaration, # 6 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 07/30/2010) |
| 08/03/2010 | 827 | ORDER ADMITTING ATTORNEY PRO HAC VICE. It is herby ordered that Sarah E. Citrin is admitted pro hac vice in this action as counsel for Mayer Brown LLP. (Signed by Judge Jed S. Rakoff on 8/2/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jpo) (jpo). (Entered: 08/03/2010) |
| 08/03/2010 | 828 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION in case 1:07–cv–06767–JSR; granting (819) Motion for Emily T.P. Rosen to Appear Pro Hac Vice in case 1:07–md–01902–JSR. Emily T.P. Rosen is admitted to practice pro hac vice as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund, L.P., and Thomas H. Lee Equity (Cayman)Fund V, L.P. (Signed by Judge Jed S. Rakoff on 7/30/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(tro) (Entered: 08/04/2010) |
| 08/03/2010 | 829 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. IT IS HEREBY ORDERED that Emily T.P. Rosen is admitted to practice pro hac vice as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Judge Jed S. Rakoff on 7/30/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 08/04/2010) |
| 08/04/2010 | 830 | CASE MANAGEMENT ORDER NO. 28. The Court has received the bills from the Special Masters for the month of July, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on August 10, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 8/3/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 08/04/2010) |
| 08/04/2010 | 831 | OPINION AND ORDER. The Court hereby reverses the June 17 Order on Privilege and remands the matter to the Special Master for further proceedings consistent with this Opinion. (Signed by Judge Jed S. Rakoff on 8/3/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 08/04/2010) |
| 08/04/2010 | 832 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION TO DISMISS. In accordance with the Report above, the Special Master recommends that the First Amended Complaint against Butt should be dismissed in its entirety, with prejudice. re: (20 in 1:08–cv–08267–JSR) MOTION to Dismiss / Defendant Richard Butt's Notice of Motion To Dismiss Plaintiffs' Amended Complaint. filed by Richard Butts (Signed by Daniel J. Capra, Special Master on 8/4/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(rjm) (Entered: 08/04/2010) |
| 08/05/2010 | 833 | ORDER. The Special Master hereby orders that the January 20 Order (and thus, the January 12 Order) shall also apply to Case Nos. 09 Civ. 2886, 2902, 2903, 2921, and 2927 and directs the Clerk of the Court to close the motions to dismiss the complaints, dated January 27, 2010, in these cases. terminating (23) Motion to |

| | | |
|---|---|---|
| | | Dismiss in case 1:09−cv−02886−JSR; terminating (23) Motion to Dismiss in case 1:09−cv−02902−JSR; terminating (23) Motion to Dismiss in case 1:09−cv−02903−JSR; terminating (23) Motion to Dismiss in case 1:09−cv−02921−JSR; terminating (23) Motion to Dismiss in case 1:09−cv−02927−JSR. (Signed by Daniel J. Capra, Special Master on 8/5/10) Filed In Associated Cases: 1:07−md−01902−JSR et al.(rjm) (Entered: 08/05/2010) |
| 08/09/2010 | 834 | RESPONSE re: (821 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) *Robert Aaron's Response to the Limited Objection of the Krys Plaintiffs to the July 19, 2010 Report and Recommendation of the Special Master on Motions to Dismiss*. Document filed by Robert Aaron. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Corbett, Donald) (Entered: 08/09/2010) |
| 08/09/2010 | 835 | RESPONSE re: (823 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) */KRYS PLAINTIFFS' RESPONSE TO THE LIMITED OBJECTION OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON KRYS V. AARON MOTIONS TO DISMISS*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 08/09/2010) |
| 08/09/2010 | 836 | RESPONSE re: (821 in 1:07−md−01902−JSR, 147 in 1:08−cv−07416−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion). Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM−Mellon, LLC, DPM−Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Pendleton, Brian) (Entered: 08/09/2010) |
| 08/09/2010 | 837 | RESPONSE re: (822 in 1:07−md−01902−JSR, 148 in 1:08−cv−07416−JSR) Objection (non−motion), Objection (non−motion) */KRYS PLAINTIFFS' RESPONSE TO THE LIMITED OBJECTION OF ROBERT AARON TO THE JULY 19, 2010 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTIONS TO DISMISS*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management |

| | | LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 08/09/2010) |
|---|---|---|
| 08/09/2010 | 838 | RESPONSE re: (149 in 1:08–cv–07416–JSR, 824 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion) /*KRYS PLAINTIFFS' RESPONSE TO THE DPM DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT &RECOMMENDATION DATED JULY 19, 2010, REGARDING THEIR MOTION TO DISMISS THE AMENDED COMPLAINT.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 08/09/2010) |
| 08/13/2010 | 839 | NOTICE OF APPEARANCE by Ruth Ellen Harlow on behalf of Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 08/13/2010) |
| 08/13/2010 | 840 | CASE MANAGEMENT ORDER #29: Pursuant to Case Management Order #28, the time for objections to the bills of the Special Masters for services rendered in July 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 8/12/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(db) (Entered: 08/13/2010) |
| 08/16/2010 | 841 | SPECIAL MASTER SCHEDULING ORDER. IT IS HEREBY ORDERED that the following pre–trial schedule shall apply to this Action: Parties to raise disputed issues to Special Master: 9/6/10; Joint submissions to be provided to Special Master: 9/10/10; Argument on disputed issues before Special Master Hedges: 9/15/10 (10 am.); Status conference before Judge Rakoff: 9/16/10; Expert deposition deadline: 10/15/10; Motions for summary judgment: 11/12/10; Opposition to summary judgment motions: 12/17/10; Replies in support of summary judgment motions: 1/14/11. Motions for Summary Judgment due by |

| | | |
|---|---|---|
| | | 11/12/2010. Responses due by 12/17/2010 Replies due by 1/14/2011. Expert Deposition due by 10/15/2010. (Signed by Ronald Hedges, Special Master on 8/9/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(rjm) (Entered: 08/16/2010) |
| 08/16/2010 | 842 | SPECIAL MASTER NOTICE. PLEASE TAKE NOTICE that the status conference scheduled to take place before Judge Rakoff in the above–captioned multidistrict litigation on September 8, 2010 is cancelled. The next status conference shall take place on September 15, 2010 at 4 p.m. or as rescheduled. (Status Conference set for 9/15/2010 at 04:00 PM before Judge Jed S. Rakoff.) (Signed by Ronald J. Hedges, Special Master on 8/9/10) (rjm) (Entered: 08/16/2010) |
| 08/16/2010 | 843 | SPECIAL MASTER AMENDED SCHEDULING ORDER. Response to Motion for Summary Judgment due by 9/14/2010; Reply to Motion for Summary Judgment due by 10/20/2010. (Signed by Ronald J. Hedges, Special Master on 8/16/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(rjm) (Entered: 08/16/2010) |
| 08/16/2010 | 844 | STIPULATION AND SPECIAL MASTER ORDER REGARDING PAGE LIMITS AND FILING UNDER SEAL. Defendants Deutsche Bank Securities Inc., Deutsche Bank Trust Companies Americas and Deutsche Bank AG shall be permitted to file a joint memorandum of law of up to and including 50 pages in support of their motion to dismiss the complaint, which is due pursuant to the briefing schedule on Monday, 8/16/10; Pursuant to the Confidentiality Order, Defendants will file the joint memorandum of law and any accompanying declaration under seal in the Krys v. Deutsche Bank Action, as the motion documents will contain information designated by certain parties to the Refco MDL; Defendants will comply with the notice procedures specified in the Confidentiality Order, with Plaintiffs reserving all rights to oppose any assertions of confidentiality with respect to the complaint in this action and/or Defendants' motion to dismiss and documents filed in support thereof; and Plaintiffs shall be permitted to file a single opposition to the motion to dismiss the complaint of up to fifty (50) pages. This order is entered without prejudice to a revised order and is subject to further ruling. The issue of filing sealed documents in this action shall be an agenda item for the status conference scheduled for 9/15/10. (Signed by Ronald Hedges, Special Master on 8/16/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 08/16/2010) |
| 08/16/2010 | 845 | MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by Deutsche Bank Securities, Inc., Deutsche Bank AG, Deutsche Bank Trust Company Americas. Responses due by 9/15/2010(Harlow, Ruth) (Entered: 08/16/2010) |
| 08/16/2010 | 846 | CERTIFICATE OF SERVICE. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. (Harlow, Ruth) (Entered: 08/16/2010) |
| 08/16/2010 | 847 | Objection re: (95 in 1:08–cv–08267–JSR, 832 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,, */KRYS PLAINTIFFS' OBJECTION TO THE AUGUST 4, 2010 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION TO DISMISS*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. |

| | | |
|---|---|---|
| | | Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 08/16/2010) |
| 08/16/2010 | 848 | Objection re: (95 in 1:08–cv–08267–JSR, 832 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,, *Robert Aaron's Limited Objection to the August 4, 2010 Report and Recommendation of the Special Master on Richard Butt's Motion to Dismiss*. Document filed by Robert Aaron. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Stein, Elliott) (Entered: 08/16/2010) |
| 08/16/2010 | 849 | DECLARATION of Elliott Z. Stein in Support re: (98 in 1:08–cv–08267–JSR, 848 in 1:07–md–01902–JSR, 157 in 1:08–cv–07416–JSR) Objection (non–motion), Objection (non–motion). Document filed by Robert Aaron. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Stein, Elliott) (Entered: 08/16/2010) |
| 08/16/2010 | 850 | SPECIAL MASTER DEPOSITION SCHEDULING ORDER. IT IS HEREBY ORDERED that the depositions of the following persons will take place at the times, dates and locations below: Deponent: Jay Tabor; Of Party/Non–Party: Weil; Date: August 17, 2010, 10:30 am; Location: Winston &Strawn LLP, 200 Park Avenue New York, NY. Deponent: George Taylor; Of Party/Non–Party: THL; Date: August 18, 2010, 9:30 am; Location: Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY. (Signed by Ronald Hedges, Special Master on 8/16/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR, 1:07–cv–07074–JSR, 1:07–cv–08663–JSR(rjm) (Entered: 08/17/2010) |
| 08/16/2010 | 851 | SEALED DOCUMENT placed in vault.(cb) (Entered: 08/17/2010) |
| 08/20/2010 | 852 | REVISED SPECIAL MASTER DEPOSITION SCHEDULING ORDER: The depositions of the following persons will take place at the times, dates and locations further set forth in said Order. Deposition of – Jay Tabor of Weil on 8/17/10; George Taylor of THL on 8/18/10; Greg White of THL on 8/19/10; Scott Jaeckel of THL on 8/25/10; Scott Schoen of THL on 8/27/10; John Bemdsen of KPMG LLP on 8/31/10; James Westra of Weil Gotshal &Manges LLP on 9/10/10; and Max Strasburg of THL on 9/16/10. The scope of questioning, timing, and procedures for these depositions will be as set forth by Special Master Hedges during conferences held on June 8 and July 14, 2010 and the terms of the Deposition Protocol Order, filed on December 11, 2007. (Signed by Special Master Ronald Hedges on 8/20/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR, 1:07–cv–07074–JSR, 1:07–cv–08663–JSR(db) (Entered: 08/20/2010) |
| 08/26/2010 | 853 | RESPONSE re: (98 in 1:08–cv–08267–JSR, 848 in 1:07–md–01902–JSR, 157 in 1:08–cv–07416–JSR) Objection (non–motion), Objection (non–motion) */KRYS PLAINTIFFS' RESPONSE TO ROBERT AARON'S LIMITED OBJECTION TO THE AUGUST 4, 2010 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON RICHARD BUTT'S MOTION TO DISMISS*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The |

| | | |
|---|---|---|
| | | Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 08/26/2010) |
| 08/26/2010 | 854 | RESPONSE re: (97 in 1:08–cv–08267–JSR, 847 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Defendant Richard Butt's Respone to Plaintiffs' Objection to the August 4, 2010 Report and Recommendation of the Special Master on Motion to Dismiss*. Document filed by Richard Butts. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(Cambria, John) (Entered: 08/26/2010) |
| 08/26/2010 | 855 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON THE MOTION TO DISMISS THE AMENDED COMPLAINT re: (187 in 1:07–md–01902–JSR) MOTION to Dismiss Counts XXIII and XXIV of the Complaint filed by Coast Asset Management, LLC, CS Land Management LLC. Accordingly, the Plaintiffs unsupported argument that Bennetts acts cannot be attributed to Refco must be rejected. And therefore, the following conclusion from the prior Report and Recommendation applies in equal measure to the Amended Complaint as set forth in this order. (Signed by Daniel J. Capra on 8/26/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jmi) (Entered: 08/27/2010) |
| 08/31/2010 | 856 | STIPULATION AND SPECIAL MASTER ORDER AND AGREED, by and between counsel for theundersigned parties, that: The DB Defendants withdraw any confidentiality designation for the. information and quotations contained within the Complaint, without prejudice to the continued confidentiality of the fun text of documents referenced by the Complaint and designated confidential in the Refco MDL (unless those documents are covered by #4 below); Plaintiffs shall refile the Complaint, not under seal, in the Krys v. Deutsche Bank Action and the Refco MDL; The DB Defendants withdraw any confidentiality designations from the Refco MDL that might apply to information or quotations in the memorandum of law in support of the DB Defendants' motion to dismiss the Complaint; The DB Defendants withdraw any confidentiality designations from the Refco MDL that might apply to the documents filed as exhibits to the motion to dismiss the Complaint; and The DB Defendants shall refile the memorandum of law in support of the DB Defendants' motion to dismiss the Complaint, the accompanying declaration, and exhibits thereto, not under seal, in the Krys v. Deutsche Bank Action and the Refco MDL. (Signed by SPECIAL MASTER RONALD HEDGES on 8/31/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(jmi) (Entered: 09/02/2010) |
| 09/03/2010 | 857 | CASE MANAGEMENT ORDER #30: The Court has received the bills from the Special Master for the month of August, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on September 9, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. So Ordered (Signed by Judge Jed S. Rakoff on 9/2/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 09/03/2010) |
| 09/07/2010 | 858 | Objection re: (151 in 1:09–cv–02866–JSR, 77 in 1:09–cv–02922–JSR, 77 in 1:09–cv–02885–JSR, 855 in 1:07–md–01902–JSR, 76 in 1:09–cv–02920–JSR) Report and Recommendations – Special Master,, *(Limited)*. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK |

| | | |
|---|---|---|
| | | Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 09/07/2010) |
| 09/07/2010 | 859 | DECLARATION of Ross E. Firsenbaum in Support of the Motion to Dismiss the Amended Complaint in Support. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (Part 1 of 2), # 4 Exhibit C (Part 2 of 2), # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Firsenbaum, Ross) (Entered: 09/07/2010) |
| 09/07/2010 | 860 | CERTIFICATE OF SERVICE. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Firsenbaum, Ross) (Entered: 09/07/2010) |
| 09/07/2010 | 861 | Objection (*JOINDER OF THE LIMITED OBJECTION OF CREDIT SUISSE FIRST BOSTON NEXT FUND, INC., LAB MORGAN CORPORATION, AND ML IBK POSITIONS, INC. TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE MOTION TO DISMISS THE AMENDED COMPLAINT*). Document filed by Randy Yanker, Randall Yanker TTEE, Joel Press, Edward J. Kata, Lorraine Kata, Bradd Kata, Glenn Kata, Gregg Kata, Scott Kata, Todd Kata. Filed In Associated Cases: 1:07–md–01902–JSR et al.(Reid, Maureen) (Entered: 09/07/2010) |
| 09/07/2010 | 862 | JOINDER to join re: (155 in 1:09–cv–02866–JSR, 858 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion) ( *Limited Objection Of Brera Capital Partners To The Report And Recommendation Of The Special Master On The Motion To Dismiss The Amended Complaint* ). Document filed by Brera Capital Partners, LLC.Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Musoff, Scott) (Entered: 09/07/2010) |
| 09/07/2010 | 863 | MOTION for Joinder *in Limited Objections*. Document filed by Frederick W. Gluck.(Rosenthal, Donald) (Entered: 09/07/2010) |
| 09/07/2010 | 864 | JOINDER to join re: (155 in 1:09–cv–02866–JSR, 858 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion). Document filed by Charles B. Hintz.Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Breen, Meghan) (Entered: 09/07/2010) |
| 09/08/2010 | 865 | Objection (*Joinder in Limited Objection to Report and Recommendation of Special Master*). Document filed by Capgemini U.S. LLC. (Silver, Gerald) (Entered: 09/08/2010) |
| 09/08/2010 | 866 | JOINDER to join *Limited Objection filed by Bank Defendants to August 26, 2010 Report and Recommendation of the Special Master on Motion to Dismiss Amended Complaint*. Document filed by John E. Koretz.(Greenberg, Alison) (Entered: 09/08/2010) |
| 09/08/2010 | 874 | COMPLAINT against Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas. Document filed by Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al)(mro) (Entered: 09/13/2010) |
| 09/09/2010 | 867 | SPECIAL MASTER NOTICE: Conference set for 9/15/2010 at 04:00 PM before Judge Jed S. Rakoff, agenda annexed hereto. (cd) (Entered: 09/09/2010) |
| 09/09/2010 | 868 | MOTION to Direct *Entry of Bar Order*. Document filed by Mayer Brown LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 09/09/2010) |

| | | |
|---|---|---|
| 09/09/2010 | 869 | MEMORANDUM OF LAW in Support re: (175 in 1:07–cv–06767–JSR) MOTION to Direct *Entry of Bar Order*.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 09/09/2010) |
| 09/09/2010 | 870 | DECLARATION of Thomas G. Ward in Support re: (175 in 1:07–cv–06767–JSR) MOTION to Direct *Entry of Bar Order*.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 09/09/2010) |
| 09/09/2010 | 871 | DOCUMENT REFERRED TO JUDGE FOR APPROVAL – STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) Mayer Brown LLP and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Mayer Brown LLP.Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) Modified on 9/10/2010 (dt). (Entered: 09/09/2010) |
| 09/10/2010 | | ***NOTE TO ATTORNEY – DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney Thomas Ward Document 871 Stipulation of Voluntary Dismissal, was referred to Judge Jed S. Rakoff for approval. (dt) (Entered: 09/10/2010) |
| 09/13/2010 | 872 | MEMORANDUM OF LAW in Support re: (175 in 1:07–cv–06767–JSR) MOTION to Direct *Entry of Bar Order. (CORRECTED)*. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 09/13/2010) |
| 09/13/2010 | 873 | DECLARATION of Thomas G. Ward in Support re: (175 in 1:07–cv–06767–JSR) MOTION to Direct *Entry of Bar Order*.. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(Ward, Thomas) (Entered: 09/13/2010) |
| 09/13/2010 | 875 | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., Defendants Mayer Brown LLP (successor–in–interest to Mayer, Brown, Rowe &Maw LLP) and Joseph P. Collins, and Mayer Brown International LLP (which is alleged to be a defendant as a successor–in–interest to Mayer, Brown, Rowe &Maw LLP) hereby stipulate and agree that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto, and as further set forth. (Signed by Judge Jed S. Rakoff on 9/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(rjm) (Entered: 09/14/2010) |
| 09/15/2010 | 876 | ORDER: The Clerk is directed to remove Exhibit D to the April Declaration and Exhibit F to the September Declaration from the docket and the Bank Defendants shall re–file such exhibits with a redacted version of the Check Register that omits the individuals' social security numbers. (Signed by Special Master Ronald J. Hedges on 9/9/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(jpo) (Entered: 09/15/2010) |
| 09/15/2010 | 877 | STIPULATION AND ORDER: It is hereby sitpulated and agreed by and between the parties that Plaintiffs' time to file and serve an opposition to Defendants' motion to dismiss shall be extended until September 22, 2010; and Defendants' time to file and serve a reply to Plaintiffs' opposition shall be extended until October 29, 2010. (Signed by Special Master Ronald J. Hedges on 9/15/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(jpo) Modified on 9/15/2010 (jpo). (Main Document 877 replaced on 9/16/2010) (jpo). (Entered: 09/15/2010) |
| 09/15/2010 | 878 | STIPULATION AND SPECIAL MASTER ORDER: It is hereby stipulated and agreed that DB Defendants withdraw any confidentiality designation for the information and quotations contained within the Complaint, without prejudice to the continued confidentiality of the full text of documents referenced by the Complaint and designated confidential in the Refco MDL (unless those documents |

| | | |
|---|---|---|
| | | are covered by #4 below), as set forth in this Stipulation; Plaintiffs shall refile the Complaint, not under seal, in the Krys v. Deutsche Bank Action and the Refco MDL. (Signed by Special Master Ronald J. Hedges on 8/31/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(jpo) Modified on 9/15/2010 (jpo). (Entered: 09/15/2010) |
| 09/15/2010 | 879 | SPECIAL MASTER ORDER DIRECTING PAYMENT: The Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Special Master Ronald J. Hedges on 9/15/2010) (jpo) Modified on 9/15/2010 (jpo). (Entered: 09/15/2010) |
| 09/17/2010 | 880 | NOTICE of of Filing of Redacted Exhibit. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: #1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 09/17/2010) |
| 09/17/2010 | 881 | RESPONSE re: (168 in 1:09–cv–02866–JSR) Objection (non–motion) *to Report and Recommendations – Special Master*. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 09/17/2010) |
| 09/17/2010 | 882 | DECLARATION of Philip D. Anker in Support re: (84 in 1:09–cv–02885–JSR, 881 in 1:07–md–01902–JSR, 83 in 1:09–cv–02920–JSR, 174 in 1:09–cv–02866–JSR, 84 in 1:09–cv–02922–JSR) Response,. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Anker, Philip) (Entered: 09/17/2010) |
| 09/17/2010 | 883 | CERTIFICATE OF SERVICE. Document filed by Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation, ML IBK Positions, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR, 1:09–cv–02885–JSR, 1:09–cv–02920–JSR, 1:09–cv–02922–JSR(Firsenbaum, Ross) (Entered: 09/17/2010) |
| 09/17/2010 | 884 | RESPONSE re: (168 in 1:09–cv–02866–JSR) Objection (non–motion) *RESPONSE OF AMICI CURIAE MARK KAVANAGH AND BRIAN OWENS TO THE MILLER PLAINTIFF'S OBJECTION TO THE SPECIAL MASTERS REPORT AND RECOMMENDATION AS TO BANK DEFENDANTS MOTIONS TO DISMISS THE AMENDED COMPLAINT*. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:09–cv–02866–JSR(Karlan, Mitchell) (Entered: 09/17/2010) |
| 09/17/2010 | 885 | DECLARATION of Mitchell A. Karlan re: (168 in 1:09–cv–02866–JSR) Objection (non–motion) *DECLARATION OF MITCHELL A. KARLAN IN SUPPORT OF MARK KAVANAGH AND BRIAN OWENS' RESPONSE TO THE MILLER PLAINTIFF'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION AS TO BANK DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: #1 Exhibit 1, #2 Exhibit 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:09–cv–02866–JSR(Karlan, Mitchell) (Entered: 09/17/2010) |
| 09/20/2010 | 886 | BAR ORDER: It is hereby ordered that all claims for contribution by or against the defendants in this action arising out of this Action are barred, enjoined and finally discharged as provided by 15 U.S.C. 78u–4(f)(7)(A). Nothing herein precludes defendants' ability to argue or seek any bar on contribution claims as may be provided by applicable federal or state statutes or common law. So Ordered (Signed by Judge Jed S. Rakoff on 9/18/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–06767–JSR(js) (Entered: 09/20/2010) |

| 09/20/2010 | 887 | CASE MANAGEMENT ORDER #31: Pursuant to Case Management Order #30, the time for objections to the bills of the Special Masters for services rendered in August 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. So Ordered (Signed by Judge Jed S. Rakoff on 9/17/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 09/20/2010) |
|---|---|---|
| 09/20/2010 | 888 | MEMORANDUM OF LAW in Support re: (845 in 1:07–md–01902–JSR) MOTION to Dismiss *Plaintiffs' Complaint.*, (28 in 1:10–cv–03594–JSR) MOTION to Dismiss *Plaintiffs' Complaint.*. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 09/20/2010) |
| 09/20/2010 | 889 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES: The trial date for Thomas H. Lee Equity Fund V, L.P. v. Grant Thornton LLP (07– cv–8663 (JSR)) has been set for March 14, 2011. The re–opened fact deposition of THL witness Max Strasburg is now scheduled for October 15, 2010 in Detroit, Michigan. The Suffolk Trustee is to advise defendants Kavanagh and Owens of the costs of reproduction of the following documents within 10 days of entry of this Order, as set forth in this Order. With respect to any ongoing discovery or current discovery in which there is a dispute or potential dispute about which the parties informed Special Master Hedges as of September 15, 2010, the parties are directed to resolve the dispute no later than October 29, 2010, or otherwise present the dispute on October 29, 2010, to Special Master Hedges in the form of a joint submission. (Signed by Ronald Hedges, Special Master, on 9/20/2010) (jpo) Modified on 10/15/2010 (jpo). (Entered: 09/20/2010) |
| 09/21/2010 | 890 | DECLARATION of RUTH E. HARLOW in Support re: (845 in 1:07–md–01902–JSR) MOTION to Dismiss *Plaintiffs' Complaint.*, (28 in 1:10–cv–03594–JSR) MOTION to Dismiss *Plaintiffs' Complaint.*. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E (Part 1), #_6 Exhibit E (Part 2), #_7 Exhibit E (Part 3), #_8 Exhibit E (Part 4), #_9 Exhibit E (Part 5), #_10 Exhibit E (Part 6), #_11 Exhibit F, # 12 Exhibit G, #_13 Exhibit H, #_14 Exhibit I (Part 1), #_15 Exhibit I (Part 2), #_16 Exhibit I (Part 3), #_17 Exhibit J, #_18 Exhibit K, #_19 Exhibit L, #_20 Exhibit M, # 21 Exhibit N, #_22 Exhibit O, #_23 Exhibit P, #_24 Exhibit Q, #_25 Exhibit R, #_26 Exhibit S)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 09/21/2010) |
| 09/22/2010 | 891 | MEMORANDUM OF LAW in Opposition re: (845 in 1:07–md–01902–JSR) MOTION to Dismiss *Plaintiffs' Complaint.*, (28 in 1:10–cv–03594–JSR) MOTION to Dismiss *Plaintiffs' Complaint.* /Plaintiffs' Memorandum in Opposition to Motion to Dismiss by Deutsche Bank Defendants*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 09/22/2010) |

| 09/24/2010 | 892 | ORDER that defendant Robert Suan be made a party to the Court's 1/21/10 Order, such that the Court's 1/12/10 Order adopting Special Master Capra's Report and Recommendation, dated 11/13/09, shall apply to Mr. Suan. That defendant Suan be made a party to the Stipulation and Order, entered by Special Master Capra on 4/15/10, that preserves Defendant's right to seek dismissal of the Trustee's claims on alternative or procedural grounds. Defendant may file, within one week of the entry of this Order, as Motion to Dismiss joining in the Motion to Dismiss the Amended Complaint of Credit Suisse First Boston et al, and as further set forth in this document. (Signed by Special Master Daniel Capra on 9/22/10) Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR, 1:09−cv−02931−JSR(cd) (Entered: 09/24/2010) |
|---|---|---|
| 09/24/2010 | 893 | MOTION to Dismiss *Amended Complaint*. Document filed by Robert Suan.Filed In Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Markowitz, Alon) (Entered: 09/24/2010) |
| 09/24/2010 | 894 | JOINDER to join re: (155 in 1:09−cv−02866−JSR, 858 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion). Document filed by Robert Suan.Associated Cases: 1:07−md−01902−JSR, 1:09−cv−02866−JSR(Markowitz, Alon) (Entered: 09/24/2010) |
| 09/28/2010 | 895 | MEMORANDUM ORDER. For the foregoing reasons, the Court previously overruled plaintiffs' objection to the May 3 Report, and, if the case had not settled, would have now overruled defendant Collins's objection to the May 6 Report, adopted both Reports in their entirely, granted Mayer Brown's motion to dismiss the RICO claim with prejudice, and denied defendant Collins's motion to dismiss the RICO claim. Thus, the Clerk of the Court, if she has not already done so, is directed to close document numbers 101 and 103 on the docket of this case, and, in light of the settlement, to close the entire case numbered 07 Civ. 6767.SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/27/10) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−06767−JSR(djc) (Entered: 09/28/2010) |
| 10/04/2010 | 896 | TRANSCRIPT of proceedings held on 9/15/2010 before Special Master Ronald J. Hedges. (jn) (Entered: 10/05/2010) |
| 10/14/2010 | 897 | SPECIAL MASTER ORDER DIRECTING PAYMENT: NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Bill baker Leake Invoice in full. (Signed by Special Master Ronald Hedges on 10/13/2010) (jfe) (Entered: 10/14/2010) |
| 10/15/2010 | 898 | CASE MANAGEMENT ORDER #32: The Court has received the bills from the Special Masters for the month of September, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on October 12, 2010. If no objections are received, the case Accountant will be authorized to pay the bills out of the established account. So Ordered (Signed by Judge Jed S. Rakoff on 10/14/2010) Filed In Associated Cases: 1:07−md−01902−JSR et al.(js) (Entered: 10/18/2010) |
| 10/19/2010 | 899 | SPECIAL MASTER ORDER RELATED TO THE DPM DEFENDANTS' SUBPOENA TO STANDARD &POOR'S, that oral argument, originally scheduled to take place on October 18, 2010, has been adjourned. ORDERED that counsel for the DPM Defendants and SPshall participate in a conference call with Special Master Hedges on 11/15, 2010 at 4pm. That a date for oral argument shall be set by Special Master Hedges, if necessary. (Signed by Hon. Ronald Hedges, Special Master on 10/18/10) (pl) Modified on 10/19/2010 (pl). Modified on 10/20/2010 (pl). (Entered: 10/19/2010) |
| 10/22/2010 | 900 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON MOTIONS TO DISMISS ON MOTIONS TO DISMISS BROUGHT BY DEFENDANTS OWENS AND KAVANAGH, the Special Master makes the listed recommendations with respect to Counts 1 through 6, see document. re: (244 in 1:08−cv−03086−JSR, 240 in 1:07−md−01902−JSR, 197 in 1:08−cv−03065−JSR) MOTION to Dismiss, filed by Brian Owens, Mark Kavanagh. Objections to RRdue by 11/8/2010 (Signed by Special Master Daniel J. Capra on 10/21/10) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(cd) (Entered: 10/22/2010) |

| 10/27/2010 | 901 | NOTICE of Substitution of Attorney. Old Attorney: McCarter &English, LLP (NJ), New Attorney: B. John Pendleton, Jr., Address: DLA PIPER LLP (US), 300 Campus Drive, Suite 100, Florham Park, NJ, 07932, (973) 520–2561. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 10/27/2010) |
|---|---|---|
| 10/28/2010 | 902 | ORDER FOR ADMISSION PRO HAVE VICE ON WRITTEN NOTICE, granting motion for Albert A. Ciardi, III to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/27/2010) (lnl) (Entered: 10/28/2010) |
| 10/29/2010 | 903 | REPLY MEMORANDUM OF LAW in Support re: (845 in 1:07–md–01902–JSR) MOTION to Dismiss *Plaintiffs' Complaint*., (28 in 1:10–cv–03594–JSR) MOTION to Dismiss *Plaintiffs' Complaint*.. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 10/29/2010) |
| 10/29/2010 | 904 | CERTIFICATE OF SERVICE on 10/29/10. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 10/29/2010) |
| 11/02/2010 | 905 | CASE MANAGEMENT ORDER #33: Pursuant to Case Management Order #32, the time for objections to the bills of the Special Masters for services rendered in September 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 11/1/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 11/02/2010) |
| 11/05/2010 | | CASHIERS OFFICE REMARK on 902 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 10/25/2010, Receipt Number 918849. (jd) (Entered: 11/05/2010) |
| 11/05/2010 | 906 | NOTICE of Transmittal of Letter Brief Regarding In Pari Delicto to Special Master Capra. Document filed by Mayer Brown LLP. (Attachments: # 1 Letter to Special Master Capra)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Ward, Thomas) (Entered: 11/05/2010) |
| 11/05/2010 | 907 | NOTICE of of Transmittal of Letter Brief Regarding In Pari Delicto to Special Master Capra. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 11/05/2010) |
| 11/08/2010 | 908 | NOTICE of NOTICE OF SUBMISSION OF THE KRYS PLAINTIFFS SUPPLEMENTAL LETTER BRIEF TO SPECIAL MASTER CAPRA ON THE WAGONER RULE AND THE DOCTRINE OF IN PARI DELICTO. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as |

| | | |
|---|---|---|
| | | joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Molton, David) (Entered: 11/08/2010) |
| 11/08/2010 | 909 | CASE MANAGEMENT PLAN #34: The Court has received the bills from the Special Masters for the month of October, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on November 12, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 11/5/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 11/09/2010) |
| 11/09/2010 | 910 | MOTION for Stephanie Cohen to Withdraw as Attorney. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd..Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 11/09/2010) |
| 11/09/2010 | 911 | DECLARATION of Stephanie Cohen in Support re: (910 in 1:07–md–01902–JSR, 170 in 1:08–cv–07416–JSR) MOTION for Stephanie Cohen to Withdraw as Attorney.. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 11/09/2010) |
| 11/10/2010 | 915 | ORDER: It is hereby ordered that the Motions are hereby removed from the calendar and the Clerk of the Court is directed to close the pending Motions without prejudice. So Ordered (Signed by Daniel J. Capra on 11/10/2010) (js) (Entered: 11/12/2010) |
| 11/11/2010 | 912 | NOTICE OF CHANGE OF ADDRESS by Elliott Zvi Stein on behalf of Robert Aaron. New Address: Lowenstein Sandler, 1251 Avenue of the Americas, New York, New York, USA 10020, 212–262–6700. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Stein, Elliott) (Entered: 11/11/2010) |
| 11/11/2010 | 913 | NOTICE OF CHANGE OF ADDRESS by Donald Albert Corbett on behalf of Robert Aaron. New Address: Lowenstein Sandler, 1251 Avenue of the Americas, New York, New York, USA 10020, 212–262–6700. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Corbett, Donald) (Entered: 11/11/2010) |
| 11/11/2010 | 914 | NOTICE OF CHANGE OF ADDRESS by Ira Lee Sorkin on behalf of Robert Aaron. New Address: Lowenstein Sandler, 1251 Avenue of the Americas, New York, New York, USA 10020, 212–262–6700. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Sorkin, Ira) (Entered: 11/11/2010) |
| 11/12/2010 | 916 | MOTION for Summary Judgment. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) (Entered: 11/12/2010) |
| 11/12/2010 | 917 | MEMORANDUM OF LAW in Support re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) (Entered: 11/12/2010) |

| 11/12/2010 | 918 | RULE 56.1 STATEMENT. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) (Entered: 11/12/2010) |
|---|---|---|
| 11/12/2010 | 919 | DECLARATION of Bruce R. Braun in Support re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C1, #4 Exhibit C2, #5 Exhibit D, #6 Exhibit E, #7 Exhibit F, #8 Exhibit G, #9 Exhibit H)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Braun, Bruce) (Entered: 11/12/2010) |
| 11/12/2010 | 920 | DECLARATION of Linda T. Coberly in Support re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Coberly, Linda) (Entered: 11/12/2010) |
| 11/12/2010 | 921 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 186) – DECLARATION of Catherine W. Joyce in Support re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I1, #10 Exhibit I2, #11 Exhibit J, #12 Exhibit K)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Joyce, Catherine) Modified on 1/31/2011 (lb). (Entered: 11/12/2010) |
| 11/12/2010 | 922 | DECLARATION of Calvin K. Koo in Support re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A1, #2 Exhibit A2, #3 Exhibit A3, #4 Exhibit A4, #5 Exhibit A5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Koo, Calvin) (Entered: 11/12/2010) |
| 11/12/2010 | 923 | DECLARATION of Derek J. Sarafa in Support re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Exhibit K, #12 Exhibit L, #13 Exhibit M, #14 Exhibit N, #15 Exhibit O, #16 Exhibit P, #17 Exhibit Q, #18 Exhibit R, #19 Exhibit S, #20 Exhibit T, #21 Exhibit U, #22 Exhibit V, #23 Exhibit W, #24 Exhibit X, #25 Exhibit Y, #26 Exhibit Z)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Koo, Calvin) (Entered: 11/12/2010) |
| 11/12/2010 | 924 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 187) – DECLARATION of George T. Soterakis in Support re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Exhibit K, #12 Exhibit L, #13 Exhibit M, #14 Exhibit N, #15 Exhibit O, #16 Exhibit P, #17 Exhibit Q, #18 Exhibit R, #19 Exhibit S, #20 Exhibit T, #21 Exhibit U, #22 Exhibit V, #23 Exhibit W, #24 Exhibit X, #25 Exhibit Y, #26 Exhibit Z, #27 Exhibit AA, #28 Exhibit BB, #29 Exhibit CC, #30 Exhibit DD, #31 Exhibit EE, #32 Exhibit FF, #33 Exhibit GG, #34 Exhibit HH, #35 Exhibit II, #36 Exhibit JJ, #37 Exhibit KK, #38 Exhibit LL, #39 Exhibit MM, #40 Exhibit NN, #41 Exhibit OO, #42 Exhibit PP, #43 Exhibit QQ, #44 Exhibit RR, #45 Exhibit SS, #46 Exhibit TT, #47 Exhibit UU, #48 Exhibit VV, #49 Exhibit WW, #50 Exhibit XX, #51 Exhibit YY, #52 Exhibit ZZ, #53 Exhibit AAA, #54 Exhibit BBB, #55 Exhibit CCC, #56 Exhibit DDD)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) Modified on 1/31/2011 (lb). (Entered: 11/12/2010) |
| 11/12/2010 | 925 | DECLARATION of Shanta Tewarie in Support re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A1, #2 Exhibit A2, #3 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tewarie, Shanta) (Entered: 11/12/2010) |

| 11/12/2010 | 926 | MOTION for Summary Judgment. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Responses due by 12/17/2010Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
|---|---|---|
| 11/12/2010 | 927 | MOTION to Preclude *Proposed Expert Testimony of Harris Devor*. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) (Entered: 11/12/2010) |
| 11/12/2010 | 928 | MEMORANDUM OF LAW in Support re: (100 in 1:07–cv–08663–JSR, 927 in 1:07–md–01902–JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Coberly, Linda) (Entered: 11/12/2010) |
| 11/12/2010 | 929 | MEMORANDUM OF LAW in Support re: (926 in 1:07–md–01902–JSR, 99 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 930 | DECLARATION of Shanta Tewarie in Support re: (927 in 1:07–md–01902–JSR, 100 in 1:07–cv–08663–JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tewarie, Shanta) (Entered: 11/12/2010) |
| 11/12/2010 | 931 | RULE 56.1 STATEMENT. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 932 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24 Part 1, # 25 Exhibit 24 Part 2, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 933 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42 Part 1, # 3 Exhibit 42 Part 2, # 4 Exhibit 42 Part 3, # 5 Exhibit 42 Part 4, # 6 Exhibit 43, # 7 Exhibit 44, # 8 Exhibit 45 Part 1, # 9 Exhibit 45 Part 2, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 52, # 17 Exhibit 53, # 18 Exhibit 54, # 19 Exhibit 55, # 20 Exhibit 56, # 21 Exhibit 57)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 934 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Exhibit 58 Part 1, # 2 Exhibit Exhibit 58 Part 2, # 3 Exhibit Exhibit 58 Part 3, # 4 Exhibit Exhibit 58 Part 4, # 5 Exhibit Exhibit 58 Part 5, # 6 Exhibit Exhibit 58 Part 6, # 7 Exhibit Exhibit 58 Part 7, # 8 Exhibit Exhibit |

| | | |
|---|---|---|
| | | 58 Part 8, #_9 Exhibit Exhibit 58 Part 9)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 935 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 59, #_2 Exhibit 60, #_3 Exhibit 61, #_4 Exhibit 62, #_5 Exhibit 63, #_6 Exhibit 64, #_7 Exhibit 65, #_8 Exhibit 66, #_9 Exhibit 67, #_10 Exhibit 68, #_11 Exhibit 69, #_12 Exhibit 70, #_13 Exhibit 71, #_14 Exhibit 72, #_15 Exhibit 73, #_16 Exhibit 74, #_17 Exhibit 75, #_18 Exhibit 76, #_19 Exhibit 77, #_20 Exhibit 78, #_21 Exhibit 79, #_22 Exhibit 80, #_23 Exhibit 81, #_24 Exhibit 82, #_25 Exhibit 83, #_26 Exhibit 84, #_27 Exhibit 85)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 936 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 86 Part 1, #_2 Exhibit 86 Part 2, #_3 Exhibit 86 Part 3, #_4 Exhibit 86 Part 4, #_5 Exhibit 86 Part 5, #_6 Exhibit 86 Part 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 937 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 86 Part 7, #_2 Exhibit 86 Part 8, #_3 Exhibit 86 Part 9, #_4 Exhibit 86 Part 10, #_5 Exhibit 86 Part 11, #_6 Exhibit 87, #_7 Exhibit 88 Part 1, #_8 Exhibit 88 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 938 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 89 Part 1, #_2 Exhibit 89 Part 2, #_3 Exhibit 89 Part 3, #_4 Exhibit 89 Part 4, #_5 Exhibit 89 Part 5, #_6 Exhibit 89 Part 6, #_7 Exhibit 90, #_8 Exhibit 91, #_9 Exhibit 92, #_10 Exhibit 93, #_11 Exhibit 94, #_12 Exhibit 95, #_13 Exhibit 96, #_14 Exhibit 97, #_15 Exhibit 98, #_16 Exhibit 99, #_17 Exhibit 100, #_18 Exhibit 101)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 939 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 102, #_2 Exhibit 103, #_3 Exhibit 104, #_4 Exhibit 105, #_5 Exhibit 106, #_6 Exhibit 107, #_7 Exhibit 108 Part 1, #_8 Exhibit 108 Part 2, #_9 Exhibit 109, #_10 Exhibit 110, #_11 Exhibit 111, #_12 Exhibit 112, #_13 Exhibit 113, #_14 Exhibit 114, #_15 Exhibit 115, #_16 Exhibit 116, #_17 Exhibit 117, #_18 Exhibit 118)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
| 11/12/2010 | 940 | DECLARATION of Andrew M. Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 119 Part 1, #_2 Exhibit 119 Part 2, #_3 Exhibit 119 Part 3, #_4 Exhibit 120, #_5 Exhibit 121, #_6 Exhibit 122, #_7 Exhibit 123, #_8 Exhibit 124, #_9 Exhibit 125, #_10 Exhibit 126, #_11 Exhibit 127, #_12 Exhibit 128, #_13 Exhibit 129, #_14 Exhibit 130 Part 1, #_15 Exhibit 130 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |

| 11/12/2010 | 941 | CERTIFICATE OF SERVICE served on Grant Thornton LLP on 11/12/2010. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 11/12/2010) |
|---|---|---|
| 11/12/2010 | 942 | SEALED DOCUMENT placed in vault.(cb) (Entered: 11/15/2010) |
| 11/12/2010 | | ***DELETED DOCUMENT. Deleted document number 943 REMARK. The document was incorrectly filed in this case. (djc) (Entered: 11/16/2010) |
| 11/17/2010 | 943 | SPECIAL MASTER ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL: Upon the motion of counsel B. John Pendleton, Jr. of DLA Piper US LLP, IT IS HEREBY ORDERED that Stephanie Cohen is no longer counsel of record for defendants Guy Castranova, Derivative Portfolio Management LLC, DPM–Mellon, LLC, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., and The Bank of New York Mellon Corporation in this action. The Clerk of Court is respectfully requested to amend the Courts records accordingly. Attorney Stephanie J. Cohen terminated. (Signed by Ronald Hedges, Special Master on 11/17/2010) (Docketed in 08 Civ. 7416 (JSR)) (Signed by Ronald Hedges, Special Master on 11/17/2010) (lnl) (Entered: 11/17/2010) |
| 11/17/2010 | 944 | DECLARATION of David E. Vignola. Document filed by Standard &Poor Financial Services LLC. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Keithley, Todd) (Entered: 11/17/2010) |
| 11/19/2010 | 945 | CASE MANAGEMENT ORDER #35: Pursuant to Case Management Order #34, the time for objections to the bills of the Special Masters for services rendered in October 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 11/19/2010) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jpo) (Entered: 11/19/2010) |
| 11/22/2010 | 946 | SPECIAL MASTER ORDER REGARDING THE DPM DEFENDANTS' MOTION TO COMPEL PRODUCTION OF SPDOCUMENTS, that SPsubmit a declaration from their compliance officer regarding the nature of the SPfirewall; and the Special Master shall not entertain any further argument than and some compelling argument; IT IS FURTHER ORDERED that the DPM Defendants' request for supplementation of Ss categorical privilege log is denied without prejudice and may be renewed (i) after depositions are completed or (ii) if the DPM Defendants decide not to take a deposition of any SPrepresentative. (Signed by Hon. Ronald Hedges SPECIAL MASTER on 11/22/10) (pl) Modified on 11/22/2010 (pl). (Entered: 11/22/2010) |
| 11/23/2010 | 947 | ORDER, that upon the request of the Special Master, and with the consent of all parties, the trial of this case is hereby rescheduled to March 28, 2011 at 9:00 a.m. (Signed by Judge Jed S. Rakoff on 11/29/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–07074–JSR(pl) (Entered: 11/23/2010) |
| 12/03/2010 | 948 | CASE MANAGEMENT PLAN #36 the Court has received the bills from the Special Masters for the month of November, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objections to the Court in writing no later than one week from today, or 12/8/10. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 12/1/10) Filed In Associated Cases: 1:07–md–01902–JSR et al.(cd) (Entered: 12/03/2010) |
| 12/03/2010 | 949 | SPECIAL MASTER NOTICE: PLEASE TAKE NOTICE that the status conference scheduled to take place before Judge Rakoff in the above–captioned multidistrict litigation on December 8, 2010 is canceled. SO ORDERED. (Signed by Hon. Ronald Hedges, Special Master) (laq) (Entered: 12/03/2010) |
| 12/06/2010 | 950 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF IN PART DELICTO AND WAGONER: The Special Master recommends that the following claims set forth within be dismissed with prejudice on in pari delicto/Wagoner grounds. Objections to RRdue by 12/23/2010 (Signed by judge on 12/6/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(jfe) (Entered: 12/06/2010) |

| 12/08/2010 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 12/8/2010. (ab) (Entered: 12/13/2010) |
|---|---|---|
| 12/13/2010 | 951 | CASE MANAGEMENT ORDER #37: Accordingly, while the Court will still render, by January 14, 2011, final decision in the pending "Kirschner" and "Miller" appeals from Reports and Recommendations until the Court has determined that it would be prudent to defer ruling on the prior "Krys" appeals from Reports and Recommendations until the Court has heard and determined the appeals from the December 6 Report and Recommendation. To that end, the Court hereby sets the following briefing schedule for appeals from the December 6 Report and Recommendation: (1) Objections to the Report and Recommendation must be filed by December 23, 2010; (2) Responses to the objections must be filed by January 11, 2011; (3) Oral argument on the objections will be held on January 18, 2011 at 3:00 p.m. The Court will issue a decision shortly thereafter. So Ordered (Signed by Judge Jed S. Rakoff on 12/10/2010) Filed In Associated Cases: 1:07‑md‑01902‑JSR et al.(js) (Entered: 12/14/2010) |
| 12/13/2010 | 952 | ORDER: Accordingly, the Court affirms and adopts in all respects the conclusions set forth in the Report and Recommendation of June 3, 2010. So Ordered (Signed by Judge Jed S. Rakoff on 12/13/2010) Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:07‑cv‑08165‑JSR(js) (Entered: 12/14/2010) |
| 12/13/2010 | 953 | ORDER: Accordingly, the Court affirms and adopts in all respects the conclusions set forth in the Report and Recommendation of June 3, 2010. So Ordered (Signed by Judge Jed S. Rakoff on 12/13/2010) Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:07‑cv‑08165‑JSR(js) (Entered: 12/14/2010) |
| 12/14/2010 | 954 | CASE MANAGEMENT ORDER #38: Pursuant to Case management Order #36, the time for objections to the bills of the Special Masters for services rendered in November 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. So Ordered (Signed by Judge Jed S. Rakoff on 12/13/2010) Filed In Associated Cases: 1:07‑md‑01902‑JSR et al.(js) (Entered: 12/14/2010) |
| 12/14/2010 | 955 | ORDER: The Court therefore adopts in full the recommendation of the Special Master and orders that the Amended Complaint be dismissed in its entirety. ENDORSEMENT: Clerk to enter judgment. So Ordered (Signed by Judge Jed S. Rakoff on 12/13/2010) Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:09‑cv‑02866‑JSR(js) (Entered: 12/14/2010) |
| 12/14/2010 | | Transmission to Judgments and Orders Clerk. Transmitted re: (197 in 1:09‑cv‑02866‑JSR) Order Adopting Report and Recommendations,, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:09‑cv‑02866‑JSR(js) (Entered: 12/14/2010) |
| 12/14/2010 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 12/14/2010. (mro) (Entered: 12/15/2010) |
| 12/15/2010 | 956 | CASE MANAGEMENT ORDER #39: In light of the fact that the Court's determination of the various "Krys" matters may have a substantial effect on the "Owens" and "Kavanagh" actions, the Court granted the extension. Accordingly, defendants' objections to the October 21, 2010 Report and Recommendation must be filed within 20 days after the Court's resolution on the final "Krys" appeal of the Special Master's Reports and Recommendations. (Signed by Judge Jed S. Rakoff on 12/14/2010) (jpo) (Entered: 12/15/2010) |
| 12/15/2010 | 957 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated December 13, 2010, the Court adopts in full the recommendation of the Special Master and the Amended Complaint is dismissed in its entirety. (Signed by Clerk of Court Ruby Krajick on 12/15/10) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:09‑cv‑02866‑JSR(dt) (Entered: 12/15/2010) |
| 12/17/2010 | 958 | MEMORANDUM OF LAW in Opposition re: (926 in 1:07‑md‑01902‑JSR, 99 in 1:07‑cv‑08663‑JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07‑md‑01902‑JSR, 1:07‑cv‑08663‑JSR(Koo, Calvin) (Entered: 12/17/2010) |

| | | |
|---|---|---|
| 12/17/2010 | 959 | COUNTER STATEMENT TO (931 in 1:07–md–01902–JSR, 104 in 1:07–cv–08663–JSR) Rule 56.1 Statement. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Koo, Calvin) (Entered: 12/17/2010) |
| 12/17/2010 | 960 | DECLARATION of Calvin K. Koo in Opposition re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit XX, # 51 Exhibit YY, # 52 Exhibit ZZ)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Koo, Calvin) (Entered: 12/17/2010) |
| 12/17/2010 | 961 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 188) – DECLARATION of Derek J. Sarafa in Opposition re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Koo, Calvin) Modified on 1/31/2011 (lb). (Entered: 12/17/2010) |
| 12/17/2010 | 962 | DECLARATION of Catherine W. Joyce in Opposition re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Joyce, Catherine) (Entered: 12/17/2010) |
| 12/17/2010 | 963 | DECLARATION of George T. Soterakis in Opposition re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Soterakis, George) (Entered: 12/17/2010) |
| 12/17/2010 | 964 | FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT # 189) – DECLARATION of Shanta Tewarie in Opposition re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 |

| | | |
|---|---|---|
| | | Exhibit R, #_19 Exhibit S, #_20 Exhibit T)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tewarie, Shanta) Modified on 1/31/2011 (lb). (Entered: 12/17/2010) |
| 12/17/2010 | 965 | RESPONSE in Opposition re: (100 in 1:07–cv–08663–JSR, 927 in 1:07–md–01902–JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 966 | DECLARATION of Andrew M. Hetherington in Opposition re: (927 in 1:07–md–01902–JSR, 100 in 1:07–cv–08663–JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 967 | CERTIFICATE OF SERVICE served on Grant Thornton LLP on 12/17/2010. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 968 | MEMORANDUM OF LAW in Opposition re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 969 | COUNTER STATEMENT TO (91 in 1:07–cv–08663–JSR, 918 in 1:07–md–01902–JSR) Rule 56.1 Statement. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 970 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3 Part 1, #_4 Exhibit 3 Part 2, #_5 Exhibit 3 Part 3, #_6 Exhibit 3 Part 4, #_7 Exhibit 3 Part 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 971 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 4 Part 1, #_2 Exhibit 4 Part 2, #_3 Exhibit 4 Part 3, #_4 Exhibit 4 Part 4, #_5 Exhibit 4 Part 5, #_6 Exhibit 4 Part 6, #_7 Exhibit 4 Part 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 972 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 5, #_2 Exhibit 6, #_3 Exhibit 7, #_4 Exhibit 8, #_5 Exhibit 9, #_6 Exhibit 10, #_7 Exhibit 11, #_8 Exhibit 12, #_9 Exhibit 13, #_10 Exhibit 14, #_11 Exhibit 15, #_12 Exhibit 16, #_13 Exhibit 17, #_14 Exhibit 18, #_15 Exhibit 19, #_16 Exhibit 20, #_17 Exhibit 21, #_18 Exhibit 22, #_19 Exhibit 23, #_20 Exhibit 24 Part 1, #_21 Exhibit 24 Part 2, #_22 Exhibit 25, #_23 Exhibit 26, #_24 Exhibit 27, #_25 Exhibit 28, #_26 Exhibit 29, #_27 Exhibit 30, #_28 Exhibit 31, #_29 Exhibit 32, #_30 Exhibit 33)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/17/2010) |

| 12/17/2010 | 973 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 34 Part 1, # 2 Exhibit 34 Part 2, # 3 Exhibit 34 Part 3, # 4 Exhibit 34 Part 4, # 5 Exhibit 34 Part 5, # 6 Exhibit 35 Part 1, # 7 Exhibit 35 Part 2)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/17/2010) |
|---|---|---|
| 12/17/2010 | 974 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 36, # 2 Exhibit 37 Part 1, # 3 Exhibit 37 Part 2, # 4 Exhibit 37 Part 3, # 5 Exhibit 37 Part 4, # 6 Exhibit 37 Part 5, # 7 Exhibit 37 Part 6, # 8 Exhibit 37 Part 7)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 975 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 37 Part 8, # 2 Exhibit 37 Part 9, # 3 Exhibit 37 Part 10, # 4 Exhibit 38, # 5 Exhibit 39, # 6 Exhibit 40 Part 1, # 7 Exhibit 40 Part 2, # 8 Exhibit 40 Part 3, # 9 Exhibit 40 Part 4, # 10 Exhibit 40 Part 5, # 11 Exhibit 40 Part 6)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 976 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42 Part 1, # 3 Exhibit 42 Part 2, # 4 Exhibit 42 Part 3, # 5 Exhibit 42 Part 4, # 6 Exhibit 43, # 7 Exhibit 44 Part 1, # 8 Exhibit 44 Part 2, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 52, # 17 Exhibit 53, # 18 Exhibit 54, # 19 Exhibit 55, # 20 Exhibit 56, # 21 Exhibit 57)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/17/2010 | 977 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 58 Part 1, # 2 Exhibit 58 Part 2, # 3 Exhibit 58 Part 3, # 4 Exhibit 58 Part 4, # 5 Exhibit 58 Part 5, # 6 Exhibit 58 Part 6)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/17/2010) |
| 12/18/2010 | 978 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 58 Part 7, # 2 Exhibit 58 Part 8, # 3 Exhibit 58 Part 9, # 4 Exhibit 59, # 5 Exhibit 60, # 6 Exhibit 61, # 7 Exhibit 62, # 8 Exhibit 63, # 9 Exhibit 64, # 10 Exhibit 65, # 11 Exhibit 66, # 12 Exhibit 67, # 13 Exhibit 68, # 14 Exhibit 69, # 15 Exhibit 70, # 16 Exhibit 71, # 17 Exhibit 72, # 18 Exhibit 73)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 979 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 74 Part 1, # 2 Exhibit 74 Part 2, # 3 Exhibit 74 Part 3, # 4 Exhibit 74 Part 4, # 5 Exhibit 74 Part 5, # 6 Exhibit 74 Part 6)Filed In Associated |

| | | |
|---|---|---|
| | | Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 980 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 75 Part 1, #_2 Exhibit 75 Part 2, #_3 Exhibit 75 Part 3, #_4 Exhibit 75 Part 4, #_5 Exhibit 75 Part 5, #_6 Exhibit 75 Part 6, #_7 Exhibit 75 Part 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 981 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 76 Part 1, #_2 Exhibit 76 Part 2, #_3 Exhibit 76 Part 3a, #_4 Exhibit 76 Part 3b, #_5 Exhibit 76 Part 4a, #_6 Exhibit 76 Part 4b, #_7 Exhibit 76 Part 5, #_8 Exhibit 76 Part 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 982 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 76 Part 7, #_2 Exhibit 76 Part 8, #_3 Exhibit 77 Part 1, #_4 Exhibit 77 Part 2, #_5 Exhibit 77 Part 3, #_6 Exhibit 77 Part 4, #_7 Exhibit 77 Part 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 983 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 77 Part 6, #_2 Exhibit 77 Part 7, #_3 Exhibit 77 Part 8, #_4 Exhibit 77 Part 9, #_5 Exhibit 78, #_6 Exhibit 79, #_7 Exhibit 80, #_8 Exhibit 81 Part 1, #_9 Exhibit 81 Part 2, #_10 Exhibit 81 Part 3, #_11 Exhibit 81 Part 4, #_12 Exhibit 81 Part 5, #_13 Exhibit 81 Part 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 984 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 82, #_2 Exhibit 83, #_3 Exhibit 84, #_4 Exhibit 85, #_5 Exhibit 86 Part 1, #_6 Exhibit 86 Part 2, #_7 Exhibit 86 Part 3, #_8 Exhibit 86 Part 4, #_9 Exhibit 86 Part 5, #_10 Exhibit 87)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 985 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 86 Part 6, #_2 Exhibit 86 Part 7, #_3 Exhibit 86 Part 8, #_4 Exhibit 86 Part 9, #_5 Exhibit 86 Part 10, #_6 Exhibit 86 Part 11)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 986 | DECLARATION of Emily T.P. Rosen in Opposition re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 88 Part 1, #_2 Exhibit 88 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |

| 12/18/2010 | <u>987</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 89 Part 1, #<u>2</u> Exhibit 89 Part 2, #<u>3</u> Exhibit 89 Part 3, #<u>4</u> Exhibit 89 Part 4, #<u>5</u> Exhibit 89 Part 5, #<u>6</u> Exhibit 89 Part 6, #<u>7</u> Exhibit 89 Part 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>988</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 90, #<u>2</u> Exhibit 91, #<u>3</u> Exhibit 92, #<u>4</u> Exhibit 93, #<u>5</u> Exhibit 94, #<u>6</u> Exhibit 95, #<u>7</u> Exhibit 96, #<u>8</u> Exhibit 97, #<u>9</u> Exhibit 98 Part 1, #<u>10</u> Exhibit 98 Part 2, #<u>11</u> Exhibit 99, #<u>12</u> Exhibit 100, #<u>13</u> Exhibit 101, #<u>14</u> Exhibit 102)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>989</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 103, #<u>2</u> Exhibit 104 Part 1, #<u>3</u> Exhibit 104 Part 2, #<u>4</u> Exhibit 104 Part 3, #<u>5</u> Exhibit 104 Part 4, #<u>6</u> Exhibit 104 Part 5, #<u>7</u> Exhibit 104 Part 6, #<u>8</u> Exhibit 104 Part 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>990</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 104 Part 8, #<u>2</u> Exhibit 104 Part 9, #<u>3</u> Exhibit 104 Part 10, #<u>4</u> Exhibit 104 Part 11, #<u>5</u> Exhibit 104 Part 12, #<u>6</u> Exhibit 104 Part 13, #<u>7</u> Exhibit 104 Part 14)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>991</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 104 Part 15, #<u>2</u> Exhibit 104 Part 16, #<u>3</u> Exhibit 105, #<u>4</u> Exhibit 106 Part 1, #<u>5</u> Exhibit 106 Part 2, #<u>6</u> Exhibit 106 Part 3, #<u>7</u> Exhibit 107 Part 1, #<u>8</u> Exhibit 107 Part 2, #<u>9</u> Exhibit 107 Part 3, #<u>10</u> Exhibit 107 Part 4)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>992</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 108 Part 1, #<u>2</u> Exhibit 108 Part 2, #<u>3</u> Exhibit 108 Part 3, #<u>4</u> Exhibit 108 Part 4, #<u>5</u> Exhibit 109 Part 1, #<u>6</u> Exhibit 109 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | <u>993</u> | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #<u>1</u> Exhibit 109 Part 3, #<u>2</u> Exhibit 109 Part 4, #<u>3</u> Exhibit 109 Part 5, #<u>4</u> Exhibit 109 Part 6, #<u>5</u> Exhibit 109 Part 7, #<u>6</u> Exhibit 109 Part 8, #<u>7</u> Exhibit 109 Part 9)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |

| 12/18/2010 | 994 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 110 Part 1, #_2 Exhibit 110 Part 2, #_3 Exhibit 110 Part 3, #_4 Exhibit 110 Part 4, #_5 Exhibit 110 Part 5, #_6 Exhibit 110 Part 6, #_7 Exhibit 111 Part 1, #_8 Exhibit 111 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 995 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 112 Part 1, #_2 Exhibit 112 Part 2, #_3 Exhibit 113 Part 1, #_4 Exhibit 113 Part 2, #_5 Exhibit 113 Part 3, #_6 Exhibit 114 Part 1, #_7 Exhibit 114 Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 996 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 115 Part 1, #_2 Exhibit 115 Part 2, #_3 Exhibit 115 Part 3, #_4 Exhibit 116 Part 1, #_5 Exhibit 116 Part 2, #_6 Exhibit 116 Part 3, #_7 Exhibit 117 Part 1, #_8 Exhibit 117 Part 2, #_9 Exhibit 117 Part 3, #_10 Exhibit 118)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 997 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 119 Part 1, #_2 Exhibit 119 Part 2, #_3 Exhibit 119 Part 3, #_4 Exhibit 120 Part 1, #_5 Exhibit 120 Part 2, #_6 Exhibit 121, #_7 Exhibit 122, #_8 Exhibit 123, #_9 Exhibit 124, #_10 Exhibit 125, #_11 Exhibit 126, #_12 Exhibit 127, #_13 Exhibit 128, #_14 Exhibit 129, #_15 Exhibit 130 Part 1, #_16 Exhibit 130 Part 2, #_17 Exhibit 131, #_18 Exhibit 132, #_19 Exhibit 133, #_20 Exhibit 134)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 998 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 135, #_2 Exhibit 136, #_3 Exhibit 137, #_4 Exhibit 138 Part 1, #_5 Exhibit 138 Part 2, #_6 Exhibit 138 Part 3, #_7 Exhibit 138 Part 4, #_8 Exhibit 138 Part 5, #_9 Exhibit 138 Part 6, #_10 Exhibit 138 Part 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 999 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit 138 Part – 8, #_2 Exhibit 138 – Part 9, #_3 Exhibit 139, #_4 Exhibit 140, #_5 Exhibit 141, #_6 Exhibit 142, #_7 Exhibit 143, #_8 Exhibit 144, #_9 Exhibit 145, #_10 Exhibit 146, #_11 Exhibit 147, #_12 Exhibit 148, #_13 Exhibit 149, #_14 Exhibit 150, #_15 Exhibit 151, #_16 Exhibit 152, #_17 Exhibit 153, #_18 Exhibit 154, #_19 Exhibit 155, #_20 Exhibit 156, #_21 Exhibit 157, #_22 Exhibit 158, #_23 Exhibit 159, #_24 Exhibit 160, #_25 Exhibit 161, #_26 Exhibit 162 Part 1, #_27 Exhibit 162 Part 2, #_28 Exhibit 163, #_29 Exhibit 164, #_30 Exhibit 165)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 1000 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 166, #2 Exhibit 167, #3 Exhibit 168, #4 Exhibit 169, #5 Exhibit 170, #6 Exhibit 171, #7 Exhibit 172, #8 Exhibit 173, #9 Exhibit 174, #10 Exhibit 175, #11 Exhibit 176, #12 Exhibit 177, #13 Exhibit 178, #14 Exhibit 179, #15 Exhibit 180, #16 Exhibit 181, #17 Exhibit 182, #18 Exhibit 183, #19 Exhibit 184, #20 Exhibit 185, #21 Exhibit 186, #22 Exhibit 187, #23 Exhibit 188, #24 Exhibit 189, #25 Exhibit 190, #26 Exhibit 191, #27 Exhibit 192, #28 Exhibit 193, #29 Exhibit 194, #30 Exhibit 195, #31 Exhibit 196, #32 Exhibit 197, #33 Exhibit 198, #34 Exhibit 199, #35 Exhibit 200)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 1001 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 201, #2 Exhibit 202, #3 Exhibit 203, #4 Exhibit 204, #5 Exhibit 205, #6 Exhibit 206 Part 1, #7 Exhibit 206 Part 2, #8 Exhibit 206 Part 3, #9 Exhibit 207, #10 Exhibit 208, #11 Exhibit 209, #12 Exhibit 210, #13 Exhibit 211, #14 Exhibit 212, #15 Exhibit 213, #16 Exhibit 214, #17 Exhibit 215)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 1002 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 216 Part 1, #2 Exhibit 216 Part 2, #3 Exhibit 216 Part 3, #4 Exhibit 216 Part 4, #5 Exhibit 216 Part 5, #6 Exhibit 216 Part 6, #7 Exhibit 217, #8 Exhibit 218, #9 Exhibit 219, #10 Exhibit 220, #11 Exhibit 221, #12 Exhibit 222, #13 Exhibit 223, #14 Exhibit 224, #15 Exhibit 225, #16 Exhibit 226, #17 Exhibit 227, #18 Exhibit 228, #19 Exhibit 229, #20 Exhibit 230, #21 Exhibit 231, #22 Exhibit 232, #23 Exhibit 233, #24 Exhibit 234, #25 Exhibit 235)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 1003 | DECLARATION of Emily T.P. Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 236, #2 Exhibit 237, #3 Exhibit 238, #4 Exhibit 239, #5 Exhibit 240, #6 Exhibit 241, #7 Exhibit 242, #8 Exhibit 243, #9 Exhibit 244, #10 Exhibit 245, #11 Exhibit 246, #12 Exhibit 247, #13 Exhibit 248, #14 Exhibit 249, #15 Exhibit 250, #16 Exhibit 251, #17 Exhibit 252, #18 Exhibit 253, #19 Exhibit 254, #20 Exhibit 255, #21 Exhibit 256, #22 Exhibit 257, #23 Exhibit 258, #24 Exhibit 259, #25 Exhibit 260, #26 Exhibit 261, #27 Exhibit 262, #28 Exhibit 263)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/18/2010 | 1004 | CERTIFICATE OF SERVICE served on Grant Thornton on 12/17/2010. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 12/18/2010) |
| 12/21/2010 | 1005 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... Gibson shall produce the Common Interest Privileged Documents to Plaintiffs within 10 business days of the entry of this Protective Order. (Signed by Special Master Ronald Hedges on 12/10/10) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(cd) (Entered: 12/21/2010) |
| 12/21/2010 | 1006 | MEMO ENDORSEMENT on re: NOTICE OF WITHDRAWAL OF APPEARANCE AND SPECIAL MASTER ORDER. ENDORSEMENT: So Ordered. (Signed by Special Master Hon. Ronald Hedges on 12/21/2010) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR, |

| | | |
|---|---|---|
| | | 1:07–cv–08165–JSR, 1:07–cv–11604–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 12/21/2010) |
| 12/23/2010 | 1007 | Objection re: (478 in 1:08–cv–03086–JSR, 112 in 1:08–cv–08267–JSR, 950 in 1:07–md–01902–JSR, 408 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master, *(Limited).* Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 12/23/2010) |
| 12/23/2010 | 1008 | CERTIFICATE OF SERVICE. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–08267–JSR(Anker, Philip) (Entered: 12/23/2010) |
| 12/23/2010 | 1009 | Objection re: (180 in 1:08–cv–07416–JSR, 950 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, *Robert Aaron's Limited Objection to the December 6, 2010 Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner.* Document filed by Robert Aaron. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Stein, Elliott) (Entered: 12/23/2010) |
| 12/23/2010 | 1010 | Objection re: (478 in 1:08–cv–03086–JSR, 950 in 1:07–md–01902–JSR, 408 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master, *LIMITED OBJECTION OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON THE OMNIBUS ISSUE OF IN PARI DELICTO AND WAGONER.* Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 12/23/2010) |
| 12/23/2010 | 1011 | Objection re: (180 in 1:08–cv–07416–JSR, 950 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, *The DPM Defendant's Limited Objections to the December 6, 2010 Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner..* Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate Of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/23/2010) |
| 12/23/2010 | 1012 | DECLARATION of B. JOHN PENDLETON, JR. in Support re: (184 in 1:08–cv–07416–JSR, 1011 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate Of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/23/2010) |
| 12/23/2010 | 1013 | Objection re: (478 in 1:08–cv–03086–JSR, 112 in 1:08–cv–08267–JSR, 180 in 1:08–cv–07416–JSR, 950 in 1:07–md–01902–JSR, 408 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master, */The Krys Plaintiffs' Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), |

| | | |
|---|---|---|
| | | Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys, Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 12/23/2010) |
| 12/23/2010 | 1014 | DECLARATION of Kenneth W. McGraw in Opposition re: (478 in 1:08–cv–03086–JSR, 112 in 1:08–cv–08267–JSR, 180 in 1:08–cv–07416–JSR, 950 in 1:07–md–01902–JSR, 408 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys, Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys, Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 12/23/2010) |
| 12/23/2010 | 1015 | CERTIFICATE OF SERVICE of Krys Plaintiffs Objection to the Report and Recommendation of the Special Master Capra on the Omnibus Issue of In Pari Delicto and Wagoner and the Declaration of Kenneth W. McGraw served on All counsel of record in Krys, et al. v. Sugrue, et al., 08–cv–3065 and 08–cv–3086, Krys, et al. v. Aaron, et al., 08–cv–7416 and Krys, et al. v. Butt, 08–cv–8267 on 12/23/2010. Service was made by via the Electronic Case Filing system and/or via electronic mail. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset |

| | | |
|---|---|---|
| | | Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:08–cv–08267–JSR(Molton, David) (Entered: 12/23/2010) |
| 12/30/2010 | 1016 | NOTICE of of Transmittal of Letter Brief Regarding the Insider Exception to In Pari Delicto to Special Master Capra. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 12/30/2010) |
| 12/30/2010 | 1017 | CERTIFICATE OF SERVICE of Notice of Transmittal of Letter Brief Regarding the Insider Exception to In Pari Delicto to Special Master Capra on 12/30/2010. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 12/30/2010) |
| 01/03/2011 | 1018 | SPECIAL MASTER DISCOVERY SCHEDULE: IT IS HEREBY ORDERED that the following discovery schedule shall apply to this action: Submission of Defendants' Answer to the Trustee's First Amended Complaint: February 2, 2011; Deadline for limited written discovery occasioned by new claim raised in Amended Complaint and by the nature of the RRin the PAT matter, which (for the first time in this case) created a distinction between deposits made before and after the LBO: January 13, 2011; Fact deposition deadline (to meet and confer regarding which depositions to take, and to take those depositions): May 3, 2011; Identification of expert areas by party bearing burden of proof: April 13, 2011; Submission of opening expert reports by party bearing the burden of proof: June 2, 2011; Submission of responsive expert reports: July 5, 2011; Expert deposition deadline: August 4, 2011; Motions for Summary Judgment: September 6, 2011; Response to Motions for Summary Judgment: October 6, 2011; Reply to Motions for Summary Judgment: October 21, 2011; Trial Date: Trustee intends to seek a trial date as soon after the submission of summary judgment motions as Judge Rakoff's calendar can accommodate. SO ORDERED. ( Deposition due by 8/4/2011. Motions due by 9/6/2011. Responses due by 10/6/2011, Replies due by 10/21/2011.) (Signed by judge on 12/31/2010) (jar) (Entered: 01/03/2011) |
| 01/04/2011 | 1019 | NOTICE of Submission of the Krys Plaintiffs' Letter Brief to Special Master Capra concerning the application of the Wagoner rule and the doctrine of in pari delicto to Plaintiffs' claims re: (950 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,. Document filed by Kenneth M. Krys, Kenneth M. Krys( as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 01/04/2011) |
| 01/04/2011 | 1020 | MOTION to Compel Peter Ginsburg to produce documents. Document filed by Mark Kavanagh, Brian Owens.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: |

| | | |
|---|---|---|
| | | 01/04/2011) |
| 01/04/2011 | 1021 | MEMORANDUM OF LAW in Support re: (1020 in 1:07–md–01902–JSR, 490 in 1:08–cv–03086–JSR, 419 in 1:08–cv–03065–JSR) MOTION to Compel Peter Ginsburg to produce documents.. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 01/04/2011) |
| 01/04/2011 | 1022 | DECLARATION of Mitchell A. Karlan in Support re: (1020 in 1:07–md–01902–JSR, 419 in 1:08–cv–03065–JSR, 490 in 1:08–cv–03086–JSR) MOTION to Compel Peter Ginsburg to produce documents.. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Exhibit 1 through 9, # 2 Exhibit 10 through 20, # 3 Exhibit 21 through 30, # 4 Exhibit 31 through 39, # 5 Exhibit 40 through 49)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 01/04/2011) |
| 01/04/2011 | 1023 | CASE MANAGEMENT ORDER #40: The Court has received the bills from the Special Masters for the month of December, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on January 10, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 1/3/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 01/04/2011) |
| 01/11/2011 | 1024 | RESPONSE re: (180 in 1:08–cv–07416–JSR, 950 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, *THE DPM DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION*. Document filed by Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate Of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 01/11/2011) |
| 01/11/2011 | 1025 | RESPONSE re: (484 in 1:08–cv–03086–JSR, 413 in 1:08–cv–03065–JSR, 1007 in 1:07–md–01902–JSR, 115 in 1:08–cv–08267–JSR) Objection (non–motion), Objection (non–motion) /*The Krys Plaintiffs' Response to Defendants' Limited Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys, Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, |

| | | 1:08−cv−03086−JSR, 1:08−cv−08267−JSR(Molton, David) (Entered: 01/11/2011) |
|---|---|---|
| 01/11/2011 | 1026 | RESPONSE re: (186 in 1:08−cv−07416−JSR, 1013 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) *Robert Aaron's Response to Plaintiffs' Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Robert Aaron. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Stein, Elliott) (Entered: 01/11/2011) |
| 01/11/2011 | 1027 | RESPONSE re: (486 in 1:08−cv−03086−JSR, 1010 in 1:07−md−01902−JSR, 415 in 1:08−cv−03065−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) */Krys Plaintiffs' Response to the Limited Objection of Defendants Mark Kavanagh and Brian Owens to the Special Masters Report and Recommendation on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 01/11/2011) |
| 01/11/2011 | 1028 | RESPONSE re: (183 in 1:08−cv−07416−JSR, 1009 in 1:07−md−01902−JSR) Objection (non−motion) */Krys Plaintiffs' Response to Robert Aaron's Limited Objection to the December 6, 2010 Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of |

| | | |
|---|---|---|
| | | Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 01/11/2011) |
| 01/11/2011 | 1029 | RESPONSE re: (184 in 1:08–cv–07416–JSR, 1011 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) *Krys Plaintiffs' Response to the DPM Defendants' Limited Objection to the Special Masters Report and Recommendation dated December 6, 2010 on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 01/11/2011) |
| 01/11/2011 | 1030 | RESPONSE re: (117 in 1:08–cv–08267–JSR, 416 in 1:08–cv–03065–JSR, 1013 in 1:07–md–01902–JSR, 487 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Response of Certain Defendants to Plaintiffs' Objections to the Report &Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner*. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–08267–JSR(Ward, Thomas) (Entered: 01/11/2011) |
| 01/11/2011 | 1031 | CERTIFICATE OF SERVICE of Response of Certain Defendants to Plaintiffs' Objections to the Report &Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Wagoner served on counsel of record via the Court's CM/ECF system on January 11, 2011. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–08267–JSR(Ward, Thomas) (Entered: 01/11/2011) |
| 01/11/2011 | 1032 | RESPONSE re: (416 in 1:08–cv–03065–JSR, 1013 in 1:07–md–01902–JSR, 487 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *RESPONSE OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE KRYS PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF IN PARI DELICTO AND WAGONER*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 01/11/2011) |
| 01/11/2011 | 1033 | CASE MANAGEMENT ORDER #41: Pursuant to Case Management Order #40, the time for objections to the bills of the Special Masters for services rendered in October 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. So Ordered (Signed by Judge Jed S. Rakoff on 1/11/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 01/13/2011) |

| | | |
|---|---|---|
| 01/13/2011 | 1034 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES: For the reason set forth on the record at the hearing on December 2l, 2010 (the transcript of which is annexed hereto), and subject to the following paragraph of this Order, the Gibson Dunn Objectors shall produce to the Krys Plaintiffs an unredacted version of Gibson Dunn_00004158–60; Should the Gibson Dunn Objectors choose to appeal this Order, the Gibson Dunn Objectors may defer producing the document in question to the Krys Plaintiffs pending resolution of such appeal by the Court. (Signed by Ronald Hedges, Special Master on 1/5/2011) (ae) (Entered: 01/13/2011) |
| 01/14/2011 | 1035 | ORDER that the motion to unseal the documents in Exhibit A is GRANTED and that the documents listed shall be re–filed publicly and placed in the court docket. (Signed by Special Master, Ronald Hedges on 1/14/2011) (lnl) Modified on 2/16/2011 (lnl). (Entered: 01/14/2011) |
| 01/14/2011 | 1036 | REPLY MEMORANDUM OF LAW in Support re: (926 in 1:07–md–01902–JSR, 99 in 1:07–cv–08663–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 01/14/2011) |
| 01/14/2011 | 1037 | RULE 56.1 STATEMENT. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 01/14/2011) |
| 01/14/2011 | 1038 | DECLARATION of Michael R. Fawcett in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9 Part 1, #10 Exhibit 9 Part 2, #11 Exhibit 9 Part 3, #12 Exhibit 9 Part 4, #13 Exhibit 9 Part 5, #14 Exhibit 10, #15 Exhibit 11, #16 Exhibit 12, #17 Exhibit 13, #18 Exhibit 14, #19 Exhibit 15, #20 Exhibit 16, #21 Exhibit 17, #22 Exhibit 18, #23 Exhibit 19, #24 Exhibit 20, #25 Exhibit 21, #26 Exhibit 22, #27 Exhibit 23, #28 Exhibit 24, #29 Exhibit 25, #30 Exhibit 26, #31 Exhibit 27, #32 Exhibit 28, #33 Exhibit 29, #34 Exhibit 30, #35 Exhibit 31, #36 Exhibit 32, #37 Exhibit 33, #38 Exhibit 34, #39 Exhibit 35)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 01/14/2011) |
| 01/14/2011 | 1039 | DECLARATION of Michael R. Fawcett in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 36, #2 Exhibit 37, #3 Exhibit 38, #4 Exhibit 39, #5 Exhibit 40, #6 Exhibit 41, #7 Exhibit 42, #8 Exhibit 43, #9 Exhibit 44, #10 Exhibit 45, #11 Exhibit 46, #12 Exhibit 47, #13 Exhibit 48, #14 Exhibit 49, #15 Exhibit 50, #16 Exhibit 51, #17 Exhibit 52, #18 Exhibit 53, #19 Exhibit 54, #20 Exhibit 55, #21 Exhibit 56, #22 Exhibit 57, #23 Exhibit 58, #24 Exhibit 59, #25 Exhibit 60, #26 Exhibit 61, #27 Exhibit 62, #28 Exhibit 63, #29 Exhibit 64, #30 Exhibit 65, #31 Exhibit 66, #32 Exhibit 67, #33 Exhibit 68, #34 Exhibit 69, #35 Exhibit 70, #36 Exhibit 71, #37 Exhibit 72 Part 1, #38 Exhibit 72 Part 2, #39 Exhibit 72 Part 3, #40 Exhibit 72 Part 4, #41 Exhibit 73, #42 Exhibit 74, #43 Exhibit 75)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 01/14/2011) |
| 01/14/2011 | 1040 | DECLARATION of Michael R. Fawcett in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #1 Exhibit 76, #2 Exhibit 77, #3 Exhibit 78, #4 Exhibit 79, #5 Exhibit 80, #6 Exhibit 81, #7 Exhibit 82, #8 Exhibit 83, #9 Exhibit 84, #10 Exhibit 85, #11 Exhibit 86, #12 Exhibit 87, #13 Exhibit 88, #14 Exhibit 89, #15 Exhibit 90, #16 Exhibit 91, #17 Exhibit 92, #18 Exhibit 93, #19 Exhibit 94, #20 Exhibit 95, #21 Exhibit 96, #22 Exhibit 97, #23 Exhibit 98, #24 Exhibit 99, #25 |

| | | Exhibit 100, # 26 Exhibit 101, # 27 Exhibit 102)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 01/14/2011) |
|---|---|---|
| 01/14/2011 | 1041 | CERTIFICATE OF SERVICE served on Grant Thornton LLP on 01/14/2011. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 01/14/2011) |
| 01/14/2011 | 1042 | REPLY MEMORANDUM OF LAW in Support re: (916 in 1:07−md−01902−JSR, 89 in 1:07−cv−08663−JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Koo, Calvin) (Entered: 01/14/2011) |
| 01/14/2011 | 1043 | RULE 56.1 STATEMENT. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Koo, Calvin) (Entered: 01/14/2011) |
| 01/14/2011 | 1044 | DECLARATION of Calvin K. Koo in Support re: (89 in 1:07−cv−08663−JSR, 916 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ part 1, # 44 Exhibit QQ part 2, # 45 Exhibit QQ part 3, # 46 Exhibit RR, # 47 Exhibit SS, # 48 Exhibit TT, # 49 Exhibit UU, # 50 Exhibit VV, # 51 Exhibit WW, # 52 Exhibit XX)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Koo, Calvin) (Entered: 01/14/2011) |
| 01/14/2011 | 1045 | REPLY MEMORANDUM OF LAW in Support re: (100 in 1:07−cv−08663−JSR, 927 in 1:07−md−01902−JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Koo, Calvin) (Entered: 01/14/2011) |
| 01/20/2011 | 1046 | TRANSCRIPT of proceedings held on December 21, 2010 before Special Master Ronald J. Hedges. (mro) (Entered: 01/20/2011) |
| 01/22/2011 | 1047 | MEMORANDUM OF LAW in Support re: (469 in 1:07−md−01902−JSR, 120 in 1:07−cv−08165−JSR) MOTION to Dismiss.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Koo, Calvin) (Entered: 01/22/2011) |
| 01/22/2011 | 1048 | MEMORANDUM OF LAW in Opposition re: (469 in 1:07−md−01902−JSR, 120 in 1:07−cv−08165−JSR) MOTION to Dismiss.. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 01/22/2011) |
| 01/24/2011 | 1049 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jed S. Rakoff on 1/21/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR (lnl) (Entered: 01/24/2011) |
| 01/24/2011 | 1050 | DECLARATION of Emily T.P. Rosen (Corrected) in Opposition re: (916 in 1:07−md−01902−JSR, 89 in 1:07−cv−08663−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 01/24/2011) |
| 02/02/2011 | 1051 | NOTICE of Transmittal of Letter Brief Regarding Plaintiffs' Request for Declaratory Judgment on Indemnity to Special Master Capra. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 02/02/2011) |
| 02/02/2011 | 1052 | CERTIFICATE OF SERVICE of NOTICE of Transmittal of Letter Brief Regarding Plaintiffs' Request for Declaratory Judgment on Indemnity to Special Master Capra on 02/02/11. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 02/02/2011) |
| 02/02/2011 | 1053 | NOTICE of Submission of the Krys Plaintiffs' Letter Brief to Special Master Capra re: Plaintiffs' declaratory judgment claim. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 02/02/2011) |
| 02/03/2011 | 1054 | SPECIAL MASTER ORDER DIRECTING PAYMENT: The Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Ronald Hedges, Special Master on 2/3/11) (db) (Entered: 02/03/2011) |
| 02/03/2011 | 1055 | CASE MANAGEMENT ORDER #42: The Court has received the bills from the Special Masters for the month of January, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on February 10, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 2/2/11) Filed In Associated Cases: 1:07–md–01902–JSR et al.(db) (Entered: 02/03/2011) |
| 02/07/2011 | 1056 | ORDER: On December 21, 2010 Special Master Hedges heard oral argument on a discovery dispute between the so–called "Krys Plaintiffs" and non–parties Gibson Dunn &Crutcher LLP ("Gibson Dunn"), Scott Kislin, and Mitchell Karlan (collectively, the "Gibson Dunn Objectors") regarding whether or not the Gibson Dunn Objectors had to produce a particular Gibson Dunn email exhibit. The Special Master subsequently issued an Order, filed January 13, 2011 in docket number 07 MD 1902, directing the Gibson Dunn Objectors to produce the disputed email to the Krys Plaintiffs. On January 20, 2011 the Gibson Dunn Objectors appealed to this Court. After review of the disputed email and the parties' letter briefs, the Court reluctantly concludes that the Special Master's Order must be, and hereby is, overruled. The reasons for this ruling will be set forth in a Memorandum that will be filed in due course. Meanwhile, if the Krys Plaintiffs still have copies of the disputed email, they should destroy them forthwith. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/4/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR (lnl) (Entered: 02/07/2011) |
| 02/07/2011 | 1057 | ORDER: On May 24, 2010, Mark Kavanagh and Brian Owens filed a motion to appear as amici curiae in Miller v. PF Saleco LLC, No. 09 Civ. 2866. Special Master Capra granted the request by order dated May 26, 2011. However, it appears that the motion was also mistakenly filed in Krys v. Sugrue, No. 08 Civ. 3065 and 08 Civ. 3086, and the motion is still marked as pending on those dockets. Accordingly, the Clerk of the Court is directed to correct the error and close item |

| | | number 380 in docket No. 08 Civ. 3065 and item number 447 in No. 08 Civ. 3086. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/4/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:09–cv–02866–JSR(lnl) (Entered: 02/07/2011) |
|---|---|---|
| 02/14/2011 | 1058 | REPORT AND RECOMMENDATIONS of Special Master On Grant Thornton's Motion To Dismiss For Lack of Standing re: (120 in 1:07–cv–08165–JSR) MOTION to Dismiss, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP. Objections to RRdue by 3/3/2011. (Signed by Special Master Daniel J. Capra on 2/14/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(cd) (Entered: 02/14/2011) |
| 02/15/2011 | 1059 | CASE MANAGEMENT ORDER #43: Pursuant to Case Management Order #42, the time for objections to the bills of the Special Masters for services rendered in January 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 2/14/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 02/15/2011) |
| 02/15/2011 | 1060 | ORDER: Accordingly, the Court reaffirms its February 4, 2011 Order in all respects. (Signed by Judge Jed S. Rakoff on 2/14/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 02/15/2011) |
| 02/16/2011 | 1061 | THIRD PARTY COMPLAINT against David V. Harkins, Scott L. Jaeckel, Scott A. Schoen, THL Equity Advisors V, LLC, THL ManagersV, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.Document filed by Grant Thornton LLP. ***Also filed in case number 07–cv–8165.(mro) (Entered: 02/17/2011) |
| 02/16/2011 | | SUMMONS ISSUED as to David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL ManagersV, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P. (mro) (Entered: 02/17/2011) |
| 02/17/2011 | 1062 | CERTIFICATE OF SERVICE. David V. Harkins served on 2/16/2011, answer due 3/9/2011; Scott L. Jaeckel served on 2/16/2011, answer due 3/9/2011; Lee, Thomas H. served on 2/16/2011, answer due 3/9/2011; Scott A. Schoen served on 2/16/2011, answer due 3/9/2011; THL Equity Advisors V, LLC served on 2/16/2011, answer due 3/9/2011; THL ManagersV, LLC served on 2/16/2011, answer due 3/9/2011; Thomas H. Lee Equity (Cayman) Fund V, L.P. served on 2/16/2011, answer due 3/9/2011; Thomas H. Lee Equity Fund V, L.P. served on 2/16/2011, answer due 3/9/2011; Thomas H. Lee Parallel Fund V, L.P. served on 2/16/2011, answer due 3/9/2011; Thomas H. Lee Partners, L.P. served on 2/16/2011, answer due 3/9/2011. Service was made by Email on consent. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 02/17/2011) |
| 02/18/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument on objections to Special Master Capra's Report &Recommendation held on 2/18/2011. (mro) (Entered: 02/18/2011) |
| 02/24/2011 | 1063 | NOTICE of REVISED LIST OF MEMBERS OF PLAINTIFFS COORDINATING COMMITTEE. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Molton, |

| | | David) (Entered: 02/24/2011) |
|---|---|---|
| 02/24/2011 | 1064 | Objection re: (1058 in 1:07–md–01902–JSR, 197 in 1:07–cv–08165–JSR) Report and Recommendations – Special Master, /SPHINX PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON GRANT THORNTON'S MOTION TO DISMISS FOR LACK OF STANDING DATED FEBRUARY 14, 2011. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as assignee of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Mangement LP, Longacre Fund Management LLC), Kenneth M. Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR et al.(Molton, David) (Entered: 02/24/2011) |
| 02/28/2011 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Beth Ann Tagliamonti for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 1061 Third Party Complaint, to: case_openings@nysd.uscourts.gov. (mro) (Entered: 02/28/2011) |
| 02/28/2011 | 1065 | NOTICE of Transmittal of Letter Brief In Response To Plaintiffs' Remand Argument With Respect To Count VII to Special Master Capra. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. (Attachments: #1 Exhibit 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 02/28/2011) |
| 02/28/2011 | 1066 | CERTIFICATE OF SERVICE of Notice of Transmittal of Letter Brief In Response To Plaintiffs' Remand Argument With Respect To Count VII to Special Master Capra on 2/28/2011. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 02/28/2011) |
| 03/03/2011 | 1067 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTE: the following briefing schedule shall apply to Grant Thornton's Motion to Compel: Submission of Trustee's Opposition to Grant Thornton's Motion to Compel: 3/14/2011; Submission of Grant Thornton's Reply to Trustee's Opposition: 3/21/2011; Hearing on Motion to Compel: 3/29/2011 at 12:00 p.m. ( Responses due by 3/14/2011, Replies due by 3/21/2011.) (Signed by Ronald Hedges, Special Master on 3/3/11) |

| | | Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(ae) (Entered: 03/03/2011) |
|---|---|---|
| 03/03/2011 | 1068 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES. Any argument or resolution of the issues raised by Kavanagh and Owens in the January 24 letter will be stayed until Judge Rakoff issues a final ruling on all pending motions to dismiss, and as further set forth. (Signed by Hon. Ronald Hedges Special Master on 3/3/2011) (rjm) (Entered: 03/03/2011) |
| 03/03/2011 | 1069 | SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY: That James David Reich, Jr. is withdrawn as counsel for Defendant Grant Thornton LLP in the above–captioned actions. The Clerk of the Court is directed to terminate Mr. Reich as a counsel of record in each of the above–captioned actions, and no further notices, documents or pleadings shall be served upon him. (Signed by Ronald Hedges, Special Master on 3/3/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR, 1:06–cv–00643–GEL(ae) Modified on 3/3/2011 (ae). (Entered: 03/03/2011) |
| 03/07/2011 | 1070 | RESPONSE re: (1064 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Anker, Philip) (Entered: 03/07/2011) |
| 03/07/2011 | 1071 | CASE MANAGEMENT ORDER NO. 44. The Court has received the bills from the Special Masters for the month of February, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on March 14, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 3/7/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 03/07/2011) |
| 03/07/2011 | 1072 | RESPONSE re: (1064 in 1:07–md–01902–JSR, 201 in 1:07–cv–08165–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 03/07/2011) |
| 03/10/2011 | 1073 | STIPULATION AND ORDER. The time for the third–party defendants to answer, move, or otherwise respond to the third–party complaint for contribution in this Action is extended through and until March 23. 2011. David V. Harkins answer due 3/23/2011; Scott L. Jaeckel answer due 3/23/2011; Lee, Thomas H. answer due 3/23/2011; Scott A. Schoen answer due 3/23/2011; THL Equity Advisors V, LLC answer due 3/23/2011; THL ManagersV, LLC answer due 3/23/2011; Thomas H. Lee Equity (Cayman) Fund V, L.P. answer due 3/23/2011; Thomas H. Lee Equity Fund V, L.P. answer due 3/23/2011; Thomas H. Lee Parallel Fund V, L.P. answer due 3/23/2011; Thomas H. Lee Partners, L.P. answer due 3/23/2011. (Signed by Judge Jed S. Rakoff on 3/8/11) (djc) (Entered: 03/10/2011) |
| 03/16/2011 | 1074 | NOTICE OF CHANGE OF ADDRESS by Keara A Bergin on behalf of David Brown. New Address: Dewey Pegno &Kramarsky LLP, 777 Third Avenue, New York, New York, USA 10017, 212–943–9000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(Bergin, Keara) (Entered: 03/16/2011) |
| 03/18/2011 | 1075 | SPECIAL MASTER ORDER: It is hereby ordered that the motion to unseal the documents in Exhibit A is Granted and that the documents listed therein shall be re–filed publicly and placed on the Court docket. So Ordered (Signed by judge on 3/17/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(js) Modified on 3/18/2011 (js). (Entered: 03/18/2011) |

| 03/18/2011 | 1076 | SPECIAL MASTER ORDER ON REPLENISHMENT ACCOUNT: Special Master Ronald Hedges, for good cause shown, hereby orders as follows: George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC, is hereby directed to render payment to Ball Baker Leake LLC. as case accountants, in the amount of $5,892.53, in satisfaction of his required contribution towards the replenishment amount Ball Baker Leake LLC has directed Plaintiffs' Coordinating Committee in the above captioned multi–district litigation to pay for the period November 23, 2010 through December 16, 2010. Mr. Miller is directed to make this payment within seven (7) days after the date of entry of this order. So Ordered (Signed by Special Master Ronald Hedges on 3/17/2011) (js) Modified on 3/30/2011 (js). (Entered: 03/18/2011) |
|---|---|---|
| 03/21/2011 | 1077 | CASE MANAGEMENT ORDER NO. 45. Pursuant to Case Management Order #44, the time for objections to the bills of the Special Masters for services rendered in February 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 3/18/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al. (rjm) (Entered: 03/21/2011) |
| 03/22/2011 | 1078 | NOTICE OF APPEARANCE by David J. Molton on behalf of Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd. Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) (Entered: 03/22/2011) |
| 03/22/2011 | 1079 | NOTICE OF APPEARANCE by Andrew S. Dash on behalf of Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd. Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Dash, Andrew) (Entered: 03/22/2011) |
| 03/22/2011 | 1080 | NOTICE OF APPEARANCE by Jessica Conklin Calagione on behalf of Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger |

| | | Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd. Filed In Associated Cases: 1:07−md−01902−JSR, 1:11−cv−01486−JSR(Calagione, Jessica) (Entered: 03/22/2011) |
|---|---|---|
| 03/23/2011 | 1081 | MOTION to Dismiss *Grant Thornton LLP's Third−Party Complaint For Contribution*. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P..Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 03/23/2011) |
| 03/23/2011 | 1082 | MEMORANDUM OF LAW in Support re: (1081 in 1:07−md−01902−JSR, 208 in 1:07−cv−08165−JSR) MOTION to Dismiss *Grant Thornton LLP's Third−Party Complaint For Contribution*.. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 03/23/2011) |
| 03/23/2011 | 1083 | CERTIFICATE OF SERVICE 03/23/2011. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 03/23/2011) |
| 03/24/2011 | 1084 | NOTICE of REVISED LIST OF MEMBERS OF PLAINTIFFS' COORDINATING COMMITTEE. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Molton, David) (Entered: 03/24/2011) |
| 03/24/2011 | 1085 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES: Mr. Ginsberg shall run the following search terms through all e−mails, attachments, and other documents listed on his privilege log dated between January 1, 2004, and one year after Mr. Ginsberg's disengagement as counsel to the SPhinX Funds: (SEE ORDER). (Signed by Special Master Ronald Hedges on 3/24/2011) (jar) (Entered: 03/24/2011) |
| 03/25/2011 | 1086 | DECLARATION of Hetherington in Opposition re: (100 in 1:07−cv−08663−JSR, 927 in 1:07−md−01902−JSR) MOTION to Preclude *Proposed Expert Testimony of Harris Devor*.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 4)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1087 | DECLARATION of Hetherington in Support re: (99 in 1:07−cv−08663−JSR, 926 in 1:07−md−01902−JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 1, # 2 Exhibit Unsealed Exhibit 3 − Part 1, # 3 Exhibit Unsealed Exhibit 3 − Part 2, # 4 Exhibit Unsealed Exhibit 3 − Part 3, # 5 Exhibit Unsealed Exhibit 3 − Part 4, # 6 Exhibit Unsealed Exhibit 3 − Part 5, # 7 Exhibit Unsealed Exhibit 3 − Part 6, # 8 Exhibit Unsealed Exhibit 3 − Part 7, # 9 Exhibit Unsealed Exhibit 3 − Part 8, # 10 Exhibit Unsealed Exhibit 3 − Part 9)Filed In Associated Cases: |

| | | 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
|---|---|---|
| 03/25/2011 | 1088 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 4 – Part 1, # 2 Exhibit Unsealed Exhibit 4 – Part 2, # 3 Exhibit Unsealed Exhibit 4 – Part 3, # 4 Exhibit Unsealed Exhibit 4 – Part 4, # 5 Exhibit Unsealed Exhibit 4 – Part 5, # 6 Exhibit Unsealed Exhibit 4 – Part 6, # 7 Exhibit Unsealed Exhibit 4 – Part 7, # 8 Exhibit Unsealed Exhibit 4 – Part 8, # 9 Exhibit Unsealed Exhibit 4 – Part 9, # 10 Exhibit Unsealed Exhibit 4 – Part 10, # 11 Exhibit Unsealed Exhibit 4 – Part 11)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1089 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 9, # 2 Exhibit Unsealed Exhibit 17, # 3 Exhibit Unsealed Exhibit 18, # 4 Exhibit Unsealed Exhibit 19, # 5 Exhibit Unsealed Exhibit 20, # 6 Exhibit Unsealed Exhibit 22, # 7 Exhibit Unsealed Exhibit 27, # 8 Exhibit Unsealed Exhibit 28, # 9 Exhibit Unsealed Exhibit 29, # 10 Exhibit Unsealed Exhibit 34 – Part 1, # 11 Exhibit Unsealed Exhibit 34 – Part 2, # 12 Exhibit Unsealed Exhibit 34 – Part 3, # 13 Exhibit Unsealed Exhibit 34 – Part 4, # 14 Exhibit Unsealed Exhibit 34 – Part 5, # 15 Exhibit Unsealed Exhibit 34 – Part 6, # 16 Exhibit Unsealed Exhibit 34 – Part 7, # 17 Exhibit Unsealed Exhibit 34 – Part 8, # 18 Exhibit Unsealed Exhibit 35 – Part 1, # 19 Exhibit Unsealed Exhibit 35 – Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1090 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 35 – Part 3, # 2 Exhibit Unsealed Exhibit 35 – Part 4, # 3 Exhibit Unsealed Exhibit 36, # 4 Exhibit Unsealed Exhibit 37 – Part 1, # 5 Exhibit Unsealed Exhibit 37 – Part 2, # 6 Exhibit Unsealed Exhibit 37 – Part 3, # 7 Exhibit Unsealed Exhibit 37 – Part 4, # 8 Exhibit Unsealed Exhibit 37 – Part 5, # 9 Exhibit Unsealed Exhibit 37 – Part 6, # 10 Exhibit Unsealed Exhibit 37 – Part 7, # 11 Exhibit Unsealed Exhibit 37 – Part 8)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1091 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 37 – Part 9, # 2 Exhibit Unsealed Exhibit 37 – Part 10, # 3 Exhibit Unsealed Exhibit 37 – Part 11, # 4 Exhibit Unsealed Exhibit 37 – Part 12, # 5 Exhibit Unsealed Exhibit 37 – Part 13, # 6 Exhibit Unsealed Exhibit 40 – Part 1, # 7 Exhibit Unsealed Exhibit 40 – Part 2, # 8 Exhibit Unsealed Exhibit 40 – Part 3, # 9 Exhibit Unsealed Exhibit 40 – Part 4, # 10 Exhibit Unsealed Exhibit 40 – Part 5, # 11 Exhibit Unsealed Exhibit 40 – Part 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1092 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit Unsealed Exhibit 40 – Part 7, # 2 Exhibit Unsealed Exhibit 40 – Part 8, # 3 Exhibit Unsealed Exhibit 44 – Part 1, # 4 Exhibit Unsealed Exhibit 44 – Part 2, # 5 Exhibit Unsealed Exhibit 44 – Part 3, # 6 Exhibit Unsealed Exhibit 44 – Part 4, # 7 Exhibit Unsealed Exhibit 60, # 8 Exhibit Unsealed Exhibit 62, # 9 Exhibit Unsealed Exhibit 63, # 10 Exhibit Unsealed Exhibit 64, # 11 Exhibit Unsealed Exhibit 65, # 12 Exhibit Unsealed Exhibit 66, # 13 Exhibit Unsealed Exhibit 67, # 14 Exhibit Unsealed Exhibit 69, # 15 Exhibit Unsealed Exhibit 70, # 16 Exhibit Unsealed Exhibit 71, # 17 Exhibit Unsealed Exhibit 72, # 18 Exhibit Unsealed Exhibit 73, # 19 Exhibit Unsealed Exhibit 74 – Part 1, # 20 Exhibit Unsealed Exhibit 74 – Part 2, # 21 Exhibit |

| | | Unsealed Exhibit 74 – Part 3)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
|---|---|---|
| 03/25/2011 | 1093 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 74 – Part 4, #_2 Exhibit Unsealed Exhibit 74 – Part 5, #_3 Exhibit Unsealed Exhibit 74 – Part 6, #_4 Exhibit Unsealed Exhibit 74 – Part 7, #_5 Exhibit Unsealed Exhibit 74 – Part 8, #_6 Exhibit Unsealed Exhibit 74 – Part 9, #_7 Exhibit Unsealed Exhibit 75 – Part 1, #_8 Exhibit Unsealed Exhibit 75 – Part 2, #_9 Exhibit Unsealed Exhibit 75 – Part 3, #_10 Exhibit Unsealed Exhibit 75 – Part 4)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1094 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 75 – Part 5, #_2 Exhibit Unsealed Exhibit 75 – Part 6, #_3 Exhibit Unsealed Exhibit 75 – Part 7, #_4 Exhibit Unsealed Exhibit 75 – Part 8, #_5 Exhibit Unsealed Exhibit 75 – Part 9, #_6 Exhibit Unsealed Exhibit 75 – Part 10, #_7 Errata Unsealed Exhibit 75 – Part 11, #_8 Exhibit Unsealed Exhibit 76 – Part 1, #_9 Exhibit Unsealed Exhibit 76 – Part 2, #_10 Exhibit Unsealed Exhibit 76 – Part 3, #_11 Exhibit Unsealed Exhibit 76 – Part 4)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1095 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 76 – Part 5, #_2 Exhibit Unsealed Exhibit 76 – Part 6, #_3 Exhibit Unsealed Exhibit 76 – Part 7, #_4 Exhibit Unsealed Exhibit 76 – Part 8, #_5 Exhibit Unsealed Exhibit 76 – Part 9, #_6 Exhibit Unsealed Exhibit 76 – Part 10, #_7 Exhibit Unsealed Exhibit 76 – Part 11, #_8 Exhibit Unsealed Exhibit 76 – Part 12, #_9 Exhibit Unsealed Exhibit 76 – Part 13, #_10 Exhibit Unsealed Exhibit 77 – Part 1, #_11 Exhibit Unsealed Exhibit 77 – Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1096 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 77 – Part 3, #_2 Exhibit Unsealed Exhibit 77 – Part 4, #_3 Exhibit Unsealed Exhibit 77 – Part 5, #_4 Exhibit Unsealed Exhibit 77 – Part 6, #_5 Exhibit Unsealed Exhibit 77 – Part 7, #_6 Exhibit Unsealed Exhibit 77 – Part 8, #_7 Exhibit Unsealed Exhibit 77 – Part 9, #_8 Exhibit Unsealed Exhibit 77 – Part 10, #_9 Exhibit Unsealed Exhibit 79, #_10 Exhibit Unsealed Exhibit 81 – Part 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1097 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 81 – Part 2, #_2 Exhibit Unsealed Exhibit 81 – Part 3, #_3 Exhibit Unsealed Exhibit 81 – Part 4, #_4 Exhibit Unsealed Exhibit 83, #_5 Exhibit Unsealed Exhibit 87, #_6 Exhibit Unsealed Exhibit 92, #_7 Exhibit Unsealed Exhibit 93, #_8 Exhibit Unsealed Exhibit 94, #_9 Exhibit Unsealed Exhibit 95, #_10 Exhibit Unsealed Exhibit 96, #_11 Exhibit Unsealed Exhibit 100, #_12 Exhibit Unsealed Exhibit 101, #_13 Exhibit Unsealed Exhibit 104 – Part 1, #_14 Exhibit Unsealed Exhibit 104 – Part 2, #_15 Exhibit Unsealed Exhibit 104 – Part 3, #_16 Exhibit Unsealed Exhibit 104 – Part 4, #_17 Exhibit Unsealed Exhibit 104 – Part 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1098 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by |

| | | |
|---|---|---|
| | | Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 104 – Part 6, #_2 Exhibit Unsealed Exhibit 104 – Part 7, #_3 Exhibit Unsealed Exhibit 104 – Part 8, #_4 Exhibit Unsealed Exhibit 104 – Part 9, #_5 Exhibit Unsealed Exhibit 104 – Part 10, #_6 Exhibit Unsealed Exhibit 104 – Part 11, #_7 Exhibit Unsealed Exhibit 104 – Part 12, #_8 Exhibit Unsealed Exhibit 104 – Part 13)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1099 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 105, #_2 Exhibit Unsealed Exhibit 109 – Part 1, #_3 Exhibit Unsealed Exhibit 109 – Part 2, #_4 Exhibit Unsealed Exhibit 109 – Part 3, #_5 Exhibit Unsealed Exhibit 109 – Part 4, #_6 Exhibit Unsealed Exhibit 110 – Part 1, #_7 Exhibit Unsealed Exhibit 110 – Part 2, #_8 Exhibit Unsealed Exhibit 110 – Part 3, #_9 Exhibit Unsealed Exhibit 110 – Part 4, #_10 Exhibit Unsealed Exhibit 111 – Part 1, #_11 Exhibit Unsealed Exhibit 111 – Part 2, #_12 Exhibit Unsealed Exhibit 111 – Part 3, #_13 Exhibit Unsealed Exhibit 111 – Part 4, #_14 Exhibit Unsealed Exhibit 112, #_15 Exhibit Unsealed Exhibit 113 – Part 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1100 | DECLARATION of Hetherington in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 113 – Part 2, #_2 Exhibit Unsealed Exhibit 113 – Part 3, #_3 Exhibit Unsealed Exhibit 114, #_4 Exhibit Unsealed Exhibit 115, #_5 Exhibit Unsealed Exhibit 116 – Part 1, #_6 Exhibit Unsealed Exhibit 116 – Part 2, #_7 Exhibit Unsealed Exhibit 116 – Part 3, #_8 Exhibit Unsealed Exhibit 117 – Part 1, #_9 Exhibit Unsealed Exhibit 117 – Part 2, #_10 Exhibit Unsealed Exhibit 117 – Part 3, #_11 Exhibit Unsealed Exhibit 117 – Part 4, #_12 Exhibit Unsealed Exhibit 120, #_13 Exhibit Unsealed Exhibit 121 – Part 1, #_14 Exhibit Unsealed Exhibit 121 – Part 2, #_15 Exhibit Unsealed Exhibit 121 – Part 3, #_16 Exhibit Unsealed Exhibit 121 – Part 4, #_17 Exhibit Unsealed Exhibit 122, #_18 Exhibit Unsealed Exhibit 124, #_19 Exhibit Unsealed Exhibit 125, #_20 Exhibit Unsealed Exhibit 126, #_21 Exhibit Unsealed Exhibit 127, #_22 Exhibit Unsealed Exhibit 129)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1101 | DECLARATION of Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 30, #_2 Exhibit Unsealed Exhibit 31, #_3 Exhibit Unsealed Exhibit 41 – Part 1, #_4 Exhibit Unsealed Exhibit 41 – Part 2, #_5 Exhibit Unsealed Exhibit 41 – Part 3, #_6 Exhibit Unsealed Exhibit 41 – Part 4, #_7 Exhibit Unsealed Exhibit 41 – Part 5, #_8 Exhibit Unsealed Exhibit 55, #_9 Exhibit Unsealed Exhibit 102, #_10 Exhibit Unsealed Exhibit 122, #_11 Exhibit Unsealed Exhibit 131, #_12 Exhibit Unsealed Exhibit 136, #_13 Exhibit Unsealed Exhibit 144, #_14 Exhibit Unsealed Exhibit 148, #_15 Exhibit Unsealed Exhibit 150, #_16 Exhibit Unsealed Exhibit 153, #_17 Exhibit Unsealed Exhibit 155, #_18 Exhibit Unsealed Exhibit 157, #_19 Exhibit Unsealed Exhibit 158, #_20 Exhibit Unsealed Exhibit 159, #_21 Exhibit Unsealed Exhibit 160, #_22 Exhibit Unsealed Exhibit 171, #_23 Exhibit Unsealed Exhibit 172 – Part 1, #_24 Exhibit Unsealed Exhibit 172 – Part 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1102 | DECLARATION of Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 172 – Part 3, #_2 Exhibit Unsealed Exhibit 172 – Part 4, #_3 Exhibit Unsealed Exhibit 173, #_4 Exhibit Unsealed Exhibit 180, #_5 Exhibit Unsealed Exhibit 181, #_6 Exhibit Unsealed Exhibit 183, #_7 Exhibit Unsealed Exhibit 184, #_8 Exhibit |

| | | |
|---|---|---|
| | | Unsealed Exhibit 186, #_9 Exhibit Unsealed Exhibit 187, #_10 Exhibit Unsealed Exhibit 188, #_11 Exhibit Unsealed Exhibit 189, #_12 Exhibit Unsealed Exhibit 190, #_13 Exhibit Unsealed Exhibit 191, #_14 Exhibit Unsealed Exhibit 193, #_15 Exhibit Unsealed Exhibit 194, #_16 Exhibit Unsealed Exhibit 195, #_17 Exhibit Unsealed Exhibit 196, #_18 Exhibit Unsealed Exhibit 199, #_19 Exhibit Unsealed Exhibit 204 – Part 1, #_20 Exhibit Unsealed Exhibit 204 – Part 2, #_21 Exhibit Unsealed Exhibit 204 – Part 3, #_22 Exhibit Unsealed Exhibit 204 – Part 4, #_23 Exhibit Unsealed Exhibit 204 – Part 5, #_24 Exhibit Unsealed Exhibit 207, #_25 Exhibit Unsealed Exhibit 208, #_26 Exhibit Unsealed Exhibit 209, #_27 Exhibit Unsealed Exhibit 211, #_28 Exhibit Unsealed Exhibit 214, #_29 Exhibit Unsealed Exhibit 218, #_30 Exhibit Unsealed Exhibit 221, #_31 Exhibit Unsealed Exhibit 222, #_32 Exhibit Unsealed Exhibit 223, #_33 Exhibit Unsealed Exhibit 224, #_34 Exhibit Unsealed Exhibit 225, #_35 Exhibit Unsealed Exhibit 226, #_36 Exhibit Unsealed Exhibit 227, #_37 Exhibit Unsealed Exhibit 228, #_38 Exhibit Unsealed Exhibit 229)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1103 | DECLARATION of Rosen in Opposition re: (89 in 1:07–cv–08663–JSR, 916 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 233, #_2 Exhibit Unsealed Exhibit 234, #_3 Exhibit Unsealed Exhibit 235, #_4 Exhibit Unsealed Exhibit 236, #_5 Exhibit Unsealed Exhibit 238 – Part 1, #_6 Exhibit Unsealed Exhibit 238 – Part 2, #_7 Exhibit Unsealed Exhibit 238 – Part 3, #_8 Exhibit Unsealed Exhibit 238 – Part 4, #_9 Exhibit Unsealed Exhibit 238 – Part 5, #_10 Exhibit Unsealed Exhibit 238 – Part 6, #_11 Exhibit Unsealed Exhibit 239 – Part 1, #_12 Exhibit Unsealed Exhibit 239 – Part 2, #_13 Exhibit Unsealed Exhibit 239 – Part 3, #_14 Exhibit Unsealed Exhibit 239 – Part 4, #_15 Exhibit Unsealed Exhibit 240, #_16 Exhibit Unsealed Exhibit 241, #_17 Exhibit Unsealed Exhibit 243, #_18 Exhibit Unsealed Exhibit 245, #_19 Exhibit Unsealed Exhibit 247, #_20 Exhibit Unsealed Exhibit 250, #_21 Exhibit Unsealed Exhibit 251, #_22 Exhibit Unsealed Exhibit 262)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/25/2011 | 1104 | DECLARATION of Fawcett in Support re: (99 in 1:07–cv–08663–JSR, 926 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: #_1 Exhibit Unsealed Exhibit 11, #_2 Exhibit Unsealed Exhibit 31, #_3 Exhibit Unsealed Exhibit 43 – Part 1, #_4 Exhibit Unsealed Exhibit 43 – Part 2, #_5 Exhibit Unsealed Exhibit 43 – Part 3, #_6 Exhibit Unsealed Exhibit 44, #_7 Exhibit Unsealed Exhibit 45, #_8 Exhibit Unsealed Exhibit 46, #_9 Exhibit Unsealed Exhibit 60, #_10 Exhibit Unsealed Exhibit 84, #_11 Exhibit Unsealed Exhibit 90, #_12 Exhibit Unsealed Exhibit 92, #_13 Exhibit Unsealed Exhibit 94, #_14 Exhibit Unsealed Exhibit 95)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 03/25/2011) |
| 03/28/2011 | 1105 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON GRANT THORNTON'S MOTION FOR SUMMARY JUDGMENT. For the reasons discussed in this report and recommendation, GTs motion for summary judgment should be denied. re: (916 in 1:07–md–01902–JSR, 89 in 1:07–cv–08663–JSR) MOTION for Summary Judgment. filed by Grant Thornton LLP Objections to RRdue by 4/14/2011 (Signed by Daniel J. Capra, Special Master on 3/28/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(rjm) (Entered: 03/28/2011) |
| 03/29/2011 | 1106 | NOTICE OF APPEARANCE by Diana Michelle Feinstein on behalf of Mark Kavanagh, Brian Owens Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Feinstein, Diana) (Entered: 03/29/2011) |
| 03/29/2011 | 1107 | NOTICE OF APPEARANCE by Mitchell Alan Karlan on behalf of Mark Kavanagh, Brian Owens Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 03/29/2011) |
| 03/29/2011 | 1108 | ORDER. The Court finds itself in complete agreement with Special Master Capra's thorough and well–reasoned Report and Recommendation and hereby adopts it in |

| | | full as if incorporated by herein. Accordingly, the First Amended Complaint is dismissed in its entirety, with prejudice, and the Clerk of the Court is directed to enter final judgment in the matter of Krys v. Butt, 08 Civ. 8267. (Signed by Judge Jed S. Rakoff on 3/28/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(rjm) (Entered: 03/29/2011) |
|---|---|---|
| 03/29/2011 | | Transmission to Judgments and Orders Clerk. Transmitted re: (130 in 1:08–cv–08267–JSR, 1108 in 1:07–md–01902–JSR) Order Adopting Report and Recommendations to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(rjm) (Entered: 03/29/2011) |
| 03/30/2011 | 1109 | ORDER: Finding nothing to add to the Special Master's excellent Report and Recommendation, the Court hereby affirms and adopts in all respects the conclusions set forth in this Order. (Signed by Judge Jed S. Rakoff on 3/29/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(jpo) (Entered: 03/30/2011) |
| 03/31/2011 | 1110 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 28, 2011, final judgment is entered dismissing the First Amended Complaint in its entirety, with prejudice, in the matter of Krys v. Butt, 08 Civ. 8267.. (Signed by Clerk of Court Ruby Krajick on 3/31/11) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–08267–JSR(ml) (Entered: 03/31/2011) |
| 04/01/2011 | 1111 | SPECIAL MASTER HEDGES' PARTIAL ORDER ON GRANT THORNTON LLP'S MOTION TO COMPEL, On or before 4/8/11, the Trustee shall provide to Grant Thornton the current or last known address for each FX Customer listed in the Trustee's Response to Interrogatory No. 2 of Grant Thornton's First set of Interrogatories dated 1/12/11 and as further set forth in this document. On 6/8/11 at 10:00 am, the parties shall appear before Special Master Hedges on any remaining open issues, location TBD. The fact discovery deadlines set forth in the Discovery Schedule in this action dated 12/31/110, shall be extended for 45 days following the date of this conference, and all other remaining dates in the Discovery Schedule shall be extended accordingly. This is an interim order. No determination has been made as to whether the Trustee "controls" any FX Customer. Grant Thornton's motion to compel remains pending. (Signed by Special Master Ronald Hedges on 4/1/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(cd) (Entered: 04/01/2011) |
| 04/04/2011 | 1112 | CASE MANAGEMENT ORDER #46: The Court has received the bills from the Special Masters for the month of March, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on April 11, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. SO ORDERED. (Signed by Judge Jed S. Rakoff on 4/4/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lnl) (Entered: 04/04/2011) |
| 04/04/2011 | 1113 | STIPULATION AND ORDER: 1. The time for the Defendant/Third–Party Plaintiff to respond to the Third–Party Defendants' Motion to Dismiss Grant Thornton LLP's Third–Party Complaint (the "Response") is extended through and until April 20, 2011. 2. The time for the Third–Party Defendants to reply to the Defendant/Third–Party Plaintiff's Response is extended through and until May 4, 2011. 3. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original. Set Deadlines as to (1081 in 1:07–md–01902–JSR, 208 in 1:07–cv–08165–JSR) MOTION to Dismiss Grant Thornton LLP's Third–Party Complaint For Contribution: Responses due by 4/20/2011. Replies due by 5/4/2011. (Signed by Judge Jed S. Rakoff on 4/3/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR (lnl) (Entered: 04/04/2011) |
| 04/07/2011 | 1114 | Objection *GRANT THORNTON LLPS OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON ITS MOTION FOR SUMMARY JUDGMENT*. Document filed by Grant Thornton LLP. Filed In |

| | | Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 04/07/2011) |
|---|---|---|
| 04/07/2011 | 1115 | DECLARATION of Beth A. Tagliamonti in Support. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 04/07/2011) |
| 04/11/2011 | 1116 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THL'S MOTION FOR SUMMARY JUDGMENT ON GRANT THORNTON'S COUNTERCLAIM: THLs motion for summary judgment on the First Claim for Relief should be granted with regard to litigation expenses incurred in the seven actions in which THL and GT are both parties though the Court may wish to consider whether the Second Circuit precedent requiring dismissal of those claims should be applied to this case. THLs motion for summary judgment on the First Claim for Relief should in any case be granted with regard to litigation expenses incurred in the Securities Class Action. THLs motion for summary judgment on the First Claim for Relief should in any case be granted with regard to all litigation expenses incurred in the instant action both THLs claims and GTs counterclaims. THLs motion for summary judgment on the First Claim for Relief should be denied with regard to litigation expenses incurred in Kirschner, as Trustee of the Refco Litigation Trust v. Grant Thornton LLP, et al., 07–cv–11604. The Second, Third and Fourth Claims for Relief should be dismissed with prejudice. The Fifth Claim for Relief, for contribution, should be dismissed without prejudice. Objections to RRdue by 4/28/2011 (Signed by Special Master, Daniel J. Capra, on 4/10/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jpo) Modified on 4/15/2011 (jpo). (Entered: 04/11/2011) |
| 04/19/2011 | 1118 | SCHEDULING ORDER: Motions due by 5/4/2011. Responses due by 5/25/2011 Replies due by 6/6/2011. Oral Argument set for 6/14/2011 at 04:30 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 4/14/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jpo) (Entered: 04/19/2011) |
| 04/20/2011 | 1119 | MEMORANDUM OF LAW in Opposition re: (208 in 1:07–cv–08165–JSR) MOTION to Dismiss *Grant Thornton LLP's Third–Party Complaint For Contribution.*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Tagliamonti, Beth) (Entered: 04/20/2011) |
| 04/21/2011 | 1120 | OBJECTION to (1116 in 1:07–md–01902–JSR, 219 in 1:07–cv–08663–JSR) Report and Recommendations *Concerning the Counterclaims Against TH Lee* Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 04/21/2011) |
| 04/21/2011 | 1121 | OBJECTION to (219 in 1:07–cv–08663–JSR) Report and Recommendations Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 04/21/2011) |
| 04/21/2011 | 1122 | DECLARATION of Kimberly A. Briggs in Support re: (222 in 1:07–cv–08663–JSR) Objection to Report and Recommendations,. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit I)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 04/21/2011) |
| 04/25/2011 | 1123 | CASE MANAGEMENT PLAN #47: Pursuant to Case Management Order #46, the time for objections to the bills of the Special Masters for services rendered in March 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 4/22/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jpo) (Entered: 04/25/2011) |

| 04/25/2011 | 1124 | OPINION AND ORDER: #100258 In short, while the Court concludes that, contrary to the Special Master's interpretation, plaintiffs have adequately pleaded the adverse interest exception, the Court in all other respects adopts the findings and conclusions of the December 6, 2010 Report and Recommendation to the extent they are not inconsistent with the Court's determination regarding the adverse interest exception. The matter is remanded to the Special Masters for further proceedings consistent with this Opinion and Order and with the prior orders of the Court. (Signed by Judge Jed S. Rakoff on 4/25/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR(jpo) Modified on 4/27/2011 (ajc). (Entered: 04/25/2011) |
|---|---|---|
| 04/27/2011 | 1125 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES: Ginsberg &Burgos agrees to produce certain documents to the attorneys for Kavanagh and Owens and the DPM Defendants which had previously been withheld on the ground of privilege with the understanding that Ginsberg &Burgos still contend that such documents are privileged but nonetheless desire to end the instant dispute regarding production and agree that those documents may be used by the attorneys for Kavanagh and Owens and the DPM Defendants and that the production of these documents does not constitute a waiver of any privilege, attorney−client or attorney work product or otherwise, that Mr. Ginsberg or his clients would be otherwise entitled to assert with respect to any other documents, communications and information. ENDORSEMENT: Production shall be subject to the existing 502 (d) order. (Signed by Special Master Ronald Hedges on 4/27/2011) (jar) (Entered: 04/27/2011) |
| 05/02/2011 | 1126 | CASE MANAGEMENT ORDER #48: The Court has received the bills from the Special Masters for the month of April, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on May 9, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 5/2/2011) Filed In Associated Cases: 1:07−md−01902−JSR et al.(jpo) (Entered: 05/02/2011) |
| 05/02/2011 | 1127 | RESPONSE re: (1120 in 1:07−md−01902−JSR, 221 in 1:07−cv−08663−JSR) Objection to Report and Recommendations,. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Huff, Kevin) (Entered: 05/02/2011) |
| 05/02/2011 | 1128 | MEMORANDUM OF LAW in Opposition re: (1121 in 1:07−md−01902−JSR) Objection to Report and Recommendations,. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08663−JSR(Tagliamonti, Beth) (Entered: 05/02/2011) |
| 05/03/2011 | 1129 | SPECIAL MASTER ORDER DIRECTING PAYMENT, that the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Hon. Ronald Hedges, Special Master on 5/3/11) (pl) Modified on 5/3/2011 (pl). (Entered: 05/03/2011) |
| 05/03/2011 | 1130 | SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY, that Dawn M. Wilson is withdrawn as counsel for Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., Goldman, Sachs &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair &Company, L.L.C., BMO Capital Markets Corp., CMG Institutional Trading LLC, Samuel A. Ramirez &Company, Inc., Muriel Siebert &Co., Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P., JPMorgan Chase &Co., Credit Suisse Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. in the above−captioned MDL. The Clerk of the Court is directed to terminate Ms. Wilson as counsel of record in the above−captioned MDL, and no further notices, documents or pleadings shall be served upon her. Attorney Dawn M. Wilson terminated. (Signed by Judge Unassigned on 5/3/11) (pl) (Entered: 05/03/2011) |
| 05/04/2011 | 1131 | SPECIAL MASTER ORDER DIRECTING PAYMENT, the Spcial Master directs Ball Baker Leake to pay the Ball Baker Invoice in full. SO ORDERED. (Signed by Hon. Ronald Hedges, Special Master on 5/3/2011) (Per instr. fr/Team Ldr. use file |

| | | |
|---|---|---|
| | | date of 5/4/2011) (lnl) (Entered: 05/04/2011) |
| 05/04/2011 | 1132 | SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY, that Dawn M. Wilson is withdrawn as counsel for Credit Suisse Securities (USA) LLC, Bane of America Securities LLC, Deutsche Bank Securities Inc., Goldman, Sachs &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair &Company, L.L.C., BMO Capital Markets Corp., CMG Institutional Trading LLC, Samuel A. Ramirez &Company, Inc., Muriel Siebert &Co., Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P.,JPMorgan Chase &Co., Credit Suisse Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. in the above−captioned MDL. The Clerk of the Court is directed to terminate Ms. Wilson as counsel of record in the above−captioned MDL, and no further notices, documents or pleadings shall be served upon her. SO ORDERED. (Signed by Ronald Hedges, Special Master on 5/3/2011) (Per instr. fr/Team Ldr. use file date of 5/4/2011) (lnl) (Entered: 05/04/2011) |
| 05/04/2011 | 1133 | MEMORANDUM ORDER, plaintiffs may now reassert the Refco Fraud claims dismissed without prejudice in the Court's Order of March 30, 2010. The effected parties are instructed to confer with Special Masters and set a schedule for further proceedings on any claims so revived. (See MEMORANDUM ORDER as set forth) (Signed by Judge Jed S. Rakoff on 5/3/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR (lnl) (Entered: 05/04/2011) |
| 05/04/2011 | 1134 | ORDER: On March 2, 2010 Special Master Daniel J. Capra issued a Report and Recommendation in the above captioned cases addressing the omnibus issue of "primary violations." After the parties in these actions timely submitted objections to the Report and Recommendation and responses to those objections, the Court heard oral argument on April 13, 2010 and considered the entire matter de novo. The Court deferred, however, issuing a decision because of the pendency of other Reports and Recommendations that dealt with issues that might either impact the recommendations of the March 2 Report and Recommendation or render them moot. Having concluded that the matter is now ripe for decision, the Court finds itself in complete agreement with the Special Master's typically well−written and well reasoned Report and Recommendation. Accordingly the Court hereby adopts the Report and Recommendation in its entirety. SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/3/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:08−cv−08267−JSR (lnl) (Entered: 05/04/2011) |
| 05/04/2011 | 1135 | ORDER: On April 20, 2010, Special Master Daniel J. Capra issued a concise Report and Recommendation concluding that the claims against certain defendants who had reached a settlement with Refco Trustee should be dismissed with prejudice. For the reasons set forth by the Special Master, the Court agrees. Accordingly, the Court hereby adopts the April 20, 2010 Report and Recommendation in full as if incorporated herein and dismisses the so−called "settling defendants" from this action with prejudice. SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/3/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR (lnl) (Entered: 05/04/2011) |
| 05/04/2011 | 1136 | REPLY MEMORANDUM OF LAW in Support re: (1081 in 1:07−md−01902−JSR, 208 in 1:07−cv−08165−JSR) MOTION to Dismiss *Grant Thornton LLP's Third−Party Complaint For Contribution*.. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 05/04/2011) |
| 05/05/2011 | 1137 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES Special Master Ronald J. Hedges hereby orders as follows: Ginsberg &Burgos agrees to produce certain documents to the attorneys for Kavanagh and Owens and the DPM Defendants which had previously been with withheld on the ground of privilege with the understanding that Ginsberg &Burgos still contend that such documents |

| | | |
|---|---|---|
| | | are privileged but nonetheless desire to end the instant dispute regarding production, and as further set forth in this document. Production shall be subject to the existing 502(d) Order. (Signed by Special Master Ronald Hedges on 4/27/11) (cd) (Entered: 05/05/2011) |
| 05/10/2011 | 1138 | NOTICE OF CHANGE OF ADDRESS by Brian John Pendleton, Jr on behalf of Bank of New York Mellon Corporation, Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. New Address: DLA Piper LLP (US), 300 Campus Drive, Suite 100, Florham Park, NJ, 07932, 973–520–2561. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 05/10/2011) |
| 05/10/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Status Conference held on 5/10/2011. (jfe) (Entered: 05/23/2011) |
| 05/13/2011 | 1139 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: (169 in 1:08–cv–03086–JSR) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint*., (164 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc*., (183 in 1:08–cv–03086–JSR) MOTION to Dismiss *Counts XXIII and XXIV of the Amended Complaint*., (196 in 1:08–cv–03086–JSR) MOTION to Dismiss., (203 in 1:08–cv–03086–JSR) MOTION to Dismiss., (28 in 1:10–cv–03594–JSR) MOTION to Dismiss *Plaintiffs' Complaint*., (199 in 1:08–cv–03086–JSR) MOTION to Dismiss.. Document filed by Bank of America Securities LLC, Edward S. Best, CIM Ventures, Inc, Joseph Collins, Credit Suisse Securities (USA) LLC, Mari Ferris, Grant Thornton LLP, Ingram Micro, Inc., JP Morgan Chase &Co., Paul Koury, Liberty Corner Capital Strategies, LLC, Mayer Brown LLP, William T. Pigott, Pricewaterhousecoopers L.L.P., Mark Ramler, Banc of America Securities LLC, CIM Ventures Inc., Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas, JPMorgan Chase &Co., PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Tagliamonti, Beth) (Entered: 05/13/2011) |
| 05/13/2011 | 1140 | CASE MANAGEMENT ORDER #49: Pursuant to Case Management Order #49, the time for objections to the bills of the Special Masters for services rendered in April 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 5/12/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jpo) (Entered: 05/13/2011) |
| 05/16/2011 | 1141 | ORDER On May 10, 2011, the Court held a status conference to address pending issues in the above captioned In re Refco multi–dist litigation. During the conference, counsel for defendant Dennis A. Klejna moved to dismiss, with prejudice, the Counts against Klejna pled in the Krys v. Sugrue Amended Complaint. The Court determined that, because Klejna is similarly situated to the defendants dismissed with prejudice in the Court's May 4, 2011 Order, which adopted Special Master Capra's April 20, 2010 Report and Recommendation, the claims against Klejna should similarly be dismissed with prejudice. This written Order therefore confirms that the Krys v. Sugrue Amended Complaint is hereby dismissed with prejudice with respect to defendant Dennis A. Klejna.SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/12/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jmi) (Entered: 05/16/2011) |
| 05/16/2011 | 1142 | ORDER. Accordingly, during the May 10, 2011 status conference, the Court confirmed with all litigants involved in the In re Refco multi–district litigation that there are no live issues pending before the Court with respect to the Special Master's February 14, 2011 Report and Recommendation. This written Order therefore clarifies and confirms that the Court adopts the February 14, 2011 Report and Recommendation in all respects. ADOPTING REPORT AND RECOMMENDATIONS for (1058 in 1:07–md–01902–JSR, 197 in 1:07–cv–08165–JSR) Report and Recommendations – Special Master, (469 in 1:07–md–01902–JSR, 120 in 1:07–cv–08165–JSR) Motion to Dismiss filed by |

| | | Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP (Signed by Judge Jed S. Rakoff on 5/13/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(rjm) (Entered: 05/17/2011) |
|---|---|---|
| 05/18/2011 | 1143 | NOTICE OF APPEARANCE by Andrew M. Hetherington on behalf of Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Hetherington, Andrew) (Entered: 05/18/2011) |
| 05/19/2011 | 1144 | SPECIAL MASTER ORDER: Any party that has asserted claims against a Defaulting Party prior to the date of this Order must obtain a certificate of default pursuant to Fed. R. Civ. P. 55(a) and S.D.N.Y. Local Civil Rule 55.1 within 14 days of the date of entry of this order. Motions for default judgment as to liability only as against a Defaulting Party must be filed and served within the later of 30 days of entry of default or 30 days of the date of entry of this Order; assessment of damages against the Defaulting Party may await the outcome of the relevant plaintiffs' claims against non–defaulting defendants. 7/6/11 at 10 a.m. location to be determined. (Signed by Special Master Ronald Hedges on 5/20/2011) (jfe) (Entered: 05/19/2011) |
| 05/21/2011 | 1145 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER THE AMENDED COMPLAINT, that the time within which defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM–Mellon, LLC, and DPM Mellon, Ltd may answer the Amended Complaint is hereby extended through and including July 18, 2011. (Signed by Judge Jed S. Rakoff on 5/19/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(pl) (Entered: 05/23/2011) |
| 05/23/2011 | 1146 | ORDER OF ADMISSION PRO HAC VICE: Attorney Kevin M. Lovecchio for Mayer Brown LLP, Kevin M. Lovecchio for Mayer Brown LLP admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges 5/23/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) Modified on 6/1/2011 (jfe). (Entered: 05/23/2011) |
| 05/23/2011 | 1147 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER THE AMENDED COMPLAINT: IT IS HEREBY STIPULATED AND AGREED that the time within which defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM–Mellon, LLC, and DPM–Mellon, Ltd may answer the Amended Complaint is hereby extended through and including July l8, 2011. (Signed by Judge Jed S. Rakoff on 5/20/2011) (jfe) (Entered: 05/23/2011) |
| 05/25/2011 | 1148 | MEMORANDUM OF LAW in Opposition re: (19 in 1:11–cv–01486–JSR) MOTION to Dismiss *the Complaint*.. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management |

| | | LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) (Entered: 05/25/2011) |
|---|---|---|
| 05/25/2011 | 1149 | DECLARATION of Mason Simpson in Opposition re: (19 in 1:11–cv–01486–JSR) MOTION to Dismiss *the Complaint*.. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrate, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) (Entered: 05/25/2011) |
| 05/26/2011 | 1150 | Objection re: (900 in 1:07–md–01902–JSR, 400 in 1:08–cv–03065–JSR, 470 in 1:08–cv–03086–JSR) Report and Recommendations,, */Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Dismiss Brought by Defendants Owens and Kavanagh*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 05/26/2011) |
| 05/26/2011 | 1151 | OBJECTION to (900 in 1:07–md–01902–JSR, 400 in 1:08–cv–03065–JSR, 470 in 1:08–cv–03086–JSR) Report and Recommendations – *LIMITED OBJECTION OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE SPECIAL* |

| | | MASTERS REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS BROUGHT BY DEFENDANTS OWENS AND KAVANAGH. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Appendix 1 through 7, # 2 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 05/26/2011) |
|---|---|---|
| 05/26/2011 | 1152 | DECLARATION of Diana M.Feinstein in Support re: (1151 in 1:07–md–01902–JSR) Objection to Report and Recommendations,,. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 05/26/2011) |
| 05/26/2011 | 1168 | MOTION for Emily T.P. Rosen to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/26/2011 | 1169 | MOTION for Michael N. Nemelka to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/26/2011 | 1170 | MOTION for Michael R. Fawcett to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/26/2011 | 1171 | MOTION for Silvija A. Strikis to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/26/2011 | 1172 | MOTION for Mark C. Hansen to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/26/2011 | 1173 | MOTION for Rebecca A. Beynon to Appear Pro Hac Vice. Document filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(sjo) (Entered: 06/01/2011) |
| 05/27/2011 | 1153 | MEMORANDUM OF LAW in Opposition re: (169 in 1:08–cv–03086–JSR) MOTION to Dismiss : The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint., (167 in 1:08–cv–03065–JSR, 203 in 1:07–md–01902–JSR, 196 in 1:08–cv–03086–JSR) MOTION to Dismiss., (164 in 1:08–cv–03086–JSR) MOTION to Dismiss Counts Twenty–Three and Twenty–Four of the Complaint as against Ingram Micro Inc. and CIM Ventures, Inc., (171 in 1:08–cv–03065–JSR, 210 in 1:07–md–01902–JSR, 203 in 1:08–cv–03086–JSR) MOTION to Dismiss., (845 in 1:07–md–01902–JSR) MOTION to Dismiss Plaintiffs' Complaint., (183 in 1:08–cv–03086–JSR) MOTION to Dismiss Counts XXIII and XXIV of the Amended Complaint., (193 in 1:07–md–01902–JSR) MOTION to Dismiss :The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint., (28 in 1:10–cv–03594–JSR) MOTION to Dismiss Plaintiffs' Complaint., (199 in 1:08–cv–03086–JSR) MOTION to Dismiss. /Plaintiffs' Opposition to Defendants' Supplemental Brief Seeking Dismissal of the "Refco Fraud" Claims. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., |

| | | Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Molton, David) (Entered: 05/27/2011) |
| 05/31/2011 | 1154 | MOTION for Disbursement of Funds *NOTICE OF MOTION FOR AN ORDER MODIFYING THE REFCO SECURITIES CLASS ACTION NET SETTLEMENT FUND DISTRIBUTION PLAN TO PROVIDEFOR THE DISTRIBUTION TO THE PRIVATE ACTIONS TRUST OF CERTAIN SETTLEMENT PROCEEDS ASSIGNED TO THE PRIVATE ACTIONS TRUST BY SECURITIES CLASS MEMBERS.* Document filed by Marc S. Kirschner.Filed In Associated Cases: 1:07−md−01902−JSR et al.(Rand, Sascha) (Entered: 05/31/2011) |
| 05/31/2011 | 1155 | MEMORANDUM OF LAW in Support re: (25 in 1:11−cv−01486−JSR) MOTION for Disbursement of Funds *NOTICE OF MOTION FOR AN ORDER MODIFYING THE REFCO SECURITIES CLASS ACTION NET SETTLEMENT FUND DISTRIBUTION PLAN TO PROVIDEFOR THE DISTRIBUTION TO THE PRIVATE ACTIONS TRUST OF CERTAIN SETTLEMENT PROCEEDS ASSIGNED TO.* Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07−md−01902−JSR et al.(Rand, Sascha) (Entered: 05/31/2011) |
| 05/31/2011 | 1156 | FILING ERROR − DUPLICATED DOCKET ENTRY − DECLARATION of Sascha N. Rand in Support re: (25 in 1:11−cv−01486−JSR) MOTION for Disbursement of Funds *NOTICE OF MOTION FOR AN ORDER MODIFYING THE REFCO SECURITIES CLASS ACTION NET SETTLEMENT FUND DISTRIBUTION PLAN TO PROVIDEFOR THE DISTRIBUTION TO THE PRIVATE ACTIONS TRUST OF CERTAIN SETTLEMENT PROCEEDS ASSIGNED TO.* Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07−md−01902−JSR et al.(Rand, Sascha) Modified on 5/31/2011 (db). (Entered: 05/31/2011) |
| 05/31/2011 | 1157 | DECLARATION of Sascha N. Rand in Support re: (25 in 1:11−cv−01486−JSR) MOTION for Disbursement of Funds *NOTICE OF MOTION FOR AN ORDER MODIFYING THE REFCO SECURITIES CLASS ACTION NET SETTLEMENT FUND DISTRIBUTION PLAN TO PROVIDEFOR THE DISTRIBUTION TO THE PRIVATE ACTIONS TRUST OF CERTAIN SETTLEMENT PROCEEDS ASSIGNED TO.* Document filed by Marc S. Kirschner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:07−md−01902−JSR et al.(Rand, Sascha) (Entered: 05/31/2011) |
| 05/31/2011 | 1158 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Emily T.P. Rosen for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Emily T.P. Rosen for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Emily T.P. Rosen for |

| | | |
|---|---|---|
| | | Thomas H. Lee Equity Fund V, L.P.,Emily T.P. Rosen for Thomas H. Lee Equity Fund V, L.P.,Emily T.P. Rosen for Thomas H. Lee Parallel Fund V, L.P.,Emily T.P. Rosen for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) Modified on 5/31/2011 (jfe). (Entered: 05/31/2011) |
| 05/31/2011 | 1159 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Rebecca A. Beynon for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Equity Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Equity Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Equity Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Parallel Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Parallel Fund V, L.P.,Rebecca A. Beynon for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) Modified on 5/31/2011 (jfe). (Entered: 05/31/2011) |
| 05/31/2011 | 1160 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Mark C. Hansen for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Equity Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Equity Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Equity Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Parallel Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Parallel Fund V, L.P.,Mark C. Hansen for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) Modified on 5/31/2011 (jfe). (Entered: 05/31/2011) |
| 05/31/2011 | 1161 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Michael N. Nemelka for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Equity Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Equity Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Equity Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Parallel Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Parallel Fund V, L.P.,Michael N. Nemelka for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) (Entered: 05/31/2011) |
| 05/31/2011 | 1162 | ORDER FIR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Silvija A. Strikis for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Equity Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Equity Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Equity Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Parallel Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Parallel Fund V, L.P.,Silvija A. Strikis for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) (Entered: 05/31/2011) |
| 05/31/2011 | 1163 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Michael R. Fawcett for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Equity (Cayman) Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Equity Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Equity Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Equity Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Parallel Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Parallel Fund V, L.P.,Michael R. Fawcett for Thomas H. Lee Parallel Fund V, L.P. admitted Pro Hac Vice. (Signed by Special Master Hon. Ronald Hedges on 5/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) (Entered: 05/31/2011) |

| 05/31/2011 | 1164 | ORDER the Court finds itself in agreement with Special Master Capra's Report and Recommendation and hereby adopts it in full as if incorporated herein. The Court affirms the Special Master's ruling with respect to the litigation expenses.(This document has also been filed in 07cv8663 document #240). (Signed by Judge Jed S. Rakoff on 5/31/11) (pl) (pl). (Entered: 05/31/2011) |
|---|---|---|
| 05/31/2011 | 1165 | ORDER, denying (89) Motion for Summary Judgment in case 1:07–cv–08663–JSR; denying (916) Motion for Summary Judgment in case 1:07–md–01902–JSR Having therefore considered the entire matter novo, the Court hereby denies the summary judgment motion, essentially for the reasons stated in the Report and Recommendation, which the Court hereby adopts by reference. Also, if plaintiffs intend to offer at trial lay opinion testimony from Scott Schoen on the issue of damages (as to the admissibility of which at trial the Court makes no final determination at this time), plaintiffs must so notify the defendant, in writing, by June 3, 2011, in which case the defendant may take a two–hour telephonic deposition of Mr. Schoen on the issue of damages by no later than June 10, 2011.The Court will rule on the objections made, on May 31, 2011, as to the objections made to the Special Master's Report and Recommendation relating to plaintiffs' counterclaims. (Signed by Judge Jed S. Rakoff on 5/27/11) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(pl) Modified on 5/31/2011 (pl). (Entered: 05/31/2011) |
| 05/31/2011 | | Set/Reset Deadlines: Deposition due by 6/10/2011. (pl) (Entered: 05/31/2011) |
| 05/31/2011 | 1166 | SPECIAL MASTER ORDER FOR WITHDRAWAL OF COUNSEL: Dimitri L. Karapelou, Esquire of the Law Offices of Dimitri L. Karapelou, LLC is WITHDRAWN as Counsel to Plaintiff, George Miller, Chapter 7 Trustee for the Estate of Suffolk, LLC. Attorney Dimitri Luke Karapelou terminated. (Signed by the Honorable Ronald Hedges– Special Master on 5/31/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:09–cv–02866–JSR(tro) Modified on 5/31/2011 (tro). (Entered: 05/31/2011) |
| 05/31/2011 | 1167 | ORDER: Accordingly, the Court affirms the Special Master's ruling with respect to the litigation expenses. (Signed by Judge Jed S. Rakoff on 5/31/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jfe) (Entered: 05/31/2011) |
| 06/01/2011 | 1174 | MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 06/01/2011) |
| 06/01/2011 | 1175 | MEMORANDUM OF LAW in Support re: (249 in 1:07–cv–08663–JSR) MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 06/01/2011) |
| 06/01/2011 | 1176 | DECLARATION of Ruth A. Braun in Support re: (249 in 1:07–cv–08663–JSR) MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Braun, Ruth) (Entered: 06/01/2011) |
| 06/03/2011 | 1177 | ERRATUM. The second sentence of the Court's May 31, 2011 Order in the above–captioned action contained an inadvertent omission. The sentence is hereby corrected by replacing the words "[a]fter defendant timely submitted objections and plaintiffs responded thereto" with the following: "After both sides submitted objections to the Report and Recommendation and responses thereto".SO ORDERED. (Signed by Judge Jed S. Rakoff on 6/2/11); Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(djc) (Entered: 06/03/2011) |
| 06/03/2011 | 1178 | ORDER MODIFYING DISTRIBUTION PLAN. 1. This Order incorporates by reference the definitions in this Court's Order Approving Distribution Plan (the "Distribution Order") entered May 2, 2011, and all terms herein shall have the same meanings as set forth in the Distribution Order. 2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all settlement Class Members. 3. The Motion is GRANTED. (Signed by Judge Jed S. Rakoff on 6/2/11); Filed In Associated Cases: 1:07–md–01902–JSR, |

| | | 1:05–cv–08626–JSR. (djc) (Entered: 06/03/2011) |
|---|---|---|
| 06/03/2011 | 1179 | NOTICE OF APPEARANCE by Mason Chandler Simpson on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–03065–JSR, 1:08–cv–03086–JSR(Simpson, Mason) (Entered: 06/03/2011) |
| 06/03/2011 | 1180 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: (169 in 1:08–cv–03086–JSR) MOTION to Dismiss *: The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint*., (193 in 1:07–md–01902–JSR) MOTION to Dismiss *:The Bank Defendants' Notice of Motion to Dismiss Claims 16, 19, 21–22 and 26 of the Amended Complaint. /Defendants' Supplemental Reply Brief Seeking Dismissal of the "Refco Fraud" Claims*. Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Anker, Philip) (Entered: 06/03/2011) |
| 06/06/2011 | 1181 | NOTICE OF APPEARANCE by Mason Chandler Simpson on behalf of Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Simpson, Mason) (Entered: 06/06/2011) |
| 06/06/2011 | 1182 | NOTICE OF APPEARANCE by Mason Chandler Simpson on behalf of Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management |

| | | |
|---|---|---|
| | | LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Simpson, Mason) (Entered: 06/06/2011) |
| 06/08/2011 | 1200 | ORDER FOR ADMISSION PRO HAC VICE: It is hereby Ordered, that Derek J. Sarafa Winston &Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601–9703 is admitted to practice pro hac vice as counsel for Grant Thornton. (Signed by Special Master Judge Ronald Hedge on 6/8/2011) (mbe) (Entered: 07/08/2011) |
| 06/10/2011 | 1183 | MEMORANDUM OF LAW in Opposition re: (249 in 1:07–cv–08663–JSR, 1174 in 1:07–md–01902–JSR) MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 06/10/2011) |
| 06/13/2011 | 1184 | CASE MANAGEMENT PLAN ORDER #50 The Court has received the bills from the Special Masters for the month of May, which will be docketed for the parties' review. any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on 6/20/11. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 6/13/11) Filed In Associated Cases: 1:07–md–01902–JSR et al.(cd) (Entered: 06/13/2011) |
| 06/14/2011 | 1185 | SPECIAL MASTER HEDGES' INTERIM ORDER ON A PROPOSED BELL WETHER TRIAL: On or before June 24, 2011, the Trustee shall provide to Grant Thornton a certification for each of the four previously identified FX customer entities, as set forth in this Order. These four FX Customers entities shall be deposed on or before August 1, 2011. The Trustee has advised the Special Master that the Cargill entities are being subpoenaed and shall advise the Special Master if the Cargill entities do not agree to appear for deposition on or before August 1, 2011. The Trustee's expert report concerning damages shall be provided to Grant Thornton on or before August 30, 2011. Upon receipt of the materials set forth in the preceding paragraph, the Special Master will advise the parties whether he wishes to hold an additional conference prior to the status conference to be held with the Special Master and Judge Rakoff at the omnibus hearing date currently scheduled for September 14, 2011. (Signed by Special Master, Ronald Hedges, on 6/14/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(jpo) Modified on 6/15/2011 (jpo). Modified on 6/15/2011 (jpo). (Entered: 06/14/2011) |
| 06/14/2011 | | Set/Reset Deadlines: Deposition due by 8/1/2011. Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(jpo) (Entered: 06/14/2011) |
| 06/15/2011 | 1186 | RESPONSE re: (531 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Response of Defendants Mark Kavanagh* |

| | | |
|---|---|---|
| | | *and Brian Owens to Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Dismiss Brought by Defendants Owens and Kavanagh*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Karlan, Mitchell) (Entered: 06/15/2011) |
| 06/15/2011 | 1187 | RESPONSE re: (449 in 1:08–cv–03065–JSR, 532 in 1:08–cv–03086–JSR, 1151 in 1:07–md–01902–JSR) Objection to Report and Recommendations,, */Plaintiffs' Response to the Limited Objection of Defendants Mark Kavanagh and Brian Owens to the Special Masters Report and Recommendation on Motions to Dismiss Brought by Defendants Owens and Kavanagh*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/15/2011) |
| 06/17/2011 | 1188 | MOTION for Default Judgment as to *Thomas Hackl*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Proposed Report and Recommendation of the Special Master, # 2 Affidavit of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Dash, Andrew) (Entered: 06/17/2011) |

| | | |
|---|---|---|
| 06/17/2011 | 1189 | DECLARATION of Andrew Dash in Support re: (544 in 1:08−cv−03086−JSR) MOTION for Default Judgment as to *Thomas Hackl*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B (Part 1 of 3), #_3_ Exhibit B (Part 2 of 3), #_4_ Exhibit B (Part 3 of 3), #_5_ Exhibit C, #_6_ Exhibit D, #_7_ Exhibit E, #_8_ Exhibit F)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Dash, Andrew) (Entered: 06/17/2011) |
| 06/17/2011 | 1190 | MOTION for Default Judgment as to *Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1_ Proposed Report and Recommendation of the Special Master, #_2_ Affidavit of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Dash, Andrew) (Entered: 06/17/2011) |
| 06/17/2011 | 1191 | DECLARATION of Andrew Dash in Support re: (546 in 1:08−cv−03086−JSR) MOTION for Default Judgment as to *Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc.*... Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment |

| | | Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # _1_ Exhibit A, # _2_ Exhibit B (Part 1 of 3), # _3_ Exhibit B (Part 2 of 3), # _4_ Exhibit B (Part 3 of 3), # _5_ Exhibit C, # _6_ Exhibit D, # _7_ Exhibit E)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Dash, Andrew) (Entered: 06/17/2011) |
|---|---|---|
| 06/17/2011 | 1192 | REPLY MEMORANDUM OF LAW in Support re: (249 in 1:07-cv-08663-JSR) MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:07-cv-08663-JSR(Tagliamonti, Beth) (Entered: 06/17/2011) |
| 06/20/2011 | 1193 | OBJECTION to (900 in 1:07-md-01902-JSR, 400 in 1:08-cv-03065-JSR, 470 in 1:08-cv-03086-JSR) Report and Recommendations *SUPPLEMENTAL SUBMISSION OF DEFENDANTS KAVANAGH AND OWENS IN SUPPORT OF THEIR LIMITED OBJECTION TO THE SPECIAL MASTERS REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS BROUGHT BY KAVANAGH AND OWENS.* Document filed by Mark Kavanagh, Brian Owens. (Attachments: # _1_ Certificate of Service)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Karlan, Mitchell) (Entered: 06/20/2011) |
| 06/22/2011 | 1194 | CASE MANAGEMENT ORDER #51: Pursuant to Case Management Order #50, the time for objections to the bills of the Special Masters for services rendered in May 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 6/22/2011) Filed In Associated Cases: 1:07-md-01902-JSR et al.(jfe) (Entered: 06/22/2011) |
| 06/22/2011 | 1195 | ORDER: For the reasons stated in open Court on June 21, 2011, see transcript, defendant's "motion to Quash Rule 45 Subpoenas Served on Grant Thornton LLP" is granted. The Clerk of the Court is directed to close item number 249 under docket number 07 Civ. 8663. (Signed by Judge Jed S. Rakoff on 6/22/2011) Filed In Associated Cases: 1:07-md-01902-JSR, 1:07-cv-08663-JSR(jfe) (Entered: 06/22/2011) |
| 06/29/2011 | 1196 | ORDER FOR ADMISSION PRO HAC VICE: Saritha K. Tice is admitted to practice pro hac vice as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. (Signed by Judge Jed S. Rakoff on 6/29/2011) (ab) (Entered: 06/29/2011) |
| 06/29/2011 | 1197 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting (261) Motion for Christopher J. Walker to Appear Pro Hac Vice as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. (Signed by Judge Jed S. Rakoff on 6/29/2011) Filed In Associated Cases: 1:07-md-01902-JSR, 1:07-cv-08663-JSR (ab) (Entered: 06/29/2011) |
| 07/05/2011 | 1199 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF in pari delicto AND REFCO FRAUD CLAIMS, the Plaintiffs have standing to bring their Refco fraud claims, and there is no |

| | | justification for barring the Plaintiffs Refco fraud claims on grounds of in pari delicto. Defendants motion to dismiss the Plaintiffs Refco fraud claims on grounds of in pari delicto should be denied. (Signed by Daniel J. Capra, Special Master on 7/5/11) (pl) Modified on 7/7/2011 (ad). (Entered: 07/07/2011) |
|---|---|---|
| 07/06/2011 | 1198 | CASE MANAGEMENT ORDER #52: The Court has received the bills from the Special Masters for the month of June, which will be docketed for the parties' review. Any party who wishes to object any bill must submit such objection to the Court in writing no later than one week from today, on July 13, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 7/6/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 07/06/2011) |
| 07/12/2011 | 1201 | TRANSCRIPT of Proceedings re: In camera proceeding held on 7/8/2011 before Special Master Ronald J. Hedges. Court Reporter/Transcriber: Mickey Dinter, Registered Professional Reporter, Certified Court Reporter and Notary Public for the State of New Jersey. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(tro) (Entered: 07/12/2011) |
| 07/15/2011 | 1202 | Objection re: (551 in 1:08–cv–03086–JSR, 1199 in 1:07–md–01902–JSR, 467 in 1:08–cv–03065–JSR, 81 in 1:10–cv–03594–JSR) Report and Recommendations, /Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Refco Fraud Claims. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 07/15/2011) |
| 07/15/2011 | 1203 | OBJECTION to (551 in 1:08–cv–03086–JSR, 1199 in 1:07–md–01902–JSR) Report and Recommendations (Defendants' Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Refco Fraud Claims) Document filed by Bank of America Securities LLC, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Winer, Jeremy) (Entered: 07/15/2011) |
| 07/15/2011 | 1204 | DECLARATION of Jeremy S. Winer in Support re: (1203 in 1:07–md–01902–JSR, 553 in 1:08–cv–03086–JSR) Objection to Report and Recommendations,. Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co.. (Attachments: #1 Exhibit |

| | | |
|---|---|---|
| | | A, # 2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Winer, Jeremy) (Entered: 07/15/2011) |
| 07/18/2011 | 1205 | ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER THE AMENDED COMPLAINT: It is ordered that the time within defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM–Mellon, LLC, DPM–Mellon, Ltd and the Bank of New York Mellon Corporation may answer the Amended Complaint is hereby extended through and including August 1, 2011. (Signed by Special Master Ronald Hedges on 7/18/2011) (rdz) Modified on 7/21/2011 (rdz). (Entered: 07/19/2011) |
| 07/19/2011 | 1206 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT THOMAS HACKL re: (1188 in 1:07–md–01902–JSR, 460 in 1:08–cv–03065–JSR, 544 in 1:08–cv–03086–JSR) MOTION for Default Judgment as to *Thomas Hackl* filed by Kenneth M Krys, Kenneth M Krys, The Harbour Trust Co. Ltd., Margot Macinnis. Default judgment shall be entered against defendant Thomas Hackl for Fraud, Breach of Fiduciary Duty, Conversion, Aiding and Abetting Conversion, and Interference with a Contract/Prospective Contract. The assessment of damages, costs, and interest shall await the outcome of the plaintiffs' claims against non–defaulting defendants. (Signed by judge on 7/19/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR. [Deadlines not set pursuant to instructions from Chambers.](tro) (Entered: 07/20/2011) |
| 07/21/2011 | 1207 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES, SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: Mr. Ginsberg shall produce, and such production of these documents does not constitute a waiver of any privilege, attorney–client or attorney work product or otherwise, that Mr. Ginsberg or his clients would otherwise be entitled to assert with respect to any other documents, communications and information, unredacted copies of the documents or portions of documents where indicated that are listed in this Order along with additional relief as set forth in this Order. (Signed by Hon. Ronald Hedges, Special Master on 7/21/11) (pl) (Entered: 07/21/2011) |
| 07/22/2011 | 1208 | CASE MANAGEMENT ORDER #53: Pursuant to Case Management Order #52, the time for objections to the bills of the Special Masters for services rendered in June 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 7/15/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(tro) (Entered: 07/22/2011) |
| 07/25/2011 | 1209 | RESPONSE re: (552 in 1:08–cv–03086–JSR, 1202 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Defendants' Response to Plaintiffs' Limited Objection With Respect To The Omnibus Issue of In Pari Delicto and Refco Fraud Claims*. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Koo, Calvin) (Entered: 07/25/2011) |
| 07/25/2011 | 1210 | RESPONSE re: (1203 in 1:07–md–01902–JSR, 553 in 1:08–cv–03086–JSR) Objection to Report and Recommendations, */Plaintiffs' Response to Defendants' Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of In Pari Delicto and Refco Fraud Claims*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger |

Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 07/25/2011)

| | | |
|---|---|---|
| 07/27/2011 | 1211 | ORDER CONCERNING OBJECTIONS TO MODIFIED PLAN OF DISTRIBUTION: This Order incorporates by reference the definitions in this Court's Order Approving Distribution Plan enter May 2, 2011, and its June 2, 2011 Order and all terms herein shall have the same meanings as set forth in the Distribution Order. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all settlement Class Members. The portion of the settlement proceeds assigned by the Objecting Assigning Class Members (excluding proceeds from the settlement with BAWAG, proceeds recovered on behalf of Refco bond purchasers, and proceeds recovered from victim restitution funds established by the Government) shall be distributed by the Garden City Group, Inc., the Court–approved claims administrator in the Refco Securities Class Action, directly to the PAT. The remaining net settlement proceeds shall be paid directly to the Objecting Assigning Class Members. All provisions of the Order and Distribution Order shall remain unmodified. (Signed by Judge Jed S. Rakoff on 7/26/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08626–JSR(mro) Modified on 7/28/2011 (mro). (Entered: 07/27/2011) |
| 07/27/2011 | 1212 | MEMORANDUM OF LAW in Support re: (546 in 1:08–cv–03086–JSR, 462 in 1:08–cv–03065–JSR, 1190 in 1:07–md–01902–JSR) MOTION for Default Judgment as to *Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc.. /Plaintiffs' Memorandum of Law Regarding Service of Motions for Default Judgments on Defendants Phillip Bennett and Refco Group Holdings Inc..* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special |

| | | |
|---|---|---|
| | | Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Simpson, Mason) (Entered: 07/27/2011) |
| 07/27/2011 | 1213 | DECLARATION of Mason C. Simpson in Support re: (546 in 1:08–cv–03086–JSR, 462 in 1:08–cv–03065–JSR, 1190 in 1:07–md–01902–JSR) MOTION for Default Judgment as to *Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc...* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Simpson, Mason) (Entered: 07/27/2011) |
| 07/28/2011 | 1214 | MEMORANDUM OF LAW in Support re: (546 in 1:08–cv–03086–JSR, 462 in 1:08–cv–03065–JSR, 1190 in 1:07–md–01902–JSR) MOTION for Default Judgment as to *Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc.. /Corrected Version of Plaintiffs' Memorandum of Law Regarding Service of Motions for Default Judgments on Defendants Phillip Bennett and Refco Group Holdings Inc...* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: |

| | | 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Simpson, Mason) (Entered: 07/28/2011) |
|---|---|---|
| 07/29/2011 | 1215 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES, SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: The July 21, 2011 Order is stayed pending adjudication of the appeal. (Signed by Honorable Ronald Hedges, Special Master on 7/28/11) (pl) Modified on 7/29/2011 (pl). (Entered: 07/29/2011) |
| 08/01/2011 | 1216 | ANSWER to Complaint with JURY DEMAND., COUNTERCLAIM against Kenneth M. Krys. Document filed by Robert Aaron.(Stein, Elliott) (Entered: 08/01/2011) |
| 08/01/2011 | 1217 | ANSWER to Complaint. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd..(Pendleton, Brian) (Entered: 08/01/2011) |
| 08/03/2011 | 1218 | CASE MANAGEMENT ORDER #54: The Court has received the bills from the Special Masters for the month of July, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on August 10, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 8/2/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 08/03/2011) |
| 08/03/2011 | 1219 | MEMORANDUM OF LAW re: (1215 in 1:07–md–01902–JSR) Order, *BRIEF OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS ON APPEAL OF SPECIAL MASTER HEDGES DISPOSITION OF DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS*. Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Karlan, Mitchell) (Entered: 08/03/2011) |
| 08/03/2011 | 1220 | MEMORANDUM OF LAW in Support re: (1219 in 1:07–md–01902–JSR, 565 in 1:08–cv–03086–JSR, 229 in 1:08–cv–07416–JSR, 476 in 1:08–cv–03065–JSR) Memorandum of Law, *re: (1215 in 1:07–md–01902–JSR)*. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 08/03/2011) |
| 08/03/2011 | 1221 | DECLARATION of Abraham W. Shaw re: (1215 in 1:07–md–01902–JSR) Order, *IN SUPPORT OF BRIEF OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS ON APPEAL OF SPECIAL MASTER HEDGES DISPOSITION OF DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS*. Document filed by Mark Kavanagh, Brian Owens. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, Part 1, # 6 Exhibit 5, Part 2, # 7 Exhibit 5, Part 3, # 8 Exhibit 5, Part 4, # 9 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Karlan, Mitchell) (Entered: 08/03/2011) |
| 08/03/2011 | 1222 | SPECIAL MASTER ORDER RELATED TO JULY 21, 2011 DISCOVERY CONFERENCE CALL REGARDING THE DPM DEFENDANTS' SUBPOENAS TO CHRISTOPHER ALIPRANDI AND PATRICK MCMAHON: Counsel will meet and confer to determine whether there are file types, such as images, that can be excluded from searches, review and production in response to the subpoenas. Counsel will also meet and confer to agree on search terms to search the sample set ordered on March 1, 2011, as well as the remaining unprocessed data, with Aliprandi and McMahon bearing the estimated vendor cost of $1,600. Another telephone conference will be held on 9/13/2011 at 3 pm, to determine the status and progress of the dispute concerning the production of the PlusFunds–related documents in the possession of Aliprandi and McMahon. (Signed by Special Master Hon. Ronald Hedges on 8/3/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(mro) Modified on 8/4/2011 (mro). (Entered: 08/04/2011) |

| 08/03/2011 | | Set/Reset Hearings: Telephone Conference set for 9/13/2011 at 03:00 PM before Special Master Hon. Ronald Hedges. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(mro) (Entered: 08/04/2011) |
|---|---|---|
| 08/10/2011 | 1223 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTIONS TO DISMISS BY DEFENDANTS PRICEWATERSHOUSECOOPERS AND MARI FERRIS: The Special Master makes the following recommendations: With respect to Count VI: This Count should be dismissed in its entirety with prejudice. With respect to Count VII: This Count should be dismissed in its entirety with prejudice. With respect to Count VIII: This Count should be dismissed in its entirety with prejudice. With respect to Count XVII: 1. The Plaintiffs claim against Ferris should be dismissed with prejudice because the Plaintiffs have not adequately alleged scienter. 2. The Plaintiffs claim against PwC for its conduct in auditing SPhinX and PlusFunds should be dismissed with prejudice because as to that claim the Plaintiffs have not adequately alleged scienter. 3. The Plaintiffs claim against PWC for its Refco advisory work should be dismissed with prejudice for lack of proximate cause insofar as it seeks damages for the loss of assets retained at Refco after PwCs acts of aiding and abetting. 4. PwCs motion to dismiss should be denied as to the claim against PwC for conduct in its Refco advisory work that caused SPhinX/PlusFunds to place assets at Refco. With respect to Count XVIII: The claims against PwC should be dismissed with prejudice. With respect to Count XIX: The claims against PwC and Ferris should be dismissed with prejudice. (Signed by Special Master Daniel J. Capra on 8/10/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 08/10/2011) |
| 08/10/2011 | 1224 | RESPONSE re: (1219 in 1:07–md–01902–JSR, 565 in 1:08–cv–03086–JSR, 229 in 1:08–cv–07416–JSR, 476 in 1:08–cv–03065–JSR) Memorandum of Law, /THE KRYS PLAINTIFFS' RESPONSE TO THE BRIEF OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS ON APPEAL OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys, Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 08/10/2011) |
| 08/10/2011 | 1225 | MEMORANDUM OF LAW in Opposition re: (1215 in 1:07–md–01902–JSR) Order, BRIEF OF NON–PARTIES PETER R. GINSBERG, PATRINA FARQUHARSON AND ANDREW FEIGHERY IN OPPOSITION TO APPEAL OF SPECIAL MASTER HEDGES ORDER ON DISCOVERY DISPUTES DATED JULY 21, 2011. Document filed by Peter R Ginsberg. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Ginsberg, Peter) (Entered: 08/10/2011) |

| 08/10/2011 | 1226 | DECLARATION of Christina N. Burgos re: (1215 in 1:07–md–01902–JSR) Order, *Declaration of Christina N. Burgos in Support of Opposition to Appeal*. Document filed by Peter R Ginsberg. (Attachments: # 1 Exhibit Exhibit 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Ginsberg, Peter) (Entered: 08/10/2011) |
|---|---|---|
| 08/17/2011 | 1227 | CASE MANAGEMENT ORDER #55: Pursuant to Case Management Order #54, the time for objections to the bills of the Special Masters for services rendered in July 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 8/1/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ab) (Entered: 08/17/2011) |
| 08/17/2011 | 1228 | MOTION to Strike *the Untimately Disclosed Expert Opinion of Peter Kaufman*. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 08/17/2011) |
| 08/17/2011 | 1229 | MEMORANDUM OF LAW in Support re: (1228 in 1:07–md–01902–JSR, 272 in 1:07–cv–08663–JSR) MOTION to Strike *the Untimately Disclosed Expert Opinion of Peter Kaufman*.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 08/17/2011) |
| 08/17/2011 | 1230 | DECLARATION of Christopher J. Walker in Support re: (1228 in 1:07–md–01902–JSR, 272 in 1:07–cv–08663–JSR) MOTION to Strike *the Untimately Disclosed Expert Opinion of Peter Kaufman*.. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Huff, Kevin) (Entered: 08/17/2011) |
| 08/22/2011 | 1231 | ANSWER to 1216 Counterclaim. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Attachments: # 1 Certificate of Service)(Dash, Andrew) (Entered: 08/22/2011) |
| 08/22/2011 | 1232 | MEMORANDUM OF LAW in Opposition re: (272 in 1:07–cv–08663–JSR) MOTION to Strike *the Untimately Disclosed Expert Opinion of Peter Kaufman*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 08/22/2011) |
| 08/22/2011 | 1233 | DECLARATION of Beth A. Tagliamonti in Opposition re: (272 in 1:07–cv–08663–JSR) MOTION to Strike *the Untimately Disclosed Expert Opinion of Peter Kaufman*.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Tagliamonti, Beth) (Entered: 08/22/2011) |
| 08/24/2011 | 1234 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CHRISTOPHER SUGRUE, PHILIP BENNETT AND REFCO GROUP HOLDINGS, INC: re (546 in 1:08–cv–03086–JSR, 462 in 1:08–cv–03065–JSR, |

| | | |
|---|---|---|
| | | 1190 in 1:07−md−01902−JSR) MOTION for Default Judgment as to Macinnis. IT IS RESPECTFULLY RECOMMENDED that default judgment be entered as set forth herein. IT IS FURTHER RECOMMENDED that the default against defendant Christopher Sugrue be vacated and that Plaintiffs be given leave to effect service on that defendant consistent with Rule 4(f), noting that the time limit for service under Rule 4(m) "does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)." Objections to RRdue by 9/12/2011. (Signed by Robert J. Hedges, Special Master on 8/1/2011). Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR (djc)(djc) (Entered: 08/24/2011) |
| 08/24/2011 | 1235 | MOTION to Dismiss _Grant Thornton LLP's Third−Party Complaint For Contribution_. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P..Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 08/24/2011) |
| 08/24/2011 | 1236 | MEMORANDUM OF LAW in Support re: (234 in 1:07−cv−08165−JSR, 1235 in 1:07−md−01902−JSR) MOTION to Dismiss _Grant Thornton LLP's Third−Party Complaint For Contribution.._ Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 08/24/2011) |
| 08/24/2011 | 1237 | DECLARATION of Kevin B. Huff in Support re: (234 in 1:07−cv−08165−JSR, 1235 in 1:07−md−01902−JSR) MOTION to Dismiss _Grant Thornton LLP's Third−Party Complaint For Contribution.._ Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. (Attachments: #1 Exhibit 1)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 08/24/2011) |
| 08/24/2011 | 1238 | CERTIFICATE OF SERVICE. Document filed by David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V, LLC, THL ManagersV, LLC, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Huff, Kevin) (Entered: 08/24/2011) |
| 08/25/2011 | 1239 | SPECIAL MASTER HEDGES' INTERIM ORDER REGARDING THE TRUSTEE'S EXPERT REPORT CONCERNING DAMAGES: SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following interim order: 1. The Trustee's expert report concerning damages shall be provided to Grant Thornton on or before September 19, 2011. A copy of the report shall be provided to Special Master Hedges. 2. Special Master Hedges will hold a status conference on September 13, 2011 at 4:00 p.m. 3. Prior to the conference, counsel for the Trustee shall provide Special Master Hedges with transcripts of the FX Customer depositions that have taken place. 4. This is an interim order. No determination has been made as to whether additional FX Customers must be made available for deposition or whether a "bellwether" trial will be held. (Signed by Special Master Ronald Hedges on 8/25/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(jfe) (Entered: 08/25/2011) |
| 08/25/2011 | | Set/Reset Hearings: Status Conference set for 9/13/2011 at 04:00 PM before Special Master. Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(jfe) (Entered: 08/25/2011) |
| 08/25/2011 | 1240 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: (207 in 1:08−cv−03086−JSR, 175 in 1:08−cv−03065−JSR, 214 in 1:07−md−01902−JSR) MOTION to Dismiss.. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas |

| | | |
|---|---|---|
| | | H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 08/25/2011) |
| 08/25/2011 | 1241 | DECLARATION of Walter Rieman in Support re: (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 08/25/2011) |
| 08/29/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/29/2011. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ft) (Entered: 09/06/2011) |
| 09/02/2011 | 1242 | CASE MANAGEMENT ORDER #56: that the Court has received the bill from Special Master Daniel Capra for the month of August, which will be docketed for the parties' review. Any party who wishes to object to the bill must submit such objection to the Court in writing no later than one week from today, on September 8, 2011. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account. (Signed by Judge Jed S. Rakoff on 9/1/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(pl) (Entered: 09/02/2011) |
| 09/02/2011 | 1243 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, With prejudice against the defendant(s) Grant Thornton LLP pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P..Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(Hansen, Mark) (Entered: 09/02/2011) |
| 09/06/2011 | 1244 | REVISED REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CHRISTOPHER SUGRUE, PHILIP BENNETT AND REFCO GROUP HOLDINGS, INC. re: (546 in 1:08–cv–03086–JSR, 462 in 1:08–cv–03065–JSR, 1190 in 1:07–md–01902–JSR) MOTION for Default Judgment filed by Kenneth M Krys, Kenneth M. Krys, The Harbour Trust Co. Ltd. and Margot Macinnis: It is recommended that default judgment be entered against Philip Bennett, Refco Group Holdings, Inc. and Christopher Sugrue as set forth on this report. Objections to RRdue by 9/23/2011 (Signed by Ronald J, Hedges, Special Master on 9/6/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR (ab) (Entered: 09/06/2011) |
| 09/06/2011 | 1245 | Objection re: (570 in 1:08–cv–03086–JSR, 1223 in 1:07–md–01902–JSR, 479 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,,, – *PRICEWATERHOUSECOOPER LLPS LIMITED OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. (Attachments: #1 Appendix List, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Exhibit D, #6 Exhibit E, #7 Exhibit F, #8 Exhibit G)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 09/06/2011) |

| 09/06/2011 | 1246 | Objection re: (479 in 1:08–cv–03065–JSR, 570 in 1:08–cv–03086–JSR, 1223 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,, /*Krys Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Dismiss Brought by Defendants PricewaterhouseCoopers and Mari Ferris*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/06/2011) |
| 09/06/2011 | 1247 | AFFIDAVIT of R. DAVID WALLACE, CPA, CFF in Opposition re: (570 in 1:08–cv–03086–JSR, 1223 in 1:07–md–01902–JSR, 479 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19, #20 Exhibit 20, #21 Exhibit 21)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/06/2011) |
| 09/06/2011 | 1249 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE OMNIBUS ISSUE OF THE APPLICABILITY: The Special Master makes the following recommendations, 1. The motions to dismiss under SLUSA should be |

| | | denied because the Plaintiffs action is not a covered class action within the meaning of the statute. 2. If the Court nonetheless finds that the Plantiffs' action is a covered class action, then the following claims should be dismissed with prejudice under SLUSA because they allege damages in connection with a purchase or sale of a security, and sound in fraud: Count VI, insofar as the claim is based on PwCs Refco engagement. Count XIII, insofar as the claim is based on false statements made during the LBO and IPO. Count XVII, the claims against Grant Thornton/Ramler, PwC, and the Mayer Brown defendants. Count XVIII, the claims against Grant Thornton/Ramler, PwC, and the Mayer Brown defendants. Count XIX, the claims against Grant Thornton/Ramler, PwC, and the Mayer Brown defendants. Count XXI in its entirety. Count XXII in its entirety. Count XXV, insofar as the claim is based on THLs preparations for and engineering of the IPO. 3. None of the other claims brought by the Plaintiffs should be dismissed under SLUSA, even if this is a covered class action either because they do not involve damages in connection with a sale or purchase of a security, or do not sound in fraud, or both. Objections to RRdue by 9/23/2011 (Signed by judge on 9/5/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ae) (Entered: 09/08/2011) |
|---|---|---|
| 09/07/2011 | 1248 | JOINT STIPULATION OF DISMISSAL OF TIIIRD–PARTY COMPLAINT WITH PREJUDICE: The third–party complaint and all claims and defenses asserted thereto be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. The parties also hereby withdraw and terminate all pending motions submitted in connection with this third–party complaint. (Signed by Judge Jed S. Rakoff on 9/6/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR (ft) (Entered: 09/07/2011) |
| 09/12/2011 | 1250 | ORDER: re: 551 in 1:08–cv–03086–JSR, 1199 in 1:07–md–01902–JSR, 467 in 1:08–cv–03065–JSR, 81 in 1:10–cv–03594–JSR, Report and Recommendations. On July 5, 2011, Special Master Daniel J. Capra issued a Report and Recommendation recommending that defendants' motion to dismiss certain of plaintiffs' claims based on the doctrine of in pari delicto be denied. The Court finds itself in agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein. (Signed by Judge Jed S. Rakoff on 9/9/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(jar) (Entered: 09/12/2011) |
| 09/12/2011 | 1251 | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to Federal Rule of Civil Procedure 41 (a)(l), Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee'Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., and Defendant Grant Thornton LLP hereby stipulate and agree that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. (Signed by Judge Jed S. Rakoff on 9/6/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(jar) (Entered: 09/12/2011) |
| 09/13/2011 | 1252 | MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund |

| | | |
|---|---|---|
| | | Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). Responses due by 9/27/2011 (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 09/13/2011) |
| 09/13/2011 | 1253 | MEMORANDUM OF LAW in Support re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova. /Plaintiffs' Memorandum of Law in Support of Motion to Dismiss Counterclaims Asserted by DPM Defendants and Guy Castranova.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 09/13/2011) |
| 09/13/2011 | 1254 | DECLARATION of Mason Simpson in Support re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova..* Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 09/13/2011) |
| 09/16/2011 | 1255 | Objection re: (1249 in 1:07–md–01902–JSR, 587 in 1:08–cv–03086–JSR, 494 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,,, */Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of the Applicability of SLUSA.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|------|----------------------------------------|
|            |      | &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al) and Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 09/16/2011) |
| 09/16/2011 | 1256 | DECLARATION of Mason Simpson re: (1255 in 1:07−md−01902−JSR, 593 in 1:08−cv−03086−JSR, 496 in 1:08−cv−03065−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), (1249 in 1:07−md−01902−JSR, 587 in 1:08−cv−03086−JSR, 494 in 1:08−cv−03065−JSR) Report and Recommendations − Special Master,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 09/16/2011) |
| 09/16/2011 | 1257 | Objection re: (1249 in 1:07−md−01902−JSR, 587 in 1:08−cv−03086−JSR) Report and Recommendations − Special Master,,,,,, *Defendants' Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of the Applicability of SLUSA*. Document filed by 1997 Thomas H. Lee Nominee Trust, Bank of America Securities LLC, Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Mari Ferris, Grant Thornton LLP, David V. Harkins, JP Morgan Chase &Co., Scott L. Jaeckel, Paul Koury, Thomas H. Lee, Mayer Brown LLP, Pricewaterhousecoopers L.L.P., Mark Ramler, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, The Harbour Trust Co. Ltd., Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 09/16/2011) |

| | | |
|---|---|---|
| 09/16/2011 | 1258 | Objection re: (1249 in 1:07–md–01902–JSR, 587 in 1:08–cv–03086–JSR, 494 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,,, *Defendants' Separate Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of the Applicability of SLUSA*. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 09/16/2011) |
| 09/16/2011 | 1259 | SPECIAL MASTER HEDGES' INTERIM ORDER REGARDING GRANT THORNTON LLP'S MOTION TO COMPEL AND ORDER REGARDING SCHEDULING: The parties shall complete the Rule 30(b)(6) deposition of Lyx or on or before October 21, 2011. Grant Thornton may select three additional FX customers to depose. Grant Thornton must complete these additional FX customer depositions on or before October 21, 2011. Counsel for the Private Actions Trustee shall cooperate with Grant Thornton in seeking to have the depositions noticed and held voluntarily, but if the FX customers do not agree to appear voluntarily, Grant Thornton is responsible for compelling the depositions through formal process. Grant Thornton's motion to depose more than three additional FX customers is denied without prejudice. Grant Thornton may seek to renew its motion based on testimony elicited at the remaining FX customer depositions completed on or before October 21, 2011. The Trustee shall provide its damages expert report to Grant Thornton on or before September 19, 2011. The Trustee shall provide its remaining expert disclosures and reports to Grant Thornton on or before October 21, 2011. Special Master Hedges will hold a status conference on October 24, 2011 at 4:00 p.m. to address (i) any request by Grant Thornton for additional depositions of FX customers; (ii) the schedule for expert rebuttal reports and expert discovery; and (iii) the schedule for summary judgment motions. (Signed by Special Master Ronald Hedges on 9/16/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(jfe) Modified on 9/19/2011 (jfe). (Entered: 09/19/2011) |
| 09/16/2011 | | Set/Reset Hearings:( Status Conference set for 10/24/2011 at 04:00 PM before Judge Jed S. Rakoff.), Set/Reset Deadlines: Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(jfe) (Entered: 09/19/2011) |
| 09/16/2011 | | Set/Reset Deadlines: Deposition due by 10/21/2011. Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(jfe) (Entered: 09/19/2011) |
| 09/21/2011 | 1260 | RESPONSE in Opposition re: (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss. */Plaintiffs' Response to the Supplemental Memorandum of Law in Further Support of the THL Defendants' Motion to Dismiss*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, |

| | | |
|---|---|---|
| | | Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/21/2011) |
| 09/21/2011 | 1261 | DECLARATION of Mason Simpson in Opposition re: (207 in 1:08–cv–03086–JSR, 175 in 1:08–cv–03065–JSR, 214 in 1:07–md–01902–JSR) MOTION to Dismiss.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F (Part 1 of 2), #_7 Exhibit F (Part 2 of 2), #_8 Exhibit G, #_9 Exhibit H, #_10 Exhibit I, #_11 Exhibit J)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/21/2011) |
| 09/26/2011 | 1262 | RESPONSE re: (1255 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *(Defendants' Response to Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of the Applicability of Slusa)*. Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co.. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 09/26/2011) |
| 09/26/2011 | 1263 | RESPONSE re: (596 in 1:08–cv–03086–JSR, 1258 in 1:07–md–01902–JSR, 498 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), (1257 in 1:07–md–01902–JSR, 595 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) */) SPhinX Plaintiffs' Response to Defendants' Joint Objection and to the THL Defendants' Separate Objection to the September 5, 2011 Report and Recommendation of the Special Master on the Omnibus Issue of the Applicability of SLUSA*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital |

| | | Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/26/2011) |
|---|---|---|
| 09/26/2011 | 1264 | DECLARATION of Mason Simpson in Support re: (1263 in 1:07–md–01902–JSR, 501 in 1:08–cv–03065–JSR, 600 in 1:08–cv–03086–JSR) Response,,,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/26/2011) |
| 09/27/2011 | 1265 | RESPONSE re: (582 in 1:08–cv–03086–JSR, 491 in 1:08–cv–03065–JSR, 1245 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) /Krys Plaintiffs' Response to PricewaterhouseCoopers LLP's Limited Objection to the Report and Recommendation of the Special Master on Its Motion to Dismiss the First Amended Complaint. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as |

| | | joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/27/2011) |
|---|---|---|
| 09/27/2011 | 1266 | DECLARATION of Mason C. Simpson in Support re: (602 in 1:08–cv–03086–JSR, 1265 in 1:07–md–01902–JSR, 503 in 1:08–cv–03065–JSR) Response,,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Kenneth M Krys. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 09/27/2011) |
| 09/27/2011 | 1267 | RESPONSE re: (570 in 1:08–cv–03086–JSR, 1223 in 1:07–md–01902–JSR, 479 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,,, (1246 in 1:07–md–01902–JSR, 583 in 1:08–cv–03086–JSR, 492 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) –*RESPONSE OF PRICEWATERHOUSECOOPERS LLP AND MARI FERRIS TO THE KRYS PLAINTIFFS LIMITED OBJECTION TO THE REPORT AND RECOMMENDATION AS TO PWC AND MS. FERRIS*. Document filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibits D to K)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Murphy, John) (Entered: 09/27/2011) |
| 09/30/2011 | 1268 | DECLARATION of B. John Pendleton, Jr. in Opposition re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova.*. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibits, # 2 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 09/30/2011) |
| 09/30/2011 | 1269 | MEMORANDUM OF LAW in Opposition re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova.*. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio |

| | | |
|---|---|---|
| | | Management, Ltd.. (Attachments: # 1 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 09/30/2011) |
| 09/30/2011 | 1270 | CASE MANAGEMENT ORDER #57: Pursuant to Case Management Order #56, the time for objections to the bill of Special Master Daniel Capra for services rendered in August 2011 has elapsed. Since the Court did not receive any objection to that bill, the Court hereby directs the Case Accountant to pay the bill forthwith. (Signed by Judge Jed S. Rakoff on 9/29/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ft) (Entered: 09/30/2011) |
| 10/03/2011 | 1271 | ORDER RELATED TO SEPTEMBER 14, 2011 DISCOVERY CONFERENCE REGARDING THE DPM DEFENDANTS' SUBPOENAS TO CHRISTOPHER ALIPRANDI AND PATRICK MCMAHON: that Counsel, having met and conferred regarding the use of terms to search the sample set of data ordered on March 1, 2011, as well as the remaining unprocessed data, will continue to meet and confer to confirm that the scope of the Protective Order in this matter, with provisions pursuant to Federal Rule of Civil Procedure 26(c) and Federal Rule of Evidence 502( d), is broad enough to encompass the document production of non–parties Aliprandi and McMahon, and, if necessary, counsel are to agree on a separate protective order applicable to the document production of non–parties Aliprandi and McMahon. Another telephone conference will be held on October 25, 2011 at 2 pm to determine the status and progress of the production. Additional relief as set forth in this Order. ( Telephone Conference set for 10/25/2011 at 02:00 PM before Judge Jed S. Rakoff.) (Signed by Honorable Ronald J. Hedges, Special Master on 9/30/2011) (pl) (Entered: 10/03/2011) |
| 10/03/2011 | 1272 | MEMORANDUM ORDER: Defendants Mark Kavanagh and Brian Owens move to compel the production of documents subpoenaed from Peter Ginsberg, Esq., attorney for non parties Patrina Farquharson and Andrew Feighery. After careful consideration of the parties! written submissions, oral arguments, and the in camera review of the disputed documents (consisting largely of emails), the Court partly affirms and partly reverses the Special Master's Order. Accordingly, this Court directs the Special Master to hold an evidentiary adversary hearing to determine whether Knight genuinely acted as Ginsberg's "consultant" in this case, and, if so, in what respects. Accordingly, if defendants still seek production of those 205 documents, they are directed to apply to the Special Master no later than October 14, 2011 to compel production of these documents. This matter is therefore remanded to the Special Master for further proceedings consistent with this Memorandum Order. The Clerk of the Court is hereby directed to close docket number 1020 on the docket sheet for No. 07 MDL 1902, docket number 419 on the docket sheet for No. 08 Civ. 3065, and docket number 490 on the docket sheet for No. 08 Civ. 3086. terminating (1020) Motion to Compel in case 1:07–md–01902–JSR; terminating (419) Motion to Compel in case 1:08–cv–03065–JSR; terminating (490) Motion to Compel in case 1:08–cv–03086–JSR. (Signed by Judge Jed S. Rakoff on 9/30/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(pl) Modified on 10/3/2011 (pl). (Entered: 10/03/2011) |
| 10/05/2011 | 1273 | SPECIAL MASTER ORDER DIRECTING PAYMENT. The Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Special Master, Ronald Hedges on 10/5/11) (rjm) (Entered: 10/05/2011) |
| 10/05/2011 | 1274 | CASE MANAGEMENT ORDER #58: The Court has received the bill from Special Master Daniel Capra for the month of September and the bill from Special Master Hedges for the months of August and September, which will be docketed for the parties' review. $100 will be subtracted from Special Master Hedges's bill as he was unable to file the order reference listed for September 30 on that date. Any party who wishes to object to the bills must submit such objection to the Court in writing no later than one week from today, on October 11, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 10/4/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ab) (Entered: 10/05/2011) |
| 10/05/2011 | 1275 | MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto (*Defendants'* |

| | | |
|---|---|---|
| | | *Notice of Motion).* Document filed by Bank of America Securities LLC, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC.Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Anker, Philip) (Entered: 10/05/2011) |
| 10/05/2011 | <u>1276</u> | MEMORANDUM OF LAW in Support re: (91 in 1:10−cv−03594−JSR, 608 in 1:08−cv−03086−JSR, 1275 in 1:07−md−01902−JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion).* MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)..* Document filed by Bank of America Securities LLC, JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Anker, Philip) (Entered: 10/05/2011) |
| 10/06/2011 | <u>1277</u> | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: (207 in 1:08−cv−03086−JSR, 175 in 1:08−cv−03065−JSR, 214 in 1:07−md−01902−JSR) MOTION to Dismiss.. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Rieman, Walter) (Entered: 10/06/2011) |
| 10/06/2011 | <u>1278</u> | DECLARATION of WALTER RIEMAN in Support re: (207 in 1:08−cv−03086−JSR, 175 in 1:08−cv−03065−JSR, 214 in 1:07−md−01902−JSR) MOTION to Dismiss.. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Rieman, Walter) (Entered: 10/06/2011) |
| 10/07/2011 | <u>1279</u> | ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CHRISTOPHER SUGRUE PURSUANT TO FED. R. CIV. P. 4(f)(3): DPM Defendants may serve Mr. Sugrue by international courtier service at Av. Amilar Cabral No 110−2, Ed. Sonangol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg and DPM Defendants shall serve Mr. Sugrue with a signed copy of this order along with the summons and complaint. (Signed by Special Master Judge Ronald J. Hedges on 10/6/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(ft) (Entered: 10/07/2011) |
| 10/11/2011 | <u>1280</u> | BRIEF re: (1252 in 1:07−md−01902−JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM−Mellon, LLC, DPM−Mellon, Ltd. and Guy Castranova. Amicus Letter Brief submitted by defendants Mark Kavanagh and Brian Owens in Reply to the Motion to Dismiss (Doc 240 in 1:08−cv−7416−JSR).* Document filed by Mark Kavanagh, Brian Owens.Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Karlan, Mitchell) (Entered: 10/11/2011) |
| 10/19/2011 | <u>1281</u> | MEMORANDUM OF LAW in Opposition re: (91 in 1:10−cv−03594−JSR, 608 in 1:08−cv−03086−JSR, 1275 in 1:07−md−01902−JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion).* MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion). /Plaintiffs' Memorandum of Law in Opposition to Defendants'* |

*Motion for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR, 1:10-cv-03594-JSR(Molton, David) (Entered: 10/19/2011)

| 10/19/2011 | 1282 | DECLARATION of Margot MacInnis in Opposition re: (91 in 1:10-cv-03594-JSR, 608 in 1:08-cv-03086-JSR, 1275 in 1:07-md-01902-JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*. MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx |

| | | Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 10/19/2011) |
|---|---|---|
| 10/19/2011 | 1283 | DECLARATION of Mason Simpson in Opposition re: (91 in 1:10–cv–03594–JSR, 608 in 1:08–cv–03086–JSR, 1275 in 1:07–md–01902–JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*. MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 10/19/2011) |
| 10/21/2011 | 1284 | REPLY MEMORANDUM OF LAW in Support re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova. /Plaintiffs' Reply Memorandum of Law in Further Support of Motion to Dismiss Counterclaims Asserted by DPM Defendants and Guy Castronova*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund |

| | | |
|---|---|---|
| | | Management LLC, et al.). (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 10/21/2011) |
| 10/21/2011 | 1285 | DECLARATION of Mason Simpson in Support re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: #_1 Exhibit A (Part 1 of 2), #_2 Exhibit A (Part 2 of 2))Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 10/21/2011) |
| 10/24/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 10/24/2011. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(ft) (Entered: 10/25/2011) |
| 10/25/2011 | 1286 | SPECIAL MASTER HEDGES' ORDER REGARDING SCHEDULING: SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following order regarding scheduling in the manner that is set forth in this Order. The parties will complete expert depositions, other than damages experts, by January 27, 2012. The status conference set on October 24, 2011 is stricken. Special Master Hedges will hold a telephonic status conference on November 10, 2011 at 9:30 a.m. to address: (i) any request by Grant Thornton for additional depositions of FX customers and (ii) the schedule for summary judgment motions. ( Deposition due by 1/27/2012., Telephone Conference set for 11/10/2011 at 09:30 AM before Ronald Hedges, Special Master ) (Signed by Ronald Hedges, Special Master on 10/24/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(pl) Modified on 10/25/2011 (pl). (Entered: 10/25/2011) |
| 10/25/2011 | 1287 | ORDER: On August 10, 2011, Special Master Daniel J. Capra issued a Report and Recommendation in the above–captioned case recommending that defendants PriceWaterhouseCoopers' and Mari Ferris's motion to dismiss plaintiffs' claims against them be granted in part and denied in part with respect to defendant PWC and granted in full with respect to defendant Ferris. Having done so, the Court finds itself in agreement in all material respects with Special Master Capra's superb Report and Recommendation and hereby adopts it in full as if incorporated herein. (Signed by Judge Jed S. Rakoff on 10/24/2011) (rdz) (Entered: 10/26/2011) |
| 10/31/2011 | 1288 | CASE MANAGEMENT ORDER #59: Pursuant to Case Management Order #58, the time for objections to the bill of Special Master Daniel Capra for services rendered in September 2011 and to the bill of Special Master Hedges for services rendered in September 2011 and to the bill of Special Master Hedges for services rendered in August and September 2011 has passed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith, as directed in Case Management Order #58. (Signed by Judge Jed S. Rakoff on 10/30/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lmb) (Entered: 10/31/2011) |
| 10/31/2011 | 1289 | RESPONSE re: 1281 Memorandum of Law in Opposition to Motion,,,,,,,,,,,. Document filed by Mark Kavanagh, Brian Owens. (Karlan, Mitchell) (Entered: |

| | | |
|---|---|---|
| | | 10/31/2011) |
| 11/01/2011 | 1290 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON DEUTSCHE BANK DEFENDANTS' MOTION TO DISMISS: 1. The Assignors' claims and claims by any SPhinX entity other than SMFF should be dismissed with prejudice for lack of standing. 2. In all other respects, the Defendants motion to dismiss for lack of standing should be denied. 3. The Defendants motion to dismiss on grounds of in pari delicto and Wagoner should be denied. 4. Count I should be dismissed in its entirety with prejudice. 5. Count II should be dismissed in its entirety with prejudice. 6. Count III should be dismissed in its entirety with prejudice. 7. All claims in Count IV should be dismissed with prejudice, with one exception: The Defendants motion to dismiss should be denied as to the claim against DBSI for conduct in its Refco advisory work, for damages due to loss of assets placed with Refco after the date of the release of the LBO−related public statements on which DBSI assisted. 8. Count V should be dismissed with prejudice. 9. Count VI should be dismissed with prejudice. 10. Count VII should be dismissed without prejudice. re: (1252 in 1:07−md−01902−JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM−Mellon, LLC, DPM−Mellon, Ltd. and Guy Castranova*. filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis (Signed by Daniel J. Capra Special Master on 11/1/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(jfe) (Entered: 11/01/2011) |
| 11/01/2011 | 1291 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON DEUTSCHE BANK DEFENDANTS' MOTION TO DISMISS. 1. The Assignors' claims and claims by any SphinX entity other than SMFF should be dismissed with prejudice for lack of standing. 2. In all other respects, the Defendants' motion to dismiss for lack of standing should be denied. 3. The Defendants' motion to dismiss on grounds of in pari delicto and Wagoner should be denied. 4. Count I should be dismissed in its entirety with prejudice. 5. Count II should be dismissed in its entirety with prejudice. 6. Count III should be dismissed in its entirety with prejudice. 7. All claims in Count IV should be dismissed with prejudice, with one exception: The Defendants' motion to dismiss should be denied as to the claim against DBSI for conduct in its Refco advisory work, for damages due to loss of assets placed with Refco after the date of the release of the LBO−related public statements on which DBSI assisted. 8. Count V should be dismissed with prejudice. 9. Count VI should be dismissed with prejudice. 10. Count VII should be dismissed without prejudice. Objections to RRdue by 11/18/2011 (Signed by Special Master Daniel J. Capra on 11/1/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(rjm) (Entered: 11/02/2011) |
| 11/01/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 11/1/2011. (ae) (Entered: 11/29/2011) |
| 11/03/2011 | 1292 | CASE MANAGEMENT ORDER #60: The Court has received the bills from the Special asters for the month of October, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on November 9, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 11/2/2011) Filed In Associated Cases: 1:07−md−01902−JSR et al.(ft) (Entered: 11/03/2011) |
| 11/08/2011 | 1293 | MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, *Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recommendation of the Special Master on Motions to Dismiss Brought by Defendants PricewaterhouseCoopers and Mari Ferris*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy |

| | | |
|---|---|---|
| | | Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 11/08/2011) |
| 11/08/2011 | 1294 | MEMORANDUM OF LAW in Support re: (517 in 1:08−cv−03065−JSR, 1293 in 1:07−md−01902−JSR, 618 in 1:08−cv−03086−JSR) MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management |

| | | |
|---|---|---|
| | | *LLC, et al)*, *Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al)*, *Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al)*, *Kenneth M Krys. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 11/08/2011)* |
| 11/14/2011 | 1295 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES: Mr. Ginsberg shall produce unredacted copies of the documents as identified in the charts attached at Exhibit A to counsel for Messrs. Kavanagh and Owens and the DPM Defendants within three (3) days from the entry of this Order (the "Compliance Date"). Production of the documents identified in paragraph 1 of this Order to any parties in the Refco MDL, including Messrs. Kavanagh and Owens and the DPM Defendants, does not constitute a waiver or forfeiture of any privilege, attorney−client or attorney work product or otherwise, that Mr. Ginsberg or his clients would otherwise be entitled to assert with respect to any other documents, communications and/or information – including other documents, communications and/or information related to the subject matter of the documents identified in paragraph 1 of this Order. Additional relief as set forth in this Order. (Signed by Honorable Ronald Hedges, Special Master on 11/14/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(pl) (Entered: 11/14/2011) |
| 11/14/2011 | 1296 | SPECIAL MASTER ORDER: that there are no pending actions against Brad Kata, Edward J. Kata, Edward and Lorraine Kata, Glenn Kata, Gregg Kata, Scott Kata, Todd Kata, Randall Yanker, Randall Yanker as Trustee, and Joel Press (the "Kata, Yanker and Press Defendants") in the In re Refco, Inc. Securities Litigation MDL. The Clerk is hereby ordered to remove Maureen P. Reid of Baker Botts LLP, counsel to the Kata, Yanker and Press Defendants, from ECF notifications in the above− captioned MDL and individual cases. (Signed by Honorable Ronald J. Hedges, Special Master on 11/14/2011) Filed In Associated Cases: 1:07−md−01902−JSR et al.(pl) (Entered: 11/15/2011) |
| 11/15/2011 | 1297 | RESPONSE in Opposition re: (517 in 1:08−cv−03065−JSR, 1293 in 1:07−md−01902−JSR, 618 in 1:08−cv−03086−JSR) MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, *Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in* |

| | | |
|---|---|---|
| | | *1:08–cv–03065–JSR, 615 in 1:08–cv–03086–JSR, 1287 in 1:07–md–01902–JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme. Document filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 11/15/2011)* |
| 11/15/2011 | 1298 | SPECIAL MASTER HEDGES' ORDER REGARDING TRIAL BIFURCATION, DISCOVERY, AND SCHEDULING. SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following order: 1. Trial of this action shall be bifurcated between liability and damages. 2. Fact discovery concerning liability shall close on December 31, 2011. 3. On or before November 21, 2011, Grant Thornton shall serve a deposition subpoena on Rogers International Raw Materials Fund LP and Rogers Raw Materials Fund LP (the "Rogers Funds"). This deposition shall be completed by December 31, 2011. 4. Grant Thornton shall determine whether and who it will serve a deposition subpoena on concerning JWH Global Trust ("JWH"). Any such deposition shall be completed by December 31, 2011. 5. On or before November 21, 2011, the Trustee shall identify any FX Customer not already deposed (excluding Rogers Fund and JWH) that the Trustee intends to present at the liability stage of trial, including any FX Customer not already deposed who's testimony the Trustee believes will be necessary for the purpose of authenticating documents. 6. If the Trustee does not identify any FX Customers that have not been deposed (excluding the Rogers Fund and JWH) that it intends to call during the liability stage of trial, no additional depositions of any FX Customer shall be taken until the damages stage of trial. 7. Expert reports and depositions concerning damages are adjourned without date pending completion of the liability stage of trial. 8. Summary judgment motions addressing issues of liability shall be filed on or before March 2, 2012. Oppositions to summary judgment shall be filed on or before April 16, 2012. Replies shall be filed fourteen days after oppositions are filed and in no event after April 30, 2012. (Deposition due by 12/31/2011. Fact Discovery due by 12/31/2011. Motions due by 3/2/2012. Responses due by 4/16/2012. Replies due by 4/30/2012.) (Signed by Ronald Hedges, Special Master on 11/15/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(rjm) Modified on 11/16/2011 (rjm). (Entered: 11/16/2011) |
| 11/17/2011 | 1299 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANT PRICEWATERHOUSECOOPERS LLP MAY ANSWER AMENDED COMPLAINT: The time within which PricewaterhouseCoopers LLP may answer the Amended Complaint is hereby extended through and including 1/27/2012. (Signed by Special Master Judge Ronald J. Hedges on 11/17/2011) (ft) (Entered: 11/18/2011) |
| 11/18/2011 | 1300 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova.*. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: #_1 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 11/18/2011) |
| 11/18/2011 | 1301 | DECLARATION of B. John Pendleton, Jr. in Opposition re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova.*. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: #_1 Exhibits, #_2 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 11/18/2011) |

| 11/21/2011 | 1302 | SCHEDULING ORDER: Fact Discovery due by 9/30/2012. Expert Discovery due by 9/30/2012. The Court, by further order, shall set subsequent deadlines for the filing of motions for summary judgment and other pretrial matters in the Actions. The parties in the Actions shall conduct a meet–and–confer pursuant to Rule 26(f), as needed, and shall send proposed scheduling orders incorporating a discovery plan to Special Master Hedges thereafter. The next status conference shall take place on 12/14/2011 at a time and location to be set by Special Master Hedges. (Signed by Special Master on 11/18/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR, 1:11–cv–01486–JSR(ft) (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 | 1303 | SPECIAL MASTER ORDER RELATED TO NOVEMBER 9, 2011 CONFERENCE: In Krys v. Aaron, 08 Civ. 7416 (JSR), the time within which third–party defendants Patrina Farquharson and Andrew Feighery may answer, move, or otherwise plead with respect to the Third–Party Complaint be and hereby is extended by thirty days, to and including December 8, 2011. In Kirschner v. Grant Thornton LLP, 07 Civ. 11604 (JSR), counsel for plaintiff is to confer with counsel for the remaining defendants so that a notice of dismissal can be submitted within thirty days of the date of entry of this Order. In Thomas H. Lee Equity Fund V, L.P. v. Bennett, 05 Civ. 09608 (JSR), within thirty days of the date of entry of this Order, plaintiff is to advise the Court as to whether it intends to dismiss the action. In Krys v. Sugrue, 08 Civ. 3065 (JSR) and 08 Civ. 3086 (JSR), the stay regarding the action against defendant Robert Trosten will be lifted on January 30, 2012, and defendant Trosten will answer, move, or otherwise plead on January 30, 2012. ( Responses due by 12/8/2011) (Signed by Ronald J. Hedges, Special Master on 11/18/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–09608–JSR, 1:07–cv–11604–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(jfe) (Entered: 11/21/2011) |
| 11/22/2011 | 1304 | CASE MANAGEMENT ORDER #61: Pursuant to Case Management Order #60, the time for objections to the bills of the Special Masters for services rendered in October 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 11/21/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(djc) (Entered: 11/22/2011) |
| 11/22/2011 | 1305 | MEMORANDUM ORDER re: (91 in 1:10–cv–03594–JSR, 608 in 1:08–cv–03086–JSR, 1275 in 1:07–md–01902–JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*. MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*. filed by Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co., Bank of America Securities LLC. Accordingly, defendants' motion for certification for interlocutory appeal is hereby denied. The Clerk of the Court directed to close document number 91 on the docket sheet for 10 Civ. 3594, document number 608 on the docket sheet for 08 Civ. 3086, and document number 1275 on the docket sheet for 07 MDL 1902.SO ORDERED. (Signed by Judge Jed S. Rakoff on 11/21/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(djc) (Entered: 11/22/2011) |
| 11/22/2011 | 1306 | OBJECTION to (97 in 1:10–cv–03594–JSR, 1290 in 1:07–md–01902–JSR) Report and Recommendations *Limited Objection of Deutsche Bank Securities Inc. to the Report and Recommendation of the Special Master on the Deutsche Bank Defendants Motion to Dismiss* Document filed by Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 11/22/2011) |
| 11/22/2011 | 1307 | CERTIFICATE OF SERVICE of Limited Objection of Deutsche Bank Securities Inc. to the Report and Recommendation of the Special Master on the Deutsche Bank Defendants Motion to Dismiss on 11/22/2011. Document filed by Deutsche Bank Securities, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 11/22/2011) |

| 11/22/2011 | 1308 | Objection re: (97 in 1:10−cv−03594−JSR, 1290 in 1:07−md−01902−JSR) Report and Recommendations,,,,,, /Krys Plaintiffs' Objection to the Report and Recommendation of the Special Master on Deutsche Bank Defendants' Motion to Dismiss. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(Molton, David) (Entered: 11/22/2011) |
| 11/22/2011 | 1309 | MOTION for Kenneth Y. Turnbell to Appear Pro Hac Vice. Document filed by PricewaterhouseCoopers LLP.Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR(bwa) (pgu). (Entered: 11/28/2011) |
| 11/27/2011 | 1311 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION TO DISMISS BROUGHT BY THE THL DEFENDANTS: The arguments recycled by the Plaintiffs and rejected by the Standing R and R and the "With Prejudice" R and R continue to be unavailing. And the new arguments raised in the Plaintiffs brief do not support any divergence from the basic principle established in those R and Rs and Orders of Judge Rakoff. Kirschner has settled claims for the same wrong alleged by the Plaintiffs. Allowing the Plaintiffs to proceed with their claims against THL raises the specter of double recovery that the prudential standing doctrine is designed to avoid. Because the Plaintiffs claims are for a secondary injury, and the Trustee has fairly settled the primary claims of the Refco Estate for the same harm, the Plaintiffs claims against THL should be dismissed with prejudice. The Plaintiffs claims against the THL Defendants the entirety of Count XXV of the Amended Complaint should be dismissed with prejudice. (Signed by Special Master Daniel J. Capra on 11/27/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(jfe) Modified on 11/30/2011 (jfe). (Entered: 11/28/2011) |
| 11/28/2011 | 1310 | JOINT STIPULATED DISMISSAL WITH PREJUDICE: Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marc S. Kirschner, as trustee for the Refco Litigation Trust, and Defendant Santo C. Maggio stipulate that: (1) the claims asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice; and (2) each party will bear its own fees and costs in connection with this action. (Signed by Judge Jed S. Rakoff on 11/23/2011) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−11604−JSR(jfe) (Entered: 11/28/2011) |
| 11/28/2011 | 1314 | JOINT STIPULATED DISMISSAL WITH PREJUDICE: It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above−captioned action is dismissed, with prejudice against the defendants Phillip R. Bennett and Refco Group Holdings, Inc. and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Signed by Judge Jed S. Rakoff on 11/23/2011) (ab) (Entered: 12/01/2011) |
| 11/29/2011 | 1312 | ORDER FOR ADMISSION OF KENNETH Y. TURNBULL PRO HAC VICE: granting 1309 Motion for Kenneth Y. Turnbull to Appear Pro Hac Vice. (Signed by Special Master on 11/28/2011) (js) (Entered: 11/29/2011) |

| | | |
|---|---|---|
| 11/29/2011 | 1313 | SPECIAL MASTER HEDGES' ORDER REGARDING FX CUSTOMER DEPOSITION DISCOVERY: Special Master Hedges, having considered the alternative form of order; for good cause shown, hereby orders as follows: The Trustee's request that he be allowed to depose or present testimony from any FX Customer on liability after the liability stage of the trial has concluded is denied. The Court's November 15, 2011 Order remains in full force and effect. At the liability stage of trial, the Trustee may not present testimony from any FX Customer witness who has not been deposed as of today's date other than witnesses representing the Rogers Funds and JWH, provided that their depositions are held prior to 12/31/2011. (Signed by Special Master on 11/28/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(ft) (Entered: 11/29/2011) |
| 12/02/2011 | 1315 | ORDER OF ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that JOHN S. WILLIAMS is admitted to practice pro hac vice as counsel for Mayer Brown LLP. (Signed by Special Master Ronald Hedges on 12/1/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(mro) (Entered: 12/02/2011) |
| 12/02/2011 | 1316 | REQUEST TO ENTER DEFAULT against Third–Party Defendant Christopher Sugrue. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Clerk's Certification)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/02/2011) |
| 12/02/2011 | 1317 | DECLARATION of B. John Pendleton, Jr. in Support re: (1316 in 1:07–md–01902–JSR, 262 in 1:08–cv–07416–JSR) Request to Enter Default,. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/02/2011) |
| 12/02/2011 | 1318 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: (1252 in 1:07–md–01902–JSR, 240 in 1:08–cv–07416–JSR) MOTION to Dismiss *the Counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM–Mellon, LLC, DPM–Mellon, Ltd. and Guy Castranova. /SPhinX Plaintiffs' Supplemental Memorandum in Support of their Motion to Dismiss Counterclaims Asserted by DPM Defendants and Guy Castranova*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 12/02/2011) |
| 12/05/2011 | 1319 | CASE MANAGEMENT ORDER #62: The Court has received the bills from the Special Masters for the month of November, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on 12/9/2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 12/2/2011) Filed In Associated Cases: 1:07–md–01902–JSR et al.(ft) (Entered: 12/06/2011) |

| 12/05/2011 | 1320 | JOINT STIPULATED DISMISSAL WITH PREJUDICE: Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marc S. Kirschner, as trustee (or the RefCo Litigation Trust, and Defendants Phillip R. Bennettand Refco Group Holdings, Inc. ("Dentendants") stipulate that: (1) the claims asserted by Plaintiff against Defendants in this action are hereby dismissed with prejudice; and (2) each party will bear its own fees and costs in connection with this action. ENDORSEMENT: SO ORDERED. (Signed by Judge Jed S. Rakoff on 12/5/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–11604–JSR (ft) (Entered: 12/06/2011) |
|---|---|---|
| 12/07/2011 | 1321 | MEMORANDUM ORDER for (244 in 1:08–cv–03086–JSR, 240 in 1:07–md–01902–JSR, 197 in 1:08–cv–03065–JSR) Motion to Dismiss filed by Brian Owens and Mark Kavanagh: The Court hereby adopts the Report and Recommendation of the Special Master in full as if incorporated herein and likewise adopts its recommendations. The Clerk of the Court is directed to close document number 197 on the docket of 08 Civ. 3065, document number 244 on the docket of 08 Civ. 3086, and document number 240 on the docket of 07 MDL 1902. (Signed by Judge Jed S. Rakoff on 12/6/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR (ab) (Entered: 12/07/2011) |
| 12/08/2011 | 1322 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTIONS TO DISMISS BROUGHT BY THE BANK DEFENDANTS: For all these reasons, the Plaintiffs claim against Chase for aiding and abetting tortious interference should be dismissed with prejudice. Conclusion on Count XXVI. Count XXVI should be dismissed as to Chase in its entirety with prejudice. 1. The claims against Chase in Count XVI should be dismissed with prejudice. 2. The claims against Chase in Count XIX should be dismissed with prejudice. 3. Count XXI should be dismissed in its entirety with prejudice. 4. The claims in Count XXII should be dismissed with prejudice, with the exception that the Defendants motion to dismiss should be denied as to the claims for damages due to loss of assets placed with Refco after the date of the release of the LBO–related public statements on which Credit Suisse and BAS allegedly assisted. 5. The claims against Chase in Count XXVI should be dismissed with prejudice. (Signed by Special Master on 12/8/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 12/08/2011) |
| 12/08/2011 | 1323 | Objection re: (1311 in 1:07–md–01902–JSR, 627 in 1:08–cv–03086–JSR, 526 in 1:08–cv–03065–JSR) Report and Recommendations,,,, /Plaintiffs' Objection to the Report and Recommendation of the Special Master on Motion to Dismiss Brought by THL Defendants Dated November 27, 2011. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/08/2011) |

| 12/12/2011 | 1324 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION To Admit Counsel Pro Hac Vice. Document filed by Mayer Brown LLP. (Attachments: # 1 Declaration and Exhibits in Support of Motion)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Ward, Thomas) Modified on 12/12/2011 (db). (Entered: 12/12/2011) |
|---|---|---|
| 12/12/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Edward Weissman to MANUALLY RE–FILE Document Nos. [1324 in 07md1902, 634 in 08cv3086] Motions Pro Hac Vice. This document is not filed via ECF. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(db) (Entered: 12/12/2011) |
| 12/12/2011 | 1325 | RESPONSE re: (1306 in 1:07–md–01902–JSR, 103 in 1:10–cv–03594–JSR) Objection to Report and Recommendations, */Plaintiffs' Response to Limited Objection of Deutsche Bank Securities Inc. to Report and Recommendation of the Special Master on Deutsche Bank Defendants' Motion to Dismiss*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 12/12/2011) |
| 12/12/2011 | 1326 | RESPONSE re: (1291 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,, *The Deutsche Bank Defendants Response to the Krys Plaintiffs Objection to the Report and Recommendation of the Special Master on the Deutsche Bank Defendants Motion to Dismiss*. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 12/12/2011) |
| 12/12/2011 | 1327 | CERTIFICATE OF SERVICE of The Deutsche Bank Defendants Response to the Krys Plaintiffs Objection to the Report and Recommendation of the Special Master on the Deutsche Bank Defendants Motion to Dismiss on 12/12/2011. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Harlow, Ruth) (Entered: 12/12/2011) |
| 12/12/2011 | 1328 | RESPONSE re: (105 in 1:10–cv–03594–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Mark Kavanagh, Brian Owens. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Karlan, Mitchell) (Entered: 12/12/2011) |
| 12/14/2011 | 1339 | MOTION for Daniel P. Shanahan to Appear Pro Hac Vice. Document filed by Mayer Brown LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(bwa) (Entered: 12/20/2011) |
| 12/14/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Status Conference held on 12/14/2011. Parties are to convene a call to chambers on 12–20–2011 to set a 3 week trial date. (ft) (Entered: 01/10/2012) |

| 12/15/2011 | 1329 | ORDER OF ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that David J. Doyle is admitted to practice pro hac vice as counsel for Grant Thornton LLP. (Signed by Special Master Ronald Hedges on 6/8/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(mro) (Entered: 12/15/2011) |
|---|---|---|
| 12/15/2011 | 1330 | ORDER OF ADMISSION PRO HAC VICE: It is hereby Ordered that Daniel P. Shanahan is admitted to practice pro hac vice as counsel for Mayer Brown LLP. (Signed by Special Master Ronald Hedges on 12/14/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(mro) (Entered: 12/15/2011) |
| 12/15/2011 | 1331 | ORDER OF ADMISSION PRO HAC VICE: It is hereby Ordered that David J. Doyle is admitted to practice pro hac vice as counsel for Grant Thornton LLP. (Signed by Special Master Ronald Hedges on 6/20/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(mro) (Entered: 12/15/2011) |
| 12/15/2011 | 1332 | ORDER FOR ADMISSION PRO HAC VICE: It is hereby Ordered that Derek J. Sarafa is admitted to practice pro hac vice as counsel for Grant Thornton LLP. (Signed by Special Master Ronald Hedges on 6/20/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(mro) Modified on 12/15/2011 (mro). (Entered: 12/15/2011) |
| 12/15/2011 | 1333 | SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY #1: WHEREAS Rebecca J. Trent is no longer associated with Quinn Emanuel Urquhart &Sullivan, LLP, and Richard Irving Werder, Jr., Michael Barry Carlinsky, Sascha N. Rand and other attorneys at Quinn Emanuel Urquhart &Sullivan, LLP are counsel of record and continue to represent Marc S. Kirschner in the action captioned Kirschner v. Bennett et al., 07 Civ. 8165 (JSR), which is an associated case in the above–referenced MDL, IT IS ORDERED that Rebecca J. Trent is withdrawn as counsel for Marc S. Kirschner in the above–captioned action. The Clerk of Court is instructed to terminate Ms. Trent as counsel of record in the above–caption action and that no further notices be given to or required of her and that no document or pleadings be served upon her. (Signed by Special Master Ronald Hedges on 11/9/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(mro) (Entered: 12/15/2011) |
| 12/15/2011 | 1334 | SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY #2: WHEREAS Sarah Leslie Rubin is no longer associated with Quinn Emanuel Urquhart &Sullivan, LLP, and Richard Irving Werder, Jr., Michael Barry Carlinsky, Sascha N. Rand and other attorneys at Quinn Emanuel Urquhart &Sullivan, LLP are counsel of record and continue to represent Marc S. Kirschner in the action captioned Kirschner v. Bennett et al., 07 Civ. 8165 (JSR), which is an associated case in the above–referenced MDL, IT IS ORDERED that Sarah Leslie Rubin is withdrawn as counsel for Marc S. Kirschner in the above–captioned action. The Clerk of Court is instructed to terminate Ms. Rubin as counsel of record in the above–caption action and that no further notices be given to or required of her and that no document or pleadings be served upon her. (Signed by Special Master Ronald Hedges on 11/9/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(mro) Modified on 12/15/2011 (mro). (Entered: 12/15/2011) |
| 12/16/2011 | 1343 | REPORT AND RECOMMENDATION OF SPECIAL MASTER ON MOTIONS TO DISMISS BROUGHT BY GRANT THORNTON LLP AND MARK RAMLER: 1. The claims against GT and Ramler in Count XVII should be dismissed with prejudice to the extent they seek recovery of assets placed at RCM before the date of GTs first clean audit opinion. In all other respects, the Defendants motion to dismiss should be denied. 2. The claims against GT and Ramler in Count XVIII should be dismissed with prejudice because the Plaintiffs have not adequately alleged scienter. 3. The claims against GT and Ramler in Count XIX should be dismissed with prejudice because the Plaintiffs have not adequately alleged scienter. (Signed by Special Master Daniel J. Capra on 12/16/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 12/21/2011) |
| 12/16/2011 | | Motion No Longer Referred: re: (53 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Grant Thornton LLP, (469 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (1235 in 1:07–md–01902–JSR) MOTION to Dismiss *Grant Thornton* |

| | | |
|---|---|---|
| | | *LLP's Third−Party Complaint For Contribution*. filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Managers V, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Scott A. Schoen, (1081 in 1:07−md−01902−JSR) MOTION to Dismiss *Grant Thornton LLP's Third−Party Complaint For Contribution*. filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Managers V, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., Scott A. Schoen, (199 in 1:08−cv−03086−JSR) MOTION to Dismiss. filed by Grant Thornton LLP, Mark Ramler. Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(jfe) (Entered: 12/21/2011) |
| 12/19/2011 | 1335 | CASE MANAGEMENT ORDER #63: that pursuant to Case Management Order #62, the time for objections to the bills of the Special Masters for services rendered in November 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 12/19/2011) Filed In Associated Cases: 1:07−md−01902−JSR et al.(pl) (Entered: 12/19/2011) |
| 12/19/2011 | 1336 | SPECIAL MASTER ORDER ON DISCOVERY DISPUTES, ETC.: that, subject to further modification, any discovery disputes that exist as of August 31, 2011 but have not been brought to the attention of the Special Master shall be brought to the Special Master's attention by that date or shall be deemed waived. IT IS FURTHER ORDERED that, by the same date, coordinating counsel shall submit to both special masters and the Court a joint summary of the status of all actions. So Ordered, nunc pro tunc 8/31/2011. (Signed by Judge Jed S. Rakoff on 12/16/2011) Filed In Associated Cases: 1:07−md−01902−JSR et al.(pl) (Entered: 12/19/2011) |
| 12/19/2011 | 1337 | RESPONSE re: (1323 in 1:07−md−01902−JSR, 532 in 1:08−cv−03065−JSR, 633 in 1:08−cv−03086−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) */ Response to Plaintiffs' Objection to the Report and Recommendation of the Special Master on Motion to Dismiss Brought by the THL Defendants Dated November 27, 2011*. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Scott L. Jaeckel, Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Rieman, Walter) (Entered: 12/19/2011) |
| 12/19/2011 | 1338 | DECLARATION of Walter Rieman in Support re: (638 in 1:08−cv−03086−JSR, 535 in 1:08−cv−03065−JSR, 1337 in 1:07−md−01902−JSR) Response,,,,. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Thomas H. Lee, Scott A. Schoen, THL Equity Advisors V.L.P, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., Scott L. Jaeckel, Thomas H. Lee, David V. Harkings, Thomas H. Lee Partners L.P.. (Attachments: #1 Exhibit Exhibit A, #2 Exhibit Exhibit B)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Rieman, Walter) (Entered: 12/19/2011) |
| 12/20/2011 | 1340 | Objection re: (531 in 1:08−cv−03065−JSR, 632 in 1:08−cv−03086−JSR, 1322 in 1:07−md−01902−JSR) Report and Recommendations,,,, */SPhinX Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Dismiss Brought by the Bank Defendants*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith |

Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/20/2011)

| 12/20/2011 | 1341 | Objection re: (632 in 1:08–cv–03086–JSR, 1322 in 1:07–md–01902–JSR) Report and Recommendations,,,, /Limited. Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 12/20/2011) |
|---|---|---|
| 12/20/2011 | 1342 | DECLARATION of Ross E. Firsenbaum re: (1341 in 1:07–md–01902–JSR, 642 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion) In Support of the Limited Objection., DECLARATION of Ross E. Firsenbaum in Support re: (1341 in 1:07–md–01902–JSR, 642 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion). Document filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC. (Attachments: # 1 Exhibit A (Part 1 of 6), # 2 Exhibit A (Part 2 of 6), # 3 Exhibit A (Part 3 of 6), # 4 Exhibit A (Part 4 of 6), # 5 Exhibit A (Part 5 of 6), # 6 Exhibit A (Part 6 of 6), # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 12/20/2011) |
| 12/22/2011 | 1344 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by and between Defendants Mark Kavanagh and Brian Owens and Plaintiffs in the above–captioned action, Krys, et al., v. Sugrue, et al., Nos. 08–cv–3065 (JSR), 08–cv–3086 (JSR), by their undersigned counsel, that the time within which Defendants may answer Plaintiffs' Amended Complaint is extended to and including January 23, 2012. (Signed by Special Master Ronald J. Hedges on 12/22/2011) (pl) Modified on 12/23/2011 (ae). (Entered: 12/22/2011) |
| 12/22/2011 | 1345 | SCHEDULING AND DISCOVERY ORDER: On March 14, 2012 at 4PM, a status conference will take place before Special Master Hedges in the US Courthouse. The agenda for the status conference shall include, among potentially other items, any (a) contemplated motions to sever, and (b) contemplated Plaintiffs shall serve their expert reports on or before June 15, 2012. Fact depositions shall end on or before July 31, 2012. Defendants shall serve their expert reports on or before July 31, 2012. On August 1, 2012, as status conference shall take place before Special Master Hedges at 4PM in the U.S. Courthouse. The agenda for the status conference shall include, among potentially other items, any (a) contemplated motions to sever, and (b) contemplated Plaintiffs shall serve their expert reports on or before June 15, 2012. Status Conference set for 8/1/2012 at 04:00 PM before Special Master Ronald J. Hedges. (Signed by Ronald J. Hedges on 12/22/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR, 1:11–cv–01486–JSR(rdz) (Entered: 12/23/2011) |
| 12/29/2011 | 1346 | MOTION for Default Judgment as to Third–Party Defendant Christopher Sugrue. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/29/2011) |

| 12/29/2011 | 1347 | DECLARATION of B. John Pendleton, Jr. in Support re: (274 in 1:08–cv–07416–JSR, 1346 in 1:07–md–01902–JSR) MOTION for Default Judgment as to *Third–Party Defendant Christopher Sugrue*.. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (Part 1 of 3), # 4 Exhibit C (Part 2 of 3), # 5 Exhibit C (Part 3 of 3), # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/29/2011) |
|---|---|---|
| 01/03/2012 | 1348 | NOTICE OF APPEARANCE by Peter J. Macdonald on behalf of JP Morgan Chase &Co., Banc of America Securities LLC, Credit Suisse Securities (USA) LLC Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Macdonald, Peter) (Entered: 01/03/2012) |
| 01/03/2012 | 1349 | NOTICE OF APPEARANCE by Robert Lee Boone on behalf of Credit Suisse Securities (USA) LLC, JP Morgan Chase &Co., Banc of America Securities LLC Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Boone, Robert) (Entered: 01/03/2012) |
| 01/04/2012 | 1350 | CASE MANAGEMENT ORDER # 64: The Court has received the bills from the Special Masters for the month of December, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on January 10, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 1/3/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rdz) (Entered: 01/04/2012) |
| 01/05/2012 | 1351 | RESPONSE re: (641 in 1:08–cv–03086–JSR, 1340 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 01/05/2012) |
| 01/05/2012 | 1352 | DECLARATION of Jeremy S. Winer in Support re: (652 in 1:08–cv–03086–JSR, 1351 in 1:07–md–01902–JSR) Response,. Document filed by Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 01/05/2012) |
| 01/05/2012 | 1353 | RESPONSE re: (1341 in 1:07–md–01902–JSR, 642 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion) */Plaintiffs' Response to the Limited Objection of Credit Suisse Securities (USA) LLC and Banc of America Securities LLC to the Report and Recommendation of the Special Master on the Bank Defendants' Motions to Dismiss*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, |

| | | Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Molton, David) (Entered: 01/05/2012) |
|---|---|---|
| 01/05/2012 | 1354 | DECLARATION of Mason C. Simpson in Support re: (541 in 1:08-cv-03065-JSR, 654 in 1:08-cv-03086-JSR, 1353 in 1:07-md-01902-JSR) Response,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H (Part 1 of 4), #_9 Exhibit H (Part 2 of 4), #_10 Exhibit H (Part 3 of 4), #_11 Exhibit H (Part 4 of 4), #_12 Exhibit I, #_13 Exhibit J, #_14 Exhibit K)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Molton, David) (Entered: 01/05/2012) |
| 01/06/2012 | 1355 | NOTICE OF APPEARANCE by Savannah Stevenson on behalf of Robert Aaron Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Stevenson, Savannah) (Entered: 01/06/2012) |
| 01/10/2012 | 1356 | Objection re: (538 in 1:08-cv-03065-JSR, 644 in 1:08-cv-03086-JSR, 1343 in 1:07-md-01902-JSR) Report and Recommendations,,, /SPhinX Plaintiffs' Limited Objection to the December 16, 2011 Report and Recommendation of the Special Master on Motions to Dismiss Brought by Grant Thornton LLP and Mark Ramler. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as |

| | | joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 01/10/2012) |
|---|---|---|
| 01/10/2012 | 1357 | OBJECTION to (538 in 1:08–cv–03065–JSR, 644 in 1:08–cv–03086–JSR, 1343 in 1:07–md–01902–JSR) Report and Recommendations *: Statement by Grant Thornton LLP and Mark Ramler* Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Koo, Calvin) (Entered: 01/10/2012) |
| 01/11/2012 | 1358 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/6/2012. Redacted Transcript Deadline set for 2/17/2012. Release of Transcript Restriction set for 4/13/2012.Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 01/11/2012) |
| 01/11/2012 | 1359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 01/11/2012) |
| 01/11/2012 | 1360 | SPECIAL MASTER ORDER DIRECTING PAYMENT: Having received no objections, the Special Master hereby orders that the Case Accountant shall pay itself a total of $1,369.47 from the escrow account in this MDL, with half of that amount ($684.74) attributed to the Plaintiffs' Coordinating Committee and the other half to the Defendants' Coordinating Committee. (Signed by Hon. Ronald Hedges, Special Master on 1/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ab) (Entered: 01/11/2012) |
| 01/17/2012 | 1361 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION TO DISMISS BROUGHT BY THE MAYER BROWN DEFENDANTS: re: (68 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Mayer Brown LLP, (210 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Edward S. Best, Mayer Brown LLP. For these reasons and incorporating the analysis in the Owens and Kavanagh R and R, the Plaintiffs claim against the Mayer Brown Defendants for aiding and abetting tortious interference should be dismissed with prejudice. The claims against the Mayer Brown Defendants in Count XVII should be dismissed with prejudice to the extent they seek recovery of assets placed with Refco before the date of Mayer Browns wrongful conduct. In all other respects, the Defendants motion to dismiss should be denied. The claims against the Mayer Brown Defendants in Count XVIII should be dismissed with prejudice because the Plaintiffs have not adequately alleged scienter. The claims against the Mayer Brown Defendants in Count XIX should be dismissed with prejudice because the Plaintiffs have not adequately alleged scienter. The claims against the Mayer Brown Defendants in Count XXVI should be dismissed with prejudice. (Signed by Special Master Daniel J. Capra on 1/17/2012) (jfe) (Entered: 01/17/2012) |
| 01/19/2012 | 1362 | NOTICE OF APPEARANCE by Caroline Jane Maxwell on behalf of Grant Thornton LLP, Mark Ramler Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Maxwell, Caroline) (Entered: 01/19/2012) |
| 01/19/2012 | 1363 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 2/14/2012. Redacted Transcript Deadline set for 2/24/2012. Release of Transcript Restriction set for 4/23/2012.Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 01/19/2012) |
|---|---|---|
| 01/19/2012 | 1364 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 01/19/2012) |
| 01/19/2012 | 1365 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 01/19/2012) |
| 01/19/2012 | 1366 | NOTICE OF APPEARANCE by Calvin Kai−Xin Koo on behalf of Grant Thornton LLP, Mark Ramler Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Koo, Calvin) (Entered: 01/19/2012) |
| 01/19/2012 | 1367 | NOTICE OF APPEARANCE by Brian T. Fitzpatrick on behalf of Grant Thornton LLP, Mark Ramler Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Fitzpatrick, Brian) (Entered: 01/19/2012) |
| 01/19/2012 | 1368 | NOTICE OF APPEARANCE by Lauren Elizabeth Cuneo on behalf of Grant Thornton LLP, Mark Ramler Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Cuneo, Lauren) (Entered: 01/19/2012) |
| 01/23/2012 | 1369 | CASE MANAGEMENT ORDER #65: Pursuant to Case Management Order #64, the time for objections to the bills of the Special Masters for services rendered in December 2011 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 1/23/2012) Filed In Associated Cases: 1:07−md−01902−JSR et al.(pl) (Entered: 01/23/2012) |
| 01/23/2012 | 1370 | ORDER OF ADMISSION PRO HAC VICE: Daniel P. Shanahan is admitted to practice pro hac vice as counsel for Mayer Brown LLP in this matter in the United States District Court for the Southern District of New York. Motions terminated: (640 in 1:08−cv−03086−JSR, 1339 in 1:07−md−01902−JSR) MOTION for Daniel P. Shanahan to Appear Pro Hac Vice filed by Mayer Brown LLP. (Signed by Judge Jed S. Rakoff on 1/20/2012) (ft) (Entered: 01/23/2012) |
| 01/27/2012 | 1371 | REPORT AND RECOMMENDATION of The Special Master on Motion for Default Judgment Against Third−Party Defendant Christopher Sugrue re: (274 in 1:08−cv−07416−JSR, 1346 in 1:07−md−01902−JSR) MOTION for Default Judgment as to *Third−Party Defendant Christopher Sugrue* filed by DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, Derivative Portfolio Management, Ltd. IT IS RECOMMENDED that default judgment be entered against Sugrue pursuant to the Third−Party Complaint with the assessment of damages, costs, and interest awaiting the outcome of the remainder of the action. Objections to RRdue by 2/14/2012. (Signed by Ronald J. Hedges, Special Master on 1/27/2012) (lmb) (Entered: 01/27/2012) |
| 01/27/2012 | 1372 | RESPONSE re: (1357 in 1:07−md−01902−JSR, 544 in 1:08−cv−03065−JSR, 657 in 1:08−cv−03086−JSR) Objection to Report and Recommendations, */Plaintiffs' Response to Statement by Grant Thornton LLP and Mark Ramler Concerning the Report &Recommendation of their Motion to Dismiss*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger |

Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 01/27/2012)

| 01/27/2012 | 1373 | RESPONSE re: (1356 in 1:07−md−01902−JSR, 656 in 1:08−cv−03086−JSR, 543 in 1:08−cv−03065−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) *Response to Plaintiffs' Limited Objection to the Report &Recommendation Concerning Grant Thornton LLP and Mark Ramler*. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Koo, Calvin) (Entered: 01/27/2012) |
|---|---|---|
| 01/27/2012 | 1374 | ANSWER to Complaint. Document filed by PricewaterhouseCoopers LLP.(Capra, James) (Entered: 01/27/2012) |
| 01/27/2012 | 1375 | OBJECTION to (661 in 1:08−cv−03086−JSR) Report and Recommendations *of the Special Master on the Motions To Dismiss Brought by the Mayer Brown Defendants* Document filed by Edward S. Best, Mayer Brown LLP. (Attachments: # 1 Declaration in Support with Exhibits)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 01/27/2012) |
| 01/27/2012 | 1376 | Objection re: (1361 in 1:07−md−01902−JSR) Report and Recommendations,,,, *SPhinX Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Dismiss Brought by the Mayer Brown Defendants*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as |

| | | joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 01/27/2012) |
|---|---|---|
| 02/06/2012 | 1377 | RESPONSE re: (1375 in 1:07–md–01902–JSR, 676 in 1:08–cv–03086–JSR) Objection to Report and Recommendations, */Plaintiffs' Response to the Mayer Brown Defendants' Limited Objection to the Report and Recommendation of the Special Master on the Motions to Dismiss Brought by the Mayer Brown Defendants*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/06/2012) |
| 02/06/2012 | 1378 | DECLARATION of Mason C. Simpson in Support re: (678 in 1:08–cv–03086–JSR, 563 in 1:08–cv–03065–JSR, 1377 in 1:07–md–01902–JSR) Response,,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/06/2012) |

| 02/06/2012 | 1379 | RESPONSE re: (677 in 1:08−cv−03086−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) *The Mayer Brown Defendants' Response to the SPhinX Plaintiffs' Limited Objection to the Report &Recommendation of the Special Master on the Motions To Dismiss Brought by the Mayer Brown Defendants*. Document filed by Edward S. Best, Mayer Brown LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 02/06/2012) |
| --- | --- | --- |
| 02/06/2012 | 1380 | CASE MANAGEMENT ORDER #66: The Court has received the bills from the Special Masters fothe month of January, which will be docketed for the parties review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on February 10 1 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 2/3/2012) Filed In Associated Cases: 1:07−md−01902−JSR et al.(cd) (Entered: 02/07/2012) |
| 02/06/2012 | 1390 | MOTION for Scot C. Stirling to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07−md−01902−JSR, 1:11−cv−01486−JSR(pgu)(Entered: 02/16/2012) |
| 02/06/2012 | 1391 | MOTION for Britton M. Worthen to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset |

| | | Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(pgu) (Entered: 02/16/2012) |
|---|---|---|
| 02/07/2012 | 1381 | MOTION for George Thomas Soterakis to Withdraw as Attorney. Document filed by Grant Thornton LLP. (Attachments: #1 Declaration of George T. Soterakis Pursuant to Local Rule 1.4)(Soterakis, George) (Entered: 02/07/2012) |
| 02/07/2012 | 1382 | ORDER OF ADMISSION PRO HACE VICE: David L. Moses is admitted to practice pro hac vice as counsel for Defendant Robert Aaron in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Special Master Judge Ronald J. Hedges on 2/3/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ft) (Entered: 02/07/2012) |
| 02/07/2012 | 1383 | ORDER AMENDING SPECIAL MASTER ORDER RELATED TO NOVEMBER 9, 2011 CONFERENCE: The deadline for Plaintiffs to serve their list of potential trial exhibits as required by paragraph 9 of the Special Master Order Related to November 9, 2011 Conference (the "Exhibits List") shall be and is extended for 30 days from the current deadline of January 30, 2012; provided, however, Plaintiffs shall serve by January 30, 2012 a preliminary list of all such exhibits they have identified to date, which preliminary list shall constitute at least a "substantial portion" of the final version of the Exhibits List; provided, further, if any witness noticed by the Defendants is deposed before Plaintiffs provide their final version of the Exhibits List, Defendants reserve all rights to seek to reopen that witness's deposition based on (among other possible grounds) the Plaintiffs' failure to provide the final version of the Exhibits List prior to the deposition and Plaintiffs reserve all rights to oppose such an effort. Except as provided herein, the Special Master Order Related to November 9, 2011 Conference shall remain in full force and effect. (Signed by Special Master Judge Ronald J. Hedges on 2/3/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ft) (Entered: 02/07/2012) |
| 02/07/2012 | 1384 | ORDER: Notwithstanding any provisions to the contrary in the Protective Order of December 15, 2009, the Gibson Dunn Parties and the Krys Plaintiffs shall be permitted to access and use any documents produced by any party in the Krys Actions, including documents constituting or containing Confidential Discovery Material, in the Arbitration, except for documents produced by the PwC Defendants and the THL Defendants. Counsel for the Gibson Dunn Parties at Gregory P. Joseph Law Offices LLC may have access to, and use, any documents, including documents constituting or containing Confidential Discovery Material, that are presented to witnesses in the course of the depositions they are defending in the Krys Actions, specifically including the depositions of Scott A. Kislin, Mitchell A. Karlan, Bruce Bolander and M. Natasha Labovitz. Any other counsel representing those witnesses or any other Gibson Dunn witnesses in connection with their depositions also may have access to, and use, any documents that are presented to the witnesses in the course of the depositions. The use of such Confidential Discovery Material by counsel identified in Paragraphs 1 and 2 shall only be in connection with the Krys Actions and the Arbitration and for no other purpose. The Protective Order of December 15, 2009 shall remain fully applicable to all Confidential Discovery Material unless expressly provided otherwise herein. (Signed by Special Master Judge Ronald J. Hedges on 2/3/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(ft) (Entered: 02/07/2012) |
| 02/07/2012 | 1385 | ORDER FOR ADMISSION PRO HAC VICE OF SCOT C. STIRLING BRITTON M. WORTHEN: Britton M. Worthen and Scot C. Stirling are admitted to practice pro hac vice as counsel for the Plaintiff in these cases in the United States District Court for the Southern District of New York. Attorney Scot Christopher Stirling for Kenneth M. Krys,Scot Christopher Stirling for Kenneth M. Krys,Scot Christopher Stirling for Kenneth M. Krys,Scot Christopher Stirling for Kenneth M. Krys admitted Pro Hac Vice. (Signed by Special Master Judge Ronald J. Hedges on 2/3/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al. (ft) (Entered: 02/07/2012) |
| 02/10/2012 | 1386 | NOTICE OF WITHDRAWAL AND ORDER: PLEASE TAKE NOTICE that I hereby withdraw my appearance as counsel of record for Defendant Grant Thornton LLP in the above–captioned action because I am no longer associated with Winston &Strawn LLP.As Defendant Grant Thornton LLP will continue to be represented by other counsel of record, my withdrawal will not delay the resolution |

| | | of this matter, or prejudice any parties. All further notices, pleadings and other documents should be served upon the remaining counsel of record for Grant Thornton LLP. Attorney George Thomas Soterakis terminated. (Signed by Judge Jed S. Rakoff on 2/10/2012) (ft) (Entered: 02/10/2012) |
|---|---|---|
| 02/10/2012 | 1387 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTIONS TO DISMISS BROUGHT BY THE INGRAM DEFENDANTS AND THE LIBERTY CORNER DEFENDANTS: The claims against the Ingram Defendants and the Liberty Corner Defendants in Counts XXIII and XXIV should be dismissed with prejudice. (Signed by Special Master Daniel J. Capra on 2/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ft) (Entered: 02/10/2012) |
| 02/10/2012 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/10/2012. Associated Cases: 1:07–md–01902–JSR et al.(mro) (Entered: 02/15/2012) |
| 02/16/2012 | 1388 | ORDER: for (1311 in 1:07–md–01902–JSR, 627 in 1:08–cv–03086–JSR, 526 in 1:08–cv–03065–JSR) Report and Recommendations. On November 27, 2011, Special Master Daniel J. Capra issued a Report and Recommendation in the above captioned case recommending that the THL Defendants,l motion to dismiss plaintiffs' claims be granted in its entirety. After the parties timely submitted their objections and responded thereto, the Court heard oral argument on January 24, 2012 and considered the entire matter de novo. Having done so, the Court finds itself in agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein. (Signed by Judge Jed S. Rakoff on 2/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 02/16/2012) |
| 02/16/2012 | 1389 | ORDER: Accordingly, on September 6, 2011, Special Master Hedges issued a revised Report and Recommendation on plaintiffs' motion for default judgment recommending that default judgment be entered as to all three defendants named in plaintiffs' moving papers. Defendants have failed to file any objections to either the original or revised Report and Recommendation. See Case Management Order No.3, dated Nov. 2, 2009. Accordingly, the court hereby adopts the Special Master's revised Report and Recommendation in its entirety as if incorporated herein and directs that default judgment be entered against defendants Sugrue, Bennett, and RGHI. Clerk to enter judgment. (Signed by Judge Jed S. Rakoff on 2/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 02/16/2012) |
| 02/16/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (690 in 1:08–cv–03086–JSR, 572 in 1:08–cv–03065–JSR, 1389 in 1:07–md–01902–JSR) Order Adopting Report and Recommendations,,,, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 02/16/2012) |
| 02/17/2012 | 1392 | MEMORANDUM AND ORDER: Accordingly, plaintiffs' motion for reconsideration of this Court's Order adopting the SpecialMaster's Report and Recommendation is hereby denied in all respects.The Clerk of the Court is directed to close document number 1293 onthe docket sheet of 07 MDL 1902, document number 517 on the docket sheet of 08 Civ. 3065, and document number 618 on the docket sheet of08 Civ. 3086. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ama) (Entered: 02/17/2012) |
| 02/17/2012 | 1393 | ORDER: Accordingly, plaintiffs' request for leave to amend is hereby denied.SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(ama) (Entered: 02/17/2012) |
| 02/17/2012 | 1394 | CLERK'S DEFAULT JUDGMENT That for the reasons stated in the Court's Order dated February 14, 2012, the report is adopted in its entirety, and default judgment is entered against defendants Sugrue, Bennett, and RGHI. (Signed by Clerk of Court Ruby Krajick on 2/17/12) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ml) (Entered: 02/17/2012) |

| | | |
|---|---|---|
| 02/21/2012 | 1395 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/16/2012. Redacted Transcript Deadline set for 3/26/2012. Release of Transcript Restriction set for 5/24/2012.Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 02/21/2012) |
| 02/21/2012 | 1396 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 02/21/2012) |
| 02/21/2012 | 1397 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Loretta A. Preska. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/16/2012. Redacted Transcript Deadline set for 3/26/2012. Release of Transcript Restriction set for 5/24/2012.Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 02/21/2012) |
| 02/21/2012 | 1398 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 02/21/2012) |
| 02/21/2012 | 1399 | ORDER OF ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that DAVID L. MOSES is admitted to practice pro hac vice as counsel for Defendant Robert Aaron in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Judge Jed S. Rakoff on 2/17/2012) (lmb) (Entered: 02/21/2012) |
| 02/21/2012 | 1400 | Objection re: (686 in 1:08–cv–03086–JSR, 1387 in 1:07–md–01902–JSR, 570 in 1:08–cv–03065–JSR) Report and Recommendations, /SPhinX Plaintiffs' Objection to Report and Recommendation of the Special Master on Motions to Dismiss Brought by the Ingram Defendants and the Liberty Corner Defendants. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus |

| | | |
|---|---|---|
| | | SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/21/2012) |
| 02/21/2012 | 1401 | DECLARATION of Mason C. Simpson in Opposition re: (686 in 1:08–cv–03086–JSR, 1387 in 1:07–md–01902–JSR, 570 in 1:08–cv–03065–JSR) Report and Recommendations,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit A (Part 1 of 2), # 2 Exhibit A (Part 2 of 2))Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/21/2012) |
| 02/22/2012 | 1402 | CASE MANAGEMENT ORDER #67: Pursuant to Case Management Order #66, the time for objections to the bills of the Special Masters for services rendered in January 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 2/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al. Copies Mailed By Chambers. (mro) (Entered: 02/22/2012) |
| 02/27/2012 | 1404 | MOTION for Sean Collier to Appear Pro Hac Vice. Document filed by Robert Aaron.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(bwa) (Entered: 03/02/2012) |
| 02/28/2012 | 1403 | MEMORANDUM ORDER. The Court adopts Special Master Hedges's ruling in full and reaffirms its February 15, 2012 ruling. Mr. Winegardner must answer the questions about his conversations with the Krys plaintiffs' attorneys, and as further set forth. (Signed by Judge Jed S. Rakoff on 2/27/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 02/28/2012) |
| 02/29/2012 | 1414 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER COMPLAINTS: The time within which Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Bane of America Securities LLC) and Credit Suisse Securities (USA) LLC may answer the First Amended Complaint in 08–CIV –3086, and the time within which Deutsche Bank Securities Inc. may answer the Complaint in 10–CIV–3594, are hereby extended through and including April 30, 2012. (Signed by Special Master Ronald J. Hedges on 2/29/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR (ab) Modified on 3/5/2012 (ab). (Entered: 03/05/2012) |
| 03/02/2012 | 1405 | ORDER FOR ADMISSION PRO HAC VICE granting (1404) Motion for Sean Collier to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (303) |

| | | |
|---|---|---|
| | | Motion for Sean Collier to Appear Pro Hac Vice in case 1:08–cv–07416–JSR as counsel for Defendant Robert Aaron. (Signed by Special Master Honorable Ronald Hedges on 3/2/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR (ab) (Entered: 03/02/2012) |
| 03/02/2012 | 1406 | RESPONSE re: (1400 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Liberty Corner Capital Strategies, LLC, William T. Pigott, William T. Pigott. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Tortorella, John) (Entered: 03/02/2012) |
| 03/02/2012 | 1407 | DECLARATION of Kevin H. Marino in Opposition re: (1400 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Liberty Corner Capital Strategies, LLC, William T. Pigott, William T. Pigott. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Tortorella, John) (Entered: 03/02/2012) |
| 03/02/2012 | 1408 | MOTION for Summary Judgment. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 03/02/2012) |
| 03/02/2012 | 1409 | MEMORANDUM OF LAW in Support re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #_1 Exhibit Attachment: Hearing Transcript)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 03/02/2012) |
| 03/02/2012 | 1410 | RULE 56.1 STATEMENT. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 03/02/2012) |
| 03/02/2012 | 1411 | DECLARATION of Calvin K. Koo in Support re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #_1 Exhibit 1–38)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 03/02/2012) |
| 03/02/2012 | 1412 | DECLARATION of Ruth Braun in Support re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Exhibit 9, #_10 Exhibit 10, #_11 Exhibit 11, #_12 Exhibit 12, #_13 Exhibit 13, #_14 Exhibit 14, #_15 Exhibit 15, #_16 Exhibit 16, #_17 Exhibit 17, #_18 Exhibit 18, #_19 Exhibit 19, #_20 Exhibit 20)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Braun, Ruth) (Entered: 03/02/2012) |
| 03/05/2012 | 1413 | CASE MANAGEMENT ORDER #68: The Court has received the bills from the Special Masters for the month of February, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on March 12, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 3/5/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 03/05/2012) |
| 03/07/2012 | 1416 | MOTION for Dennis Blackhurst to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims |

assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(bwa) (Entered: 03/08/2012)

| 03/07/2012 | 1418 | MOTION for Robert T. Mills to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(bwa) (Entered: 03/09/2012) |
| --- | --- | --- |
| 03/07/2012 | 1419 | MOTION for Robert T. MIlls to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1420 | MOTION for Lee M. Andelin to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital |

| | | Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1421 | MOTION for Lee M. Andelin to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1422 | MOTION for Samuel R. Randall to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(bwa) (Entered: 03/09/2012) |

| 03/07/2012 | 1423 | MOTION for Samuel Randall to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1424 | MOTION for Thomas Connelly to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1425 | MOTION for Thomas Connelly to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., |

| | | |
|---|---|---|
| | | et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(bwa) (Entered: 03/09/2012) |
| 03/07/2012 | 1426 | MOTION for Leo R. Beus to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(bwa) Modified on 3/9/2012 (bwa). Modified on 3/9/2012 (bwa). (Entered: 03/09/2012) |
| 03/07/2012 | 1427 | MOTION for Leo R. Beus to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07−md−01902−JSR, 1:11−cv−01486−JSR(bwa) (Entered: 03/09/2012) |
| 03/08/2012 | 1415 | ORDER adopting (557 in 1:08−cv−03086−JSR, 1206 in 1:07−md−01902−JSR, 469 in 1:08−cv−03065−JSR) Report and Recommendations − Special Master; granting (1188 in 1:07−md−01902−JSR, 460 in 1:08−cv−03065−JSR, 544 in 1:08−cv−03086−JSR) Motion for Default Judgment filed by Kenneth M Krys, Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis. On July 19, 2011, Special Master Ronald J. Hedges issued a Report and Recommendation in the above−captioned case recommending that default judgment be entered against defendant Thomas Hackl. Defendant Hackl has failed to file any objections to the Report and Recommendation. See Case Management Order No. 3, dated Nov. 2, 2009. Accordingly, the Court hereby adopts the Special Master's Report and Recommendation in its entirety as if incorporated herein and directs that default judgment be entered against defendant Hackl. The Clerk of the Court is directed to close document 1188 on the docket sheet of 07 MDL 1902, document 460 on the |

| | | |
|---|---|---|
| | | docket sheet of 08 civ. 3065, and document 544 on the docket sheet of 08 Civ. 3086. (Signed by Judge Jed S. Rakoff on 3/7/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(mro) (Entered: 03/08/2012) |
| 03/08/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (708 in 1:08−cv−03086−JSR, 587 in 1:08−cv−03065−JSR, 1415 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(mro) (Entered: 03/08/2012) |
| 03/08/2012 | 1417 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 8, 2012, the report is adopted in its entirety, and default judgment is entered against defendant Thomas Hackl. (Signed by Clerk of Court Ruby Krajick on 3/8/12) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(dt) (Entered: 03/08/2012) |
| 03/15/2012 | 1428 | ORDER FOR ADMISSION PRO HAC VICE OF LEE M. ANDELIN granting (1420) Motion for Lee M. Andelin to Appear Pro Hac Vice; granting (1421) Motion for Lee M. Andelin to Appear Pro Hac Vice in case 1:07−md−01902−JSR; granting (138) Motion for Lee M. Andelin to Appear Pro Hac Vice in case 1:10−cv−03594−JSR. Lee M. Andelin is admitted to practice pro hac vice as counsel for the Plaintiffs in this case in the United States District Court for the Southern District of New York. (Signed by Special Master Judge Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(ft) (Entered: 03/15/2012) |
| 03/15/2012 | 1429 | ORDER FOR ADMISSION PRO HAC VICE OF LEO BEUS granting (1426) Motion for Leo Beus to Appear Pro Hac Vice; granting (1427) Motion for Leo Beus to Appear Pro Hac Vice in case 1:07−md−01902−JSR; granting (141) Motion for Leo Beus to Appear Pro Hac Vice in case 1:10−cv−03594−JSR. Leo Beus is admitted to practice pro hac vice as counsel for the Plaintiffs in this case in the United States District Court for the Southern District of New York. (Signed by Special Master Judge Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(ft) (Entered: 03/15/2012) |
| 03/15/2012 | 1430 | STIPULATED ORDER. IT IS HEREBY ORDERED that: 1. Mr. Rose withdraws his assertion of attorney−client privilege and work product with respect to the Schedule A Documents; 2. The parties to the Actions shall use the Schedule A Documents only for purposes of Refco−related litigation; and 3. No party shall contend that, by the act of agreeing to this Stipulated Order, Mr. Rose waived any attorney−client privilege or any other applicable privileges that otherwise may exist with respect to the Schedule A Documents. (Signed by Special Master Ronald J. Hedges on 3/14/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:10−cv−03594−JSR, 1:11−cv−01486−JSR(rjm) (Entered: 03/15/2012) |
| 03/15/2012 | 1431 | ORDER FOR ADMISSION PRO HAC VICE OF DENNIS BLACKHURST granting (1416) Motion for Dennis Blackhurst to Appear Pro Hac Vice in case 1:07−md−01902−JSR; granting (136) Motion for Dennis Blackhurst to Appear Pro Hac Vice in case 1:10−cv−03594−JSR. Dennis Blackhurst is admitted to practice pro hac vice as counsel for the Plaintiffs in this case in the United States District Court for the Southern District of New York. (Signed by Special Master Judge Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(ft) (Entered: 03/15/2012) |
| 03/15/2012 | 1432 | ORDER FOR ADMISSION PRO HAC VICE OF ROBERT T. MILLS granting (1418) Motion for Robert T. Mills to Appear Pro Hac Vice; granting (1419) Motion for Robert T. Mills to Appear Pro Hac Vice in case 1:07−md−01902−JSR; granting (137) Motion for Robert T. Mills to Appear Pro Hac Vice in case 1:10−cv−03594−JSR. (Signed by Special Master Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:10−cv−03594−JSR(rjm) (Entered: 03/15/2012) |

| 03/15/2012 | 1433 | ORDER FOR ADMISSION PRO HAC VICE OF SAMUEL RANDALL granting (1422) Motion for Samuel Randall to Appear Pro Hac Vice; granting (1423) Motion for Samuel Randall to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (139) Motion for Samuel Randall to Appear Pro Hac Vice in case 1:10–cv–03594–JSR. (Signed by Special Master Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 03/15/2012) |
|---|---|---|
| 03/15/2012 | 1434 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS CONNELLY granting (1424) Motion for Thomas Connelly to Appear Pro Hac Vice; granting (1425) Motion for Thomas Connelly to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (140) Motion for Thomas Connelly to Appear Pro Hac Vice in case 1:10–cv–03594–JSR. (Signed by Special Master Ronald Hedges on 3/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 03/15/2012) |
| 03/15/2012 | 1435 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER COMPLAINTS: IT IS HEREBY STIPULATED AND AGREED, that the time within which Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Bane of America Securities LLC) and Credit Suisse Securities (USA) LLC may answer the First Amended Complaint in 08–CIV–3086, and the time within which Deutsche Bank Securities Inc. may answer the Complaint in 10–CIV–3594, are hereby extended through and including April 30, 2012. (Signed by Special Master on 3/15/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(jfe) (Entered: 03/15/2012) |
| 03/20/2012 | 1436 | ORDER FOR ADMISSION PRO HAC VICE OF LEE M. ANDELIN: in case 1:07–md–01902–JSR; granting (72) Motion for Lee M. Andelin to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jfe) Modified on 3/20/2012 (jfe). (Entered: 03/20/2012) |
| 03/20/2012 | 1437 | ORDER FOR ADMISSION PRO HAC VICE OF LEO BEUS: in case 1:07–md–01902–JSR; granting (75) Motion for Leo Beus to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jfe) (Entered: 03/20/2012) |
| 03/20/2012 | 1438 | ORDER FOR ADMISSION PRO HAC VICE OF DENNIS BLACKHURST: in case 1:07–md–01902–JSR; granting (70) Motion for Dennis Blackhurst to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) (jfe) (Entered: 03/20/2012) |
| 03/20/2012 | 1439 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS CONNELLY: in case 1:07–md–01902–JSR; granting (74) Motion for Thomas Connelly to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jfe) Modified on 3/20/2012 (jfe). (Entered: 03/20/2012) |
| 03/20/2012 | 1440 | ORDER FOR ADMISSION PRO HAC VICE OF ROBERT T. MILLS: in case 1:07–md–01902–JSR; granting (71) Motion for Robert T. MIlls to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jfe) Modified on 3/20/2012 (jfe). (Entered: 03/20/2012) |
| 03/20/2012 | 1441 | ORDER FOR ADMISSION PRO HAC VICE OF SAMUEL RANDALL: in case 1:07–md–01902–JSR; granting (73) Motion for Samuel Randall to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Special Master Hon. Ronald Hedges on 3/20/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(jfe) (Entered: 03/20/2012) |
| 03/21/2012 | 1442 | SPECIAL MASTER ORDER DIRECTING PAYMENT: On December 30, 2011, the Case Accountant, Ball Baker Leake, LLP, submitted to the Special Master a bill for services rendered in this MDL from September 19, 2011 to December 30, 2011 in the amount of $1,369.47. The Special Master through liaison counsel, informed the Plaintiffs' Coordinating Committee and the Defendants' Coordinating |

| | | |
|---|---|---|
| | | Committee to submit objections, if any, to the Case Accountant's bill on or before January 6, 2012. Having received no objections, the Special Master hereby orders that the Case Accountant shall pay itself a total of $1,369.47 from the escrow account in this MDL, with half of that amount ($684.74) attributed to the Plaintiffs' Coordinating Committee and the other half to the Defendants' Coordinating Committee. (Signed by Ronald Hedges, Special Master on 1/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lmb) (Entered: 03/21/2012) |
| 03/21/2012 | 1443 | ORDER OF ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that Derek J. Sarafa is admitted to practice pro hac vice as counsel for Grant Thornton LLP in the above–captioned case in the United States District Court for the Southern District of New York. (Signed by Ronald Hedges, Special Master on 6/8/2011) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08663–JSR(lmb) (Entered: 03/21/2012) |
| 03/21/2012 | 1446 | STIPULATED ORDER: Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon still contend that the Documents are privileged but nonetheless desire to end the instant dispute, and thus agree to produce the Documents to the DPM Parties within two (2) business days of issuance of this Stipulated Order, without waiver of any privilege, attorney–client or attorney work product or otherwise, that Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon would be otherwise entitled to assert with respect to any other documents, communications and information. This Stipulated Order is issued in accordance with Federal Rule of Evidence 502(d). (Signed by Special Master Judge Ronald J. Hedges on 3/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR, 1:11–cv–01486–JSR(ft) (Entered: 03/23/2012) |
| 03/22/2012 | 1444 | TRANSCRIPT of Proceedings re: Argument held on 3/14/2012 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Paula Speer, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/16/2012. Redacted Transcript Deadline set for 4/26/2012. Release of Transcript Restriction set for 6/25/2012.Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 03/22/2012) |
| 03/22/2012 | 1445 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a argument proceeding held on 3/14/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 03/22/2012) |
| 03/26/2012 | 1447 | ORDER: Third–party defendant Patrina Khoo Farquharson shall promptly create an index of the electronic documents requested for production by Defendants Mark Kavanagh and Brian Owens and the DPM Defendants, and as further set forth in this document. ( Pretrial Conference set for 10/2/2012 at 03:00 PM before Special Master Ronald J. Hedges) (Signed by Special Master Ronald J. Hedges on 3/26/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR, 1:11–cv–01486–JSR(cd) (Entered: 03/26/2012) |
| 03/26/2012 | 1448 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for (1361 in 1:07–md–01902–JSR, 548 in 1:08–cv–03065–JSR, 661 in 1:08–cv–03086–JSR): the Court finds itself in agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein and the Mayer Brown Defendants' motion to dismiss plaintiffs' claims be granted in part and denied in part. (Signed by Judge Jed S. Rakoff on 3/24/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(cd) (Entered: 03/26/2012) |
| 03/28/2012 | 1449 | CASE MANAGEMENT ORDER: Pursuant to Case Management order #68, the time for objections to the bills of the Special Masters for services rendered in |

| | | February 2012 has elapsed. Since the court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 3/27/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 03/28/2012) |
|---|---|---|
| 03/28/2012 | 1450 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: On December 16, 2011, Special Master Daniel J. Capra issued a Report and Recommendation in the above captioned case recommending that the motion to dismiss brought by defendants Grant Thornton LLP and Mark Ramler be granted in part and denied in part. After the parties timely submitted their objections and responded thereto, the Court heard oral argument on February 17, 2012 and considered the entire matter de novo. Having done so, the Court finds itself in agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein. Additionally, plaintiffs' seek leave from this Court to amend their complaint. This request is not addressed in the Special Master's Report and Recommendation, as it was not presented to him. Accordingly, plaintiffs are directed to present this argument to special Master Capra, who will decide the issue in the first instance. (538 in 1:08–cv–03065–JSR, 644 in 1:08–cv–03086–JSR, 1343 in 1:07–md–01902–JSR) Report and Recommendations,,, (Signed by Judge Jed S. Rakoff on 3/26/2012) (js) (Entered: 03/28/2012) |
| 04/03/2012 | 1451 | CASE MANAGEMENT ORDER #70: The Court has received the bills from the Special Masters for the month of March, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on April 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 4/2/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(ft) (Entered: 04/03/2012) |
| 04/05/2012 | 1452 | STIPULATION AND ORDER: By and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, through their undersigned counsel, in the above–captioned actions, that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including April 30, 2012. (Signed by Special Master Hon. Ronald J. Hedges on 4/5/2012) Robert Trosten answer due 4/30/2012. (Signed by judge on 4/5/2012) (rdz) (Entered: 04/05/2012) |
| 04/05/2012 | 1453 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER COMPLAINT:: IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Mayer Brown LLP, Edwards. Best, Joseph P. Collins, Paul Koury, and Plaintiffs in the above referenced Krys action, by and through their undersigned counsel, that the time within which Defendants may answer the First Amended Complaint in 08–CIV –3086, is hereby extended through and including May 24, 2012. (Signed by Special Master on 4/5/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(js) (Entered: 04/06/2012) |
| 04/05/2012 | 1454 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, though their undersigned counsel, in the above captioned actions, Krys, et al. v. Sugrue, et al., Nos. 08–cv–3065 (JSR), 08–cv–3086 (JSR), that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including April30, 2012. (Signed by Special Master on 4/5/2012) (js) (Entered: 04/06/2012) |
| 04/05/2012 | | Set/Reset Deadlines: Credit Suisse Securities (USA) LLC answer due 5/24/2012; Grant Thornton LLP answer due 5/24/2012; Thomas H. Lee answer due 5/24/2012; Mark Ramler answer due 5/24/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(js) (Entered: 04/20/2012) |
| 04/09/2012 | 1455 | REPORT AND RECOMMENDATION of the Special Master on Motion to Dismiss re: (19 in 1:11–cv–01486–JSR) MOTION to Dismiss *the Complaint*.filed by Schultze Roth &Zabel LLP. 1. Any claims brought by the Harbor Trust Co. Ltd. should be dismissed with prejudice. 2. The claims brought on behalf of the Assignors should be dismissed with prejudice. 3. In all other respects, the motion to dismiss should be denied. Objections to RRdue by 4/26/2012 (Signed by Special |

| | | Master, Daniel J. Capra on 4/9/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:11-cv-01486-JSR(lmb) (Entered: 04/09/2012) |
|---|---|---|
| 04/09/2012 | 1456 | SUPPLEMENTAL ORDER: Accordingly, the Court issues this supplemental Order to clarify the original Order. The Court agrees with defendants that, on the face of the present complaint, plaintiffs have not plausibly alleged that Ramler's work on Refco's financial statements when he worked at Arthur Andersen is connected to the Refco fraud in any way. Nonetheless, it may still be possible for plaintiffs to amend their complaint to allege plausibly that Ramler substantially assisted the Refco fraud earlier than the current allegations against him (and Grant Thornton) suggest. See Fed. R. Civ. P. 15(a) (2); see Foman v. Davis, 371 U.S. 178, 182 (1962) (explaining policy of allowing liberal amendments). With these clarifications, the Court reaffirms its original Order: if plaintiffs believe they can plausibly allege such a theory, they are hereby directed to present their argument to amend the complaint to the Special Master as further set forth in this order. See Arnold v. KPMG LLP, 334 F. App'x 349, 352 (2d Cir. 2009) (summary order) (noting plaintiff must demonstrate he can amend complaint in manner that would survive dismissal). (Signed by Judge Jed S. Rakoff on 4/5/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(lmb) (Entered: 04/09/2012) |
| 04/11/2012 | 1457 | DEPOSITION.Document filed by Christopher Aliprandi.Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03086-JSR, 1:08-cv-07416-JSR, 1:10-cv-03594-JSR, 1:11-cv-01486-JSR(McDonough, Theodore) (Entered: 04/11/2012) |
| 04/13/2012 | 1458 | ORDER: It is hereby ORDERED as follows: Mr. Karlan shall be deposed on April 5, 2012 for no more than one day of seven hours, unless otherwise stipulated or directed by the court. Plaintiffs reserve their rights to seek additional time to question Mr. Karlan. Plaintiffs shall deliver a set of the unredacted documents subject to the December 2010 Protective Order to Special Master Hedges three business days before the date of the deposition. Plaintiffs shall bring a set of the unredacted documents subject to the December 2010 Protective Order to the deposition. (Signed by Special Master Ronald J. Hedges on 4/5/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03086-JSR, 1:11-cv-01486-JSR(jfe) Modified on 4/13/2012 (jfe). (Entered: 04/13/2012) |
| 04/13/2012 | 1459 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH GRANT THORNTON LLP AND MARK RAMLER MAY ANSWER THE AMENDED COMPLAINT: It is hereby Stipulated and agreed that the time within which defendants may answer the Amended Complaint is hereby extended through and including 6/1/12. Grant Thornton LLP answer due 6/1/2012; Mark Ramler answer due 6/1/2012. (Signed by Special Master Ronald J. Hedges on 4/5/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03086-JSR(jfe) (Entered: 04/13/2012) |
| 04/13/2012 | 1460 | NOTICE OF APPEARANCE by Luke A. Connelly on behalf of Grant Thornton LLP, Mark Ramler (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Connelly, Luke) (Entered: 04/13/2012) |
| 04/13/2012 | 1461 | DECLARATION of B. John Pendleton, Jr. in Opposition re: (268 in 1:08-cv-07416-JSR, 268 in 1:08-cv-07416-JSR) FIRST MOTION to Dismiss.FIRST MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Guy Castranova, DPM-Mellon, LLC, DPM-Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Letter Brief)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Bunn, Andrew) (Entered: 04/13/2012) |
| 04/16/2012 | 1462 | CASE MANAGEMENT ORDER #71: Pursuant to Case Management Order #70, the time for objections to the bills of the Special Masters for services rendered in March 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 4/13/2012) Filed In Associated Cases: 1:07-md-01902-JSR et al.(lmb) (Entered: 04/16/2012) |

| 04/16/2012 | 1463 | SUPPLEMENTAL MEMORANDUM OF LAW *Concerning Mandatory Abstention*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 04/16/2012) |
|---|---|---|
| 04/16/2012 | 1464 | DECLARATION of Calvin K. Koo in Support re: (1463 in 1:07–md–01902–JSR, 285 in 1:07–cv–08165–JSR) Memorandum of Law. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 04/16/2012) |
| 04/16/2012 | 1465 | MEMORANDUM OF LAW in Opposition re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 04/16/2012) |
| 04/16/2012 | 1466 | COUNTER STATEMENT TO (1410 in 1:07–md–01902–JSR, 274 in 1:07–cv–08165–JSR) Rule 56.1 Statement. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 04/16/2012) |
| 04/16/2012 | 1467 | DECLARATION of Nicholas J. Calamari in Opposition re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1–66)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Calamari, Nicholas) (Entered: 04/16/2012) |
| 04/16/2012 | 1468 | SEALED DOCUMENT placed in vault.(mps) (Entered: 04/17/2012) |
| 04/17/2012 | 1469 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE: It is hereby stipulated and agreed by and between the parties that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure: 1. The portion of Count I relating to allegations that defendant committed malpractice in connection with the preparation of SPhinX's organizational documents and conflicting language therein is voluntarily dismissed with prejudice against Schulte Roth &Zabel LLP, without any rights of appeal; 2. The portion of Count I relating to allegations that Schulte Roth &Zabel LLP committed malpractice in connection with legal advice regarding potential preference litigation and redemption requests shall not be affected by this stipulation. (Signed by Judge Jed S. Rakoff on 4/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(lmb) (Entered: 04/17/2012) |
| 04/20/2012 | 1470 | DECLARATION of B. John Pendleton, Jr. (Second Supplemental) in Opposition re: (268 in 1:08–cv–07416–JSR, 268 in 1:08–cv–07416–JSR) FIRST MOTION to Dismiss.FIRST MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Guy Castranova, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Bunn, Andrew) (Entered: 04/20/2012) |
| 04/30/2012 | 1471 | RESPONSE re: (285 in 1:07–cv–08165–JSR, 1463 in 1:07–md–01902–JSR) Memorandum of Law *Concerning Mandatory Abstention*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 04/30/2012) |
| 04/30/2012 | 1472 | REPLY MEMORANDUM OF LAW in Support re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 04/30/2012) |
| 04/30/2012 | 1473 | RULE 56.1 STATEMENT. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Koo, Calvin) (Entered: 04/30/2012) |
| 04/30/2012 | 1474 | DECLARATION of Calvin K. Koo in Support re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)Filed In Associated Cases: 1:07–md–01902–JSR, |

| | | |
|---|---|---|
| | | 1:07−cv−08165−JSR(Koo, Calvin) (Entered: 04/30/2012) |
| 05/01/2012 | 1475 | AMENDED ANSWER to (690 in 1:07−md−01902−JSR) Amended Complaint,,,,,,,,, with JURY DEMAND. Document filed by Robert Aaron. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Stein, Elliott) (Entered: 05/01/2012) |
| 05/01/2012 | 1476 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN WHICH CERTAIN DEFENDANTS MAY ANSWER COMPLAINTS: IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Banc of America Securities LLC), Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc. and Plaintiffs in the above−referenced Krys actions, by and through their undersigned counsel, that the time within which Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Banc of America Securities LLC) and Credit Suisse Securities (USA) LLC may answer the First Amended Complaint in 08−CIV−3086, and the time within which Deutsche Bank Securities Inc. may answer the Complaint in 10−CIV−3594, are hereby extended through and including May 24, 2012. (Signed by Special Master Ronald J. Hedges on 5/1/2012) (mro) (Entered: 05/02/2012) |
| 05/01/2012 | 1477 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, though their undersigned counsel, in the above−captioned actions, Krys, et al. v. Sugrue, et al., Nos. 08−cv−3065 (JSR), 08−cv−3086 (JSR), that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including June 18, 2012. (Signed by Special Master Ronald J. Hedges on 5/1/2012) (mro) (Entered: 05/02/2012) |
| 05/02/2012 | 1478 | TRANSCRIPT of Proceedings re: ARGUMENT held on 3/14/2012 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Paula Speer, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/29/2012. Redacted Transcript Deadline set for 6/7/2012. Release of Transcript Restriction set for 8/3/2012.Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 05/02/2012) |
| 05/02/2012 | 1479 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 3/14/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 05/02/2012) |
| 05/04/2012 | 1480 | Objection re: (1455 in 1:07−md−01902−JSR, 91 in 1:11−cv−01486−JSR) Report and Recommendations − Special Master,, /SPhinX Plaintiffs' Limited Objection to Report and Recommendation of the Special Master on the Motion to Dismiss Brought by Schulte Roth &Zabel LLP. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami |

| | | Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:11−cv−01486−JSR(Molton, David) (Entered: 05/04/2012) |
|---|---|---|
| 05/07/2012 | 1481 | ORDER: the Court hereby adopts the Special Master's Report and Recommendation in its entirety as if incorporated herein and directs that default judgment be entered against third−party defendant Sugrue. The Clerk of the Court is directed to close document 1346 on the docket sheet of 07 MDL 1902 and document 274 on the docket sheet of 08 Civ. 7416. terminating (1346) Motion for Default Judgment in case 1:07−md−01902−JSR; terminating (274) Motion for Default Judgment in case 1:08−cv−07416−JSR; terminating [] Motion for Default Judgment in case 1:07−md−01902−JSR; terminating [] Motion for Default Judgment in case 1:08−cv−07416−JSR. (Signed by Judge Jed S. Rakoff on 5/7/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(pl) (Entered: 05/07/2012) |
| 05/07/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: 1481 Order on Motion for Default Judgment, to the Judgments and Orders Clerk. (pl) (Entered: 05/07/2012) |
| 05/08/2012 | 1482 | CASE MANAGEMENT PLAN #72: The Court has received the bills from the Special Masters for the month of April, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on May 14, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 5/7/2012) Filed In Associated Cases: 1:07−md−01902−JSR et al.(cd) (Entered: 05/08/2012) |
| 05/09/2012 | 1483 | DEFAULT JUDGMENT That for the reasons stated in the Court's Order dated May 6, 2012, the Report is adopted, and, for the reasons stated therein, default judgment be entered against third−party defendant Sugrue. (Signed by Clerk of Court Ruby Krajick on 5/9/12) (Attachments: # 1 NOTICE OF RIGHT TO APPEAL)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(ml) (Entered: 05/09/2012) |
| 05/09/2012 | 1484 | NOTICE OF WITHDRAWAL OF ATTORNEY AND PROPOSED ORDER: PLEASE TAKE NOTICE that Robert Lee Boone is hereby withdrawn as counsel of record in the above−captioned matters for defendants Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co. and Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Banc of America Securities LLC). Mr. Boone is no longer affiliated with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above−captioned matters. Wilmer Cutler Pickering Hale and Dorr LLP will continue ascounsel for the above−referenced matters. (Signed by Judge Jed S. Rakoff on 5/8/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(rdz) (Entered: 05/09/2012) |
| 05/10/2012 | 1491 | MEMORANDUM ORDER: Accordingly, the Court concludes that the Krys action cannot be grouped with the Private Actions Trust action for SLUSA purposes.Defendants also argue that the Krys action can be grouped with various actions in this MDL that have either settled or been dismissed with prejudice, such as the now−settled securities class action filed against Refco. 6 See Def. Obj. at11–12. SLUSA'S grouping provision however, allows the Court to group this action with cases that are "filed in or pending in the same court." § 78bb(f) (5) (B) (ii). These settled and dismissed cases are no longer "pending" in this action, nor were they originally "filed" in the same court as the Krys plaintiffs. Congress' clear use of the present tense for "pending" cases and past tense for "filed" cases forecloses defendants argument. Accordingly, the Court declines to group the Krys action with any of the other now−settled or dismissed actions in the Refco MDL.The Court therefore reaches the same ultimate conclusion as Special Master |

| | | |
|---|---|---|
| | | Capra: the Krys plaintiffs claims are not barred by SLUSA. SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/09/2012) (ama) (Entered: 05/22/2012) |
| 05/15/2012 | 1485 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** NOTICE of Partial Dismissal with Respect to Counterclaim for Contribution Only. Document filed by Guy Castravana, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Pendleton, Brian) Modified on 5/16/2012 (ka). (Entered: 05/15/2012) |
| 05/16/2012 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Brian John Pendleton, Jr. to E–MAIL to judgments@nysd.uscourts.gov., Document No. 1485 Notice of Partial Dismissal. This document is not filed via ECF. (ka)** (Entered: 05/16/2012) |
| 05/18/2012 | 1486 | NOTICE OF PARTIAL DISMISSAL WITH RESPECT TO COUNTERCLAIM FOR CONTRIBUTION ONLY: that defendants Guy Castravana, Derivative PortfolioManagement. LLC, Derivative Portfolio Management. Ltd, DPM–Mellon, LLC, and DPM Mellon,Ltd, by and through their undersigned counsel, hereby withdraw and voluntarily dismiss without prejudice the Counterclaim for contribution against plaintiffs in this matter pursuant to Rule 4 1 (a)(l )(A)(i) of the Federal Rules of Civil Procedure. This partial dismissal shall not affect the Counterclaim for indemnification or the Third–Party Complaint for contribution asserted by the above–named defendants. (Signed by Judge Jed S. Rakoff on 5/16/2012) (cd) (Entered: 05/18/2012) |
| 05/18/2012 | 1487 | **FILING ERROR – DUPLICATE DOCKET ENTRY (SEE DOCUMENT #1488) –** RESPONSE re: (99 in 1:11–cv–01486–JSR) Objection (non–motion) *SPhinX Plaintiffs' Response to the Objection by Defendant Schulte Roth &Zabel, LLP to the Report and Recommendation of the Special Master on Motion to Dismiss*. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) Modified on 5/21/2012 (ldi). Modified on 5/21/2012 (ldi). (Entered: 05/18/2012) |
| 05/18/2012 | 1488 | RESPONSE re: (99 in 1:11–cv–01486–JSR) Objection (non–motion) *SPhinX Plaintiffs' Response to the Objection by Defendant Schulte Roth &Zabel, LLP to the Report and Recommendation of the Special Master on Motion to Dismiss*. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as |

| | | assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: #_1_ Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) (Entered: 05/18/2012) |
|---|---|---|
| 05/18/2012 | 1489 | DECLARATION of Mason C. Simpson in Support re: (1488 in 1:07–md–01902–JSR, 105 in 1:11–cv–01486–JSR) Response,,,,,,,,.. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: #_1_ Exhibit A, #_2_ Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(Molton, David) (Entered: 05/18/2012) |
| 05/21/2012 | 1490 | CASE MANAGEMENT ORDER NO. 73. Pursuant to Case Management Order No. 72, the time for objections to the bills of the Special Masters for services rendered in April 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 5/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(rjm) (Entered: 05/21/2012) |
| 05/24/2012 | 1492 | TRANSCRIPT of Proceedings re: MOTIONS held on 2/28/2012 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2012. Redacted Transcript Deadline set for 6/28/2012. Release of Transcript Restriction set for 8/27/2012.Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 05/24/2012) |
| 05/24/2012 | 1493 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTIONS proceeding held on 2/28/12 has been filed by |

| | | the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(McGuirk, Kelly) (Entered: 05/24/2012) |
|---|---|---|
| 05/24/2012 | 1494 | ANSWER to 874 Complaint,,. Document filed by Deutsche Bank Securities, Inc..(Warnot, James) (Entered: 05/24/2012) |
| 05/24/2012 | 1495 | ANSWER to 690 Amended Complaint,,,,,,,,. Document filed by Joseph P Collins.(Bach, Jonathan) (Entered: 05/24/2012) |
| 05/24/2012 | 1496 | ANSWER to 690 Amended Complaint,,,,,,,,. Document filed by Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated.(Anker, Philip) (Entered: 05/24/2012) |
| 05/24/2012 | 1497 | ANSWER to Complaint with JURY DEMAND. Document filed by Grant Thornton LLP, Mark Ramler.(Cuneo, Lauren) (Entered: 05/24/2012) |
| 05/29/2012 | 1498 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON PLAINTIFFS' MOTION TO DISMISS INDEMNITY COUNTERCLAIM: For all these reasons, DPMs claim for indemnification of any damage award obtained on behalf of PlusFunds should not be dismissed. DPMs counterclaim for indemnity (Count II) should be dismissed with prejudice insofar as it seeks: 1. Legal expenses incurred in this action related to claims brought on behalf of SMFF. 2. Legal expenses incurred this action related to claims brought on behalf of PlusFunds, to the extent those expenses replicate those incurred with respect to SMFFs claims. 3. Indemnification of any damage award obtained on behalf of SMFF for breach of the Service Agreement. 4. Indemnification of any damage award based on a finding that DPM committed an act or acts of gross negligence, malfeasance or wilful misconduct. In all other respects, the motion to dismiss Count II of the Counterclaim should be denied. (Signed by Special Master, Daniel J. Capra on 5/29/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(jfe) (Entered: 05/29/2012) |
| 05/29/2012 | 1499 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON PLAINTIFFS' MOTION TO DISMISS INDEMNITY COUNTERCLAIM: For the reasons discussed below, the Special Master recommends that the motion to dismiss Count II of the Counterclaim should be granted in part and denied in part, and as further set forth in this document. DPMs counterclaim for indemnity (Count II) should be dismissed with prejudice insofar as it seeks: 1. Legal expenses incurred in this action related to claims brought on behalf of SMFF. 2. Legal expenses incurred this action related to claims brought on behalf of PlusFunds, to the extent those expenses replicate those incurred with respect to SMFFs claims. 3. Indemnification of any damage award obtained on behalf of SMFF for breach of the Service Agreement. 4. Indemnification of any damage award based on a finding that DPM committed an act or acts of gross negligence, malfeasance or willful misconduct. In all other respects, the motion to dismiss Count II of the Counterclaim should be denied. Objections to RRdue by 6/15/2012 (Signed by Daniel J Capra, Special Master on 5/29/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(cd) (Entered: 05/30/2012) |
| 06/04/2012 | 1500 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jed S. Rakoff on 6/1/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(mro) (Entered: 06/04/2012) |
| 06/04/2012 | 1501 | CASE MANAGEMENT ORDER #74: The Court has received the bills from the Special Masters for the month of May, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 11, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 6/4/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(mro) (Entered: 06/04/2012) |

| 06/06/2012 | 1502 | ORDER GRANTING MOVING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY: It is hereby ORDERED that the request for international judicial assistance pursuant to the Moving Defendants' Motion for Issuance of Letters Rogatory, filed on June 1, 2012, and joined by the Aaron and DPM defendants in the Krys v. Aaron action, GRANTED. The Clerk of this Court shall issue under the Court's seal the signed letters rogatory attached to this order, and transmit the signed, sealed letters rogatory to Jeremy S. Winer, Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, counsel for Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Bane of America Securities LLC) and Credit Suisse Securities (USA) LLC. (Signed by Special Master Ronald J. Hedges on 6/6/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03086-JSR, 1:08-cv-07416-JSR(jfe) (Entered: 06/06/2012) |
|---|---|---|
| 06/06/2012 | 1503 | SPECIAL MASTER ORDER DIRECTING PAYMENT. SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows: WHEREAS, on May 14, 2012, Ball Baker Leake LLP issued an invoice in the amount of $1,432.03 for accounting services rendered in the above-captioned action and related disbursements from January 1, 2012 through April 30, 2012 (the "Ball Baker Leake Invoice"); WHEREAS, on May 22, 2012, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party; WHEREAS, the parties to the above-captioned action were permitted fourteen (14) calendar days to object to the Ball Baker Leake Invoice; WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master; NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. So ordered this 6th day of June, 2012. (Signed by Hon. Ronald Hedges Special Master on 6/6/2012) (rjm) (Entered: 06/07/2012) |
| 06/06/2012 | | Transmission to Sealed Records Clerk. Transmitted re: (1502 in 1:07-md-01902-JSR, 749 in 1:08-cv-03086-JSR, 336 in 1:08-cv-07416-JSR) Order,,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03086-JSR, 1:08-cv-07416-JSR(jfe) (Entered: 06/07/2012) |
| 06/07/2012 | 1504 | ORDER. The parties having represented to Special Master Ronald J. Hedges and the Court that certain actions in this MDL have been fully disposed of – either by settlement or by order of the Court – and can therefore be terminated, the Clerk of the Court is hereby directed to close the following cases: Mazur v. Refco, Inc., 05 Civ. 8626. Am. Fin. Int'l Group–Asia, L.L.C. v. Refco, Inc., 05 Civ. 8988. VR Global Partners L.P. v. Bennett, 07 Civ. 8686. Capital Mgmt. Select Fund Ltd. v. Bennett, 07 Civ. 8688. The Court grants leave to any party to move within 30 days from the date hereof to reopen their case if a live claim exists. (Signed by Judge Jed S. Rakoff on 6/6/2012) Filed In Associated Cases: 1:07-md-01902-JSR et al. (rjm) (Entered: 06/07/2012) |
| 06/08/2012 | 1505 | Objection re: (1498 in 1:07-md-01902-JSR, 332 in 1:08-cv-07416-JSR) Report and Recommendations – Special Master,,,, /SPhinX Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Plaintiffs' Motion to Dismiss Indemnity Counterclaim. Document filed by Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger |

| | | Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 06/08/2012) |
|---|---|---|
| 06/11/2012 | 1506 | NOTICE of STATEMENT NOTING DEATH OF DEFENDANT MARI FERRIS. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 06/11/2012) |
| 06/13/2012 | 1507 | AMENDED ORDER GRANTING MOVING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY: It is hereby ORDERED that the request for international judicial assistance pursuant to the Moving Defendants' Motion for Issuance of Letters Rogatory, filed on June 1, 2012, and joined by the Aaron and DPM defendants in the Krys v. Aaron action, GRANTED. The Clerk of this Court shall issue under the Court's seal the signed letters rogatory attached to this order, and transmit the signed, sealed letters rogatory to Jeremy S. Winer, Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, counsel for Merrill Lynch, Pierce, Fenner &Smith Incorporated (as successor by merger to Bane of America Securities LLC) and Credit Suisse Securities (USA) LLC. (Signed by Special Master Ronald Hedges on 6/12/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–09327–GEL, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(jfe) (Entered: 06/13/2012) |
| 06/15/2012 | 1508 | OBJECTION to (1499 in 1:07–md–01902–JSR, 333 in 1:08–cv–07416–JSR) Report and Recommendations , *Or In The Alternative, Request For Reconsideration Of The Report and Recommendations.* Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 06/15/2012) |
| 06/15/2012 | 1509 | DECLARATION of B. John Pendleton, Jr. in Support re: (1508 in 1:07–md–01902–JSR, 340 in 1:08–cv–07416–JSR) Objection to Report and Recommendations,. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 06/15/2012) |
| 06/18/2012 | 1510 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON GRANT THORNTON'S MOTION FOR SUMMARY JUDGMENT re: (272 in 1:07–cv–08165–JSR, 1408 in 1:07–md–01902–JSR) MOTION for Summary Judgment filed by Grant Thornton LLP. Grant Thornton's motion for summary judgment should be denied. Objections to RRdue by 7/5/2012. (Signed by Special Master Daniel J. Capra on 6/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(lmb) (Entered: 06/18/2012) |
| 06/18/2012 | 1511 | RESPONSE *to Plaintiffs' Kenneth M. Krys and Margot MacInnis, as Joint Official Liquidators of SPhinX Managed Future Funds SPC, Limited Objections to the May 29, 2012 Report and Recommendation of the Special Master on Plaintiffs' Motion to Dismiss the Indemnity Counterclaim re: (338 in 1:08–cv–07416–JSR, 1505 in 1:07–md–01902–JSR).* Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 06/18/2012) |
| 06/18/2012 | 1512 | DECLARATION of B. John Pendleton, Jr. in Support re: (1511 in 1:07–md–01902–JSR, 342 in 1:08–cv–07416–JSR) Response,,. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibit 1, # 2 |

| | | Declaration of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 06/18/2012) |
|---|---|---|
| 06/19/2012 | 1513 | MOTION for L. Richard Williams to Appear Pro Hac Vice. Document filed by Kenneth M. Krys(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(pgu) (Entered: 06/19/2012) |
| 06/19/2012 | 1514 | MOTION for L. Richard Williams to Appear Pro Hac Vice. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al).Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(pgu) (Entered: 06/19/2012) |
| 06/21/2012 | 1515 | CASE MANAGEMENT ORDER #75: Pursuant to Case Management Order #74, the time for objections to the bills of the Special Masters for services rendered in May 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 6/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(pl) (Entered: 06/21/2012) |
| 06/21/2012 | 1516 | ORDER FOR ADMISSION PRO HAC VICE OF L. RICHARD WILLIAMS: granting (1513) Motion for L. Richard Williams to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (114) Motion for L. Richard Williams to Appear Pro Hac Vice in case 1:11–cv–01486–JSR; granting (88) Motion for L. Richard Williams to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting [] Motion for L. Richard Williams to Appear Pro Hac Vice in case 1:11–cv–01486–JSR. (Signed by Judge Jed S. Rakoff on 6/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(pl) (Entered: 06/21/2012) |

| 06/21/2012 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Status Conference held on 6/21/2012. (Landers, Rigoberto) (Entered: 07/17/2012) |
|---|---|---|
| 06/22/2012 | 1517 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth Krys, et al. and defendant Robert Trosten, through their undersigned counsel, in the above–captioned actions, Krys, et al. v. Sugrue, et al., Nos. 08–cv–3065 (JSR), 08–cv–3086 (JSR) that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including July 18, 2012., Robert C. Trosten answer due 7/18/2012. (Signed by Special Master Ronald J. Hedges on 6/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(lmb) (Entered: 06/22/2012) |
| 06/22/2012 | 1518 | ORDER FOR ADMISSION PRO HAC VICE OF L. RICHARD WILLIAMS granting (1514) Motion for L Richard Williams to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (170) Motion for L Richard Williams to Appear Pro Hac Vice in case 1:10–cv–03594–JSR; granting [] Motion for L Richard Williams to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting [] Motion for L Richard Williams to Appear Pro Hac Vice in case 1:10–cv–03594–JSR (Signed by Judge Jed S. Rakoff on 6/21/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(cd) (Entered: 06/22/2012) |
| 06/22/2012 | 1593 | ORDER FOR ADMISSION PRO HAC VICE OF L. RICHARD WILLIAMS: IT IS HEREBY ORDERED that L. Richard Williams is admitted to practice pro hac vice as counsel for the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Special Master Hon. Ronald Hedges on 6/22/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(lmb) (Entered: 08/10/2012) |
| 06/28/2012 | 1519 | BRIEF re: (1510 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,. Document filed by Grant Thornton LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Joyce, Catherine) (Entered: 06/28/2012) |
| 06/29/2012 | 1520 | Objection re: (1510 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Joyce, Catherine) (Entered: 06/29/2012) |
| 06/29/2012 | 1521 | MOTION in Limine *to Exclude the Testimony of Mark Donoghue*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1522 | MEMORANDUM OF LAW in Support re: (1521 in 1:07–md–01902–JSR, 310 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony of Mark Donoghue*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1523 | MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1524 | MEMORANDUM OF LAW in Support re: (312 in 1:07–cv–08165–JSR, 1523 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1525 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – DECLARATION of David Doyle in Support re: (1523 in 1:07–md–01902–JSR, 312 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) Modified on 7/16/2012 (db). (Entered: 06/29/2012) |
| 06/29/2012 | 1526 | MOTION in Limine *to Exclude the Expert Report and Testimony of Israel Shaked*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1527 | MEMORANDUM OF LAW in Support re: (1526 in 1:07–md–01902–JSR, 315 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Expert Report and Testimony of Israel Shaked*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1528 | DECLARATION of Linda T. Coberly in Support re: (1526 in 1:07–md–01902–JSR, 315 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Expert Report and Testimony of Israel Shaked*.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1529 | MOTION in Limine *to Exclude the Testimony and Expert Report of Lisa M. Collura*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1530 | MEMORANDUM OF LAW in Support re: (1529 in 1:07–md–01902–JSR, 318 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Lisa M. Collura*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1531 | DECLARATION of Lauren E. Cuneo in Support re: (1529 in 1:07–md–01902–JSR, 318 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Lisa M. Collura*.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1532 | MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1533 | MEMORANDUM OF LAW in Support re: (321 in 1:07–cv–08165–JSR, 1532 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1534 | DECLARATION of Luke A. Connelly in Support re: (1532 in 1:07–md–01902–JSR, 321 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas*.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A – Part I, #2 Exhibit A – Part II, #3 Exhibit A – Part III, #4 Exhibit A – Part IV, #5 Exhibit B, #6 Exhibit C, #7 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1535 | MOTION in Limine *to Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael*. Document filed by Grant Thornton LLP. Return Date set for 7/13/2012 at 10:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1536 | MEMORANDUM OF LAW in Support re: (1535 in 1:07–md–01902–JSR, 324 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael*.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, |

| | | |
|---|---|---|
| | | Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1537 | DECLARATION of Bruce Braun in Support re: (1535 in 1:07–md–01902–JSR, 324 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael*.. Document filed by Grant Thornton LLP. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 06/29/2012) |
| 06/29/2012 | 1538 | MEMORANDUM OF LAW in Opposition re: (312 in 1:07–cv–08165–JSR, 1523 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*.. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/29/2012) |
| 06/29/2012 | 1539 | MEMORANDUM OF LAW in Opposition re: (1526 in 1:07–md–01902–JSR, 315 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Expert Report and Testimony of Israel Shaked*., (1529 in 1:07–md–01902–JSR, 318 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Lisa M. Collura*., (1535 in 1:07–md–01902–JSR, 324 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael*.. Document filed by Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/29/2012) |
| 06/29/2012 | 1540 | MEMORANDUM OF LAW in Opposition re: (321 in 1:07–cv–08165–JSR, 1532 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas*.. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/30/2012) |
| 06/30/2012 | 1541 | RESPONSE in Opposition re: (1521 in 1:07–md–01902–JSR, 310 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony of Mark Donoghue*.. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/30/2012) |
| 06/30/2012 | 1542 | DECLARATION of Nicholas J. Calamari in Opposition re: (1521 in 1:07–md–01902–JSR, 310 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony of Mark Donoghue*., (1529 in 1:07–md–01902–JSR, 318 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Lisa M. Collura*., (315 in 1:07–cv–08165–JSR, 1526 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude the Expert Report and Testimony of Israel Shaked*., (1523 in 1:07–md–01902–JSR, 312 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*., (1532 in 1:07–md–01902–JSR, 321 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas*., (1535 in 1:07–md–01902–JSR, 324 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael*.. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19, #20 Exhibit 20, #21 Exhibit 21, #22 Exhibit 22)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 06/30/2012) |
| 07/03/2012 | 1543 | CASE MANAGEMENT ORDER #76: The Court has received the bills from the Special Masters for the month of June, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 7/2/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(pl) (Entered: 07/03/2012) |

| 07/06/2012 | 1544 | RESPONSE re: (340 in 1:08–cv–07416–JSR, 1508 in 1:07–md–01902–JSR) Objection to Report and Recommendations, */SPhinX Plaintiffs' Response in Opposition to the Limited Objection of the DPM Defendants to the May 29, 2012 Report and Recommendation of the Special Master on Plaintiffs' Motion to Dismiss Indemnity Counterclaim*. Document filed by Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Molton, David) (Entered: 07/06/2012) |
| 07/10/2012 | 1545 | MEMORANDUM OF LAW in Opposition re: (308 in 1:07–cv–08165–JSR, 1520 in 1:07–md–01902–JSR) Objection (non–motion) *Plaintiff's Memorandum of Law in Opposition to Defendant's Objection to the Report &Recommendation on Summary Judgment*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 07/10/2012) |
| 07/10/2012 | 1546 | DECLARATION of David Doyle in Support re: (1523 in 1:07–md–01902–JSR, 312 in 1:07–cv–08165–JSR) MOTION in Limine *to Exclude Testimony and Claims Not Supported by Personal Knowledge*.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/10/2012) |
| 07/10/2012 | 1547 | NOTICE of Substitution of Attorney. Old Attorney: Lowenstein Sandler P.C., New Attorney: B. John Pendleton, Jr., Address: DLA PIPER LLP (US), 300 Campus Drive, Suite 100, Florham Park, NJ, 07932, (973) 520–2561. Document filed by Robert Aaron. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 07/10/2012) |
| 07/10/2012 | 1548 | NOTICE OF CHANGE OF ADDRESS by Philip David Anker on behalf of Banc of America Securities LLC, Credit Suisse First Boston Next Fund, Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., LAB Morgan Corporation, ML IBK Positions, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated. New Address: Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, NY, 10007,. (Anker, Philip) (Entered: 07/10/2012) |
| 07/11/2012 | 1549 | NOTICE OF CHANGE OF ADDRESS by Lori Ann Martin on behalf of Banc of America Securities LLC, CMG Institutional Trading LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., Goldman, Sachs &Co., HSBC Securities (USA) Inc., Harris Nesbitt Corp., J.P. Morgan Securities, Inc.. New Address: 7 World Trade Center, New York, NY, 10007,. (Martin, Lori) (Entered: 07/11/2012) |
| 07/12/2012 | 1550 | ORDER EXTENDING CERTAIN EXPERT DEADLINES: Special Master Ronald J. Hedges, hereby orders as follows: 1. Defendants Kavanagh and Owens |

| | | |
|---|---|---|
| | | may serve expert reports by October 15, 2012. 2. Plaintiffs shall have until October 31, 2012 to depose any expert identified in any expert reports served by defendants Kavanagh and Owens. ( Deposition due by 10/31/2012.) (Signed by Special Master on 7/12/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(js) Modified on 7/13/2012 (js). (Entered: 07/12/2012) |
| 07/12/2012 | 1551 | NOTICE OF CHANGE OF ADDRESS by Jeremy S. Winer on behalf of Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.. New Address: Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, New York, USA 10007, 212–230–8800. (Winer, Jeremy) (Entered: 07/12/2012) |
| 07/13/2012 | 1552 | NOTICE OF CHANGE OF ADDRESS by Ross Eric Firsenbaum on behalf of Banc of America Securities LLC. New Address: Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, New York, USA 10007, 212–230–8800. (Firsenbaum, Ross) (Entered: 07/13/2012) |
| 07/13/2012 | 1553 | CASE MANAGEMENT ORDER #77: Pursuant to Case Management Order #76, the time for objections to the bills of the Special Masters for services rendered in June 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 7/11/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jfe) (Entered: 07/13/2012) |
| 07/17/2012 | 1554 | ORDER: Having considered the parties' submissions and oral arguments, the Court hereby requests that the parties submit supplemental briefing on two issues: 1) Whether Bermuda law recognizes a duty similar to the New York common law duty to disclose "hopeless insolvency" or the like. 2) Whether, under choice of law principles, New York law governs the relationship between the plaintiff FX customers and RCM, a Bermuda entity, and as further set forth in this document. (Signed by Judge Jed S. Rakoff on 7/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(cd) (Entered: 07/17/2012) |
| 07/18/2012 | 1555 | ORDER: On February 10, 2012, Special Master Daniel J. Capra issued a Report and Recommendation in the above–captioned cases recommending that the Court grant the motions to dismiss of defendants Ingram Micro, Inc. and its subsidiary CIM Ventures, Inc. (collectively "the Ingram Defendants") and Liberty Corner Capital Strategies LLC and William T. Pigott, the sole owner of Liberty Corner (collectively "the Liberty Corner Defendants"). After the plaintiffs timely submitted their objections to the report and recommendation and defendants responded thereto, the Court considered the entire matter de novo. Having done so, and for reasons that will be explained in a forthcoming written opinion, the Court finds itself in agreement with the Special Master's conclusion that plaintiffs' claims against defendants should be dismissed, with prejudice. Final judgment, however, will not issue until the Court issues its written opinion giving the reasons for this ruling. Meanwhile, all further discovery and proceedings related to these defendants are hereby stayed. (Signed by Judge Jed S. Rakoff on 7/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(djc) (Entered: 07/18/2012) |
| 07/18/2012 | 1556 | ORDER: On April 9, 2012, Special Master Daniel J. Capra issued a Report and Recommendation on the Motion to Dismiss Brought by Schulte Roth &Zabel LLP, recommending that defendant's motion be granted in part and denied in part. Plaintiffs and defendant timely filed their objections to the Report and Recommendation and their responses thereto, and the Court heard oral argument on the parties' objections on May 30, 2012. Having now considered the entire matter de novo, the Court, for reasons that will be explained in a forthcoming written opinion, the Court disagrees in part with the Special Master's Report and Recommendation and concludes that plaintiffs' claims against defendant should be dismissed, with prejudice. Final judgment, however, will not issue until the Court issues its written opinion setting forth the reasons for this ruling. Meanwhile, all further discovery and proceedings in this case are hereby stayed. (Signed by Judge Jed S. Rakoff on 7/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(djc) (Entered: 07/18/2012) |

| 07/18/2012 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 7/18/2012 re: Objections to Special Master's Report &Recommendation; 1544 Response,,,,,,,,, filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis. (Kotowski, Linda) (Entered: 08/08/2012) |
|---|---|---|
| 07/20/2012 | 1557 | SUPPLEMENTAL MEMORANDUM OF LAW re: (339 in 1:07–cv–08165–JSR, 1554 in 1:07–md–01902–JSR) Order,, *ON CHOICE OF LAW*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 07/20/2012) |
| 07/20/2012 | 1558 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Nicholas J. Calamari re: (340 in 1:07–cv–08165–JSR, 1557 in 1:07–md–01902–JSR) Memorandum of Law, (1554 in 1:07–md–01902–JSR, 339 in 1:07–cv–08165–JSR) Order,,. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Calamari, Nicholas) Modified on 7/27/2012 (db). (Entered: 07/20/2012) |
| 07/20/2012 | 1559 | DECLARATION of Barry Isaacs re: (340 in 1:07–cv–08165–JSR, 1557 in 1:07–md–01902–JSR) Memorandum of Law, (1554 in 1:07–md–01902–JSR, 339 in 1:07–cv–08165–JSR) Order,,. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6, # 7 7)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Calamari, Nicholas) (Entered: 07/20/2012) |
| 07/20/2012 | 1560 | DECLARATION of David R. Kessaram re: (340 in 1:07–cv–08165–JSR, 1557 in 1:07–md–01902–JSR) Memorandum of Law, (1554 in 1:07–md–01902–JSR, 339 in 1:07–cv–08165–JSR) Order,,. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Calamari, Nicholas) (Entered: 07/20/2012) |
| 07/20/2012 | 1561 | SUPPLEMENTAL MEMORANDUM OF LAW re: (1554 in 1:07–md–01902–JSR) Order,, *SUBMISSION IN RESPONSE TO THE COURTS TWO QUESTIONS*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/20/2012) |
| 07/20/2012 | 1562 | DECLARATION of Mark Guy Chudleigh re: (344 in 1:07–cv–08165–JSR, 1561 in 1:07–md–01902–JSR) Memorandum of Law. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/20/2012) |
| 07/20/2012 | 1563 | DECLARATION of Kehinde Abinbola Lucille George re: (344 in 1:07–cv–08165–JSR, 1561 in 1:07–md–01902–JSR) Memorandum of Law. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/20/2012) |
| 07/20/2012 | 1564 | DECLARATION of Catherine Joyce re: (344 in 1:07–cv–08165–JSR, 1561 in 1:07–md–01902–JSR) Memorandum of Law. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/20/2012) |
| 07/23/2012 | 1565 | REPLY MEMORANDUM OF LAW re: (1557 in 1:07–md–01902–JSR, 340 in 1:07–cv–08165–JSR) Memorandum of Law,. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 07/23/2012) |
| 07/23/2012 | 1566 | DECLARATION of Nicholas J. Calamari re: (340 in 1:07–cv–08165–JSR, 1557 in 1:07–md–01902–JSR) Memorandum of Law, (1554 in 1:07–md–01902–JSR, 339 in 1:07–cv–08165–JSR) Order,, *Declaration of Nicholas J. Calamari in* |

| | | |
|---|---|---|
| | | *Support of Plaintiff's Supplemental Memorandum of Law on Choice of Law.* Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Calamari, Nicholas) (Entered: 07/23/2012) |
| 07/23/2012 | 1567 | DECLARATION of Mark Guy Chudleigh re: (1565 in 1:07−md−01902−JSR, 348 in 1:07−cv−08165−JSR) Reply Memorandum of Law. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Coberly, Linda) (Entered: 07/23/2012) |
| 07/23/2012 | 1568 | DECLARATION of Kehinde Abinbola Lucille George re: (1565 in 1:07−md−01902−JSR, 348 in 1:07−cv−08165−JSR) Reply Memorandum of Law. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Coberly, Linda) (Entered: 07/23/2012) |
| 07/23/2012 | 1569 | REPLY MEMORANDUM OF LAW re: (339 in 1:07−cv−08165−JSR, 1554 in 1:07−md−01902−JSR) Order,, (344 in 1:07−cv−08165−JSR, 1561 in 1:07−md−01902−JSR) Memorandum of Law *Plaintiff's Reply Memorandum of Law on Choice of Law.* Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 07/23/2012) |
| 07/23/2012 | 1570 | DECLARATION of N re: (339 in 1:07−cv−08165−JSR, 1554 in 1:07−md−01902−JSR) Order,, (352 in 1:07−cv−08165−JSR, 1569 in 1:07−md−01902−JSR) Reply Memorandum of Law, *Declaration of Nicholas J. Calamari in Support of Plaintiff's Reply Memorandum of Law on Choice of Law.* Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 07/23/2012) |
| 07/24/2012 | 1571 | TRANSCRIPT of Proceedings re: ARGUMENT held on 3/14/2012 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Paula Speer, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/17/2012. Redacted Transcript Deadline set for 8/27/2012. Release of Transcript Restriction set for 10/25/2012.Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 07/24/2012) |
| 07/24/2012 | 1572 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 3/14/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07−md−01902−JSR et al.(McGuirk, Kelly) (Entered: 07/24/2012) |
| 07/27/2012 | 1573 | SPECIAL MASTER ORDER EXTENDING FACT DEPOSITION DEADLINE FOR LIMITED PURPOSE: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: 1. The fact deposition deadline shall be extended beyond July 31, 2012, for the limited purpose of completing the deposition of Walkers. 2. This Order shall have no effect on any prior orders entered concerning the Scheduling Order. (Signed by Ronald J. Hedges, Special Master on 7/26/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:08−cv−07416−JSR, 1:10−cv−03594−JSR(lmb) (Entered: 07/27/2012) |
| 07/30/2012 | 1574 | ORDER: Pending before the Court are several motions filed by defendant Grant Thornton. The Court reaches the following conclusions: granting in part and denying in part (321) Motion in Limine; granting in part and denying in part (324) Motion in Limine; granting in part and denying in part (272) Motion for Summary Judgment; granting in part and denying in part (310) Motion in Limine; granting in part and denying in part (315) Motion in Limine; granting in part and denying in part (318) Motion in Limine in case 1:07−cv−08165−JSR; denying (1521) Motion |

| | | in Limine; denying (1526) Motion in Limine; denying (1529) Motion in Limine; granting in part and denying in part (1532) Motion in Limine; granting in part and denying in part (1535) Motion in Limine; granting in part and denying in part Motion in Limine; granting in part and denying in part Motion in Limine; granting in part and denying in part Motion for Summary Judgment; granting in part and denying in part (184) Motion in Limine; granting in part and denying in part Motion in Limine; granting in part and denying in part Motion in Limine in case 1:07–md–01902–JSR; denying Motion in Limine; denying Motion in Limine; denying Motion in Limine; granting in part and denying in part Motion in Limine; granting in part and denying in part Motion in Limine in case 1:07–cv–08165–JSR. Counsel are reminded that trial will begin Tuesday, September 4, 2012 at 9 A.M. Because the Court will be sitting by designation on the Ninth Circuit Court of Appeals during the last week of August, the Court hereby orders that any further motions in limine that the parties may wish to file in advance of trial be filed with the Court by no later than August 20, 2012. All other pre–trial materials that must be delivered to the Court as outlined in Rules 4, 6, 7, and 8 of the Court's Individual Rules of Practice should be delivered to Chambers by hand delivery by no later than noon on August 24, 2012. The Clerk of the Court is hereby directed to close document numbers 272, 315, 318, 321, and 324 on the docket of 07 Civ. 8165, and the corresponding document numbers on the docket of 07 MDL 1902. (Signed by Judge Jed S. Rakoff on 7/27/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(pl) Modified on 8/2/2012 (pl). (Entered: 07/30/2012) |
|---|---|---|
| 07/31/2012 | 1575 | STIPULATION AND ORDER: that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including September 18, 2012. Robert C. Trosten answer due 9/18/2012; Robert Trosten answer due 9/18/2012. (Signed by Special Master, Ronald J. Hedges on 7/31/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ja) (Entered: 07/31/2012) |
| 07/31/2012 | 1576 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Order dated July 28, 2012, the Court finds itself in agreement with Special Master Capra's Report and Recommendation; accordingly, the Court, reaffirms its own "bottom line" Order of July 17, 2012, dismissing, with prejudice, plaintiffs claims of aiding and abetting fraud against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies LLC, and William T. Pigott. (Signed by Clerk of Court Ruby Krajick on 7/31/12) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ml) (Entered: 08/01/2012) |
| 08/02/2012 | 1577 | MOTION for Summary Judgment. Document filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 08/02/2012) |
| 08/02/2012 | 1578 | MOTION for Summary Judgment. Document filed by Edward S. Best, Joseph Collins, Paul Koury, Mayer Brown LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 08/02/2012) |
| 08/02/2012 | 1579 | MOTION for Summary Judgment. Document filed by Grant Thornton LLP, Mark Ramler.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 08/02/2012) |
| 08/02/2012 | 1580 | MOTION for Summary Judgment. Document filed by Deutsche Bank Securities, Inc..Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(Warnot, James) (Entered: 08/02/2012) |
| 08/02/2012 | 1581 | MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII)*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Responses due by 8/23/2012Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 08/02/2012) |

| | | |
|---|---|---|
| 08/02/2012 | <u>1582</u> | MEMORANDUM OF LAW in Support re: (1577 in 1:07–md–01902–JSR, 625 in 1:08–cv–03065–JSR, 769 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (178 in 1:10–cv–03594–JSR, 1580 in 1:07–md–01902–JSR) MOTION for Summary Judgment., (770 in 1:08–cv–03086–JSR, 1578 in 1:07–md–01902–JSR, 626 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (772 in 1:08–cv–03086–JSR, 1581 in 1:07–md–01902–JSR, 627 in 1:08–cv–03065–JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).* MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).,* (1579 in 1:07–md–01902–JSR, 771 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Merril Lynch, Pierce Fennner &Smith, Inc., Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Capra, James) (Entered: 08/02/2012) |
| 08/02/2012 | <u>1583</u> | RULE 56.1 STATEMENT. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Merril Lynch, Pierce Fennner &Smith, Inc., Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Capra, James) (Entered: 08/02/2012) |
| 08/02/2012 | <u>1584</u> | DECLARATION of James J. Capra, Jr. in Support re: (770 in 1:08–cv–03086–JSR, 1578 in 1:07–md–01902–JSR, 626 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (625 in 1:08–cv–03065–JSR, 1577 in 1:07–md–01902–JSR, 769 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (772 in 1:08–cv–03086–JSR, 627 in 1:08–cv–03065–JSR, 1581 in 1:07–md–01902–JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).* MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).,* (1579 in 1:07–md–01902–JSR, 771 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (1580 in 1:07–md–01902–JSR, 178 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Merril Lynch, Pierce Fennner &Smith, Inc., Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. (Attachments: #<u>1</u> Exhibit 1, #<u>2</u> Exhibit 2, #<u>3</u> Exhibit 3, #<u>4</u> Exhibit 4, #<u>5</u> Exhibit 5, #<u>6</u> Exhibit 6, #<u>7</u> Exhibit 7, #<u>8</u> Exhibit 8)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Capra, James) (Entered: 08/02/2012) |
| 08/03/2012 | <u>1585</u> | CASE MANAGEMENT ORDER #78: The Court has received the bills from the Special Masters for the month of July, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on August 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 8/2/2012) (cd) (Entered: 08/03/2012) |
| 08/03/2012 | <u>1586</u> | NOTICE OF APPEARANCE by Robert Harrison Bell on behalf of Deutsche Bank Securities, Inc. (Bell, Robert) (Entered: 08/03/2012) |
| 08/07/2012 | <u>1587</u> | MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace.* Document filed by Grant Thornton LLP, Mark Ramler.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 08/07/2012) |

| 08/07/2012 | 1588 | MEMORANDUM OF LAW in Support re: (776 in 1:08–cv–03086–JSR, 1587 in 1:07–md–01902–JSR) MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace.*. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 08/07/2012) |
|---|---|---|
| 08/07/2012 | 1589 | MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS.* Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Responses due by 8/24/2012Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 08/07/2012) |
| 08/07/2012 | 1590 | MEMORANDUM OF LAW in Support re: (1589 in 1:07–md–01902–JSR, 778 in 1:08–cv–03086–JSR, 631 in 1:08–cv–03065–JSR) MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS.*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:05–cv–08988–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 08/07/2012) |
| 08/07/2012 | 1591 | DECLARATION of James J. Capra, Jr. in Support re: (1589 in 1:07–md–01902–JSR, 778 in 1:08–cv–03086–JSR, 631 in 1:08–cv–03065–JSR) MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS.*. Document filed by Phillip R. Bennett, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 08/07/2012) |
| 08/08/2012 | 1592 | REPORT AND RECOMMENDATIONS OF SPECIAL MASTER ON MOTION TO DISMISS OR FOR SUMMARY JUDGMENT BY THIRD–PARTY DEFENDANT ANDREW FEIGHERY re: (268 in 1:08–cv–07416–JSR, 268 in 1:08–cv–07416–JSR) FIRST MOTION to Dismiss; FIRST MOTION to Dismiss for Lack of Jurisdiction filed by Andrew Feighery. The Third–Party Complaint should be dismissed with prejudice or alternatively Summary Judgment be granted in Feigherys favor on the ground that GOL § 15–108 bars the DPM Defendants' claims for contribution. (Signed by Special Master, Daniel J. Capra on 8/7/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(ja) Modified on 8/9/2012 (ja). (Entered: 08/08/2012) |
| 08/10/2012 | 1599 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION TO DISMISS OR FOR SUMMARY JUDGMENT BY THIRD–PARTY DEFENDANT ANDREW FEIGHERY: The Third–Party Complaint should be dismissed with prejudice– or alternatively Summary Judgment be granted in Feighery's favor – on the ground that GOL § 15–108 bars the DPM Defendants' claims for contribution. Objections to RRdue by 8/27/2012 (Signed by Special Master Daniel J. Capra on 8/7/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(jfe) (Entered: 08/16/2012) |
| 08/14/2012 | 1594 | ORDER EXTENDING DEADLINE FOR SERVING EXPERT REPORTS LIMITED PURPOSE: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: 1. The deadline for the DPM Defendants and Aaron to serve two of their expert reports shall be extended until August 31, 2012; 2. The deadline for the DPM Defendants and Aaron to serve any additional expert reports shall be extended until September 14, 2012. (Signed by Special Master Ronald J. Hedges on 8/11/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(djc) (Entered: 08/14/2012) |
| 08/14/2012 | 1595 | ORDER EXTENDING DEADLINE FOR SERVING EXPERT REPORTS: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: 1. The deadline for the above–referenced defendants to serve one of their expert reports shall be extended until August 17, 2012; 2. The deadline for the Plaintiffs to seek leave to serve any rebuttal to that report shall be extended until August 23, 2012. (Signed by Special Master Ronald J. Hedges on 8/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(djc) (Entered: 08/14/2012) |
| 08/14/2012 | 1596 | CASE MANAGEMENT ORDER #79: Pursuant to Case Management Order #78, the time for objections to the bills of the Special Masters for services rendered in |

| | | July 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 8/13/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(djc) (Entered: 08/14/2012) |
|---|---|---|
| 08/16/2012 | 1597 | ORDER REGARDING CONSOLIDATION OF SUGRUE ACTION FOR ALL PURPOSES: It is hereby Ordered that the Sugrue action shall be consolidated for all purposes. (Signed by Special Master Ronald J. Hedges on 8/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(jfe) (Entered: 08/16/2012) |
| 08/16/2012 | 1598 | SPECIAL MASTER ORDER DIRECTING PAYMENT: Therefore, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by Special Master Ronald J. Hedges on 8/16/2012) (jfe) Modified on 8/16/2012 (jfe). (Entered: 08/16/2012) |
| 08/17/2012 | 1600 | ORDER: On May 29, 2012, Special Master Daniel J. Capra issued aReport and Recommendation in the above–captioned case recommending that the plaintiffs' motion to dismiss the indemnity counterclaims defendants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM Mellon, LLC, and DPM–Mellon, LTD begranted in part and denied in part. After the parties timely submitted their objections and responded thereto, the Court heard oral argument on July 18, 2012 and considered the entire matter de novo. Having done so, the Court finds itself in agreement with Special Master Capra's excellent Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein (Signed by Judge Jed S. Rakoff on 8/15/2012) (js) (Entered: 08/17/2012) |
| 08/17/2012 | 1601 | ORDER REGARDING CONSOLIDATION OF SUGRUE ACTIONS IN MANNER MOST APPROPRIATE TO CLERK'S ADMINISTRATION OF MDL PROCEEDING: It is hereby ORDERED that the Sugrue Actions shall be consolidated in a manner most appropriate to the Clerk's administration of the MDL proceeding. (Signed by Ronald J. Hedges, Special Master on 8/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(lmb) (Entered: 08/20/2012) |
| 08/20/2012 | 1602 | MOTION for Scott Philip Glauberman to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7748043. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Glauberman, Scott) (Entered: 08/20/2012) |
| 08/20/2012 | 1603 | MOTION for Joanna Rubin Travalini to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7748102. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Travalini, Joanna) (Entered: 08/20/2012) |
| 08/20/2012 | 1604 | MOTION in Limine. Document filed by Grant Thornton LLP. Return Date set for 9/4/2012 at 09:00 AM.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
| 08/20/2012 | 1605 | MEMORANDUM OF LAW in Support re: (1604 in 1:07–md–01902–JSR, 362 in 1:07–cv–08165–JSR) MOTION in Limine.. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
| 08/20/2012 | 1606 | DECLARATION of Linda T. Coberly in Support re: (1604 in 1:07–md–01902–JSR, 362 in 1:07–cv–08165–JSR) MOTION in Limine.. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |

| | | |
|---|---|---|
| 08/20/2012 | 1607 | MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO*. Document filed by Marc S. Kirschner, Marc S. Kirschner.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1608 | MEMORANDUM OF LAW in Support re: (1607 in 1:07–md–01902–JSR, 365 in 1:07–cv–08165–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO..* Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1609 | MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIES*. Document filed by Marc S. Kirschner, Marc S. Kirschner.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1610 | MEMORANDUM OF LAW in Support re: (367 in 1:07–cv–08165–JSR, 1609 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012)* |
| 08/20/2012 | 1611 | MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REFCO INSIDERS' PLEA ALLOCUTIONS AND THE FINAL JUDGMENTS OF THE CONVICTIONS*. Document filed by Marc S. Kirschner, Marc S. Kirschner.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1612 | MEMORANDUM OF LAW in Support re: (369 in 1:07–cv–08165–JSR, 1611 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REFCO INSIDERS' PLEA ALLOCUTIONS AND THE FINAL JUDGMENTS OF THE CONVICTIONS..* Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1613 | MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA*. Document filed by Marc S. Kirschner, Marc S. Kirschner.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1614 | MEMORANDUM OF LAW in Support re: (371 in 1:07–cv–08165–JSR, 1613 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA..* Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1615 | RESPONSE in Opposition re: (1607 in 1:07–md–01902–JSR, 365 in 1:07–cv–08165–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO..* Document |

| | | filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
|---|---|---|
| 08/20/2012 | 1616 | RESPONSE in Opposition re: (367 in 1:07–cv–08165–JSR, 1609 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE* MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
| 08/20/2012 | 1617 | RESPONSE in Opposition re: (369 in 1:07–cv–08165–JSR, 1611 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REFCO INSIDERS' PLEA ALLOCUTIONS AND THE FINAL JUDGMENTS OF THE CONVICTIONS.*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
| 08/20/2012 | 1618 | RESPONSE in Opposition re: (371 in 1:07–cv–08165–JSR, 1613 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/20/2012) |
| 08/20/2012 | 1619 | DECLARATION of Catherine W. Joyce in Opposition re: (367 in 1:07–cv–08165–JSR, 1609 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE* MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE, (1607 in 1:07–md–01902–JSR, 365 in 1:07–cv–08165–JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO., (371 in 1:07–cv–08165–JSR, 1613 in 1:07–md–01902–JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Grant Thornton LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Joyce, Catherine) (Entered: 08/20/2012) |
| 08/20/2012 | 1620 | DECLARATION of Nicholas J. Calamari in Support re: (367 in 1:07–cv–08165–JSR, 1609 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE* MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE, (1607 in 1:07–md–01902–JSR, 365 in 1:07–cv–08165–JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO., (369 in 1:07–cv–08165–JSR, 1611 in 1:07–md–01902–JSR) MOTION* |

| | | |
|---|---|---|
| | | *in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REFCO INSIDERS' PLEA ALLOCUTIONS AND THE FINAL JUDGMENTS OF THE CONVICTIONS., (371 in 1:07−cv−08165−JSR, 1613 in 1:07−md−01902−JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 08/20/2012)* |
| 08/20/2012 | 1621 | MEMORANDUM OF LAW in Opposition re: (1604 in 1:07−md−01902−JSR, 362 in 1:07−cv−08165−JSR) MOTION in Limine.. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/20/2012 | 1622 | DECLARATION of Nicholas J. Calamari in Opposition re: (1604 in 1:07−md−01902−JSR, 362 in 1:07−cv−08165−JSR) MOTION in Limine.. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 08/20/2012) |
| 08/21/2012 | 1623 | SEALED DOCUMENT placed in vault.(nm) (Entered: 08/21/2012) |
| 08/21/2012 | 1624 | MOTION to Dismiss *for Spoliation of Evidence*., MOTION for Sanctions *for Spoliation of Evidence*. Document filed by Edward S. Best, Paul Koury, Joseph P Collins, Deutsche Bank Securities, Inc., Grant Thornton LLP, Mayer Brown LLP, PricewaterhouseCoopers LLP, Mark Ramler.Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Ward, Thomas) (Entered: 08/21/2012) |
| 08/21/2012 | 1625 | MEMORANDUM OF LAW in Support re: (185 in 1:10−cv−03594−JSR, 185 in 1:10−cv−03594−JSR) MOTION to Dismiss *for Spoliation of Evidence*. MOTION for Sanctions *for Spoliation of Evidence*.. Document filed by Edward S. Best, Paul Koury, Joseph P Collins, Deutsche Bank Securities, Inc., Grant Thornton LLP, Mayer Brown LLP, PricewaterhouseCoopers LLP, Mark Ramler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Ward, Thomas) (Entered: 08/21/2012) |
| 08/23/2012 | 1626 | MEMORANDUM OF LAW in Opposition re: (1577 in 1:07−md−01902−JSR, 625 in 1:08−cv−03065−JSR, 769 in 1:08−cv−03086−JSR) MOTION for Summary Judgment., (178 in 1:10−cv−03594−JSR, 1580 in 1:07−md−01902−JSR) MOTION for Summary Judgment., (770 in 1:08−cv−03086−JSR, 1578 in 1:07−md−01902−JSR, 626 in 1:08−cv−03065−JSR) MOTION for Summary Judgment., (772 in 1:08−cv−03086−JSR, 1581 in 1:07−md−01902−JSR, 627 in 1:08−cv−03065−JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).* MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).*, (1579 in 1:07−md−01902−JSR, 771 in 1:08−cv−03086−JSR) MOTION for Summary Judgment. */Memorandum of Law in Opposition to the Moving Defendants' Motions for Summary Judgment*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, |

| | | Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 08/23/2012) |
| 08/23/2012 | 1627 | DECLARATION of Kenneth Krys in Opposition re: (1577 in 1:07–md–01902–JSR, 625 in 1:08–cv–03065–JSR, 769 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (178 in 1:10–cv–03594–JSR, 1580 in 1:07–md–01902–JSR) MOTION for Summary Judgment., (770 in 1:08–cv–03086–JSR, 1578 in 1:07–md–01902–JSR, 626 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (772 in 1:08–cv–03086–JSR, 1581 in 1:07–md–01902–JSR, 627 in 1:08–cv–03065–JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII)*. MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).*, (1579 in 1:07–md–01902–JSR, 771 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 08/23/2012) |
| 08/23/2012 | 1628 | COUNTER STATEMENT TO (774 in 1:08–cv–03086–JSR, 629 in 1:08–cv–03065–JSR, 1583 in 1:07–md–01902–JSR, 180 in 1:10–cv–03594–JSR) Rule 56.1 Statement,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus |

Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 08/23/2012)

| 08/23/2012 | 1629 | DECLARATION of Mason C. Simpson in Opposition re: (770 in 1:08–cv–03086–JSR, 1578 in 1:07–md–01902–JSR, 626 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (625 in 1:08–cv–03065–JSR, 1577 in 1:07–md–01902–JSR, 769 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (772 in 1:08–cv–03086–JSR, 627 in 1:08–cv–03065–JSR, 1581 in 1:07–md–01902–JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).* MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII).*, (1579 in 1:07–md–01902–JSR, 771 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (1580 in 1:07–md–01902–JSR, 178 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro |

| | | |
|---|---|---|
| | | Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H, #_9 Exhibit I, #_10 Exhibit K, #_11 Exhibit L, #_12 Exhibit M, #_13 Exhibit N, #_14 Exhibit O, #_15 Exhibit P, #_16 Exhibit Q)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 08/23/2012) |
| 08/24/2012 | 1630 | ORDER: IT IS HEREBY ORDERED that to the extent any provision in any of the protective orders in this case, including Paragraph 21 of the protective order issued by the Honorable Gerard E. Lynch on February 8, 2008, requires a party that receives a federal grand jury subpoena to refrain from complying with the subpoena for a period of more than two business days from the giving of any required notice to other parties, in order that the other parties may use that period to move to quash the subpoena or for other protection, that period is hereby shortened to (a) two business days from the giving of the required notice, or (b) two business days from the issuance of this order, whichever is later. (Signed by Judge Jed S. Rakoff on 8/23/2012) (ja) (Entered: 08/24/2012) |
| 08/27/2012 | 1631 | SEALED DOCUMENT placed in vault.(mps) (Entered: 08/27/2012) |
| 08/27/2012 | 1632 | MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA*. Document filed by Marc S. Kirschner, Marc S. Kirschner.Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 08/27/2012) |
| 08/27/2012 | 1633 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Support re: (1632 in 1:07–md–01902–JSR, 382 in 1:07–cv–08165–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) Modified on 8/27/2012 (db). (Entered: 08/27/2012) |
| 08/27/2012 | 1634 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Nicholas J. Calamari in Support re: (382 in 1:07–cv–08165–JSR, 1632 in 1:07–md–01902–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Exhibit 9)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) Modified on 8/27/2012 (db). (Entered: 08/27/2012) |
| 08/27/2012 | 1635 | RESPONSE in Opposition re: (1632 in 1:07–md–01902–JSR, 382 in 1:07–cv–08165–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Grant Thornton LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Coberly, Linda) (Entered: 08/27/2012) |
| 08/27/2012 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Richard Irving Werder to RE–FILE Document (383 in 1:07–cv–08165–JSR, 1633 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, (384 in 1:07–cv–08165–JSR, 1634 in 1:07–md–01902–JSR) Declaration in Support of Motion. ERROR(S): No signature or s/. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(db)** (Entered: 08/27/2012) |
| 08/27/2012 | 1636 | MEMORANDUM OF LAW in Support re: (1632 in 1:07–md–01902–JSR, 382 in 1:07–cv–08165–JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA.*. Document filed by Marc S. Kirschner, Marc S. Kirschner. Filed In Associated Cases: 1:07–md–01902–JSR, |

| | | |
|---|---|---|
| | | 1:07−cv−08165−JSR(Werder, Richard) (Entered: 08/27/2012) |
| 08/27/2012 | 1637 | DECLARATION of Nicholas J. Calamari in Support re: (382 in 1:07−cv−08165−JSR, 1632 in 1:07−md−01902−JSR) MOTION in Limine *NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA*.. Document filed by Marc S. Kirschner, Marc S. Kirschner. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9)Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(Werder, Richard) (Entered: 08/27/2012) |
| 08/28/2012 | 1638 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Scott Philip Glauberman, for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Special Master, Ronald J. Hedges on 8/28/2012) (lmb) (Main Document 1638 replaced on 8/30/2012) (lmb). (Entered: 08/28/2012) |
| 08/28/2012 | 1639 | ORDER FOR ADMISSION PRO HAC VICE granting (361) Motion for Joanna Rubin Travalini to Appear Pro Hac Vice in case 1:07−cv−08165−JSR; granting (1603) Motion for Joanna Rubin Travalini to Appear Pro Hac Vice in case 1:07−md−01902−JSR. (Signed by Special Master, Ronald J. Hedges on 8/28/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR(lmb) (Entered: 08/28/2012) |
| 08/28/2012 | 1640 | RESPONSE in Opposition re: (776 in 1:08−cv−03086−JSR, 1587 in 1:07−md−01902−JSR) MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 08/28/2012) |
| 08/28/2012 | 1641 | DECLARATION of Mason C. Simpson in Opposition re: (776 in 1:08−cv−03086−JSR, 1587 in 1:07−md−01902−JSR) MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy |

| | | |
|---|---|---|
| | | Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H, #_9 Exhibit I, #_10 Exhibit J, #_11 Exhibit K, #_12 Exhibit L, #_13 Exhibit M, #_14 Exhibit N, #_15 Exhibit O, #_16 Exhibit P)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 08/28/2012) |
| 08/28/2012 | 1642 | RESPONSE in Opposition re: (1589 in 1:07–md–01902–JSR, 778 in 1:08–cv–03086–JSR, 631 in 1:08–cv–03065–JSR) MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 08/28/2012) |
| 08/28/2012 | 1643 | DECLARATION of Mason C. Simpson in Opposition re: (778 in 1:08–cv–03086–JSR, 631 in 1:08–cv–03065–JSR, 1589 in 1:07–md–01902–JSR) MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, |

| | | Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 08/28/2012) |
|---|---|---|
| 08/30/2012 | 1644 | MEMORANDUM: Therefore, applying New York choice of law principles to this case, the Court concludes that New York has greater interests in this action than Bermuda, and thus that New York law applies to the Trustee's claims. Accordingly, the Court, reaffirming its "bottom line" Order of July 27, 2012, hereby denies defendant's motion for summary judgment. As previously indicated, trial will begin on September 4, 2012, at 9 A.M. (Signed by Judge Jed S. Rakoff on 8/29/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(lmb) (Entered: 08/30/2012) |
| 08/31/2012 | 1645 | ORDER re: 1631 Sealed Document, 1623 Sealed Document. The Clerk is directed to remove documents numbered 1623 and 1631 from the Vault and docket these with no restriction to public access forthwith. (Signed by Special Master on 8/31/2012) (ft) (Entered: 08/31/2012) |
| 08/31/2012 | | Transmission to Sealed Records Clerk. Transmitted re: 1645 Order to the Sealed Records Clerk for the sealing or unsealing of document or case. (ft) (Entered: 08/31/2012) |
| 08/31/2012 | 1646 | REPLY MEMORANDUM OF LAW in Support re: (770 in 1:08–cv–03086–JSR, 1578 in 1:07–md–01902–JSR, 626 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (625 in 1:08–cv–03065–JSR, 1577 in 1:07–md–01902–JSR, 769 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (772 in 1:08–cv–03086–JSR, 627 in 1:08–cv–03065–JSR, 1581 in 1:07–md–01902–JSR) MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII)*. MOTION for Summary Judgment *for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII)*., (1579 in 1:07–md–01902–JSR, 771 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (1580 in 1:07–md–01902–JSR, 178 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Paul Koury, Mayer Brown LLP, Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Grant Thornton LLP, Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Capra, James) (Entered: 08/31/2012) |
| 08/31/2012 | 1647 | RULE 56.1 STATEMENT. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Merril Lynch, Pierce Fennner &Smith, Inc., Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Capra, James) (Entered: 08/31/2012) |
| 08/31/2012 | 1648 | NOTICE OF CHANGE OF ADDRESS by Helen Byung–Son Kim on behalf of Dennis A. Klejna. New Address: Theodora Oringher PC, 10880 Wilshire Boulevard, Suite 1700, Los Angeles, CA, USA 90024, (310) 557–2009. (Kim, Helen) (Entered: 08/31/2012) |
| 08/31/2012 | 1661 | Opposition to Plaintiff's Motion in Limine Regarding Carlos Sevilleja Garcia. Document filed by Grant Thornton LLP. (This document was previously sealed in |

| | | |
|---|---|---|
| | | envelope #1623 and unsealed by document #1645.) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(lmb) (Entered: 09/13/2012) |
| 08/31/2012 | 1662 | Letter addressed to Judge Jed S. Rakoff from Michael A. Levy dated 8/23/2012 re: The Government respectfully requests that the Court issue the attached order modifying a protective order previously issued in the above–captioned case by reducing from ten business days to two business days the amount of time within which any party who objects to Credit Suisse's compliance with the subpoena must raise those objections. (This document was previously sealed in envelope #1631 and unsealed by document #1645.)(lmb) (Entered: 09/13/2012) |
| 09/03/2012 | 1649 | NOTICE OF APPEARANCE by Maaren Alia Choksi on behalf of Marc S. Kirschner, Marc S. Kirschner Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Choksi, Maaren) (Entered: 09/03/2012) |
| 09/04/2012 | 1650 | ORDER REGARDING SCHEDULING ON MOTION TO DISMISS OR FOR OTHER SANCTIONS FOR SPOLIATION OF EVIDENCE: It is hereby ORDERED as follows: 1. Plaintiffs Kenneth M. Krys, et al. shall file and serve any opposition to the Motion on or before September 14, 2012; and 2. The Moving Parties shall file and serve any reply in further support of the Motion on or before September 24, 2012; and 3. Oral argument on the Motion shall be held at 1:00 p.m. EDT on October 2, 2012 at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street New York, New York 10007., ( Responses due by 9/14/2012., Replies due by 9/24/2012.), ( Oral Argument set for 10/2/2012 at 01:00 PM before Special Master.) (Signed by Special Master Ronald J. Hedges on 9/4/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(lmb) (Entered: 09/04/2012) |
| 09/04/2012 | 1651 | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust, and Defendant Grant Thornton LLP hereby stipulate that all claims against Grant Thornton LLP in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. Plaintiff and Grant Thornton also hereby withdraw and terminate all pending motions submitted in this action with respect to the Trustee's claims against Grant Thornton. (Signed by Judge Jed S. Rakoff on 9/4/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(rjm) (Entered: 09/05/2012) |
| 09/05/2012 | 1652 | ORDER ON SUPP./REBUTTAL REPORTS: IT IS on this 5th day of September 2012, ORDERED as follows:1. Plaintiffs' application for leave to serve any supplemental/rebuttal expert reports be and it hereby is denied without prejudice for the reasons set forth in the transcript of the hearing of August 31, 2012, a copy of which is attached. 2) After the conclusion of all expert discovery, presently scheduled to end on September 30, 2012, Plaintiffs may renew their request by filing an application, which shall include but not be limited to, copies of all existing reports and the deposition transcripts of these experts together with detailed reasons supporting the application for leave to serve any additional reports at that time. (Signed by Special Master Ronald J. Hedges on 9/5/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(lmb) (Entered: 09/06/2012) |
| 09/06/2012 | 1653 | CASE MANAGEMENT ORDER #80: The Court has received the bills from the Special Masters for the month of August, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by September 11, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 9/4/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lmb) (Entered: 09/06/2012) |
| 09/07/2012 | 1654 | REPLY MEMORANDUM OF LAW in Support re: (1589 in 1:07–md–01902–JSR, 778 in 1:08–cv–03086–JSR, 631 in 1:08–cv–03065–JSR) MOTION to Strike *EXPERT OPINIONS RELATING TO DISMISSED CLAIMS..* |

| | | Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Capra, James) (Entered: 09/07/2012) |
|---|---|---|
| 09/07/2012 | 1655 | REPLY MEMORANDUM OF LAW in Support re: (776 in 1:08−cv−03086−JSR, 1587 in 1:07−md−01902−JSR) MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace*.. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(Coberly, Linda) (Entered: 09/07/2012) |
| 09/10/2012 | 1656 | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs Capital Management Select Fund, Ltd., Investment &Development Finance Corporation, IDC Financial SA, VR Global Partners, L.P., Paton Holdings Ltd., VR Capital Group Ltd., VR Argentina Recovery Fund, Ltd., Global Management Worldwide Limited, Arbat Equity Arbitrage Fund Limited, Russian Investors Securities Limited, and Marc S. Kirschner, as Trustee of the Refco Private Action Trust, along with Defendant Grant Thornton LLP, hereby stipulate that all claims against Grant Thornton LLP in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. (Signed by Judge Jed S. Rakoff on 9/7/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−09810−JSR(ft) (Entered: 09/10/2012) |
| 09/12/2012 | 1657 | NOTICE OF WITHDRAWAL AND ORDER: Ruth A. Braun is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above−captioned actions. (Signed by Judge Jed S. Rakoff on 9/11/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR, 1:08−cv−03086−JSR(jar) (Entered: 09/12/2012) |
| 09/12/2012 | 1658 | ORDER for (352 in 1:08−cv−07416−JSR, 1592 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (355 in 1:08−cv−07416−JSR, 1599 in 1:07−md−01902−JSR) Report and Recommendations. On August 7, 2012, Special Master Daniel J. Capra issued a Report and Recommendation in the above−captioned case recommending that the third−party complaint filed by Derivatives Portfolio Management LLC, et al., against Andrew Feighery be dismissed with prejudice, or alternatively that summary judgment be granted in Feighery's favor. Neither party filed has any objection to the Report and Recommendation. Nevertheless, the Court has considered the entire matter de novo. Having done so, the Court finds itself in agreement in all material respects with Special Master Capra's excellent Report and Recommendation and hereby adopts it in full as if incorporated herein. The Clerk of the Court is directed to enter judgment dismissing the third party complaint against Mr. Feighery and to close document number 268 on the docket of this case. (Signed by Judge Jed S. Rakoff on 9/11/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(lmb) (Entered: 09/12/2012) |
| 09/12/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (359 in 1:08−cv−07416−JSR, 1658 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(lmb) (Entered: 09/12/2012) |
| 09/12/2012 | 1659 | NOTICE OF WITHDRAWAL AND ORDER. PLEASE TAKE NOTICE that Calvin Kai−Xin Koo is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above−captioned actions. Attorney Calvin Kai−Xin Koo terminated. (Signed by Judge Jed S. Rakoff on 9/11/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR, 1:08−cv−03086−JSR(rjm) (Entered: 09/13/2012) |
| 09/12/2012 | 1660 | NOTICE OF WITHDRAWAL AND ORDER: PLEASE TAKE NOTICE that Beth A. Tagliamonti is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above−captioned actions. (Signed by Judge Jed S. Rakoff on 9/11/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR, 1:08−cv−03086−JSR(jfe) (Entered: 09/13/2012) |

| 09/13/2012 | 1663 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated September 11, 2012, the Report is adopted in full; judgment is entered dismissing the third party complaint against Mr. Feighery. (Signed by Clerk of Court Ruby Krajick on 9/13/12) (Attachments: #1 NOTICE OF RIGHT TO APPEAL)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(ml) (Entered: 09/13/2012) |
|---|---|---|
| 09/14/2012 | 1664 | RESPONSE in Opposition re: (639 in 1:08–cv–03065–JSR, 639 in 1:08–cv–03065–JSR, 786 in 1:08–cv–03086–JSR, 786 in 1:08–cv–03086–JSR, 185 in 1:10–cv–03594–JSR, 185 in 1:10–cv–03594–JSR, 1624 in 1:07–md–01902–JSR, 1624 in 1:07–md–01902–JSR) MOTION to Dismiss *for Spoliation of Evidence*. MOTION for Sanctions *for Spoliation of Evidence. /Plaintiffs' Response to Defendants' Motion to Dismiss or for Other Sanctions for Spoliation of Evidence*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton,David) (Entered: 09/14/2012) |
| 09/14/2012 | 1665 | DECLARATION of Mason C. Simpson in Opposition re: (639 in 1:08–cv–03065–JSR, 639 in 1:08–cv–03065–JSR, 786 in 1:08–cv–03086–JSR, 786 in 1:08–cv–03086–JSR, 185 in 1:10–cv–03594–JSR, 185 in 1:10–cv–03594–JSR, 1624 in 1:07–md–01902–JSR, 1624 in 1:07–md–01902–JSR) MOTION to Dismiss *for Spoliation of Evidence*. MOTION for Sanctions *for Spoliation of Evidence*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, |

| | | Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys, Kenneth M. Krys. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 09/14/2012) |
| 09/17/2012 | 1666 | CASE MANAGEMENT ORDER #81: that pursuant to Case Management Order #80, the time for objections to the bills of the Special Masters for services rendered in August 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 9/16/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(pl) (Entered: 09/17/2012) |
| 09/24/2012 | 1667 | REPLY MEMORANDUM OF LAW in Support re: (185 in 1:10–cv–03594–JSR, 185 in 1:10–cv–03594–JSR) MOTION to Dismiss *for Spoliation of Evidence*. MOTION for Sanctions *for Spoliation of Evidence*.. Document filed by Edward S. Best, Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Pricewaterhousecoopers L.L.P., Mark Ramler, Deutsche Bank Securities, Inc.. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Ward, Thomas) (Entered: 09/24/2012) |
| 09/26/2012 | 1668 | ORDER TO SHOW CAUSE George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC shall show cause as to why an Order should not be entered directing George Miller, as Chapter 7 trustee for the Estate of Suffolk, LLC to comply with the 3/17/2011 Order and to immediately make a payment on the Ball Baker Leake Invoice. Show Cause Hearing set for 10/2/2012 at 03:00 PM before Special Master. (Signed by Special Master Ronald Hedges on 9/26/2012) (jfe) Modified on 9/26/2012 (jfe). (Entered: 09/26/2012) |
| 09/26/2012 | 1670 | ORDER GRANTING A PROTECTIVE ORDER REGARDING THE NOTICE OF DEPOSITION OF JAMES PALERMO: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders that Defendants' application for a protective order is GRANTED, and the deposition of Mr. Palermo shall proceed as a deposition by written questions consistent with Federal Rule of Civil Procedure 31. ENDORSEMENT: Plaintiffs wish me to infer that MR. Palermo has personal knowledge of relevant (indeed central) fact. I decline to do so on this record. Plaintiffs should file their submission with the Clerk. (Signed by Special Master on 9/26/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(jfe) (Entered: 09/28/2012) |
| 09/27/2012 | 1669 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS A. GILSON: Attorney Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Margot Macinnis,Thomas A. Gilson for Margot Macinnis,Thomas A. Gilson for The Harbour Trust Co. Ltd.,Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Kenneth M. Krys,Thomas A. Gilson for Margot Macinnis,Thomas A. Gilson for Margot Macinnis,Thomas A. Gilson for The Harbour Trust Co. Ltd. admitted Pro Hac Vice. (Signed by Special Master on 9/26/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(jfe) Modified on 9/28/2012 (jfe). (Entered: 09/27/2012) |
| 10/01/2012 | 1671 | SPECIAL MASTER ORDER EXTENDING DISCOVERY DEADLINE FOR LIMITED PURPOSE: Mr. Travers has volunteered to make himself available for a |

| | | deposition in New York, New York on October 3, 2012. Mr. Leitner has volunteered to make himself available for a deposition in New York, New York on October 5, 2012. SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: The expert and discovery deadlines shall be extended from September 30, 2012 to October 5, 2012, for the limited purpose of completing the depositions of Messrs. Leitner and Travers. This Order shall have no effect on any prior orders entered concerning the Scheduling Order. ( Expert Discovery due by 10/5/2012.) (Signed by Special Master on 10/1/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(ja) (Entered: 10/01/2012) |
|---|---|---|
| 10/01/2012 | 1672 | ORDER DISCHARGING ORDER TO SHOW CAUSE re: 1668 Order to Show Cause. The pending Order to Show Cause, filed on September 26, 2012, is hereby DISCHARGED. (Signed by Special Master on 10/1/2012) (ja) (Entered: 10/01/2012) |
| 10/01/2012 | 1673 | SPECIAL MASTER ORDER EXTENDING DISCOVERY DEADLINE FOR LIMITED PURPOSE: The expert and discovery deadlines shall be extended from September 30, 2012 to October 5, 2012, for the limited purpose of completing the depositions of Messrs, Leitner and Travers. This Order shall have no effect on any prior orders entered concerning the Scheduling Order. Expert Discovery due by 10/5/2012. (Signed by Special Master Judge Ronald J. Hedge son 10/1/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(ft) Modified on 10/16/2012 (ft). (Entered: 10/01/2012) |
| 10/02/2012 | | ***DELETED DOCUMENT. Deleted document number 1674 Order. The document was incorrectly filed in this case. (laq) (Entered: 10/04/2012) |
| 10/03/2012 | 1675 | ORDER: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: By October 29, 2012, the parties shall submit a joint report on the status of the above–captioned matters. SO ORDERED. (Signed by Honorable Ronald J. Hedges Special Master on 10/02/2012) (ama) (Entered: 10/03/2012) |
| 10/03/2012 | 1676 | CASE MANAGEMENT ORDER # 82: The Court has received the bills from the Special Masters for the month of September, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by October 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.SO ORDERED. (Signed by Judge Jed S. Rakoff on 10/02/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(ama) (Entered: 10/03/2012) |
| 10/05/2012 | 1677 | NOTICE of Submission of the Krys Plaintiffs' September 14, 2012 Letter to Special Master Hedges re: (362 in 1:08–cv–07416–JSR, 1670 in 1:07–md–01902–JSR) Order,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). (Attachments: # 1 September 14, 2012 Letter to Special Master Hedges, # 2 Exhibit A (Part 1 of 3), # 3 Exhibit A (Part 2 of 3), # 4 Exhibit A (Part 3 of 3), # 5 |

| | | Exhibit B, #_6_ Exhibit C, #_7_ Exhibit D, #_8_ Exhibit E, #_9_ Exhibit F, #_10_ Exhibit G, #_11_ Exhibit H, #_12_ Exhibit I, #_13_ Exhibit J, #_14_ Exhibit K, #_15_ Exhibit L, #_16_ Exhibit M, #_17_ Exhibit N, #_18_ Exhibit O, #_19_ Exhibit P)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 10/05/2012) |
|---|---|---|
| 10/10/2012 | 1678 | CASE MANAGEMENT ORDER #83: Pursuant to Case Management Order #82, the time for objections to the bills of the Special Masters for services rendered in September 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 10/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lmb) (Entered: 10/10/2012) |
| 10/12/2012 | 1679 | ORDER: Accordingly, the appeal is denied as moot and the parties are directed to promptly arrange the aforesaid telephonic deposition. SO ORDERED. (Signed by Judge Jed S. Rakoff on 10/10/2012) (ama) (Entered: 10/12/2012) |
| 10/12/2012 | 1680 | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to Federal Rule of Civil Procedure 41 (a)( 1 )(A)(ii), Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust, and Defendants Phillip R. Bennett, Santo C. Maggio, and Robert C. Trosten, by and through their counsel, hereby stipulate that all claims against Messrs. Bennett, Maggio, and Trosten in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs,,and expenses relating thereto. SO ORDERED. (Signed by Judge Jed S. Rakoff on 10/10/2012) (ama) (Entered: 10/12/2012) |
| 10/17/2012 | 1681 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: The motion for summary judgment on claims brought on behalf of SMFF should be DENIED. The motion for summary judgment on claims brought on behalf of PlusFunds should be GRANTED. Objections to RRdue by 11/5/2012 (Signed by Special Master Daniel J. Capra on 10/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(ago) Modified on 10/17/2012 (tro). (Entered: 10/17/2012) |
| 10/17/2012 | | Set/Reset Deadlines: Objections to RRdue by 11/5/2012 (tro) (Entered: 10/17/2012) |
| 10/17/2012 | 1682 | STIPULATION OF DISMISSAL and ORDER: NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the JOLs and the SPhinX Trustee, on the one hand, and Kavanagh and Owens on the other, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice and without costs to any party insofar as it related to Kavanagh and Owens. (Signed by Judge Jed S. Rakoff on 10/17/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(ago) (Entered: 10/17/2012) |
| 10/23/2012 | 1683 | ORDER: Accordingly, for the reasons stated in the Court's Order dated December 13, 2010, and the Stipulations of Dismissal entered on September 5, 2012, and October 12, 2012, the Amended Complaint hereby is dismissed in its entirety, with prejudice, and the Clerk of the Court is directed to enter final judgment in the matter of Kirschner v. Bennett, 07 Civ. 8165. (Signed by Judge Jed S. Rakoff on 10/22/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR (djc) (Entered: 10/24/2012) |
| 10/24/2012 | 1684 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated October 22, 2012, final judgment is entered dismissing the Amended Complaint in its entirety, with prejudice, in the matter of Kirschner v. Bennett, 07 Civ. 8165. (Signed by Clerk of Court Ruby Krajick on 10/24/12) (Attachments: #_1_ NOTICE OF RIGHT TO APPEAL)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(ml) (Main Document 1684 replaced on 10/24/2012) (ml). Modified on 10/24/2012 (ml). (Entered: 10/24/2012) |
| 10/24/2012 | 1685 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS A. GILSON. IT IS HEREBY ORDERED that Thomas A. Gilson is admitted to practice pro hac vice as counsel for the Plaintiffs in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing |

| | | |
|---|---|---|
| | | before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the check for the pro hac vice fee to the Clerk of the Court within one business day of the filing of this Order. (Signed by Special Master Ronald Hedges on 10/23/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 10/25/2012) |
| 10/24/2012 | 1686 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS A. GILSON. IT IS HEREBY ORDERED that Thomas A. Gilson is admitted to practice pro hac vice as counsel for the Plaintiffs in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the check for the pro hac vice fee to the Clerk of the Court within one business day of the filing of this Order. (Signed by Special Master Ronald Hedges on 10/23/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(rjm) (Entered: 10/25/2012) |
| 10/24/2012 | 1687 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS A. GILSON. IT IS HEREBY ORDERED that Thomas A. Gilson is admitted to practice pro hac vice as counsel for the Plaintiffs in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the check for the pro hac vice fee to the Clerk of the Court within one business day of the filing of this Order. (Signed by Special Master Ronald Hedges on 10/23/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(rjm) Modified on 10/25/2012 (rjm). (Entered: 10/25/2012) |
| 10/24/2012 | 1688 | ORDER FOR ADMISSION PRO HAC VICE OF THOMAS A. GILSON. IT IS HEREBY ORDERED that Thomas A. Gilson is admitted to practice pro hac vice as counsel for the Plaintiffs in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the check for the pro hac vice fee to the Clerk of the Court within one business day of the filing of this Order. (Signed by Special Master Ronald Hedges on 10/23/2012) (rjm) (Entered: 10/26/2012) |
| 10/24/2012 | 1689 | MOTION FOR PRO HAC VICE ADMISSION OF THOMAS A. GILSON. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(rjm) (Entered: 10/26/2012) |
| 10/24/2012 | 1690 | MOTION FOR PRO HAC VICE ADMISSION OF THOMAS A. GILSON. Filed In Associated Cases: 1:07–md–01902–JSR, 1:10–cv–03594–JSR(rjm) (Entered: 10/26/2012) |
| 10/24/2012 | 1691 | MOTION FOR PRO HAC VICE ADMISSION OF THOMAS A. GILSON. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(rjm) (Entered: 10/26/2012) |
| 10/24/2012 | 1692 | MOTION FOR PRO HAC VICE ADMISSION OF THOMAS A. GILSON. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(rjm) (Entered: 10/26/2012) |
| 10/26/2012 | 1693 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Marc S. Kirschner. Filing fee $ 455.00, receipt number 0208–7942700. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) Modified on 10/26/2012 (tp). (Entered: 10/26/2012) |

| 10/26/2012 | | ***NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Werder, Richard to RE–FILE Document No. (1693 in 1:07–md–01902–JSR, 406 in 1:07–cv–08165–JSR) Notice of Appeal. No Order being appealed was selected. Re–file the document as a Corrected Notice of Appeal event and select the correct Orders being appealed. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR.(tp) (Entered: 10/26/2012) |
|---|---|---|
| 10/26/2012 | 1694 | CORRECTED NOTICE OF APPEAL re: (1693 in 1:07–md–01902–JSR, 406 in 1:07–cv–08165–JSR) Notice of Appeal, (1683 in 1:07–md–01902–JSR) Order, (1684 in 1:07–md–01902–JSR) Clerk's Judgment,. Document filed by Marc S. Kirschner. (Attachments: # 1 Exhibit Judgment and Order)Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR(Werder, Richard) (Entered: 10/26/2012) |
| 10/26/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (407 in 1:07–cv–08165–JSR, 1694 in 1:07–md–01902–JSR) Corrected Notice of Appeal, (1693 in 1:07–md–01902–JSR, 406 in 1:07–cv–08165–JSR) Notice of Appeal. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR.(tp) (Entered: 10/26/2012) |
| 10/26/2012 | | Appeal Fee Paid electronically via Pay.gov: for (407 in 1:07–cv–08165–JSR, 1694 in 1:07–md–01902–JSR) Corrected Notice of Appeal, (1693 in 1:07–md–01902–JSR, 406 in 1:07–cv–08165–JSR) Notice of Appeal. Filing fee $ 455.00. Pay.gov receipt number 0208–7942700, paid on 10/26/2012. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR.(tp) (Entered: 10/26/2012) |
| 11/07/2012 | 1695 | ORDER AMENDING JULY 28, 2012 MEMORANDUM ORDER: On July 28, 2012, the Court entered a Memorandum Order (the "Order"), dismissing all remaining claims against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies, LLC, and William T. Pigott and directing the Clerk to enter judgment with respect to them. To make express the Court's determination with respect to the direction of entry of judgment, the final paragraph of the Order is amended nunc pro tunc to add before the period at the end of the last sentence: in accordance with Rule 54(b), the Court having determined there is no just reason for delay. (Signed by Judge Jed S. Rakoff on 10/27/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(djc) (Entered: 11/08/2012) |
| 11/09/2012 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (1493 in 1:07–md–01902–JSR, 302 in 1:07–cv–08165–JSR) Notice of Filing Transcript, (1357 in 1:07–md–01902–JSR) Objection to Report and Recommendations, filed by Grant Thornton LLP, Mark Ramler, (728 in 1:07–md–01902–JSR, 160 in 1:07–cv–08165–JSR) Case Management Plan, (181 in 1:07–md–01902–JSR) Stipulation and Order, (458 in 1:07–md–01902–JSR, 458 in 1:07–md–01902–JSR, 114 in 1:07–cv–08165–JSR, 114 in 1:07–cv–08165–JSR) Case Management Plan, Set Deadlines/Hearings, (415 in 1:07–md–01902–JSR, 415 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, (158 in 1:07–cv–08165–JSR, 708 in 1:07–md–01902–JSR) Case Management Plan,, (139 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, (793 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Glenn Kata, (712 in 1:07–md–01902–JSR) Response, filed by Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co., Banc of America Securities LLC, (466 in 1:07–md–01902–JSR) Order, (76 in 1:07–cv–08165–JSR) Notice (Other) filed by Robert C. Trosten, (148 in 1:07–cv–08165–JSR, 546 in 1:07–md–01902–JSR) Order on Motion to Withdraw as Attorney, (1415 in 1:07–md–01902–JSR) Order Adopting Report and Recommendations, (1479 in 1:07–md–01902–JSR, 296 in 1:07–cv–08165–JSR) Notice of Filing Transcript, (1382 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (40 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (399 in 1:07–cv–08165–JSR) Transcript, (511 in 1:07–md–01902–JSR, 137 in 1:07–cv–08165–JSR) Protective Order, (261 in 1:07–cv–08165–JSR, 1360 in 1:07–md–01902–JSR) Order, (255 in 1:07–cv–08165–JSR, 1334 in 1:07–md–01902–JSR) Order, (1466 in 1:07–md–01902–JSR, 288 in |

1:07–cv–08165–JSR) Counter Statement to Rule 56.1 filed by Marc S. Kirschner, (513 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal – Signed, (279 in 1:07–cv–08165–JSR, 1442 in 1:07–md–01902–JSR) Order, (145 in 1:07–cv–08165–JSR, 533 in 1:07–md–01902–JSR) Case Management Plan, (1413 in 1:07–md–01902–JSR, 278 in 1:07–cv–08165–JSR) Order, (9 in 1:07–md–01902–JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (637 in 1:07–md–01902–JSR, 157 in 1:07–cv–08165–JSR) Case Management Plan, (580 in 1:07–md–01902–JSR, 152 in 1:07–cv–08165–JSR) Case Management Plan, (1593 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (1152 in 1:07–md–01902–JSR) Declaration in Support, filed by Brian Owens, Mark Kavanagh, (255 in 1:07–md–01902–JSR, 255 in 1:07–md–01902–JSR, 255 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, Add and Terminate Attorneys, Terminate Motions, (74 in 1:07–md–01902–JSR) Order, (103 in 1:07–cv–08165–JSR) Stipulation and Order, (1238 in 1:07–md–01902–JSR, 1238 in 1:07–md–01902–JSR, 237 in 1:07–cv–08165–JSR, 237 in 1:07–cv–08165–JSR) Certificate of Service Other, filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity (Cayman) Fund V, L.P., THL ManagersV, LLC, Thomas H. Lee Equity Fund V, L.P., Scott A. Schoen, (1200 in 1:07–md–01902–JSR, 229 in 1:07–cv–08165–JSR) Order Admitting Attorney Pro Hac Vice, (299 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (21 in 1:07–md–01902–JSR) Certificate of Service Other filed by Ernst &Young LLP, (499 in 1:07–md–01902–JSR) Scheduling Order, (547 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (215 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Partners L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, (826 in 1:07–md–01902–JSR, 173 in 1:07–cv–08165–JSR) MOTION for Sarah E. Citrin to Appear Pro Hac Vice filed by Mayer Brown LLP, (1460 in 1:07–md–01902–JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (258 in 1:07–md–01902–JSR) MOTION for Issuance of Letters Rogatory. filed by Banc of America Securities LLC, Grant Thornton LLP, Credit Suisse Securities (USA) LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities, Inc., Mayer Brown LLP, (79 in 1:07–md–01902–JSR) Order, (1504 in 1:07–md–01902–JSR, 304 in 1:07–cv–08165–JSR) Order,, (1126 in 1:07–md–01902–JSR, 216 in 1:07–cv–08165–JSR) Order,, (1279 in 1:07–md–01902–JSR) Order,, (1010 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Brian Owens, Mark Kavanagh, (201 in 1:07–md–01902–JSR) Declaration in Support of Motion filed by Tone Grant, (684 in 1:07–md–01902–JSR, 684 in 1:07–md–01902–JSR) Order, Set Deadlines/Hearings, (600 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney, (233 in 1:07–cv–08165–JSR, 1227 in 1:07–md–01902–JSR) Order, (1474 in 1:07–md–01902–JSR, 293 in 1:07–cv–08165–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (389 in 1:07–cv–08165–JSR, 389 in 1:07–cv–08165–JSR, 1639 in 1:07–md–01902–JSR, 1639 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice, (1565 in 1:07–md–01902–JSR, 348 in 1:07–cv–08165–JSR) Reply Memorandum of Law filed by Grant Thornton LLP, (1430 in 1:07–md–01902–JSR) Stipulation and Order, (90 in 1:07–md–01902–JSR) Stipulation and Order, (939 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1170 in 1:07–md–01902–JSR) MOTION for Michael R. Fawcett to Appear Pro Hac Vice filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (186 in 1:07–md–01902–JSR) Stipulation and Order, (406 in 1:07–cv–08165–JSR, 1693 in 1:07–md–01902–JSR) Notice of Appeal, filed by Marc S. Kirschner, (1102 in

1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (211 in 1:07–cv–08165–JSR, 1111 in 1:07–md–01902–JSR) Order, (31 in 1:07–cv–08165–JSR) MDL Order Transfer Origin in S.D.N.Y., (284 in 1:07–cv–08165–JSR, 1462 in 1:07–md–01902–JSR) Order, (1646 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Deutsche Bank Securities Inc., Paul Koury, Joseph P Collins, Joseph Collins, Grant Thornton LLP, Paul Koury, Edward S. Best, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, PricewaterhouseCoopers LLP, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (245 in 1:07–md–01902–JSR) Notice of Appearance, filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., (726 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, Grant Thornton LLP, (870 in 1:07–md–01902–JSR) Declaration in Support of Motion filed by Mayer Brown LLP, (505 in 1:07–md–01902–JSR, 132 in 1:07–cv–08165–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (56 in 1:07–md–01902–JSR, 56 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Grant Thornton LLP, (53 in 1:07–cv–08165–JSR) Consent Order, (1688 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (1255 in 1:07–md–01902–JSR) Objection (non–motion) filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis, Kenneth M Krys, (197 in 1:07–cv–08165–JSR, 1058 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, (838 in 1:07–md–01902–JSR) Response, filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis, (202 in 1:07–md–01902–JSR) Answer to Complaint filed by Santo Maggio, (1180 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (321 in 1:07–cv–08165–JSR, 1532 in 1:07–md–01902–JSR) MOTION in Limine *to Exclude the Testimony and Expert Report of Barbara Lucas* filed by Grant Thornton LLP, (1018 in 1:07–md–01902–JSR, 1018 in 1:07–md–01902–JSR) Order, Set Deadlines/Hearings, (1068 in 1:07–md–01902–JSR) Order, (668 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint* filed by Gregg Kata, (320 in 1:07–md–01902–JSR) Reply to Response to Motion, filed by Christopher Pettit, (567 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by J.P. Morgan Securities, Inc., Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, (739 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Grant Thornton LLP, (1326 in 1:07–md–01902–JSR) Response, filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas, (740 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Grant Thornton LLP, (1376 in 1:07–md–01902–JSR) Objection (non–motion) filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis, Kenneth M Krys, (1352 in 1:07–md–01902–JSR) Declaration in Support, filed by Credit Suisse Securities (USA) LLC, JPMorgan Chase &Co., Merrill Lynch, Pierce, Fenner &Smith Incorporated, (210 in 1:07–cv–08165–JSR, 210 in 1:07–cv–08165–JSR, 1083 in 1:07–md–01902–JSR, 1083 in 1:07–md–01902–JSR) Certificate of Service Other, filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, Thomas H. Lee Equity (Cayman) Fund V, L.P., THL Managers V, LLC, Scott A. Schoen, Scott L. Jaeckel, Thomas H. Lee, Thomas H. Lee Equity Fund V, L.P., (262 in 1:07–md–01902–JSR) Notice of Appearance filed by KPMG LLP, (267 in 1:07–md–01902–JSR) Protective Order, (1213 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis, Kenneth M Krys, (650 in 1:07–md–01902–JSR, 650 in 1:07–md–01902–JSR) MOTION to Dismiss *and*. MOTION for Joinder *in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint* filed by David Donnini, (1220 in 1:07–md–01902–JSR) Memorandum of Law in Support, filed by Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (308 in 1:07–md–01902–JSR) PROPOSED MOTION for

Extension of Time *Stipulation and Proposed Order* filed by The Trustees of the
Masonic Hall and Asylum Fund, Index Recovery Co., L.P., (270 in
1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by
Kenneth M. Krys, Kenneth M Krys, James P. Sinclair, Christopher Stride, (1016 in
1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by Deutsche Bank AG,
Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas, (531 in
1:07−md−01902−JSR) Order, (99 in 1:07−cv−08165−JSR) Protective Order, (23 in
1:07−cv−08165−JSR, 23 in 1:07−cv−08165−JSR) Endorsed Letter, Set
Deadlines/Hearings, (921 in 1:07−md−01902−JSR) Declaration in Support of
Motion, filed by Grant Thornton LLP, (34 in 1:07−md−01902−JSR) Reply
Memorandum of Law in Support of Motion, filed by Banc of America Securities
LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., (1395
in 1:07−md−01902−JSR, 267 in 1:07−cv−08165−JSR) Transcript, (551 in
1:07−md−01902−JSR, 551 in 1:07−md−01902−JSR) Order, Set
Deadlines/Hearings, (332 in 1:07−cv−08165−JSR, 1543 in 1:07−md−01902−JSR)
Order, (849 in 1:07−md−01902−JSR) Declaration in Support, filed by Robert
Aaron, (575 in 1:07−md−01902−JSR) Response, filed by Kenneth M. Krys,
Kenneth M Krys, James P. Sinclair, Christopher Stride, (930 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton
LLP, (823 in 1:07−md−01902−JSR) Objection (non−motion), Objection
(non−motion) filed by Brian Owens, Mark Kavanagh, (1322 in
1:07−md−01902−JSR) Report and Recommendations, (720 in
1:07−md−01902−JSR) Notice of Appearance filed by Kenneth M. Krys, Margot
Macinnis, (359 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed
by Vincent J. Hemmer, (206 in 1:07−md−01902−JSR) MOTION to Dismiss *the
Amended Complaint* filed by Robert Aaron, (776 in 1:07−md−01902−JSR, 776 in
1:07−md−01902−JSR) Certificate of Service Other, filed by LAB Morgan
Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc.,
(710 in 1:07−md−01902−JSR) Order, (1477 in 1:07−md−01902−JSR) Stipulation
and Order, (1670 in 1:07−md−01902−JSR) Order,, (146 in 1:07−md−01902−JSR)
Notice of Appearance filed by KPMG LLP, (402 in 1:07−md−01902−JSR)
Memorandum of Law in Support of Motion filed by Donald J. Edwards, (528 in
1:07−md−01902−JSR) Order, (1196 in 1:07−md−01902−JSR) Order Admitting
Attorney Pro Hac Vice, (317 in 1:07−cv−08165−JSR, 1528 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton
LLP, (1385 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice,,
(172 in 1:07−cv−08165−JSR, 817 in 1:07−md−01902−JSR) Order Admitting
Attorney Pro Hac Vice, (560 in 1:07−md−01902−JSR) Notice of Change of
Address, filed by Mari Ferris, Pricewaterhousecoopers L.L.P.,
PricewaterhouseCoopers LLP, (208 in 1:07−md−01902−JSR) Memorandum of
Law in Support of Motion, filed by Robert Aaron, (1260 in 1:07−md−01902−JSR)
Response in Opposition to Motion, filed by Kenneth M. Krys, The Harbour Trust
Co. Ltd., Margot Macinnis, Kenneth M Krys, (1106 in 1:07−md−01902−JSR)
Notice of Appearance filed by Brian Owens, Mark Kavanagh, (944 in
1:07−md−01902−JSR) Declaration filed by Standard &Poor Financial Services
LLC, (555 in 1:07−md−01902−JSR) Order, (110 in 1:07−cv−08165−JSR) Notice
of Case Assignment/Reassignment, (1463 in 1:07−md−01902−JSR, 285 in
1:07−cv−08165−JSR) Memorandum of Law filed by Grant Thornton LLP, (1247
in 1:07−md−01902−JSR) Affidavit in Opposition, filed by Kenneth M. Krys, The
Harbour Trust Co. Ltd., Margot Macinnis, Kenneth M Krys, (738 in
1:07−md−01902−JSR) Response, filed by Thomas H. Lee Parallel Fund V, L.P.,
Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V,
L.P., (1469 in 1:07−md−01902−JSR) Stipulation and Order of Voluntary
Dismissal, (1588 in 1:07−md−01902−JSR) Memorandum of Law in Support of
Motion, filed by Grant Thornton LLP, Mark Ramler, (71 in 1:07−cv−08165−JSR)
Memorandum of Law in Support of Motion filed by Mayer Brown International
LLP, (457 in 1:07−md−01902−JSR) Stipulation of Voluntary Dismissal,, filed by
Index Recovery Co., L.P., (365 in 1:07−cv−08165−JSR, 1607 in
1:07−md−01902−JSR) MOTION in Limine *NOTICE OF MOTION OF
PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO
THE FEBRUARY 9, 2010 EXPERT REPORT OF ROBERT MANZO.* filed by Marc
S. Kirschner, (1183 in 1:07−md−01902−JSR) Memorandum of Law in Opposition
to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity
Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1159 in

1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (137 in 1:07−md−01902−JSR) Stipulation and Order, (1244 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (987 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (374 in 1:07−cv−08165−JSR, 1616 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Grant Thornton LLP, (975 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (390 in 1:07−cv−08165−JSR, 1644 in 1:07−md−01902−JSR) Order, (417 in 1:07−md−01902−JSR) Declaration in Support of Motion filed by Joshua Mailman, (411 in 1:07−md−01902−JSR) Stipulation and Order, (292 in 1:07−cv−08165−JSR, 1473 in 1:07−md−01902−JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (680 in 1:07−md−01902−JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint* filed by Todd Kata, (1338 in 1:07−md−01902−JSR) Declaration in Support, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners, L.P., Thomas H. Lee Partners L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (1129 in 1:07−md−01902−JSR) Order, (180 in 1:07−cv−08165−JSR, 898 in 1:07−md−01902−JSR) Order,, (219 in 1:07−md−01902−JSR) Affidavit of Service Other,, filed by David V. Harkins, Thomas H. Lee, Scott L. Jaeckel, (144 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by KPMG LLP, (149 in 1:07−md−01902−JSR) MOTION for Thomas A. Connelly to Appear Pro Hac Vice. filed by Dennis A. Klejna, Matthew Larson, American Financial International Group − Asia, LLC, Steve Kreitenberg, Kenneth M. Krys, Michael Albrecht, Irv Kreitenberg, Marc S. Kirschner, Christopher Stride, (559 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Mari Ferris, (42 in 1:07−md−01902−JSR) Declaration in Support of Motion,, filed by PricewaterhouseCoopers LLP, (642 in 1:07−md−01902−JSR) Declaration in Support of Motion,, filed by CSFB, LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (390 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Philip A. Canfield, (381 in 1:07−md−01902−JSR) MOTION to Dismiss *Complaint*. filed by Joshua Mailman, (789 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by The Suan Family Irrevocable Children's Trust, (756 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement, filed by The Harbour Trust Co. Ltd., (321 in 1:07−md−01902−JSR, 321 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (585 in 1:07−md−01902−JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (192 in 1:07−cv−08165−JSR, 1033 in 1:07−md−01902−JSR) Order, (438 in 1:07−md−01902−JSR, 438 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings,, (679 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Edward J. Kata, (50 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Ingram Micro, Inc., CIM Ventures, Inc., (1671 in 1:07−md−01902−JSR, 1671 in 1:07−md−01902−JSR) Order, Set Deadlines, (1236 in 1:07−md−01902−JSR, 235 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (213 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., THL Managers V. LLC, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, (388 in 1:07−cv−08165−JSR) Order on Motion to Appear Pro Hac Vice, (1627 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (397 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed

by Edgar D. Jannotta, Jr., (166 in 1:07–cv–08165–JSR, 754 in 1:07–md–01902–JSR) Order, (1551 in 1:07–md–01902–JSR) Notice of Change of Address, filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities LLC, (1289 in 1:07–md–01902–JSR) Response filed by Brian Owens, Mark Kavanagh, (190 in 1:07–cv–08165–JSR, 190 in 1:07–cv–08165–JSR) Order, Set Deadlines/Hearings, (198 in 1:07–cv–08165–JSR, 1059 in 1:07–md–01902–JSR) Case Management Plan, (1097 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1174 in 1:07–md–01902–JSR) MOTION to Quash Rule 45 Subpoenas of Grant Thornton LLP. filed by Grant Thornton LLP, (4 in 1:07–cv–08165–JSR) Stipulation and Order, (490 in 1:07–md–01902–JSR, 126 in 1:07–cv–08165–JSR) Notice of Appearance filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (1645 in 1:07–md–01902–JSR) Order, (715 in 1:07–md–01902–JSR) Response, filed by EMF Financial Products LLC, EMF Financial Producucts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (38 in 1:07–cv–08165–JSR) Order Admitting Attorney Pro Hac Vice, (1275 in 1:07–md–01902–JSR) MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)*. MOTION for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of In Pari Delicto *(Defendants' Notice of Motion)* filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (655 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint* filed by Allene Chung, (1013 in 1:07–md–01902–JSR) Objection (non–motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (436 in 1:07–md–01902–JSR) Stipulation and Order, (43 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by PricewaterhouseCoopers LLP, (1132 in 1:07–md–01902–JSR, 1132 in 1:07–md–01902–JSR) Order, Add and Terminate Attorneys, (108 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal, filed by Marc S. Kirschner, (355 in 1:07–cv–08165–JSR, 1572 in 1:07–md–01902–JSR) Notice of Filing Transcript, (1431 in 1:07–md–01902–JSR, 1431 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice, (259 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities, Inc., Mayer Brown LLP, (933 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (130 in 1:07–cv–08165–JSR) Amended Complaint, filed by Marc S. Kirschner, (372 in 1:07–cv–08165–JSR, 1614 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (1587 in 1:07–md–01902–JSR) MOTION to Strike *Opinions of Proposed Experts Michael Greenberger and David Wallace* filed by Grant Thornton LLP, Mark Ramler, (1332 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (448 in 1:07–md–01902–JSR, 108 in 1:07–cv–08165–JSR) Order, (1208 in 1:07–md–01902–JSR, 230 in 1:07–cv–08165–JSR) Order, (1640 in 1:07–md–01902–JSR) Response in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (81 in 1:07–cv–08165–JSR) Memorandum of Law in Opposition to Motion, filed by Marc S. Kirschner, (1487 in 1:07–md–01902–JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (967 in 1:07–md–01902–JSR, 967 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Thomas H. Lee Equity (Cayman) Fund V, L.P., (129 in 1:07–cv–08165–JSR, 501 in 1:07–md–01902–JSR) Case Management Plan, (1507 in 1:07–md–01902–JSR) Order, (991 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (394 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Vincent J. Hemmer, (319 in 1:07–cv–08165–JSR, 1530 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (995 in 1:07–md–01902–JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V,

L.P., (33 in 1:07−cv−08165−JSR) MOTION for Craig D. Singer, Esq. to Appear
Pro Hac Vice. filed by Mayer Brown International LLP, (1085 in
1:07−md−01902−JSR) Order, (1060 in 1:07−md−01902−JSR) Order, (1484 in
1:07−md−01902−JSR) Order,, (252 in 1:07−md−01902−JSR) Notice of
Appearance filed by The Trustees of the Masonic Hall and Asylum Fund, (341 in
1:07−cv−08165−JSR, 1558 in 1:07−md−01902−JSR) Declaration,, filed by Marc
S. Kirschner, (82 in 1:07−cv−08165−JSR) Certificate of Service Other filed by
Marc S. Kirschner, (33 in 1:07−md−01902−JSR) Notice of Voluntary Dismissal −
Signed, (360 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by
Donald J. Edwards, (19 in 1:07−md−01902−JSR) Notice of Appearance filed by
Ernst &Young LLP, (1457 in 1:07−md−01902−JSR) Deposition filed by
Christopher Aliprandi, (412 in 1:07−md−01902−JSR) Stipulation and Order of
Dismissal, (354 in 1:07−md−01902−JSR, 354 in 1:07−md−01902−JSR)
Stipulation and Order, Set Deadlines, (1317 in 1:07−md−01902−JSR) Declaration
in Support, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd.,
DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova,
(1108 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations,
(363 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (900 in 1:07−md−01902−JSR) Report and
Recommendations, (242 in 1:07−cv−08165−JSR, 1259 in 1:07−md−01902−JSR)
Order, (845 in 1:07−md−01902−JSR) MOTION to Dismiss *Plaintiffs' Complaint*
filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche
Bank Securities, Inc., (16 in 1:07−cv−08165−JSR, 16 in 1:07−cv−08165−JSR)
Order, Set Hearings, (167 in 1:07−cv−08165−JSR, 760 in 1:07−md−01902−JSR)
Response, filed by Marc S. Kirschner, (315 in 1:07−cv−08165−JSR, 1526 in
1:07−md−01902−JSR) MOTION in Limine *to Exclude the Expert Report and
Testimony of Israel Shaked* filed by Grant Thornton LLP, (249 in
1:07−cv−08165−JSR, 1304 in 1:07−md−01902−JSR) Order, (246 in
1:07−cv−08165−JSR, 1288 in 1:07−md−01902−JSR) Order, (1349 in
1:07−md−01902−JSR) Notice of Appearance filed by JP Morgan Chase &Co.,
Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (111 in
1:07−cv−08165−JSR, 456 in 1:07−md−01902−JSR) Case Management Plan,
(1341 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion)
filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC,
(1075 in 1:07−md−01902−JSR) Order, (467 in 1:07−md−01902−JSR, 119 in
1:07−cv−08165−JSR) Order,, (5 in 1:07−cv−08165−JSR) Rule 7.1 Corporate
Disclosure Statement filed by Mayer Brown, (806 in 1:07−md−01902−JSR)
Declaration in Opposition to Motion, filed by Mayer Brown LLP, (648 in
1:07−md−01902−JSR, 648 in 1:07−md−01902−JSR) MOTION to Dismiss *and.*
MOTION for Joinder *in Bank defendant's Motion to dismiss Plaintiffs's Amended
Complaint* filed by Vincent J. Hemmer, (256 in 1:07−md−01902−JSR, 256 in
1:07−md−01902−JSR, 256 in 1:07−md−01902−JSR) Order Admitting Attorney
Pro Hac Vice, Add and Terminate Attorneys, Terminate Motions, (449 in
1:07−md−01902−JSR) Notice of Voluntary Dismissal,, filed by Kenneth M Krys,
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (120 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank
Securities, Inc., (566 in 1:07−md−01902−JSR) Objection (non−motion), Objection
(non−motion), Objection (non−motion) filed by Kenneth M Krys, Kenneth M.
Krys, James P. Sinclair, Christopher Stride, (282 in 1:07−md−01902−JSR) USCA
Mandate, (1214 in 1:07−md−01902−JSR) Memorandum of Law in Support of
Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys,
Margot Macinnis, (230 in 1:07−md−01902−JSR) Declaration in Support of
Motion,, filed by EMF Financial Products LLC, EMF Financial Produccts, Delta
Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC,
(1467 in 1:07−md−01902−JSR, 289 in 1:07−cv−08165−JSR) Declaration in
Opposition to Motion, filed by Marc S. Kirschner, (1653 in 1:07−md−01902−JSR,
393 in 1:07−cv−08165−JSR) Order, (1471 in 1:07−md−01902−JSR, 290 in
1:07−cv−08165−JSR) Response, filed by Marc S. Kirschner, (891 in
1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by
The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (190 in
1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by Coast
Asset Management, LLC, (982 in 1:07−md−01902−JSR) Declaration in
Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H.

Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (889 in 1:07–md–01902–JSR, 889 in 1:07–md–01902–JSR) Order, Set Deadlines/Hearings, (316 in 1:07–cv–08165–JSR, 1527 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (224 in 1:07–cv–08165–JSR, 1157 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (1680 in 1:07–md–01902–JSR, 403 in 1:07–cv–08165–JSR) Order of Dismissal, (989 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (84 in 1:07–cv–08165–JSR) MOTION for Leave to File Excess Pages *Notice of Defendant Mayer Brown LLP's Motion to Increase the Page Limit For Its Reply.* filed by Mayer Brown, (1485 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (908 in 1:07–md–01902–JSR) Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (63 in 1:07–cv–08165–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (24 in 1:07–cv–08165–JSR) Order, (416 in 1:07–md–01902–JSR) Stipulation and Order, (1369 in 1:07–md–01902–JSR, 265 in 1:07–cv–08165–JSR) Order, (196 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities LLC, (291 in 1:07–cv–08165–JSR, 1472 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (1178 in 1:07–md–01902–JSR) Order,, (748 in 1:07–md–01902–JSR, 164 in 1:07–cv–08165–JSR) Objection to Report and Recommendations, filed by Marc S. Kirschner, (873 in 1:07–md–01902–JSR) Declaration in Support of Motion filed by Mayer Brown LLP, (220 in 1:07–cv–08165–JSR, 1146 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (384 in 1:07–cv–08165–JSR, 1634 in 1:07–md–01902–JSR) Declaration in Support of Motion,, filed by Marc S. Kirschner, (110 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Marc S. Kirschner, (127 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, (662 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint.* filed by Randall Yanker TTEE, (491 in 1:07–md–01902–JSR, 127 in 1:07–cv–08165–JSR) Case Management Plan, (268 in 1:07–cv–08165–JSR, 1396 in 1:07–md–01902–JSR) Notice of Filing Transcript, (1045 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (804 in 1:07–md–01902–JSR, 170 in 1:07–cv–08165–JSR) Case Management Plan, (607 in 1:07–md–01902–JSR, 155 in 1:07–cv–08165–JSR) Case Management Plan, (1163 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (77 in 1:07–md–01902–JSR) Order, (514 in 1:07–md–01902–JSR, 514 in 1:07–md–01902–JSR) Order, Add and Terminate Attorneys, (763 in 1:07–md–01902–JSR) MOTION for Reconsideration re; (146 in 1:07–cv–06767–JSR) Order, *Plaintiffs' Appeal from the June 17, 2010 Special Master's Order Finding Waiver of Work Product Protection.* MOTION for Reconsideration re; (146 in 1:07–cv–06767–JSR) Order, *Plaintiffs' Appeal from the June 17, 2010 Special Master's Order Finding Waiver of Work Product Protection* filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (293 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1362 in 1:07–md–01902–JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (288 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (673 in 1:07–md–01902–JSR) MOTION to Dismiss *Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint.* filed by Glenn Kata, (27 in 1:07–cv–08165–JSR) Declaration in Support of Motion filed by Marc S. Kirschner, (1359 in 1:07–md–01902–JSR, 260 in 1:07–cv–08165–JSR) Notice of Filing Transcript, (1648 in 1:07–md–01902–JSR) Notice of Change of Address filed by Dennis A. Klejna, (389 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by Philip A. Canfield, (1491 in 1:07–md–01902–JSR) Order, (1689 in

1:07−md−01902−JSR) MOTION for Thomas A. Gilson to Appear Pro Hac Vice.
**Motion and supporting papers to be reviewed by Clerk's Office staff.**, (1154 in
1:07−md−01902−JSR, 221 in 1:07−cv−08165−JSR) MOTION for Disbursement
of Funds *NOTICE OF MOTION FOR AN ORDER MODIFYING THE REFCO
SECURITIES CLASS ACTION NET SETTLEMENT FUND DISTRIBUTION PLAN
TO PROVIDEFOR THE DISTRIBUTION TO THE PRIVATE ACTIONS TRUST
OF CERTAIN SETTLEMENT PROCEEDS ASSIGNED TO filed by Marc S.
Kirschner, (564 in 1:07−md−01902−JSR) Objection (non−motion), Objection
(non−motion) filed by Brian Owens, Mark Kavanagh, (612 in
1:07−md−01902−JSR) Response, filed by Brian Owens, Mark Kavanagh, (1252 in
1:07−md−01902−JSR) MOTION to Dismiss the Counterclaims asserted by
defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives
Portfolio Management, Ltd., DPM−Mellon, LLC, DPM−Mellon, Ltd. and Guy
Castranova filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot
Macinnis, (1388 in 1:07−md−01902−JSR) Order Adopting Report and
Recommendations, (1008 in 1:07−md−01902−JSR, 1008 in
1:07−md−01902−JSR, 1008 in 1:07−md−01902−JSR, 1008 in
1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,
(894 in 1:07−md−01902−JSR) Joinder filed by Robert Suan, (312 in
1:07−md−01902−JSR, 312 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines/Hearings, (1635 in 1:07−md−01902−JSR, 385 in
1:07−cv−08165−JSR) Response in Opposition to Motion, filed by Grant Thornton
LLP, (1630 in 1:07−md−01902−JSR) Order, (380 in 1:07−cv−08165−JSR, 1622
in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Marc S.
Kirschner, (106 in 1:07−cv−08165−JSR, 427 in 1:07−md−01902−JSR)
Stipulation and Order, (69 in 1:07−cv−08165−JSR) Memorandum of Law in
Support of Motion filed by Mayer Brown International LLP, (1459 in
1:07−md−01902−JSR, 1459 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines, (1524 in 1:07−md−01902−JSR, 313 in 1:07−cv−08165−JSR)
Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (512 in
1:07−md−01902−JSR, 138 in 1:07−cv−08165−JSR) Order, (157 in
1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (907 in
1:07−md−01902−JSR) Notice (Other) filed by Brian Owens, Mark Kavanagh,
(1411 in 1:07−md−01902−JSR, 275 in 1:07−cv−08165−JSR) Declaration in
Support of Motion, filed by Grant Thornton LLP, (1284 in 1:07−md−01902−JSR)
Reply Memorandum of Law in Support of Motion, filed by The Harbour Trust Co.
Ltd., Kenneth M. Krys, Margot Macinnis, (128 in 1:07−cv−08165−JSR, 492 in
1:07−md−01902−JSR) Case Management Plan, (903 in 1:07−md−01902−JSR)
Reply Memorandum of Law in Support of Motion, filed by Deutsche Bank AG,
Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (364 in
1:07−md−01902−JSR, 364 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines, (1660 in 1:07−md−01902−JSR, 396 in 1:07−cv−08165−JSR) Order,
(1581 in 1:07−md−01902−JSR) MOTION for Summary Judgment for an order
dismissing the remaining count of the Amended Complaint directed at PwC (Count
XVII). MOTION for Summary Judgment for an order dismissing the remaining
count of the Amended Complaint directed at PwC (Count XVII) filed by
Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (1032 in
1:07−md−01902−JSR) Response, filed by Brian Owens, Mark Kavanagh, (447 in
1:07−md−01902−JSR) Status Report, filed by RH Capital Associates LLC, Pacific
Investment Management Company LLC, PIMCO Funds: Pacific Investment
Managment Series − PIMCO High Yield Fund, (48 in 1:07−md−01902−JSR)
Memorandum of Law in Support of Motion, filed by Ingram Micro, Inc., CIM
Ventures, Inc., (1181 in 1:07−md−01902−JSR) Notice of Appearance, filed by The
Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (70 in
1:07−cv−08165−JSR) MOTION to Dismiss (with Corrected PDF attached) filed
by Mayer Brown International LLP, (234 in 1:07−md−01902−JSR) MDL
Conditional Transfer In Order, (672 in 1:07−md−01902−JSR) MOTION to
Dismiss Amended Complaint filed by David Cody, (1121 in 1:07−md−01902−JSR)
Objection to Report and Recommendations, filed by Thomas H. Lee Parallel Fund
V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund
V, L.P., (383 in 1:07−md−01902−JSR) Memorandum of Law in Support of
Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse
First Boston Next Fund, Inc., (443 in 1:07−md−01902−JSR) Declaration in*

*Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1596 in 1:07−md−01902−JSR, 359 in 1:07−cv−08165−JSR) Order, (3 in 1:07−md−01902−JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (129 in 1:07−md−01902−JSR, 129 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Grant Thornton LLP, (237 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion,, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (364 in 1:07−cv−08165−JSR, 1606 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1510 in 1:07−md−01902−JSR, 305 in 1:07−cv−08165−JSR) Report and Recommendations − Special Master, (735 in 1:07−md−01902−JSR) Order, (18 in 1:07−md−01902−JSR) Notice of Appearance filed by Ernst &Young LLP, (422 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (71 in 1:07−md−01902−JSR) Stipulation and Order, (904 in 1:07−md−01902−JSR, 904 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (797 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Joel Press, (1599 in 1:07−cv−08165−JSR) Report and Recommendations,, (360 in 1:07−cv−08165−JSR, 1602 in 1:07−md−01902−JSR) MOTION for Scott Philip Glauberman to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−7748043. **Motion and supporting papers to be reviewed by Clerk's Office staff.** filed by Grant Thornton LLP, (73 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, filed by Dennis A. Klejna, Kenneth M. Krys, Christopher Stride, (131 in 1:07−cv−08165−JSR, 504 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (12 in 1:07−md−01902−JSR) Memorandum of Law in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1495 in 1:07−md−01902−JSR) Answer to Amended Complaint filed by Joseph P Collins, (126 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, (228 in 1:07−cv−08165−JSR, 1198 in 1:07−md−01902−JSR) Order, (1361 in 1:07−md−01902−JSR) Report and Recommendations, (678 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint filed by Edward J. Kata, (747 in 1:07−md−01902−JSR, 163 in 1:07−cv−08165−JSR) Objection (non−motion), Objection (non−motion) filed by Grant Thornton LLP, (821 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (225 in 1:07−cv−08165−JSR, 225 in 1:07−cv−08165−JSR, 1184 in 1:07−md−01902−JSR, 1184 in 1:07−md−01902−JSR) Case Management Plan, Set Deadlines/Hearings, (1531 in 1:07−md−01902−JSR, 320 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1056 in 1:07−md−01902−JSR) Order, (391 in 1:07−cv−08165−JSR, 1649 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (775 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., (717 in 1:07−md−01902−JSR) Response, filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (52 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, (497 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1609 in 1:07−md−01902−JSR, 367 in 1:07−cv−08165−JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii) ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (i) THE FINANCIAL WHEREWITHAL OF THE FX CUSTOMERS AND (ii)*

*ANY RECOVERIES RECEIVED FROM THE TRUSTS OR INDEPENDENT FX CUSTOMER ACTIONS AGAINST THIRD PARTIE filed by Marc S. Kirschner, (1268 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (1081 in 1:07−md−01902−JSR, 208 in 1:07−cv−08165−JSR) MOTION to Dismiss Grant Thornton LLP's Third−Party Complaint For Contribution. filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (669 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Gregg Kata, (350 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Tone Grant, Tone N. Grant, (1274 in 1:07−md−01902−JSR, 244 in 1:07−cv−08165−JSR) Order, (1564 in 1:07−md−01902−JSR, 347 in 1:07−cv−08165−JSR) Declaration, filed by Grant Thornton LLP, (1428 in 1:07−md−01902−JSR, 1428 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1497 in 1:07−md−01902−JSR) Answer to Complaint filed by Grant Thornton LLP, Mark Ramler, (1398 in 1:07−md−01902−JSR, 270 in 1:07−cv−08165−JSR) Notice of Filing Transcript, (1522 in 1:07−md−01902−JSR, 311 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (1030 in 1:07−md−01902−JSR) Response, filed by Mayer Brown LLP, (1429 in 1:07−md−01902−JSR, 1429 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1134 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (46 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by Ingram Micro, Inc., (1148 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (507 in 1:07−md−01902−JSR, 134 in 1:07−cv−08165−JSR) MOTION for Barbara Moses to Withdraw as Attorney for Robert C. Trosten filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (207 in 1:07−cv−08165−JSR, 1077 in 1:07−md−01902−JSR) Case Management Plan, (199 in 1:07−cv−08165−JSR, 199 in 1:07−cv−08165−JSR, 1062 in 1:07−md−01902−JSR, 1062 in 1:07−md−01902−JSR) Certificate of Service Complaints, filed by Grant Thornton LLP, (1691 in 1:07−md−01902−JSR) MOTION for Thomas A. Gilson to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.**, (853 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (223 in 1:07−cv−08165−JSR, 1156 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (487 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by George L. Miller, (459 in 1:07−md−01902−JSR, 115 in 1:07−cv−08165−JSR) Case Management Plan, (212 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Edward S. Best, Mayer Brown LLP, (1127 in 1:07−md−01902−JSR) Response, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (66 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (1151 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Brian Owens, Mark Kavanagh, (335 in 1:07−md−01902−JSR, 335 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (1273 in 1:07−md−01902−JSR) Order, (1355 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert Aaron, Terminate Motions, (452 in 1:07−md−01902−JSR, 109 in 1:07−cv−08165−JSR) Stipulation and Order, (1577 in 1:07−md−01902−JSR) MOTION for Summary Judgment filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, (115 in 1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (269 in 1:07−cv−08165−JSR, 1397 in 1:07−md−01902−JSR) Transcript, (441 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Joshua Mailman, (1192 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (1054 in 1:07−md−01902−JSR) Order, (297 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (587 in 1:07−md−01902−JSR) Order, (65 in 1:07−cv−08165−JSR) MOTION to Dismiss filed by Mayer Brown LLP, (46 in*

1:07−cv−08165−JSR) Notice of Appearance filed by Marc S. Kirschner, (625 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (310 in 1:07−cv−08165−JSR, 1521 in 1:07−md−01902−JSR) MOTION in Limine to Exclude the Testimony of Mark Donoghue filed by Grant Thornton LLP, (640 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by CSFB, LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (724 in 1:07−md−01902−JSR) Order, (310 in 1:07−md−01902−JSR) MOTION To be made parties to the deposition protocol and confidentiality orders of the Court with Stipulation and Order filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund, (45 in 1:07−cv−08165−JSR) Notice of Appearance filed by Marc S. Kirschner, (165 in 1:07−cv−08165−JSR, 749 in 1:07−md−01902−JSR) Case Management Plan, (1642 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (119 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (262 in 1:07−cv−08165−JSR, 1363 in 1:07−md−01902−JSR) Transcript, (624 in 1:07−md−01902−JSR, 156 in 1:07−cv−08165−JSR) Case Management Plan, (1520 in 1:07−md−01902−JSR, 308 in 1:07−cv−08165−JSR) Objection (non−motion) filed by Grant Thornton LLP, (1695 in 1:07−md−01902−JSR) Order, (611 in 1:07−md−01902−JSR) Response, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1364 in 1:07−md−01902−JSR, 263 in 1:07−cv−08165−JSR) Notice of Filing Transcript, (6 in 1:07−cv−08165−JSR, 6 in 1:07−cv−08165−JSR) Stipulation and Order, Set Deadlines/Hearings, (581 in 1:07−md−01902−JSR) Remark, (92 in 1:07−md−01902−JSR) Stipulation and Order, (481 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by William T. Pigott, William T. Pigott, Liberty Corner Capital Strategies, LLC, (311 in 1:07−md−01902−JSR) MOTION for Extension of Time with Stipulation and Order filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund, (17 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition to Motion, filed by Grant Thornton LLP, Mayer Brown, Mayer Brown International LLP, (227 in 1:07−cv−08165−JSR, 1194 in 1:07−md−01902−JSR) Order, (309 in 1:07−md−01902−JSR) PROPOSED MOTION Stipulation and Proposed Order to become parties to the deposition protocol and confidentiality orders filed by The Trustees of the Masonic Hall and Asylum Fund, Index Recovery Co., L.P., The Trustees of the Masonic Hall &Asylum Fund, (322 in 1:07−md−01902−JSR, 322 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (379 in 1:07−md−01902−JSR) MOTION for William W. Thorsness, III to Appear Pro Hac Vice filed by Donald J. Edwards, Philip A. Canfield, David A. Donnuni, Edgar D. Jannotta, Jr., Vincent J. Hemmer, William Kessinger, (6 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (287 in 1:07−cv−08165−JSR, 1465 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion filed by Marc S. Kirschner, (352 in 1:07−cv−08165−JSR, 1569 in 1:07−md−01902−JSR) Reply Memorandum of Law, filed by Marc S. Kirschner, (1053 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (768 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (346 in 1:07−cv−08165−JSR, 1563 in 1:07−md−01902−JSR) Declaration filed by Grant Thornton LLP, (1405 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (48 in 1:07−cv−08165−JSR) Notice of Appearance filed by Marc S. Kirschner, (67 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Mayer Brown LLP, (84 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Ernst &Young LLP, (948 in 1:07−md−01902−JSR, 184 in 1:07−cv−08165−JSR) Case Management Plan, (1636 in 1:07−md−01902−JSR, 386 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (869 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (80 in 1:07−cv−08165−JSR) Declaration in Opposition to Motion, filed by Marc S. Kirschner, (556 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M Krys, Kenneth

M. Krys, James P. Sinclair, Christopher Stride, (245 in 1:07−cv−08165−JSR, 245 in 1:07−cv−08165−JSR, 245 in 1:07−cv−08165−JSR, 1286 in 1:07−md−01902−JSR, 1286 in 1:07−md−01902−JSR, 1286 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, Terminate Hearings, (702 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (1153 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1626 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1613 in 1:07−md−01902−JSR, 371 in 1:07−cv−08165−JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA filed by Marc S. Kirschner, (1482 in 1:07−md−01902−JSR, 299 in 1:07−cv−08165−JSR) Case Management Plan, (1407 in 1:07−md−01902−JSR) Declaration in Opposition, filed by William T. Pigott, William T. Pigott, Liberty Corner Capital Strategies, LLC, (786 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by David Cody, (1402 in 1:07−md−01902−JSR, 271 in 1:07−cv−08165−JSR) Case Management Plan, (243 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by KPMG LLP, (1040 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (286 in 1:07−cv−08165−JSR, 1464 in 1:07−md−01902−JSR) Declaration in Support, filed by Grant Thornton LLP, (906 in 1:07−md−01902−JSR) Notice (Other) filed by Mayer Brown LLP, (660 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Randy Yanker, (170 in 1:07−md−01902−JSR) Stipulation and Order, (1502 in 1:07−md−01902−JSR) Order, (462 in 1:07−md−01902−JSR) Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (280 in 1:07−cv−08165−JSR, 1444 in 1:07−md−01902−JSR) Transcript, (378 in 1:07−md−01902−JSR) MOTION for Thomas P. Cimino, Jr. to Appear Pro Hac Vice filed by Donald J. Edwards, Philip A. Canfield, David A. Donnuni, Edgar D. Jannotta, Jr., Vincent J. Hemmer, William Kessinger, (26 in 1:07−cv−08165−JSR) Declaration in Support of Motion filed by Marc S. Kirschner, (1216 in 1:07−md−01902−JSR, 1216 in 1:07−md−01902−JSR) Answer to Complaint, Counterclaim filed by Robert Aaron, (326 in 1:07−md−01902−JSR) Notice of Voluntary Dismissal, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1011 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (978 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (657 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint filed by Andre Perold, (878 in 1:07−md−01902−JSR) Stipulation and Order, (1478 in 1:07−md−01902−JSR, 295 in 1:07−cv−08165−JSR) Transcript, (3 in 1:07−cv−08165−JSR) Notice of Case Assignment/Reassignment, (86 in 1:07−cv−08165−JSR) Order on Motion for Leave to File Excess Pages, (623 in 1:07−md−01902−JSR) Notice (Other) filed by Marc S. Kirschner, (1545 in 1:07−md−01902−JSR, 334 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition, filed by Marc S. Kirschner, (835 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1567 in 1:07−md−01902−JSR, 350 in 1:07−cv−08165−JSR) Declaration filed by Grant Thornton LLP, (104 in 1:07−cv−08165−JSR, 425 in 1:07−md−01902−JSR) Stipulation and Order, (1219 in 1:07−md−01902−JSR) Memorandum of Law, filed by Brian Owens, Mark Kavanagh, (195 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Christopher Pettit, (27 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1597 in 1:07−md−01902−JSR) Order, (917 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (1202 in 1:07−md−01902−JSR) Objection (non−motion)filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (57 in 1:07−md−01902−JSR) Declaration in Support of

Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities
LLC, Deutsche Bank Securities, Inc., (1412 in 1:07−md−01902−JSR, 276 in
1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Grant Thornton
LLP, (1365 in 1:07−md−01902−JSR, 264 in 1:07−cv−08165−JSR) Notice of
Filing Transcript, (627 in 1:07−md−01902−JSR, 627 in 1:07−md−01902−JSR)
Order, Set Deadlines, (153 in 1:07−md−01902−JSR) MOTION for Derrick J.
Stomberg to Appear Pro Hac Vice filed by Kenneth M. Krys, Christopher Stride,
(842 in 1:07−md−01902−JSR, 842 in 1:07−md−01902−JSR) Order, Set
Deadlines/Hearings, (1245 in 1:07−md−01902−JSR) Objection (non−motion),
Objection (non−motion) filed by
Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (18 in
1:07−cv−08165−JSR) Declaration in Opposition to Motion, filed by Grant
Thornton LLP, Mayer Brown, Mayer Brown International LLP, (520 in
1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,
(536 in 1:07−md−01902−JSR) Order, (300 in 1:07−cv−08165−JSR, 1490 in
1:07−md−01902−JSR) Order, (12 in 1:07−cv−08165−JSR) MOTION to Remand
to State Court Platiniff's Notice of Motion to Remand filed by Marc S. Kirschner,
(197 in 1:07−md−01902−JSR) Certificate of Service Other filed by Credit Suisse
Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities
LLC, (217 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by
1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David
V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H.
Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee
Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund
V. L.P., David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (367 in
1:07−md−01902−JSR, 367 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines, (83 in 1:07−cv−08165−JSR) Stipulation and Order, (697 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton
LLP, (827 in 1:07−md−01902−JSR, 174 in 1:07−cv−08165−JSR) Order
Admitting Attorney Pro Hac Vice, (643 in 1:07−md−01902−JSR) MOTION to
Dismiss the Amended Complaint filed by Capgemini U.S. LLC, (1629 in
1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour
Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (721 in
1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H.
Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (651 in
1:07−md−01902−JSR, 651 in 1:07−md−01902−JSR) MOTION to Dismiss and.
MOTION for Joinder in Bank Defendants' Motion to Dismiss Plaintiff's Amended
Complaint filed by William Kessinger, (690 in 1:07−md−01902−JSR) Amended
Complaint, filed by George Miller, (1294 in 1:07−md−01902−JSR) Memorandum
of Law in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M
Krys, Kenneth M. Krys, Margot Macinnis, (988 in 1:07−md−01902−JSR)
Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V,
L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V,
L.P., (168 in 1:07−md−01902−JSR) Stipulation and Order, (472 in
1:07−cv−08165−JSR, 472 in 1:07−md−01902−JSR, 123 in
1:07−cv−08165−JSR, 123 in 1:07−cv−08165−JSR) Certificate of Service Other,
filed by Grant Thornton LLP, (1672 in 1:07−md−01902−JSR) Order, (116 in
1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR, 626 in
1:07−md−01902−JSR, 626 in 1:07−md−01902−JSR) Affidavit of Service
Complaints, filed by George Miller, (610 in 1:07−md−01902−JSR) Response, filed
by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (401
in 1:07−md−01902−JSR) MOTION to Dismiss filed by Donald J. Edwards, (138
in 1:07−md−01902−JSR) MDL Conditional Transfer In Order, (557 in
1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co.,

(1584 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Deutsche Bank Securities Inc., Joseph P Collins, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Merril Lynch, Pierce Fennner &Smith, Inc., Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (1271 in 1:07−md−01902−JSR, 1271 in 1:07−md−01902−JSR) Order, Set Hearings, (257 in 1:07−md−01902−JSR) Endorsed Letter, (601 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney, (742 in 1:07−md−01902−JSR, 161 in 1:07−cv−08165−JSR) Report and Recommendations, (574 in 1:07−md−01902−JSR) Response, filed by Robert Aaron, (280 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion filed by Tone Grant, (544 in 1:07−md−01902−JSR) Order, (772 in 1:07−md−01902−JSR) Letter, (682 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Todd Kata, (1438 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (151 in 1:07−md−01902−JSR) MOTION for Robert T. Mills to Appear Pro Hac Vice. filed by Kenneth M. Krys, Christopher Stride, (266 in 1:07−cv−08165−JSR, 1380 in 1:07−md−01902−JSR) Case Management Plan, (1234 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (1633 in 1:07−md−01902−JSR, 383 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (286 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1318 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (188 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Coast Asset Management, LLC, CS Land Management LLC, (584 in 1:07−md−01902−JSR) Notice of Appearance filed by Grant Thornton LLP, (1001 in 1:07−md−01902−JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1658 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (377 in 1:07−cv−08165−JSR, 1619 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, (800 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Brera Capital Partners, LLC, (1354 in 1:07−md−01902−JSR) Declaration in Support, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (63 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown International LLP, (1140 in 1:07−md−01902−JSR, 218 in 1:07−cv−08165−JSR) Case Management Plan, (874 in 1:07−md−01902−JSR) Complaint, (1320 in 1:07−md−01902−JSR) Stipulation and Order of Dismissal, (1078 in 1:07−md−01902−JSR) Notice of Appearance, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1323 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (275 in 1:07−md−01902−JSR) Stipulation and Order, (1681 in 1:07−md−01902−JSR) Report and Recommendations, (1248 in 1:07−md−01902−JSR, 241 in 1:07−cv−08165−JSR) Stipulation and Order of Dismissal, (914 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Robert Aaron, (599 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney, (619 in 1:07−md−01902−JSR) Order, (825 in 1:07−md−01902−JSR) Declaration in Support, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (969 in 1:07−md−01902−JSR) Counter Statement to Rule 56.1, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (105 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert Aaron, (1348 in 1:07−md−01902−JSR) Notice of Appearance filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (1344 in 1:07−md−01902−JSR, 1344 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (252 in 1:07−cv−08165−JSR, 1329 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1197 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1024 in 1:07−md−01902−JSR) Response, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC,

*Guy Castranova, (951 in 1:07−md−01902−JSR, 951 in 1:07−md−01902−JSR, 185 in 1:07−cv−08165−JSR, 185 in 1:07−cv−08165−JSR) Order, Set Deadlines/Hearings, (1437 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1074 in 1:07−md−01902−JSR) Notice of Change of Address, filed by David Brown, (1515 in 1:07−md−01902−JSR, 306 in 1:07−cv−08165−JSR) Order, (253 in 1:07−md−01902−JSR, 253 in 1:07−md−01902−JSR, 253 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, Terminate Motions, (86 in 1:07−md−01902−JSR) Certificate of Service Other filed by Ernst &Young LLP, (1303 in 1:07−md−01902−JSR, 1303 in 1:07−md−01902−JSR) Order, Set Deadlines, (380 in 1:07−md−01902−JSR) MOTION to Dismiss :The Bank Defendants' Notice of Motion to Dismiss the Complaint filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (342 in 1:07−cv−08165−JSR, 1559 in 1:07−md−01902−JSR) Declaration, filed by Marc S. Kirschner, (509 in 1:07−md−01902−JSR) Response, filed by Pricewaterhousecoopers Cayman Islands, (92 in 1:07−cv−08165−JSR) Reply Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (681 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint. filed by Ronald W. Farmer, (1130 in 1:07−md−01902−JSR, 1130 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, (516 in 1:07−md−01902−JSR) Order on Motion to Withdraw as Attorney, (1409 in 1:07−md−01902−JSR, 273 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (934 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (777 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Capgemini U.S. LLC, (1503 in 1:07−md−01902−JSR) Order, (330 in 1:07−md−01902−JSR) Stipulation and Order, (1185 in 1:07−md−01902−JSR, 226 in 1:07−cv−08165−JSR) Order, (172 in 1:07−md−01902−JSR) Stipulation and Order, (746 in 1:07−md−01902−JSR, 746 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (644 in 1:07−md−01902−JSR, 644 in 1:07−md−01902−JSR) MOTION to Dismiss and. MOTION for Joinder In Bank Defendants' Motion to Dismiss Plaintiffs Amended Complaint. filed by Donald J. Edwards, (617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in*

1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR, 617 in
1:07−md−01902−JSR, 617 in 1:07−md−01902−JSR) Affidavit of Service
Complaints, filed by George Miller, (632 in 1:07−md−01902−JSR) Declaration,
filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman)
Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (112 in 1:07−md−01902−JSR)
Order, (44 in 1:07−cv−08165−JSR) Memorandum &Opinion, (1189 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by The Harbour
Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1031 in
1:07−md−01902−JSR, 1031 in 1:07−md−01902−JSR, 1031 in
1:07−md−01902−JSR, 1031 in 1:07−md−01902−JSR) Certificate of Service
Other, filed by Mayer Brown LLP, (154 in 1:07−md−01902−JSR) Stipulation and
Order, (36 in 1:07−cv−08165−JSR) Protective Order, (191 in
1:07−cv−08165−JSR, 191 in 1:07−cv−08165−JSR, 1023 in
1:07−md−01902−JSR, 1023 in 1:07−md−01902−JSR) Order, Set Deadlines,
(1256 in 1:07−md−01902−JSR) Declaration, filed by The Harbour Trust Co. Ltd.,
Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (236 in
1:07−md−01902−JSR, 236 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines/Hearings, (240 in 1:07−cv−08165−JSR, 1242 in
1:07−md−01902−JSR) Case Management Plan, (387 in 1:07−md−01902−JSR)
Memorandum of Law in Support of Motion filed by David A. Donnuni, (179 in
1:07−cv−08165−JSR, 887 in 1:07−md−01902−JSR) Case Management Plan,
(210 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Edward S. Best,
Mayer Brown LLP, (1237 in 1:07−md−01902−JSR, 236 in 1:07−cv−08165−JSR)
Declaration in Support of Motion,, filed by THL Equity Advisors V, LLC, Thomas
H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers
V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity
(Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P.,
(1539 in 1:07−md−01902−JSR, 328 in 1:07−cv−08165−JSR) Memorandum of
Law in Opposition to Motion,, filed by Marc S. Kirschner, (1168 in
1:07−md−01902−JSR) MOTION for Emily T.P. Rosen to Appear Pro Hac Vice.
filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman
Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee
Equity Fund V, L.P., (434 in 1:07−md−01902−JSR) Memorandum of Law in
Support of Motion filed by Kingdon Family Partnership, Kingdon Partners, M.
Kingdon Offshore NV, Kingdon Associates, (375 in 1:07−cv−08165−JSR, 1617 in
1:07−md−01902−JSR) Response in Opposition to Motion, filed by Grant Thornton
LLP, (397 in 1:07−cv−08165−JSR, 1661 in 1:07−md−01902−JSR) Memorandum
of Law in Opposition, filed by Grant Thornton LLP, (220 in
1:07−md−01902−JSR) Stipulation and Order,,,, (271 in 1:07−md−01902−JSR)
Declaration in Support of Motion, filed by Kenneth M Krys, Kenneth M. Krys,
James P. Sinclair, Christopher Stride, (361 in 1:07−md−01902−JSR) Notice of
Substitution of Attorney, filed by Philip A. Canfield, (517 in
1:07−md−01902−JSR) Order, (892 in 1:07−md−01902−JSR, 892 in
1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (356 in
1:07−md−01902−JSR, 356 in 1:07−md−01902−JSR) Stipulation and Order, Set
Deadlines, (781 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support
of Motion filed by Charles B. Hintz, (243 in 1:07−cv−08165−JSR, 1270 in
1:07−md−01902−JSR) Order, (1692 in 1:07−md−01902−JSR) MOTION for
Thomas A. Gilson to Appear Pro Hac Vice. ***Motion and supporting papers to be
reviewed by Clerk's Office staff.*, (592 in 1:07−md−01902−JSR) Objection
(non−motion), Objection (non−motion) filed by Richard Butts, (1553 in
1:07−md−01902−JSR, 336 in 1:07−cv−08165−JSR) Order, (568 in
1:07−md−01902−JSR, 568 in 1:07−md−01902−JSR) Declaration, Declaration in
Support, filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc.,
Banc of America Securities LLC, (924 in 1:07−md−01902−JSR) Declaration in
Support of Motion, filed by Grant Thornton LLP, (596 in 1:07−md−01902−JSR)
Objection (non−motion), Objection (non−motion), Objection (non−motion),
Objection (non−motion) filed by 1997 Thomas H. Lee Nominee Trust, Thomas H.
Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V, LLC, Thomas H.

*Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (1091 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (654 in 1:07–md–01902–JSR, 654 in 1:07–md–01902–JSR) MOTION to Dismiss The Amended Complaint. MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint. filed by Brera Capital Partners, LLC, (1072 in 1:07–md–01902–JSR, 205 in 1:07–cv–08165–JSR) Response, filed by Marc S. Kirschner, (382 in 1:07–cv–08165–JSR, 1632 in 1:07–md–01902–JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA. filed by Marc S. Kirschner, (1458 in 1:07–md–01902–JSR, 850 in 1:07–md–01902–JSR) Order, (591 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (91 in 1:07–md–01902–JSR, 91 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, (1241 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (1042 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (68 in 1:07–md–01902–JSR) MOTION to Dismiss filed by Mayer Brown LLP, (1298 in 1:07–md–01902–JSR, 1298 in 1:07–md–01902–JSR, 248 in 1:07–cv–08165–JSR, 248 in 1:07–cv–08165–JSR) Order, Set Deadlines, (1571 in 1:07–md–01902–JSR, 354 in 1:07–cv–08165–JSR) Transcript, (1410 in 1:07–md–01902–JSR, 274 in 1:07–cv–08165–JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (60 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, (1211 in 1:07–md–01902–JSR) Order, (51 in 1:07–cv–08165–JSR, 51 in 1:07–cv–08165–JSR) Stipulation and Order, Set/Clear Flags, (1675 in 1:07–md–01902–JSR) Order, (1282 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (378 in 1:07–cv–08165–JSR, 1620 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (2 in 1:07–md–01902–JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (89 in 1:07–cv–08165–JSR) Reply Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, (1231 in 1:07–md–01902–JSR) Answer to Counterclaim, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (372 in 1:07–md–01902–JSR, 372 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (394 in 1:07–cv–08165–JSR, 1657 in 1:07–md–01902–JSR) Order, (1204 in 1:07–md–01902–JSR) Declaration in Support, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (163 in 1:07–md–01902–JSR) Stipulation and Order, (622 in 1:07–md–01902–JSR) Order Adopting Report and Recommendations, (779 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Calpurnia Capital Partners, L.L.C., Milestone Venture Partners, (482 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (1290 in 1:07–md–01902–JSR) Report and Recommendations, (916 in 1:07–md–01902–JSR) MOTION for Summary Judgment filed by Grant Thornton LLP, (59 in 1:07–cv–08165–JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, (1328 in 1:07–md–01902–JSR) Response, filed by Brian Owens, Mark Kavanagh, (35 in 1:07–md–01902–JSR) MOTION for Alan C. Thomas to Appear Pro Hac Vice filed by Andrew Krieger, Beckenham Trading Company, Inc., Beckenham Trading Co. Inc, (256 in 1:07–cv–08165–JSR, 1335 in 1:07–md–01902–JSR) Order,*

(950 in 1:07-md-01902-JSR) Report and Recommendations – Special Master, (1533 in 1:07-md-01902-JSR, 322 in 1:07-cv-08165-JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (155 in 1:07-md-01902-JSR) Order, (20 in 1:07-md-01902-JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, (68 in 1:07-cv-08165-JSR) MOTION to Dismiss filed by Mayer Brown International LLP, (926 in 1:07-md-01902-JSR) MOTION for Summary Judgment. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (649 in 1:07-md-01902-JSR, 649 in 1:07-md-01902-JSR) MOTION to Dismiss and. MOTION for Joinder in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint filed by Philip A. Canfield, (918 in 1:07-md-01902-JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (524 in 1:07-md-01902-JSR) Remark, (857 in 1:07-md-01902-JSR, 178 in 1:07-cv-08165-JSR) Order, (1496 in 1:07-md-01902-JSR) Answer to Amended Complaint filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Banc of America Securities LLC, (401 in 1:07-cv-08165-JSR, 1676 in 1:07-md-01902-JSR) Order, (1624 in 1:07-md-01902-JSR, 1624 in 1:07-md-01902-JSR) MOTION to Dismiss for Spoliation of Evidence. MOTION for Sanctions for Spoliation of Evidence filed by Joseph P Collins, Grant Thornton LLP, Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (877 in 1:07-md-01902-JSR, 877 in 1:07-md-01902-JSR) Stipulation and Order, Set Deadlines/Hearings, (1331 in 1:07-md-01902-JSR, 253 in 1:07-cv-08165-JSR) Order Admitting Attorney Pro Hac Vice, (337 in 1:07-md-01902-JSR) Declaration in Support of Motion filed by Robert Aaron, (309 in 1:07-cv-08165-JSR) Notice of Appearance filed by Marc S. Kirschner, (1470 in 1:07-md-01902-JSR) Declaration in Opposition to Motion, filed by Derivative Portfolio Management, Ltd., DPM-Mellon, Ltd., DPM-Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (1267 in 1:07-md-01902-JSR) Response, filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (656 in 1:07-md-01902-JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint. filed by Joel Press, (771 in 1:07-md-01902-JSR) Order, (52 in 1:07-cv-08165-JSR, 52 in 1:07-cv-08165-JSR) Stipulation and Order, Set Deadlines/Hearings, (29 in 1:07-cv-08165-JSR) Notice of Appearance filed by Ernst &Young LLP, (1187 in 1:07-md-01902-JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (295 in 1:07-md-01902-JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (247 in 1:07-cv-08165-JSR, 1292 in 1:07-md-01902-JSR) Order, (1683 in 1:07-md-01902-JSR, 404 in 1:07-cv-08165-JSR) Order, (407 in 1:07-md-01902-JSR) MOTION to Dismiss – Defendant's Notice of Motion to Dismiss Complaint. Filed In Associated Case: 1:09-cv-02889-GEL on 06/08/2009 filed by Capgemini U.S. LLC, (139 in 1:07-cv-08165-JSR, 515 in 1:07-md-01902-JSR) Case Management Plan, (946 in 1:07-md-01902-JSR) Order, (1218 in 1:07-md-01902-JSR, 231 in 1:07-cv-08165-JSR) Order, (375 in 1:07-md-01902-JSR, 375 in 1:07-md-01902-JSR) Stipulation and Order, Set Deadlines, (442 in 1:07-md-01902-JSR) Reply Memorandum of Law in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (351 in 1:07-cv-08165-JSR, 1568 in 1:07-md-01902-JSR) Declaration filed by Grant Thornton LLP, (314 in 1:07-cv-08165-JSR, 1525 in 1:07-md-01902-JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (87 in 1:07-md-01902-JSR) MOTION for Jonathan Peter Hersey to Appear Pro Hac Vice filed by CIM Ventures Inc., Ingram Micro, Inc., CIM Ventures, Inc., (1026 in 1:07-md-01902-JSR) Response, filed by Robert Aaron, (329 in 1:07-md-01902-JSR) Stipulation and Order, (1084 in 1:07-md-01902-JSR) Notice (Other), Notice (Other), Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (34 in 1:07-cv-08165-JSR) Order on Motion to Appear Pro Hac Vice, (331 in 1:07-cv-08165-JSR, 1542 in 1:07-md-01902-JSR) Declaration in Opposition to Motion, filed by Marc S. Kirschner, (787 in 1:07-md-01902-JSR) Reply Memorandum of Law in Support of Motion filed by Robert Hill, (325 in

1:07−cv−08165−JSR, 1536 in 1:07−md−01902−JSR) Memorandum of Law in
Support of Motion, filed by Grant Thornton LLP, (606 in 1:07−md−01902−JSR)
Notice (Other) filed by Grant Thornton LLP, Mark Ramler, (940 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee
Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H.
Lee Equity Fund V, L.P., (1226 in 1:07−md−01902−JSR) Declaration, filed by
Peter R Ginsberg, (1066 in 1:07−md−01902−JSR, 1066 in 1:07−md−01902−JSR)
Certificate of Service Other, filed by Deutsche Bank AG, Deutsche Bank Trust
Company Americas, Deutsche Bank Securities, Inc., (1122 in
1:07−md−01902−JSR) Declaration in Support, filed by Thomas H. Lee Parallel
Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity
Fund V, L.P., (613 in 1:07−md−01902−JSR) Response, filed by JP Morgan Chase
&Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (1529
in 1:07−md−01902−JSR, 318 in 1:07−cv−08165−JSR) MOTION in Limine to
Exclude the Testimony and Expert Report of Lisa M. Collura filed by Grant
Thornton LLP, (1064 in 1:07−md−01902−JSR, 201 in 1:07−cv−08165−JSR)
Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys,
Margot Macinnis, (88 in 1:07−cv−08165−JSR) Reply Memorandum of Law in
Support of Motion filed by Grant Thornton LLP, (468 in 1:07−md−01902−JSR)
Scheduling Order, (231 in 1:07−md−01902−JSR, 231 in 1:07−md−01902−JSR,
231 in 1:07−md−01902−JSR) Certificate of Service Other, filed by EMF Financial
Products, Eric M. Flanagan, Delta Flyer Fund, LLC, (204 in
1:07−cv−08165−JSR, 1071 in 1:07−md−01902−JSR) Case Management Plan,
(1679 in 1:07−md−01902−JSR) Order, (136 in 1:07−md−01902−JSR) Stipulation
and Order, (638 in 1:07−md−01902−JSR) Order, (59 in 1:07−md−01902−JSR)
MOTION to Dismiss filed by Mayer Brown LLP, (15 in 1:07−cv−08165−JSR)
Declaration in Support of Motion, filed by Marc S. Kirschner, (107 in
1:07−md−01902−JSR) Notice of Voluntary Dismissal, filed by Marc S. Kirschner,
(175 in 1:07−md−01902−JSR) Stipulation and Order, (303 in
1:07−md−01902−JSR, 303 in 1:07−cv−08165−JSR) Order, (998 in
1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H.
Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas
H. Lee Equity Fund V, L.P., (1509 in 1:07−md−01902−JSR) Declaration in
Support,, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd.,
DPM−Mellon, LLC, Derivative Portfolio Management LLC, (861 in
1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by
Scott Kata, Bradd Kata, Todd Kata, Randall Yanker TTEE, Lorraine Kata, Randy
Yanker, Joel Press, Gregg Kata, Edward J. Kata, Glenn Kata, (966 in
1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H.
Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas
H. Lee Equity Fund V, L.P., (421 in 1:07−md−01902−JSR) Order on Motion to
Appear Pro Hac Vice, (95 in 1:07−md−01902−JSR) Notice of Appearance filed by
Joseph P Collins, (1233 in 1:07−md−01902−JSR) Declaration in Opposition to
Motion, filed by Grant Thornton LLP, (1088 in 1:07−md−01902−JSR)
Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P.,
Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P.,
(867 in 1:07−md−01902−JSR) Notice of Hearing, (927 in 1:07−md−01902−JSR)
MOTION to Preclude Proposed Expert Testimony of Harris Devor filed by Grant
Thornton LLP, (329 in 1:07−cv−08165−JSR, 1540 in 1:07−md−01902−JSR)
Memorandum of Law in Opposition to Motion, filed by Marc S. Kirschner, (193 in
1:07−md−01902−JSR) MOTION to Dismiss :The Bank Defendants' Notice of
Motion to Dismiss Claims 16, 19, 21−22 and 26 of the Amended Complaint filed
by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of
America Securities LLC, (1073 in 1:07−md−01902−JSR, 1073 in
1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (294 in
1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion,, filed by
Kenneth M. Krys, James P. Sinclair, Christopher Stride, (239 in
1:07−md−01902−JSR) Notice of Appearance filed by Brian Owens, Mark
Kavanagh, (124 in 1:07−md−01902−JSR, 124 in 1:07−md−01902−JSR)
Certificate of Service Other, filed by PricewaterhouseCoopers LLP, (343 in
1:07−cv−08165−JSR, 1560 in 1:07−md−01902−JSR) Declaration, filed by Marc
S. Kirschner, (179 in 1:07−md−01902−JSR) Stipulation and Order, (226 in
1:07−md−01902−JSR) MOTION for Dennis Blackhurst to Appear Pro Hac Vice.
filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1601 in

1:07–md–01902–JSR) Order, (57 in 1:07–cv–08165–JSR) Memorandum of Law in Support of Motion, filed by Ernst &Young LLP, (1161 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (1372 in 1:07–md–01902–JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1082 in 1:07–md–01902–JSR, 209 in 1:07–cv–08165–JSR) Memorandum of Law in Support of Motion, filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (865 in 1:07–md–01902–JSR) Objection (non–motion) filed by Capgemini U.S. LLC, (40 in 1:07–cv–08165–JSR) MOTION for Michael S. Sundermeyer to Appear Pro Hac Vice. filed by Mayer Brown International LLP, (1254 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (446 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by M. Kingdom Offshore NV, Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdom Family Partnership, Kingdon Associates, Kingdom Partners, Kingdom Associates, (165 in 1:07–md–01902–JSR) Protective Order, (1269 in 1:07–md–01902–JSR) Memorandum of Law in Opposition to Motion,, filed by Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (177 in 1:07–cv–08165–JSR, 840 in 1:07–md–01902–JSR) Order, (1549 in 1:07–md–01902–JSR) Notice of Change of Address, filed by Goldman, Sachs &Co., Credit Suisse Securities (USA) LLC, CMG Institutional Trading LLC, HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Banc of America Securities LLC, Harris Nesbitt Corp., Deutsche Bank Securities, Inc., (1378 in 1:07–md–01902–JSR) Declaration in Support, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (248 in 1:07–md–01902–JSR) Notice of Appearance filed by The Trustees of the Masonic Hall and Asylum Fund, (757 in 1:07–md–01902–JSR) Rule 7.1 Corporate Disclosure Statement, filed by The Harbour Trust Co. Ltd., (1257 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, The Harbour Trust Co. Ltd., JP Morgan Chase &Co., Scott A. Schoen, Bank of America Securities LLC, Mari Ferris, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Edward S. Best, Scott L. Jaeckel, Mark Ramler, Mayer Brown LLP, Thomas H. Lee Equity Fund V, L.P., (344 in 1:07–cv–08165–JSR, 1561 in 1:07–md–01902–JSR) Memorandum of Law by Grant Thornton LLP, (22 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (658 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion filed by Joel Press, (1446 in 1:07–md–01902–JSR) Stipulation and Order, (836 in 1:07–md–01902–JSR) Response, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (733 in 1:07–md–01902–JSR) Response, filed by Mayer Brown LLP, (62 in 1:07–md–01902–JSR) MOTION to Dismiss the complaint. filed by Mayer Brown International LLP, (871 in 1:07–md–01902–JSR) Stipulation of Voluntary Dismissal,, filed by Mayer Brown LLP, (264 in 1:07–md–01902–JSR, 264 in 1:07–md–01902–JSR) Order, Add and Terminate Attorneys, (521 in 1:07–md–01902–JSR) Scheduling Order, (312 in 1:07–cv–08165–JSR, 1523 in 1:07–md–01902–JSR) MOTION in Limine to Exclude Testimony and Claims Not Supported by Personal Knowledge. filed by Grant Thornton LLP, (1229 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1595 in 1:07–md–01902–JSR) Order, (205 in 1:07–md–01902–JSR) Notice (Other), Notice (Other) filed by Mari Ferris, Pricewaterhousecoopers L.L.P., (240 in 1:07–md–01902–JSR) MOTION to Dismiss Plaintiffs' Amended Complaint filed by Brian Owens, Mark Kavanagh, (605 in 1:07–md–01902–JSR) Notice (Other) filed by Grant Thornton LLP, Mark Ramler, (234 in 1:07–cv–08165–JSR, 1235 in

1:07−md−01902−JSR) MOTION to Dismiss Grant Thornton LLP's Third−Party Complaint For Contribution filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (1673 in 1:07−md−01902−JSR) Scheduling Order, (244 in 1:07−md−01902−JSR) Stipulation and Order, (980 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (686 in 1:07−md−01902−JSR) Protective Order, (540 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (142 in 1:07−cv−08165−JSR, 523 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (64 in 1:07−md−01902−JSR, 64 in 1:07−md−01902−JSR) Certificate of Service Other, filed by PricewaterhouseCoopers LLP, (429 in 1:07−md−01902−JSR) Stipulation and Order, (235 in 1:07−md−01902−JSR) Affidavit of Service Other, filed by David V. Harkins, Thomas H. Lee, Scott L. Jaeckel, (216 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (122 in 1:07−cv−08165−JSR, 471 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (1021 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Brian Owens, Mark Kavanagh, (426 in 1:07−md−01902−JSR, 426 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (1136 in 1:07−md−01902−JSR, 217 in 1:07−cv−08165−JSR) Reply Memorandum of Law in Support of Motion, filed by THL Equity Advisors V, LLC, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, Scott A. Schoen, THL Managers V, LLC, Thomas H. Lee, Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (300 in 1:07−md−01902−JSR, 300 in 1:07−md−01902−JSR, 300 in 1:07−md−01902−JSR) Affidavit of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (550 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (147 in 1:07−cv−08165−JSR, 541 in 1:07−md−01902−JSR) Case Management Plan, (938 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (171 in 1:07−cv−08165−JSR, 812 in 1:07−md−01902−JSR) Case Management Plan, (884 in 1:07−md−01902−JSR) Response, filed by Brian Owens, Mark Kavanagh, (96 in 1:07−cv−08165−JSR) Order on Motion to Appear Pro Hac Vice, (1100 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (392 in 1:07−md−01902−JSR) MOTION to Dismiss filed by Vincent J. Hemmer, (1511 in 1:07−md−01902−JSR) Response, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, (174 in 1:07−md−01902−JSR) Consent Order, (973 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1019 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1110 in 1:07−md−01902−JSR) Clerk's Judgment, (13 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (1505 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (418 in 1:07−md−01902−JSR, 418 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (576 in 1:07−md−01902−JSR) Response, filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Bank Of America Securities LLC, (1366 in 1:07−md−01902−JSR) Notice of Appearance filed by Grant Thornton LLP, Mark

*Ramler, (81 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (369 in 1:07–md–01902–JSR) Order, (1519 in 1:07–md–01902–JSR, 307 in 1:07–cv–08165–JSR) Brief filed by Grant Thornton LLP, (941 in 1:07–md–01902–JSR, 941 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., (209 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Robert Aaron, (1367 in 1:07–md–01902–JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (788 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Ronald W. Farmer, (829 in 1:07–md–01902–JSR) Order, (636 in 1:07–md–01902–JSR, 636 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, (1643 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (304 in 1:07–md–01902–JSR, 304 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (125 in 1:07–cv–08165–JSR, 489 in 1:07–md–01902–JSR) Protective Order, (675 in 1:07–md–01902–JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint filed by Bradd Kata, (764 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (602 in 1:07–md–01902–JSR) Order on Motion to Substitute Attorney, (979 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (765 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (35 in 1:07–cv–08165–JSR) Order on Motion to Appear Pro Hac Vice, (1368 in 1:07–md–01902–JSR) Notice of Appearance filed by Grant Thornton LLP, Mark Ramler, (1374 in 1:07–md–01902–JSR) Answer to Complaint filed by PricewaterhouseCoopers LLP, (633 in 1:07–md–01902–JSR) Declaration, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (831 in 1:07–md–01902–JSR) Memorandum &Opinion, (911 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (562 in 1:07–md–01902–JSR) Order, (80 in 1:07–md–01902–JSR) Order, (265 in 1:07–md–01902–JSR) Order, (78 in 1:07–md–01902–JSR) Order, (90 in 1:07–cv–08165–JSR) Certificate of Service Other filed by Grant Thornton LLP, (106 in 1:07–md–01902–JSR) Notice of Appearance filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (141 in 1:07–cv–08165–JSR, 522 in 1:07–md–01902–JSR) Case Management Plan, (101 in 1:07–cv–08165–JSR) Stipulation and Order, (1265 in 1:07–md–01902–JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1546 in 1:07–md–01902–JSR, 335 in 1:07–cv–08165–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1381 in 1:07–md–01902–JSR) MOTION for George Thomas Soterakis to Withdraw as Attorney filed by Grant Thornton LLP, (1666 in 1:07–md–01902–JSR, 398 in 1:07–cv–08165–JSR) Order, (327 in 1:07–md–01902–JSR) Notice of Voluntary Dismissal – Signed, (398 in 1:07–md–01902–JSR) MOTION to Dismiss filed by William Kessinger, (1667 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Edward S. Best, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (935 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1313 in 1:07–md–01902–JSR, 250 in 1:07–cv–08165–JSR) Order, (503 in 1:07–md–01902–JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (818 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (1118 in 1:07–md–01902–JSR) Scheduling Order, (837 in 1:07–md–01902–JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot*

*Macinnis, (373 in 1:07−md−01902−JSR) Order, (355 in 1:07−md−01902−JSR, 355 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (61 in 1:07−cv−08165−JSR) MOTION to Dismiss the Complaint filed by Grant Thornton LLP, (1225 in 1:07−md−01902−JSR) Memorandum of Law in Opposition, filed by Peter R Ginsberg, (1020 in 1:07−md−01902−JSR) MOTION to Compel Peter Ginsburg to produce documents filed by Brian Owens, Mark Kavanagh, (1417 in 1:07−md−01902−JSR) Clerk's Judgment, (1347 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (72 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (705 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1684 in 1:07−md−01902−JSR, 405 in 1:07−cv−08165−JSR) Clerk's Judgment, (832 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (113 in 1:07−md−01902−JSR) Stipulation and Order of Dismissal, (1625 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Joseph P Collins, Grant Thornton LLP, Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (986 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1340 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (745 in 1:07−md−01902−JSR) Order, (182 in 1:07−cv−08165−JSR, 909 in 1:07−md−01902−JSR) Case Management Plan, (451 in 1:07−md−01902−JSR) Notice of Voluntary Dismissal − Signed, (790 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Bradd Kata, (291 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (767 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (687 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint with Certificate of Service filed by Calpurnia Capital Partners, L.L.C., Milestone Venture Partners, (101 in 1:07−md−01902−JSR) MDL Conditional Transfer In Order, (337 in 1:07−cv−08165−JSR) Transcript, (663 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Randall Yanker TTEE, (1090 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (175 in 1:07−cv−08165−JSR, 830 in 1:07−md−01902−JSR) Case Management Plan, (692 in 1:07−md−01902−JSR) MOTION for Summary Judgment filed by Grant Thornton LLP, (839 in 1:07−md−01902−JSR) Notice of Appearance filed by Deutsche Bank Securities Inc., Deutsche Bank AG, Deutsche Bank Trust Company Americas, (1316 in 1:07−md−01902−JSR) Request to Enter Default, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (204 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Mari Ferris, Pricewaterhousecoopers L.L.P., (813 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (641 in 1:07−md−01902−JSR) MOTION to Dismiss the Amended Complaint filed by Frederick W. Gluck, (1391 in 1:07−md−01902−JSR) MOTION for Britton M. Worthen to Appear Pro Hac Vice filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1307 in 1:07−md−01902−JSR, 1307 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Deutsche Bank Securities, Inc., (1566 in 1:07−md−01902−JSR, 349 in 1:07−cv−08165−JSR) Declaration,, filed by Marc S. Kirschner, (1017 in 1:07−md−01902−JSR, 1017 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (254 in 1:07−md−01902−JSR, 254 in 1:07−md−01902−JSR, 254 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, Terminate Motions, (39 in 1:07−cv−08165−JSR) MOTION for Daniel P. Shanahan to Appear Pro Hac Vice filed by Mayer Brown International LLP, (577 in 1:07−md−01902−JSR) Declaration in Support, filed by JP Morgan Chase &Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, (714 in 1:07−md−01902−JSR)*

Response, filed by Bawag P.S.K. Bank Fur Arbeit Und Wirtschaft Und
Osterreichische Postsparkasse Aktiengesellschaft, Bawag P.S.K., (344 in
1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by
Grant Thornton LLP, Mark Ramler, (1133 in 1:07−md−01902−JSR) Order, (61 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Mayer Brown
LLP, (1612 in 1:07−md−01902−JSR, 370 in 1:07−cv−08165−JSR) Memorandum
of Law in Support of Motion, filed by Marc S. Kirschner, (313 in
1:07−md−01902−JSR) Stipulation and Order, (645 in 1:07−md−01902−JSR)
Affidavit in Support of Motion filed by Capgemini U.S. LLC, (1007 in
1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by
JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities
(USA) LLC, (239 in 1:07−cv−08165−JSR, 1239 in 1:07−md−01902−JSR) Order,
(122 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion,
filed by Ingram Micro, Inc., CIM Ventures, Inc., (98 in 1:07−md−01902−JSR)
Memorandum of Law in Opposition to Motion, filed by Marc S. Kirschner, (251 in
1:07−cv−08165−JSR, 1319 in 1:07−md−01902−JSR) Order, (1562 in
1:07−md−01902−JSR, 345 in 1:07−cv−08165−JSR) Declaration filed by Grant
Thornton LLP, (32 in 1:07−cv−08165−JSR) MOTION for John K. Villa, Esq. to
Appear Pro Hac Vice filed by Mayer Brown International LLP, (1044 in
1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton
LLP, (744 in 1:07−md−01902−JSR, 162 in 1:07−cv−08165−JSR) Case
Management Plan,, (100 in 1:07−cv−08165−JSR, 100 in 1:07−cv−08165−JSR,
328 in 1:07−md−01902−JSR, 328 in 1:07−md−01902−JSR) Stipulation and
Order, Set Deadlines/Hearings, (318 in 1:07−md−01902−JSR, 318 in
1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (114 in
1:07−md−01902−JSR) Stipulation and Order of Dismissal, (324 in
1:07−cv−08165−JSR, 1535 in 1:07−md−01902−JSR) MOTION in Limine to
Exclude Certain Opinions of Proposed Expert Douglas R. Carmichael filed by
Grant Thornton LLP, (677 in 1:07−md−01902−JSR) MOTION to Dismiss
Amended Complaint filed by Robert Hill, (188 in 1:07−cv−08165−JSR, 954 in
1:07−md−01902−JSR) Order, (782 in 1:07−md−01902−JSR) Reply
Memorandum of Law in Support of Motion, filed by Andre Perold, (214 in
1:07−md−01902−JSR) MOTION to Dismiss Claim XXV of the Amended
Complaint. filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel
Fund V, L.P., David V. Harkins, THL Managers V. LLC, Scott A. Schoen, Thomas
H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners
L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee
Equity (Cayman) Fund V. L.P, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel,
(453 in 1:07−md−01902−JSR) Stipulation and Order, (1547 in
1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by Robert Aaron,
(1240 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed
by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P.,
David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen,
Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee
Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas
H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee
Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (719 in
1:07−md−01902−JSR) Notice of Appearance filed by Kenneth M. Krys, Margot
Macinnis, (1500 in 1:07−md−01902−JSR) Protective Order, (131 in
1:07−md−01902−JSR) Order, (1641 in 1:07−md−01902−JSR) Declaration in
Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys,
Kenneth M. Krys, Margot Macinnis, (798 in 1:07−md−01902−JSR) Reply
Memorandum of Law in Support of Motion, filed by Randy Yanker, (843 in
1:07−md−01902−JSR) Scheduling Order, (87 in 1:07−cv−08165−JSR) Reply
Memorandum of Law in Support of Motion filed by Mayer Brown International
LLP, (78 in 1:07−cv−08165−JSR) MOTION for James Spiegel Darrow to
Withdraw as Attorney filed by Robert C. Trosten, (964 in 1:07−md−01902−JSR)
Declaration in Opposition to Motion, filed by Grant Thornton LLP, (1652 in
1:07−md−01902−JSR) Order, (1022 in 1:07−md−01902−JSR) Declaration in
Support of Motion, filed by Brian Owens, Mark Kavanagh, (1556 in
1:07−md−01902−JSR) Order, (1147 in 1:07−md−01902−JSR, 1147 in
1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (688 in
1:07−md−01902−JSR) Report and Recommendations, (1664 in
1:07−md−01902−JSR) Response in Opposition to Motion, filed by The Harbour

Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (598 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney, (325 in 1:07−md−01902−JSR, 325 in 1:07−md−01902−JSR, 325 in 1:07−md−01902−JSR) Acknowledgment of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (758 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement, filed by The Harbour Trust Co. Ltd., (200 in 1:07−cv−08165−JSR) Third Party Complaint, filed by Grant Thornton LLP, (691 in 1:07−md−01902−JSR) MOTION to Unseal the Second Amended Complaint. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (251 in 1:07−md−01902−JSR) Notice of Appearance filed by Index Recovery Co., L.P., (495 in 1:07−md−01902−JSR, 495 in 1:07−md−01902−JSR, 495 in 1:07−md−01902−JSR, 495 in 1:07−md−01902−JSR) Certificate of Service Other, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1654 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (336 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Robert Aaron, (571 in 1:07−md−01902−JSR) Memorandum of Law in Opposition, filed by Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, (461 in 1:07−md−01902−JSR, 116 in 1:07−cv−08165−JSR) Declaration, (1370 in 1:07−md−01902−JSR, 1370 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, Terminate Motions, (1550 in 1:07−md−01902−JSR, 1550 in 1:07−md−01902−JSR) Order, Set Deadlines, (1217 in 1:07−md−01902−JSR) Answer to Complaint filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (1453 in 1:07−md−01902−JSR, 1453 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1048 in 1:07−md−01902−JSR, 194 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition to Motion filed by Marc S. Kirschner, (1050 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1112 in 1:07−md−01902−JSR, 1112 in 1:07−md−01902−JSR, 212 in 1:07−cv−08165−JSR, 212 in 1:07−cv−08165−JSR) Order, Set Deadlines, (343 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (1342 in 1:07−md−01902−JSR, 1342 in 1:07−md−01902−JSR) Declaration, Declaration in Support, filed by Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (1604 in 1:07−md−01902−JSR, 362 in 1:07−cv−08165−JSR) MOTION in Limine. filed by Grant Thornton LLP, (146 in 1:07−cv−08165−JSR, 535 in 1:07−md−01902−JSR) Order, (60 in 1:07−cv−08165−JSR) Certificate of Service Other filed by Ernst &Young LLP, (386 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by David A. Donnuni, (1454 in 1:07−md−01902−JSR, 1454 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1093 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (542 in 1:07−md−01902−JSR, 542 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (1476 in 1:07−md−01902−JSR) Stipulation and Order, (1590 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (1651 in 1:07−md−01902−JSR, 392 in 1:07−cv−08165−JSR) Stipulation and Order of Dismissal, (856 in 1:07−md−01902−JSR) Stipulation and Order, (1685 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (554 in 1:07−md−01902−JSR, 149 in 1:07−cv−08165−JSR) Order, (1212 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1615 in 1:07−md−01902−JSR, 373 in 1:07−cv−08165−JSR) Response in Opposition to Motion, filed by Grant Thornton LLP, (923 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (193 in 1:07−cv−08165−JSR, 1047 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (731 in 1:07−md−01902−JSR) MOTION for Leave to Appear As Amici Curiae. filed by Brian Owens, Mark Kavanagh, (1591 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by

Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, Phillip R. Bennett, (1169 in 1:07−md−01902−JSR) MOTION for Michael N. Nemelka to Appear Pro Hac Vice. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Partners, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (450 in 1:07−md−01902−JSR, 450 in 1:07−md−01902−JSR, 450 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1393 in 1:07−md−01902−JSR) Order, (1650 in 1:07−md−01902−JSR, 1650 in 1:07−md−01902−JSR, 1650 in 1:07−md−01902−JSR) Order, Set Deadlines, Set Hearings, (403 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Donald J. Edwards, (1172 in 1:07−md−01902−JSR) MOTION for Mark C. Hansen to Appear Pro Hac Vice. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1447 in 1:07−md−01902−JSR, 1447 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (64 in 1:07−cv−08165−JSR) Certificate of Service Other, filed by Grant Thornton LLP, (563 in 1:07−md−01902−JSR) Response, filed by Brian Owens, Mark Kavanagh, (895 in 1:07−md−01902−JSR) Order, (762 in 1:07−md−01902−JSR, 169 in 1:07−cv−08165−JSR) Declaration, filed by Grant Thornton LLP, (379 in 1:07−cv−08165−JSR, 1621 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion filed by Marc S. Kirschner, (333 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (579 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (1375 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Edward S. Best, Mayer Brown LLP, (1694 in 1:07−md−01902−JSR, 407 in 1:07−cv−08165−JSR) Corrected Notice of Appeal, filed by Marc S. Kirschner, (525 in 1:07−md−01902−JSR) Order, (395 in 1:07−cv−08165−JSR, 395 in 1:07−cv−08165−JSR, 1659 in 1:07−md−01902−JSR, 1659 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, (168 in 1:07−cv−08165−JSR, 761 in 1:07−md−01902−JSR) Response, filed by Mayer Brown LLP, (1149 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (76 in 1:07−md−01902−JSR) Order, (410 in 1:07−md−01902−JSR) Stipulation and Order, (970 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (282 in 1:07−cv−08165−JSR, 1449 in 1:07−md−01902−JSR) Order, (281 in 1:07−md−01902−JSR) Stipulation and Order, (590 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., Robert Aaron, DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (14 in 1:07−md−01902−JSR, 14 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1506 in 1:07−md−01902−JSR) Notice (Other) filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (357 in 1:07−cv−08165−JSR) Transcript, (8 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (947 in 1:07−md−01902−JSR, 947 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (307 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (55 in 1:07−cv−08165−JSR) Answer to Complaint filed by Santo C. Maggio, (1537 in 1:07−md−01902−JSR, 326 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1475 in 1:07−md−01902−JSR, 1475 in 1:07−md−01902−JSR) Amended Answer to Complaints, Counterclaim filed by Robert Aaron, (323 in 1:07−md−01902−JSR, 323 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (915 in 1:07−md−01902−JSR) Order, (38 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (783 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Christopher Suan, (913 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Robert Aaron, (233 in 1:07−md−01902−JSR) Stipulation and Order, (635 in 1:07−md−01902−JSR)

*Declaration, filed by Thomas H. Lee Equity Fund V, L.P., (770 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice, (258 in 1:07–cv–08165–JSR, 1350 in 1:07–md–01902–JSR) Case Management Plan, (176 in 1:07–md–01902–JSR) Stipulation and Order, (1669 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (56 in 1:07–cv–08165–JSR) MOTION to Dismiss – Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). filed by Ernst &Young LLP, (897 in 1:07–md–01902–JSR) Order, (1002 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (496 in 1:07–md–01902–JSR) Objection to Report and Recommendations, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (992 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (276 in 1:07–md–01902–JSR) Stipulation and Order, (1345 in 1:07–md–01902–JSR) Scheduling Order, (74 in 1:07–cv–08165–JSR) Protective Order, (573 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion) filed by Mari Ferris, PricewaterhouseCoopers LLP, (54 in 1:07–md–01902–JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (1207 in 1:07–md–01902–JSR) Order, (1312 in 1:07–md–01902–JSR) Order on Motion to Appear Pro Hac Vice, (1384 in 1:07–md–01902–JSR) Order, (28 in 1:07–md–01902–JSR) Notice of Change of Address, filed by Dennis A. Klejna, (1638 in 1:07–md–01902–JSR) Order Admitting Attorney Pro Hac Vice, (1305 in 1:07–md–01902–JSR) Order, (49 in 1:07–cv–08165–JSR) Notice of Appearance filed by Marc S. Kirschner, (356 in 1:07–cv–08165–JSR, 1574 in 1:07–md–01902–JSR) Order on Motion in Limine, Order on Motion for Summary Judgment, (1310 in 1:07–md–01902–JSR) Stipulation and Order of Voluntary Dismissal, (1585 in 1:07–md–01902–JSR) Case Management Plan, (223 in 1:07–md–01902–JSR) Stipulation and Order, (795 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Scott Kata, (476 in 1:07–md–01902–JSR) MOTION for Fischer Porter Thomas &Reinfeld, P.C., Arthur L. Porter, Jr., Alan C. Thomas and Aaron E. Albert to Withdraw as Attorney filed by Andrew Krieger, Beckenham Trading Company, Inc., Beckenham Trading Co. Inc, (148 in 1:07–md–01902–JSR) MOTION for Leo Beus to Appear Pro Hac Vice filed by Kenneth M. Krys, Christopher Stride, (500 in 1:07–md–01902–JSR) Order, (912 in 1:07–md–01902–JSR) Notice of Change of Address, filed by Robert Aaron, (1009 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion) filed by Robert Aaron, (1052 in 1:07–md–01902–JSR, 1052 in 1:07–md–01902–JSR) Certificate of Service Other, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (147 in 1:07–md–01902–JSR) MOTION for Lee M. Andelin to Appear Pro Hac Vice filed by Kenneth M. Krys, Christopher Stride, (518 in 1:07–md–01902–JSR) Scheduling Order, (711 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, (1461 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (1 in 1:07–cv–08165–JSR) Notice of Removal, filed by Grant Thornton LLP, Mayer Brown, (647 in 1:07–md–01902–JSR, 647 in 1:07–md–01902–JSR) MOTION to Dismiss and. MOTION for Joinder in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint filed by Edgar D. Jannotta, Jr., (1155 in 1:07–md–01902–JSR, 222 in 1:07–cv–08165–JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (1324 in 1:07–md–01902–JSR) MOTION To Admit Counsel Pro Hac Vice filed by Mayer Brown LLP, (1107 in 1:07–md–01902–JSR) Notice of Appearance filed by Brian Owens, Mark Kavanagh, (408 in 1:07–md–01902–JSR) Affidavit in Support of Motion, filed by Capgemini U.S. LLC, (854 in 1:07–md–01902–JSR) Response, filed by Richard Butts, (1109 in 1:07–md–01902–JSR) Order Adopting Report and Recommendations, (213 in 1:07–cv–08165–JSR, 213 in 1:07–cv–08165–JSR, 1113 in 1:07–md–01902–JSR, 1113 in 1:07–md–01902–JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (1039 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (88 in*

*1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (189 in 1:07−md−01902−JSR) Declaration in Support of Motion filed by Coast Asset Management, LLC, CS Land Management LLC, (893 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint filed by Robert Suan, (229 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (103 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert Aaron, (1580 in 1:07−md−01902−JSR) MOTION for Summary Judgment filed by Deutsche Bank Securities, Inc., (959 in 1:07−md−01902−JSR) Counter Statement to Rule 56.1 filed by Grant Thornton LLP, (1201 in 1:07−md−01902−JSR) Transcript, (1117 in 1:07−md−01902−JSR) Response, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1165 in 1:07−md−01902−JSR) Order on Motion for Summary Judgment, (284 in 1:07−md−01902−JSR) Declaration in Support, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1139 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Deutsche Bank Securities Inc., William T. Pigott, JP Morgan Chase &Co., Bank of America Securities LLC, Mari Ferris, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Liberty Corner Capital Strategies, LLC, Deutsche Bank Trust Company Americas, CIM Ventures, Inc, CIM Ventures Inc., Banc of America Securities LLC, Ingram Micro, Inc., Edward S. Best, JPMorgan Chase &Co., PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (338 in 1:07−cv−08165−JSR) Notice of Filing Transcript, (1186 in 1:07−md−01902−JSR) Response,, filed by Brian Owens, Mark Kavanagh, (42 in 1:07−cv−08165−JSR) Notice of Appearance filed by Robert C. Trosten, (1070 in 1:07−md−01902−JSR, 203 in 1:07−cv−08165−JSR) Response, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (614 in 1:07−md−01902−JSR) Response, filed by James P. Sinclair, Christopher Stride, (1087 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1297 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Mari Ferris, Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (463 in 1:07−md−01902−JSR) Order, (180 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other) filed by KPMG LLP, (393 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Vincent J. Hemmer, (808 in 1:07−md−01902−JSR) Order, (161 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1098 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (984 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (150 in 1:07−md−01902−JSR) MOTION for Malcolm Loeb to Appear Pro Hac Vice filed by Kenneth M. Krys, Christopher Stride, (1272 in 1:07−md−01902−JSR) Order on Motion to Compel, (1203 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (1433 in 1:07−md−01902−JSR, 1433 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (98 in 1:07−cv−08165−JSR) Protective Order, (156 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (123 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, (1492 in 1:07−md−01902−JSR, 301 in 1:07−cv−08165−JSR) Transcript, (283 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (187 in 1:07−md−01902−JSR) MOTION to Dismiss Counts XXIII and XXIV of the Complaint. filed by Coast Asset Management, LLC, CS Land Management LLC, (725 in 1:07−md−01902−JSR) Jury Demand, filed by Kenneth M. Krys, Margot Macinnis, (1246 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1261 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (152 in 1:07−md−01902−JSR) MOTION for Samuel Randall to Appear Pro Hac*

Vice filed by Kenneth M. Krys, Christopher Stride, (488 in 1:07−md−01902−JSR) Order, (1686 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (249 in 1:07−md−01902−JSR) Notice of Appearance filed by Index Recovery Co., L.P., (433 in 1:07−md−01902−JSR) Affidavit in Support of Motion, filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (1589 in 1:07−md−01902−JSR) MOTION to Strike EXPERT OPINIONS RELATING TO DISMISSED CLAIMS filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (1534 in 1:07−md−01902−JSR, 323 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (616 in 1:07−md−01902−JSR) Response, filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (85 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by Ernst &Young LLP, (285 in 1:07−md−01902−JSR, 285 in 1:07−md−01902−JSR, 285 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (135 in 1:07−md−01902−JSR) Notice of Appeal filed by Jonathan Lee Riches, (1215 in 1:07−md−01902−JSR) Order, (963 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, (962 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, (1095 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (324 in 1:07−md−01902−JSR, 324 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (290 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M Krys, James P. Sinclair, Christopher Stride, (716 in 1:07−md−01902−JSR) Declaration in Support, filed by EMF Financial Products LLC, EMF Financial Productcts, Delta Flyer Fund LLC, Eric M. Flanagan, Delta Flyer Fund, LLC, (994 in 1:07−md−01902−JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1167 in 1:07−md−01902−JSR) Order, (801 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Frederick W. Gluck, (24 in 1:07−md−01902−JSR) MOTION to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint. filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (670 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint. filed by Scott Kata, (1443 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1004 in 1:07−md−01902−JSR, 1004 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., (945 in 1:07−md−01902−JSR, 183 in 1:07−cv−08165−JSR) Case Management Plan, (905 in 1:07−md−01902−JSR, 181 in 1:07−cv−08165−JSR) Case Management Plan, (729 in 1:07−md−01902−JSR, 729 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Grant Thornton LLP, (561 in 1:07−md−01902−JSR) Order on Motion to Serve, (569 in 1:07−md−01902−JSR, 569 in 1:07−md−01902−JSR, 569 in 1:07−md−01902−JSR, 569 in 1:07−md−01902−JSR, 569 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities LLC, (118 in 1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (44 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by PricewaterhouseCoopers LLP, (141 in 1:07−md−01902−JSR) Protective Order, (1137 in 1:07−md−01902−JSR) Order, (1337 in 1:07−md−01902−JSR) Response, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (363 in 1:07−cv−08165−JSR, 1605 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (1295 in 1:07−md−01902−JSR) Order, (30 in 1:07−md−01902−JSR) Notice (Other) filed by Dennis A. Klejna, (77 in 1:07−cv−08165−JSR, 77 in 1:07−cv−08165−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (54 in 1:07−cv−08165−JSR) Answer to

Complaint filed by Phillip R. Bennett, (331 in 1:07−md−01902−JSR, 331 in 1:07−md−01902−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (1015 in 1:07−md−01902−JSR, 1015 in 1:07−md−01902−JSR, 1015 in 1:07−md−01902−JSR, 1015 in 1:07−md−01902−JSR, 1015 in 1:07−md−01902−JSR) Certificate of Service Other, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (630 in 1:07−md−01902−JSR, 630 in 1:07−md−01902−JSR) Order, Set Deadlines, (858 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (445 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion,, filed by Capgemini U.S., LLC, (281 in 1:07−cv−08165−JSR, 1445 in 1:07−md−01902−JSR) Notice of Filing Transcript, (937 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (734 in 1:07−md−01902−JSR, 734 in 1:07−md−01902−JSR) Order, Set Deadlines, (368 in 1:07−cv−08165−JSR, 1610 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (47 in 1:07−cv−08165−JSR) Notice of Appearance filed by Marc S. Kirschner, (1124 in 1:07−md−01902−JSR) Memorandum &Opinion, (1166 in 1:07−md−01902−JSR, 1166 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, (1228 in 1:07−md−01902−JSR) MOTION to Strike the Untimately Disclosed Expert Opinion of Peter Kaufman filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (369 in 1:07−cv−08165−JSR, 1611 in 1:07−md−01902−JSR) MOTION in Limine NOTICE OF MOTION OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REFCO INSIDERS' PLEA ALLOCUTIONS AND THE FINAL JUDGMENTS OF THE CONVICTIONS. filed by Marc S. Kirschner, (604 in 1:07−md−01902−JSR, 154 in 1:07−cv−08165−JSR) Case Management Plan, (1582 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Deutsche Bank Securities Inc., Joseph P Collins, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Merril Lynch, Pierce Fennner &Smith, Inc., Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (888 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (1314 in 1:07−md−01902−JSR) Stipulation and Order of Voluntary Dismissal, (222 in 1:07−md−01902−JSR, 222 in 1:07−md−01902−JSR) Certificate of Service Other, filed by CIM Ventures Inc., Ingram Micro, Inc., (846 in 1:07−md−01902−JSR) Certificate of Service Other filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (558 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP, (49 in 1:07−md−01902−JSR) MOTION to Dismiss Claims 15, 34, 35, 36, 43 and 44 of the Complaint filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (158 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1143 in 1:07−md−01902−JSR) Notice of Appearance, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (37 in 1:07−cv−08165−JSR) Order Admitting Attorney Pro Hac Vice, (932 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (977 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1243 in 1:07−md−01902−JSR) Stipulation of Voluntary Dismissa, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (186 in 1:07−cv−08165−JSR, 952 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (1076 in 1:07−md−01902−JSR) Order, (1570 in 1:07−md−01902−JSR, 353 in 1:07−cv−08165−JSR) Declaration, filed by Marc S. Kirschner, (860 in 1:07−md−01902−JSR, 860 in 1:07−md−01902−JSR, 860 in 1:07−md−01902−JSR, 860 in 1:07−md−01902−JSR, 860 in

*1:07−md−01902−JSR) Certificate of Service Other, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (266 in 1:07−md−01902−JSR) Order, (388 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by David A. Donnuni, (529 in 1:07−md−01902−JSR) Scheduling Order, (953 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (358 in 1:07−cv−08165−JSR) Notice of Filing Transcript, (66 in 1:07−md−01902−JSR) Endorsed Letter, (207 in 1:07−md−01902−JSR, 207 in 1:07−md−01902−JSR, 207 in 1:07−md−01902−JSR) Certificate of Service Other, filed by PricewaterhouseCoopers LLP, (1142 in 1:07−md−01902−JSR, 219 in 1:07−cv−08165−JSR) Order Adopting Report and Recommendations, (1027 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (699 in 1:07−md−01902−JSR) Order on Motion to Unseal, (1287 in 1:07−md−01902−JSR) Order,, (799 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Randall Yanker TTEE, (1003 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (983 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1498 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (261 in 1:07−md−01902−JSR) Endorsed Letter, (805 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Mayer Brown LLP, (1262 in 1:07−md−01902−JSR) Response,, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (143 in 1:07−cv−08165−JSR, 526 in 1:07−md−01902−JSR) MOTION for Rachel Korenblat to Withdraw as Attorney. filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (976 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (16 in 1:07−md−01902−JSR) Notice of Appearance filed by PricewaterhouseCoopers LLP, (629 in 1:07−md−01902−JSR, 629 in 1:07−md−01902−JSR, 629 in 1:07−md−01902−JSR, 629 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (881 in 1:07−md−01902−JSR) Response, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (232 in 1:07−cv−08165−JSR) Judgment, (863 in 1:07−md−01902−JSR) MOTION for Joinder in Limited Objections filed by Frederick W. Gluck, (1557 in 1:07−md−01902−JSR, 340 in 1:07−cv−08165−JSR) Memorandum of Law, filed by Marc S. Kirschner, (196 in 1:07−cv−08165−JSR) Answer to Amended Complaint filed by Grant Thornton LLP, (85 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown, (346 in 1:07−md−01902−JSR, 346 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Grant Thornton LLP, Mark Ramler, (1038 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (444 in 1:07−md−01902−JSR, 444 in 1:07−md−01902−JSR, 444 in 1:07−md−01902−JSR, 444 in 1:07−md−01902−JSR) Certificate of Service Other, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (272 in 1:07−cv−08165−JSR, 1408 in 1:07−md−01902−JSR) MOTION for Summary Judgment. filed by Grant Thornton LLP, (142 in 1:07−md−01902−JSR) MOTION to Dismiss Complaint. filed by KPMG LLP, (218 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, (1160 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1665 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1182 in 1:07−md−01902−JSR) Notice of Appearance, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1399 in 1:07−md−01902−JSR) Order*

*Admitting Attorney Pro Hac Vice, (868 in 1:07−md−01902−JSR) MOTION to Direct Entry of Bar Order filed by Mayer Brown LLP, (94 in 1:07−md−01902−JSR) Order, (162 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (774 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (949 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), (1518 in 1:07−md−01902−JSR, 1518 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (368 in 1:07−md−01902−JSR) Order, (960 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, (1637 in 1:07−md−01902−JSR, 387 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (506 in 1:07−md−01902−JSR, 506 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (333 in 1:07−cv−08165−JSR) Opposition Brief, filed by Marc S. Kirschner, (1096 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1690 in 1:07−md−01902−JSR) MOTION for Thomas A. Gilson to Appear Pro Hac Vice.* **Motion and supporting papers to be reviewed by Clerk's Office staff.**, *(302 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (1276 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (377 in 1:07−md−01902−JSR) Stipulation and Order, (537 in 1:07−md−01902−JSR) Scheduling Order,, (279 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Christopher Pettit, (1176 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1175 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (117 in 1:07−cv−08165−JSR, 117 in 1:07−cv−08165−JSR, 464 in 1:07−md−01902−JSR, 464 in 1:07−md−01902−JSR) Case Management Plan, Order, (1025 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (41 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by PricewaterhouseCoopers LLP, (834 in 1:07−md−01902−JSR) Response, filed by Robert Aaron, (1656 in 1:07−md−01902−JSR) Stipulation and Order of Voluntary Dismissal, (479 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1296 in 1:07−md−01902−JSR) Order, (269 in 1:07−md−01902−JSR) MOTION for Extension of Time to Complete Service on Defendants Tone Grant and Christopher Petitt filed by Kenneth M Krys, Kenneth M. Krys, James P. Sinclair, Christopher Stride, (399 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by William Kessinger, (184 in 1:07−md−01902−JSR) Endorsed Letter, (1541 in 1:07−md−01902−JSR, 330 in 1:07−cv−08165−JSR) Response in Opposition to Motion, filed by Marc S. Kirschner, (430 in 1:07−md−01902−JSR) MOTION to Dismiss the Complaint (4 in 09 Civ. 2919 − GEL) filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (901 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (671 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Scott Kata, (95 in 1:07−cv−08165−JSR) MOTION for John S. Williams to Appear Pro Hac Vice. filed by Mayer Brown LLP, (1119 in 1:07−md−01902−JSR, 214 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition to Motion, filed by Grant Thornton LLP, (128 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (1057 in 1:07−md−01902−JSR) Order, (872 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (1481 in 1:07−md−01902−JSR, 1481 in 1:07−md−01902−JSR) Order on Motion for Default Judgment, (876 in 1:07−md−01902−JSR) Order, (1379 in 1:07−md−01902−JSR) Response, filed by Edward S. Best, Mayer Brown LLP, (1258 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P.,*

*Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V, L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (784 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion filed by Christopher Welch, (306 in 1:07−md−01902−JSR) Stipulation and Order, (1483 in 1:07−md−01902−JSR) Default Judgment, (1221 in 1:07−md−01902−JSR) Declaration, filed by Brian Owens, Mark Kavanagh, (665 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint filed by Lorraine Kata, Edward J. Kata, (1439 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (414 in 1:07−md−01902−JSR, 414 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1092 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (572 in 1:07−md−01902−JSR, 150 in 1:07−cv−08165−JSR) Case Management Plan, (653 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Charles B. Hintz, (67 in 1:07−md−01902−JSR, 67 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (194 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, J.P. Morgan Securities, Inc., Banc of America Securities LLC, (664 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint filed by Christopher Welch, (82 in 1:07−md−01902−JSR) MOTION to Dismiss − Notice of Motion to Dismiss by Defendant Ernst &Young LLP Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) filed by Ernst &Young LLP, (1171 in 1:07−md−01902−JSR) MOTION for Silvija A. Strikis to Appear Pro Hac Vice filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (296 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion,, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (30 in 1:07−cv−08165−JSR) Notice of Appearance filed by Ernst &Young LLP, (1579 in 1:07−md−01902−JSR) MOTION for Summary Judgment filed by Grant Thornton LLP, Mark Ramler, (385 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (723 in 1:07−md−01902−JSR, 159 in 1:07−cv−08165−JSR) Order, (26 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1598 in 1:07−md−01902−JSR) Order, (298 in 1:07−cv−08165−JSR) Response filed by Marc S. Kirschner, (534 in 1:07−md−01902−JSR) Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion for Summary Judgment, (634 in 1:07−md−01902−JSR) Declaration, filed by Thomas H. Lee Equity Fund V, L.P., (297 in 1:07−cv−08165−JSR) Reply filed by Mayer Brown International LLP, Mayer Brown LLP, (292 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (69 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (981 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1628 in 1:07−md−01902−JSR) Counter Statement to Rule 56.1, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (811 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint. filed by stephen freidheim, (833 in 1:07−md−01902−JSR, 833 in 1:07−md−01902−JSR, 833 in 1:07−md−01902−JSR, 833 in 1:07−md−01902−JSR, 833 in 1:07−md−01902−JSR) Order on Motion to Dismiss, (1037 in 1:07−md−01902−JSR) Rule 56.1 Statement filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1512 in 1:07−md−01902−JSR) Declaration in Support, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, (25 in 1:07−cv−08165−JSR) Reply Memorandum of Law in Support of Motion filed by Marc S. Kirschner, (1173 in 1:07−md−01902−JSR) MOTION for Rebecca A. Beynon to Appear Pro Hac Vice. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee*

*Equity Fund V, L.P., (391 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Philip A. Canfield, (816 in 1:07−md−01902−JSR) Order, (1006 in 1:07−md−01902−JSR, 189 in 1:07−cv−08165−JSR) Memo Endorsement, (732 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Brian Owens, Mark Kavanagh, (1224 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (597 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney,, (1251 in 1:07−md−01902−JSR) Stipulation and Order of Dismissal, (803 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by John E. Koretz, (283 in 1:07−cv−08165−JSR, 1451 in 1:07−md−01902−JSR) Order, (340 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (1069 in 1:07−md−01902−JSR) Order, (1120 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Grant Thornton LLP, (37 in 1:07−md−01902−JSR, 37 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (1277 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion,, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (409 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion,, filed by Capgemini U.S. LLC, (879 in 1:07−md−01902−JSR) Order, (169 in 1:07−md−01902−JSR) Stipulation and Order, (753 in 1:07−md−01902−JSR) USCA Mandate,, (470 in 1:07−md−01902−JSR, 121 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (278 in 1:07−md−01902−JSR) Stipulation and Order, (689 in 1:07−md−01902−JSR) Joinder filed by Innovation Investments, LLC, (968 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (824 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (1401 in 1:07−md−01902−JSR) Declaration in Opposition, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (254 in 1:07−cv−08165−JSR, 1333 in 1:07−md−01902−JSR) Order, (419 in 1:07−md−01902−JSR) Notice (Other) filed by CIM Ventures, Inc, CIM Ventures Inc., Ingram Micro, Inc., (167 in 1:07−md−01902−JSR, 167 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1230 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (136 in 1:07−cv−08165−JSR) Certificate of Service Other filed by Robert C. Trosten, (815 in 1:07−md−01902−JSR, 815 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (1222 in 1:07−md−01902−JSR) Order, (2 in 1:07−cv−08165−JSR) Rule 7.1 Corporate Disclosure Statement filed by Grant Thornton LLP, (1668 in 1:07−md−01902−JSR) Order to Show Cause, (50 in 1:07−cv−08165−JSR) Notice of Appearance filed by Marc S. Kirschner, (469 in 1:07−md−01902−JSR, 120 in 1:07−cv−08165−JSR) MOTION to Dismiss filed by Grant Thornton LLP, Mayer Brown International LLP, Mayer Brown LLP, (706 in 1:07−md−01902−JSR) Memorandum of Law, filed by Brian Owens, Mark Kavanagh, (519 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (828 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (696 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1114 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Grant Thornton LLP, (1125 in 1:07−md−01902−JSR) Order, (899 in 1:07−md−01902−JSR, 899 in 1:07−md−01902−JSR) Order, Set Scheduling Order Deadlines, (1094 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (384 in*

1:07−md−01902−JSR) Declaration in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (132 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (674 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Glenn Kata, (1264 in 1:07−md−01902−JSR) Declaration in Support, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1000 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (819 in 1:07−md−01902−JSR) MOTION for Emily T.P. Rosen to Appear Pro Hac Vice. filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1435 in 1:07−md−01902−JSR, 1435 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (646 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Capgemini U.S. LLC, (272 in 1:07−md−01902−JSR, 272 in 1:07−md−01902−JSR, 272 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (1499 in 1:07−md−01902−JSR) Report and Recommendations, (736 in 1:07−md−01902−JSR) Order on Motion for Leave to Appear, (361 in 1:07−cv−08165−JSR, 1603 in 1:07−md−01902−JSR) MOTION for Joanna Rubin Travalini to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−7748102. *Motion and supporting papers to be reviewed by Clerk's Office staff.* filed by Grant Thornton LLP, (144 in 1:07−cv−08165−JSR, 527 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (545 in 1:07−md−01902−JSR) Order on Motion for Partial Summary Judgment,, (1403 in 1:07−md−01902−JSR) Order, (362 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by Edgar D. Jannotta, Jr., (1191 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (121 in 1:07−md−01902−JSR, 121 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1293 in 1:07−md−01902−JSR) MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Order adopting the August 10, 2011 Report and Recomme MOTION for Reconsideration re; (514 in 1:08−cv−03065−JSR, 615 in 1:08−cv−03086−JSR, 1287 in 1:07−md−01902−JSR) Order,, /Notice of Motion for Reconsideration of the Court's October 25, 2011 Report and

*Recomme filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (814 in 1:07−md−01902−JSR, 814 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (543 in 1:07−md−01902−JSR) Order, (565 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Mari Ferris, PricewaterhouseCoopers LLP, (548 in 1:07−md−01902−JSR) Order, (1351 in 1:07−md−01902−JSR) Response, filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, JPMorgan Chase &Co., (206 in 1:07−cv−08165−JSR, 206 in 1:07−cv−08165−JSR) Stipulation and Order, Set Deadlines/Hearings, (1041 in 1:07−md−01902−JSR, 1041 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., (62 in 1:07−cv−08165−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (365 in 1:07−md−01902−JSR, 365 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines,, (1450 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (221 in 1:07−md−01902−JSR) Stipulation and Order, (22 in 1:07−cv−08165−JSR, 22 in 1:07−cv−08165−JSR) Order, Set Deadlines/Hearings, (1448 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (1392 in 1:07−md−01902−JSR) Order, (1455 in 1:07−md−01902−JSR) Report and Recommendations − Special Master,, (72 in 1:07−cv−08165−JSR) Stipulation and Order, (268 in 1:07−md−01902−JSR, 268 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1389 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (454 in 1:07−md−01902−JSR) Stipulation and Order,, (1594 in 1:07−md−01902−JSR) Order, (257 in 1:07−cv−08165−JSR, 1336 in 1:07−md−01902−JSR) Order, (4 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by PricewaterhouseCoopers LLP, (780 in 1:07−md−01902−JSR) Joinder, filed by Innovation Investments, LLC, (1205 in 1:07−md−01902−JSR) Order, (1104 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (400 in 1:07−cv−08165−JSR) Notice of Filing Transcript, (1578 in 1:07−md−01902−JSR) MOTION for Summary Judgment. filed by Joseph Collins, Paul Koury, Edward S. Best, Mayer Brown LLP, (198 in 1:07−md−01902−JSR, 198 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1508 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, (1390 in 1:07−md−01902−JSR) MOTION for Scot C. Stirling to Appear Pro Hac Vice. filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (192 in 1:07−md−01902−JSR) MOTION to Dismiss Counts Twenty−Three And Twenty−Four Of The Amended Complaint As Against Christopher Petitt (with Certificate of Service). MOTION to Dismiss Counts Twenty−Three And Twenty−Four Of The Amended Complaint As Against Christopher Pettit (with Certificate of Service) filed by Christopher Pettit, (159 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (133 in 1:07−md−01902−JSR, 133 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (750 in 1:07−md−01902−JSR) Order, (1223 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (1308 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (578 in 1:07−md−01902−JSR, 578 in 1:07−md−01902−JSR, 151 in 1:07−cv−08165−JSR, 151 in 1:07−cv−08165−JSR) Order, Add and Terminate Attorneys, (166 in 1:07−md−01902−JSR, 166 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1145 in 1:07−md−01902−JSR, 1145 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (508 in 1:07−md−01902−JSR, 135 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Robert C. Trosten, Robert Trosten, Robert C. Trosten, (75 in 1:07−md−01902−JSR) Order, (1028 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (603 in 1:07−md−01902−JSR) Order on Motion to Substitute Attorney, (241 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Brian Owens, Mark Kavanagh, (1647 in 1:07−md−01902−JSR) Rule 56.1 Statement, filed by Deutsche Bank Securities Inc., Joseph P Collins, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse*

Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Merril Lynch, Pierce Fennner &Smith, Inc., Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (19 in 1:07−cv−08165−JSR) Certificate of Service Other, filed by Grant Thornton LLP, Mayer Brown, Mayer Brown International LLP, (755 in 1:07−md−01902−JSR) Order, (1327 in 1:07−md−01902−JSR) 1327 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, (530 in 1:07−md−01902−JSR) Notice of Voluntary Dismissal − Signed, (32 in 1:07−md−01902−JSR) Notice of Appearance filed by Dennis A. Klejna, (972 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1065 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (727 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion filed by Grant Thornton LLP, Grant Thornton LLP, (919 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1386 in 1:07−md−01902−JSR, 1386 in 1:07−md−01902−JSR) Order, Add and Terminate Attorneys, (1586 in 1:07−md−01902−JSR) Notice of Appearance filed by Deutsche Bank Securities, Inc., (875 in 1:07−md−01902−JSR) Stipulation and Order of Dismissal, (5 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (14 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (242 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Brian Owens, Mark Kavanagh, (759 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement, filed by The Harbour Trust Co. Ltd., (348 in 1:07−md−01902−JSR, 348 in 1:07−md−01902−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (1210 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (570 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other) filed by William T. Pigott, EMF Financial Products LLC, Delta Flyer Fund LLC, Liberty Corner Capital Strategies, LLC, CIM Ventures, Inc, Eric M. Flanagan, Ingram Micro, Inc., (1029 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (420 in 1:07−md−01902−JSR, 420 in 1:07−md−01902−JSR) Certificate of Service Other, filed by CIM Ventures Inc., Ingram Micro, Inc., (844 in 1:07−md−01902−JSR) Stipulation and Order, (1115 in 1:07−md−01902−JSR) Declaration in Support filed by Grant Thornton LLP, (639 in 1:07−md−01902−JSR) MOTION to Dismiss The Amended Complaint filed by CSFB, LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (10 in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Marc S. Kirschner, (107 in 1:07−cv−08165−JSR) Memorandum &Opinion, (133 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition to Motion filed by Marc S. Kirschner, (1330 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (316 in 1:07−md−01902−JSR) Order on Motion to Withdraw as Attorney, (1291 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (685 in 1:07−md−01902−JSR) MOTION for Joinder in Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint filed by Innovation Investments, LLC, (298 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (7 in 1:07−cv−08165−JSR) Rule 7.1 Corporate Disclosure Statement filed by Mayer Brown International LLP, (957 in 1:07−md−01902−JSR) Clerk's Judgment, (1377 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (922 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (751 in 1:07−md−01902−JSR) Order, (305 in 1:07−md−01902−JSR, 305 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (202 in 1:07−cv−08165−JSR, 202 in 1:07−cv−08165−JSR, 1067 in 1:07−md−01902−JSR, 1067 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (796 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Todd Kata, (406 in 1:07−md−01902−JSR) Declaration in Support of Motion filed by Joshua Mailman, (111 in 1:07−md−01902−JSR, 111 in 1:07−md−01902−JSR) Certificate of Service Other,

filed by Marc S. Kirschner, (1123 in 1:07−md−01902−JSR, 215 in 1:07−cv−08165−JSR) Case Management Plan, (1190 in 1:07−md−01902−JSR) MOTION for Default Judgment as to Christopher Sugrue, Phillip Bennett and Refco Group Holdings, Inc. filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1548 in 1:07−md−01902−JSR) Notice of Change of Address, filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, J.P. Morgan Securities, Inc., LAB Morgan Corporation, Banc of America Securities LLC, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (485 in 1:07−md−01902−JSR) Report and Recommendations, (277 in 1:07−md−01902−JSR) Stipulation and Order, (1144 in 1:07−md−01902−JSR, 1144 in 1:07−md−01902−JSR) Order, Set Hearings, (1371 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (31 in 1:07−md−01902−JSR) Notice of Appearance filed by Dennis A. Klejna, (478 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (424 in 1:07−md−01902−JSR) Stipulation and Order, (118 in 1:07−cv−08165−JSR, 118 in 1:07−cv−08165−JSR, 465 in 1:07−md−01902−JSR, 465 in 1:07−md−01902−JSR) Case Management Plan, Order, (961 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Grant Thornton LLP, (1299 in 1:07−md−01902−JSR, 1299 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines,, (1538 in 1:07−md−01902−JSR, 327 in 1:07−cv−08165−JSR) Memorandum of Law in Opposition to Motion, filed by Marc S. Kirschner, (809 in 1:07−md−01902−JSR) Order, (104 in 1:07−md−01902−JSR) Notice of Appearance filed by Robert Aaron, (810 in 1:07−md−01902−JSR, 810 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (1441 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1158 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1179 in 1:07−md−01902−JSR) Notice of Appearance, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (400 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by William Kessinger, (1135 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations,, (1552 in 1:07−md−01902−JSR) Notice of Change of Address filed by Banc of America Securities LLC, (693 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Grant Thornton LLP, (396 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Edgar D. Jannotta, Jr., (289 in 1:07−md−01902−JSR) Declaration in Opposition, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (985 in 1:07−md−01902−JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1105 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (376 in 1:07−cv−08165−JSR, 1618 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Grant Thornton LLP, (1283 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (109 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Marc S. Kirschner, (722 in 1:07−md−01902−JSR) Objection (non−motion) filed by Joseph P Collins, (41 in 1:07−cv−08165−JSR) Notice of Appearance filed by Mayer Brown International LLP, (704 in 1:07−md−01902−JSR) Notice of Appeal, filed by Kenneth M. Krys, Christopher Stride, (211 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Edward S. Best, Mayer Brown LLP, (1280 in 1:07−md−01902−JSR) Brief, filed by Brian Owens, Mark Kavanagh, (1655 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, Mark Ramler, (707 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (1358 in 1:07−md−01902−JSR, 259 in 1:07−cv−08165−JSR) Transcript, (1150 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (695 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (483 in 1:07−md−01902−JSR) Stipulation and Order, (1 in 1:07−md−01902−JSR) MDL Conditional Transfer In Order, (1315 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (55 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (274 in 1:07−md−01902−JSR) Protective Order, (199 in 1:07−md−01902−JSR) MOTION to Dismiss filed by Tone Grant, (631 in 1:07−md−01902−JSR) Declaration, filed by Thomas H. Lee Parallel Fund

*V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (260 in 1:07–md–01902–JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, Credit Suisse Securities (USA) LLC, Mayer Brown LLP, Banc of America Securities LLC, PricewaterhouseCoopers LLP, Deutsche Bank Securities, Inc., (659 in 1:07–md–01902–JSR) MOTION to Dismiss Amended Complaint; MOTION for Joinder in Credit Suisse First Boston Next Fund, Inc., LAB Morgan Corporation and ML IBK Positions, Inc to Dismiss the Amended Complaint filed by Randy Yanker, (455 in 1:07–md–01902–JSR) Notice of Case Assignment/Reassignment, (974 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (183 in 1:07–md–01902–JSR) Stipulation and Order, (97 in 1:07–cv–08165–JSR) Order on Motion to Appear Pro Hac Vice, (1012 in 1:07–md–01902–JSR) Declaration in Support, filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (694 in 1:07–md–01902–JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (1206 in 1:07–md–01902–JSR) Report and Recommendations – Special Master, (683 in 1:07–md–01902–JSR) MOTION to Dismiss Amended Complaint filed by The Suan Family Irrevocable Children's Trust, (145 in 1:07–md–01902–JSR) Notice of Appearance filed by KPMG LLP, (1544 in 1:07–md–01902–JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (428 in 1:07–md–01902–JSR) Notice of Change of Address filed by Robert Aaron, (1400 in 1:07–md–01902–JSR) Objection (non–motion) filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1131 in 1:07–md–01902–JSR) Order, (502 in 1:07–md–01902–JSR) Notice, Notice (Other) filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (1575 in 1:07–md–01902–JSR, 1575 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (494 in 1:07–md–01902–JSR) Declaration in Support, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1383 in 1:07–md–01902–JSR) Scheduling Order, (315 in 1:07–md–01902–JSR, 315 in 1:07–md–01902–JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings,(999 in 1:07–md–01902–JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1356 in 1:07–md–01902–JSR) Objection (non–motion) filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (225 in 1:07–md–01902–JSR) MOTION for L. Richard Williams to Appear Pro Hac Vice. filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (96 in 1:07–md–01902–JSR, 96 in 1:07–md–01902–JSR, 96 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, (1576 in 1:07–md–01902–JSR) Clerk's Judgment, (594 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (273 in 1:07–md–01902–JSR, 273 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (1301 in 1:07–md–01902–JSR) Declaration in Opposition to Motion,, filed by Derivative Portfolio Management, Ltd., DPM–Mellon, Ltd., DPM–Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (785 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion filed by Connie Hsu, (589 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion) filed by Brian Owens, Mark Kavanagh, (140 in 1:07–md–01902–JSR) Certificate of Service Other filed by Ernst &Young LLP, (1036 in 1:07–md–01902–JSR) Reply Memorandum of Law in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (228 in 1:07–md–01902–JSR) MOTION to Dismiss. filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (435 in 1:07–md–01902–JSR, 435 in 1:07–md–01902–JSR) Stipulation and Order, Set Deadlines, (848 in*

*1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Robert Aaron, (371 in 1:07−md−01902−JSR) Order, (1456 in 1:07−md−01902−JSR) Order, (91 in 1:07−cv−08165−JSR) Certificate of Service Other filed by Ernst &Young LLP, (352 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Brian Owens, Mark Kavanagh, (36 in 1:07−md−01902−JSR) Memorandum &Opinion, (100 in 1:07−md−01902−JSR, 100 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Marc S. Kirschner, (1103 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (802 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint, Joining Motion of Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc.. filed by John E. Koretz, (477 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities (USA) LLC, (395 in 1:07−md−01902−JSR) MOTION to Dismiss. filed by Edgar D. Jannotta, Jr., (1452 in 1:07−md−01902−JSR, 1452 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines,, (1164 in 1:07−md−01902−JSR) Order, (1063 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (583 in 1:07−md−01902−JSR) Order, (21 in 1:07−cv−08165−JSR) Notice of Appearance filed by Robert C. Trosten, (423 in 1:07−md−01902−JSR) Stipulation and Order,, (353 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Brian Owens, Mark Kavanagh, (366 in 1:07−cv−08165−JSR, 1608 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Marc S. Kirschner, (238 in 1:07−md−01902−JSR) Stipulation and Order, (1600 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (709 in 1:07−md−01902−JSR) Protective Order, (1583 in 1:07−md−01902−JSR) Rule 56.1 Statement,, filed by Deutsche Bank Securities Inc., Joseph P Collins, Joseph Collins, Grant Thornton LLP, Paul Koury, Pricewaterhousecoopers L.L.P., Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated, Merril Lynch, Pierce Fennner &Smith, Inc., Paul Koury, Edward S. Best, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities, Inc., Mayer Brown LLP, (47 in 1:07−md−01902−JSR) MOTION to Dismiss Count Thirty−seven of the Complaint as against Ingram Micro, Inc. and CIM Ventures. filed by Ingram Micro, Inc., CIM Ventures, Inc., (20 in 1:07−cv−08165−JSR) Notice of Appearance filed by Robert C. Trosten, (29 in 1:07−md−01902−JSR) Answer to Complaint filed by Grant Thornton LLP, (53 in 1:07−md−01902−JSR) MOTION to Dismiss filed by Grant Thornton LLP, (1128 in 1:07−md−01902−JSR) Memorandum of Law in Opposition filed by Grant Thornton LLP, (125 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Mayer Brown LLP, (778 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Allene Chung, (370 in 1:07−md−01902−JSR, 370 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines,, (769 in 1:07−md−01902−JSR) Order, (1517 in 1:07−md−01902−JSR, 1517 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (862 in 1:07−md−01902−JSR) Joinder, filed by Brera Capital Partners, LLC, (195 in 1:07−cv−08165−JSR, 1055 in 1:07−md−01902−JSR) Case Management Plan, (342 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by EMF Financial Products LLC, EMF Financial Produccts, Delta Flyer Fund LLC, Eric M. Flanagan, Eric M. Flanagan, Delta Flyer Fund, LLC, (314 in 1:07−md−01902−JSR) Stipulation and Order, (1321 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (75 in 1:07−cv−08165−JSR) Order, (931 in 1:07−md−01902−JSR) Rule 56.1 Statement filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1555 in 1:07−md−01902−JSR) Order, (965 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1663 in 1:07−md−01902−JSR) Clerk's Judgment, (1209 in 1:07−md−01902−JSR) Response, filed by Grant Thornton LLP, Mark Ramler, (1086 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1099 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P.,*

*Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (885 in 1:07−md−01902−JSR) Declaration, filed by Brian Owens, Mark Kavanagh, (1414 in 1:07−md−01902−JSR, 1414 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (882 in 1:07−md−01902−JSR) Declaration in Support, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1199 in 1:07−md−01902−JSR) Report and Recommendations, (822 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) filed by Robert Aaron, (182 in 1:07−md−01902−JSR) Stipulation and Order, (773 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1253 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1436 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (93 in 1:07−cv−08165−JSR) Declaration in Support of Motion filed by Mayer Brown LLP, (586 in 1:07−md−01902−JSR, 586 in 1:07−md−01902−JSR) Order, Set Deadlines/Hearings, (1101 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (703 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (993 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (413 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1080 in 1:07−md−01902−JSR) Notice of Appearance, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (886 in 1:07−md−01902−JSR) Order, (43 in 1:07−cv−08165−JSR) Order, (1079 in 1:07−md−01902−JSR) Notice of Appearance, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (498 in 1:07−md−01902−JSR) Scheduling Order, (432 in 1:07−md−01902−JSR) Affidavit in Support of Motion, filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (13 in 1:07−md−01902−JSR) Declaration in Opposition, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (1188 in 1:07−md−01902−JSR) MOTION for Default Judgment as to Thomas Hackl filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (1302 in 1:07−md−01902−JSR) Scheduling Order, (1232 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Grant Thornton LLP, (1346 in 1:07−md−01902−JSR) MOTION for Default Judgment as to Third−Party Defendant Christopher Sugrue filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (997 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (366 in 1:07−md−01902−JSR, 366 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (929 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1285 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (7 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (11 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (94 in 1:07−cv−08165−JSR) MOTION for Richa Shyam Dasgupta to Appear Pro Hac Vice filed by Mayer Brown LLP, (439 in 1:07−md−01902−JSR) Endorsed Letter, (246 in 1:07−md−01902−JSR) Notice of Appearance filed by The Trustees of the Masonic Hall and Asylum Fund, (1687 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1682 in 1:07−md−01902−JSR) Stipulation and Order of Dismissal, (185 in 1:07−md−01902−JSR) Notice of Appeal filed by Jonathan Lee Riches, (1488 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (153 in 1:07−cv−08165−JSR) Notice (Other) filed by Marc S. Kirschner, (99 in 1:07−md−01902−JSR) Declaration in*

*Opposition to Motion, filed by Marc S. Kirschner, (676 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Bradd Kata, (1043 in 1:07−md−01902−JSR) Rule 56.1 Statement filed by Grant Thornton LLP, (1116 in 1:07−md−01902−JSR) Report and Recommendations, (890 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (374 in 1:07−md−01902−JSR) Order, (910 in 1:07−md−01902−JSR) MOTION for Stephanie Cohen to Withdraw as Attorney filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (820 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Bank of New York Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (287 in 1:07−md−01902−JSR) Declaration in Opposition, filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (93 in 1:07−md−01902−JSR) Order, (171 in 1:07−md−01902−JSR) Stipulation and Order, (667 in 1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint filed by Connie Hsu, (1406 in 1:07−md−01902−JSR) Response, filed by William T. Pigott, William T. Pigott, Liberty Corner Capital Strategies, LLC, (493 in 1:07−md−01902−JSR) Response, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1678 in 1:07−md−01902−JSR, 402 in 1:07−cv−08165−JSR) Order, (1051 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., (358 in 1:07−md−01902−JSR) Notice of Substitution of Attorney, filed by William Kessinger, (130 in 1:07−md−01902−JSR) Stipulation and Order, (480 in 1:07−md−01902−JSR) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (807 in 1:07−md−01902−JSR) Order, (10 in 1:07−md−01902−JSR) Notice of Appearance filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (730 in 1:07−md−01902−JSR) Opposition Brief, filed by Mayer Brown LLP, (349 in 1:07−md−01902−JSR) Endorsed Letter, (1034 in 1:07−md−01902−JSR) Order, (1343 in 1:07−md−01902−JSR) Report and Recommendations, (164 in 1:07−md−01902−JSR) Stipulation and Order, (855 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (1394 in 1:07−md−01902−JSR) Clerk's Judgment, (351 in 1:07−md−01902−JSR, 351 in 1:07−md−01902−JSR) Stipulation and Order, Set Motion and RRDeadlines/Hearings, (17 in 1:07−md−01902−JSR) Notice of Appearance filed by Ernst &Young LLP, (1353 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (532 in 1:07−md−01902−JSR) Order, (1278 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V.L.P, Thomas H. Lee Equity (Cayman) Fund V, L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (484 in 1:07−md−01902−JSR) Report and Recommendations, (595 in 1:07−md−01902−JSR) Notice of Appearance filed by Grant Thornton LLP, (943 in 1:07−md−01902−JSR) Order, (766 in 1:07−md−01902−JSR) MOTION for Derek J. Sarafa to Appear Pro Hac Vice filed by Grant Thornton LLP, (173 in 1:07−md−01902−JSR) Amended Notice of Appeal filed by Jonathan Lee Riches, (200 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Tone Grant, (792 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Lorraine Kata, Edward J. Kata, (303 in 1:07−md−01902−JSR) Notice of Appearance filed by Marc S. Kirschner, (1300 in 1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd., DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (317 in 1:07−md−01902−JSR, 317 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines, (1089 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H.*

Lee Equity Fund V, L.P., (475 in 1:07−md−01902−JSR) Report and
Recommendations − Special Master, (357 in 1:07−md−01902−JSR) Notice of
Substitution of Attorney, filed by David A. Donnuni, (319 in
1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by KPMG LLP, (113
in 1:07−cv−08165−JSR) Amended Complaint filed by Marc S. Kirschner, (864 in
1:07−md−01902−JSR) Joinder filed by Charles B. Hintz, (83 in
1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Ernst
&Young LLP, (1440 in 1:07−md−01902−JSR) Order on Motion to Appear Pro
Hac Vice, (1480 in 1:07−md−01902−JSR) Objection (non−motion) filed by The
Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (1373 in
1:07−md−01902−JSR) Response, filed by Grant Thornton LLP, Mark Ramler,
(902 in 1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (661 in
1:07−md−01902−JSR) MOTION to Dismiss Amended Complaint filed by
Christopher Suan, (301 in 1:07−md−01902−JSR) Notice of Appearance filed by
Marc S. Kirschner, (958 in 1:07−md−01902−JSR) Memorandum of Law in
Opposition to Motion filed by Grant Thornton LLP, (203 in 1:07−md−01902−JSR)
MOTION to Dismiss. filed by Mari Ferris, Pricewaterhousecoopers L.L.P., (621 in
1:07−md−01902−JSR) Judgment, (1434 in 1:07−md−01902−JSR, 1434 in
1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (1249 in
1:07−md−01902−JSR) Report and Recommendations − Special Master, (1281 in
1:07−md−01902−JSR) Memorandum of Law in Opposition to Motion, filed by The
Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis,
(1049 in 1:07−md−01902−JSR) Protective Order, (105 in 1:07−cv−08165−JSR)
Notice of Appearance filed by Santo C. Maggio, (628 in 1:07−md−01902−JSR)
Declaration in Support, filed by Kenneth M. Krys, James P. Sinclair, Christopher
Stride, (1266 in 1:07−md−01902−JSR) Declaration in Support, filed by The
Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis,
(866 in 1:07−md−01902−JSR) Joinder filed by John E. Koretz, (510 in
1:07−md−01902−JSR) Certificate of Service Other filed by Robert Trosten, (1516
in 1:07−md−01902−JSR, 1516 in 1:07−md−01902−JSR) Order on Motion to
Appear Pro Hac Vice, (859 in 1:07−md−01902−JSR) Declaration in Support,
filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First
Boston Next Fund, Inc., (1195 in 1:07−md−01902−JSR) Order on Motion to
Quash, (332 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of
Motion, filed by CIM Ventures, Inc, CIM Ventures Inc., Ingram Micro, Inc., (338 in
1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by
JP Morgan Chase &Co., Bank of America Securities LLC, Credit Suisse Securities
(USA) LLC, (177 in 1:07−md−01902−JSR, 177 in 1:07−md−01902−JSR)
Stipulation and Order, Set Motion and RRDeadlines/Hearings, (65 in
1:07−md−01902−JSR) Memorandum &Opinion, (70 in 1:07−md−01902−JSR)
Declaration in Support of Motion, filed by Mayer Brown LLP, (1138 in
1:07−md−01902−JSR) Notice of Change of Address, filed by Bank of New York
Mellon Corporation, Derivative Portfolio Management, Ltd., DPM−Mellon, Ltd.,
DPM−Mellon, LLC, Derivative Portfolio Management LLC, Guy Castranova, (11
in 1:07−cv−08165−JSR) Declaration in Support of Motion, filed by Marc S.
Kirschner, (25 in 1:07−md−01902−JSR) MOTION to Dismiss Count Three of the
Second Amended Consolidated Class Action Complaint filed by Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities,
Inc., (841 in 1:07−md−01902−JSR) Scheduling Order, (1162 in
1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (28 in
1:07−cv−08165−JSR) Notice of Appearance filed by Ernst &Young LLP, (117 in
1:07−md−01902−JSR) Notice of Appearance filed by Joseph P Collins, (1325 in
1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M.
Krys, Margot Macinnis, (247 in 1:07−md−01902−JSR) Notice of Appearance filed
by Index Recovery Co., L.P., (250 in 1:07−md−01902−JSR) Notice of Appearance
filed by Index Recovery Co., L.P., (79 in 1:07−cv−08165−JSR, 79 in
1:07−cv−08165−JSR) Memo Endorsement, Add and Terminate Attorneys,, (134 in
1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by
Mayer Brown LLP, (440 in 1:07−md−01902−JSR) Endorsed Letter, (39 in
1:07−md−01902−JSR) Order Admitting Attorney Pro Hac Vice, (1489 in
1:07−md−01902−JSR) Declaration in Support, filed by The Harbour Trust Co.
Ltd., Kenneth M. Krys, Margot Macinnis, (334 in 1:07−md−01902−JSR)
Declaration in Support of Motion, filed by JP Morgan Chase &Co., Credit Suisse
Securities (USA) LLC, Banc of America Securities LLC, (1309 in

*1:07−md−01902−JSR) MOTION for Kenneth Y. Turnbell to Appear Pro Hac Vice filed by PricewaterhouseCoopers LLP, (1250 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (1486 in 1:07−md−01902−JSR) Order, (341 in 1:07−md−01902−JSR, 341 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (666 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by Lorraine Kata, Edward J. Kata, (58 in 1:07−md−01902−JSR, 58 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (847 in 1:07−md−01902−JSR) Objection (non−motion) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (652 in 1:07−md−01902−JSR) MOTION to Dismiss filed by Charles B. Hintz, (791 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Edward J. Kata, (51 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc., (382 in 1:07−md−01902−JSR) Brief filed by Joshua Mailman, (1554 in 1:07−md−01902−JSR, 339 in 1:07−cv−08165−JSR) Order, (1432 in 1:07−md−01902−JSR, 1432 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice,(191 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by CS Land Management LLC, (1311 in 1:07−md−01902−JSR) Report and Recommendations, (620 in 1:07−md−01902−JSR) Order, (743 in 1:07−md−01902−JSR) Stipulation and Order, (227 in 1:07−md−01902−JSR) MOTION for Timothy J. Paris to Appear Pro Hac Vice filed by Kenneth M. Krys, James P. Sinclair, Christopher Stride, (486 in 1:07−md−01902−JSR, 486 in 1:07−md−01902−JSR) Stipulation and Order, Add and Terminate Attorneys, (178 in 1:07−md−01902−JSR) Stipulation and Order, (102 in 1:07−md−01902−JSR) Stipulation and Order, (89 in 1:07−md−01902−JSR) Stipulation and Order, (880 in 1:07−md−01902−JSR) Notice (Other), Notice (Other) filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (883 in 1:07−md−01902−JSR, 883 in 1:07−md−01902−JSR, 883 in 1:07−md−01902−JSR, 883 in 1:07−md−01902−JSR, 883 in 1:07−md−01902−JSR) Certificate of Service Other, filed by LAB Morgan Corporation, ML IBK Positions, Inc., Credit Suisse First Boston Next Fund, Inc., (1263 in 1:07−md−01902−JSR) Response, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (928 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion, filed by Grant Thornton LLP, (1306 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Deutsche Bank Securities, Inc., (538 in 1:07−md−01902−JSR) Order, (956 in 1:07−md−01902−JSR) Order, (920 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (1005 in 1:07−md−01902−JSR) Protective Order, (15 in 1:07−md−01902−JSR) Notice (Other) filed by Illinois Teachers' Group, (1573 in 1:07−md−01902−JSR) Order, (160 in 1:07−md−01902−JSR) Order on Motion to Appear Pro Hac Vice, (794 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion, filed by Gregg Kata, (539 in 1:07−md−01902−JSR) Response in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (990 in 1:07−md−01902−JSR) Declaration in Opposition to Motion,, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1677 in 1:07−md−01902−JSR) Notice (Other) filed by The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis, (405 in 1:07−md−01902−JSR) MOTION to Dismiss Complaint filed by Joshua Mailman, (460 in 1:07−md−01902−JSR) Case Management Plan, (431 in 1:07−md−01902−JSR) Affidavit in Support of Motion, filed by Kingdon Family Partnership, Kingdon Partners, M. Kingdon Offshore NV, Kingdon Associates, (8 in 1:07−cv−08165−JSR) Notice (Other) filed by Marc S. Kirschner, (737 in 1:07−md−01902−JSR, 737 in 1:07−md−01902−JSR) Stipulation and Order, Set Deadlines/Hearings, (345 in 1:07−md−01902−JSR) Reply Memorandum of Law in Support of Motion,, filed by 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee Parallel Fund V, L.P., David V. Harkins, THL Managers V. LLC, Thomas H. Lee, Scott A. Schoen, Thomas H. Lee, Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Partners L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors*

*V.L.P, Thomas H. Lee Equity (Cayman) Fund V. L.P, David V. Harkings, Thomas H. Lee Advisors, LLC, Scott L. Jaeckel, Thomas H. Lee Equity Fund V, L.P., (1177 in 1:07−md−01902−JSR) Order, (698 in 1:07−md−01902−JSR, 698 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Grant Thornton LLP, (143 in 1:07−md−01902−JSR) Memorandum of Law in Support of Motion filed by KPMG LLP, (713 in 1:07−md−01902−JSR, 713 in 1:07−md−01902−JSR, 713 in 1:07−md−01902−JSR, 713 in 1:07−md−01902−JSR, 713 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase &Co., (58 in 1:07−md−08165−JSR) Declaration in Support of Motion, filed by Ernst &Young LLP, (45 in 1:07−md−01902−JSR) Rule 7.1 Corporate Disclosure Statement filed by CIM Ventures Inc., (925 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Grant Thornton LLP, (936 in 1:07−md−01902−JSR) Declaration in Support of Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (1387 in 1:07−md−01902−JSR) Report and Recommendations, (1035 in 1:07−md−01902−JSR) Order, (718 in 1:07−md−01902−JSR) Notice of Appearance filed by Kenneth M. Krys, Margot Macinnis, (23 in 1:07−md−01902−JSR) Answer to Complaint, filed by BMO Capital Markets Corp., Muriel Siebert &Co. Inc., Goldman, Sachs &Co., Sandler O'Neill &Partners, L.P., The Williams Capital Group, L.P., William Blair &Company, L.L.C., Merrill Lynch, Pierce, Fenner &Smith Incorporated, Samuel A. Ramirez &Co. Inc., CMG Institutional Trading LLC, HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc., Utendahl Capital Partners, L.P., (1592 in 1:07−md−01902−JSR) Report and Recommendations − Special Master, (971 in 1:07−md−01902−JSR) Declaration in Opposition to Motion, filed by Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity Cayman Fund V, L.P., Thomas H. Lee Equity Fund V, L.P., (852 in 1:07−md−01902−JSR) Scheduling Order, (1193 in 1:07−md−01902−JSR) Objection to Report and Recommendations, filed by Brian Owens, Mark Kavanagh, (339 in 1:07−md−01902−JSR, 339 in 1:07−md−01902−JSR) Certificate of Service Other, filed by Robert Aaron, (140 in 1:07−cv−08165−JSR) Reply Memorandum of Law in Support of Motion filed by Mayer Brown LLP, (1494 in 1:07−md−01902−JSR) Answer to Complaint filed by Deutsche Bank Securities, Inc., (1014 in 1:07−md−01902−JSR) Declaration in Opposition, filed by The Harbour Trust Co. Ltd., Kenneth M Krys, Kenneth M. Krys, Margot Macinnis, (955 in 1:07−md−01902−JSR) Order Adopting Report and Recommendations, (9 in 1:07−cv−08165−JSR) MOTION to Remand to State Court filed by Marc S. Kirschner, (593 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion), Objection (non−motion) filed by Credit Suisse Securities (USA) LLC, Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft, Banc of America Securities LLC, JPMorgan Chase &Co., (376 in 1:07−md−01902−JSR) Order, were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:07−md−01902−JSR, 1:07−cv−08165−JSR.(tp) (Entered: 11/09/2012)*

| 11/09/2012 | 1696 | CASE MANAGEMENT ORDER #84: The Court has received the bill from the Special Master Capra for the month of October, which will be docketed for the parties' review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by November 16, 2012. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account. (Signed by Judge Jed S. Rakoff on 11/09/2012) Filed In Associated Cases: 1:07−md−01902−JSR et al.(ago) (Entered: 11/09/2012) |
| 11/09/2012 | 1697 | Objection re: (664 in 1:08−cv−03065−JSR, 204 in 1:10−cv−03594−JSR, 813 in 1:08−cv−03086−JSR, 1681 in 1:07−md−01902−JSR) Report and Recommendations,, ,*/Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Certain Defendants' Motion for Summary Judgment*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management |

LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC Ltd, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 11/09/2012)

| 11/09/2012 | 1698 | DECLARATION of Mason C. Simpson in Support re: (208 in 1:10–cv–03594–JSR, 1697 in 1:07–md–01902–JSR, 819 in 1:08–cv–03086–JSR, 670 in 1:08–cv–03065–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion). Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 11/09/2012) |
| 11/09/2012 | 1699 | OBJECTION to (664 in 1:08–cv–03065–JSR, 813 in 1:08–cv–03086–JSR, 1681 in 1:07–md–01902–JSR) Report and Recommendations *LIMITED OBJECTION* Document filed by Credit Suisse Securities (USA) LLC, Merril Lynch, Pierce |

| | | |
|---|---|---|
| | | Fennner &Smith, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Anker, Philip) (Entered: 11/09/2012) |
| 11/14/2012 | 1700 | NOTICE OF WITHDRAWAL AND ORDER: PLEASE TAKE NOTICE THAT Ruth A. Braun is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above–captioned actions., Attorney Ruth Anne Braun terminated. (Signed by Judge Jed S. Rakoff on 11/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(lmb) (Entered: 11/14/2012) |
| 11/14/2012 | 1701 | NOTICE OF WITHDRAWAL AND ORDER: PLEASE TAKE NOTICE that Beth A. Tagliamonti is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above–captioned actions., Attorney Beth Ann Tagliamonti terminated. (Signed by Judge Jed S. Rakoff on 11/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(lmb) (Entered: 11/14/2012) |
| 11/14/2012 | 1702 | NOTICE OF WITHDRAWAL AND ORDER: PLEASE TAKE NOTICE THAT Calvin Kai–Xin Koo is no longer associated with Winston &Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above–captioned actions., Attorney Calvin Kai–Xin Koo terminated. (Signed by Judge Jed S. Rakoff on 11/10/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(lmb) (Entered: 11/14/2012) |
| 11/14/2012 | 1703 | MEMORANDUM ORDER: Accordingly, there is no plausible claim that Schulte Roth committed malpractice in withdrawing from representing SPhinX and not advising SPhinX of the implications of section 502(d) of the Bankruptcy Code. The Court therefore reaffirms its bottom line Order of July 18, 2012 granting defendant's motion to dismiss, and hereby directs the Clerk of the Court to enter final judgment dismissing the case with prejudice. (Signed by Judge Jed S. Rakoff on 11/13/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:11–cv–01486–JSR(lmb) (Entered: 11/14/2012) |
| 11/14/2012 | 1704 | SPECIAL MASTERS' ORDER: 1. In Krys v. Sugrue, No. 08–cv–3065 and Krys v. Deutsche Bank Securities, No. 10– cv–3594, any motions for summary judgment by any party shall be filed no later than December 17, 2012, with page limits of 65 pages for the brief in support of the common– issues motion by defendants PricewaterhouseCoopers LLP; Credit Suisse Securities (USA) LLC; Merrill Lynch, Pierce, Fenner &Smith, Incorporated (as successor–by–merger to Banc of America Securities LLC); Grant Thornton LLP; Mark Ramler; Mayer Brown LLP; Joseph Collins; Edward S. Best; Paul Koury; and Deutsche Bank Securities Inc. (collectively, the "Institutional Defendants") and 25 pages for any other brief in support of any other motion for summary judgment; 2. In Krys v. Sugrue, No. 08–cv–3065 and Krys v. Deutsche Bank Securities, No. 10– cv–3594, any oppositions to motions for summary judgment shall be filed no later than January 21, 2013, with page limits of 65 pages for the opposition to the Institutional Defendants' common–issues motion and 25 pages for any opposition to any other motion; 3. In Krys v. Sugrue, No. 08–cv–3065 and Krys v. Deutsche Bank Securities, No. 10– cv–3594, any reply briefs supporting the motions for summary judgment shall be filed no later than January 31, 2013, with page limits of 25 pages for the reply brief supporting the Institutional Defendants' common–issues motion and 15 pages for any reply brief supporting any other motion; 4. In Krys v. Aaron, No. 08–cv–7416, any motions for summary judgment by any party shall be filed no later than December 17, 2012, with page limits of 65 pages for the brief in support of the motion; any oppositions to motions for summary judgment shall be filed no later than January 21, 2013, with page limits of 65 pages for the opposition; and any reply briefs supporting the motions for summary judgment shall be filed no later than January 31, 2013, with page limits of 25 pages for the reply brief. 5. Oral argument on any motion described above shall be heard in the first instance by Special Master Capra, who will conduct oral argument no later than February 20, 2013. 6. Within two business days of the issuance of any Report and Recommendation by Special Master Capra, any party intending to object in whole or in part to the Report &Recommendation shall, with opposing counsel, contact Judge Rakoff's Chambers for a schedule to brief the objection. In that same call, the claims in the above–captioned actions (other than |

| | | |
|---|---|---|
| | | Krys v. Aaron, et al, No. 08-cv-7416) shall be set for trial at a date convenient to the Court after June 1, 2013. 7. Deadlines for motions in limine and pre-trial exchanges shall be negotiated by the parties in a manner consistent with the Court's Individual Practices. 8. Special Master Hedges shall conduct a telephonic conference call with regard to the status of all actions on March 12, 2013, at 3 PM Eastern time., ( Telephone Conference set for 3/12/2013 at 03:00 PM before Special Master Ronald J. Hedges.) (Signed by Special Master Ronald J. Hedges and Daniel J. Capra on 11/14/2012) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR, 1:08-cv-07416-JSR, 1:10-cv-03594-JSR(lmb) (Entered: 11/14/2012) |
| 11/15/2012 | 1705 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Order dated November 13, 2012, the Court reaffirms its bottom line Order of July 18, 2012 granting defendant's motion to dismiss, and enters final judgment dismissing the case with prejudice. (Signed by Clerk of Court Ruby Krajick on 11/15/12) (Attachments: # 1 NOTICE OF RIGHT TO APPEAL)Filed In Associated Cases: 1:07-md-01902-JSR, 1:11-cv-01486-JSR(ml) (Entered: 11/15/2012) |
| 11/16/2012 | 1706 | CASE MANAGEMENT ORDER #85: Pursuant to Case Management Order #84, the time for objections to the bill of Special Master Capra for services rendered in October 2012 has elapsed. Since the Court did not receive any objection to this bill, the Court hereby directs the Case Accountant to pay the bill forthwith. (Signed by Judge Jed S. Rakoff on 11/16/2012) Filed In Associated Cases: 1:07-md-01902-JSR et al. (djc) (Entered: 11/19/2012) |
| 11/23/2012 | 1707 | SPECIAL MASTER ORDER DIRECTING PAYMENT: The Special Master directs Ball Baker Leake to pay the Ball Baker Leake invoice in full. (Signed by Special Master Ronald Hedges on 11/23/2012) (tro) (Entered: 11/27/2012) |
| 11/27/2012 | 1708 | RESPONSE re: (208 in 1:10-cv-03594-JSR, 1697 in 1:07-md-01902-JSR, 819 in 1:08-cv-03086-JSR, 670 in 1:08-cv-03065-JSR) Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion) /RESPONSE TO PLAINTIFFS LIMITED OBJECTION. Document filed by Credit Suisse Securities (USA) LLC, Merril Lynch, Pierce Fennner &Smith, Inc.. Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR, 1:10-cv-03594-JSR(Anker, Philip) (Entered: 11/27/2012) |
| 11/27/2012 | 1709 | RESPONSE re: (813 in 1:08-cv-03086-JSR) Report and Recommendations,, (819 in 1:08-cv-03086-JSR) Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion) *Response to Plaintiffs' Limited Objection*. Document filed by Edward S. Best, Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler. (Attachments: # 1 Declaration of John S. Williams and Exhibit)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Ward, Thomas) (Entered: 11/27/2012) |
| 11/27/2012 | 1710 | RESPONSE re: (1699 in 1:07-md-01902-JSR, 821 in 1:08-cv-03086-JSR, 672 in 1:08-cv-03065-JSR) Objection to Report and Recommendations, */Plaintiffs' Response to Defendants' Limited Objection to the Report and Recommendation of the Special Master on Defendants' Motion for Summary Judgment*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The |

| | | Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Molton, David) (Entered: 11/27/2012) |
|---|---|---|
| 11/29/2012 | 1711 | REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER ON MOTIONS TO STRIKE CERTAIN OPINIONS OF PROPOSED EXPERTS R. DAVID WALLACE AND I. MICHAEL GREENBERGER: (Signed by Daniel J. Capra, Special Master on 11/29/2012) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(pl) Modified on 1/4/2013 (pl). (Entered: 11/30/2012) |
| 12/03/2012 | 1712 | CASE MANAGEMENT ORDER #86: The Court has received the bill from Special Master Capra for the month of November and the bill from Special Master Hedges for the months of October and November, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by December 7, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. (Signed by Judge Jed S. Rakoff on 11/30/2012) Filed In Associated Cases: 1:07−md−01902−JSR et al.(ft) (Entered: 12/03/2012) |
| 12/10/2012 | 1713 | Objection re: (827 in 1:08−cv−03086−JSR, 1711 in 1:07−md−01902−JSR, 681 in 1:08−cv−03065−JSR) Report and Recommendations − Special Master,,,, /Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Motions to Strike Certain Opinions of Proposed Experts R. David Wallace and I. Michael Greenberger. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of |

| | | Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/10/2012) |
|---|---|---|
| 12/10/2012 | 1714 | DECLARATION of Mason Simpson in Opposition re: (827 in 1:08–cv–03086–JSR, 1711 in 1:07–md–01902–JSR, 681 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/10/2012) |
| 12/11/2012 | 1715 | CASE MANAGEMENT ORDER #87: Pursuant to Case Management Order #86, the time for objections to the bill of Special Master Capra for the month of November 2012 and the bill from Special Master Hedges for the months of October and November 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 12/11/2012) Filed In Associated Cases: 1:07–md–01902–JSR et al.(ago) (Entered: 12/11/2012) |
| 12/13/2012 | 1716 | ORDER: H. Christopher Rose, former Chief Operating Officer of PlusFunds Group, Inc. ("PlusFunds"), testified as listed herein at his deposition on June 21, 2012 ("Rose Dep."). This Order shall not be considered final for purposes of appeal until the Special Master makes further rulings with respect to adverse inferences and preclusion sanctions, if any. Id at 94–95. (Signed by Special Master Judge Ronald J. Hedges on 12/13/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(ft) Modified on 12/17/2012 (ft). (Entered: 12/13/2012) |
| 12/14/2012 | 1717 | ORDER GRANTING PERMISSION TO FILE HARD COPY: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: The above–referenced defendants may file the exhibits to their Rule 56.1 statements on electronic disks, provided, however, that these exhibits be part of the public record and be so docketed by the clerk of the court. Defendants shall take all necessary steps, including conferring with the clerk, to ensure public docketing moreover, nothing shall be filed under sealed. (Signed by Special Master Ronald J. Hedges on 12/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(ama) (Entered: 12/14/2012) |
| 12/17/2012 | 1718 | MOTION for Summary Judgment. Document filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Anker, Philip) (Entered: 12/17/2012) |

| 12/17/2012 | 1719 | MOTION for Summary Judgment. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Responses due by 1/21/2013Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/17/2012) |
|---|---|---|
| 12/17/2012 | 1720 | MEMORANDUM OF LAW in Support re: (218 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Anker, Philip) (Entered: 12/17/2012) |
| 12/17/2012 | 1721 | MEMORANDUM OF LAW in Support re: (837 in 1:08–cv–03086–JSR, 1719 in 1:07–md–01902–JSR, 689 in 1:08–cv–03065–JSR) MOTION for Summary Judgment.. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/17/2012) |
| 12/17/2012 | 1722 | DECLARATION of Philip D. Anker in Support re: (218 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Anker, Philip) (Entered: 12/17/2012) |
| 12/17/2012 | 1723 | RULE 56.1 STATEMENT. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/17/2012) |
| 12/17/2012 | 1724 | RULE 56.1 STATEMENT. Document filed by Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner &Smith Incorporated. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Anker, Philip) (Entered: 12/17/2012) |
| 12/17/2012 | 1725 | DECLARATION of James J. Capra, Jr. in Support re: (837 in 1:08–cv–03086–JSR, 689 in 1:08–cv–03065–JSR, 1719 in 1:07–md–01902–JSR) MOTION for Summary Judgment.. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30–Part1 of 2, # 31 Exhibit 30–Part2 of 2, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35–Part1 of 2, # 37 Exhibit 35–Part2 of 2, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/17/2012) |
| 12/17/2012 | 1726 | MOTION for Summary Judgment *as to Count XVII*. Document filed by Joseph Collins, Paul Koury, Mayer Brown LLP.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 12/17/2012) |
| 12/17/2012 | 1727 | MOTION for Summary Judgment *Unopposed Motion for Summary Judgment of Edward S. Best as to Count XVII*. Document filed by Edward S. Best.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 12/17/2012) |
| 12/17/2012 | 1728 | MEMORANDUM OF LAW in Support re: (845 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *Unopposed Motion for Summary Judgment of Edward S. Best as to Count XVII. Unopposed Memorandum of Law of Edward S. Best in Support of Motion for Summary Judgment*. Document filed by Edward S. Best. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 12/17/2012) |
| 12/17/2012 | 1729 | RULE 56.1 STATEMENT. Document filed by Edward S. Best. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 12/17/2012) |

| 12/17/2012 | 1730 | DECLARATION of John S. Williams in Support re: (845 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *Unopposed Motion for Summary Judgment of Edward S. Best as to Count XVII.*. Document filed by Edward S. Best. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 12/17/2012) |
|---|---|---|
| 12/17/2012 | 1731 | MOTION for Summary Judgment. Document filed by Grant Thornton LLP, Mark Ramler. Responses due by 1/21/2013Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 12/17/2012) |
| 12/17/2012 | 1732 | MEMORANDUM OF LAW in Support re: (218 in 1:10–cv–03594–JSR, 688 in 1:08–cv–03065–JSR, 1718 in 1:07–md–01902–JSR, 836 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (837 in 1:08–cv–03086–JSR, 1719 in 1:07–md–01902–JSR, 689 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (696 in 1:08–cv–03065–JSR, 1726 in 1:07–md–01902–JSR, 844 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *as to Count XVII.*, (697 in 1:08–cv–03065–JSR, 845 in 1:08–cv–03086–JSR, 1727 in 1:07–md–01902–JSR) MOTION for Summary Judgment *Unopposed Motion for Summary Judgment of Edward S. Best as to Count XVII.*, (701 in 1:08–cv–03065–JSR, 1731 in 1:07–md–01902–JSR, 849 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Merril Lynch, Pierce Fennner &Smith, Inc., Pricewaterhousecoopers L.L.P., Mark Ramler, Joseph P Collins, Deutsche Bank Securities, Inc., Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Deutsche Bank Securities Inc., Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Coberly, Linda) (Entered: 12/17/2012) |
| 12/17/2012 | 1733 | RULE 56.1 STATEMENT. Document filed by Paul Koury, Edward S. Best, Joseph Collins, Credit Suisse Securities (USA) LLC, Grant Thornton LLP, Mayer Brown LLP, Pricewaterhousecoopers L.L.P., Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Coberly, Linda) (Entered: 12/17/2012) |
| 12/17/2012 | 1734 | DECLARATION of Luke A. Connelly in Support re: (218 in 1:10–cv–03594–JSR, 688 in 1:08–cv–03065–JSR, 1718 in 1:07–md–01902–JSR, 836 in 1:08–cv–03086–JSR) MOTION for Summary Judgment., (837 in 1:08–cv–03086–JSR, 1719 in 1:07–md–01902–JSR, 689 in 1:08–cv–03065–JSR) MOTION for Summary Judgment., (696 in 1:08–cv–03065–JSR, 1726 in 1:07–md–01902–JSR, 844 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *as to Count XVII.*, (697 in 1:08–cv–03065–JSR, 845 in 1:08–cv–03086–JSR, 1727 in 1:07–md–01902–JSR) MOTION for Summary Judgment *Unopposed Motion for Summary Judgment of Edward S. Best as to Count XVII.*, (701 in 1:08–cv–03065–JSR, 1731 in 1:07–md–01902–JSR, 849 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Joseph P Collins, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., Grant Thornton LLP, Mayer Brown LLP, Merrill Lynch, Pierce, Fenner &Smith Incorporated, PricewaterhouseCoopers LLP, Mark Ramler, Deutsche Bank Securities Inc., Paul Koury, Edward S. Best, Joseph Collins, Pricewaterhousecoopers L.L.P.. (Attachments: # 1 Exhibit 1–206)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Connelly, Luke) (Entered: 12/17/2012) |
| 12/17/2012 | 1735 | MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, |

et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/17/2012)

| 12/17/2012 | 1736 | RULE 56.1 STATEMENT. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al) Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/17/2012) |
| --- | --- | --- |
| 12/17/2012 | 1737 | MEMORANDUM OF LAW in Support re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations |

| | | |
|---|---|---|
| | | Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/17/2012) |
| 12/17/2012 | 1738 | DECLARATION of Mason C. Simpson in Support re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants..* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2 (Part 1 of 3), #_3 Exhibit 2 (Part 2 of 3), #_4 Exhibit 2 (Part 3 of 3), #_5 Exhibit 3, #_6 Exhibit 4, #_7 Exhibit 5, #_8 Exhibit 6, #_9 Exhibit 7, #_10 Exhibit 8, #_11 Exhibit 9, #_12 Exhibit 10, #_13 Exhibit 11, #_14 Exhibit 12)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 12/17/2012) |
| 12/17/2012 | 1739 | MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro |

| | | Ltd., et al), Kenneth M Krys. (Attachments: #_1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 12/17/2012) |
|---|---|---|
| 12/17/2012 | 1740 | RULE 56.1 STATEMENT. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 12/17/2012) |
| 12/17/2012 | 1741 | MEMORANDUM OF LAW in Support re: (1739 in 1:07–md–01902–JSR, 225 in 1:10–cv–03594–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed |

| | | |
|---|---|---|
| | | Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 12/17/2012) |
| 12/17/2012 | 1742 | DECLARATION of Mason C. Simpson in Support re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR, 225 in 1:10–cv–03594–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco*.. Document filed by Kenneth M Refco, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (Part 1 of 3), # 4 Exhibit 3 (Part 2 of 3), # 5 Exhibit 3 (Part 3 of 3), # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 12/17/2012) |
| 12/17/2012 | 1752 | ORDER: GRANTING PERMISSION TO FILE HARD COPY [Defendants Exhibits to Rule 56.1]. (Signed by Special Master Ronald J. Hedges on 12/14/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(rdz) (Entered: 12/21/2012) |
| 12/17/2012 | 1753 | DECLARATION of Philip D. Anker in Support re: (218 in 1:10–cv–03594–JSR) MOTION for Summary Judgment.. Document filed by Credit Suisse Securities (USA) LLC, Merril Lynch, Pierce Fennner &Smith, Inc.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(rdz) (Entered: 12/21/2012) |
| 12/18/2012 | 1743 | EXHIBITS TO THE DECLARATION OF LUKE A. CONNELLY IN SUPPORT OF MOVING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUME 1 0F 5. ***Accepted for filing by Special Master Ronald J. Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/19/2012) |
| 12/18/2012 | 1744 | EXHIBITS TO THE DECLARATION OF LUKE A. CONNELLY IN SUPPORT OF MOVING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUME 2 0F 5. ***Accepted for filing by Special Master Ronald J. Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/19/2012) |

| 12/18/2012 | 1745 | EXHIBITS TO THE DECLARATION OF LUKE A. CONNELLY IN SUPPORT OF MOVING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUME 3 OF 5. ***Accepted for filing by Special Master Ronald J. Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/19/2012) |
| 12/18/2012 | 1746 | EXHIBITS TO THE DECLARATION OF LUKE A. CONNELLY IN SUPPORT OF MOVING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUME 4 OF 5. ***Accepted for filing by Special Master Ronald J. Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/19/2012) |
| 12/18/2012 | 1747 | EXHIBITS TO THE DECLARATION OF LUKE A. CONNELLY IN SUPPORT OF MOVING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUME 5 OF 5. ***Accepted for filing by Special Master Ronald J. Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/19/2012) |
| 12/18/2012 | 1748 | EXHIBITS 1–206 (in CD Form) to the Declaration of Luke A. Connelly is Support of Moving Defendants' Motions for Summary Judgment. Document Document filed by the defendants. ***Accepted for filing by Special Master Ronald Hedges on 12/14/2012. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(mro) (Entered: 12/20/2012) |
| 12/20/2012 | <u>1749</u> | RESPONSE re: (1711 in 1:07–md–01902–JSR, 827 in 1:08–cv–03086–JSR, 681 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,, .–*RESPONSE OF PRICEWATERHOUSECOOPERS LLP TO PLAINTIFFS OBJECTION TO THE REPORT AND RECOMMENDATION STRIKING EXPERT OPINIONS*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/20/2012) |
| 12/20/2012 | <u>1750</u> | DECLARATION of James J. Capra, Jr. re: (827 in 1:08–cv–03086–JSR, 1711 in 1:07–md–01902–JSR, 681 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,,, re *RESPONSE OF PRICEWATERHOUSECOOPERS LLP TO PLAINTIFFS OBJECTION TO THE REPORT AND RECOMMENDATION STRIKING EXPERT OPINIONS*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. (Attachments: #<u>1</u> Exhibit A)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 12/20/2012) |
| 12/20/2012 | <u>1751</u> | RESPONSE re: (1713 in 1:07–md–01902–JSR, 829 in 1:08–cv–03086–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Grant Thornton LLP and Mark Ramler's Response to Plaintiffs' Limited Objection to the Report and Recommendation Striking Certain Opinions of Proposed Experts Michael Greenberger and David Wallace*. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 12/20/2012) |
| 12/21/2012 | 1754 | EXHIBITS TO DECLARATION OF PHILIP D. ANKER IN SUPPORT OF THE BANKS' MOTION FOR SUMMARY JUDGMENT. vOLUME I of V. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(sac) (Entered: 12/21/2012) |
| 12/21/2012 | 1755 | EXHIBITS TO DECLARATION OF PHILIP D. ANKER IN SUPPORT OF THE BANKS' MOTION FOR SUMMARY JUDGMENT. VOLUME II of V. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(sac) (Entered: 12/21/2012) |
| 12/21/2012 | 1756 | EXHIBITS TO DECLARATION OF PHILIP D. ANKER IN SUPPORT OF THE BANKS' MOTION FOR SUMMARY JUDGMENT. VOLUME III of V. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(sac) (Entered: 12/21/2012) |

| 12/21/2012 | 1757 | EXHIBITS TO DECLARATION OF PHILIP D. ANKER IN SUPPORT OF THE BANKS' MOTION FOR SUMMARY JUDGMENT. VOLUME IV of V. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(sac) (Entered: 12/21/2012) |
|---|---|---|
| 12/21/2012 | 1758 | EXHIBITS TO DECLARATION OF PHILIP D. ANKER IN SUPPORT OF THE BANKS' MOTION FOR SUMMARY JUDGMENT. VOLUME V of V. Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(sac) (Entered: 12/21/2012) |
| 12/26/2012 | 1759 | STIPULATION OF DISMISSAL AND ORDER: NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the JOLs and the SPhinX Trustee, on the one hand, and Castranova, on the other, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice and without any costs to any party insofar as it relates to Castranova. SO ORDERED. (Signed by Judge Jed S. Rakoff on 12/24/2012) (ama) (Entered: 12/26/2012) |
| 12/27/2012 | 1760 | ORDER terminating (1577) Motion for Summary Judgment; terminating (1578) Motion for Summary Judgment; terminating (1579) Motion for Summary Judgment; terminating (1580) Motion for Summary Judgment; terminating (1581) Motion for Summary Judgment in case 1:07–md–01902–JSR; terminating (625) Motion for Summary Judgment; terminating (626) Motion for Summary Judgment; terminating (627) Motion for Summary Judgment in case 1:08–cv–03065–JSR; terminating (769) Motion for Summary Judgment; terminating (770) Motion for Summary Judgment; terminating (771) Motion for Summary Judgment; terminating (772) Motion for Summary Judgment in case 1:08–cv–03086–JSR; terminating (178) Motion for Summary Judgment in case 1:10–cv–03594–JSR. On October 17, 2012, Special Master Daniel J. Capra issued a Report and Recommendation recommending that the motions be granted with respect to the claims asserted on behalf of PlusFunds and denied with respect to claims asserted on behalf of SPhynX Managed Future Funds ("SMFF"). As an alternative to his recommendation denying summary judgment as to the SMFFclaims, the Special Master also recommended that, should the Court reverse him on this issue, it should grant summary judgment to all moving defendants except Mayer Brown, Grant Thornton, and Ramler, for whom there remain issues of material fact sufficient to defeat summary judgment. On November 9, 2012, the plaintiffs and defendants timely filed their objections to the Rand, after further briefing, the Court heard oral argument on December 3, 2012. After full consideration of the parties' briefs and oral arguments, and having reviewed the entire matter de novo, the Court disagrees in part with the Special Master's Report and Recommendation and concludes, for reasons to be explained in a forthcoming written opinion, that the Special Master's recommendation–in–the alternative is the better view: the motions for summary judgment regarding SMFF claims should be granted to all moving defendants except Mayer Brown, Grant Thornton, and Ramler. That said, the Court does agree with the remainder of the Special Master's report, and thus agrees that all defendants are entitled to summary judgment as to those claims brought on behalf of PlusFunds. Final judgment as to the fully–dismissed defendants will not issue, however, until the Court issues its written opinion setting forth the reasons for this ruling. (Signed by Judge Jed S. Rakoff on 12/26/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(lmb) (Entered: 12/27/2012) |
| 12/28/2012 | 1761 | JOINT STIPULATION &ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED, AGREED, AND ADJUDGED, by and through Plaintiffs' and Mr. Best's respective counsel, that all claims asserted against Mr. Best in this action are dismissed with prejudice, with Plaintiffs and Mr. Best each bearing their own attorneys' fees, costs, and expenses relating to the claims against Mr. Best. (Signed by Judge Jed S. Rakoff on 12/27/2012) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(djc) (Entered: 12/28/2012) |
| 12/31/2012 | 1762 | MOTION for Partial Summary Judgment. Document filed by Robert Aaron, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd..Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: |

| | | |
|---|---|---|
| | | 12/31/2012) |
| 12/31/2012 | 1763 | RULE 56.1 STATEMENT. Document filed by Robert Aaron, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/31/2012) |
| 12/31/2012 | 1764 | DECLARATION of B. John Pendleton, Jr. in Support re: (385 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment.. Document filed by Robert Aaron, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibits 1 of 49, # 2 Exhibits 2 of 49, # 3 Exhibits 3 of 49, # 4 Exhibits 4 of 49, # 5 Exhibits 5 of 49, # 6 Exhibits 6 of 49, # 7 Exhibits 7 of 49, # 8 Exhibits 8 of 49, # 9 Exhibits 9 of 49, # 10 Exhibits 10 of 49, # 11 Exhibits 11 of 49, # 12 Exhibits 12 of 49, # 13 Exhibits 13 of 49, # 14 Exhibits 14 of 49, # 15 Exhibits 15 of 49, # 16 Exhibits 16 of 49, # 17 Exhibits 17 of 49, # 18 Exhibits 18 of 49, # 19 Exhibits 19 of 49, # 20 Exhibits 20 of 49, # 21 Exhibits 21 of 49, # 22 Exhibits 22 of 49, # 23 Exhibits 23 of 49, # 24 Exhibits 24 of 49, # 25 Exhibits 25 of 49, # 26 Exhibits 26 of 49, # 27 Exhibits 27 of 49, # 28 Exhibits 28 of 49, # 29 Exhibits 29 of 49, # 30 Exhibits 30 of 49, # 31 Exhibits 31 of 49, # 32 Exhibits 32 of 49, # 33 Exhibits 33 of 49, # 34 Exhibits 34 of 49, # 35 Exhibits 35 of 49, # 36 Exhibits 36 of 49, # 37 Exhibits 37 of 49, # 38 Exhibits 38 of 49, # 39 Exhibits 39 of 49, # 40 Exhibits 40 of 49, # 41 Exhibits 41 of 49, # 42 Exhibits 42 of 49, # 43 Exhibits 43 of 49, # 44 Exhibits 44 of 49, # 45 Exhibits 45 of 49, # 46 Exhibits 46 of 49, # 47 Exhibits 47 of 49, # 48 Exhibits 48 of 49, # 49 Exhibits 49 of 49)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/31/2012) |
| 12/31/2012 | 1765 | MEMORANDUM OF LAW in Support re: (385 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment.. Document filed by Robert Aaron, DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 12/31/2012) |
| 12/31/2012 | 1766 | MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment*. Document filed by Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), The Harbour Trust Co. LLC, Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). Responses due by 3/1/2013Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 12/31/2012) |
| 01/01/2013 | 1767 | MEMORANDUM OF LAW in Support re: (389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment |

| | | Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 01/01/2013) |
|---|---|---|
| 01/01/2013 | 1768 | RULE 56.1 STATEMENT. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 01/01/2013) |
| 01/01/2013 | 1769 | DECLARATION of Lee M. Andelin in Support re: (389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Attachments: # 1 Exhibit 1 (Part 1 of 5), # 2 Exhibit 1 (Part 2 of 5), # 3 Exhibit 1 (Part 3 of 5), # 4 Exhibit 1 (Part 4 of 5), # 5 Exhibit 1 (Part 5 of 5), # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5 (Part 1 of 3), # 10 Exhibit 5 (Part 2 of 3), # 11 Exhibit 5 (Part 3 of 3), # 12 Exhibit 6 (Part 1 of 3), # 13 Exhibit 5 (Part 2 of 3), # 14 Exhibit 5 (Part 3 of 3), # 15 Exhibit 7, # 16 Exhibit 8, # 17 Exhibit 9 (Part 1 of 2), # 18 Exhibit 9 (Part 2 of 2), # 19 Exhibit 10, # 20 Exhibit 11 (Part 1 of 2), # 21 Exhibit 11 (Part 2 of 2), # 22 Exhibit 12 (Part 1 of 2), # 23 Exhibit 12 (Part 2 of 2), # 24 Exhibit 13, # 25 Exhibit 14 (1 of 3), # 26 Exhibit 14 (2 of 3), # 27 Exhibit 14 (3 of 3), # 28 Exhibit 15 (Part 1 of 4), # 29 Exhibit 15 (Part 2 of 4), # 30 Exhibit 15 (Part 3 of 4), # 31 Exhibit 15 (Part 4 of 4), # 32 Exhibit 16, # 33 Exhibit 17, # 34 Exhibit 18, # 35 Exhibit 19, # 36 Exhibit 20, # 37 Exhibit 21, # 38 Exhibit 22, # 39 Exhibit 23, # 40 Exhibit 24, # 41 Exhibit 25, # 42 Exhibit 26, # 43 Exhibit 27, # 44 Exhibit 28, # 45 Exhibit 29, # 46 Exhibit 30, # 47 Exhibit 31, # 48 Exhibit 32, # 49 Exhibit 33, # 50 Exhibit 34, # 51 Exhibit 35, # 52 Exhibit 36)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 01/01/2013) |
| 01/11/2013 | 1770 | CASE MANAGEMENT ORDER #88: The Court has received the bill from Special Master Hedges for the month of December, which will be docketed for the parties' review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by January 17, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account. (Signed by Judge Jed S. Rakoff on 1/10/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(mro) (Entered: |

| | | |
|---|---|---|
| | | 01/11/2013) |
| 01/15/2013 | <u>1771</u> | STIPULATION AND ORDER WITHDRAWING MOTIONS FOR SUMMARY JUDGMENT AND OTHER MOTION WITHOUT PREJUDICE: Each of the Second Set of Summary Judgment Motions [In re Refco Inc. Securities Litig., 07 MD 1902, docket nos. 1718–1719] is hereby withdrawn as moot, without prejudice and subject to the terms set forth in the remainder of this Stipulation and Order (but, for the sake of clarity, the Omnibus Arguments shall continue to be litigated by Plaintiffs and other defendants that have not been dismissed from the Actions; and the Joint Memorandum of Law Addressing Common Issues in Defendants' Motions for Summary Judgment, the Joint Rule56.1 Statement in Support of Moving Defendants' Motions for Summary Judgment, and the Declaration of Luke A. Connelly in Support of Moving Defendants' Motions for Summary Judgment [In re Refco Inc. Securities Litig., 07 MD 1902, docket nos. 1732–1734] are not withdrawn). (Signed by Judge Jed S. Rakoff on 1/14/13) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(pl) Modified on 1/16/2013 (pl). (Entered: 01/15/2013) |
| 01/15/2013 | <u>1772</u> | STIPULATION AND ORDER WITHDRAWING AND APPOINTING NEW LIAISON COUNSEL FOR THE DEFENDANTS' COORDINATING' COMMITTEE: that Luke A. Connelly, Esq. of the law firm Winston &Strawn LLP is hereby appointed and shall be DCC Liaison Counsel; 2. Philip D. Anker, Esq. of the law firm WilmerHale shall no longer hold the position of DCC Liaison Counsel and is hereby relieved of all duties associated with such position. (Signed by Judge Jed S. Rakoff on 1/14/13) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(pl) (Entered: 01/15/2013) |
| 01/22/2013 | <u>1773</u> | MEMORANDUM OF LAW in Opposition re: (853 in 1:08–cv–03086–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants.*. Document filed by Joseph Collins. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Schwartz, William) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1774</u> | RESPONSE to Motion re: (853 in 1:08–cv–03086–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants. Response of Joseph P. Collins in Opposition to Plaintiffs' 56.1 Statement*. Document filed by Joseph Collins. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Schwartz, William) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1775</u> | DECLARATION of Reed A. Smith in Opposition re: (853 in 1:08–cv–03086–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants*.. Document filed by Joseph Collins. (Attachments: #<u>1</u> Exhibit Exhibits A–J to Declaration of Reed A. Smith, #<u>2</u> Exhibit Exhibits K–O to Declaration of Reed A. Smith)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Schwartz, William) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1776</u> | MEMORANDUM OF LAW in Opposition re: (844 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *as to Count XVII*., (849 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1777</u> | MEMORANDUM OF LAW in Opposition re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR) MOTION for Partial Summary Judgment *Notice of* |

| | | |
|---|---|---|
| | | *Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco..* Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1778</u> | COUNTER STATEMENT TO (1740 in 1:07–md–01902–JSR, 710 in 1:08–cv–03065–JSR, 858 in 1:08–cv–03086–JSR) Rule 56.1 Statement,,,,,,,,,. Document filed by Grant Thornton LLP, Mark Ramler. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1779</u> | DECLARATION of Linda T. Coberly in Opposition re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco..* Document filed by Grant Thornton LLP, Mark Ramler. (Attachments: #<u>1</u> Exhibit 1, #<u>2</u> Exhibit 2, #<u>3</u> Exhibit 3, #<u>4</u> Exhibit 4, #<u>5</u> Exhibit 5, #<u>6</u> Exhibit 6, #<u>7</u> Exhibit 7, #<u>8</u> Exhibit 8, #<u>9</u> Exhibit 9)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1780</u> | RESPONSE in Opposition re: (857 in 1:08–cv–03086–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco. The Mayer Brown Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment on the Issue of Primary Violation.* Document filed by Joseph Collins, Paul Koury, Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1781</u> | COUNTER STATEMENT TO (1740 in 1:07–md–01902–JSR, 710 in 1:08–cv–03065–JSR, 858 in 1:08–cv–03086–JSR) Rule 56.1 Statement,,,,,,,,,. Document filed by Joseph Collins, Paul Koury, Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1782</u> | DECLARATION of John S. Williams in Opposition re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco..* Document filed by Joseph Collins, Paul Koury, Mayer Brown LLP. (Attachments: #<u>1</u> Exhibit Exhibits 1–6 to Declaration)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1783</u> | RESPONSE in Opposition re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants. Memorandum of Law of Mayer Brown LLP and Paul Koury in Opposition to Plaintiffs' Motion for Partial Summary Judgment.* Document filed by Paul Koury, Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1784</u> | COUNTER STATEMENT TO (854 in 1:08–cv–03086–JSR, 706 in 1:08–cv–03065–JSR, 1736 in 1:07–md–01902–JSR) Rule 56.1 Statement,,,,,,. Document filed by Mayer Brown LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |
| 01/22/2013 | <u>1785</u> | DECLARATION of Craig D. Singer in Opposition re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants..* Document filed by Paul Koury, Mayer Brown LLP. (Attachments: #<u>1</u> Exhibits 1–10, #<u>2</u> Exhibits 11–14, #<u>3</u> Exhibit 15, #<u>4</u> Exhibits 16–21, #<u>5</u> Exhibits 22–33)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Ward, Thomas) (Entered: 01/22/2013) |

| 01/23/2013 | 1786 | RULE 56.1 STATEMENT. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 01/23/2013) |
| 01/23/2013 | 1787 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Lee M. Andelin in Opposition re: (696 in 1:08–cv–03065–JSR, 1726 in 1:07–md–01902–JSR, 844 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *as to Count XVII.*, (701 in 1:08–cv–03065–JSR, 1731 in 1:07–md–01902–JSR, 849 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Kenneth M Krys. (Attachments: # 1 Exhibit 1–140)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) Modified on 2/15/2013 (db). (Entered: 01/23/2013) |
| 01/24/2013 | 1788 | ORDER GRANTING PERMISSION TO FILE EXHIBITS BY DISK: Special Master Ronald J. Hedges, for good cause shown, hereby orders as follows: Plaintiffs may file the exhibits to their summary judgment opposition declaration on electronic disks at the Courthouse. (Signed by Special Master Ronald J. Hedges on 1/24/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(mro) (Entered: 01/24/2013) |
| 01/28/2013 | 1789 | EXHIBITS 1–140 (CD form) to Declaration of Lee M. Andelin in opposition to Moving Defendants' Motion for Summary Judgment dated Jan. 22, 2013. (Accepted for filing by Special Master Ronald Hedges on 1/24/2013.)Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(mro) (Entered: 01/29/2013) |
| 01/28/2013 | 1790 | CASE MANAGEMENT ORDER: Pursuant to Case Management Order #88, the time for objections to the bill of Special Master Hedges for the month of December 2012 has elapsed. Since the Court did not receive any objection to this bill, the Court hereby directs the Case Accountant to pay the bill forthwith. (Signed by Judge Jed S. Rakoff on 01/27/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(jcs) (Entered: 01/29/2013) |

| 01/30/2013 | <u>1791</u> | DECLARATION of Lee M. Andelin in Opposition re: (696 in 1:08–cv–03065–JSR, 1726 in 1:07–md–01902–JSR, 844 in 1:08–cv–03086–JSR) MOTION for Summary Judgment *as to Count XVII.*, (701 in 1:08–cv–03065–JSR, 1731 in 1:07–md–01902–JSR, 849 in 1:08–cv–03086–JSR) MOTION for Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # <u>1</u> Exhibit 1–140)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 01/30/2013) |
| 02/01/2013 | <u>1792</u> | REPLY MEMORANDUM OF LAW in Support re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants. /Plaintiffs' Reply in Support of Motion for Partial Summary Judgment Against Joseph Collins*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # <u>1</u> Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013) |
| 02/01/2013 | <u>1793</u> | RESPONSE re: (734 in 1:08–cv–03065–JSR, 883 in 1:08–cv–03086–JSR, 1774 in 1:07–md–01902–JSR) Response to Motion, *Plaintiffs' Response to Joseph P. Collins' Statement of Additional Material Facts*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx |

Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013)

| 02/01/2013 | 1794 | REPLY MEMORANDUM OF LAW in Support re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment /Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants. /Plaintiffs' Reply in Support of Motion for Partial Summary Judgment Against the Mayer Brown Defendants. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. (Attachments: #1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013) |
| 02/01/2013 | 1795 | RESPONSE re: (743 in 1:08–cv–03065–JSR, 893 in 1:08–cv–03086–JSR, 1784 in 1:07–md–01902–JSR) Counter Statement to Rule 56.1, /Plaintiffs' Response to Mayer Brown LLP's and Paul Koury's Statement of Additional Material Facts. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), |

| | | |
|---|---|---|
| | | Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013) |
| 02/01/2013 | 1796 | REPLY MEMORANDUM OF LAW in Support re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco. /Plaintiffs' Reply Memorandum of Law in Support of Motion for Partial Summary Judgment on the Issue of the Primary Violation*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013) |
| 02/01/2013 | 1797 | REPLY AFFIRMATION of Mason C. Simpson in Support re: (1739 in 1:07–md–01902–JSR, 857 in 1:08–cv–03086–JSR, 709 in 1:08–cv–03065–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 02/01/2013) |

| | | |
|---|---|---|
| 02/01/2013 | 1798 | REPLY MEMORANDUM OF LAW in Support re: (696 in 1:08−cv−03065−JSR, 1726 in 1:07−md−01902−JSR, 844 in 1:08−cv−03086−JSR) MOTION for Summary Judgment *as to Count XVII.*, (701 in 1:08−cv−03065−JSR, 1731 in 1:07−md−01902−JSR, 849 in 1:08−cv−03086−JSR) MOTION for Summary Judgment.. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Coberly, Linda) (Entered: 02/01/2013) |
| 02/01/2013 | 1799 | DECLARATION of Luke A. Connelly in Support re: (696 in 1:08−cv−03065−JSR, 1726 in 1:07−md−01902−JSR, 844 in 1:08−cv−03086−JSR) MOTION for Summary Judgment *as to Count XVII.*, (701 in 1:08−cv−03065−JSR, 1731 in 1:07−md−01902−JSR, 849 in 1:08−cv−03086−JSR) MOTION for Summary Judgment.. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. (Attachments: # 1 Exhibit Ex. 207)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Connelly, Luke) (Entered: 02/01/2013) |
| 02/04/2013 | 1800 | SPECIAL MASTER ORDER GRANTING LEAVE TO FILE MOTION TO AMEND PLEADING AND ESTABLISHING BRIEFING SCHEDULE. IT IS HEREBY ORDERED that DPM is GRANTED permission to file its Motion for Leave to Amend its Third−Party Complaint against Farquharson; IT IS FURTHER ORDERED that Farquharson reserves her rights to: (i) move to dismiss the Amended Third−Party Complaint if DPM's Motion is granted (the "Motion to Dismiss"); and (ii) seek leave to take additional discovery if the Motion to Dismiss is denied; and IT IS FURTHER ORDERED that DPM's moving papers are due on or before Feb. 8, 2013, opposition papers are due fourteen days after the moving papers, and reply papers are due seven days thereafter. (Motions due by 2/8/2013.) (Signed by Ronald J. Hedges, Special Master on 2/4/2013). Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR (rjm) (Entered: 02/04/2013) |
| 02/06/2013 | 1801 | CASE MANAGEMENT ORDER #90: The Court has received the bill from Special Master Capra for the month of January, which will be docketed for the parties' review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by February 12, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account. (Signed by Judge Jed S. Rakoff on 2/5/2013) Filed In Associated Cases: 1:07−md−01902−JSR et al.(mro) (Entered: 02/06/2013) |
| 02/06/2013 | 1802 | ORDER: The Court finds itself in complete agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein. In addition, for reasons stated from the bench, the Court confirms its order striking, sua sponte, the proposed expert report of Professor I. Michael Greenberger in its entirety. See Tr. of Hearing, January 30, 2013 at 2−4. (Signed by Judge Jed S. Rakoff on 2/5/2013) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(ft) (Entered: 02/06/2013) |
| 02/08/2013 | 1803 | RESPONSE in Opposition re: (853 in 1:08−cv−03086−JSR, 1735 in 1:07−md−01902−JSR, 705 in 1:08−cv−03065−JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants.*. Document filed by Paul Koury, Mayer Brown LLP. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 02/08/2013) |
| 02/14/2013 | 1804 | SPECIAL MASTER ORDER DIRECTING PAYMENT: the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full. (Signed by R. Hedges, Special Master on 2/14/2013) (cd) (Entered: 02/14/2013) |
| 02/19/2013 | 1805 | CASE MANAGEMENT ORDER #91: Pursuant to Case Management Order #90, the time for objections to the bill of Special Master for the month of January 2013 has elapsed. Since the Court did not receive any object to this bill, the Court hereby directs the Case Accountant to pay bill forthwith. (Signed by Judge Jed S. Rakoff on 2/17/2013) Filed In Associated Cases: 1:07−md−01902−JSR et al.(cd) (Entered: 02/19/2013) |

| 03/01/2013 | 1806 | ORDER GRANTING PERMISSION TO FILE IN HARD COPY: Special Master Ronald J. Hedges, for good cause shown, hereby orders as follows: 1. The Plaintiffs may file the exhibits to their Rule 56.1 Counter Statement on electronic disk with the Clerk of Court and the Clerk of the Court shall docket the exhibits to be part of the public record. So Ordered. (Signed by Special Master Ronald J. Hedges on 2/28/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(js) (Entered: 03/01/2013) |
|---|---|---|
| 03/01/2013 | 1807 | DECLARATION of B. John Pendleton, Jr., in Opposition re: (382) in 1:08–cv–07416–JSR) MOTION for Judgment on the Pleadings, and in Support re: (399 in 1:08–cv–07416–JSR) MOTION to Amend/Correct *Third–Party Complaint against Patrina Khoo Farquharson.*. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibits 1 and 2)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/01/2013) |
| 03/01/2013 | 1808 | MEMORANDUM OF LAW in Opposition re: (382 in 1:08–cv–07416–JSR) MOTION for Judgment on the Pleadings. *And In Further Support re: 399 in 1:08–cv–07416–JSR MOTION to Amend/Correct Third–Party Complaint against Patrina Khoo Farquharson*. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/01/2013) |
| 03/05/2013 | 1809 | DECLARATION of B. John Pendleton, Jr. in Opposition re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment.*. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. (Attachments: # 1 Exhibits 1 of 10, # 2 Exhibits 2 of 10, # 3 Exhibits 3 of 10, # 4 Exhibits 4 of 10, # 5 Exhibits 5 of 10, # 6 Exhibits 6 of 10, # 7 Exhibits 7 of 10, # 8 Exhibits 8 of 10, # 9 Exhibits 9 of 10, # 10 Exhibits 10 of 10)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/05/2013) |
| 03/05/2013 | 1810 | MEMORANDUM OF LAW in Opposition re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment.*. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/05/2013) |
| 03/05/2013 | 1811 | COUNTER STATEMENT TO (1768 in 1:07–md–01902–JSR, 391 in 1:08–cv–07416–JSR) Rule 56.1 Statement,,.. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/05/2013) |
| 03/05/2013 | 1812 | CASE MANAGEMENT ORDER #92: The Court has received the bill from Special Master Capra for the month of February and the bill of Special Master Hedges for the months of January and February, both which will be docketed for the parties' review. Any party who wishes to object to either bill must submit such objection to the Court in writing no later than one week from today, i.e., by March 11, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account. (Signed by Judge Jed S. Rakoff on 3/4/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(djc) (Entered: 03/05/2013) |
| 03/06/2013 | 1813 | COUNTER STATEMENT TO (386 in 1:08–cv–07416–JSR, 1763 in 1:07–md–01902–JSR) Rule 56.1 Statement. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by |

| | | |
|---|---|---|
| | | Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Andelin, Lee) (Entered: 03/06/2013) |
| 03/06/2013 | 1814 | DECLARATION of Lee M. Andelin re: (1762 in 1:07−md−01902−JSR) MOTION for Partial Summary Judgment. *in Support of Plaintiffs' Response in Opposition to DPM's Motion for Partial Summary Judgment*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Andelin, Lee) (Entered: 03/06/2013) |
| 03/06/2013 | 1815 | MEMORANDUM OF LAW in Opposition re: (385 in 1:08−cv−07416−JSR, 1762 in 1:07−md−01902−JSR) MOTION for Partial Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(Andelin, Lee) (Entered: 03/06/2013) |
| 03/06/2013 | 1816 | MEMORANDUM OF LAW in Opposition re: (385 in 1:08−cv−07416−JSR, 1762 in 1:07−md−01902−JSR) MOTION for Partial Summary Judgment.. Document |

| | | filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Andelin, Lee) (Entered: 03/06/2013) |
| 03/06/2013 | 1817 | COUNTER STATEMENT TO (386 in 1:08-cv-07416-JSR, 1763 in 1:07-md-01902-JSR) Rule 56.1 Statement. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Andelin, Lee) (Entered: 03/06/2013) |
| 03/11/2013 | 1818 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE PRIMARY VIOLATION OF FRAUD BY REFCO re: (709 in 1:08-cv-03065-JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco* filed by Kenneth M Krys, Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis. In the absence of admissible evidence to establish their burden on this motion, the Plaintiffs are left with their assertion that there is no dispute about the Refco Fraud. But the Defendants do dispute almost all the Plaintiffs' contentions about the workings of the Refco Fraud, and so the Plaintiffs have not come close to establishing their burden for obtaining summary judgment on the primary violation of fraud by Refco. And a grant of summary judgment limited to the few facts that are beyond reasonable dispute will not advance the policies of convenience and efficiency that are embodied in Rule 56. The Plaintiffs' motion for partial summary judgment should be denied. Objections to RRdue by 3/28/2013. (Signed by Daniel J. Capra, Special Master on 3/11/2013) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(lmb) (Entered: 03/11/2013) |
| 03/11/2013 | 1819 | EXHIBIT 37-148 to Declaration of Lee M. Andelin in Support of Plaintiffs' Response to Opposition to DPM Defendants' Motion for Partial Summary |

| | | |
|---|---|---|
| | | Judgment, dated March 5, 2013. Document filed by Michael Albrecht, American Financial International Group – Asia, LLC, Index Recovery Co., L.P., Marc S. Kirschner, Dennis A. Klejna, Irv Kreitenberg, Steve Kreitenberg, Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), George Miller, George L. Miller, James P. Sinclair, Christopher Stride, The Harbour Trust Co. Ltd., The Trustees of the Masonic Hall and Asylum Fund, Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.).(pl) (Entered: 03/12/2013) |
| 03/13/2013 | 1820 | ORDER GRANTING DPM LEAVE TO AMEND ITS THIRD PARTY COMPLAINT AGAINST PATRINA KHOO FARQUHARSON: SPECIAL MASTER RONALD J. HEDGES, for the reasons set forth on the record,hereby orders that DPM's motion for leave to amend its third–party complaint against Patrina Khoo Farquharson is GRANTED;IT IS FURTHER ORDERED that no discovery–related motions are to be made until Farquharson's Fed. R. Civ. P. 12(c) motion for judgment on the pleadings is resolved. (Signed by Special Master on 3/13/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(js) Modified on 3/13/2013 (js). (Entered: 03/13/2013) |
| 03/14/2013 | 1821 | ORDER: On June 10, 2010, the Second Circuit issued a mandate affirming Judge Lynch's March 2, 2009, Opinion and Order in all respects. Accordingly, the Clerk of the Court is hereby directed to enter final judgment in accordance with Judge Lynch's March 2, 2009, Opinion and Order, and to close cases numbered 08 Civ. 4196 (JSR) and 08 Civ. 5252 (JSR) forthwith. (Signed by Judge Jed S. Rakoff on 3/14/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–04196–JSR, 1:08–cv–05252–JSR(lmb) (Entered: 03/14/2013) |
| 03/14/2013 | | Transmission to Judgments and Orders Clerk. Transmitted re: (193 in 1:08–cv–05252–JSR, 205 in 1:08–cv–04196–JSR, 1821 in 1:07–md–01902–JSR) Order, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–04196–JSR, 1:08–cv–05252–JSR(lmb) (Entered: 03/14/2013) |
| 03/14/2013 | 1822 | CASE MANAGEMENT ORDER #93: Pursuant to Case Management Order #92, the time for objections to the bill of Special Master Capra for the month of February, 2013, and the bill of Special Master Hedges for the months of January and February, 2013, has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 3/13/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(lmb) (Entered: 03/14/2013) |
| 03/15/2013 | 1823 | ORDER in case 1:07–md–01902–JSR; finding as moot (517) Motion to Stay in case 1:08–cv–03086–JSR; Since nearly two years have elapsed and the relevantparties have resolved the discovery dispute between them, the Court hereby denies as moot the non–parties' motion to stay Special Master Hedges's Order regarding discovery disputes relating to Peter Ginsburg. The Clerk of the Court is directed to close document number 517 on the docket of this case. (Signed by Judge Jed S. Rakoff on 3/14/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(mt) (Entered: |

| | | |
|---|---|---|
| | | 03/15/2013) |
| 03/15/2013 | 1824 | ORDER: in case 1:07–md–01902–JSR; finding as moot (34) Motion to Dismiss in case 1:08–cv–07416–JSR; Since the Court has now ruled upon the entirety of Aaron's motion to dismiss, the Clerk of the Court is hereby directed to closedocument number 34 on the docket of this case. (Signed by Judge Jed S. Rakoff on 3/14/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(mt) (Entered: 03/15/2013) |
| 03/15/2013 | 1826 | AMENDED THIRD PARTY COMPLAINT .Document filed by Derivative Portfolio Management LLC, DPM–Mellon, LLC, DPM–Mellon, Ltd., Robert Aaron, Derivative Portfolio Management, Ltd., Guy Castranova. (pl) (mro). (Entered: 03/21/2013) |
| 03/15/2013 | | **\*\*\*NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Brian John Pendleton, Jr for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 1826 Amended Third Party Complaint, to: caseopenings@nysd.uscourts.gov. (pl)** (Entered: 03/21/2013) |
| 03/20/2013 | 1825 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 14, 2013, Allied World Assurance Company's (AWAC) and Arch Insurance Company's (Arch) motions for summary judgment are granted, and XL Specialty Insurance Company's (XL) motion for summary judgment is denied; accordingly, cases numbered 08 Civ. 4196 (JSR) and 08 Civ. 5252 (JSR) are closed. (Signed by Clerk of Court Ruby Krajick on 3/20/13) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–04196–JSR, 1:08–cv–05252–JSR(ml) (Entered: 03/20/2013) |
| 03/25/2013 | 1827 | DECLARATION of H. Christopher Rose in Support re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 03/25/2013) |
| 03/25/2013 | 1828 | DECLARATION of Christopher Aliprandi in Support re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 03/25/2013) |
| 03/25/2013 | 1829 | REPLY MEMORANDUM OF LAW in Support re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment. re Breach of Service Agreement*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 03/25/2013) |
| 03/25/2013 | 1830 | RESPONSE re: (1811 in 1:07–md–01902–JSR) Counter Statement to Rule 56.1, *Plaintiffs' Controverting Statement of Facts and Supplemental Statement of Facts in Support of Reply in Support of Plaintiffs' Motion for Partial Summary Judgment re Breach of Service Agreement*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 03/25/2013) |
| 03/25/2013 | 1831 | DECLARATION of Lee M. Andelin in Support re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd.. (Attachments: # 1 Exhibit 149, # 2 Exhibit 150, # 3 Exhibit 151, # 4 Exhibit 152, # 5 Exhibit 153, # 6 Exhibit 154, # 7 Exhibit 155, # 8 Exhibit 156, # 9 Exhibit 157, # 10 Exhibit 158, # 11 Exhibit 159, # 12 Exhibit 160, # 13 Exhibit 161, # 14 Exhibit 162, # 15 Exhibit 163, # 16 Exhibit 164, # 17 Exhibit 165, # 18 Exhibit 166, # 19 Exhibit 167, # 20 Exhibit 168, # 21 Exhibit 169 (1 of 2), # 22 Exhibit 169 (2 of 2), # 23 Exhibit 170)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Andelin, Lee) (Entered: 03/25/2013) |
| 03/25/2013 | 1834 | REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MAYER BROWN DEFENDANTS re: (853 in 1:08–cv–03086–JSR, 1735 in 1:07–md–01902–JSR, 705 in 1:08–cv–03065–JSR) MOTION for Partial |

| | | |
|---|---|---|
| | | Summary Judgment *Notice of Motion for Partial Summary Judgment Against the Mayer Brown Defendants* filed by Kenneth M Krys, Kenneth M. Krys, The Harbour Trust Co. Ltd., Margot Macinnis. The Plaintiffs' motion for partial summary judgment as to Collins and Mayer Brown should be denied. The Plaintiffs' motion for partial summary judgment as to Koury must be denied. (Signed by Special Master on 3/25/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(tro) Modified on 4/3/2013 (tro). (Entered: 04/02/2013) |
| 03/26/2013 | 1832 | CERTIFICATE OF SERVICE of Amended Third–Party Complaint served on Patrina Khoo Farquharson on 03/26/2013. Document filed by DPM–Mellon, LLC, DPM–Mellon, Ltd., Derivative Portfolio Management Ltd., Derivative Portfolio Management, Ltd.. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pendleton, Brian) (Entered: 03/26/2013) |
| 03/27/2013 | 1833 | Objection re: (914 in 1:08–cv–03086–JSR, 764 in 1:08–cv–03065–JSR, 1818 in 1:07–md–01902–JSR) Report and Recommendations – Special Master,,,,, *Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Plaintiffs' Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 03/27/2013) |
| 04/02/2013 | 1835 | CASE MANAGEMENT ORDER #94: The Court has received the bills from the Special Masters for the month of March, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today. i.e., by April 8, 2013. If no objections are received, the Case Accountant will be authorized to pay the established account. So Ordered (Signed by Judge Jed S. Rakoff on 4/1/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 04/02/2013) |
| 04/10/2013 | 1836 | RESPONSE re: (767 in 1:08–cv–03065–JSR, 917 in 1:08–cv–03086–JSR, 1833 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *to Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on Plaintiffs' Motion for Partial Summary Judgment on the Issue of the Primary Violation of Fraud by Refco*. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Coberly, Linda) (Entered: 04/10/2013) |

| 04/11/2013 | 1837 | CASE MANAGEMENT ORDER #95: Pursuant to Case Management Order #94, the time for objections to the bills of the Special Masters for services rendered in March 2013 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith. (Signed by Judge Jed S. Rakoff on 4/10/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 04/11/2013) |
|---|---|---|
| 04/12/2013 | 1838 | Objection re: (918 in 1:08–cv–03086–JSR, 1834 in 1:07–md–01902–JSR, 768 in 1:08–cv–03065–JSR) Report and Recommendations – Special Master,,, *Plaintiffs' Objection to Report and Recommendation of the Special Master on the Plaintiffs' Motion for Partial Summary Judgment Against the Mayer Brown Defendants*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 04/12/2013) |
| 04/18/2013 | 1839 | TRANSCRIPT of Proceedings re: MOTION held on 1/30/2013 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/13/2013. Redacted Transcript Deadline set for 5/23/2013. Release of Transcript Restriction set for 7/22/2013.Filed In Associated Cases: 1:07–md–01902–JSR et al.(Rodriguez, Somari) (Entered: 04/18/2013) |
| 04/18/2013 | 1840 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 1/30/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:07–md–01902–JSR et al.(Rodriguez, Somari) (Entered: 04/18/2013) |
| 04/18/2013 | 1841 | NOTICE of Submission of the Krys Plaintiffs' Letter Brief to Special Master Capra in Support of Plaintiffs' Motion for Partial Summary Judgment Against the DPM Defendants re: (1766 in 1:07–md–01902–JSR, 389 in 1:08–cv–07416–JSR) MOTION for Partial Summary Judgment */Notice of Motion for Partial Summary Judgment*.. Document filed by Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, |

| | | et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). (Attachments: #1 Exhibit A)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Andelin, Lee) (Entered: 04/18/2013) |
|---|---|---|
| 04/18/2013 | 1842 | DECLARATION of Lee M. Andelin in Support re: (1766 in 1:07-md-01902-JSR, 389 in 1:08-cv-07416-JSR) MOTION for Partial Summary Judgment /Notice of Motion for Partial Summary Judgment.. Document filed by Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.). (Attachments: #1 Exhibit 171, #2 Exhibit 172, #3 Exhibit 173 (Part 1 of 3), #4 Exhibit 173 (Part 2 of 3), #5 Exhibit 173 (Part 3 of 3), #6 Exhibit 174, #7 Exhibit 175, #8 Exhibit 176 (Part 1 of 14), #9 Exhibit 176 (Part 2 of 14), #10 Exhibit 176 (Part 3 of 14), #11 Exhibit 176 (Part 4 of 14), #12 Exhibit 176 (Part 5 of 14), #13 Exhibit 176 (Part 6 of 14), #14 Exhibit 176 (Part 7 of 14), #15 Exhibit 176 (Part 8 of 14), #16 Exhibit 176 (Part 9 of 14), #17 Exhibit 176 (Part 10 of 14), #18 Exhibit 176 (Part 11 of 14), #19 Exhibit 176 (Part 12 of 14), #20 Exhibit 176 (Part 13 of 14), #21 Exhibit 176 (Part 14 of 14))Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-07416-JSR(Andelin, Lee) (Entered: 04/18/2013) |
| 04/21/2013 | 1843 | REPORT AND RECOMMENDATIONS: The defendants' motion for summary judgment should be denied. So Ordered (Signed by Special Master Daniel J. Capra on 4/21/2013) Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(js) (Entered: 04/22/2013) |
| 04/25/2013 | 1844 | NOTICE OF APPEARANCE by Robert Madison Cary on behalf of Mayer Brown LLP Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Cary, Robert) (Entered: 04/25/2013) |
| 05/01/2013 | 1845 | RESPONSE re: (922 in 1:08-cv-03086-JSR) Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion), Objection (non-motion). Document filed by Joseph Collins, Mayer Brown LLP. Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Ward, Thomas) (Entered: 05/01/2013) |
| 05/01/2013 | 1846 | DECLARATION of John S. Williams in Support re: (927 in 1:08-cv-03086-JSR) Response,. Document filed by Joseph Collins, Mayer Brown LLP. (Attachments: #1 Exhibit, #2 Exhibit)Filed In Associated Cases: 1:07-md-01902-JSR, 1:08-cv-03065-JSR, 1:08-cv-03086-JSR(Ward, Thomas) (Entered: 05/01/2013) |

| 05/07/2013 | 1847 | CASE MANAGEMENT ORDER #96: the Court has received Special Master Capra's bill for the month of April, which will be docketed for the parties review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by May 13, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account (Signed by Judge Jed S. Rakoff on 5/6/2013) Filed In Associated Cases: 1:07−md−01902−JSR et al.(js) (Entered: 05/07/2013) |
|---|---|---|
| 05/09/2013 | 1848 | ORDER: The Court directs that upon its resolution of the anticipated motion to dismiss, and assuming that the motion is denied, Special Master Hedges will address any discovery disputes that arise during the limited two−month discovery period. Indeed, with the exception of the motion to dismiss, this matter will revert to the Special Masters for any and all further proceedings in the first instance, such as, for example, Farquharson's counsel's suggestion that she may wish to file a fourth−party complaint.( Motions due by 5/22/2013., Responses due by 6/5/2013), ( Oral Argument set for 6/14/2013 at 04:00 PM before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 5/8/2013) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−07416−JSR(js) Modified on 5/10/2013 (js). (Entered: 05/09/2013) |
| 05/10/2013 | 1849 | Objection re: (925 in 1:08−cv−03086−JSR, 775 in 1:08−cv−03065−JSR, 1843 in 1:07−md−01902−JSR) Report and Recommendations /*Plaintiffs' Limited Objection to the Report and Recommendation of the Special Master on the Defendants' Motion for Summary Judgment*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 05/10/2013) |
| 05/10/2013 | 1850 | Objection re: (925 in 1:08−cv−03086−JSR) Report and Recommendations *Regarding Defendants' Motions for Summary Judgment*. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 05/10/2013) |
| 05/10/2013 | 1851 | DECLARATION of Craig D. Singer in Support re: (931 in 1:08−cv−03086−JSR, 781 in 1:08−cv−03065−JSR, 1850 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion). Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler. (Attachments: # 1 Exhibits 1−2, # 2 Exhibits 3−4, # 3 Exhibits 5−11, # 4 Exhibit 12, # 5 Exhibits 13−24)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Ward, Thomas) (Entered: 05/10/2013) |
| 05/13/2013 | 1852 | ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS MOTION TO AMEND PLEADING: SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows: 1. Plaintiffs may submit a letter brief |

| | | |
|---|---|---|
| | | regarding their request to amend by Friday, May 10, 2013. 2. Defendants may file a responsive brief by Wednesday, May 15, 2013. 3. Oral argument will be heard by Judge Hedges telephonically on Thursday, May 16, 2013 at 2 p.m. EDT( Responses due by 5/15/2013), ( Oral Argument set for 5/16/2013 at 02:00 PM before Special Master.) (Signed by Special Master on 5/13/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(js) (Entered: 05/13/2013) |
| 05/13/2013 | 1853 | CASE MANAGEMENT ORDER #97: Pursuant to Case Management Order #96, the time for objections to Special Master Capra's bill for services rendered in April 2013 has elapsed. Since the Court id not receive any objection to the bill, the Court hereby directs the Case Accountant to pay the bill forthwith. So Ordered (Signed by Judge Jed S. Rakoff on 5/13/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 05/13/2013) |
| 05/14/2013 | 1854 | MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508886. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), The Harbour Trust Co. Ltd., Kenneth M Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR(Pearson, Hank) (Entered: 05/14/2013) |
| 05/14/2013 | 1855 | MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508925. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)Filed In Associated |

| | | |
|---|---|---|
| | | Cases: 1:07–md–01902–JSR, 1:08–cv–03086–JSR(Pearson, Hank) (Entered: 05/14/2013) |
| 05/14/2013 | 1856 | MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508948. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), The Harbour Trust Co. Ltd., Kenneth M. Krys, Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.). (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(Pearson, Hank) (Entered: 05/14/2013) |
| 05/15/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (935 in 1:08–cv–03086–JSR) MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508925. Motion and supporting papers to be reviewed by Clerk's Office staff., (785 in 1:08–cv–03065–JSR) MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508886. Motion and supporting papers to be reviewed by Clerk's Office staff., (447 in 1:08–cv–07416–JSR) MOTION for Hank Edward Pearson to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8508948. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(bcu)** (Entered: 05/15/2013) |
| 05/17/2013 | 1858 | ORDER FOR ADMISSION PRO HAC VICE: In case 1:07–md–01902–JSR; granting (785) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:08–cv–03065–JSR; granting [] Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:07–md–01902–JSR. (Signed by Special Master Ronald J. Hedges on 5/17/2013) Filed In Associated Cases: 1:08–cv–03065–JSR, 1:08–cv–03065–JSR(rdz) (Entered: 05/20/2013) |
| 05/17/2013 | 1860 | ORDER FOR ADMISSION PRO HAC VICE: granting (1854) Motion for Hank E. Pearson to Appear Pro Hac Vice; granting (1855) Motion for Hank E. Pearson to Appear Pro Hac Vice; granting (1856) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting (447) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:08–cv–07416–JSR; granting (324) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:07–md–01902–JSR; granting [] Motion for Hank E. Pearson to Appear Pro Hac Vice; granting [] Motion for Hank E. Pearson to Appear Pro Hac Vice; granting [] Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:08–cv–07416–JSR. (Signed by Special Master on 5/17/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(js) (Entered: 05/23/2013) |

| 05/20/2013 | 1857 | ORDER FOR ADMISSION PRO HAC VICE. in case 1:07−md−01902−JSR; granting (935) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:08−cv−03086−JSR; granting (977) Motion for Hank E. Pearson to Appear Pro Hac Vice in case 1:07−md−01902−JSR. (Signed by Special Master Ronald J. Hedges on 5/18/2013) Filed In Associated Cases: 1:08−cv−03086−JSR, 1:08−cv−03086−JSR(rdz) (Entered: 05/20/2013) |
|---|---|---|
| 05/22/2013 | 1859 | ORDER REGARDING PLAINTIFFS MOTION FOR LEAVE TO AMEND: it is hereby ordered that Plaintiffs' motion for leave toamend is DENIED for the reasons stated by the Special Master at the hearing, WITHOUTPREJUDICE to Plaintiffs' submitting a formal motion for leave to amend.Should Plaintiffs choose to pursue a motion for leave to amend their pleading, the briefing on any such motion will proceed as follows:1. Plaintiffs' motion for leave to amend, if any, must be filed no later than May 29, 2013, and must be accompanied by a proposed amended pleading, along with a copy of the amended pleading with any additions underlined and deletions struck though. Defendants' opposition to the motion must be filed and served no later than June 4, 2013. 3. Plaintiffs and Defendants may, if they prefer, submit the letter briefs they submitted inconnection with Plaintiffs' recent motion for leave to amend as their memorandum in support oropposition to the formal motion for leave to amend, should Plaintiffs choose to pursue one. 4. Oral argument will be heard by Special Master Hedges telephonically at 4:00 p.m. on June 5, 2013 (Signed by Special Master on 5/22/2013) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(js) (Entered: 05/23/2013) |
| 05/23/2013 | 1861 | ORDER for ADMISSION PRO HAC VICE: Hank E. Pearson is admitted Pro Hac Vice for Kenneth M.Krys and Margot Macinnis (Signed by Judge Jed S. Rakoff on 5/23/2013) Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03086−JSR(js) (Entered: 05/23/2013) |
| 05/29/2013 | 1862 | SPECIAL MASTER ORDER DIRECTING PAYMENT: Now, Therefore, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake invoice in full (Signed by Special Master Ronald Hedges on 5/29/2013) (js) (Entered: 05/29/2013) |
| 05/29/2013 | 1863 | RESPONSE re: (931 in 1:08−cv−03086−JSR, 781 in 1:08−cv−03065−JSR, 1850 in 1:07−md−01902−JSR) Objection (non−motion), Objection (non−motion) */Plaintiffs' Response to Defendants' Objection to the Report and Recommendation Addressing Their Motions for Summary Judgment.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Molton, David) (Entered: 05/29/2013) |

| 05/29/2013 | 1864 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE CORRECTED ENTRY# 1868)** DECLARATION of Mason C. Simpson in Support re: (788 in 1:08–cv–03065–JSR, 939 in 1:08–cv–03086–JSR, 1863 in 1:07–md–01902–JSR) Response,,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. (Attachments: # 1 Exhibit 1 to Simpson Decl, # 2 Exhibit 2 to Simpson Decl, # 3 Exhibit 3 to Simpson Decl)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) Modified on 6/12/2013 (kj). (Entered: 05/29/2013) |
| 05/29/2013 | 1865 | RESPONSE re: (930 in 1:08–cv–03086–JSR, 780 in 1:08–cv–03065–JSR, 1849 in 1:07–md–01902–JSR) Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion), Objection (non–motion) *Defendants Response to Plaintiffs Limited Objection to the Report and Recommendation Addressing Defendants Motions for Summary Judgment*. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Coberly, Linda) (Entered: 05/29/2013) |
| 05/29/2013 | 1866 | DECLARATION of Linda T. Coberly in Support re: (1865 in 1:07–md–01902–JSR, 256 in 1:10–cv–03594–JSR, 941 in 1:08–cv–03086–JSR, 790 in 1:08–cv–03065–JSR) Response,,. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Coberly, Linda) (Entered: 05/29/2013) |
| 05/30/2013 | 1867 | MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger |

| | | |
|---|---|---|
| | | Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 05/30/2013) |
| 05/31/2013 | 1868 | DECLARATION of Mason C. Simpson in Support re: (788 in 1:08–cv–03065–JSR, 939 in 1:08–cv–03086–JSR, 1863 in 1:07–md–01902–JSR) Response,,,,,,,,. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 05/31/2013) |
| 06/04/2013 | 1869 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the law firm of Cahill Gordon &Reindel LLP hereby is substituted for Wilmer Cutler Pickering Hale and Dorr LLP as counsel of record for Defendant Credit Suisse Securities (USA) LLC("Credit Suisse") in the above–captioned action. Wilmer Cutler Pickering Hale and Dorr LLP remains counsel of record for Defendants Merrill Lynch, Pierce, Fenner &Smith, Incorporated,as successor–by–merger to Banc of America Securities LLC, and JP Morgan Chase &Co. Cahill Gordon &Reindel LLP requests that a copy of all papers henceforth served in this action be served upon Herbert S. Washer, a member of the firm, at the firm's office located at 80 Pine Street, New York, New York, 10005–1702. (Signed by Special Master Ronald J. Hedges on 6/4/2013) (js) (Entered: 06/04/2013) |
| 06/04/2013 | 1870 | RESPONSE in Opposition re: (1867 in 1:07–md–01902–JSR, 792 in 1:08–cv–03065–JSR, 943 in 1:08–cv–03086–JSR) MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for* |

| | | |
|---|---|---|
| | | *Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by Joseph Collins, Grant Thornton LLP, Paul Koury, Mayer Brown LLP, Mark Ramler, Joseph P Collins, Paul Koury. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR, 1:10−cv−03594−JSR(Coberly, Linda) (Entered: 06/04/2013) |
| 06/04/2013 | 1871 | MEMORANDUM OF LAW in Opposition re: (1867 in 1:07−md−01902−JSR, 792 in 1:08−cv−03065−JSR, 943 in 1:08−cv−03086−JSR) MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by Merril Lynch, Pierce Fennner &Smith, Inc., JPMorgan Chase &Co.. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Anker, Philip) (Entered: 06/04/2013) |
| 06/04/2013 | 1872 | MEMORANDUM OF LAW in Opposition re: (1867 in 1:07−md−01902−JSR, 792 in 1:08−cv−03065−JSR, 943 in 1:08−cv−03086−JSR) MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by 1997 Thomas H. Lee Nominee Trust, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., David V. Harkins, THL Equity Advisors V, LLC. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Rieman, Walter) (Entered: 06/04/2013) |
| 06/04/2013 | 1873 | DECLARATION of Walter Rieman in Opposition re: (1867 in 1:07−md−01902−JSR, 792 in 1:08−cv−03065−JSR, 943 in 1:08−cv−03086−JSR) MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice |

| | | |
|---|---|---|
| | | (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Scott A. Schoen, THL Managers V. LLC, Thomas H. Lee Advisors, LLC, Thomas H. Lee Equity (Cayman) Fund V. L.P, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Investors Limited Partnership, Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Partners, L.P., THL Equity Advisors V, LLC. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Rieman, Walter) (Entered: 06/04/2013) |
| 06/04/2013 | 1874 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** Objection *to Plaintiffs Motion for Leave to File a Third Amended Complaint*. Document filed by Delta Flyer Fund, LLC, EMF Financial Producccts, Eric M. Flanagan. (Rendon, Veronica) Modified on 6/5/2013 (ka). (Entered: 06/04/2013) |
| 06/04/2013 | 1875 | RESPONSE in Opposition re: (1867 in 1:07–md–01902–JSR, 792 in 1:08–cv–03065–JSR, 943 in 1:08–cv–03086–JSR) MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Capra, James) (Entered: 06/04/2013) |
| 06/04/2013 | 1876 | DECLARATION of James J. Capra, Jr. in Opposition re: (1867 in 1:07–md–01902–JSR, 792 in 1:08–cv–03065–JSR, 943 in 1:08–cv–03086–JSR) MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08–cv–03086–JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint.*. Document filed by Pricewaterhousecoopers L.L.P., PricewaterhouseCoopers LLP. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, |

| | | 1:08−cv−03086−JSR(Capra, James) (Entered: 06/04/2013) |
|---|---|---|
| 06/04/2013 | 1877 | RESPONSE in Opposition re: (1867 in 1:07−md−01902−JSR, 792 in 1:08−cv−03065−JSR, 943 in 1:08−cv−03086−JSR) MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*.. Document filed by Bank Fur Arbeit Und Wirtschaft Und Osterreichische Postparkasse Aktiengesellsehaft, Bawag P.S.K. Bank Fur Arbeit Und Wirtschaft Und Osterreichische Postsparkasse Aktiengesellsehaft, Bunk Fur Albeit Und Wirtschaft Und Osterreichische Posteparkasse Aktiengesellsehaft. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Jacoby, Nicolle) (Entered: 06/04/2013) |
| 06/05/2013 | | **\*\*\*NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 1874 HAS BEEN REJECTED. Note to Attorney Veronica Ellen Rendon : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (ka)** (Entered: 06/05/2013) |
| 06/05/2013 | 1878 | CASE MANAGEMENT ORDER #98: The Court has received Special Master Capra's bill for the month of May as well as Special Master Hedges's bill for the months of April and May, which will be docketed for the parties, review. Any party who wishes to object to a bill must submit such objection to the Court in writing no later than one week from today, i.e., by June 10, 2013. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account. ( See attached bills) (Signed by Judge Jed S. Rakoff on 6/3/2013) Filed In Associated Cases: 1:07−md−01902−JSR et al.(js) Modified on 6/5/2013 (js). (Entered: 06/05/2013) |
| 06/05/2013 | 1879 | RESPONSE in Opposition re: (943 in 1:08−cv−03086−JSR) MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*. MOTION to Amend/Correct (129 in 1:08−cv−03086−JSR) Notice (Other), Notice (Other), Notice (Other) *for Leave to Amend Complaint*.. Document filed by CIM Ventures, Inc, Ingram Micro, Inc., Liberty Corner Capital Strategies, LLC, William T. Pigott. Filed In Associated Cases: 1:07−md−01902−JSR, 1:08−cv−03065−JSR, 1:08−cv−03086−JSR(Marino, Kevin) (Entered: 06/05/2013) |
| 06/06/2013 | 1880 | OPPOSITION BRIEF *TO PLAINTIFFS MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT*. Document filed by Delta Flyer Fund, LLC, EMF Financial Produccts, Eric M. Flanagan.(Rendon, Veronica) (Entered: 06/06/2013) |

| 06/06/2013 | 1881 | DECLARATION of VERONICA E. RENDON in Support re: 1880 Opposition Brief. Document filed by Delta Flyer Fund, LLC, EMF Financial Produccts, Eric M. Flanagan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rendon, Veronica) (Entered: 06/06/2013) |
|---|---|---|
| 06/06/2013 | 1882 | MEMORANDUM ORDER: Accordingly, the Court hereby confirms its bottom–line Order adopting the Special Master's Report and Recommendation in part, but granting the motions of PricewaterhouseCoopers LLP; Credit Suisse Securities (USA) LLC; Merrill Lynch, Pierce, Fenner &Smith, Incorporated, as successor–by–merger to Banc of America Securities LLC; and Deutsche Bank Securities, Inc. for summary judgment on the remaining claims against them in the above captioned cases. (Signed by Judge Jed S. Rakoff on 6/6/2013) filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(djc) Modified on 6/6/2013 (djc). (Entered: 06/06/2013) |
| 06/11/2013 | 1883 | ORDER ON PLAINTIFFS MOTION FOR LEAVE TO AMEND COMPLAINT: For the reasons set forth in the transcript, Plaintiffs motion is denied. So Ordered. (Signed by Special Master Ronald J. Hedges on 6/11/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(js) (Entered: 06/11/2013) |
| 06/12/2013 | 1884 | CASE MANAGEMENT ORDER #99: Pursuant to Case Management Order #98, the time for objections to the Special Master Capra's bill for services rendered in May 2013 and Special Master Hedges's bill for services rendered in April and May 2013 has elapsed. Since the Court did not receive any objection to the bills, the Court hereby directs the Case Accountant to pay the bills forthwith (Signed by Judge Jed S. Rakoff on 6/10/2013) Filed In Associated Cases: 1:07–md–01902–JSR et al.(js) (Entered: 06/12/2013) |
| 06/18/2013 | 1885 | NOTICE OF CHANGE OF ADDRESS by Lee M. Andelin on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Andelin, Lee) (Entered: 06/18/2013) |

| 06/18/2013 | 1886 | NOTICE OF CHANGE OF ADDRESS by Robert T. Mills on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Mills, Robert) (Entered: 06/18/2013) |
| 06/18/2013 | 1887 | NOTICE OF CHANGE OF ADDRESS by Thomas A. Gilson on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special |

| | | |
|---|---|---|
| | | Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Gilson, Thomas) (Entered: 06/18/2013) |
| 06/18/2013 | 1888 | NOTICE OF CHANGE OF ADDRESS by Dennis Blackhurst on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Blackhurst, Dennis) (Entered: 06/18/2013) |
| 06/18/2013 | 1889 | MANDATE of USCA (Certified Copy) as to (407 in 1:07–cv–08165–JSR, 1694 in 1:07–md–01902–JSR) Corrected Notice of Appeal, filed by Marc S. Kirschner, (1693 in 1:07–md–01902–JSR, 406 in 1:07–cv–08165–JSR) Notice of Appeal, filed by Marc S. Kirschner USCA Case Number 12–4566. The parties in the above–referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered". Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/18/2013. Filed In Associated Cases: 1:07–md–01902–JSR, 1:07–cv–08165–JSR. (tp) (Entered: 06/19/2013) |
| 06/19/2013 | 1890 | NOTICE OF CHANGE OF ADDRESS by Britton M. Worthen on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger |

Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Worthen, Britton) (Entered: 06/19/2013)

| 06/19/2013 | 1891 | NOTICE OF CHANGE OF ADDRESS by Leo R. Beus on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Beus, Leo) (Entered: 06/19/2013) |

| 06/19/2013 | 1892 | NOTICE OF CHANGE OF ADDRESS by Thomas A. Connelly on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Connelly, Thomas) (Entered: 06/19/2013) |
| 06/19/2013 | 1893 | NOTICE OF CHANGE OF ADDRESS by Malcolm Loeb on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, |

| | | 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR(Loeb, Malcolm) (Entered: 06/19/2013) |
|---|---|---|
| 06/19/2013 | 1894 | NOTICE OF CHANGE OF ADDRESS by Lowell Richard Williams on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Williams, Lowell) (Entered: 06/19/2013) |
| 06/19/2013 | 1895 | NOTICE OF CHANGE OF ADDRESS by Scot Christopher Stirling on behalf of Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, |

| | | |
|---|---|---|
| | | Longacre Fund Management LLC, et al), Kenneth M. Krys, Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. New Address: Beus Gilbert PLLC, 701 North 44th Street, Phoenix, Arizona, United States 85008, (480) 429–3000. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:08–cv–07416–JSR, 1:10–cv–03594–JSR(Stirling, Scot) (Entered: 06/19/2013) |
| 06/21/2013 | 1896 | MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 06/21/2013) |
| 06/21/2013 | 1897 | MEMORANDUM OF LAW in Support re: (1896 in 1:07–md–01902–JSR, 271 in 1:10–cv–03594–JSR, 822 in 1:08–cv–03065–JSR, 973 in 1:08–cv–03086–JSR) MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for Reconsideration. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, /Notice of Plaintiffs' Limited Motion for |

| | | |
|---|---|---|
| | | *Reconsideration*. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, *Notice of Plaintiffs' Limited Motion for Reconsideration*. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, *Notice of Plaintiffs' Limited Motion for Reconsideration*. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, *Notice of Plaintiffs' Limited Motion for Reconsideration*. MOTION for Reconsideration re; (260 in 1:10–cv–03594–JSR, 959 in 1:08–cv–03086–JSR, 808 in 1:08–cv–03065–JSR, 1882 in 1:07–md–01902–JSR) Order,, *Notice of Plaintiffs' Limited Motion for Reconsideration*.. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Kenneth M. Krys(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR, 1:10–cv–03594–JSR(Molton, David) (Entered: 06/21/2013) |
| 06/24/2013 | 1898 | MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Patrick M. Connors*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, |

| | | |
|---|---|---|
| | | Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |
| 06/24/2013 | 1899 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #1901) –** MOTION in Limine *to Preclude Testimony and Strike Report of Proposed Defense Expert Richard Millett*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx Ltd., Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) Modified on 6/25/2013 (ldi). (Entered: 06/24/2013) |
| 06/24/2013 | 1900 | MEMORANDUM OF LAW in Support re: (824 in 1:08–cv–03065–JSR, 1898 in 1:07–md–01902–JSR, 975 in 1:08–cv–03086–JSR) MOTION in Limine */Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Patrick M. Connors.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |

| 06/24/2013 | 1901 | MOTION in Limine *to Preclude Testimony and Strike Report of Propsed Defense Expert Richard Millett*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 06/24/2013) |
| 06/24/2013 | 1902 | MOTION in Limine *to Preclude Testimony and Strike Report of Proposed Defense Expert Kenneth M. Lehn*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 06/24/2013) |
| 06/24/2013 | 1903 | MEMORANDUM OF LAW in Support re: (978 in 1:08–cv–03086–JSR, 827 in 1:08–cv–03065–JSR, 1901 in 1:07–md–01902–JSR) MOTION in Limine *to Preclude Testimony and Strike Report of Propsed Defense Expert Richard Millett.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro |

| | | |
|---|---|---|
| | | Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 06/24/2013) |
| 06/24/2013 | 1904 | MEMORANDUM OF LAW in Support re: (979 in 1:08–cv–03086–JSR, 1902 in 1:07–md–01902–JSR, 828 in 1:08–cv–03065–JSR) MOTION in Limine *to Preclude Testimony and Strike Report of Proposed Defense Expert Kenneth M. Lehn.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 06/24/2013) |
| 06/24/2013 | 1905 | MOTION in Limine */Notice of Motion to Preclude Testimony and Strike Report of Proposed Defense Expert Stephen D. Lofchie.* Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, |

et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013)

| 06/24/2013 | 1906 | MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Jerry W. Markham*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |
| 06/24/2013 | 1907 | MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike the Reports of Proposed Defense Experts Gregory May, Steven Schwarcz, and John Coates*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, |

| | | |
|---|---|---|
| | | Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al) Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |
| 06/24/2013 | 1908 | MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike Report of Proposed Defense Expert Rene Stultz*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |
| 06/24/2013 | 1909 | MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Avram S. Tucker*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys, Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Kenneth M Krys.Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Molton, David) (Entered: 06/24/2013) |
| 06/24/2013 | 1910 | DECLARATION of Lee M Andelin in Support re: (983 in 1:08–cv–03086–JSR, 832 in 1:08–cv–03065–JSR, 1906 in 1:07–md–01902–JSR) MOTION in Limine *Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Jerry W. Markham*., (1905 in 1:07–md–01902–JSR, 982 in 1:08–cv–03086–JSR, 831 in 1:08–cv–03065–JSR) MOTION in Limine *Notice of Motion to Preclude Testimony and Strike Report of Proposed Defense Expert Stephen D. Lofchie*., (1909 in 1:07–md–01902–JSR, 986 in 1:08–cv–03086–JSR, 835 in 1:08–cv–03065–JSR) MOTION in Limine *Notice of Motion to Preclude* |

*the Testimony and Strike the Report of Proposed Defense Expert Avram S. Tucker.*, (1898 in 1:07–md–01902–JSR, 824 in 1:08–cv–03065–JSR, 975 in 1:08–cv–03086–JSR) MOTION in Limine */Notice of Motion to Preclude the Testimony and Strike the Report of Proposed Defense Expert Patrick M. Connors.*, (833 in 1:08–cv–03065–JSR, 984 in 1:08–cv–03086–JSR, 1907 in 1:07–md–01902–JSR) MOTION in Limine */Notice of Motion to Preclude the Testimony and Strike the Reports of Proposed Defense Experts Gregory May, Steven Schwarcz, and John Coates.*, (978 in 1:08–cv–03086–JSR, 1901 in 1:07–md–01902–JSR, 827 in 1:08–cv–03065–JSR) MOTION in Limine *to Preclude Testimony and Strike Report of Propsed Defense Expert Richard Millett.*, (985 in 1:08–cv–03086–JSR, 1908 in 1:07–md–01902–JSR, 834 in 1:08–cv–03065–JSR) MOTION in Limine */Notice of Motion to Preclude the Testimony and Strike Report of Proposed Defense Expert Rene Stultz.*, (1902 in 1:07–md–01902–JSR, 979 in 1:08–cv–03086–JSR, 828 in 1:08–cv–03065–JSR) MOTION in Limine *to Preclude Testimony and Strike Report of Proposed Defense Expert Kenneth M. Lehn.*. Document filed by Kenneth M. Krys, Kenneth M. Krys(as joint official Liquidators of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus Spc Ltd., Sphinx distressed Ltd., Sphinx Merger Arbitrage Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., Sphinx Long/Short Equity Ltd., et al), Margot Macinnis(as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al.), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC LTD, Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al.), The Harbour Trust Co. Ltd., Kenneth M. Krys(as Joint Official Liquidators of Sphinx LTD, Sphinx Strategy Fund, LTD, Sphinx Plus SPC LTD, Sphinx Distressed LTD, Sphinx Merger Arbitrage LTD, Sphinx Macro LTD, Sphinx Long/Short Equity LTD, Sphinx Managed Futures LTD et al), Kenneth M. Krys(as Trustee of the Sphinx Trust), Kenneth M. Krys( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Margot Macinnis(as joint official liquidator of Sphinx Ltd., Sphinx Strategy Fund Ltd., Sphinx Plus SPC Ltd., Sphinx Distressed Ltd., Sphinx Merger Arbitrage, Ltd., Sphinx Special Situations Ltd., Sphinx Macro Ltd., et al), Margot Macinnis( as assignee of claims assigned by Miami Childrens Hospital Foundation, OFI Asset Management, Green &Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo &Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, et al), Kenneth M Krys. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11 (1 of 4), # 12 Exhibit 11 (2 of 4), # 13 Exhibit 11 (3 of 4), # 14 Exhibit 11 (4 of 4), # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25 (1 of 4), # 29 Exhibit 25 (2 of 4), # 30 Exhibit 25 (3 of 4), # 31 Exhibit 25 (4 of 4), # 32 Exhibit 26, # 33 Exhibit 27, # 34 Exhibit 28 (1 of 7), # 35 Exhibit 28 (2 of 7), # 36 Exhibit 28 (3 of 7), # 37 Exhibit 28 (4 of 7), # 38 Exhibit 28 (5 of 7), # 39 Exhibit 28 (6 of 7), # 40 Exhibit 28 (7 of 7), # 41 Exhibit 29, # 42 Exhibit 30, # 43 Exhibit 31, # 44 Exhibit 32 (1 of 5), # 45 Exhibit 32 (2 of 5), # 46 Exhibit 32 (3 of 5), # 47 Exhibit 32 (4 of 5), # 48 Exhibit 32 (5 of 5), # 49 Exhibit 33, # 50 Exhibit 34, # 51 Exhibit 35, # 52 Exhibit 36, # 53 Exhibit 37, # 54 Exhibit 38)Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–03065–JSR, 1:08–cv–03086–JSR(Andelin, Lee) (Entered: 06/24/2013)

| | | |
|---|---|---|
| 06/25/2013 | | ***DELETED DOCUMENT. Deleted document number 1911 Order. The document was incorrectly filed in this case. (js)** (Entered: 06/26/2013) |
| 06/25/2013 | 1911 | ORDER: Having now considered the entire matter de novo, the Court concludes that the Special Master had it essentially correct andthat, therefore, all four motions for summary judgment should be denied. An opinion explaining the Court's reasons for these rulings will issue in due course.The Clerk of the Court is directed to close documents numbered 696, 701, 705, and 709 on the docket of Case No. 08 |

| | | |
|---|---|---|
| | | Civ. 3065(JSR),as well as the equivalent documents in Case Nos. 08 Civ. 3086(JSR)and 07 MDL 1902(JSR).. (Signed by Judge Jed S. Rakoff on 6/24/2013) (js) (Entered: 06/26/2013) |
| 06/25/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 6/25/2013. (Kotowski, Linda) (Entered: 06/27/2013) |
| 06/26/2013 | <u>1912</u> | ORDER: It is hereby ordered: 1. The request for an order compelling production of communications relating to settlement discussions between Plaintiffs and Third–Party Defendant Farquharson is denied without prejudice for the reasons stated on the record. So Ordered (Signed by Special Master Ronald Hedges on 6/26/2013) Filed In Associated Cases: 1:07–md–01902–JSR, 1:08–cv–07416–JSR(js) Modified on 6/26/2013 (js). (Entered: 06/26/2013) |